## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSSETTS

| | | |
|---|---|---|
| ANTHONY BAYAD , | ) | |
| | ) | |
| | ) | |
| Plaintiff , | ) | **CIVIL ACTION** |
| | ) | |
| | ) | |
| | ) | **CASE NO. 05-cv-11005-GAO** |
| | ) | |
| Bruce Bastian, Kate Dcamp | ) | |
| Lynn Fraser, Celia Harper-Guerra | ) | |
| Rick Justice, Cisco Systems Inc. | ) | **HONORABLE DISTRICT JUDGE O' TOOLE** |
| | ) | |
| Defendants , | ) | |
| | ) | |

### PLAINTIFF 'MOTION DEMANDING THE COURT TO SUBJECT DEFENDANTS TO STRICT SCRUTINY REVIEW OF THE DISCRIMINATORY ANIMUS POLICY THE CISCO-NO-HIRE-LIST
### (VIOLATION OF THE EQUAL PROTECTION CLAUSE)

### STATEMENT OF CORRECTION

Defendants and their attorney(s) Bruce Falby, Bob Matthias, and Robin

Tarr, introduced only a section of the Discriminatory animus Policy the Cisco-

No-Hire-List, and stated in their Motion of Summary Judgment that it only

contains the names of companies and no minorities ' names similar situated

as Bayad in it. Their statements of technique is very insulting and degrading,

aimed to foul Bayad with this direct evidence and portray him as  a Stupid or

any one who' looking at the List. The fact drawn from this discriminatory

animus the Cisco-No-Hire-List (Dkt.1 Exhibit No14) contains

the list of 100 to 1000 names of minorities, since the Defendants

attorney are trying to cover up their unlawful discriminatory conduct the

classification of race only targeting  minorities similar situated as Bayad.

Therefore Plaintiff will walk the Defendants and their attorneys step by step

in  accessing and the facilitation of the   reading of the list (the Cisco-No-

Hire-List) that contains 100 to 1000 ' names of  Minorities similar situated as

Bayad not to be hired and the instruction is as follow:

Upon opening the File ("called the copy the sensitive list"), wherefore the

finding  of the list containing all the names of the none minority companies

and their contacts and the contact of Cisco agent' names  , called the

Americas (meaning America), and to the far Bottom from left- to right are

subtitles of other countries and the 100 to 1000 names of all  Minorities

classified not to be hired, and to proceed to open this subtitles only double

click one of it,  and  to  view the  ones hidden on the far bottom right, you

must scroll by going the small arrows located on the bottom left to the

convenience of the readers from left to right or vice versa. The subtitles are

given names by Cisco Defendants  as follows:

> **"Americas", "Americas Int'l", "Singapore", "HK"," TAIWAN"," PRC",
> "Korea"," India"," UK"," EMEA"," Cisco-ACT-DB"," Cisco-left-DB-DT","
> WIPRO-Cont'd", "WIPRO,CODC-Jan & July 199", and "Symbole NO-
> Hire-List".**

## I.    <u>FACT</u>

The discriminatory policy <u>the Cisco-No-Hire,</u>  that defendants  admitted

to it and it is obvious as a  record which  fall  within one of their daily

discriminatory usage of business records.  The list was created on about the

year of 1997, designed and aimed  to  control and to discriminate against

Minority companies , to promote only none minority as International Network Services, Coleman Technologies  or similar situated white companies and absolutely no minorities, assigned  Cisco Agents or Representatives in control and in constant  contact  with all of the  Cisco partners/Resellers ( employers), the list  contains to present time a group of hundred to thousand of names of Minorities not to be hired (classification of race); Additionally the policy Cisco-No-Hire-list is Mainly utilized by the President of Cisco John Chambers and his team of Executives to invest his money and grow his wealth ( in violation of the Security Exchange laws) in  white companies and his buddies like Sir Don McKinney the owner of the company the In International Network Services ("INS"), that was sold to Lucent Technologies for about  3 Billion dollars a great profit for  John Chambers and Sir Don McKinney of INS (the facts is filed before this Court), also his Senior Vice President of Sales Rick Justice as his name found in  it, used it ( Cisco-No-Hire-List) in daily basis to send his messages and his directions to all his sales' team in  the fields ( sales' offices),  about companies that has been picked and chosen to get all the sales leads and contracts ( absolutely not Bayad or others Minorities Business owners), and to completely control companies listed in it, to steal  their best engineers from them If they decided to venture without   Cisco Products or abide by Cisco 'terms, in addition John Chambers and his teams promote companies by granting their engineers the useless CCIE certifications as he has done with International Networking Services ("INS"), a statue that Cisco called it the Golden Partners and it

3

means in Cisco terms that the company as INS has more than five [5] Certified Engineers as Cisco Certify Internetworking Expert ( "CCIE"), and the CCIE certification is also used to control the Market and boost the Shares of the Publicly traded companies as INS. The Senior Vice President of Human Resources use the Cisco-No-Hire-List to this day, in Conjunction with another Cisco discriminatory animus the Cisco Equal Employment Opportunity ("EEO")that is sent to Minority applicants similar situated as Bayad, requesting them to identify their Race and Gender before being hired, utilized by Cisco Human Resources to entertain the maximum flow of Minorities applicant into Cisco Systems Inc, and it is administered by the Director of Human Resources Celia Haper-Guerra.

## II.  **STATEMENT OF ACTION**

The fact finder or the jury will find such unlawful race classification disturbing whereof Defendants as Chambers, Savastano, and Wiese the owners of Cisco acted outside of their daily scope of duty,    created a discriminatory policy such as this (Cisco-No-Hire-List) as it is morally and ethical wrong and constitutionally unlawful ,  to classify a block or  group of race minority and publish them ( as Bayad) in a data file on the Cisco Intra Website ( internal use) to intentionally deny them the right to pursue the American dream,  to interfere with their Civil Rights that all white person enjoy. *Strauder    v.  West Virginia*, 100 U.S. 303 (1879), and national origin, cf. City of *Cleburn    v.    Cleburn living Center*,  473 U.S. 432 (1985). --The Court   must subjects them to strict scrutiny review and that only a

compelling interest, such as military necessity, can justify such classification and never less Defendants owners of a company such as Cisco Systems, do not process such power as it is a clear violation of similar situated persons to Plaintiff Bayad. *Korematsu v. United* States, 323 U.S. 214 (1944), (military exclusion order, during World War II , of persons of Japanese ancestry from certain West Coast areas justified).

### III.  **PROCEDURAL BACKGROUND**

Plaintiff Bayad' direct evidence ( Cisco-No-Hire-List ) is evidence of discrimination animus introduced herein and with the accordance with *Fed. R.Evid*. 803(6),  within records of regularly conducted activity of Defendants owners of Cisco; And this Court generally have admitted computer Records upon showing that the Records ( Cisco-No-Hire-List Defendants' Policy) fall within the Business Records  Exception. *United States v. Moore*, 923 F.2d 910, 914 (1st Cir.).  In essence with the accordance of the Federal Rule of Civil Procedures Rule **16** , Rule **26**, Rule **34** , and Rules of practices and Procedure of the Judicial Conference of the United States ( August 2004). As proposed in particular, Rule 34 (a) will be amended to include electronically stored information. See *Rowe Entm't, Inc. v. William Morris Agency, Inc*., 205 F.R.D. 421, 421, 428 (S.D.Y. 2002). Plaintiff provided to Defendants the Cisco-No-Hire List as Electronic file and as hard copies, also accordingly to Fed. R. Evid. 1001 (3), defined of an accurate printout of computer data [i]f data as herein is stored in a computer or similar device ( CD, Floppy Drive, Hard Drive), any printout or other

output readable by sight, shown to reflect the data accurately , is an "

original" satisfy the best "Rule". *Doe v. United States* , 805 F. Supp.  1533,

1517 (D.  Hawaii.  1992); See also Proposed *Federal Rule  of Evidence 1001*

*(3) (1972.*

## **CONCLUSION**

Defendants ' Discriminatory Animus policy the Cisco-No Hire-List is a

conduct of Racial Classifications facilitating racial prejudice, as a forbidden

ground of classification, Defendants Cisco must not classify theirs  job

applicants, their engineers, and their partners/resellers on the basis of their

race, Ethnicity, or National Origin. The Equal Protection Clause Bans

discrimination on the basis of race , color, ethnicity, and the Court must

subjects them to strict scrutiny and review and that only a compelling

interest, such as military necessity, can justify such classifications and never

less these Cisco  defendants.


**ANTHONY BAYAD, PRO SE**
**2  Magoun  Avenue**
**Medford, MA 02155**
**Telephone (781) 704-8992**

*Anthony Bayad*

## CERTIFICATE OF SERVICE

   IT IS HEREBY CERTIFIED that a true and correct copy of PLAINTIFF 'MOTION DEMANDING THE COURT TO CONDUCT AN   INVESTIGATION AND SUBJECTS DEFENDANTS TO STRICT SCRUTNY REVIEW OF THE DISCRIMINATORY, was furnished via U.S. mail to : Bruce E. Falby,  BBO #544143, PIPER RUDNICK LLP,On International Place, Boston MA 02110, this **31**. day of May  2005 .