UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>                    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>                    Defendants. | CIVIL ACTION NO. 05-11005 GAO |

## DEFENDANTS' MOTION TO DISMISS

Defendants in this matter respectfully move the Court to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim for which relief can be granted. Most of plaintiff's claims are barred by applicable statutes of limitations and fail to comply with statutory prerequisites for bringing an action in this Court. The factual allegations of the Complaint fail to establish the necessary elements to support plaintiff's remaining claims. The grounds for this

~BOST1:373708.v1
26573-15

motion are set forth fully in the accompanying memorandum of law. Defendants also rely on the Affidavit of Bruce E. Falby submitted herewith.

          Respectfully submitted,

          CISCO SYSTEMS, INC., BRUCE BASTIAN,
          KATE DECAMP, LYNN FRASER, CELIA
          HARPER-GUERRA, and RICK JUSTICE

          By their attorneys,

          /s/ Bruce E. Falby
          _____
          Bruce E. Falby, BBO #544143
          DLA PIPER RUDNICK GRAY CARY US LLP
          One International Place, 21st Floor
          100 Oliver Street
          Boston, MA  02110-2613
          (617) 406-6000 (*telephone*)
          (617) 406-6100 (*fax*)

Dated: June 7, 2005