UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY BAYAD,<br><br>          Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>          Defendants. | CIVIL ACTION NO. 05-11005 GAO |

## CERTIFICATE OF SERVICE OF DEFENDANTS' MOTION TO DISMISS

I, Bruce E. Falby, declare under the pains and penalties of perjury that on June 7, 2004, I served upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by overnight mail, the following documents:

1.   Defendants' Motion to Dismiss;

2.   Memorandum in Support of Defendants' Motion to Dismiss; and,

3.   Affidavit of Bruce E. Falby with attached Exhibits A, B, and C.

Respectfully submitted,

/s/ Bruce E. Falby
_____
Bruce E. Falby, BBO #544143
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: June 7, 2005

~BOST1:373698.v1
26573-15