IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ANTHONY BAYAD, | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| | ) CASE NO. 05-cv-11005-GAO |
| BRUCE BASTIAN, KATE DCAMP | ) |
| LYNN FRASER, CELLIA HARPER | ) |
| RICK JUSTICE, CISCO SYSTEMS | ) |
| | ) HONORABLE DISTRICT JUDGE O' TOOLE |
| Defendants, | ) |

## DECLARATION OF ANTHONY BAYAD PRO SE IN SUPPORT OF HIS COMPLAINT AND HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS

I, ANTHONY BAYAD, Declare under the pains and penalties of perjury, pursuant to 28 U.S. § 1746, the following:

1. I introduced in my complaint evidence given to me by Cisco Systems personnel during my employment and after my employment with such company, and I am attaching them in support to my response of Defendants Motion to dismiss, Motion under Rule 11 and my Complaint Dkt.1 on about May 16, 2005 against Defendants Bruce Bastian, Kate Dcamp, Lynn Fraser, Cellia Harper-Guerra, Rick Justice, and Cisco Systems, such Exhibits are within the (4) year time limitation and this include my hard copies of the Cisco-No-Hire-List in my possession that was created the year of 1997 and was given to me By Cisco employee of Arab Race residing oversea in Europe, (Cisco-No-Hire-List) used to present time

1

the year 2005 to discriminate against me and against other minorities, and I am also including Attorney **Bruce Falby ' Declaration** under the pain of perjury in regard of the Cisco-No-Hire-List stating only two copies aimed to fool the Court and I.  I am also introducing  not <u>two (2) copies</u> of Cisco-No-Hire-List but <u>many more than two (2)</u>, provided to me also by **Attorney Bruce Falby**, that is  contradicting his statement in his **Declaration** of the Cisco-No-Hire-List, marked on the bottom right and numbered as "**CISCO 00059 thru CISCO 00085 by Cisco counsel Bruce Falby for the defendants.**

<u>The Exhibits are attached hereto.</u>

_____
ANTHONY BAYAD

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct of DECLARATION OF ANTHONY BAYAD PRO SE IN SUPPORT OF HIS COMPLAINT AND HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS was furnished via U.S.mail to : Bruce E. Falby, BBO #544143, PIPER RUDNICK LLP, One International Place, Boston MA 02110,   this .13. day of June 2005

*PRO SE* ANTHONY BAYAD
MAGOUN AVENUE
MEDFORD, MA 02155
(781)704-8982

_____
ANTHONY BAYAD

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.