UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD

PLAINTIFF                                                    CASE No. 05-11005 GAO

BRUCE BASTIAN, CELIA HARPER-GUERRA
KATE DCAMP, LYNN FRASER
RICK JUSTICE, CISCO SYSTEMS INC.

<u>PLAINTIFF PRO SE MOTION REQUESTING THE COURT
TO SERVE OR TO PROVIDE THE SUBPOENA  TO
DEFENDANTS</u>

Pro Se Bayad respectfully request the Court to issue Subpoena that command Defendants in the forgoing above caption matter to provide the Soft and Hard Copies of CISCO-NO-HIRE-LIST,  a discriminatory animus list targeting and classifying only Minorities, and Defendants' Attorneys have produced solely a fraction of such discriminatory animus list and not the complete version of such discriminatory list that contains Bayad 'name in  it not to be hired nor to be promoted nor to be transferred; As free nation and as free people,  Defendants' unlawful conduct of race classification is an act that this Court has jurisdiction over Defendants and has duty to protect all the minorities affected by such unlawful act of discrimination by these Defendants. This Court cannot deny these Minorities similar situated as Bayad the Equal Clause and Protection under the Law and must protect its Citizens similar situated as Bayad' Federally Protected Civil Rights guaranteed by the United States Constitution; and this Court cannot sent a message as the Magistrate Judge has done that [ if ] Defendants are <u>White and Rich and Executives of</u>

1

Companies, cannot be depose, nor can they participate in any proceeding under the law, and [if the Plaintiff] is an Arab of Race or Moroccan has nor rights in her Court room , and the Only relief the Court has for such Arab of Race or Moroccan is sympathy as it has been stated at the end of her Report and Recommendation.  Therefore Bayad Pro Se on Behalf of all the Pro Se (s) and Minority (s) and White persons of law income, do not pray to this Court  [but] they pray to the Honorable District Judge O'Toole a man of the Highest Integrity and Honor to protect Minorities from future abuse and discrimination by this Defendants and their Attorneys, and to promote Equality and Fairness accordingly to the Law of the  Land  of the Brave and the Free,  and to bring closure to this chapter of Bayad Life and the future of any minorities situated as him, and incase this cannot be achieve [W]e the minorities of this Country the United States of America will understand that Politics is a factors and the hand(s) of The Honorable District Judge O'Toole are tied even though the evidence are concrete and we sincerely respect him for trying to do some thing about it .  Hence this is the end of Bayad ' case as it is coming to an end , Bayad and his family and on behalf of all the minorities whom has been and will be discriminated against and living in this  wonderful Country of ours the United States of America and elsewhere, [We] would like to show our Deepest  and Sincere Appreciation to The Honorable District Judge George O'Toole and The Deputy Clerk Paul Lynnch and his Law clerk and Docket Clerk for treating Bayad  as a Human Being and allowing him to sit in their Court Room as human being without being escorted out of the Court and  provided him with an opportunity to understand his rights in court hearings and  learn the Proceedings, and the Clerk who provided him  help at all the time in regard of his case.  Thank you .   ( Defendants have severely abused me and

destroyed my life and my career and my future simply because I was simply very Educated and I predicted as a young American and immigrant and a good Engineer and a good troubleshooter the down fall of the companies Lucent Technologies and I was young and naïve and I did not know Discrimination nor the Politics in corporate called the **old white boy ' club** , and now, I know and I can predict that Cisco Systems best plan of action will be a spin off to two companies shortly as Lucent Chairman who bought the law in Florida in regard to my case and does it all the time to boost the share(s) and to play with the books as he did with AVAYA Inc. and to make it very complicated to the United States Security Exchange Commission or the Justice Department to prosecute him.)

*ANTHONY BAYAD*

3

## CERTIFICATE OF SERVICE

I SWEAR UNDER THE PAIN OF PURJERY THAT BAYAD SERVED A COPY OF THE FORGOING ABOVE CAPTION ON JUNE 23, 2005, VIA MAIL TO BRUCE FALBY WITH THE FIRM PIPER RUDNICK AND GRAY CARRY LLP, ONE INTERNATIONAL PLACE (21 FLOOR) BOSTON, MA 02110.

ANTHONY BAYD PRO SE
2 MAGOUN AVENUE
MEDFORD, MA 02155
(781) 704-8982

_____
ANTHONY BAYAD