UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>    Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>    Defendants. | CIVIL ACTION NO. 05-11005 GAO |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Plaintiff Anthony Bayad ("Bayad") has filed a motion requesting the Court to issue a subpoena for certain records that he alleges to be in the possession of defendant Cisco Systems, Inc. ("Cisco"). Defendants Cisco Systems, Inc., Bruce Bastian, Kate DCamp, Lynn Fraser, Celia Harper-Guerra and Rick Justice ("Defendants") move to stay discovery pending the Court's rulings on (1) Defendants' motion to dismiss in this matter, and (2) Bayad's objections to Magistrate Bowler's Report and Recommendation that summary judgment enter for the defendants in the related matter Bayad v. Chambers, et al., Civil Action No. 04-10468-GAO (D. Mass). Either of these two pending rulings may dispose of this case. It is therefore appropriate to stay discovery in the meantime. Proceeding with discovery would subject defendants to the unrecoverable expense of responding to potentially needless subpoenas and discovery requests, while a temporary stay will not prejudice Bayad at all.

In support of this motion Defendants rely on the accompanying Defendants' Memorandum of Law in Support of Motion to Stay Discovery and in Opposition to Plaintiff Pro Se Motion Requesting the Court to Serve or to Provide the Subpoena to Defendants. Defendants also rely on the accompanying Affidavit of Bruce E. Falby.

> Respectfully submitted,
>
> CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DECAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE
>
> By their attorneys,
>
> /s/ Bruce E. Falby
>
> _____
>
> Bruce E. Falby, BBO #544143
> DLA PIPER RUDNICK GRAY CARY US LLP
> One International Place, 21st Floor
>
> 100 Oliver Street
> Boston, MA 02110-2613
> (617) 406-6000 (*telephone*)
> (617) 406-6100 (*fax*)

Dated: July 1, 2005