UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

               Plaintiff,

v.

CISCO SYSTEMS, INC., BRUCE
BASTIAN, KATE DCAMP, LYNN
FRASER, CELIA HARPER-GUERRA,
and RICK JUSTICE,

               Defendants.

CIVIL ACTION NO. 05-11005 GAO

## DEFENDANTS' OPPOSITION TO PLAINTIFF PRO SE MOTION REQUESTING THE COURT TO SERVE OR TO PROVIDE THE SUBPOENA TO DEFENDANTS

Defendants Cisco Systems, Inc., Bruce Bastian, Kate DCamp, Lynn Fraser, Celia Harper-Guerra and Rick Justice ("Defendants") hereby oppose "Plaintiff Pro Se Motion Requesting the Court to Serve or to Provide the Subpoena to Defendants," Docket #11. The motion requests the Court to issue a subpoena to Cisco to produce certain documents. The motion should be denied and all discovery should be stayed pending the Court's rulings on (1) Defendants' motion to dismiss in this matter, and (2) Bayad's objections to Magistrate Bowler's Report and Recommendation that summary judgment enter for the defendants in the related matter Bayad v. Chambers, et al., Civil Action No. 04-10468-GAO (D. Mass). Either of these two pending rulings may dispose of the case. It is therefore appropriate to stay discovery in the meantime. Proceeding with discovery would subject defendants to the unrecoverable expense of responding to potentially needless subpoenas and discovery requests, while a temporary stay will not prejudice Bayad at all.

- 2 -

In support of this motion Defendants rely on the accompanying Defendants'
Memorandum of Law in Support of Motion to Stay Discovery and in Opposition to Plaintiff Pro
Se Motion Requesting the Court to Serve or to Provide the Subpoena to Defendants.  Defendants
also rely on the accompanying Affidavit of Bruce E. Falby.

Respectfully submitted,

CISCO SYSTEMS, INC., BRUCE BASTIAN,
KATE DECAMP, LYNN FRASER, CELIA
HARPER-GUERRA, and RICK JUSTICE

By their attorneys,


/s/ Bruce E. Falby


Bruce E. Falby, BBO #544143
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)


Dated:  July 1, 2005

~BOST1:376112.v1