UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 05-11005 GAO |

## CERTIFICATE OF SERVICE

I, Bruce E. Falby, certify that on July 1, 2005, I served upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express, the following documents:

1.　　Defendants' Motion to Stay Discovery;

2.　　Defendants' Opposition to Plaintiff Pro Se Motion Requesting the Court to Serve or to Provide the Subpoena to Defendants;

3.　　Memorandum in Support of Defendants' Motion to Stay Discovery and in Opposition to Plaintiff Pro Se Motion Requesting the Court to Serve or to Provide the Subpoena to Defendants; and

~BOST1:376180.v1
26573-15

- 2 -

4.  Affidavit of Bruce E. Falby with attached Exhibits A and B.

Respectfully submitted,

/s/ Bruce E. Falby
_____
Bruce E. Falby, BBO #544143
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: July 1, 2005