UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY BAYAD,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>    Defendants. | Civil Action No. 05-11005 GAO |

## DEFENDANTS' MOTION FOR RULE 11 SANCTIONS AND INJUNCTION

Pursuant to Fed. R. Civ. P. 11, defendants Cisco Systems, Inc. ("Cisco"), Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, and Rick Justice respectfully move this Court to sanction plaintiff Anthony Bayad ("Bayad") for filing a frivolous action. Bayad has filed claims in this action that are not only clearly barred by applicable statutes of limitation, but also substantially identical to claims already dismissed as time barred by this Court in prior litigation. Bayad's remaining claims are without good faith basis in fact or law. Defendants have been forced to expend significant time and resources to address these baseless claims. Defendants respectfully request this Court to sanction Bayad by awarding them their reasonable attorneys' fees incurred in defending against this action and in bringing this motion.

Meanwhile, Bayad has threatened to bring a new action against defendants' counsel. To prevent further frivolous claims, defendants request that the Court also enjoin Bayad from filing additional complaints, without prior leave of this Court, against Cisco, its employees, or its attorneys.

In support of this motion, defendants rely on the memorandum of law and Affidavit of Bruce E. Falby submitted herewith. As required by Fed. R. Civ. P. 11(c)(1)(A), defendants are serving this motion on Bayad and will not file it unless he fails within twenty-one (21) days to withdraw or appropriately correct his complaint.

        Respectfully submitted,

        CISCO SYSTEMS, INC., BRUCE BASTIAN,
        KATE DECAMP, LYNN FRASER, CELIA
        HARPER-GUERRA, and RICK JUSTICE
        By their attorneys,

        /s/ Bruce E. Falby
        _____
        Bruce E. Falby, BBO #544143
        DLA PIPER RUDNICK GRAY CARY US LLP
        One International Place, 21st Floor
        Boston, Massachusetts 02110-2613
        Telephone: 617.406.6000
        Fax:       617.406.6100

Dated: June 7, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>    Defendants. | CIVIL ACTION NO. 05-11005 GAO |

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

  Pursuant to Local Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, I, Bruce E. Falby, counsel for defendants Cisco Systems, Inc., Bruce Bastian, Kate DCamp, Lynn Fraser, Celia Harper-Guerra, and Rick Justice, certify that on June 7, 2005, in an attempt in good faith to resolve or narrow the issues raised in Defendants' Motion for Rule 11 Sanctions and Injunction, my associate Matthew J. Iverson served the motion on plaintiff Anthony Bayad by first-class mail with a letter notifying him of the nature and purpose of the motion, as well as his opportunity pursuant to Fed. R. Civ. P. 11(c)(1)(A) to

withdraw or correct his complaint. A copy of the letter is attached as <u>Exhibit A</u>. Bayad has neither responded to the letter nor withdrawn or corrected the complaint.

          Respectfully submitted,

          CISCO SYSTEMS, INC., BRUCE BASTIAN,
          KATE DCAMP, LYNN FRASER, CELIA
          HARPER-GUERRA, and RICK JUSTICE

          By their attorneys,

          /s/ Bruce E. Falby

          _____
          Bruce E. Falby, BBO #544143
          DLA PIPER RUDNICK GRAY CARY US LLP
          One International Place, 21st Floor
          100 Oliver Street
          Boston, MA  02110-2613
          (617) 406-6000 (*telephone*)
          (617) 406-6100 (*fax*)

Dated: July 6, 2005

# EXHIBIT A



DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, Massachusetts 02110-2613
T 617.406.6000
F 617.406.6100
W www.dlapiper.com

June 7, 2005

**By First-Class Mail**

Mr. Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

Re:   *Bayad v. Bastian, et al.*, Civil Action No. 05-11005-GAO

Dear Mr. Bayad:

Please find enclosed Defendants' Motion for Rule 11 Sanctions and Injunction, supporting memorandum, affidavit, and attached exhibits. The defendants in this matter believe that the complaint that you filed on May 16, 2005 does not comply with the requirements set forward by Fed. R. Civ. P. 11(b), and have consequently drafted the attached motion requesting sanctions. Pursuant to Fed. R. Civ. P. 11(c)(1)(A), you have until twenty-one (21) days from the date of this letter to withdraw or correct the complaint. If you have not done so by the end of the period specified by the Rule, the defendants will file the attached motion and proceed with their request for sanctions.

Sincerely,

Matthew J. Iverson

MJI:btj
Enclosures

~BOST1:373589.v1
26573-15

**Serving clients globally**