UNITED STATE DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

ANTHONY BAYAD

    PLAINTIFFF

BRUCE BASTIAN, KATE DCAMP          Case No. 05-CV-11005-GAO
LYNN FRASER, CELIA HARPER-GUERRA
RICK JUSTICE, CISCO SYSTEMS INC.
    DEFENDANTS

        HONORABLE DISTRICT JUDGE GEORGE O'TOOLE

### PLAINTIFF PRO SE' MOTION REQUESTING HEARING ON ALL MOTION (S) PENDING AS BASIC RIGHT OF FREE PEOPLE

Pro Se Bayad respectfully request the Honorable District Judge the grant a hearing on all Motion(s) pending in the above caption matter. Defendants and their attorneys have taken advantage of their high status of power and their connection with high official(s) and used it against Pro Se Bayad in two juridction Florida and now Massachussetts at two different venues, additionally in case 04-cv-10468-GAO attorneys and the presiding Magistrate Judge did not allow discovery as matter of rights as defined by law and knowingly this case is about **facts and not opinions of attorneys** and this conduct was against ethics of the Judicial Process and rule of Laws that prejudiced Pro Se Bayad similar situated as him in this procedding, and it is making this Honorable Court looks very bad in the eyes of the American People and the law makers in Washington. The law of this land is meant to be applied with fairness and equality and absent from any ties of any parties as Republicans or any other well known connection with highers officials as was shown in this litigation between Attorneys and the presiding Magistrate Bowler (Republican) during discovery that was denied with the use of intimidation and threats on discriminatory ground and unjustifiable in paritcularly in case 04-cv-10468-GAO in chambers et

al.   Therefore Pro Se resctfully request as matter of rights and as matter of discretion of the Honorable District Judge George O'Toole to hear Pro Se Bayad side that will prove and show to the District Judge what the Attorneys have done with the Magistrate is not American or what this country stand for the liberty and equality for all under the law, also will show that Defendants and their attorneys are lying and making the law and the reputation of the well respected Massachussetts (Bruce Falby) , New York ( Robbin Tarr) , and Bob Mattias ( Virgina) Bar Association of their juridction very disgrasfull when attorney are lying and obstructing justice and destroying evidence and becoming very disrciminatory against littigant as Pro Se Bayad simply because of his race Moroccan.it is a shame and knowingly this case has been proven with concrete evidence absent of discovery and Pro Se Bayad ' Prima Facie has been astablised in this early stage of this litigation.

*ANTHONY BAYAD*

## CERTIFICATION OF SERIVE

I SWEAR THAT A TRUE COPY OF THE PLAINTIFF PRO SE' MOTION REQUESTING HEARING ON ALL MOTION PENDING AS BASIC RIGHT OF FREE PEOPLE TO BRUCE FALBY ONE INTERNATIONAL PLACE, BOSTON, MA 02155 on July 7, 2005

Anthony bayad
2 Magoun Avenue
Medford, Ma 02155
(781) 704 8982

*Anthony Bayad*