UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>            Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>            Defendants. | CIVIL ACTION NO. 05-11005 GAO |

## NOTICE OF FIRM ADDRESS CHANGE

Pursuant to Local Rule 83.5.2(e) please enter the following change of firm address on the docket of this action. Effective February 20, 2006, the address of counsel for defendants Cisco Systems, Inc., Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra and Rick Justice will be:

Bruce E. Falby, Esq. (BBO #544143)
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

        Respectfully submitted,

        CISCO SYSTEMS, INC., BRUCE BASTIAN,
        KATE DCAMP, LYNN FRASER,
        CELIA HARPER-GUERRA, and RICK JUSTICE

        By their attorneys,

        /s/ Bruce E. Falby
        Bruce E. Falby (BBO #544143)
        DLA PIPER RUDNICK GRAY CARY US LLP
        33 Arch Street, 26th Floor
        Boston, MA  02110-1447
        (617) 406-6000 (*telephone*)
        (617) 406-6100 (*fax*)

Dated:  February 16, 2006