FILING FEE PAID:
RECEIPT # 70886
AMOUNT $ 255.00
BY DPTY CLK [signature]
DATE 3/7/06

FILED
IN CLERKS OFFICE
2006 MAR -6  P 2: 52
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD                          )
  Plaintiff/Appellant,                 )
                                       )   CIVIL ACTION
        v.                             )   No. 05-cv-11005-PBS
                                       )
BRUCE BASTIAN KATE DCAMP               )
LYNN FRASER, CELIA HARPER              )
and RICK JUSTICE, CISCO                )
SYSTEMS INC.                           )   THE HONORABLE JUDGE PATTI B. SARIS
  Defendants/Appellee(s).              )

### NOTICE OF APPEAL AS OF RIGHT
### (ATTACHED HERETO IS THE REQUIRED FEE)

**PRELIMINARY STATEMENT**

[we] are all one nation of immigrants by race and origin, but [we] are all Americans under the rule of law. God Bless, as quoted from justice Samuel Alito - " There is nothing that is more Important for our republic than the rule of law. No person no matter how powerful, is above the law, and no person in this country is beneath the law;" . . . ." the first duty of our society is Justice." ( Alexander Hamilton) - and " Fairness is what justice really is." ( Justice Potter) because justice - the hope of all who suffer, the dread of all who wrong.  Justice is found in the United States Constitution in particular the fourteen amendments, Section 1 reads in part and explain in part:

" **Section.1. All person born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No State shall make or enforce any law which abridge the privileged or immunities of citizens of the United States; nor shall any State deprive any person life, liberty, or property, without " due process" of law; nor deny**

**to any person within its jurisdiction the equal protection of the laws."**

Also, The Old Testament is clear that God loves justice. From Mosses to David to Isaiah, the giant of the Old Testament reflect this: Jesus carried forward the prophets ' justice theme in his ministry on earth. In the sermon on the mount, Jesus twice refers to justice. In Matthew 5:6, he says, " Happy are those who hunger and thirst for what is right." And in verse 10: " Happy are those who are persecuted in the cause of doing right ." and <u>justice we shall pursue</u>. "Every step toward the goal of justice requires sacrifices, suffering and struggle. . ."(Martin Luther King, Jr.);

## STATEMENT OF NOTICE OF APPEAL

Thus, for all <u>the disparage treatments</u> and racial bias during Plaintiff Bayad 's previous litigation, executed intentional upon him because of his second class status in the United States of America, and because he is an American native of Morocco, and an Arab of Race - and his consider terrorist in the eyes of the United States Magistrate Judge Marianna B. Bowler, who served her discriminatory report and recommendation shamefully on Memorial Weekend, stating in it that Plaintiff Bayad an Arab of Race that " He is not entitled to any relief under the law and the Court sympathized with him" and the list goes on and on.. . . <u>He herby provides his Notice of Appeal given as matter of right of the above-captioned, case [05-CV-11005] likewise [04-CV-10468]</u>, that is pending and it has been pending for 365 days - one year, where the

Honorable the United States District Judge George O'Toole has recuse him self from the above caption case [05-CV-11005] like wise [04-CV-10468] and the case was assigned to a new district judge, the Honorable District Judge Patti B. Sarris, also to the Magistrate Judge Marianna B. Bowler, who is again abusing the power investing on her by the Honorable District Court and has not recuse herself, as she did not. See <u>Taylor vs.O'Grady</u>, 888 F. 2d 1189 (**7th Cir.**), the Seventh Circuit of Appeals and the First Circuit appeals have stated : ( 28 U.S.C. Section 455(a) of the Judicial Code)

"**[We] think that this language 455 (a) imposes a duty on the judge to act Sua Sponte, even if no motion or affidavit is filed .**"

Additionally even though she decides to recuse her self when fraud was committed collectively with her friends the Attorneys for Dla Piper Rudnick Gray Carry Robert Matthias, Bruce Falby , and Robin Tarr, whom have intentionally denied Bayad the Rights of Due Process that is only selectively given to only white persons in her Court Room, such unlawful act is called treason and it is against the United States constitution. However Plaintiff Bayad was denied his rights for one reason only, Because of his Arab race and his Moroccan of origin . Moreover fraud is defined, is the embrace that species of fraud which does, or attempts to, defile the Court itself, or is a fraud perpetrated by officers of the Court so that the judicial machinery can not perform in the usual manner its impartial tasks of adjudging cases that are presented for adjudication. See <u>Kenner vs. C.I.R.</u>, 387 F.3d 689 (1968); 7

3

Moore's Federal Practices, 2d ed., p. 512, ¶ 60.23.,and the decision produced by fraud upon the Court is not in essence a decision at all, and never become final."

Furthermore, the Honorable United District Court was advised and made aware of it, as the record contains the recusal(SUA PONTE)of the Honorable District Court Judge George O'Toole, also strong evidence of disparage treatment based on Plaintiff Bayad 'race and origin- the record also contains intimidation and deprivation- and violation of civil rights - violation of due process clause under color of law by these Judicial Officers, the Magistrate Judge Marianna B. Bowler and her friends the attorneys for Dla Piper Rudnick Gray Carry - the violation of United States constitution is an act of criminal treason. Therefore Plaintiff Anthony Bayad is proceeding pursuant to Federal Rules of appellate, First Circuit Rules, Rule 3 and 4 (a)(2) appeal his complaint case [05-cv-11005]- when fraud is perpetrated by officers of the Court so that the judicial machinery can not perform in the usual manner its impartial tasks of adjudging cases that are presented for adjudication. See *Kenner vs. C.I.R.*, 387 F.3d 689 (1968); 7 Moore's Federal Practices, 2d ed., p. 512, ¶ 60.23.,and the decision produced by fraud upon the is Court is not in essence a decision at all, and never become final."

## Conclusion

The record contains in 04-CV-10468 that the United States Chief magistrate judge Marianna B. Bowler did not perform her judicial function likewise will in case 05-CV-11005- thus impartial of the

Court have been directly corrupted. *The people of Illinois vs. Fred Sterling*, 357 III. 354, 192 N.E. 229 ( the maxim that fraud vitiates every transaction into which it enters applied to judgment as well to contacts and other transaction)therefore the reports and recommendations, and any orders and judgment of this Court issued by this District Court, none of them it would appear to be valid, <u>it would appear they are void as a matter of law, and are of no legal force or effect</u>, and relief under <u>Rule 60</u> should be <u>granted</u> or as deemed and appropriate.

```
                              RESPECTFULLY SUBMITTED
                              ANTHONY BAYAD
                              2 MAGOUN AVENUE
                              MEDFORD, MA 02155
                              (617) 781-704-8982
```

*Anthony Bayad*

## CERTIFICATION OF SERVICE

It is herby certify that a true and correct copy of the forgoing notice of appeal of the Complaint pending since March the year 2005, was furnished on <u>this 3 day of Marchthe year of 2006</u> via mail to :

1) Cisco Systems Inc. and Bastian et, al.
Attorney Bruce E. Falby BBO# 544143, Dla
Piper Rudnick Gray Cary , 33 Arch Street, 26th Floor
Boston, MA 02110-1447

2) United States Court of Appeals for the First Circuit
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

```
                              Anthony Bayad
                              2 Magoun Avenue
                              Medford, MA 02155
                              Tel: (781)704-8982
```

*Anthony Bayad*

5