UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11005

Anthony Bayad

v.

Bruce Bastian, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-22

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/6/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/30/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11005-PBS

Bayad v. Bastian et al  
Assigned to: Judge Patti B. Saris  
Related Case: 1:04-cv-10468-PBS  
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 05/16/2005  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Anthony Bayad**    represented by    **Anthony Bayad**
2 Magoun Avenue
Medford, MA 02155
PRO SE

V.

**Defendant**

**Bruce Bastian**    represented by    **Bruce E. Falby**
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447
617-406-6020
Fax: 617-406-6100
Email: bruce.falby@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kate Dcamp**    represented by    **Bruce E. Falby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lynn Fraser**    represented by    **Bruce E. Falby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Celia Harper-Guerra      represented by **Bruce E. Falby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Rick Justice      represented by **Bruce E. Falby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Cisco Systems, Inc.,      represented by **Bruce E. Falby**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2005 | 1 | COMPLAINT against Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice Filing fee: $ 250, receipt number 64308, filed by Anthony Bayad. (Attachments: # 1 Part II of Complaint# 2 Civil Cover Sheet)(Edge, Eugenia) (Entered: 05/18/2005) |
| 05/16/2005 |  | Summons Issued as to Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Edge, Eugenia) (Entered: 05/18/2005) |
| 05/16/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Edge, Eugenia) (Entered: 05/18/2005) |
| 05/31/2005 | 2 | MOTION Demanding the court to subject defendants to strict scrutiny review of the discriminatory animus policy the cisco-no-hire-list by Anthony Bayad. c/s(Edge, Eugenia) (Entered: 06/01/2005) |
| 06/02/2005 | 3 | NOTICE of Filing "Prove of Service Summons" by Anthony Bayad. c/s (Attachments: # 1 Exhibit A# 2 Exhibit B)(Edge, Eugenia) (Entered: 06/02/2005) |
| 06/07/2005 | 4 | MOTION to Dismiss by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Falby, Bruce) (Entered: 06/07/2005) |

| 06/07/2005 | 5 | MEMORANDUM in Support re 4 MOTION to Dismiss filed by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Falby, Bruce) (Entered: 06/07/2005) |
| --- | --- | --- |
| 06/07/2005 | 6 | AFFIDAVIT of Bruce E. Falby in Support re 4 MOTION to Dismiss filed by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Falby, Bruce) (Entered: 06/07/2005) |
| 06/07/2005 | 7 | CERTIFICATE OF SERVICE by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice re 4 MOTION to Dismiss, 5 Memorandum in Support of Motion, 6 Affidavit in Support of Motion *to Dismiss*. (Falby, Bruce) (Entered: 06/07/2005) |
| 06/10/2005 | 8 | RESPONSE to Motion as it Premature in Civil Rights Case re 4 MOTION to Dismiss filed by Anthony Bayad. c/s (Attachments: # 1 Response to Motion Part II# 2 Exhibit A) (Edge, Eugenia) (Entered: 06/14/2005) |
| 06/13/2005 | 9 | RESPONSE to Motion re 4 MOTION to Dismiss filed by Anthony Bayad. c/s (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three ) Tab Sheet labeled "4" attached but nothing filed as Exhibit #4. (Edge, Eugenia) (Entered: 06/14/2005) |
| 06/13/2005 | 10 | DECLARATION re 8 Response to Motion, 9 Response to Motion by Anthony Bayad. c/s (Attachments: # 1 Exhibit due to images and text of exhibits. Exhibits A thru J not scanned.) (Edge, Eugenia) (Entered: 06/14/2005) |
| 06/23/2005 | 11 | MOTION requesting the court to serve or to provide the subpoena to defendants by Anthony Bayad. c/s(Edge, Eugenia) (Entered: 06/28/2005) |
| 07/01/2005 | 12 | MOTION to Stay *Discovery* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice.(Falby, Bruce) (Entered: 07/01/2005) |
| 07/01/2005 | 13 | Opposition re 11 MOTION requesting the court to serve or to provide the subpoena to defendants filed by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Falby, Bruce) (Entered: 07/01/2005) |
| 07/01/2005 | 14 | MEMORANDUM in Support re 12 MOTION to Stay |

| | | |
|---|---|---|
| | | *Discovery* filed by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Falby, Bruce) (Entered: 07/01/2005) |
| 07/01/2005 | 15 | AFFIDAVIT in Support re 12 MOTION to Stay *Discovery*, 13 Opposition to Motion. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Falby, Bruce) (Entered: 07/01/2005) |
| 07/01/2005 | 16 | CERTIFICATE OF SERVICE by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice re 12 MOTION to Stay *Discovery*, 13 Opposition to Motion, 14 Memorandum in Support of Motion, 15 Affidavit in Support. (Falby, Bruce) (Entered: 07/01/2005) |
| 07/06/2005 | 17 | MOTION for Sanctions by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Certificate of Compliance with LR 7.1 with attached Exhibit)(Falby, Bruce) (Entered: 07/06/2005) |
| 07/06/2005 | 18 | MEMORANDUM in Support re 17 MOTION for Sanctions filed by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Falby, Bruce) (Entered: 07/06/2005) |
| 07/06/2005 | 19 | AFFIDAVIT in Support *of Motion for Sanctions*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Falby, Bruce) (Entered: 07/06/2005) |
| 07/06/2005 | 20 | MOTION requesting hearing on all motion(s) pending as basic right of free people by Anthony Bayad. c/s(Edge, Eugenia) (Entered: 07/08/2005) |
| 08/05/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered. ORDER OF RECUSAL. Pursuant to 28 U.S.C. sec. 455(b)(4), I recuse myself from participation in this case and direct the Clerk forthwith to reassign the case randomly to another District Judge. (O'Toole, George) (Entered: 08/05/2005) |
| 08/12/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered. ORDER REASSIGNING CASE. Case reassigned to Judge Patti B. Saris for all further proceedings. Judge George A. O'Toole, Jr no longer assigned to case Counsel are directed to the Court's Standing Orders re: Electronic Case Filing.This action is related to CA 04-10468. ( Copy of this order mailed out to plaintiff)(Lyness, Paul) (Entered: 08/12/2005) |

| | | |
|---|---|---|
| 02/16/2006 | 21 | NOTICE of Change of Address by Bruce E. Falby (Falby, Bruce) (Entered: 02/16/2006) |
| 03/06/2006 | 22 | NOTICE OF APPEAL by Anthony Bayad. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/27/2006. (Patch, Christine) (Entered: 03/14/2006) |
| 03/07/2006 | | Filing fee: $ 255.00, receipt number 70886 for 22 Notice of Appeal, (Patch, Christine) (Entered: 03/14/2006) |
| 03/13/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 12 Motion to Stay Discovery. "Defendants shall fulfill their obligations under the automatic disclosure rules, including any copies of the so-called-Cisco no-hire list within 30 days." (Patch, Christine) (Entered: 03/14/2006) |
| 03/13/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 20 Motion for Hearing on All Motions Pending (Patch, Christine) (Entered: 03/14/2006) |
| 03/13/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying without prejudice 17 Motion for Sanctions (Patch, Christine) (Entered: 03/14/2006) |
| 03/13/2006 | | Judge Patti B. Saris : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 9 Response to Motion filed by Anthony Bayad. "Denied." (Patch, Christine) (Entered: 03/14/2006) |
| 03/13/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 2 Motion Demanding the Court to Subject Defendant's to Strict Scrutiny Review of the Discriminatory Animus Policy (Patch, Christine) (Entered: 03/14/2006) |
| 03/14/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 11 Motion for the Court to Serve or Provide the Subpoena to Defendants. "Plaintiff should file document requests, interrogatories, and requests to admit to get necessary information within 3 months. All paper discovery shall be complete by 6/30/06. Any motion for summary judgment shall be filed by 7/30/06. Defendant shall file any opposition by 8/30/06 including any affidavit pursuant to Fed.R.Civ.P 56(f). |

|  |  | At that point, I will decide whether to permit depositions." (Patch, Christine) (Entered: 03/14/2006) |