IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | CASE NO. 05-11005PBS |
| BRUCE BASTIAN; KATE DCAMP ) | |
| CELIA HARPER-GUERRA; ) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| Defendants, | |

FILED
IN CLERKS OFFICE
2006 APR 14  A 11: 27
US DISTRICT COURT
DISTRICT OF MASS.

**AFFIDAVIT OF PLAINTIFF ANTHONY BAYAD IN SUPPORT OF THE SOCALLED "CISCO-NO HIRE-LIST" ALSO CALLED "THE SENSITIVELIST.XLS"**
(Attached To The Affidavit Is A Compact CD Disk Title Cisco-Goodbye-Anthony Bayad)

FACTUAL BACKGROUND

Attorneys and Defendants were caught destroying evidence and lying about the so called the Cisco-No-Hire-List. Further the attorneys have openly stated that the so called Cisco-No-Hire-List is no where to be found in the record of Cisco Systems Inc., they don't have it because they destroy it; additionally, the attorneys have said that the list is not destroyed but, the Cisco-No-Hire-List **dated the year 2000** is maintained by Plaintiff Bayad. How ever, it seems they admitted to it- and our humble argument is where is the newly updated copy of the Cisco-No-Hire-list, the list for the year of 2001-2002-2003-2004,and 2006, they don't exist because they are all destroyed and they are nowhere to be found. It is concluded that the Cisco- No-Hire-List for the year 2001-2002-2003-2004-2005 and 2006 were all destroyed and hidden and lied about their existence that contains 100 to 1000 of minorities names no to be hire and this include Plaintiff Anthony Bayad not to be promoted-not to be hired- not to be transferred.

1

## Affidavit of Plaintiff Anthony Bayad in support of the Cisco-No-Hire-list

1. For all for the forgoing Anthony Bayad ("I") pursuant to the rule of guidance said by said rule of Affidavit and the Rule of Civil Procedure, Rule 56 (f) provide his affidavit in support of the Discriminatory animus list the Cisco-No-Hire-List, that contains my name and 10 to 1000 or more names of only minorities not to be hired, and I sates the following :

2. I, Anthony Bayad a United States Citizen origin of Morocco and an Arab of race, I provided to the United States district Court and to the first court of appeals of First Circuit, the so called Cisco-No-Hire-List - also called the sensitivelist.xls as hard copies and soft copies, accordingly to the rule of evidence.

3. I am also providing the compact CD disk titled the "Cisco-GoodBy-Anthony Bayad", and such compact disk CD contains the Cisco-No-Hire-List also called the Sensitivelist.xls and other Cisco Confidential information that authentic the location of the Cisco-No-Hire-List in the Cisco Systems private networks.

4. I state that in the compact CD disk titled the "Cisco-Goodbye-Anthony Bayad" also contains many files of Cisco Systems and this include even the confidential Report information as of : Nov-01 (**29-OCT-2000** To 25-Nov-2000) travel and fare expenses of Appellant John Chambers and his buddies, Cisco Managers or officers of the company. Such confidential travel expense report was downloaded with the Cisco-No-Hire-List from Cisco Systems private network where only Employee as I , Anthony Bayad have accessed to it and were have located the Cisco No-Hire-List and where it resided, before it was destroyed with bad faith by the attorneys and Cisco Systems defendants.

5. I state that in the compact CD disk titled the "Cisco-Goodbye-Anthony Bayad" also contains many confidential files of Cisco Systems customer's networks crucial information for the year 2000 and 2001 and list goes on and on. . . .

( it is not good for Cisco Systems or it attorneys to allow such clients networks information to become public records and to be provided to Patricia Russo who sold the Company Lucent Technologies to the French the Company Alcatel)

6. I states that the CD disk that I am providing to the court titled the "Cisco-Goodbye-Folders that contains many Cisco Systems files and that I have downloaded from Cisco Systems private network where I had my back up directory in Cisco private Network, and I downloaded it before my wrongful termination from Cisco Systems..

2

7.   I state that the list so called the Cisco-No-Hire-List also called the Sensitivelist.xls, was created or authored by Cisco Systems corporate human resources Ms. Janet skadden, on about the year of 1997.

8.   I state that list so called the Cisco-No-Hire-List also called the Sensitivelist.xls, is administered by Corporate Human Resources, Ms. Cellia Harper-Guerra ( Email address ceharper@cisco.com)

9.   I state that administrator of so called the Cisco-No-Hire-List also called the Sensitivelist.xls, is Mr. Cellia Harper-Guerra who was relocated to England, said by Attorney Bruce Falby. ( probably to separate her from corporate and defendants - appellees)

10.   I state that the list so called the Cisco-No-Hire-List also called the Sensitivelist.xls contains Sub files titles – CISCO-ACT-DB-DT;  - CISCO-LEFTDB-DT; - WIPRO; - WIPRO cont'd; CODC-Jan & July 1999; - SYMBOLE-NO-HIRE-LIST,  all these sub files in the Cisco-No-Hire-list contains names of only minorities not the be hired and controlling their future and their opportunities.

11.   I state that the list so called the Cisco-No-Hire-List also called the Sensitivelist.xls contain my name as follow:

" Do not hire/transfer/promote Anthony Bayad Cisco Empl # 73799
Should you have questions contact Tony Savastano (defendant-appelle) regarding Anthony Bayad"

12.   I state that Defendants Anthony Savastano also called Tony Savastano Carl Wiese and Patricia Russo participated in my termination of my employment with Lucent Technologies in particular Tony Savastano who sent me a letter of termination.

13.   I states as the records contains that I filed a complained with the EEOC against such individual Tony Savastano in Florida and Lucent Technologies ( Patricia Russo) . ( It is against the law for an employer under Title VII Section 704 to retaliate against an employee or any one when such person had filed a complained with the EEOC and right to Sue letter was provided thereafter a law suit was filed)

14.   I states as the records contains I filed law suit against Tony Savastano ( Cisco) and Lucent Technologies ( Patricia Russo) and the interesting party is Carl Wiese ( to be later added).

15.   I state as the records contains that Tony Savastano ( Cisco) directed others to terminate my employment for the second time with my new employer the International Network Services, after my termination at Lucent Technologies, and now Cisco Systems.

16. I state is because of these defendants (Cisco) whom have not rested from the year of 1997 to present – are discriminating against me have inflicted emotional distress upon me and my family and because of their misconduct and because of them; I have many health complications as I am unemployed for about 5 or 6 years, living under the poverty line set for by Massachusetts authorities.

17. I state to this honorable court and to honorable men and women for justice of all races and equality for all races that the records contains that I tried to move on with my life and to support my family and to create a family but each time I do so these defendants and their agents communicate with my potential employer and tell defamation ( lies) served purposely to discriminate against me.

18. I state that the law was bought in Florida and that defendants (Cisco) whom were Lucent Technologies are the law of this land, and now in Massachusetts it is to the Honorable Judges to decide if I have right in my country or not, my country the United States of America.

19. I state that I am not going to rest until justice will sustain and prevail;

20. I state I provided concrete evidence in this case at every avenue and I will keep providing concrete evidence because the defendant (Cisco) 'violation of my federally protected right are outrageously and shamefully infinite that have started the year of 1997 to present time in 3 companies at two difference venues and city Tampa and Fort Lauderdale and at two different states Florida and now Massachusetts.

- I state that the attorneys believe that they are "Napoleon" who at his coronation took the imperial crown of the hands of the Pope and crowned himself. Attorneys do not have a similar prerogative. An attorney that does not have jurisdiction cannot assume it, however worthy the cause.

- At last I state **that god loves justice** - Jesus carried forward the prophets "Justice theme in his ministry on earth." In the Sermon on the Mount, **Jesus** twice refers to justice. In Matthew **5:6**, he says, " Happy are those who **hunger** and **thirst** for what is right." And in verse **10**: "Happy are those who are **persecuted** in the cause of **doing right**." Justice we shall pursue-

...e of Massachusetts
County of Suffolk

This instrument was acknowledged before me on ___ day of April, 2006.

Harris T. Punjabi, Notary Public
Commission Expires November 22, 200_

Respectfully submitted

Anthony Bayad

4

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing of the Motion default sanction by Anthony Bayad was furnished via U.S. Mail to Bruce Falby, Esq., and Matthew Iverson, Esq. Dla Piper Rudnick Gray Cary, 33 Arch Street, 26th Floor, Boston, MA 02110 on this 13 day of April, 2006.

_____
ANTHONY BAYAD
2 MAGOUN AVENUE
MEDFORD, MA 02155
(781)704-8982

Screenshot of Windows Explorer window titled "goodby" showing folder F:\goodby

Address: F:\goodby

**goodby**

Select an item to view its description.

See also:
My Documents
My Network Places
My Computer

| Name | Size | Type | Modified |
|---|---|---|---|
| Chapter2 | | File Folder | 4/20/2001 8:59 AM |
| Chapter3 | | File Folder | 4/20/2001 8:59 AM |
| Chapter4 | | File Folder | 4/20/2001 8:59 AM |
| Chapter5 | | File Folder | 4/20/2001 8:59 AM |
| Chapter6 | | File Folder | 4/20/2001 8:59 AM |
| cisco | | File Folder | 4/20/2001 8:59 AM |
| cisco cm 3.0 avvid boot camp 5-18-00 | 30 KB | Microsoft Word Doc... | 8/18/2001 9:26 AM |
| relaywires_cisco3.doc | 15 KB | Text Document | 2/21/2001 9:26 AM |
| anthony_cde.txt | 145 KB | Microsoft Excel Wor... | 9/26/2000 1:32 PM |
| avvid_deployment_master.xls | 8 KB | Microsoft PowerPoi... | 4/4/2000 4:12 PM |
| avvid_training_template.ppt | 7 KB | Netscape Hypertex... | 1/12/2001 10:21 AM |
| b69.shtml | 7 KB | Netscape Hypertex... | 1/12/2001 10:21 AM |
| b73.shtml | 8 KB | Netscape Hypertex... | 1/12/2001 10:20 AM |
| b76.shtml | 7 KB | Netscape Hypertex... | 1/12/2001 10:21 AM |
| b78.shtml | 7 KB | Netscape Hypertex... | 1/12/2001 10:22 AM |
| b81.shtml | 7 KB | Netscape Hypertex... | 1/12/2001 10:22 AM |
| b83.shtml | 7 KB | Netscape Hypertex... | 1/12/2001 10:22 AM |
| b84.shtml | 7 KB | Netscape Hypertex... | 1/12/2001 10:22 AM |
| b65.shtml | 33 KB | Microsoft Word Doc... | 4/3/2001 12:10 PM |
| beyed_anthony_bio.doc | 2 KB | Text Document | 5/15/2001 12:19 PM |
| boot-camp.txt | 3 KB | Text Document | 5/15/2001 12:21 PM |
| boot-campsecurity.txt | 13 KB | Text Document | 6/13/2000 10:31 AM |
| boot-b-cde.txt | 74 KB | Microsoft Excel Wor... | 8/3/2000 8:21 AM |
| ca_master_list.xls | 299 KB | Text Document | 7/26/2000 7:39 AM |
| catalyst_6000.txt | 6 KB | Text Document | 10/13/2000 10:56 AM |
| cde_material.txt | 8 KB | Text Document | 5/3/2000 10:07 AM |
| cde1_test.txt | 43 KB | Text Document | 5/29/2000 4:48 PM |
| cdeexam.txt | 64 KB | Microsoft PowerPoi... | 3/26/2001 10:12 AM |
| ccne prep.ppt | 1 KB | Text Document | 11/10/2000 5:51 AM |
| chicago.txt | 2 KB | Text Document | 9/7/2000 8:17 AM |
| cpt.txt | 320 KB | Adobe Acrobat 7.0... | 3/12/2001 4:42 AM |
| Copy of sensitivelist.xls | 279 KB | Microsoft Excel Wor... | 9/22/2000 3:21 PM |
| CollabSvr_DS22.pdf | 7 KB | Text Document | 6/13/2000 10:32 AM |
| core-cat-1.log | 7 KB | Text Document | 6/13/2000 10:32 AM |
| core-cat-2.log | 4 KB | Text Document | 8/25/2000 1:45 PM |
| datatest.txt | 17 KB | Text Document | 1/12/2001 10:27 AM |
| dcb-cat-1.log | 16 KB | Text Document | 1/12/2001 10:28 AM |
| dcb-cat-2.log | 24 KB | Text Document | 6/13/2000 10:25 AM |
| dcc-cat-1.log | 156 KB | Microsoft Word Doc... | 3/13/2001 10:53 AM |
| emp_ann.doc | 5 KB | Configuration Settings | 5/31/2001 5:40 AM |
| eudora.ini | 2 KB | Text Document | 12/26/2000 12:12 PM |
| frame-relaysw.txt | 13 KB | CGI File | 3/15/2001 12:23 PM |
| get_picture.cgi | 7 KB | Text Document | 6/13/2000 10:39 AM |
| ho-cat-1.log | 1 KB | Text Document | 1/12/2001 10:40 AM |
| ho-cat-2.log | 7 KB | HTML Document | 6/13/2000 12:39 PM |
| index_html.en.htm | 3 KB | Text Document | 11/30/2000 11:47 AM |
| lab_bootm.txt | 5 KB | Text Document | 12/28/2000 11:49 AM |
| lab_bqrt.txt | 2 KB | Text Document | 12/26/2000 8:58 AM |
| lightstreamelm.txt | 1 KB | Text Document | 1/8/2001 11:46 AM |
| newcorpmass.txt | 255 KB | Microsoft Word Doc... | 2/1/2000 5:28 PM |

Handwritten annotation: "Folder contains more of Cisco customers in support of the Cisco No-Hire list"

Handwritten annotation pointing to Copy of sensitivelist.xls: "CISCO-NO-HIRE-LIST"

Tooltip box: Type: Text Document / Size: 63 bytes

65 object(s) / 15.6 MB / My Computer

Start ... 7:14 AM

Report information as of : NOV-01 ( 29-OCT-2000 To 25-NOV-2000 )

| Name | | Full Fare | Actual Fare | Low Fare | Lost Savings |
|---|---|---|---|---|---|
| Chambers,John T. | RS | $20,496,499.83 | $11,879,976.47 | $10,911,304.17 | $968,672.30 |
| Justice,Richard J. | RS | $7,507,577.29 | $4,308,535.92 | $3,925,678.53 | $382,857.39 |
| Kennedy,Kevin J. | RS | $4,523,577.70 | $2,746,878.81 | $2,531,533.38 | $215,345.43 |
| Allred,Douglas | RS | $3,999,004.93 | $2,185,817.50 | $2,011,635.59 | $174,181.91 |
| Richardson,James | RS | $895,400.80 | $533,613.69 | $494,184.94 | $39,428.75 |
| Redfield,Carl | RS | $1,041,366.72 | $613,605.61 | $576,353.33 | $37,252.28 |
| Volpi,Michelangelo | RS | $541,236.36 | $318,575.67 | $290,786.52 | $27,789.15 |
| Carter,Larry R. | RS | $611,277.95 | $364,042.85 | $336,956.75 | $27,086.10 |
| Beck,Barbara | RS | $508,897.75 | $290,901.99 | $263,837.51 | $27,064.48 |
| Fox,Keith R. | RS | $299,877.95 | $153,896.37 | $140,922.86 | $12,973.51 |
| Kirk,David H. | RS | $270,066.58 | $174,170.56 | $162,226.77 | $11,943.79 |
| Giancarlo,Charles H. | RS | $279,711.33 | $176,643.21 | $165,301.84 | $11,341.37 |
| Ricci,Ronald A. | RS | $7,473.40 | $5,595.77 | $4,746.93 | $848.84 |
| Mazzola,Mario | RS | $8,701.94 | $6,302.69 | $5,743.39 | $559.30 |
| IOS (Kennedy) | RS | $0.00 | $0.00 | $0.00 | $0.00 |
| Corporate Marketing - Office o | RS | $2,329.13 | $1,395.83 | $1,395.83 | $0.00 |
| Bain,Shruti | RS | $0.00 | $0.00 | $0.00 | $0.00 |
| Kadomoto,Mary P. | RS | $0.00 | $0.00 | $0.00 | $0.00 |
| Leege,Sue S. | RS | $0.00 | $0.00 | $0.00 | $0.00 |
| Office of the President | RS | $0.00 | $0.00 | $0.00 | $0.00 |

*This file is in case folder called Karen-DF*

**Report information as of : DEC-01 ( 26-NOV-2000 To 23-DEC-2000 )**

| Name | | Full Fare | Actual Fare | Low Fare |
|---|---|---|---|---|
| Chambers, John T. | RS | $17,180,811.97 | $9,659,032.71 | $8,977,148.66 |
| Justice, Richard J. | RS | $5,908,608.66 | $3,381,379.17 | $3,107,866.70 |
| Kennedy, Kevin J. | RS | $3,899,112.04 | $2,296,391.24 | $2,146,503.30 |
| Allred, Douglas | RS | $3,482,811.29 | $1,850,134.61 | $1,734,996.51 |
| Richardson, James | RS | $826,654.39 | $444,457.97 | $411,999.45 |
| Redfield, Carl | RS | $881,357.89 | $448,280.94 | $423,220.53 |
| Volpi, Michelangelo | RS | $429,445.51 | $252,769.93 | $232,621.43 |
| Beck, Barbara | RS | $345,613.14 | $193,215.87 | $177,601.79 |
| Carter, Larry R. | RS | $592,198.23 | $351,924.43 | $338,255.22 |
| Kirk, David H. | RS | $228,334.28 | $132,252.95 | $119,888.80 |
| Giancarlo, Charles H. | RS | $316,079.66 | $164,100.50 | $151,745.32 |
| Fox, Keith R. | RS | $241,372.71 | $120,379.38 | $109,140.89 |
| Corporate Marketing - Office o | RS | $3,320.14 | $2,633.43 | $2,196.43 |
| IOS (Kennedy) | RS | $0.00 | $0.00 | $0.00 |
| Jain, Shruti | RS | $0.00 | $0.00 | $0.00 |
| Kadomoto, Mary P. | RS | $0.00 | $0.00 | $0.00 |
| Leege, Sue S. | RS | $0.00 | $0.00 | $0.00 |
| Mazzola, Mario | RS | $21,567.67 | $17,719.71 | $17,719.71 |
| Office of the President | RS | $0.00 | $0.00 | $0.00 |
| Ricci, Ronald A. | RS | $4,336.36 | $3,392.58 | $3,392.58 |