UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>*Plaintiff*,<br><br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>*Defendants*. | CIVIL ACTION NO. 05-11005-PBS |

## DEFENDANTS' MOTION FOR LEAVE TO FILE

The Defendants in the above matter respectively move this Court, pursuant to Fed. R. Civ. P. 6(b)(2), for leave to file an opposition to Plaintiff Anthony Bayad's ("Bayad's") Motion for Sanctions (Docket #25). The Defendants have not attached a proposed opposition, because, as explained below, they have not yet seen the Motion for Sanctions. As grounds for this Motion the Defendants state:

1.  Defendants' counsel did not realize that the Motion for Sanctions had been filed until June 20, 2006. Despite a diligent search, Defendants' counsel can find no record that they received service of the Motion for Sanctions. While Defendants' counsel presumably received electronic notice of its filing, they apparently mistook this notice as corresponding to one of the many other similar motions Bayad has filed in this matter, Bayad v. Chambers, Civil Action No. 04-10468-PBS, and Bayad v. Chambers, Court of Appeals No. 06-1396.

2. The Defendants suggest that these facts constitute "excusable neglect" within the meaning of Fed. R. Civ. P. 6(b)(2). Moreover, Bayad will not be prejudiced by the allowance of this motion as no further action has been taken in this case.

3. The Defendants have, as yet, been unable to obtain a copy of the Motion for Sanctions as it has not been scanned and is not available at the Clerk's Office. The Defendants propose filing an opposition as soon as the Motion for Sanctions becomes available.

For the foregoing reasons the Defendants ask that their Motion for Leave to File be allowed.

Respectfully submitted,

CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE

By their attorneys,

/s/ Matthew Iverson
Bruce E. Falby (BBO #544143)
Matthew Iverson (BBO #653880)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: June 21, 2006

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand on by Federal Express on 6/21/06.

~BOST1:429776.v1
26573-15