

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 06-1549

ANTHONY BAYAD
Plaintiff – Appellant

v.

BRUCE BASTIAN; KATE DCAMP; CELIA HARPER-GUERRA;
RICK JUSTICE; CISCO SYSTEMS INC; LYNN FRASER
Defendants – Appellees

### PLAINTIFF – APPELLANT ' MOTION TO STAY NOTICE OF APPEAL PENDING FINAL JUDGMENT OR ORDER OF THE UNITED STATES DISTRICT COURT OF THE FIRST CIRCUIT

(SEE FEDERAL RULES OF APPELLATE PROCEDURE FIRST CIRCUIT LOCAL **RULE 4 (a) (2)**)

Plaintiff – Appellant Anthony Bayad ( " Bayad") respectfully request that his notice of his appeal filed in the United States district Court of the First Circuit to stay pending the final order or decision of such Court - - because Fed.R. App. P. 4 (a) (2) Filing before Entry of Judgment states the following:

> " A notice of appeal filed . . . before the entry of the judgment or order -- is treated as filed on the date of and after the entry."

Additionally, Bayad will only move for voluntary dismissal of the appeal pursuant to Fed. R. App. P. 42 (b) and he will do so - only when his right of due process is being guaranteed and granted by the district Court of the first circuit, and his constitutional rights are being protected by the district court of the first circuit. However, the Court of Appeal of the first Circuit and district Court of the First Circuit will not be prejudiced by granting Bayad 's motion to stay Appeal pending the final order from the District Court,

which is the Magistrate Judge Bowler and her friend the Attorneys Bruce Falby et. al, whom have been caught committing fraud and corruption upon the Court – whom are again presiding in this case **No. 05-11005-PBS** ( D. Mass.) like wise case **N.o 04-10468** (D. Mass) and the fraud and corruption is supported by evidence and it is more defined in Bayad ' brief filed with the Court of Appeal for the first Circuit; see case **No. 06-1396** as it is well explained in detail in the brief of such case ( Bayad v. Chambers), also see case No. 06-1915( the magistrate Judge and her friend the attorneys Bruce Falby et, al. have called their buddies at the Immigration Custom Enforcement to incarcerate Bayad ' Brother for one year and 2 months ( 1 year and 2 month), and have caused Bayad ' mother pain and suffering – sick to her stomach and have sent her to Massachusetts General Hospital and she is in coma – in critical stage of her life as being operated in her Stomach.) Such desperate and criminal move on the part of the <u>Magistrate Judge Bowler</u> and <u>Bruce Falby et, al</u>. will be communicated to the following men and women of law:

> "    The Honorable Chief Judge Michael Boudin; The Honorable Circuit Judge Juan R. Torruella; The Governor of Massachusetts the Honorable Mitt Romney; the Committee on the Judiciary, Senator(s) the Honorable(s)  Richard G. Lugar, Orrin G. Hatch, Charles E. Grassley, Jon Kyle, Mike DeWine, Jeff Sessions, Lindsey Graham, John Cornyn, Sam Brownback, Tom Coburn, Patrick, J. Leahy, Edward M. Kennedy, Joseph R. Biden. Jr., Herbert Kohl, Russel D. Feingold, Charles E. Schumer, Richard J. Durbin; and the U.S. Ambassador for Morocco the Honorable Thomas T. Riley; The Moroccan Ambassador of Morocco in Washington his Excellency Aziz Mekour, the prime minister of Morocco the Honorable Driss Jettou and the Honorable Nabil Benabdallah , Minister de la communication , porte-parole du government of Morocco ( unconstitutionally incarcerating Bayad 's Brother Moussa Bayad for about 2 years because the magistrate judge Mariana B.  Bowler said so. It is insane and it is a crime to retaliate against U.S citizens families because they are suing white race – rich and

well connected and their attorneys are the friends of the magistrate Judge Marianna B. Bowler , Catherine Curtin and Bruce Falby et, al. "

Hence, Magistrate Judge Marianna B. Bowler and her friends the attorneys are not the law or above the law and no man in this country is so high that he is above the law. No officer of the law may set the law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creature of the law, and are bound to obey it and this include the magistrate Judge Marriana B. Bowler and her friend the attorneys Bruce Falby et, al.. see *Butz v. Economou*, 43 U.S. 478, 98 S.C.t. 294 (1978); *Scheuer v. Rodes,* 416 U.S. 232, 239, 94 S.Ct. 163, 1687-88.

## CONCLUSION

Court are the mere instrument of the law, and can will nothing. When they are said to exercise a discretion, it is a mere legal discretion, a discretion to be exercised in discerning the course prescribed by law, and , when that discerned, it is the duty of the court to follow it. Judicial power is never exercised for the purpose of given effect to the will of the magistrate Judge Bowler or her friends the attorneys ; always for the purpose of given the effect to the legislature; or, in other words, to the will of the law.

3

## CERTIFICATION OF SERVICE

It is certify that a true copy of the forgoing motion to stay appeal pending the final order of the district court of the first circuit was furnished by U.S. mail to Bruce Falby with DLA Piper Rudnick Gray Cary, 33 Arch Street, 26 th Floor, Boston, MA 02110 and the United States District Court for the First Circuit, on this month of June 19, 2006 .

Respectfully Submitted

Anthony Bayad
2 Magoun Avenue
Medford, Ma 02155
(781)704-8982