# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 06-1549

### ANTHONY BAYAD
### Plaintiff – Appellant

**v.**

### BRUCE BASTIAN; KATE DCAMP; CELIA HARPER-GUERRA; RICK JUSTICE; CISCO SYSTEMS INC; LYNN FRASER
### Defendants – Appellees

## APPELLANT ' MOTION IN RESPONSE TO ORDER OF COURT TO SHOW CAUSE " WHY" THIS APPEAL (CASE No. 05-11005 ( D. Mass)) MUST STAND

### JOHN MARSHAL
" The very essence of Civil Liberty is the right of every individuals to claim the protection of the laws, whenever the receives an injury."

### THEODORE ROOSELVELT
" Aggressive fighting for the right is the noblest sport the World affords."

### ANONYMOUS INSCRIPTION ON THE SUPREME COURT BUILDING WASHINGTON
" Justice the guardian of liberty"

### BENJAMIN N. CORDOZO
"Justice, though due to the accused, is due to the accuser also."

## BACKGROUND

We state to this honorable Court that every facts is stated right here has its backup

facts/witness/places - as it is very important to be communicated to this Honorable Court

and to the honorable men and women of justice and honor, and we have communicated

1

only fraction of it(s) to this Court, found in the case No. 04-10468 (D. Mass); see

Docket Entry No. 84 - also *see* Appellant – Plaintiff ( " Bayad") ' BRIEF; *see* case No.

06-1396 First Circuit Court of Appeals. [W]e state to this Honorable Court that

Magistrate Judge Marianna B. Bowler is the Court and that Magistrate Judge Marianna

B. Bowler and her friends the Attorneys Bruce Falby et. al are the officers of this Court,

have presided in case No. 04-10458 ( D. Mass) – and now they are presiding in case No.

05-11005( D. Mass) ( the above case); it is clear that Magistrate Bowler is the Court, and

Since the Magistrate Judge Marianna B. Bowler is the Court and her friends the attorneys

Catherine Curtin and Bruce Falby et. al are officers of the Court - then we have the right

to change venue or to move the case to upper Court- when the records speaks for its self

that there are very serious misconduct - judicial –legal - ethical - problem(s) - fraud and

corruption committed upon the Court - that need to be dealt with and cannot be tolerated

as matter of law and must be microscopically monitored; as we are respectfully

mandating an action to be taken and to be executed as matter to the discretion of this

Honorable Court – accordingly to its guidelines of its judicial code and the rule of ethics.

However, it is important for this honorable Court of Appeals to step to the plate as matter

of right in the interest of justice - because it has a jurisdiction over the district court

(Bowler) and its officers ( the attorneys Bruce Falby et, al.)- for all the forgoing stated

above and bellow Bayad ' appeal must stand even though it was filed prematurely

because he was told in advance about the outcome of the above case – and the notice of

2

appeal was served to notify this honorable Court about the corruption and the fraud

committed upon the Court that must stop – a message by this Court must be sent that no

one is above the law.   Thus, Bayad ' appeal should not be dismiss but in contrast a  Sua

Ponte judgment in favor of Bayad should be entered by this honorable Court of Appeal of

the First Circuit (*SuaPonte)*;  Finally,  this  Honorable Court has jurisdiction over  these

corrupted  and fraudulente   officers,  Magistrate Bowler and her friends the attorneys

Bruce Falby et. al. Again , this Court, the Court of Appeals is a higher Court and has

jurisdiction of such Court, the District Court of the First Circuit ( Bowler & Falby et, al.).

### PLAINTIFF PUBLIC STATEMENT
### Freedom act &Tax payer interest & the Court Reputation

Now, comes Bayad states that his appeal should stand as he  provides additional

statements of fraud and corruption and misconduct and illegal activities by these

officer(s), Marianna B. Bowler- who is  the Court and  her friends the attorneys, Bruce

Falby et. al, the officers of this Court. The record speaks for it self as Bayad witness

Magistrate Judge Marianna B. Bowlers stating during the first staged Statue Conference

dated 11/12/04 as  she stated to her friend Bruce Falby that she needed to finish up this

case before leaving on vacation,  and what this mean as it is well  comprehended to any

one who hear such statement,  is she needed to finish up the work out deal before leaving

on vacation knowingly discovery has just begun. Thereafter in the same  month Bruce

Falby and Magistrate Judge Bowler have  left to Europe ( Italy- Switzerland $ Greece –

Italy) and  is for the Court to draw it own conclusion and if the Court cannot draw it own

conclusion – [w]e can ask the right people the men and women of special task force

within the treasury department or the Justice Department Interpol division Washington

(Not Boston division) - because there is a  purpose for  their overseas trip, the continent

of  Europe, where  Bruce Flaby-Bob Mathias of  Dla Piper Rudnick Gray Carry a firm of

1 Billion of revenue have personally stated that they will buy the law as Patricia Russo

have done in Florida ( See Mr. Amado Navas swear Affidavit witnessing such fraud)-

and Bob Mathias of DLa Piper Rudnick Gray Carry has   keys in Europe for the off shore

safety deposits  as compensation of the hard work of his  friends and such generous gift

are legal because it is done in Europe using different alias/names/corporation; Such

generous give way gifts are  especially given to  those who travel 2 two 3 times a year to

Europe and especially those who travel to Monaco the French off shore haven   and Italy

5 mile to Switzerland the world off shore accounts –" the old saying you  blink and I

Understand" see *Docket 84 case No. 04-10468* ( D. Mass); Additionally, the Immigration

Custom Enforcement agency ( Home Land Security) has such travel log/records of Bruce

Falby and  Magistrate Bowler, the officers of the Court - "the"  a public servant(s) - the

public retain/deserve the right to now why a magistrate judge Bowler  who carry  a

federal badge is always  traveling to Europe ( Monaco)!  Probably ,   we can simply pass

the info to the  media or to the Boston Globe to look in to it or to make it a formal

complaint to the Senate of the judicial council and to the governor of Massachusetts and

4

the White House thru the U.S Ambassador of Morocco or the Inspector General ( Justice

Department), whom will decide based on the facts of evidence of what is going in

Boston with these officers of this Court. However, Magistrate Bowler and her friends

the Attorneys Bruce Falby and her entourage friends are always inform/knew about the

outcome of the cases No. 04-10568 ( D. Mass) likewise 05-11005( D. Mass)- they know

about the case even before filed likewise her reports and recommendations dated , May

25 2005, was known to her friends and the attorneys a week before was served to

Bayad. The Court must be advised that Magistrate Bowler and her entourage

friends/attorneys knew about her ruling and her intentions of both Bayad' cases likewise

Bayad ' cases far before the Court or any one else and this include Bayad. Respectfully,

Magistrate Judge Bowler and her entourage friends have once advise Bayad about his

cases that a ruling always will be in favors of her friends the attorneys because there is

deal and an attorney acting as a brokerage who is supervising the on going fraud going –

the on going corruption that has being committed upon the court, that was done in the

open and that only favor her friends the Attorneys Catherine Curtin and Bruce Falby

et, al. Furthermore, about a week or two before Magistrate Bowler initiated her reports

and recommendations as we call it the memorial week reports and recommendations

dated, May 25 2005, portraying Bayad a terrorist/sand nigger/ dirty Arab /O'gold digger/.

. .etc.., and was served to Bayad that only favor her friends the attorneys knowingly

Bayad ' direct evidence are overwhelming and unrepeatable, her entourage friends from

Boston already knew about the ruling of the case even before Bayad as they were booking a room - staying at the Sea Port Hotel located two block from the United States District Court of first Circuit, south Boston area - and it is for the Court to draw its own conclusion because it is not a coincidence - but there was a plan designed to send Bayad with a friend of Magistrate Bowler on a fully paid a trip to Florida/Miami to served to favor the attorneys and prejudice Bayad who will miss the 10 days objection/response to her reports and recommendations, and if Bayad do not respond within the 10 days - then there will be no right of appeal in case 04-10468 ( D. Mass). it is a shame– and the Sea Port Hotel is located only two blocs from the Court! Why the sea port hotel ? we should ask the magistrate Bowler ' 30 year friend, what was going there, Bayad knows why because white people in the 21 Century have missed the boat!

## STATEMENT PROVIDED TO THE PUBLIC ABOUT THE COURT BECOME PUBLIC RECORD

Furthermore, this is not the first time that the magistrate Bowler have communicated the internal confidentiality and the internal process of the Court and confidentiality meeting conducted in the court and the conviviality of the judges – is \ always communicated to her entourage friends, and such communications - when communicated outside the Court it become public records. It is not good for the court. Moreover, Magistrate Bowler has been caught once stating in public to her entourage friends that the United States district Court of the First Circuit is not the same because the

6

Honorable Man of Honor and integrity, the new chief Justice, the Honorable chief judge

Mark L. Wolf , is presiding in such higher position - and why such statement is being

said is that the district Court is not the same is because the Honorable Chief Justice Mark

L. wolf does not always agree on decisions/processes and does not meet half way her

friends at the justice Department at Boston Moakley building the 9th floor in particularly

her friend, district U.S. attorney Mr. Sullivan – Magistrate Bowler friendship with U.S.

Attorneys Mr. Sullivan goes way back to the era of Governor Dukakis and their

employment with the justice department district of Massachusetts and as Both attorneys

in Massachusetts during the golden era – of Boston segregation – Charlestown / the I.R.A

weapon smuggling from Boston to Ireland thru Libya. Although, the court is not the

same when Magistrate Bowler made her friend chief Magistrate - chief Magistrate the

friend of the magistrate Bowler who has just resign or retired last year right after the

honorable man, Judge Mark L. Wolf, who was nominated to Chief Justice - .

Respectfully, Magistrate Bowler should not communicated internal issues to the Public

as it is very damaging to the Court because it become public records. Although,

Magistrate Judge has no right to communicate cases before even due for adjudging and

this include Bayad ' cases – never mind the confidentiality of the Court and the issues

facing the Court. Hence, [w]e are facing with an ethical misconduct.

### STATEMENT OF ADVICE TO PRESERVE INTERGIRITY
A PUBLIC SERVANT IS ALWAYS IN THE INTEREST OF THE EYE OF THE PUBLIC

Thus, [w]e would like cautiously advise the magistrate Bowler thru this Honorable

Court that magistrate Bowler must be very prudent/cautious when hanging out with her

best friend from Martha Vineyard ( Cape Code), who has been spotted in public places

with Marijuana – as she always carrying a bag full of Marijuana ( illegal Drugs) in her

hand bag – as she is addicted to Marijuana – nothing wrong with smoking Marijuana as it

is a free country – but it is a problem because such person from Martha Vineyard has a

best friend - a Federal Judge, Magistrate Judge Bowler, who carry a federal badge and

took an oath to protect the constitution of this land and to enforce the law of this land,

and when someone violate the law it is a punishable by crime, as we all know this not

Europe this United States of America - marijuana is illegal in Massachusetts but is legal

in Europe Amsterdam/Italy/Monaco. Although, Magistrate Judge Bowler who is a

public servant ad who is known in the public eye(s) in every parties in Boston that she

does not drink alcohol and if she does not drink alcohol then she need to be careful of a

second hand Marijuana ( illegal drugs)smoker from her best friend ( like her sister) from

Martha Vineyard , because inhaling the smoke of her best friend is worse than directly

smoking such illegal drugs, as it is not good for her health or the health of her Court.

Additionally, there are bad people out there from the public, whom may decide to tip off

( notify) Boston Globe like they have done with the U.S. Marshal of this Court, Mr.

Anthony Dichio – or just tip off ( Notify) the Drug Enforcement Agency ( "D.E.A) who

may score big time with big head line " Federal Judge caught with Marijuana" likewise

there are other issues and more illegal activities that is going on in New Burry Street

where the Magistrate Bowler frequently hang out as the public has witnesses it.   At last, this Court will ask it self why Anthony Bayad did not tip off the Senate or State Trooper or  the D.E.A or the Boston Globe and  why not -  the answer is for one reason and only one – is to protect the integrity and the reputation of the United States Court of the First Circuit and the men and women of justice and honor who serve in such honorable Court, the First Circuit;  Even though,   Magistrate Bowler  has imprisoned Bayad ' Brother Moussa Bayad for about 2 years and had him sexually raped not once but during the whole time at  her jurisdiction, the Plymouth Correctional Facility,   had purposely with others denied him access to nursery or a doctor – only to evade liability,  caused Bayad ' mother Fattouma Bayad pain and suffer – sick  in her stomach,   and  sent her to Massachusetts General Hospital as she is laying in her bed in critical phase of her life with a bag in her stomach.  Additionally, Magistrate Bowler and her friend the attorneys Bruce Falby have sent not once by many time the State Troopers to harass the family, Bayad, and have directed other to illegal tap and ear drop on personal phone conversion of Bayad and his friends whom are also her entourage  friends-- to sent a clear message to any one who interfered with her on going deals in favors to her friends, the  attorneys, whom are presiding in the above caption matter.   See more the magistrate Bowler and  her friends the attorneys Bruce Falby et. al, '  misconduct as it is well defined in the brief pending in the First Circuit Court of Appeals case No. 06-1396.

## ARGUMENT OF THE MOTION

The right to a tribunal free from bias or prejudice is based, not on <u>28 U.S.C.</u> <u>section 144</u>, but on the due process clause;  Whoever, owing **allegiance** to the United States and having knowledge of the commission of any **treason** against them, conceals and does not, as soon as my be, disclose and make known the same to **the president** or to **some judge** of the United States, or to **the governor** or to **some judge or justice** of a particular state, is <u>guilty of misprision of treason</u> and shall be fined under this title or **imprisoned** not more than **seven years**, or both.

## STATEMENT OF THE CASE

"Magistrate Bowler is the court and the Attorneys are the officer of the court and are presiding in the above case & have stated that they will deport Bayad and his family but before doing so [they] prefer first sexually rape Bayad in their prison run by their friends deny him access to nurse or doctor likewise they have done to his brother Moussa Bayad then send him home ( where home) & [we] will see about that"

Now comes, Bayad states that he already know the outcome of the case because the magistrate Bowler is the court as she told her friends, that any ruling is conducted by her and it is going to be her way because she is higher in seniority than others in her Court. This conduct is wrong because Magistrate Judge Bowler has no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or other would be treason to the Constitution. See<u>U.S.   v.   Will, 449</u> U.S. 200, 216, 101 S.Ct. 471, 66 L. Ed. 2d. 392, 406 ( 1980); Also<u>Cohen   v.   Virginia</u>, 19 U.S. ( 6 W heat) 264, 404, 5 L.Ed 257.   Additionally, article VI, clause 3, of the U.S. Constitution, define Magistrate Bowler as every judge has taken an oath to support the

10

U.S. Constitution; Whenever any Judge as her violates the constitution in the court of performing her duties, then that Magistrate Bowler or judge is acting without lawful authority, has defrauded not only the defendants or the plaintiff involved, but has also defrauded the government and the American people, the tax payers. Magistrate Bowler is paid to support the U.S. Constitution and the U.S. Government and has taken an oath to do so in matter with the accordance with the law. By not supporting the Constitution, the Magistrate Judge is collecting monies for work not performed. Under the Constitution and its amendments, a Magistrate Judge only has the lawful authority to represent the government with the government ' lawful operations. However, the rest of the Docket Entry and motion for default as sanction filed by Bayad is still pending as there were no discovery, as there were no hearing upheld order of the court, as there were no discovery master presiding, as there were no subpoena(s) provided – because the Court is Magistrate Bowler and her attorneys presiding are her  friends  and the order of the Court commending the Friend of the Magistrate Bowler to provide the  so called the "Cisco-No-Hire-List" was ignored knowingly in case No. 04-10468 ( D. Mass) Docket Entry No. 68 Paul Hughes Declaration Exhibit D– they provided it to Bayad only as hard copy of such discriminatory list the  so Called the Cisco- No- Hire- List, and when Bayad ask them to provide the electronics copies listen what they have said, the attorneys  the friend of the Magistrate Bowler – it is a joke or simply desperate :

> "The bulk of the Motion request this Court to impose a default pursuant to Fed. R.
> Civ. P. 60(b) as sanction for the Defendants ' alleged destruction of a document

that Bayad refers to as the " no-hire-list" ( "the list"). This request lacks merit for
three reasons. *Firs,* the list was not destroyed; Bayad maintains a copy of it in his
possession and has submitted it to this Court. See  Plaintiff Appellant'
Supplemental Records Excerpts at 5. *Second,* the list is not material.  It is not a
new issue, and figured prominently in Magistrate Judge Bowler' consideration of
the parties' Cross Motion for summary judgment in Bayad v. Chambers, Civil
Action No. 04-10468-PBS. Magistrate Bowler concluded that the list , even if
authenticated, would be immaterial as it was not facially discriminatory. Reports
Recommendation dated May 25, 2005 ( Memorial weekend)"

It is a said and insulting and the bottom line is not there is a miscarriage but there is

favors that the inspector general and the men and women of the United States of the First

Circuit of Appeals Court must intervene and take action. This is too much because this is

a public record that will not go away unless a serious actions are taken.   Having said,

with the all the forgoing  the integrity of the court must be protected and  enforced. *See*

*the Docket Entry of the case 05-11005 ( D.Mass*) and for this honorable Court to draw its

own conclusion because Bayad is not intimidated or scare of any one of  such racists

corrupted sick individuals who are caught with their illegal activities,  the Magistrate

Judge Bowler and her friends the attorneys.  However,  criminal act  is being

communicated to the right men and women of the law as [w]e have promises to do and

have commenced in doing so as it is stating right here – will be  passed to the Senate –

Governor of Massachusetts – the Justice Department Washington Headquarter –  the

white House – and the American People thru the media. Right now, [we] are confident

that  some men and women of Honor of the United State Court of Appeals for the first

Circuit  are watching.

## SUMMARY OF THE ARGUMENT OF THE MOTION

A "decision" produced by fraud upon the court is not in essence a decision at all, and never become final. Although, the **maxim** that **fraud vitiates** the entire **proceeding,** every **"transaction"** into which it enters applies to judgments as well as **"the contracts"** and others transactions. " Fraud upon the Court makes **"VOID"** the **"ORDERS"** and **"JUDGMENT"** of the **COURT** ."

## CERTIFICATIONOF SERVICE

It is certify that a thru copy of the forgoing above motion was furnished accordingly to Bruce Falby attorney with DLA Piper Rudnick Gray Carry and to the United States District Court of the First Circuit, on July 7 , 2006 by U.S mail to the address found on the record 33 Arch street and 1 Court House Way, Boston.

Respectfully Submitted

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155
Tel: 781-704-8982

13