UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>*Plaintiff*,<br><br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>*Defendants*. | CIVIL ACTION NO. 05-11005-PBS |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendants cross-move for summary judgment on the remaining counts of the Complaint. On July 12, 2006, this Court dismissed the majority of Bayad's claims. Remaining are: (1) those § 1981 claims arising from Bayad's alleged attempts to do business with Cisco (the "§ 1981 Business Claims"); (2) those § 1981 claims arising from Cisco's failure to rehire Bayad in 2003 (the "§ 1981 Hiring Claims"); (3) those § 1985 claims arising from Cisco's failure to do business with Bayad and rehire Bayad in 2003 (the "§ 1985 Claims"); and (4) Bayad's state law claims for breach of contract (Count VI), conspiracy (Count VIII), false imprisonment (Count IX), and intentional and negligent infliction of emotional distress (Count X).

As set forth fully in the Defendants' supporting Memorandum: (1) the § 1981 Business Claims fail because there is no evidence that Bayad's company attempted to contract with Cisco; (2) the § 1981 Hiring Claims fail because there is no evidence of discrimination; (3) the § 1985 Claims fail because there is no evidence of either

BOST1\434192.1
26573-15

discrimination or state action; and (4) the state law claims are either time barred or lack evidence of an essential element.  Additionally, Defendants Bastian, DCamp, Harper-Guerra, and Justice are entitled to summary judgment on all claims because they had no connection with Bayad.

In support of this motion, the Cisco Defendants rely on their Memorandum in Support of Defendants' Cross-Motion for Summary Judgment, their Local Rule 56.1 Statement of Undisputed Facts, and the Declarations of Matthew Iverson, Bruce Bastian, Kate DCamp, Lynn Fraser, Celia Harper-Guerra, Richard Joseph Justice, and Paula Hughes submitted herewith.

        Respectfully submitted,

        CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DECAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE

        By their attorneys,

        /s/ Matthew Iverson
        Bruce E. Falby (BBO #544143)
        Matthew Iverson (BBO #653880)
        DLA PIPER RUDNICK GRAY CARY US LLP
        33 Arch Street, 26th Floor
        Boston, MA  02110-1447
        (617) 406-6000 (*telephone*)
        (617) 406-6100 (*fax*)

Dated:  July 30, 2006