UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

*Plaintiff,*

v.

CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,

*Defendants.*

CIVIL ACTION NO. 05-11005-PBS

## **DECLARATION OF KATE DCAMP**

I, KATE DCAMP, declare under the pains and penalties of perjury, pursuant to 28 U.S.C. § 1746, the following:

1. I am a Senior Executive Advisor for Cisco Systems, Inc. ("Cisco"). I have worked at Cisco since May 2000.

2. I submit this declaration in support of the Defendants' Motion for Summary Judgment in connection with the captioned matter.

3. I had no involvement with and have no personal knowledge of the facts surrounding Anthony Bayad's employment with Cisco. Until he filed this lawsuit, I was unaware that Mr. Bayad had ever worked at Cisco.

4. I have never interacted in any way with Mr. Bayad.

5. My attorneys have provided me with a copy of a letter, dated November 29, 2000, that Bayad claims he sent to me. I do not recall having ever seen this letter.

~BOST1:430586.v1
26573-15

6. I have no personal knowledge concerning, and have had no involvement with, any decision regarding Mr. Bayad's employment with Cisco, the termination of his employment, or Mr. Bayad's alleged subsequent attempts to obtain re-employment with Cisco or employment elsewhere.

7. My attorneys have provided me with a copy of an e-mail, dated February 19, 2002, that Mr. Bayad alleges a Cisco employee named Tushar Kothari sent to myself and several others. I do recall receiving this e-mail. I am not aware of any connection between the subject matter of that e-mail and Mr. Bayad.

8. My attorneys have provided me with a copy of an e-mail, dated September 26, 2002, that Mr. Bayad alleges was sent by a Cisco employee named Paul Mountford. I have never seen this e-mail before and have no independent knowledge of its contents.

9. My attorneys have provided me with copies of e-mails, dated December 3, 2003 and January 28, 2004, that Mr. Bayad alleges Cisco sent to him. I have never seen these e-mails before and have no independent knowledge of their contents.

10. To my knowledge, Cisco does not, and never has, maintained a no-hire list targeting minorities as alleged by Mr. Bayad.

11. My attorneys have provided me with a copy of the "no-hire" list Mr. Bayad produced in the course of this litigation that refers to Mr. Bayad by name. I have never seen it before. I have never placed nor instructed anyone to place Mr. Bayad's name on a "no-hire" list. I have never instructed anyone at Cisco not to hire, promote, or transfer Mr. Bayad.

~BOST1:430586.v1
26573-15

12. I have no personal knowledge concerning, and have had no involvement with, any decision regarding Mr. Bayad's alleged attempts, on behalf of himself or anyone else, to foster any type of business relationship with Cisco or anyone else.

13. I have never communicated with any Cisco employee about Mr. Bayad prior to the filing of this lawsuit.

*Kate DCamp*
Kate DCamp

Dated: July 26, 2006

3