UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

     *Plaintiff,*

v.

CISCO SYSTEMS, INC., BRUCE
BASTIAN, KATE DCAMP, LYNN
FRASER, CELIA HARPER-GUERRA,
and RICK JUSTICE,

     *Defendants.*

CIVIL ACTION NO. 05-11005-PBS

## DECLARATION OF PAULA HUGHES

I, PAULA HUGHES, declare under the pains and penalties of perjury, pursuant to 28 U.S.C. § 1746, the following:

1.     I am a Human Resources Manager, World Wide Employee Relations, employed by Cisco Systems, Inc. ("Cisco"). I have worked at Cisco out of its San Jose, California facility since December 18, 2000.

2.     In my capacity as Human Resources Manager, I am fully familiar with the facts and circumstances of Cisco's employment policies generally and with respect to Anthony Bayad's employment specifically.

3.     I submit this declaration in support of the Defendants' Motion for Summary Judgment.

### Plaintiff's Alleged Efforts
### To Obtain A Transfer To North Africa

4.     Mr. Bayad alleges that on or about November 2, 2000, while he was employed by Cisco, he applied for a transfer to Cisco Europe for a position as a systems manager or a systems lead engineer for Cisco's North Africa region (the "North Africa Position"), that he was given an oral offer for the North Africa Position, but that Cisco corporate headquarters declined to approve the oral offer based upon discriminatory reasons.

5.     I have undertaken an exhaustive search of Cisco's records, and have located no documents, memoranda, vouchers or any other such materials that substantiate Mr. Bayad's allegations that (1) he applied for the position, (2) he was flown at Cisco's expense to Europe or Africa to interview for the position or (3) he interviewed with Cisco engineers for the position.

6.     I also have interviewed Cisco employees in an attempt to determine whether Mr. Bayad interviewed for a North Africa position and none of these employees have any memory of any such interview of Mr. Bayad having occurred.

7.     Moreover, Cisco's policy regarding transfer and promotion of new employees, in force at the time of Mr. Bayad's alleged interview for the North Africa position, states that Cisco employees are not eligible for transfer during their first year of employment with Cisco absent a business necessity and the Cisco employee's manager approval. Attached hereto as Exhibit A is a true and correct copy of Cisco's recruiting policy with respective to current and former Cisco employees.

8.     In November of 2000, the time Mr. Bayad alleges he applied for the North Africa Position, Mr. Bayad had been an employee of Cisco for only six (6) months.

2

~BOST1:431438.v1
26573-15

Thus, even if Mr. Bayad had applied for the North Africa Position, and even if he had received an oral offer for that position, Cisco legitimately would not have approved the transfer absent a business necessity and his manager's approval because, without regard to Mr. Bayad's race or national origin, such a transfer would have violated Cisco's transfer policy.

9.    Cisco's records concerning Mr. Bayad's employment indicates that he did not seek or receive Paid Time Off ("PTO") at any time during the month of November 2000, when, according to his own allegations, he was traveling in Europe and Africa. Instead, according to Cisco's records, Mr. Bayad received regular pay for performing his usual duties at Cisco's Lexington, Massachusetts facility.  Attached hereto as Exhibit B is a true and correct copy of Cisco's complete records regarding Mr. Bayad's PTO for the May 1, 2000 – May 1, 2001 period of his employment with Cisco.

### Plaintiff's Alleged Efforts To Obtain Employment With Cisco Following His Termination From Cisco

10.    On behalf of Cisco, I have undertaken a diligent search of Cisco's personnel files and interviewed Cisco employees to attempt to determine what positions, if any, Mr. Bayad applied for after his termination of employment with Cisco, and the disposition of any such applications.  I have found only two instances where Bayad applied for such positions.

11.    In the fall of 2003, Mr. Bayad applied to Cisco for a Systems Engineer II position (Requisition No. 713833) based at the company's Lexington, Massachusetts facility.  Cisco rejected Mr. Bayad's application for this Systems Engineer II position because Mr. Bayad did not meet the minimum requirements necessary for that position. The position required extensive experience in Network Security and, following a

preliminary telephone screening interview, the hiring manager determined that Mr. Bayad did not possess such experience.

12.    The individual hired for Requisition No. 713833 did not have extensive experience in Network Security and had won Cisco's "Systems Engineer of the Year" award the previous year.

13.    Cisco's records reflect that Mr. Bayad applied for a Voice Specialist position in Cisco's California facility with respect to Requisition 714082. The Human Resources Manager whom Mr. Bayad contacted did not consider him for that position after Lynn Fraser, Mr. Bayad's former supervisor at Cisco, truthfully informed her that Mr. Bayad had never completed the CCIE, despite his commitments to do so. In addition, Cisco was not at that time paying to relocate prospective employees, which would have been necessary had Cisco decided to hire Mr. Bayad. The Human Resources Manager did, however, forward Mr. Bayad's application to Cisco's sourcing group so that he could be considered for other Cisco positions. Attached hereto as Exhibit C is a true and accurate copy of email correspondence dated January 7, 2004 confirming these reasons for rejecting Mr. Bayad for this position.

## Plaintiff's Alleged Efforts To Contract With Cisco

14.    I have undertaken diligent inquiries amongst Cisco's contracting entities responsible for the Massachusetts region to determine if a company known as Global Internetworking Consulting, Inc. ever attempted to do business with Cisco. I have found no indication that such an attempt was ever made.

Signed under the pains and penalties of perjury this 24th day of July 2006

_Paula Hughes_
Paula Hughes

4

# EXHIBIT A

CISCO CONFIDENTIAL

# WELCOME

Welcome to the Cisco team. As a new employee, I hope you find your new job both challenging and rewarding. Part of what makes Cisco such a dynamic place to work is the breadth and depth of people we hire, and I look forward to the contributions you will make to our success.

Our values and culture make Cisco a unique place to work and also set us apart from our competition. As we all run at an 'Internet pace' here at Cisco, it can be easy to lose track of our foundation, or our core company values. To ensure that we remain focused, it's important to stop and examine our values from time to time so that we continuously improve our performance. Below I've outlined our key values as well as my thoughts on each. As always, I welcome your feedback.

Sincerely,


John Chambers
President and CEO

## Dedication to Customer Success

Cisco has a chance to lead in customer success by helping our customers transition to the Internet economy in a way that no other company in the world can. A key component of our strategy for fiscal year 2000 is to move beyond the role of strategic vendor to that of a business partner. A business partner understands a customer's industry, a customer's business strategy within the industry, and how a customer will differentiate itself in the marketplace. A business partner also understands the Web-based applications that will provide the greatest competitive advantage in a customer's industry, and empower the customer with the speed to survive in the Internet economy.

## Innovation and Learning

In the Internet revolution, we not only have to stretch ourselves, but also need to work together to stretch our customers, our partners, and governments around the world. This doesn't necessarily mean working harder or being smarter, but asking, "How can I do it differently?" We must continue to adopt new ideas and challenges by accepting change, searching for answers outside, and always evaluating how we can do it better next time.

## Partnerships

The Internet ecosystem is a business model where companies work together in an open architecture towards a common goal. Unlike the vertical model where companies take on every aspect of the business themselves, this horizontal model allows each company to focus on what they do best. The ecosystem will ultimately accelerate the transition of companies, countries and individuals to the New World, enable Cisco to maintain our number one or number two position in each product category, and ensure our customers' success.

## Teamwork

Working together as a team, we can change the world. We have great momentum now, but along the way, there will be bumps, even an intergalactic battlestar, on the horizon. We should all have the confidence that working together as a team, we can handle these future challenges as successfully as we've handled challenges of the past. With good execution and a little Cisco luck, we can truly change the way people work, live, play and learn – and have fun doing it.

## Doing More With Less

As a core component of our culture, frugality is one of the values that has made our company great. It doesn't mean being cheap, it means getting the best value for what we do. I look to all Cisco employees to work with outsource partners on projects that fall beyond our realm of expertise, and do so effectively. This allows Cisco to continue spending money on the two most important things – our customers and employees.
*http://wwwin.cisco.com/chambers/note_00.html*

# TABLE OF CONTENTS

**Overview** .......................................................................................................... **Section 1**
How To Use This Guide: About the Guide, Changes & Updates, Regional Differences, etc.
A Quick Look at Cisco: Company Overview, Culture, Vision, Mission, Goals, Initiatives, etc.
If You're New to Cisco: Tips for Success, E-mail Etiquette, etc.

**Policies & Practices** ........................................................................................ **Section 2**
Cisco Code of Business Conduct: Workplace Rights, On the Job Practices and Behavior, Proprietary
Information, Communication with the Financial Community, Insider Trading, Business Ethics, etc.
Cisco Policies & Practices: Attendance, Conflicts of Interest, Communication Vehicles
& Equipment, Employment At Will, Harassment in the Workplace, Open Communication & Issue
Resolution, Drugs & Alcohol in the Workplace, Workplace Violence Prevention & Management etc.
Community Development: Cisco Foundation, Matching Gift Program, Networking Academies, etc.

**Employment** .................................................................................................... **Section 3**
Recruitment & Selection: Applications & Resumes, Job Postings, Internal Candidates
Internal Transfer Guidelines, Background Screening, Relocation, Rehires, etc.
Programs & Services: Advertising, Events & Job Fairs, Employment Agencies, University
Recruiting, Contingent Workforce, etc.

**Compensation & Benefits** .............................................................................. **Section 4**
Compensation: Employment Status & Categories, Standard Work Schedules, Pay Practices,
Bonus, Incentives & Stock Option Programs, Promotions, etc.
Benefits: Flex Options, 401(k), Employee Stock Purchase, Global Programs, Disability
Insurance, Time Off Programs, Leaves of Absence, Additional Services & Perks, etc.

**Performance Management/ Employee Development/ Training** .................... **Section 5**
Performance Management: 3 Month Reviews, Focal Reviews, and Performance
Improvement Coaching
Employee Development: Employee/Career Development, Making Career Moves, etc.
Training Programs: Offered by Human Resources, IS, Worldwide Product &
Technology, and Engineering Education.

**Workplace Resources/ Safety & Security/ Finance & Admin** .................... **Section 6**
Workplace Resources: Facilities Services, Corporate Non- Production Shipping,
Cube/Office Moves, Space Planning & Allocation, Alternative Transportation
(Commute Alternatives), Site Services
Safety & Security: Work Environments, Safety Hazards, Injury/Illness (Occupational),
Safety Training, Picture Badging & Card Access, Property Protection & Loss, MSDS's
**Emergencies:** Emergency Situations, First Aid Kits, Reporting Medical
Emergencies, Evacuations, Earthquakes, Bomb Threats
Finance & Administration: Corporate Supply Management (Purchasing & Accts Payable),
Travel, Meetings & Events; Payroll, Stock Administration

**Computing Services & Technology** ................................................................ **Section 7**
Services Overview: IT, Finding Support, Voice Support
Technology Tools: Accounts, Mailing Lists/Newsgroups, Desktop Systems & Software
**Web Site Resources** ........................................................................................ **Appendix**

**Glossary of Terms Used at Cisco** ................................................................ **Appendix**

# EMPLOYEE RESOURCE GUIDE
# OVERVIEW

**HOW TO USE THIS GUIDE**
About The Cisco Systems Employee Resource Guide
Changes and Updates
Regional, Local, & Geographic Differences
Feedback

**A QUICK LOOK AT CISCO**
Company Overview
Culture
Vision
Mission
Goals
Initiatives
Cisco's Line of Business Structure
Acquisitions, Investments & Partnerships
ISO

**IF YOU'RE NEW TO CISCO**
Tips for Success
E-mail Etiquette
Finding Cisco People
Mailing Lists

# How to Use This Guide

### About the Cisco Systems Employee Resource Guide

This guide contains important Cisco philosophies, practices, policies, guidelines, and general company information to help a new employee successfully integrate into Cisco's fast-paced environment. This guide contains a wealth of resources that will enable all employees to be more productive and efficient.

The best sources of information for new employees are managers and co-workers. Most questions that are not answered in this guide can be addressed through communication with the work group.

### Changes and Updates

Change is the essence of the Cisco culture. Dynamic changes require the company to reserve the right to add, modify, or delete provisions of this guide at any time, without advance notice. Employees may be apprised of any updates to the information contained in this guide by e-mail, or by viewing the electronic version of this guide on the Web.

### Regional, Local & Geographic Differences

This guide is intended to address common policies, guidelines, and procedures for Cisco U.S. Some processes and procedures are implemented differently by business units, functions and geographic areas. When in doubt about process, procedure or protocol, employees should talk to their manager or local Human Resources representative.

### Feedback

Input regarding any aspect of the Employee Resource Guide is welcome. Please e-mail comments to: er@cisco.com.

# A Quick Look at Cisco

### Company Overview

Founded in 1984; first product shipped in 1986; Initial Public Offering (IPO) in 1990
- Corporate Headquarters: San Jose, CA
- Over 34,000 employees World Wide (as of August 1, 2000)
- Fiscal Year 2000 annual sales: $18.93 b
- One dollar invested in Cisco stock at the time of its IPO in 1990 would be worth more than $1085 today
- Second largest company on the NASDAQ stock market, as it pertains to market cap. Market cap represents the number of outstanding shares multiplied by the current stock price
- Cisco is the leading global supplier of networking solutions that connect computing devices and computer networks, allowing people to access or transfer information without regard to differences in time, place or type of computer.

### Cisco Culture

Quality Team, No Technology Religion (open standards), Stretch Goals, Teamwork, Empowerment, Trust, Fair, Integrity, Drive Change, Frugality, Market Transitions, Open Communication, Customer Success.

### Cisco Vision

Changing the Way We Work, Live, Play and Learn.

### Cisco Mission

Shape the future of the Internet by creating unprecedented value and opportunity for our customers, employees, investors and ecosystem partners.

**FY 2001 Goals (3-5 years)**
- Customer partner status – success, satisfaction, and trust
- The Internet experts - the global Internet company
- The leader in New World data, voice, video solutions
- IP technology leader
- Recognized for leadership, integrity, trust, and teamwork
- Leadership in financial performance…new business models, ecosystems and empowerment
- #1 or #2 position in systems, software, markets, functions
- $50B+ in revenue…profitability leadership

**FY 2001 Initiatives**
- Delivery of D/V/V Internet business solutions
- Customer satisfaction-4.37
- Leadership in partnering/ecosystem
- Leadership in Internet capabilities…All functions
- Leadership capability expansion…2x in 18 months
- Focus on profitability…revenue/expense leadership
- Leadership in effective teamwork…all functions
- Market share gains by product, LOB and geography

**Cisco's Line of Business Structure**
In a key organizational change to move toward a closer alignment to primary customer markets, four lines of business (LOB) have been created: Service Provider, Enterprise, Small/Medium Business, and Consumer. This alignment enables Cisco to bring increased focus to customers and provide them with complete end-to-end solutions, including integrated software, hardware, and network management. LOBs are enabled to deliver end-to-end solutions to their target customers and are comprised of product business units, network management units, and marketing teams.

**Service Provider LOB**
Focus on solutions for companies that provide data communication services including telecommunication carriers, Internet service providers, cable companies, and wireless communication providers. Market is estimated to grow from $4 billion in 1996 to over $40 billion by the year 2000. Key competitive challenges will come from Ascend/Cascade (IP solutions) and Northern Telecom and Lucent (voice/data integration services).

**Enterprise LOB**
Focus on bringing integrated, end-to-end networking solutions to large enterprises with complex networking needs, usually spanning multiple locations and types of computer systems. Enterprise customers include corporations, government agencies, utilities and educational institutions. Enterprise represents the majority of Cisco's business today, and is estimated to grow from $13 billion to approximately $41 billion by the year 2000. Key competitors for the next generation backbones include Cabletron and Bay Networks.

**Small/Medium Business LOB**
Focus on providing low cost, application specific technologies that enable businesses (1-100 employees) to utilize the Internet as a competitive advantage. This market includes companies that have a need for data networks of their own, as well as connection to the Internet and/or to business partners. Key effort will be re-architecting existing business processes to properly address this market and deliver integrated solutions for this customer set. Primary competitor is 3Com/US Robotics.

**Consumer LOB**
Cisco Systems newest line of business was formed in August 1998 to deliver Internet solutions for personal use at home and on the go. The market for home and personal networks is just emerging and is expected to become the next battleground in the Internet revolution. It is forecasted to grow from virtually nothing

to $4 billion by 2003. Major components of the market are high-speed Internet access, Home LANs, and networked consumer electronics devices and appliances. Cisco technologies will provide consumers with a secure, easy to use, affordable platform for a greater range of interactive entertainment, more robust communications options, money-saving PC and peripherals sharing, and the power to manage their home and personal lives through network technologies.

### Acquisitions, Investments and Partnerships

Cisco's end-to-end strategy requires a wide variety of technologies, products and capabilities. Given the complexity and rapid industry change it is impossible for one company, no matter how great, to develop every leading technology or product. This is why acquisitions, investments and partnerships are considered a critical part of Cisco's success and culture. In fact, Cisco has acquired over sixty companies, and made minority investments in more than seventeen companies since 1993.

While many companies approach acquisitions as merely a vehicle to quickly gain technologies or products, Cisco emphasizes the importance of acquiring top talent, cultural compatibility, and shared vision. The investment is often based on the future contributions these employees will make developing end-to-end solutions and their ability to make a difference to Cisco for the long-term. We are pleased that many of our leaders have come from our acquisitions and have stayed to lead Cisco in new directions, and that our acquired employee retention is nearly four times the industry average.

While Cisco values acquisitions, it usually isn't the first step in satisfying the need for new or enhanced networking products and solutions. In priority order, the approach typically is:
- Develop new technologies and products internally
- Enter into joint-development efforts with other companies
- Re-sell another company's product
- Acquire all or part of another company.

Cisco also pursues strategic partnerships with other industry leaders in areas where collaboration can produce mutual benefits. The partnership can be based on a technology exchange, product development, joint marketing and sales, or new-market creation. Some of Cisco's strategic partners include Intel, GTE, Microsoft, and Hewlett-Packard.

### ISO
### 9001

Cisco is an ISO 9001 registered company. To our customers, this means we continue to meet a set of requirements recognized around the world as the standard model for quality systems. To each of us, it means a responsibility to understand, use, and improve the documented policies and procedures, which comprise our system. These documents describe how our Vision, Mission, and Culture are deployed throughout the company, primarily in Engineering, Manufacturing, and Customer Advocacy.

### 14001

Cisco has adopted the environmental management system (ISO 14001) standard, as a way to reinforce our commitment to the environment. Environmental awareness is a concern around the world and our customers and partners have shared the importance of our complying with, and being registered to, ISO 14001. Every employee at Cisco contributes to the environmental management system by recycling, reusing and reducing whenever practical. Further demonstrating our commitment to the environment, Cisco's executive management team established the following environmental policy:

Cisco's environmental management system minimizes impact to the environment in the definition, design, manufacture, support, and use of our solutions (products, activities, and services) by reusing, recycling, and adopting processes which conserve raw materials, energy and water.
Cisco is committed to:
- Compliance with relevant environmental legislation, regulations, and other requirements to meet customer and community needs and expectations;
- Promoting the prevention of pollution; and

• Continual improvement of our environmental management system.

These ISO documents can be found on the ISO Web site at:
*http://wwwin.cisco.com/cse/Corp_Quality/iso/*

# If You're New to Cisco

**Tips for Success**
• Obtain an organization chart from the manager for your group and other groups with which you will be interacting
• Ask your manager, buddy or mentor for an overview of the company organization from the top down
• Quickly become familiar with the key communication vehicles used at Cisco, such as e-mail, voice-mail, the Web and Meeting Maker.  Check these often and respond to messages promptly
• Develop habits, such as responding to voice mail and e-mail on the same day you receive them
• Use this guide and the Web to find the information you need
• Meet with your manager to explore the following within the first week or two of employment:
    - Who is your department buddy or mentor
    - Your department's mission and goals
    - Your manager's expectations and goals for your three month performance review
    - What are your priorities and first assignments
    - What training would be beneficial for you in your new job
    - Your manager's preferred work style and communications (1:1 meetings, schedule, etc.)
    - What does "success" look like, individually and as a team
• Schedule time to meet with your co-workers.  They can provide you with the following information:
    - How your department works
    - Who your customers are
    - Who your co-workers think you should meet
    - Who to contact for other resources
    - What they wish they were told when they started
• Understand that you are responsible for your own career and professional development at Cisco. Partner with your manager for guidance
• Participate in the Cisco Business Essentials class or the Engineering Boot Camp within your first month. It will provide a great overview of the company, strategy, products and competition
• Remember that employees are empowered to make decisions... decisions for which you will be held accountable
▪ Review the Cisco News Briefs e-mail twice a week for employee updates, executive announcements, competitive news and highlights of the high-tech industry.  The News Briefs and headlines on the CEC (Cisco intranet) are your key communication vehicles will provide critical information on Cisco's global business
• Plan to attend or view the quarterly company meetings; it's a great way to stay current on Cisco's performance, learn more about key successes and challenges, and network with other employees
• Network.  Get to know people.  Find out what they do.  They may be able to help you in the future.

**E-mail Etiquette**
▪ Do be aware if there are external customers in the "to" or "cc" list since some of Cisco's e-mail aliases do include customers.  It is very easy to reply to an e-mail and not realize that someone outside of Cisco may read the response.  When in doubt, first check Mailer on the Web.
▪ Do make sure an alias is valid when including it in your e-mail.  Otherwise, the message could bounce and cause problems for programs that use automated e-mail.
▪ Do use good judgment if you include someone else's previously written text when replying to an e-mail message.  Most e-mail readers allow you to include the text of the message to which you are replying.  It can be helpful to include the context of your reply, but it is often unnecessary to include every previous response.
▪ Do spell-check and proofread your e-mail.  Consider using an editor outside of your mail reader and inserting your plain text into the message window before sending.

- **Do remember** to communicate responsibly as per the "Communication Vehicles & Equipment Policy" in Section 2.
- **Don't send** non-business e-mail to large aliases. It is inappropriate to send mail to large alias distributions such as everyone@cisco.com. Use the appropriate alias for your specific activity. For example, if you're just trying to buy, sell, or trade something. Use market@cisco.com, or the newsgroup cisco.market You can check Mailer on the Web for a listing of aliases and their subscribers.
- **Don't send** large attachments. This is especially important when sending to a mailing list because the mail will be replicated on many servers, thus occupying unnecessary disk space. It is much more effective to store a copy of your file on a file server, or on a Web server, and to provide a pointer to the location in your e-mail message.
- **Don't send** a request to "add me to this list" or "remove me from this list" directly to the list in question. The appropriate way to change your subscription status on a Cisco mailing list is to use Mailer via the Web.
- **Don't forward** "urban legends" or chain letters. If an e-mail message asks you to "forward this letter to everyone you know," it is probably an urban legend.
- **Don't use** Rich Text Format (RTF) in your e-mail messages, because many mail readers do not easily decode it.

### Forwarding Externally-Received E-mail

When receiving an e-mail requesting wide distribution (forwarding) to others, beware! Many times these are external recruiters, spam-based advertising, or a hoax. First check the Urban Legends Web site at: *http://www.urbanlegends.com*

If an employee is still concerned after visiting the Urban Legends Web site, they should make further inquiries to Cisco's internal IS Security group at infosec@cisco.com If the e-mail "alert" received from outside the company is a valid "alert," the official notice to all Cisco employees will be sent by the IS Security group.

### Finding Cisco People

- There is an online directory for locating Cisco employees. An employee can use this locator to search for and display employee names, phone numbers, locations, department, manager & management hierarchy and a list of direct reports, when applicable. Refer to the Web-based tool at: *http://directory.cisco.com/*

### Mailing Lists

E-mail mailing lists provide a convenient method of sending a message to many people. Currently, more than 74,000 mailing lists are maintained on Cisco e-mail servers. These mailing lists have been set up for a variety of purposes, from product development to departmental communications to personal interests.

Certain mailing lists have broad distributions and can contain thousands of people. Employees should be careful to ensure their message targets only those who need to see the message. Most of the larger lists have restrictions about who can send mail; these lists are reserved for business-related e-mail only.

Any Cisco employee can set up and maintain a mailing list using the Mailer program. Communications sent or received via alias' are subject to the standards established in Cisco's Policies, Practices, and Guidelines section of the Employee Resource Guide. Mailer allows an employee to search the currently available lists, to subscribe and unsubscribe from mailing lists, create and delete mailing lists, and get details about a mailing list.

There are two methods of accessing Mailer, e-mail or the Web. The e-mail interface is useful for large changes or when access to the Web is unavailable; the Web interface is useful for most day-to-day tasks.

Certain mailing lists contain addresses external to Cisco. Since it is important to never send Cisco confidential material outside of Cisco, these aliases are in the e-mail domain external.cisco.com To send e-mail to an external list, an employee must append @external.cisco.com to the list name. Always ensure

that the information being sent to these lists is not Cisco confidential. When setting up an external mailing list, confirm the members of the list have agreed to be included on the list, and always provide them with information on how to un subscribe from the list.

# POLICIES & PRACTICES

## CISCO CODE OF BUSINESS CONDUCT
A Message on Corporate Responsibility
Overview & Feedback
Summary of Workplace Rights
On the Job Practices & Behavior
Conflicts of Interest (summary)
Business Ethics (summary)
Communication with the Financial Community
Proprietary Information
Information Security
Laws, Regulations and Government Related Activities
    Antitrust
    Insider Trading
    Foreign Corrupt Practices Act
    Government Business
    Political Contributions
    Using Third-Party Copyrighted Material
    Export, Re-Export and Transfer Policy
    Customs Compliance and International Shipping

## ADDITIONAL POLICIES & PRACTICES
Affirmative Action & Diversity
Appropriate Use of Electronic Mail
Attendance Practices
Bulletin Board Use (Non-Electronic)
Business Ethics
Communication Vehicles & Equipment
Confidential Shredding
Conflicts of Interest
Copyrights and Trademarks
Drugs & Alcohol in the Workplace
Employee Personnel Records
Employment at Will
Harassment in the Workplace
Open Communication
Issue Resolution
Investing in Privately Held Companies
Legal Name Change
Reasonable Accommodation
Records Management
References & Verification of Employment (VOE)
Smoking in the Workplace
Solicitation
Telecommuting
Workplace Violence Prevention & Management

## COMMUNITY DEVELOPMENT
Cisco Systems Foundation
Cisco Foundation Employee Matching Gift Program
Cisco Networking Academies
Corporate Contributions Program
Citizens Volunteer Program
Employee Equipment Donation Program

Nonprofit Discount Purchase Program

# CISCO CODE OF BUSINESS CONDUCT

## A MESSAGE FROM JOHN ON CORPORATE RESPONSIBILITY

Cisco has a proud history and enjoys an excellent reputation of business integrity with our global customers. We operate in many different countries and under a wide range of competitive situations, subject to a variety of local laws, regulations and cultures throughout the world. We have always been passionate and dedicated to our vision.

Cisco's Corporate Vision, Mission, and Purpose clearly set forth our commitment to conduct business with the highest ethical standards. To continue to be successful, our company must constantly seek and implement flexible and innovative ways to achieve our business objectives. Our "Code of Business Conduct" summarizes these standards to enhance understanding and to enable each of us to properly conduct business.

It is important that each of us clearly understand our responsibilities for conducting ourselves in accordance with the policies and procedures that express Cisco's ethical standards. By consistently applying high ethical standards to all of our global business relationships, we will continue to foster an environment that contributes to individual and company success.

John Chambers

## OVERVIEW

The collection of policies and guidelines established in the Code of Business Conduct applies to all Cisco employees and board members. We believe that long-term, trusting business relationships are built by being honest, open and fair. We promise to uphold the highest professional standards in all business operations. We also expect that those with whom we do business (including suppliers, customers or re-sellers) will adhere to Cisco's Code of Business Conduct standards.

Outstanding employees are key to Cisco's success. Everyone is part of the corporate team, and each of us deserves to be treated with dignity and respect. In addition, every employee is responsible for his/her own conduct. No one has the authority to make another employee violate Cisco's Code of Business Conduct, and any attempt to direct or otherwise influence someone else to commit a violation is unacceptable.

Managers, in particular, set an example for other employees and are often responsible for directing the actions of others. Cisco requires all employees, including managers, to know and understand the Code of Business Conduct, as it applies personally to the employee or manager and to those under his/her supervision.

The fundamental principle that underlies the way we do business at Cisco is good judgment. An understanding of our legal and ethical parameters enhances that judgment. Cisco is a publicly held company, and as such, has a responsibility to pay constant attention to all legal boundaries and to comply with all applicable laws and regulations in all of its global operations. We have the same obligation to the communities in which we do business and to the customers with whom we do business. For everyone at Cisco, this means following the spirit of the law and doing the right, ethical thing even when the law is not specific.

This code outlines the broad principles of legal and ethical business conduct embraced by Cisco. It is not a complete list of legal or ethical questions an employee might face in the course of business, and therefore,

this code must be applied using common sense and good judgment. Additionally, under certain circumstances local country law may establish requirements that differ from this code. Under those circumstances, the local country law is applicable.

Although we realize that no two situations are alike, we aim for consistency and balance when encountering any ethical issues. If in doubt or there is a specific business conduct question, employees should contact their manager, local HR representative, the Legal Department, or Internal Control Services.

## FEEDBACK
We welcome input regarding any aspect of the Code of Business Conduct. Please e-mail comments to cobc@cisco.com

## SUMMARY OF WORKPLACE RIGHTS
One of Cisco's goals is to provide a positive, creative, and rewarding work environment. Cisco wants to attract, motivate, and retain the best and brightest people possible. Toward this end, Cisco provides an environment developed to promote individual expression, innovation, and achievement.

Success, however, necessitates dual responsibilities. For its part, Cisco provides equal opportunities for growth and development, encouragement to succeed, reviews based on performance, and a competitive compensation and benefits package. In return, Cisco employees are expected to be individually accountable, to contribute to the team effort, to perform to the best of their abilities, and to help make Cisco a great place to work.

It is Cisco's policy to treat all employees and applicants for employment without regard to sex, race, color, national origin, ancestry, citizenship, religion, age, physical or mental disability, medical condition, sexual orientation, veteran or marital status. All personnel actions are free of unlawful discrimination, and only factors relating to job requirements, performance, and results are considered. Cisco is proud of our diversity and is committed to promoting the goal of Equal Employment Opportunity.

Furthermore, it is Cisco's policy to provide a workplace free of the tension that can be created by the harassment of any employee. Remarks or behavior that create an intimidating work environment violate Cisco philosophy and policy. Unwelcome sexual advances, requests for sexual favors, or offensive conduct of any kind constitutes harassment and will not be tolerated at Cisco.

For more information, refer to these online policies: Affirmative Action & Diversity, Communication Vehicles and Equipment, and Harassment in the Workplace.

## ON THE JOB PRACTICES AND BEHAVIOR
In order to ensure the safety and welfare of employees and to maintain an efficient and harmonious business organization, Cisco expects all employees to maintain certain common sense standards of good conduct. These standards apply while working on Cisco premises, at offsite locations where Cisco business is being conducted, or at company-sponsored events.

The following list is not all-inclusive but represents conduct that will not be tolerated at Cisco and may result in disciplinary action, up to and including immediate termination:

- Engaging in acts of dishonesty, fraud, theft or sabotage
- Falsification or misrepresentation of an employment application, resume, timecard, expense account, or other Cisco records
- Inappropriate or unauthorized use of confidential, proprietary and third party information as specified in the "Proprietary Rights and Inventions Agreement and Terms of Employment" document
- Disregard of attendance, tardiness, or overtime guidelines and requirements, failure to provide proper notice or to obtain required authorization for time-off
- Insubordination, refusal to comply with instructions or failure to perform assigned job duties

- Misuse, tampering, damage or destruction of Cisco, customer or employee property
- Direct or indirect threats, including abusive, profane, vulgar, coercive or retaliatory conduct or language
- Unlawful harassment creating an intimidating, hostile or offensive work environment and having the purpose or effect of unreasonably interfering with an individual's work performance
- Fighting, encouraging a fight, wrestling or other intentionally disruptive behavior
- Behavior that is detrimental to the safety, security, health or welfare of employees or operations
- Possession of firearms, explosives or weapons of any kind
- Unauthorized use, sale, transfer, manufacture or possession of illegal drugs, chemicals, controlled substances or alcohol, or being under the influence or impaired by such substances
- Engaging in conduct that violates any Cisco policy or guideline.

## CONFLICTS OF INTEREST

Conflicts of interest can compromise employees' business ethics. At Cisco, we perceive a conflict of interest to be any activity that is inconsistent with or opposed to Cisco's best interests, or gives the appearance of impropriety. We can't, of course, list all possible conflicts. Ultimately, it is the responsibility of each individual to avoid any situation that could appear to be a conflict of interest. Employees should feel free to discuss any potential conflict of interest situations with their manager or the Legal Department. Investments in privately held companies with which Cisco does business are subject to special disclosures and receipt of compensation from third parties for activities undertaken for Cisco are prohibited. For more information, refer to the online Conflicts of Interest and Investing in Privately Held-Companies policies.

## BUSINESS ETHICS

It is essential that we all keep an eye out for possible infringements of Cisco's business ethics--whether these infringements occur in dealings with the government or the private sector, and whether they occur because of oversight or intention. Cisco employees who have knowledge of possible violations should notify Human Resources or the Legal Department. For more information, refer to the online Business Ethics policy.

## COMMUNICATION WITH THE FINANCIAL COMMUNITY

Any Cisco employee who is contacted by a member of the financial community is not to provide information regarding Cisco or its business without prior approval. This includes, among other things, answers to questions on the following:
- Overall business trends
- Business in our geographic theaters
- Product bookings/shipments
- Lead times
- Pricing
- Suppliers
- New products/technology.

If a member of the financial community contacts you, please refer the individual to a member of the Cisco Investor Relations team. Anyone who violates this policy may be subject to disciplinary action, including immediate termination from Cisco, as well as possible prosecution for violation of security laws. For additional detail and information on Cisco's policy regarding communicating with the financial community, refer to the Investor Relations Web site at: *http://wwwin.cisco.com/FinAdm/IR/*

## PROPRIETARY INFORMATION

Proprietary information is defined as information that was developed, created, or discovered by the company, or that became known by or was conveyed to the company, that has commercial value in the company's business. It includes but is not limited to software programs and subroutines, source and object code, trade secrets, copyrights, ideas, techniques, know-how, inventions (whether patentable or not), and any other information of any type relating to designs, configurations, toolings, schematics, master works, algorithms, flowcharts, circuits, works of authorship, formulae, mechanisms, research, manufacture, assembly, installation, marketing, pricing, customers, salaries and terms of compensation of company

employees, and costs or other financial data concerning any of the foregoing or the company and its operations generally.

Cisco's business and business relationships center on the confidential and proprietary information of Cisco and of those with whom we do business--customers, vendors, and others.  Each employee has the duty to respect and protect the confidentiality of all such information. The use of confidential and proprietary information--whether Cisco's or a third party's--is usually covered by a written agreement. In addition to the obligations imposed by that agreement, all employees should comply with the following requirements:

- Confidential information should be received and disclosed only under the auspices of a written agreement
- Confidential information should be disclosed only to those Cisco employees who need to access such information to perform their jobs for Cisco
- Confidential information of a third party should not be used or copied by any Cisco employee except as permitted by the third-party owner (this permission is usually specified in a written agreement)
- Unsolicited third-party confidential information should be refused or, if inadvertently received by a Cisco employee, returned unopened to the third party or transferred to the Legal Department for appropriate disposition
- Employees must refrain from using any confidential information belonging to any former employers, and such information must never be brought to Cisco or provided to other Cisco employees.  For more information, refer to the Guidelines Regarding Proprietary Information of Former Employers located at: _http://wwwin.cisco.com/HR/employee/index.html_

For more information, refer to the Legal Services Web site at: _http://wwwin.cisco.com/cto/legal/_

**INFORMATION SECURITY**
Protecting Cisco's resources is paramount to the company's success. All Cisco employees are required to know and adhere to Cisco's Information Security policies.  Information concerning these policies can be found at http://wwwin.cisco.com/security/policies/index.html.

**LAWS, REGULATIONS AND GOVERNMENT RELATED ACTIVITIES**
As an international U.S. based company, Cisco is subject to laws and regulations both in the U.S. and abroad.  Violation of governing laws and regulations is both unethical and subjects Cisco to significant risk in the form of fines, penalties and damaged reputation.  It is expected that each employee will comply with applicable laws, regulations and corporate policies.  Specific areas with which employees are expected to comply include:

- Anti-Trust
- Insider Trading
- Foreign Corrupt Practices Act
- Government Business
- Political Contributions
- Using Third-Party Copyrighted Material
- Export, Re-export, and Transfer Policy
- Customs Compliance and International Shipping

# ADDITIONAL POLICIES & PRACTICES
At Cisco, we try to provide employees with information, resources and guidelines which, partnered with good judgement, enable employees to evaluate individual situations and take the appropriate action.  As a Cisco employee, you are accountable for your own conduct.  Violation of a Cisco policy, guideline, or practice could result in disciplinary action, up to and including termination of employment.

## AFFIRMATIVE ACTION AND DIVERSITY

Cisco encourages a creative, diverse, and enthusiastic work environment that is characterized by respect for each individual. We strive to provide an employment environment free of illegal discrimination and provide all employees the opportunity to maximize their individual performance and development. All employees and managers have the responsibility to treat each employee and applicant for employment on the basis of merit and ability without unlawful regard to sex, race, color, national origin, ancestry, citizenship, religion, age, physical or mental disability, medical condition, sexual orientation, veteran or marital status.

### Affirmative Action

All employees share the responsibility of contributing to a work environment of equal employment opportunity. Managers are responsible for maintaining a discrimination-free work environment by leadership and personal example. Furthermore, Cisco does not tolerate unlawful discrimination with regard to any personnel actions including recruitment, hiring, training, promotion, compensation, corrective counseling, recreation, benefits, and rewards. Failure to comply with this policy may result in disciplinary action, up to and including termination of employment. Persons, including management, who have committed or encouraged discrimination by words, actions, or inactions will be subject to discipline, up to and including termination.

Cisco strives to take a proactive approach and devotes energy, planning, and commitment to finding the very best talent available in every segment of the population. Our intentions and actions in this regard are a cornerstone of Cisco's Affirmative Action Plan. Cisco works cooperatively with government agencies, educational institutions, and community action groups concerned with employment opportunities for women, minorities, disabled persons, and veterans. Cisco maintains an Affirmative Action Plan in accordance with federal government requirements of government contractors. The full text can be reviewed in Human Resources during normal business hours. The EEO Policy and Reaffirmation Statement can be found at http://wwwin.cisco.com/HR/diversity/reaffirmation.htm

### Diversity

The vision of Corporate Diversity is to create an inclusive environment where everyone can and wants to do their best work *with* their differences, not *despite* their differences. Our strategy is built on three premises:

1. Every employee is given the opportunity to do his or her best work and is respected and valued for his or her ideas and perspectives.
2. Systems, policies, and management practices are designed and implemented to ensure that there are no barriers to employees realizing their full potential and actively contributing
3. Everyone is personally responsible for respecting and valuing all employees and customers; and different perspectives and ideas are invited and welcomed.

For more information on Corporate Diversity initiatives, please see http://wwwin.cisco.com/HR/diversity, or email diversity@cisco.com.

## APPROPRIATE USE OF ELECTRONIC MAIL

Electronic mail (e-mail) is a valuable communications tool at Cisco. Certain restrictions on the use of e-mail are needed to maintain Cisco information security and to maintain the usefulness of this communications medium.

Most Cisco employees are assigned an e-mail account when they are hired, and accounts are strictly limited to one per employee. Your official e-mail address is assigned when you are hired and cannot be changed, except if you legally change your name. You should always configure your e-mail program to use your official e-mail address (otherwise known as your username) as your return address. Every Cisco employee with an e-mail account has also been assigned an alias based on their first and last names; these

aliases are provided as a courtesy and cannot be customized. You can provide this alias to your contacts if you wish, but you should never set your return address in your e-mail software to this address.

Your e-mail account is strictly limited to your use only; you should never allow any other person, including co-workers, family, or friends, to access your account for any reason. Your e-mail account should be used primarily for Cisco business-related purposes; personal communication is permitted on a limited basis, but non-Cisco related commercial uses are prohibited. There are numerous Internet Service Providers that can provide e-mail services to you, your family, or friends, including a service provided by Cisco employees called employees.org that can provide personal accounts for you or your family.

Many e-mail communications you receive contain Cisco confidential material which should never be forwarded to people outside of Cisco. Due to backup and control requirements, all e-mail accounts reside on centrally controlled e-mail servers; e-mail delivery to other computers cannot be provided.

Cisco provides the e-mail system to its employees for the purpose of conducting the company's business. As such, Cisco retains a property right to this system. Cisco reserves the right, at its sole discretion, to limit or take appropriate steps to prevent unauthorized solicitations to its employees from outside sources through its e-mail system.

## ATTENDANCE PRACTICES

We all need to take time off periodically for vacation, illness, or personal business. Cisco offers paid time off and other salary protection benefits to assist regular employees with such needs. However, when employees need to take time off, work schedules and priorities must be adjusted to accommodate for the time away from work. Therefore, employees and managers must discuss needs for time off as soon in advance as practical in order to plan for work load coverage and to determine the use of paid time off or salary protection benefits.

A **scheduled absence**, with or without pay, is defined as follows:
* Any period of time an employee is away from work for a reason approved in advance by the manager, including vacation, holiday, jury duty, bereavement leave, military duty, and leaves of absence or personal time off without pay
* A "scheduled absence" is not normally considered in the determination of "excessive absenteeism"
* Refer to "Family and Medical Care Leave" in this section for additional information.

An **unscheduled absence**, with or without pay, is defined as follows:
* Any absence from work, including tardiness of 15 minutes or more, that is not approved either in advance of the absence or after the absence starts by obtaining authorization. An extended illness or injury resulting in two or more consecutive days' absence due to the same reason counts as a single incident
* Unscheduled absences are considered for purposes of determining "excessive absenteeism."

### Notification of Absence or Tardiness
* An employee must notify his/her immediate manager of any absence or tardiness within one hour of the employee's scheduled start time. If the employee cannot reach the manager directly, s/he should leave a message or voicemail. This allows managers to make the necessary arrangements to cover the workload
* Notification after the end of the first hour of the scheduled start time may result in disciplinary action, up to and including termination, and in loss of PTO eligibility for the day.

### Absence without Notification
Failure to inform management of an absence or an instance of tardiness may subject the employee to disciplinary action, up to and including termination, or may lead to voluntary termination. On the third consecutive day of absence without notification, the employee may, at the company's discretion, be considered to have voluntarily resigned employment effective that day.



## BULLETIN BOARD USE (NON-ELECTRONIC)

There are two types of non-electronic bulletin boards: a Human Resources board and a general board. The Human Resources boards are typically glass enclosed and used to post legally required information.

Bulletin boards may be used only for official, company-related announcements and other company-related information of general interest to employees, including:
• Legally required posters and notices
• Company rules of conduct and standards of performance
• Safety rules and information
• Management memos and announcements of general interest
• Job openings
• Announcements of company-sponsored social and recreational events
• Company holiday calendar.

We are all responsible for regularly checking and reading the material on bulletin boards and following any rules, regulations, and instructions posted. Posting inappropriate items may result in disciplinary action up to and including termination. Managers who observe items on a general bulletin board that do not comply with bulletin board guidelines should contact a HR representative, who will remove the item(s) if warranted.

## BUSINESS ETHICS

It is essential that we all keep an eye out for possible infringements of Cisco's business ethics--whether these infringements occur in dealings with the government or the private sector, and whether they occur because of oversight or intention. Cisco employees who have knowledge of possible violations should notify Human Resources or the Legal Department. To assist employees in the day-to-day protection of our business ethics, we've compiled a list of some areas where breaches may occur:
• Improper or excessive payments of any of the following:

| | |
|---|---|
| -Consulting fees | -Director & officer payments |
| -Agents' fees | -Advertising fees |
| -Miscellaneous expenses | -Insurance premiums |
| -Nondeductible expenses | -Employee loans |
| -Public relations fees | -Legal fees |
| -Commissions | -Other professional fees |
| -Expense reports | -Employee bonuses or compensation agreements |

• Questionable payments to agents, consultants, or professionals whose backgrounds haven't been adequately investigated, who don't have signed contracts or letters of engagement, or whose association with Cisco would be embarrassing if exposed
• Payroll-related expenditures, bonuses, awards, and non-cash gifts given to or by Cisco employees without proper approval and adequate documentation
• Payments made in cash or checks drawn to Cash or Bearer or bank accounts/property titles not in Cisco's name
• Transfers to or deposits in the bank account of an individual, rather than in the account of the company with which we are doing business
• Billings made higher or lower than normal prices for fees, at a customer's request
• Payments made for any purpose other than that described in supporting documents
• Payments made to employees of customers or agencies through intermediary persons or organizations, or that seem to deviate from normal business transactions
• Any large, abnormal, unexplained, or individually approved contracts, or expenditures made without review of supporting documentation
• Unusual transactions occurring with nonfunctional, inactive, or shell subsidiaries or undisclosed or unrecorded assets or liabilities
• Use of unethical or questionable means to obtain information, including information about competitors, information concerning government acquisition plans, or any procurement decision or action

- An employment, consulting, or business relationship between a Cisco employee and another company, especially in the same or related business
- Frequent trading (buying and selling over short intervals) in Cisco stock or the stock of a company with which we do business.

These are examples of possible infringements that Cisco employees need to avoid. Employees should feel free to discuss any concerns about this policy with their manager or the Legal Department.

## COMMUNICATION VEHICLES AND EQUIPMENT

Every Cisco employee is responsible for maintaining a work environment that promotes respect for all people. Standards are created not to restrict the freedom or productivity of any individual, but to protect the many privileges enjoyed by all Cisco employees. This policy serves to reinforce Cisco's philosophy regarding the appropriate use of communication vehicles and equipment. This includes but is not limited to the use of voicemail, e-mail, the Web, photocopiers, and fax machines.

Cisco's communication vehicles and equipment are powerful tools provided to employees for the purpose of conducting Cisco business and enhancing communications within the company. Employees are responsible for using common sense and good business judgment in choosing the content of messages, as these messages are subject to the same policies as any other workplace communications.

Examples of inappropriate use of company provided communication vehicles and equipment include, but are not limited to:
- Making derogatory or vulgar statements regarding sex, race, color, national origin, ancestry, citizenship, religion, age, physical or mental disability, medical condition, sexual orientation, veteran or marital status
- Accessing, forwarding, and/or photocopying sexually explicit materials
- Violating an employees obligation regarding confidential and/or proprietary information
- Usage that supports illegal activities (this includes all governmental laws and regulations of every jurisdiction that applies to our business)
- Committing any other serious violation of Cisco policy (solicitation, copyrights, trademarks etc.)

Any employee who inappropriately uses Cisco's communication vehicles and/or equipment will be subject to disciplinary action, up to and including termination.

## CONFIDENTIAL SHREDDING

Do not discard proprietary information along with ordinary trash. Locked confidential bins have been provided in each building near copiers and in high-use departments. Use these bins to discard materials containing company confidential, company sensitive or proprietary information. A security shredding contractor will collect and shred the contents of these bins on a regular basis. Shredding is done on our property; the paper is then recycled. Problems with a shredding bin, should be reported to the local Security Operations Center (SOC).

## CONFLICTS OF INTEREST

Conflicts of interest can compromise employees' business ethics. At Cisco, a conflict of interest is any activity that is inconsistent with or opposed to Cisco's interests, or gives the appearance of impropriety. Some areas requiring special attention include:

Proper payments: All Cisco employees should pay for and receive only that which is proper. Cisco employees should not make payments or promises to influence another's acts or decisions, and Cisco employees must not give gifts beyond those extended in normal business. Cisco employees must observe all government restrictions on gifts and entertainment. Employees will not receive payments of any kind from Cisco customers.

Interest in other businesses: Cisco employees and members of their immediate families must avoid any direct or indirect financial relationship that could cause divided loyalty. Cisco employees must receive


written permission from the Cisco vice president for their organization before beginning any employment, business, or consulting relationship with another company.  This doesn't mean, however, that family members are precluded from being employed by one of Cisco's customers, competitors, or suppliers.  See also "INVESTING IN PRIVATELY HELD COMPANIES".

Inventions, books, and publications: Cisco employees must receive written permission from the Cisco vice president for their organization before developing, outside of Cisco, any products, software, or intellectual property that is or may be related to Cisco's current or potential business.

Investments: Passive investments of not more than one percent of total outstanding shares of companies listed on a national or international securities exchange, or quoted daily by NASDAQ or any other board, are permitted without Cisco's approval--provided the investment is not so large financially that it creates the appearance of a conflict of interest.  Any such investment must not involve the use of confidential or proprietary information.  See also "INVESTING IN PRIVATELY HELD COMPANIES".

Market intelligence: Only authorized Cisco employees should obtain market intelligence information.  In addition, this type of information may only be sought and obtained in a legal fashion.  It is never permissible to induce an employee to disclose confidential or proprietary information of a former employer.  See also Cisco's "PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT".

Family: Cisco employees must avoid conducting Cisco business with members of their families--or others with whom they have a significant relationship--unless they have prior written permission from the Cisco vice president of their organization. Cisco employees must avoid a direct reporting relationship with any member of their family or others with whom they have a significant relationship.  If such a relationship exists or occurs, the employee must report it in writing to the HR representative.

Favors, gifts, and entertainment: Cisco employees and members of their families must not give or receive valuable gifts (including gifts of equipment or money, discounts, or favored personal treatment) to or from any person associated with Cisco vendors or customers. This includes accepting the opportunity to buy "directed shares" (also called "friends and family shares") from a company where the Cisco employee is now or is likely to become involved in the evaluation, recommendation, negotiation or approval of current or prospective business with that company.

This is not intended to preclude Cisco from receiving or evaluating appropriate complimentary products or services.  Nor is it intended to preclude Cisco from making a gift of equipment to a company or organization, provided that the gift is openly given, with full knowledge by the company or organization, and is consistent with applicable law. In rare circumstances, local customs in some countries may call for the exchange of gifts having more than nominal value as part of the business relationship. In these situations, gifts may be accepted only on behalf of Cisco (not an individual) with the approval of the employee's managing director and the Cisco Legal Department. Any gifts received should be turned over to Human Resources for appropriate disposition. In all cases, the exchange of gifts must be conducted so there is no appearance of impropriety.  Gifts may only be given in accordance with applicable laws, including the U.S. FCPA.

Advertising novelties, favors, and entertainment are allowed when the following conditions are met:
• They are consistent with Cisco's business practices
• They do not violate any applicable law, such as state and federal procurement laws and regulations
• They are of limited value ($50 U.S. or less)
• Public disclosure would not embarrass Cisco

Honoraria: Speaking at events, when it is determined to be in Cisco's best interests, is considered part of an employee's normal job responsibilities. Because employees will be compensated by Cisco for most or all of their time spent preparing for, attending, and delivering presentations approved by management, employees should not request or negotiate a fee or receive any form of compensation from the

organization that requested the speech, unless the employee first receives express authorization from the Cisco vice president for their organization.

Outside Directorships: Employees who serve on outside boards of a profit making organization are required, prior to acceptance, to obtain written approval from a review committee which includes the Chief Financial Officer, Senior Vice President of Human Resources and Chief Legal Counsel. As a rule, employees may not accept a position as an outside director of any competitor or partner of Cisco. In addition, employees may not accept a position as a director of a company that supports or promotes a competitor's products or services without prior written consent from the review committee.

If the committee approves an outside directorship, employees may keep compensation earned from that directorship unless the terms of the committee's approval state otherwise. Generally, employees may not receive any form of compensation (including stock options, IPO stock or cash) for service on a board of directors of a company if the service is at the request of the company or in connection with Cisco's investment in, or a significant relationship exists with, that company. Any company that is a vendor, supplier, partner or customer of Cisco has a "relationship" with Cisco. "Significant" is broadly defined to include a sole-source vendor/supplier, or one in which Cisco is responsible for generating five percent or more of the outside company's revenues.

Cisco may at any time rescind prior approvals in order to avoid a conflict or appearance of a conflict of interest for any reason deemed to be in the best interests of the company. In addition, Cisco will periodically conduct an inquiry of employees to determine the status of their membership on outside boards.

It is not possible to list all conflicts of interest. These are examples of the types of conflicts of interest that Cisco employees are expected to avoid. Ultimately, it's the responsibility of each individual to avoid any situation that could appear to be a conflict of interest. Employees should feel free to discuss any potential conflicts of interest with their manager, HR representative, or the Legal Department.

## COPYRIGHTS AND TRADEMARKS

All Cisco documentation is copyright protected and may not be republished, repurposed, posted on a non-protected Web server, or reused in any way without explicit permission by Cisco. On a case-by-case basis, we may grant one time rights to republish parts of a document for educational purposes, grant customers rights to re-purpose technical documentation for their own internal use, or grant limited rights to Partners who sell our products. These instances must be negotiated by the legal department and by Central Documentation Services.

Product, program, and service naming along with their associated trademarks is the responsibility of Cisco's Corporate Identity in conjunction with the product or program manager. For more information or contacts, see the Corporate Identity Web site at:
*http://wwwin.cisco.com/Mkt/corpid/index.html*

## DRUGS & ALCOHOL IN THE WORKPLACE

All employees are expected to comply with the policies below, ensure that violations do not occur, and report any actual or perceived violations to their manager or HR representative.

The use, sale, transfer, manufacture or possession of illegal drugs on Cisco premises, or being under the influence or impaired by such drugs or other substances during working hours, while on company business or using company property, is unacceptable.

The unauthorized, use, sale, transfer, manufacture or possession of alcohol or using alcohol on company property or at any place during working hours is prohibited. Being impaired or intoxicated by alcohol during company time is also not tolerated. Alcohol may not be consumed or permitted in unsealed containers on company premises (applies to parties, manager meetings, etc.) without prior approval of the departments vice president. Alcohol may not be consumed at company-sponsored events, whether on or

off company premises, during normal working hours except in special circumstances and with prior approval of the department vice president. Alcoholic beverages may be consumed offsite only in moderation during the entertainment of a customer or business contact if social etiquette or custom requires that they be offered.

Cisco will take immediate disciplinary action, up to and including termination of employment, when any employee is reasonably believed to be in violation of this policy.

## EMPLOYEE PERSONNEL RECORDS
Cisco treats employee information in a manner that is consistent with our philosophy of respect for individuals, sound business practices, and in accordance with legal requirements. A personnel file is created for every regular Cisco employee, and includes documents pertaining to the employment relationship.

All regular employees may review their own personnel file, both while employed and after termination. During review, a representative from HR Operations will be present, and the file may not be removed from the premises. Employees are welcome to take notes during file review, but need to understand that no modification of the original documents will be allowed. Copies of file documents will be produced for employees upon request. Generally, parties other than the employee will not be granted access to employee personnel files without a subpoena. Employees may contact HR Operations to set up an appointment to review their file. To access your personnel file send an e-mail to records@cisco.com or visit the HR Operations Web page at:
*http://wwwin.cisco.com/HR/general/operations.htm*

## EMPLOYMENT AT WILL
While Cisco hopes that our relationship will be long and mutually rewarding, Cisco ultimately retains full discretion to make employment decisions that Cisco believes are in the best interest of the company. For that reason, no individual's employment is for any specified duration, and may be terminated by either party at any time for any reason, with or without advance notice, and with or without cause. This policy applies to all employees. Cisco's policy of at will employment cannot be changed except by an express written agreement to the contrary signed by an individual employed and either the company Chief Executive Officer, Senior VP of Human Resources, or Director of HR Mergers and Acquisitions.

## HARASSMENT IN THE WORKPLACE
All Cisco employees are responsible for maintaining a high-quality work environment that supports and respects every individual. To achieve this goal, it is imperative that our work environment is free of harassment.

Cisco does not tolerate harassment of any person, candidate, or employee on the basis of sex, race, color, national origin, ancestry, citizenship, religion, age, physical or mental disability, medical condition, sexual orientation, veteran or marital status is unlawful under federal and state laws. It is considered a violation of Cisco's policy whenever an employee engages in any act of unlawful harassment as defined below. In addition, utilizing the company's communication vehicles (e-mail, voicemail, the Web, photocopiers, etc.) to harass another individual is in violation of this policy.

Employees are accountable for unlawful harassment whether conducting business on Cisco premises or offsite. Non-employees (including customers, vendors, job applicants, contract or temporary employees) are expected to comply with this policy while conducting business with Cisco, or while on Cisco premises.

An employee who is found to have violated this policy will be subject to disciplinary action. The range of disciplinary action includes coaching, corrective feedback or termination of employment, depending upon the nature and severity of the violation.

# EXHIBIT A

## Definition of Harassment

Harassment is any conduct that creates an intimidating, hostile, or offensive work environment or that has the purpose or effect of unreasonably interfering with an individual's work performance. Examples of unlawful harassment include:

- Verbal or written comments (such as slurs, epithets, or jokes) and/or visual conduct (such as posters, cartoons, drawings, or gestures) of a derogatory or vulgar nature
- Physical conduct, including blocking or impeding normal movement, restraining, touching, or other aggressive or intimidating physical conduct that interferes with the work of another individual
- Threatening or demanding that an individual submit to certain conduct or to perform certain actions as a condition of security, employment, or to gain or avoid loss of employment-related benefits
- Retaliation by any of the above means for reporting harassment, having assisted another employee to report harassment, or for cooperating in an investigation of a harassment complaint.

## Sexual Harassment

Unlawful sexual harassment includes unwelcome sexual advances and other verbal, written, visual, or physical conduct of a sexual nature, when:

- Submission to such conduct is made, explicitly or implicitly, a term or condition of employment or employment-related benefits
- Submission to or rejection of such conduct affects employment-related decisions
- Conduct that has the purpose or effect of unreasonably interfering with an employee's work performance, or creates an intimidating, hostile or offensive working environment.

## Internal Procedure for Harassment Complaints

Any Cisco employee who feels s/he has been harassed or who feels s/he has witnessed harassment is strongly encouraged to immediately report the incident to his/her manager or Human Resources. The Open Communication Policy and Issue Resolution Process describe avenues to raise concerns. All matters of harassment will be treated with sensitivity, and discussed only with parties that have a legitimate business need-to-know. Confidentiality is very important, and will be maintained to the extent permitted by the circumstances. Complaints will be promptly investigated and appropriate action will result.

Additionally, steps will be taken to ensure that the person reporting the activity does not face retaliation as a result of bringing the complaint to the attention of management or Human Resources.

## Outside Agency Procedure for Harassment Complaints

Both the state and federal government have agencies whose purpose is to address unlawful harassment and discrimination in the workplace. If an employee believes that s/he has been unlawfully harassed and was not satisfied with the company's response to the problem, s/he may file a complaint with these agencies.

Employees working in the State of California may contact the Department of Fair Employment and Housing (DFEH) at 111 North Market Street, Suite 810, San Jose, California 95113, phone 1-800-884-1684. To reach the Federal Government resource, an employee may contact the Equal Opportunity Employment Commission (EEOC) at 96 North Third Street, Suite 200, San Jose, California 95112, (408) 291-7352.

Employees working in the State of Massachusetts may contact the Massachusetts Commission Against Discrimination at One Ashburton Place, Suite 601, Boston, Massachusetts 02108, phone (617) 727-3990. To reach the Federal Government resource, an employee may contact the Equal Opportunity Employment Commission (EEOC) at Government Center, Room 475, Boston, Massachusetts 02203, (617) 565-3200.

Employees working in the State of North Carolina may contact the North Carolina Human Relations Commission at 217 West Jones Street, Raleigh, North Carolina 27603, (919) 733-7996. To reach the Federal Government resource, an employee may contact the Equal Opportunity Employment Commission (EEOC) at 1309 Annapolis Drive, Raleigh, North Carolina 27608, phone (919) 856-4064.



Employees working in other states may obtain local addresses for outside agencies from their local HR representative.

If after an investigation and hearing an agency finds that unlawful harassment has occurred, the employee may, depending upon the circumstances, be entitled to reinstatement or promotion, with or without back pay.

Employees are protected by law from retaliation for opposing unlawful practices, for filing a complaint, or for participating in any proceedings conducted by these agencies.

## OPEN COMMUNICATION

Sharing information openly and informally - both good news and bad - is a vital element of Cisco's culture. Employees must feel empowered to ask questions, make suggestions, and raise issues in order to contribute to the highest degree. To ensure that effective communication flows both ways, all employees need to know that their views are welcomed.

Cisco's culture of Open Communication is built on a foundation of trust, respect, dignity, and personal accountability. In support of this culture, all employees need to express themselves responsibly and ensure that privacy and confidentiality are appropriately maintained.

## ISSUE RESOLUTION PROCESS
### Philosophy

Discussing and resolving issues promptly and fairly promotes a healthy work environment, and will ultimately contribute to Cisco's success. From time to time, issues may arise that are not satisfactorily resolved through Open Communication. A more formal alternative, the Issue Resolution process, is available for these situations.

The Issue Resolution process is designed to ensure that current and former employees' issues receive thorough consideration, and that solutions reached are consistent with Cisco's values, culture, and policies.

### Roles and Responsibilities: Employee, Manager, and Human Resources

Employees are encouraged to first raise issues with their immediate manager in order to give him or her the opportunity to respond. Employees need to arrange the initial meeting with their manager and present the issue clearly, completely, and constructively. All relevant information and documentation need to be provided by the employee to the manager during this meeting.

Managers are responsible for considering the employee's issue, attempting to reach resolution quickly, and communicating the reason and rationale for the decision back to the employee. Managers need to ensure that, throughout this process, employees are treated with respect and dignity. In addition, employee privacy and confidentiality of information must be appropriately maintained. The simplest, fastest, and most satisfactory solution will usually be achieved at this point in the process.

If a manager does not resolve the issue to the employee's satisfaction, or the employee does not feel comfortable discussing the issue with his or her immediate manager, the employee may present the issue to local HR. HR is responsible for answering process questions, assisting employees in presenting issues, keeping employees informed of progress made, training managers on the investigative process, and attempting to resolve and/or mediate discussions. After considering input from the employee, HR may determine that there is a need to inform the second level manager of the issue.

Occasionally an investigation is required to fully research, understand, and address an issue. For example, Cisco investigates claims of alleged unlawful harassment upon notification. The local HR generalist, HR manager, designee, or security personnel will be responsible for coordinating and/or conducting such investigations.

## Investigation Process

The person conducting the investigation will meet with the employee to obtain all information and documentation that the employee believes may help address the issue. Shortly after this initial meeting, the employee will receive an issue confirmation letter to ensure that:

- The issue is clearly understood;
- To the best of the employee's knowledge, the person conducting the investigation will be fair and impartial. If employee has reason to believe that the person conducting the investigation is not able to act in a fair and impartial manner, he or she will contact corporate Employee Relations (ER) and another person will be assigned;
- The employee understands his or her obligation to be completely honest and cooperate fully when providing information and documentation;
- The person conducting the investigation will keep the employee informed of progress made, as appropriate;
- The employee is aware that the investigation is confidential and should not be discussed with anyone who does not have a legitimate, business need-to-know.

The person conducting the investigation may confer with other parties (actual and/or potential witnesses, content experts, etc.) to obtain more information about the issue and/or alleged misconduct. The importance of maintaining confidentiality will be addressed with every person involved in the investigation. Each participant will also be informed that retaliatory behavior is unacceptable and will not be tolerated.

The employee will be notified, verbally or in writing, when the investigation is complete. Considering the nature of the issue and the recommended outcome, the employee may also be provided with information regarding the decision and action taken.

If the employee is satisfied with the decision reached, the Issue Resolution process is finished.

## Appeal Process

If the issue is not resolved to the employee's satisfaction after thorough consideration by the immediate manager and local HR, the employee may appeal to corporate ER. The employee must submit the appeal in writing within 30 days of receiving notification of the decision.

Upon receipt of the appeal, corporate ER will confirm that the issue was thoroughly considered at the local level. If it is determined that the issue had been thoroughly considered locally, corporate ER will assume responsibility for the appeal. If not, local HR will address the issue as appropriate.

The scope of an appeal is limited to determine the following:

- Does any new and/or significant information exist which was not previously considered?
- Is there any reason to believe that the issue was not thoroughly, fairly, and impartially investigated?
- Is there any reason to believe that the decision may not have been made in accordance with Cisco policies and guidelines?

If the answers to all of these questions are "no", corporate ER will confirm the decision made previously and the Issue Resolution process is finished. If any of the answers are "yes", corporate ER (or designee) will provide further consideration and/or investigation into the matter. Corporate ER will then take appropriate steps to render a decision.

If the issue is still not resolved to the employee's satisfaction after appealing to corporate ER, the employee may pursue arbitration. The Issue Resolution process must be exhausted prior to initiating arbitration. This requirement is stated in the "Proprietary Rights and Inventions Agreement and Terms of Employment" document, which employees sign upon joining Cisco.

## Arbitration Process

To initiate the arbitration process, an employee needs to contact the local office of the American Arbitration Association ("AAA") and request an "intent to arbitrate " form. The employee will be asked to complete and return the form to the AAA. The AAA manages the processes of notifying the Company, selecting a neutral

arbitrator, and scheduling the formal hearing. The arbitrator issues a final decision after the formal hearing takes place.

## Documentation

Documentation gathered and generated during an investigation is generally not maintained in employee personnel files. If the investigation results in a written warning or termination of employment, those specific documents will be included in the employee personnel file. Corporate ER is the custodian for other investigation documents that are deemed appropriate to maintain (interview notes, for example). Local HR needs to forward these types of documents to corporate ER for archiving purposes.

*Managers must ensure that allegations of unlawful harassment are immediately reported to HR and investigated. Because of this, managers cannot promise complete confidentiality prior to understanding the nature of a complaint. This requirement applies to allegations of unlawful harassment made by employees (whether within the manager's organization or not) and non-employees (including customers, vendors, job applicants, contract or temporary employees).

## INVESTING IN PRIVATELY HELD COMPANIES

Cisco employees will occasionally find themselves in a position to invest in Cisco partners or customers. It is imperative that employees presented with such opportunities understand the potential conflict of interest that may occur in these circumstances. As employees of Cisco, we must always serve our shareholders first. Investing in companies that Cisco has an actual or potential business relationship with may not be in our shareholders best interests. The following guidelines are intended to cover such circumstances:

Cisco employees may not invest in companies that are Cisco customers, partners or suppliers with whom the employee acts for Cisco without disclosure to and written permission from the Cisco vice president for their organization. This includes accepting the opportunity to buy "directed shares" (also called "friends and family shares") from a company where the Cisco employee is now or is likely to become involved in the evaluation, recommendation, negotiation or approval of current or prospective business with that company. Examples of this include:

- Employees in a position to select a particular chip for a given product and owning shares in that chip vendor
- Employees in a position to recommend a particular software or hardware vendor partner to a customer while owning shares in that vendor or reseller
- Employees whose responsibilities include sales of Cisco products to a customer or reseller while owning shares in the customer or reseller

Such situations may put the Cisco employee in a conflict of interest between furthering their personal interests versus the interests of Cisco. As such, employees in those circumstances should not invest in the company in question. This is especially true in cases where Cisco has made an investment in the company.

If an employee happens to have an investment in a company and transitions into a role that would place him/her in a conflict of interest position (such as those described above), the employee should disclose the situation in writing to his/her manager and HR representative. Efforts will be made to resolve the situation equitably on a case by case basis.

When Cisco employees are placed on boards of directors or advisory boards to represent Cisco, such employees cannot make investments or take shares in those companies on their own behalf.

Cisco employees may invest in venture funds that, in turn, invest in start-ups. Given that investors in venture funds are technically "limited partners" and do not have influence in the decision making of the funds, we have deemed these investments appropriate.

If the vice president to whom the disclosure form is provided is unsure as to proceeding, the vice president should bring the matter to the attention of the Sr. VP Legal and Government Affairs. A form for

disclosure of any proposed investment is available at:
*http://wwwin.cisco.com/HR/employee/resource_guide/2000/main/investme.htm*

## LEGAL NAME CHANGE

HR Operations maintains the employee's legal name in the HRIS database. In order to process a name change, the employee must submit (interoffice, hand delivered, or fax) a copy of a social security card (with the new name printed on it) to HR Operations. Legal documents with proper authorization will also be accepted. After the name change has been processed, it will download to payroll, stock, and benefits. If the username needs to be changed, the employee needs to contact the IS department separately.

## REASONABLE ACCOMMODATION

Cisco is committed to working with and providing reasonable accommodations for employees and applicants with physical and/or mental disabilities.

Disabled employees are encouraged to provide notification from their doctor that describes any limitations or restrictions on the ability to perform the essential duties or functions of the position. Upon receiving notification, the request for reasonable accommodation will be reviewed on a case by case basis.

Cisco will attempt to reasonably accommodate disabled persons unless providing such an accommodation would impose an undue hardship on Cisco's business. For more information on Reasonable Accommodation, e-mail the Diversity team at diversity@cisco.com

## RECORDS MANAGEMENT

Records management is a systematic process of controlling and protecting all company records. Records are information recorded on paper, or electronically that represent the memory of the company. This memory is needed to make company decisions and to solve problems.

Cisco's records management program helps our company control both the quality and quantity of its records. It allows Cisco to maintain records in a manner that effectively saves what is needed and effectively disposes of records when they are no longer valuable. Keeping fewer records improves everyone's efficiency by reducing time spent on missing or lost files.

### Records Management Procedures

Like other programs at Cisco, the records management program can only be successful when all employees, from top management on down, support and understand the importance of the program and are committed to complying with the records management policy and procedures. For more information, refer to the Records Management Web site at:
*http://wwwin.cisco.com/FinAdm/Tax/taxinfo.html#records*

## REFERENCES & VERIFICATION OF EMPLOYMENT (VOE)

It is against Cisco policy for any employee (including management) to provide employment reference information regarding any current or former Cisco employee. Cisco maintains a "verification only" policy regarding employment information, this process is managed by HR Operations.

### Verbal Verification of Employment

HR Operations does not provide employee information, but will confirm certain employee information supplied by a requestor. Information confirmed for active employees includes; employees' hire date, current job title, annual base salary, and part-time or full-time status. Information confirmed for terminated employees includes the employee's hire date, termination date and last job title. Any additional information regarding salary other than an annual base figure (for example, sign-on bonuses or commissions) can be confirmed by calling the employee's payroll specialist. Verbal VOEs should be directed to the HR Operations group at (408) 527-8303.


**Written Verification of Employment Letter**
The written VOE includes the employee's name, social security number, hire date, current job title, and annual base salary. The turnaround time is 24 to 48 hours from time of receipt by HR Operations. To request a VOE letter, refer to the Human Resources Web site at:
*http://wwwin.cisco.com/HR/general/emp_verify.html*

Additionally, VOE forms required for credit purposes (such as mortgages, banks, or credit unions) must be sent to the employee's payroll contact and will require prior written release by the employee.

## SMOKING IN THE WORKPLACE
Cisco is committed to adhering to smoking laws governed by local agencies. Smoking is prohibited inside Cisco facilities and at Cisco-sponsored events and off-sites in the United States. All employees and visitors need to comply with this policy by smoking only in areas specifically designated for smoking. This applies to all Cisco-controlled spaces, including private offices, conference rooms, balconies and patios (unless clearly identified as a smoking-designated area).

It is unlawful to smoke in the workplace in California, and persons violating the law may be subject to the established fines.

## SOLICITATION
Solicitation between employees and/or non-employees during work hours or in work areas is prohibited. The only exception is use of the market e-mail alias. Distribution/circulation of literature (not related to Cisco business) or petitions on company premises at any time by an employee during work time or in work areas is prohibited. Solicitation of any kind or distribution of literature of any kind by non-employees is prohibited on company premises at all times. Posting materials is prohibited at all times unless approved by Human Resources.

## TELECOMMUTING
Cisco wants employees to perform their jobs in the most productive work environment possible. At times, specific jobs or tasks may be productively accomplished by the use of flexible work arrangements such as telecommuting. Telecommuting is defined as work away from the employee's manager and main work group which is regularly scheduled and conducted remotely during the employee's normal work hours. When a telecommuting arrangement is approved for an employee, additional benefits may also result, such as increased employee retention, additional office space, decreased facilities costs, and decreased traffic congestion. Telecommuting Guidelines are posted on the Web site at:
*http://wwwin.cisco.com/HR/employee/commuters.html*

## WORKPLACE VIOLENCE PREVENTION & MANAGEMENT
Cisco is committed to providing a workplace that promotes the health, safety and productivity of its employees, temporary agency workers, and independent contractors. With that important goal in mind, employees are expected to treat each other, customers, clients and other individuals with courtesy and professionalism. Cisco will not tolerate violence, threats of violence, or other conduct that harms or threatens the safety of employees or others in the workplace. This policy applies to both on-site and off-site locations where Cisco business is being conducted, and to Cisco-sponsored events.

"Violence" refers to any intentional or reckless act that harms persons or property. "Threat" refers to any verbal or physical conduct that threatens property or personal safety, or that reasonably could be interpreted as intent to cause harm. Prohibited conduct includes but is not limited to:
- Any act or threat of violence towards person or property
- Actions or statements that, either directly or indirectly, tend to cause another to reasonably fear for his or her safety or the safety of family, friends, associates, or property
- Actions or statements, including harassment, epithets, and intimidation, that have the purpose or effect of creating fear in a reasonable person
- Participation in or encouragement of a fight

- The use of any instrument to injure, threaten, or intimidate
- Use or possession of any firearm, explosive or weapon of any kind

All regular employees, temporary agency workers, and independent contractors must remain alert to possible violations of this policy and immediately report any act or threat of violence affecting them or anyone else in the workplace. Reports can be made to the Security Operations Center (SOC) or to any Cisco manager, HR manager, or member of the Incident Response Team (IRT). Emergencies and imminent threats of harm should immediately be reported to the police or other emergency personnel.

- Violence or threats affecting the workplace that a person experiences, witnesses, or otherwise becomes aware of, made by anyone, regardless of that person's relationship to Cisco or its employees
- Any conduct, verbal or physical, that indicates a person may intentionally harm him/herself in the workplace
- Violence or threats occurring off-site where there is reason to believe the conduct threatens safety

In addition, employees who apply for or obtain a protective or restraining order that identifies the workplace as a protected area must notify the Security Operations Center (SOC) or any Cisco manager, HR manager, or member of the Incident Response Team (IRT) by providing a copy of the order, supporting petition and documentation.

Reports made under this policy will be investigated and addressed as appropriate. Violations of this policy will lead to disciplinary action up to and including termination of employment. Civil and/or criminal prosecution also may be pursued, as appropriate.

## COMMUNITY DEVELOPMENT

### Cisco Corporate Philanthropy

Cisco's philanthropic outreach is accomplished through Cisco Foundation and Community Investment. Both encourage programs that offer sustainable growth and independence to individuals and organizations in those communities where Cisco Systems employees live and work. The three strategic areas of focus for Cisco Philanthropy are:

- Workforce Development
- Technology in Nonprofits
- Legacy of Individual Philanthropists

Within Cisco Philanthropy, Community Investment programs provide Cisco product grants and volunteers, while the Cisco Foundation provides donations to qualified organizations through its grant programs and through the Cisco Employee Matching Gift program. Details on the programs follow:

### Cisco Systems Foundation Community Grants

These grants average from $2000 to $10,000 and are funded twice a year with proposal deadlines of November 30 and April 30. For more information, or to receive a copy of the guidelines call (408) 527-3040 or refer to the Web site at: *www.cisco.com/go/ciscofoundation*

### Cisco Systems Foundation Matching Gift Program

Cisco Systems, Inc., encourages all employees to actively contribute to their local communities and assists them through Matching Gifts. Through this program all eligible Cisco employees can apply for up to three matching gifts per fiscal year for a maximum total of $1000 per employee. Gifts can be cash, volunteer hours or stock. Minimum match is $25 per gift. Gift checks are issued quarterly. Completed matching gift forms must be received (not postmarked) by the 15th of the month in the last month of the quarter in order to be processed in that quarter. Recipient organizations must be eligible 501(c)(3) non-profit organizations. For more information, refer to the Web site at: *www.cisco.com/go/ciscofoundation*

### Cisco Community Investment

Cisco Systems, Inc. recognizes the seamless relationship between Cisco as a corporation, the people who work here, and the community in which we do business. Cisco's dedication to performance is as strong in



its community outreach as it is in product development and marketing. Community Investment giving focuses primarily on equipment donations, volunteer opportunities. For more information, refer to the Community Investment Web site at: *http://wwwin.cisco.com/HR/community*

**Cisco Citizens Volunteer Program**
Cisco employees are encouraged to participate in volunteer activities that appeal to their personal interests and that enable them to make an impact in their communities. Of course, this is contingent upon their successful performance of their job responsibilities. To find out about available volunteer opportunities employees can subscribe to the "volunteers" alias or visit the community development Web site. Both employees and nonprofit organizations can contact Cisco's volunteer program manager by sending an e-mail to communityinvestment@cisco.com

**Employee Equipment Donation Program**
Cisco employees in the U.S. have the opportunity to purchase Cisco equipment for donation to eligible non-profit organizations at a discount of 75% off list price. This program cannot be used by an employee acting as a purchasing agent for the beneficiary organization. For more information:
*http://wwwin.cisco.com/CustAdv/CustSrv/ORGANIZATIONS/Operations/routerover.html*

**Non-Profit Discount Purchase Program**
Eligible 501 (c)(3) non-profit organizations in the U.S. may purchase Cisco equipment at a 30% discount off list price. To order equipment the agency should contact a Cisco sales representative in their area and the order should reflect a 30% discount. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/community/*

# EMPLOYMENT

## RECRUITMENT & SELECTION
Applications & Resumes
Job Postings
Internal Transfer Guidelines
Background Screening
Relocation
Rehires

## PROGRAMS & SERVICES
Advertising, Events & Job Fairs
Cisco Friends Program
Employment Agencies
University Recruiting
Co-Op/Internship Programs
Employee Referral Program
New Hire Orientation
Contingent Workforce
Temporary Agency Workers Policy
Immigration
Permanent Residency

## Philosophy

Employment's mission is to challenge and outperform all standardized recruiting methods and build a hiring process that connects the best people with the right jobs. The employment department supports Cisco management in hiring the top performers in the networking industry through innovative recruiting policies, programs, and processes.
*http://wwwin.cisco.com/HR/employment/*

## Recruitment & Selection

Applications and resumes should be directed to the appropriate recruiter, Human Resources department, or lobby receptionist Additionally, applications and resumes can be forwarded via interoffice mail to Resumix.

Applications and resumes are scanned into Cisco's applicant tracking database, Resumix, where they are kept on file for up to a year depending on applicant activity. Cisco's recruiters search Resumix daily for qualified candidates to fill open positions. Send interested candidates to the "How to Apply for Jobs at Cisco" Web site at:
*http://www.cisco.com/jobs/about.shtml*
E-mail resumes to: resumix@cisco.com
Fax resumes to: (800) 818-9201

**Job Posting**
The Job Posting System is used to provide current employees with information on job opportunities and includes statements of qualifications and the skills required to receive consideration for the open positions listed. Jobs are typically posted for three days before an offer can be extended.

The Job Posting System is also used to post jobs to the Internet Web job posting systems, diversity groups and agencies, special interest groups, the state Employee Development Department, and other sources.
*http://www.cisco.com/pcgi-bin/jobs.pl*

**Internal Transfer Guidelines**
**Philosophy**
One advantage of working for a growing, successful company is the potential for internal advancement. Cisco provides transfer opportunities whenever possible while meeting business requirements. Cisco is committed to internal promotion and employee development on an equal opportunity basis. Selections are based on employee qualifications, education, exhibited skills, and past performance.
- Authorized job openings are typically posted to Cisco's employment Web site (the Job Posting System)
- Qualified employees interested in applying should complete an internal job application and submit it to the assigned recruiter
- Transfers generally occur as lateral transfers with the exception of promotions to management positions

**Eligibility:**
- Employees are eligible to apply for a posted position after performing at or above a "meets expectations" level in his/her present job for one year

- Employees on a performance improvement plan (PIP) or currently rated "needs improvement" for behavioral or Cisco-culture related reasons are generally not eligible for transfer. If performance deficiencies are attributed to skills/knowledge issues, there may be rationale for evaluating the skills against the new/open position. If the employee could perform in an exceptional manner in the new role, it may be appropriate to consider this option. If the hiring manager wishes to proceed with an offer to an employee with less than "meets expectations" performance or on a PIP, the two VPs and HR managers involved on both sides of the proposed transfer must approve.

**Communication Process:**

- Employees are responsible for communicating to the current manager an interest in transferring immediately upon agreeing to interview for a position. The interview process may not begin unless this communication has occurred
- An employee pursuing an *informational interview,* (meeting to explore career options in a particular organization), is not required to communicate this with the current manager unless it is determined that he/she will begin the regular interview process
- Hiring managers may not actively recruit a specific employee from another organization. For example, asking a certain employee to apply for the position or indicate that the position would be his/hers if he/she just applies will be considered outside the spirit of this policy. A hiring manager must discuss the idea of a selected employee transferring to his/her group *first* with the current manager of the potential transferee.

**Selection Process:**

- A hiring manager must review the internal candidate's personnel file for performance information and contact the current manager to discuss the internal candidate's performance prior to making a decision
- Internal candidates must be interviewed by five people on the interviewing team before an internal transfer offer may be made
- A future transfer should never be promised to an employee.

**Transfer Process:**

Early communication of a transfer provides time to protect important projects, minimize disruption to key business activities, and also fosters a respectful culture. This etiquette is intended to allow managers adequate time to plan for the departure of an employee as a result of an internal transfer.

Failure to follow this transfer policy may result in a delay of the transfer for up to *two (2) additional* months. The releasing manager may delay the transfer if he/she has not been provided with notification at the time the employee begins the interview process.

- Prior to the transfer, the employee's manager must complete a one-page Transfer Performance Review if it has been six months or more since the employee's last review
- An employee should be notified of a transfer only *after* written approvals have been obtained on a Personnel Action Notice (PAN) by both the hiring and releasing manager as well as the Transfer Review
- A transfer is normally effective within one (1) month of the date the offer is officially accepted; however, exceptions may be made as a result of business circumstances
- Any exception to these transfer guidelines must be approved by the two VPs and HR managers involved on both sides of the proposed transaction.

**Background Screening**

Cisco Systems is committed to providing the highest quality services and products to its customers. To achieve that commitment, Cisco must provide and maintain a work environment that is safe and productive for all of its employees. As a result, Cisco's hiring procedures include background screening on all candidates under consideration for regular and temporary employment. This process ensures that a good-faith effort has been made to verify and authenticate information received during the selection process.

Vendors specializing in this work conduct pre-employment background screening. These vendors conduct background screening in a timely, thorough, and confidential manner, while maintaining professionalism and courtesy to all candidates. Background screening includes investigation of previous employment (current employers are excluded unless authorized by the candidate), education, criminal conviction, motor vehicle, and social security number verification.

## Relocation
Cisco's domestic relocation program assists with competitive recruiting efforts regarding critical new hires and internal transfers. The program supports the relocation transition, so an employee may assume the duties of his/her new assignment with a minimum of delay and problems in resettlement. Cisco provides reasonable, consistent, and cost-effective financial assistance and advisory services for those who relocate at the request of the company. For additional information, refer to the Relocation Web site at:
*http://wwwin.cisco.com/HR/employment/Relocation/index.shtml*

## Rehires
As the networking leader, Cisco Systems attracts a talented, diverse, educated, and highly motivated workforce. Cisco's employment goal is to connect the best people to the right jobs, enabling Cisco's business operations to excel.

As part of this general philosophy, employment inquiries and applications from former Cisco employees are reviewed and processed in the same manner as other direct applicants. While previous Cisco experience and performance will be taken into account, former employees are considered for rehire depending upon the facts and circumstances related to their employment termination.

The hiring team (manager, recruiter, and HR representative) will coordinate efforts to ensure that a job applicant who formerly worked at Cisco is eligible for rehire. The hiring manager is expected to contact the candidate's previous Cisco manager to discuss any issues that need to be considered in the hiring decision. If a former employee is eligible for rehire, an employment offer may be extended following Cisco's standard hiring procedures.

Former employees from these termination categories are generally eligible for rehire:
• Most voluntary terminations
• Jobs eliminated as a result of business restructuring.

Former employees from these termination categories are generally ineligible for rehire as regular employees, temporary agency workers or independent contractors:
• Involuntary terminations due to a policy violation or unacceptable conduct
• Voluntary terminations to work for one of Cisco's direct competitors.

Employees who leave Cisco due to job performance issues are considered for rehire on a case-by-case basis.

# Programs and Services
### Advertising, Events and Job Fairs
The Corporate Employment group is responsible for the strategic plan, creative design, and placement of employment advertising (including, but not limited to newspapers, trade publications, cinema, Web links, and radio) and recruiting events (including job fairs, trade show recruitment hospitality suites, and special local outdoor events). Every year, a marketing plan is developed to communicate Cisco's employment message to potential employees. In addition, a recruitment advertising calendar is created as a guide for recruitment teams and hiring managers. For more information on recruitment events, refer to the Employment Events Web site at: *http://www.cisco.com/jobs/us/events/index.shtml*

### Cisco Friends Program
Sign up today and become a Cisco "friend" volunteer. The "Make a Friend @ Cisco" campaign matches potential candidates with Cisco volunteers who mirror their career objective. Applicants' resumes are e-mailed to the volunteers to initiate contact. Once contact with the applicant is complete the volunteer replies to the original e-mail and is sent a Cisco lotto ticket. If the applicant is ultimately hired, the volunteer will receive an Employee Referral Bonus! Visit the "Friends" Web site for guidelines at:
*http://wwwin.cisco.com/HR/employment/Friends/index.shtml*


CISCO CONFIDENTIAL

**Employment Agencies**

Services of an employment agency may be utilized to assist in the search for qualified candidates. Use of employment agencies must be approved in writing and coordinated (in advance) by the Employment manager assigned to the LOB. Cisco does not maintain records on any unsolicited resumes or inquires from Employment agencies.

**University Recruiting**

The University Recruiting Program is designed to help Cisco maintain its industry leadership as the employer of choice by faculty, staff, and students at all targeted universities. In addition to the usual recruiting opportunities, University Recruiting plays a role in helping to identify research and technology transfer, technology grants, university campus network operations and internetworking education opportunities. The University Recruiting Web site includes the following information:
- Operating Plan: roles, mission statement, return on investment and marketing strategy
- University Recruiting Org Chart: who's who in university recruitment
- Recruiting Calendar: events and dates for campus events
- Travel: link to travel department for arranging flights and accommodations
- Recruiting Information: cost responsibilities, interviewing cliff notes, and job descriptions
- Referred Candidates: additional information on "hot" candidates
- Intern/Co-op Guidelines.

The University Recruiting team needs employees who are willing to contribute time to this program. Managers and individuals may participate by volunteering to recruit, give presentations on campus, and/or assist in developing relationships with deans, professors and student organizations. To participate in on-campus recruiting, register through the online registration process. For a more complete overview of the program, refer to the University Relations Web site at:
*http://wwwin.cisco.com/HR/employment/College/template.shtml*

**Co-op/Internship Programs**

A co-op student is involved in a career-related work assignment and usually receives college credits through the university's formal co-op program. Co-ops usually last six months or two consecutive summers, depending on the university's guidelines. In order to receive college credit, students must be registered and work with their university co-op education office.

Student interns at Cisco are involved in a career-related work assignment supervised by a manager and/or Cisco team member. An internship can be part-time or full-time and can take place at any time during the calendar year. An internship can range from three to six months, during which a student may or may not receive college credits, depending on the university's guidelines.

Professor interns must currently be teaching at a college or university. A professor may work either during the summer or through a sabbatical. Assignments need to match the professor's area of instruction and research.

Both co-ops and interns are paid assignments at Cisco. Participants in these programs may accrue paid time off (PTO) and receive company-paid holidays. However, they are not eligible for other company-sponsored benefits. For a more complete overview of the program, refer to the University Relations Web site at: *http://wwwin.cisco.com/HR/employment/College/InternCoop/intro.shtml*

**Employee Referral Program — Cisco Lotto**

Employee referrals continue to be the leading source of our hiring; nearly 50% of Cisco's new hires are direct referrals from current employees. This points to the fact that we have outstanding employees who have amazing friends and colleagues, and enjoy their work experience so much they recommend the company to their friends and business associates. Eligible employees referring a Cisco new hire receive:

*CISCO CONFIDENTIAL*

$500 for hire into a non-exempt position
$750 for hire into an exempt position
$1000 for hire into a management position (managing people)

In addition to the referral bonus, employees receive additional opportunities for a chance to win prizes or a trip to one of six fun destinations. For more information, such as eligibility, payment of bonus, how to submit a referral's resume, refer to the Employee Referral Program Web site at:
*http://wwwin.cisco.com/HR/employment/amazing/*

## New Hire Orientation
New employees hired in the Santa Clara Valley go attend orientation the first Monday of their employment at Cisco. New Hire Orientation is scheduled every Monday. If a holiday falls on a Monday, orientation typically defaults to Tuesday morning.

New employees hired for non-headquarter sites should consult their recruiter for regional orientation information.

## Contingent Workforce
Managing Cisco's contingent workforce requires administering processes to maintain vendors/ consultants, temporary workers, and independent contractors as required to meet productivity needs. It is essential that each contingent worker be appropriately classified prior to his/her first day of work. Cisco's temporary agency is located onsite for the effective recruitment of Cisco's temporary workforce. Corporate Purchasing handles all vendors and contractors.

To begin a search for a temporary worker, the onsite agency requires a completed Independent Contractor/ Temporary Employee Personnel Requisition. The requisition must be completed in full, including the job description, pay and bill rates, and department number. For more information, refer to either the Corporate Supply Management Web site or the Contingent Workforce Web site at:
*http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/ConsultantProcess/consultant.htm*
*http://wwwin.cisco.com/HR/employment/Tempstaff/template.shtml*

## Temporary Agency Workers Policy
Cisco utilizes the services of temporary agency workers ("temps") because of fluctuating business needs and project requirements. Temps may assist a department with projects of limited duration, during periods of uncertain growth or peak workload, or to provide coverage during a regular employee's absence. While providing services for Cisco, temps are expected to comply with Cisco policies and practices. Temps should be treated with the same consideration as any other individuals conducting business with Cisco.

Temps are not Cisco employees and are not eligible for Cisco benefits. Temps are employed by a Cisco-approved agency that provides short-term employment solutions. The agency is solely responsible for all employment-related matters for temps including, but not limited to, pay, tax withholding, workers' compensation, unemployment insurance, health benefits, and performance management.

The following timelines apply to all U.S. temps working 20 hours per week or more.* Temps may provide services to Cisco for a maximum of 12 months from the date of their initial Cisco assignment. This applies whether the assignment consists of one continuous assignment or multiple assignments (with or without time away from Cisco). After 12 months has elapsed, the temp assignment will end. Assignment extensions beyond 12 months may be granted only for compelling business reasons and only after obtaining written approval from the local HR Manager and current Manager. For more information, see the Temporary Agency Worker Extension Approval and Process following this policy.

Cisco managers will be notified by e-mail when a temp has worked at Cisco for nine months. At that time, the manager must re-evaluate the position and determine if it meets the requirements for a "regular" Cisco position. If the decision is made to create a regular Cisco position, the temp may apply for the job and be

considered along with other qualified applicants. If the assignment remains temporary, the temp may stay for the rest of the 12-month period. Any temp who completes a 12-month assignment should not be retained to work on additional Cisco assignments (without an approved extension) for at least six months after completion of the last assignment.

Line managers and HR must use good judgement in determining whether a position requires a regular or temporary employment solution. Managers need to follow the guidelines established by the Employment Department to ensure that Cisco's use of contingent workers is driven by business requirements. Former regular employees wishing to return to Cisco as temps are welcome, assuming they are not considered ineligible for rehire nor returning to the same position they held while employed as a regular Cisco employee.

## Temporary Agency Worker Extension Approval and Process
Extensions beyond the 12-month period may be granted as a result of compelling business reasons, which may include:
- Timing of project deliverables
- Critical skill set
- Knowledge transfer
- Pending allocated headcount

Only one extension per any specific temp may be granted for up to three months (to reach a total of 15 months from the initial assignment start date). Approved extensions must be directed in writing to the Contingent Workforce Manager prior to the temp's originally scheduled end date.

\* As stated previously, Cisco's Temporary Agency Workers Policy does not apply to temps working less than 20 hours per week. However, should the schedule increase to 20 hours or more for (4) four consecutive weeks, the policy will begin to apply on the 5th week.

## Temporary Agency Worker Conversion to Vendor Status
In conjunction with the 12-month limitation policy, guidelines have been established regarding converting a temporary agency worker ("temp") to vendor status.

Once a temp has reached the nine month (or more) point the temp cannot be converted to vendor status without a six-month break from Cisco.

If a temp has been on assignment less than nine months, conversion to vendor status may be approved, by the Contingent Workforce department, if the job is in a different department and different job duties are to be performed than what the temp is currently doing.

If a temp is approved for vendor conversion and then would like to be placed back on a temporary worker assignment, the worker must adhere to the six-month break from Cisco before converting back to temporary status.

## Immigration
Cisco sponsors the visa and permanent residency processes for our non-immigrant workers. The immigration program establishes a set of guidelines and procedures that help Cisco comply with its obligations under U.S. Immigration and Naturalization Laws.

It is Cisco's intent to hire the most qualified person for the position. We actively recruit and give employment priority to U.S. workers. U.S. workers include U.S. citizens, lawful permanent residents of the U.S., refugees or asylees.

Cisco sponsors non-immigrant visa petitions for non-U.S. workers providing the following conditions are met:

- Employment offers are contingent upon the person securing the legal right to work in the U.S. Should this effort be unsuccessful, the offer of employment is invalid. Cisco shall not be held responsible for any expenses incurred, time spent, or other offers of employment that were declined
- Cisco pays the legal fees and costs associated with non-immigrant visa petitions and/or visa petition extensions for approved employees and their dependent family members (spouse and children under the age of 21).

## Permanent Residency

The permanent residency process must be initiated by an employee request, followed by the written approval of his/her manager and Corporate Employment. This request can be initiated as early as the first day of employment.

Cisco may sponsor and pay the legal fees and costs associated with the application for alien employment certification, immigrant visa petition, and application for permanent residency. Cisco will not initiate the process for an employee on a Performance Improvement Plan (PIP) until successful completion of the program has been achieved.

Cisco may pay the legal fees and costs associated with the permanent residency application and filing fees for the employee and the employee's dependent family members. Cisco does not reimburse medical, fingerprinting, or passport photograph fees associated with filing the form I-485 (residency application).

To initiate the permanent residency process, the hiring manager is required to authorize the request via e-mail sent to the Cisco Immigration Liaison in corporate Employment who supports their business unit. For more information, refer to the Immigration Web site at:
*http://wwwin.cisco.com/HR/employment/Immigration/index.shtml*

# COMPENSATION & BENEFITS

**COMPENSATION**
>   Employee Status, Criteria & Categories
>   Standard Work Schedules
>   Standard Pay Practices
>   Timesheets & Paid Time Off Forms
>   Bonus & Incentive Programs
>   Stock Option Programs
>   Promotions

**BENEFITS**
>   Plans New Hires Must Enroll In
>       FlexOptions
>       401(k)
>       Employee Stock Purchase
>   Global Programs
>   Disability Insurance Programs
>   Time Off
>   Leave of Absence
>   Additional Services & Perks



## Compensation

Cisco's philosophy is to provide a comprehensive risk-oriented, total compensation package to reward and retain employees around the world for their contribution to the success of the organization. Cisco's compensation programs are specifically designed to:

- Motivate employees to the highest standards of performance, commitment, and personal development while maintaining competitive total compensation levels based on local marketplace condition and trends.

- Ensure all employees have a significant ownership stake in company through a variety of equity programs

- Offer competitive total compensation packages within each local marketplace in order to attract, retain, motivate and reward excellence, innovation, quality customer service and teamwork.

- Ensure that all practices are in compliance with local regulatory requirements.

- Communicate and administer compensation programs in a fair and equitable manner that supports Cisco's mission and values.

## Employee Status, Criteria & Categories
## Employment Status and Benefits Eligibility

Cisco's workforce consists of many categories of employees -- full-time, part-time, intern/co-op, and temporary -- who work different schedules and whose eligibility for benefits depends on their employment status with the company.

## Regular Full-Time Employees

Full-time employees are expected to work a minimum of 40 hours per week and are eligible for full participation in Cisco's benefit plans.

## Regular Part-Time Employees

Part-time employees are regularly scheduled to work less than 40 hours per week. Benefits for part-time employees are as follows:
- Part-time employees who regularly work at least 30 hours per week are eligible for full participation in Cisco's benefit plans
- Part-time employees working at least 20 hours per week but less than 30 hours per week are eligible for insured benefits and receive Cisco-provided flex credits at 75% pro-ration. Stock options having a grant date later than September 5, 1997, are subject to a prorated vesting schedule; stock options granted prior to September 5, 1997 are unaffected
- Employees working at least 20 hours per week accrue holiday pay and paid time off (PTO) on a pro-rated basis
- Part-time employees working less than 20 hours per week are not eligible for benefits.

## Co-op/Intern Employees
- Scheduled to work for the duration of the work assignment, not for a specific number of hours per week
- Ineligible to receive any benefits, except holiday pay; accrue paid time off (PTO) at the same rate as regular full-time employees.

## Temporary Agency Employees
- Hired usually from external agencies
- Scheduled to work for a specified period of time or until completion of the project
- Ineligible for Cisco benefits.

CISCO CONFIDENTIAL

### Employee Categories
Jobs at Cisco are classified as exempt or non-exempt in accordance with the Federal Fair Labor Standards Act (FLSA) and state law. The FLSA definitions are:

### Exempt
Management, professional, administrative, and outside sales positions that meet specific tests established by the FLSA and state law are exempt from overtime and other pay requirements. Employees in these positions are paid salaries intended to compensate them for their work results, regardless of the number of hours required to complete the work. Additional compensation, if any, for exempt employees who work more than 40 hours in any workweek is at the sole discretion of the company.

### Non-exempt
Positions not meeting established FLSA or state law exemption tests are considered non-exempt. Non-exempt employees are eligible to earn overtime pay in accordance with wage and hour laws. State laws may differ from the FLSA. Cisco applies FLSA standards except in states with stricter laws.

### Job Grade Determination
Job grades at Cisco are determined by analyzing, evaluating, and comparing duties, responsibilities, job competencies, and qualifications with those of other jobs within the organization and externally with jobs in competitor companies.

### Standard Work Schedules
To ensure consistent application of the company's compensation philosophy and full compliance with federal and state laws, Cisco has established the following definitions of workdays, workweeks, and work schedules.

### Workday
A 24-hour period beginning at 12:01 a.m. and ending at midnight.

### Workweek
Seven consecutive workdays, beginning at 12:01 a.m. Monday and ending the following Sunday at midnight.

### Work Schedule
For non-exempt employees: 40 hours a week, Monday through Sunday. For exempt employees: hours vary depending on project/job responsibilities. Full-time exempt employees are expected to work a minimum of 40 hours a week.

### Day of Rest
Every employee is entitled to at least one day off in a seven-day workweek. However, rest days may be accumulated when the nature of employment reasonably requires that the employee work seven or more consecutive days, so long as the employee receives days of rest equivalent to one day's rest in seven during each calendar month.

### Standard Pay Practices
Paychecks are issued every other Friday or the preceding day if the normal payday falls on a holiday. This equals 26 pay periods per calendar year. There is a one-week lag between the two weeks worked and the two weeks covered in the paycheck.

### Non-exempt Pay Practices
Cisco compensates non-exempt employees in accordance with applicable Federal and State wage and hour laws. Employees in non-exempt positions are paid as follows:

Time and one-half
· Hours worked in excess of 8 hours in one workday

· Hours worked in excess of 40 hours in one workweek
· The first 8 hours worked on the seventh day of work in a given workweek*

Double time
· Hours worked in excess of 12 hours in a workday
· Hours worked in excess of 8 hours on the seventh day of workweek*

* Cisco pays double time for hours worked on the 7th day in a workweek if the employee works the 7 days consecutively and the total number of hours worked in a workweek exceeds 48 hours.

Hours worked and eligible for overtime and double time pay consist of pay types: regular non-exempt, holiday pay, paid time off, worked on holiday pay, bereavement pay, jury duty pay, military leave, paid leave, deceased wages, sabbatical pay, lieu of notice.

Non-exempt employees are entitled to take two paid break periods of 10 minutes each, scheduled about midway through each half of the work shift. Non-exempt employees must take a half-hour unpaid meal period about midway through the work shift but no later than after 5 consecutive hours of work.

### Holiday Pay
Full-time employees are paid for 8 hours on all Cisco scheduled holidays. Non-exempt employees who work on a scheduled holiday at the request of their manager are paid the standard 8 hours holiday pay, plus regular pay for the number of hours actually worked on the holiday. Part-time employees working at least 20 hours per week accrue holiday pay on a pro-rated basis.

### Non-exempt Employee Travel Pay
All travel hours for non-exempt employees are considered hours worked and are paid either straight time or time and one-half based on the number of hours worked that day or week. Travel time is defined as hours spent at the airport, in flight, and in transport to the final destination. It does not include time spent in the hotel. If the employee travels from home to the airport on a regular workday and such time is greater than time spent on the employee's normal commute to the office, the time in excess of regular commute is also considered travel time. If travel time in conjunction with actual work time exceeds 40 hours in a week, additional hours worked are counted as overtime and paid at the applicable overtime rate(s). All business travel and schedules must be pre-approved by management.

### On-Call Pay
The company's on-call pay policy compensates exempt and non-exempt employees who are specifically assigned to be available outside their normal work hours to respond to customers on short notice and at all hours.

To be eligible for on-call pay, employees must be accessible by telephone or by pager at all times and available for work within the time restrictions specified in the particular service contract or by the department management. This policy does not apply to Cisco employees who regularly carry pagers to increase their availability.

Employees eligible for on-call pay will be compensated as follows:
Non-exempt employees:
• On-call pay for non-exempt employees is a fixed flat rate
• $100 paid per week to those non-exempt employees who are on-call
• Additional call-back pay is provided to non-exempt employees who are required to provide phone or onsite support according to the Call-Back Pay policy.

Exempt employees:

*CISCO CONFIDENTIAL*

- On-call pay for exempt employees is a variable flat-rate, based on a combination of the amount of time an employee is on-call and actual hours worked providing phone or onsite service to the customers. Exempt employees will not receive additional compensation for on-call hours worked
- $100 paid per week as a minimum to exempt employees who are on-call for one day during the week
- $250 paid per week to exempt employees who are on-call during non work hours for fewer than seven days and who spend up to five hours providing phone or onsite service to the customer
- $500 paid per week to exempt employees who are on-call during non work hours for seven days and who spend from 5 to 14 hours providing phone or onsite service to the customer
- $750 paid per week to exempt employees who are on-call during non work hours for seven or more days and who spend 15 or more hours providing phone or onsite service to the customer.

## Call-Back Pay

Call-back pay is offered to non-exempt employees when they are called back to work or when they provide phone support after completion of the normal work shift, either on a normal workday or weekend. Call-back pay is not available to exempt employees.

Non-exempt employees are paid either a minimum of two hours pay at the straight-time rate or for the actual hours worked at the then applicable overtime rate, whichever is greater.

## Shift Differential Pay

A shift premium, also called a "shift differential," provides additional compensation to non-exempt employees who are required to work schedules that are different from normal business hours or days.

Non-exempt employees regularly assigned to work a swing (second) or grave (third) shift receive the following shift premium:

| Shift | Shift Hours | Premium |
|-------|-------------|---------|
| Swing | 3:00 p.m. – 12:00 midnight | 10% |
| Grave | 12:00 midnight – 9:00 a.m. | 15% |

When the majority of regularly scheduled work hours occur within the swing or grave shift, a premium will be paid. For example, an employee who regularly works 12:00 noon to 9:00 p.m. would have worked 5 hours after 3:00 p.m. and would be eligible for the swing shift premium. Grave shift premium is paid for any regular shift starting at or after 8:00 p.m.

## Weekend Premium Pay

A weekend shift differential may be paid to non-exempt employees whose regular workweek schedule includes a Saturday or Sunday.

| Day | Shift Hours | Premium |
|-----|-------------|---------|
| Saturday or Sunday | 6:00 a.m. - 6:00 p.m. | 10% |
| Saturday or Sunday | 6:00 p.m. - 6:00 a.m. | 15% |

Employees receiving weekend premium pay do not receive an additional shift premium for swing or grave hours worked. Shift or weekend premium is paid on all hours worked on the shift, including overtime hours.

## Lead Differential Pay

A lead differential is provided to non-exempt employees who are assigned lead responsibilities on a rotational or temporary basis. In these circumstances, a 15% lead differential is added to the employee's base rate before overtime or other premium pay rates are calculated. Once the assignment ends, the lead differential is no longer applied to the employee's base rate.

The lead may support the manager with all or some of the following duties: setting work priorities, assigning tasks, training, and ensuring that the quality and quantity of work meets specifications.

# EXHIBIT A

*CISCO CONFIDENTIAL*



**Temporary Closing of Facilities Due to Natural Disasters**
Cisco recognizes that conditions such as severe weather, power outages, floods, and earthquakes may require the temporary closing of facilities. In the event that a closing occurs because of such reasons, the company intends to provide a reasonable level of income protection for those employees affected when properly authorized by management.

The senior site manager at each Cisco location determines the need for closing facilities and establishes procedures for maintenance of essential operations to assure their continuance during a shutdown. The Facilities organization at each major site is responsible for establishing and communicating a "call-in" number that employees can use to determine whether or not a facility has been closed temporarily. In the case of other field offices, the senior site manager is responsible for communicating a broadcast voicemail message that employees can access to determine whether or not a facility has been closed temporarily.

Employees will be compensated at regular rates of pay for up to one week during an emergency closing authorized by management. Exempt employees are expected to work at home where possible during a temporary shutdown. Non-exempt employees who are not required to work will be paid at regular rates without a charge to PTO hours during a management-authorized temporary closing. Non-exempt employees called in to work will also be paid appropriate overtime pay per Cisco's overtime pay policy. Employees assigned to essential operations (Information Services, Engineering Computer Services, certain security and maintenance personnel, etc.) may be required to work during an emergency closing and will be paid at their regular rates for these hours. Any policies regarding emergency facility closings and compensation beyond one week will be considered separately on a case-by-case basis.

**Timesheets & Paid Time Off (PTO) Forms**
Exempt employees are automatically paid every two weeks. If paid time off (PTO) is taken during the pay period, a PTO request form must be submitted. PTO forms can be found in the forms area of any building or they can be printed from the Payroll Web page.
*http://wwwin.cisco.com/FinAdm/Payroll/PTO.html*

PTO forms are not processed for full-time exempt employees taking less than 8 hours of PTO in any one workday (part-time exempts are not expected to submit a PTO form for any hours less than their full-day equivalent). As explained earlier in this section, exempt employees are paid for their work results, regardless of the number of hours required to complete the work.

Non-exempt employees are required to complete a timesheet for any and all hours worked including any overtime, PTO, or holidays during the two-week pay period. Timesheets can be found in the forms area of any building or they can be printed from the Payroll Web page. Non-exempt employees who work in the San Jose buildings should submit their timesheets or PTO requests to the main lobby of their respective building on the Monday before a payday by 10:00 a.m. Non-exempt timesheets received after the 10:00 a.m. deadline will not receive overtime payment until the following pay period. Non-San Jose based employees should refer to their managers to determine the timesheet submission location. Employees are notified by e-mail when a holiday requires a schedule change.

**Bonus and Incentive Programs at Cisco**
Bonus and incentive plans are designed to acknowledge and reward employees for their contributions to company profitability and to enable them to share in Cisco's success. All full-time and part-time employees are eligible to participate in a bonus or incentive plan. For more information, refer to the Compensation Web site at:
*http://wwwin.cisco.com/HR/compensation/bonus.htm*

**Temporary Agency Employees**
A temporary employee is not eligible for a CAP Award. If a temporary employee has had exceptional performance, contact the agency and suggest a bonus be given. That bonus amount would be added to the regular billing to your department.

## Contractor Employees

Contracted employees are not eligible for a CAP Award. In the event an employee may want to reward a contractor for exceptional performance, the managers should build in the potential dollar amount on the purchase order, and the Personal Services Contract (PSC), prior to the start of the project. An invoice authorizing payment of the bonus award must be forwarded to accounts payable for payment.

## Stock Option Programs at Cisco

All full-time and part-time Cisco employees can participate in the company's stockownership plans, which include the New Hire Employee Stock Option program, the Ongoing Stock Option Grant program, and the Promotional Stock Option Awards program.

These plans are designed to give employees an opportunity to participate in the growth and investment potential of the company. Through these plans, employees have a stake in the company by contributing to, and sharing in, Cisco's success.

## New Hire Stock Option Program

Cisco's New Hire Stock Option program grants each eligible employee the right to purchase a specified number of Cisco common stock options at a specified price for a period of time. The number of shares offered is based on the employee's grade. The grant price of the stock option is based on the price when the Board of Directors approves the shares. The Compensation Committee of the Board meets monthly for this purpose. So long as the employee is employed by Cisco and subject to the terms of the plan, one-fifth of the shares offered vest when the employee completes 12 full months of employment, and the balance vests at the rate of 1/60th each month over the subsequent 48 months. For new hire options, vesting begins on the effective date (i.e., the employee's start date). Please note that changes to employee status (such as part-time employment or leaves of absence) may affect the vesting schedule.

This schedule may not apply to all new hire stock grants for employees who are part of an acquisition. For more information, contact the Stock Administration Department by calling (408) 52-STOCK (527-8625) or sending an email to STKMAIL@CISCO.COM (include your employee ID number). You may also refer to the Stock Administration Web site at: *http://wwwin.cisco.com/FinAdm/StockAdmin/*

## Ongoing Stock Option Program

Cisco's Ongoing Stock Option program offers stock options to eligible employees on an annual basis. Option amounts are determined based on several criteria, including relative worth of the employee's position, salary grade guidelines, value of existing options, past performance, and potential contributions. Funding for the program is determined annually at the discretion of the Board of Directors.

## Promotional Stock Option Award Program

In addition to these programs, employees may receive stock options awards at the time of a "milestone" promotion. Milestone promotions are those from non-exempt to exempt, professional to manager, and manager to director. Promotional stock option awards are based on the manager's recommendation and approved by the Compensation Committee of the Board of Directors. Vesting is effective on the date the Compensation Committee approves the promotional grant, and the price is set at the fair market value on that date.

## Stock Option Basics

A comprehensive question and answer session regarding stock option definitions, exercising options, what to do with them, contacts, etc. can be found at the Stock Administration Web site at: *http://wwwin.cisco.com/FinAdm/StockAdmin/*

## Promotions

Employees at Cisco may be promoted or transferred within the company. A promotion is defined as an advancement to a position with considerably greater responsibility and/or greater market value than that

of the employee's current position. Temporarily filling a position in a higher salary grade is not considered a promotion.

An employee may be promoted based on his/her demonstrated performance on the job as well as on management's judgment concerning the employee's ability to perform a job at a higher level and the business need to fill a job at that level.

Promotions will be granted only to employees who receive an X or an E rating and who consistently demonstrate performance that meets expectations, require only normal supervision, and work well with others.

### Types of Promotions
Within a job family, a promotion occurs as a natural progression through a group of similar jobs having increasing levels of responsibility. For example, an employee may be promoted from Engineer I to Engineer II within the engineer job family.

An out-of-family or organizational promotion occurs when an employee moves into a new, higher level position or salary grade. For example, an employee may be promoted from Engineer IV to Manager, Engineering. Another example of an out-of-family or organizational promotion is from a non-exempt to an exempt position.

The company will not necessarily pay relocation expenses for promotional and internal transfer opportunities that require relocation.

### Promotional Guidelines
Any promotional increase will be determined by:
• The employee's position in the new salary range commensurate with skills, abilities, and experience
• Internal equity considerations of the salaries of other employees in the new salary range
• The minimum of the new salary range.

Authorized job openings are posted at the job posting board, and all employees are encouraged to apply. In most circumstances, an employee applicant will be given first consideration for an authorized job opening, and will only be informed of his/her promotion and/or transfer after written approvals have been obtained on the Personnel Action Notice (PAN) and the transfer Performance Review (if required).

# Benefits
Life never seems to happen in a straight line. There are the events we plan and those we don't. As an employee's life changes, their benefit needs may change as well. That's why Cisco Systems has designed a benefits program to support employees during the different stages of their lives.

This section of the Employee Resource Guide provides a brief overview of the many benefit programs available to U.S. employees working regular full-time or regular part-time. Once on board at Cisco, visit the HR Benefits Web site to find up-to-date summary and detailed information about all of the benefit programs as well as on-line enrollment applications, Web, and email links to benefit plan providers. The benefits Web is constantly being updated and employees can provide feedback at any time with suggestions for improvements. Ongoing communication regarding Cisco's benefit programs is provided to employees via email throughout the year. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/index.html*

### PLANS REQUIRING ENROLLMENT FOR NEW HIRES
As a new hire at Cisco, employees have many decisions to make. Some decisions have timelines associated with them. In regards to the benefit programs, there are three plans that have strict enrollment deadlines: FlexOptions (the health insurance plan), the 401(k) plan and the Employee Stock Purchase Plan.

## FlexOptions

FlexOptions, is a cafeteria style benefit plan which provides employees with the freedom to select the benefits that best suit their needs on an annual basis. The choices within FlexOptions include medical, dental, vision, life insurance, and flexible spending accounts. Please refer to the separate "FlexOptions Enrollment Guide" included in the New Hire Kit for more detailed information and enrollment instructions. New hires must enroll in FlexOptions via the BenefitConnection online enrollment application within 31 days of their employment date.

## 401(k) Plan

Cisco's 401(k) Plan is an easy, smart way to save for retirement. Please refer to the separate 401(k) package included in the New Hire Kit for an explanation of the plan, investment options, and enrollment instructions. Employees may enroll in the plan on the Monday following receipt of their first system-generated Cisco paycheck. Enrollment for this plan is open year round. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/401k/401k01fs.htm*

## Employee Stock Purchase Program

Cisco's Employee Stock Purchase Plan (ESPP) provides employees with the opportunity to purchase shares of stock from the company at a discount from the fair market value on the date of purchase. Active employees are eligible to participate in the Plan, and may elect to have up to 10% of total compensation withheld for the purchase of shares at a discounted price. The Plan opens for enrollment (and a new purchase period begins) once each calendar quarter. For more information including important enrollment deadlines, refer to the Stock Administration Web site at:
*http://wwwin.cisco.com/FinAdm/StockAdmin/espp.htm*

## Global Programs

Global programs include plans that provide coverage to Cisco employees worldwide. The following plans are included: 24 Hour Emergency Contact, Emergency Travel Assistance, Medical Benefits Abroad, and Business Travel Accident. Employees are automatically enrolled and Cisco pays for the cost of the programs.

## 24 Hour Emergency Contact

The 24 Hour Emergency Contact program is a way for Cisco employees to provide notification to Cisco management in the event of a life-threatening emergency. This could include witnessing or being the victim of a sudden illness, accident, serious crime, or natural disaster. This program is not intended to replace emergency services that could be obtained locally (e.g., by dialing 911 in the United States). However, should emergency medical assistance be required, arrangements will be initiated through the Emergency Travel Assistance Program (see below).

All new hires receive a Cisco badge and on the reverse side of the badge is a sticker with the 24 Hour Emergency Contact telephone number. Should an employee need another sticker, contact the Benefits Resource Center at hr-benefits@cisco.com or by calling (408) 526-5999.

## Emergency Travel Assistance

Emergency Travel Assistance through AEA International is available to employees travelling outside their home country who need assistance with seeking medical care. Other services include replacing lost prescriptions, assisting with lost/stolen documents, and facilitating emergency evacuations. Employees booking international flights should automatically receive an AEA International identification card with their ticket. If the employee does not receive a card with their airline ticket and would like to obtain one, contact the Benefits Resource Center at hr-benefits@cisco.com or by calling (408) 526-5999.

## Medical Benefits Abroad

Through the Medical Benefits Abroad (MBA) program, Cisco provides medical coverage to employees who are travelling on Cisco business outside their home country. The MBA program provides employees with 100% coverage up to $50,000 for emergency medical treatment obtained outside their home country.



If the employee is travelling and becomes ill or injured, s/he can submit a claim to Cigna International for reimbursement. To obtain more information or to file a claim, contact the Benefits Resource Center at hr-benefits@cisco.com or by calling (408) 526-5999.

## Business Travel Accident Insurance
Business Travel Accident (BTA) insurance provides employees with additional life insurance if they should die while travelling on company business. For plan details and limitations, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/life/bta01fs.htm*

## Disability Insurance Plans
For illnesses or injuries that cause an employee to be unable to work, Cisco offers disability coverage for brief absences and longer periods of disability. This coverage is available through two programs: Short-Term Disability and Long-Term Disability.

## Short-Term Disability/Voluntary Disability Insurance
Employees in California or expatriates on California payroll are automatically covered by Cisco's Voluntary Disability Insurance (VDI) plan. During the first 90 days of disability, Cisco's Voluntary Disability Insurance (VDI) Plan will pay a weekly benefit equal to 66-2/3% of weekly earnings up to a weekly maximum benefit of $2,000. VDI replaces California State Disability Insurance and is not taxable. After 90 days, the VDI plan will pay benefits equal to the State award rate.

Employees outside of California are automatically covered under the Short-Term Disability plan. During the first 90 days of disability, Cisco's Short Term Disability (STD) plan will pay a weekly benefit equal to 100% of weekly earnings up to a maximum weekly benefit of $2,000. STD plan benefits <u>are</u> taxable. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/disablty/std01fs.htm*

## Long Term Disability
On the 91st day of disability, Cisco's Long Term Disability Plan (LTD) will coordinate with any State disability plans to provide a maximum benefit of $12,000 per month. LTD benefits are taxable and will continue while the employee remains disabled or reaches age 65. Coverage under Cisco's Long Term Disability Plan (LTD) is provided automatically and at no cost to the employee. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/disablty/ltd01fs.htm*

## Work-Related Injuries
In the unfortunate event of a work-related illness or injury, Cisco provides certain benefits to employees. A Work-related illness or injury is any type of illness or injury caused by an employee's work or work environment. Coverage will be provided for all regular Cisco employees from the first day of employment. For more information regarding coverage under workers' compensation, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/wc/wc01fs.htm*

## Time Off Programs
### Holidays
Cisco recognizes 9 holidays each year. These include New Years' Day, President's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, the day after thanksgiving Day, Christmas Day, plus a floating holiday that is predesignated by Cisco prior to the beginning of each calendar year. Holiday schedules are published on the following Web site at:
*http://wwwin.cisco.com/HR/benefits/about/pto/pto01fs.htm*

## Personal Time Off (PTO)
At Cisco, vacation and sick leave are combined into one program: Paid Time Off (PTO). PTO is defined as paid time away from work for vacation, illness, outside activities, or personal business. Regular full-time employees who work a 40-hour work week earn 20 days of PTO each year. PTO is accrued on a bi-weekly

basis. Non-exempt employees can take PTO in hourly increments. Exempt employees must take PTO in increments of a full workday; anything less is not counted against PTO. An employee's PTO accrual rate is calculated, adjusted, and maintained by Cisco's Payroll Department. PTO may not be used to extend or prolong the termination of employment. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/pto/pto01fs.htm*

## Voting
If an employee does not have sufficient time outside of working hours to vote in statewide elections, an employee may, without loss of pay, take off up to two hours of working time to vote. Such time must be at the beginning or end of the regular working shift, whichever allows the most free time for voting and the least time off from working, unless otherwise mutually agreed. The employee must notify their manager at least two working days in advance to arrange a voting time. In addition, employees may serve as election officials on election day without being disciplined, but Cisco is not required to pay employees for such absences.

## Jury Duty/Bereavement/Military Leave
Cisco also provides employees with time off for jury duty, bereavement and military leave. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/loa/loa01fs.htm*

## Leaves of Absence (LOA)
## Medical Leave
Employees who become medically unable to work (i.e., disabled) are eligible for a medical leave. This applies to any pregnancy, illness or injury which lasts 14 consecutive days or longer. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/loa/loa01fs.htm*

## Family Care Leave
If an employee has been employed at Cisco for at least one year and has worked a minimum of 1,250 hours, the employee may be eligible for up to 17 weeks of unpaid, job-protected Family Care Leave within a 12 month period. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/loa/loa01fs.htm*

## Personal Leave
If an employee has been employed at Cisco for at least one year and has worked a minimum of 1,250 hours, the employee may be eligible for a Personal Leave of up to three months for compelling reasons not covered by other leave programs. Cisco has complete discretion to deny a request for a personal leave of absence in any circumstance. This is an unpaid leave with no guarantee of re-employment. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/loa/loa01fs.htm*

## Education Leave Policy
Employees wishing to continue their education while employed at Cisco may be eligible to take Education Leave. Employees with one year of service and an "X" or "E" performance rating may request Education Leave. Education Leave may be granted for up to six months with the approval of the employee's manager.

All of the employee's earned PTO must be exhausted prior to starting Education Leave. Insurance benefits will be provided by Cisco through the end of the month in which the leave begins. Thereafter, employees may be eligible to continue insurance benefit coverage through COBRA.

Employees who take an education leave are not guaranteed re-employment and are ineligible for the Tuition Reimbursement program. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/loa/loa01fs.htm*

*CISCO CONFIDENTIAL*

**Additional Services & Perks**
**Employment Anniversaries**
In recognition of employment milestones and in appreciation of employee's continuing contributions, Cisco offers one-year, five-year and ten-year service awards. Upon reaching one year of service, the employee is presented an award by his/her manager. Upon reaching the five-year and ten-year anniversary milestones, employees are sent a congratulatory letter along with a choice of gifts for selection.
*http://wwwin.cisco.com/HR/events/index.html*

**Baby Gift Program**
The Baby Gift Program entitles full-time, regular Cisco employees who are proud new parents (through birth or adoption), to a baby gift (one gift per household, per occurrence). Employees can register for a gift before or after the baby's arrival. Register for a gift on the Web site at:
*http://wwwin.cisco.com/HR/events/index.html*

**Consultation Services**
Need a referral for quality dependent care? Have your pipes burst in the middle of the night and you need a plumber immediately? Looking for legal assistance or financial advice? With just one call or click of a URL, you can gain access to the many services now provided through HAI/Magellan, our Employee Assistance Program vendor. For more information on these expanded benefits and how to use them, refer to About Your Benefits - Convenience Services Web site at:
*http://wwwin.cisco.com/HR/benefits/*

**Tuition Reimbursement Program**
Eligible employees may receive tuition reimbursement for traditional forms of education such as undergraduate and graduate courses offered by accredited colleges or universities. The courses must be

related to the employees current position. The tuition reimbursement program will cover up to $7,500 in covered expenses such as tuition, books and lab fees. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/about/tr/tr01fs.htm*

**Computer Literacy Discount Program**
Computer Literacy offers all Cisco employees and contractors discounts and free shipping on computer and technical books when ordered online. Every book is at least 10% off and standard shipping is free. Plus, check out the recommended reading list designed specifically for Cisco employees. For more information, refer to the Web site at:
*http://www.clbooks.com/partners/cisco/*

**Cisco Travel Center**
To take advantage of Cisco Systems' purchasing power, the company has consolidated its travel business by establishing one travel management group. Employees can make business and personal travel arrangements, Monday through Friday, 7:30 a.m. - 6:30 p.m. (Pacific Time). For more information, refer to the Web site at: *http://wwwin.cisco.com/FinAdm/Travel/index.html*

**Cisco Sports Team Sponsorship Program**
This program pays for league and umpire fees (not to exceed $1,000), for sports teams comprised of at least 80% Cisco employees (family members are not considered Cisco employees). This program does not cover tournaments, contests, uniforms or equipment. Refer to the sports team sponsorship guidelines on the Web site at:
*http://wwwin.cisco.com/HR/benefits/index.html*

## Personal Package Shipping Program
The personal package program at Cisco is a service offered through Corporate Mail Services and Corporate Shipping. The program allows Cisco employees, badged temporary and contract employees to send personal packages by U.S. mail, FedEx and DHL, at the employees expense. The personal package program is for outgoing packages only. For more information, refer to the Web site at:
*http://wwwin.cisco.com/FinAdm/WR/WCO/SiteServ/Dist/personal%20package%20program.html*

## Discount Tickets
Discount tickets are periodically available for local attractions and/or events. Check the HR Celebrations and Events Web site at:
*http://wwwin.cisco.com/HR/events/index.html*

## Washington Mutual Mortgage Discount Program
Washington Mutual offers special discounts on home loans for Cisco employees. The offer is subject to employee's geographic location. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/*

## Cisco Product Purchase Program
Based on employee requests Cisco has implemented a program enabling the purchase of Cisco products at a discount for personal use. Employees are eligible after 90 days of employment. The employee discount is 60% off the list price for Cisco Enterprise products. An employee can purchase up to $5000 worth of equipment per year, based on discounted prices. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/*

## Nissan Vehicle Purchase Program
The Nissan Vehicle Purchase Program (VPP) is an ongoing program that allows Cisco employees to take advantage of substantial savings on all our competitively priced Nissan and Infiniti vehicles. We've taken the haggling out of buying a new car and designed an exciting program that will make owning or leasing a Nissan or Infiniti easier than ever. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/*

## Additional Services & Perks – Site Specific

## Birthday Breakfast with John Chambers
In San Jose, John Chambers, President and CEO of Cisco Systems, hosts a monthly birthday breakfast in celebration of employees' birthdays during that month. The festivities include a discussion of recent company business activities, a hearty round of questions and answers with John, and a tasty selection of breakfast treats and beverages. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/events/index.html*

## From Coffees to Cafes
Onsite food service operations are usually no more than a short walk away. Most cafes feature a coffee bar with a trained barista to keep employees going. The San Jose HQ sites are staffed with chefs trained at the California Culinary Academy. The San Jose HQ Sites, RTP and Chelmsford offer some of the best lunching around. For more information, refer to the Web site at:
*http://wwwin.cisco.com/employee/*

## TimeOut Workout Facilities
Time Out Fitness Centers are currently located in the following locations: San Jose, Silver Creek and RTP. Cisco Systems is committed to providing quality health, fitness, and wellness programs for their employees. Participating in a regular exercise program has been proven to increase productivity, reduce stress, and
promote teambuilding. Cisco's TimeOut Fitness centers offer the following equipment and programs and more:

- Weights & Cardio Equipment
- Aerobic Classes
- Massage Therapy
- Seminars
- Boot Camp
- Sports Leagues

Some services and classes may not be available at all sites. For more information, refer to the Web site at: *http://wwwin-rtp.cisco.com/wrSJFitness/index.htm*

## Special Events
Cisco believes that if employees have balanced, satisfying lives outside of work, they can better focus on work issues during the day. That's why Cisco has created a family-friendly environment that includes several fun, family-oriented activities such as picnics, parties, health fairs, technical fairs, shopping onsite opportunities, safety and first aid training, earthquake safety training, Take Our Children to Work Day, Principal for a Day, Human Race, United Way Games, Future Connections, travel events, and community volunteer programs. For more information, refer to the Celebrations and Events Web site at: *http://wwwin.cisco.com/HR/events/index.html*

## Alternative Commute Solutions
For employees in the San Francisco Bay Area who commute to work via bus, Light Rail, BART, or CalTrain, Cisco offers a free shuttle service to and from work. Cisco covers the first $30 toward a monthly transportation pass and the remaining balance is paid by the employee. Cisco also provides shuttle service between sites during business hours, just dial (408) 525-GoGo. For additional information on alternative commute solutions, refer to the Web site at: *http://wwwin.cisco.com/FinAdm/WR/WCO/SiteServ/AltTransp/index.html*

## Document Publishing Center
The Cisco Site's Document Publishing Center offers a variety of services to employees with quick turnaround, competitive pricing, pick-up and delivery to the employees' desk. The Document Publishing Center is committed to improving the efficiency, cost-effectiveness, productivity and quality of document services. The staff is available for consultation on any job, including finishing, tabs, full color, choice of stock, and customized projects. For more information, refer to the Web site at: *http://wwwin-rtp.cisco.com/wrDPC/Published/index.htm*

## Gateway Conference Center
The Gateway Conference Center is designed for highly productive, successful, cost effective meetings and special events. The 4,000 square foot center can accommodate up to 350 guests in a theater style setting. The center is divisible by four with sliding censored acoustical walls to accommodate several meetings simultaneously. Any questions regarding room reservation please e-mail the conference center coordinator at librown@cisco.com or call (408) 527-7330.

## Cellular One's Corporate Connection
Cellular One offers Cisco employees in certain San Francisco Bay Area area codes the opportunity to participate in cellular service at a discounted corporate rate. For more information, refer to the Web site at: *http://www.c1sales.com/cisco/*

## AEA Credit Union
AEA Credit Union is committed to serving its member's financial needs by providing the ultimate in banking convenience, featuring excellent member service, convenient branch locations, competitive savings and loan programs and much more. AEA Credit Union offers the convenience of 24-hour access to accounts, loan application by phone 24 hours a day, and a bill payment service. For more information, refer to the Web site at: *http://www.aeacu.com/*

## Onsite Dental Care
For the first time, a high-tech, state-of-the-art mobile dental facility is available to serve employee dental needs. Onsite Dental Care comes directly to the San Jose workplace to provide convenient dental treatment, saving travel time to and from the dental office. For more information, refer to the Web site at: *http://www.onsite-dental.com/*

**Onsite ATM Machine**
In San Jose, a Bank of America Automated Teller Machine is available for withdrawals in Building D behind the cafeteria.

**Onsite Employee Store**
In San Jose, McWhorter's Express offers a variety of goods and services that include fresh flower bouquets by Bloomers, Cisco logo merchandise, photo processing, gift items, candy, balloons, stamps, and more. McWhorter's catalogs are available for additional merchandise selection. The store is located on the 1st floor of Building J. Hours are 8:00 a.m. to 5:00 p.m. Monday through Friday. For more information, refer to the Web site at:
*http://wwwin.cisco.com/FinAdm/WR/WCO/SiteServ/Store/index.html*

**Onsite Postage Services**
In San Jose, postage stamps are available from a vending machine in Building D behind the cafeteria. Stamps may also be purchased from the onsite stationary store, McWhorter's, in Building J.

**Onsite Dry Cleaning Pick-Up and Delivery**
Cisco provides pick-up and delivery laundry and dry cleaning service to Cisco San Jose sites. Pick-up and delivery locations are located in break rooms at most San Jose Site buildings. Price lists and additional service information is posted in the break rooms.

**Onsite Car Wash**
Onsite car washing is available at various sites in San Jose. Drop off times are between 8:00 a.m. and 9:00 a.m. Cars that are dropped off by 9:00 a.m. are typically ready by 12:00 p.m. Charges are $10, for an exterior wash, and up to $50 for a mini detail. They accept cash, checks, VISA, MasterCard, and Discover. For more information, refer to the Web site at:
*http://wwwin-rtp.cisco.com/wrSiteServ/carwash/*

**BMW Purchase Program**
All full- or part-time regular employees of Cisco Systems in California are eligible to receive a special allowance on their purchase or lease of a new or certified pre-owned BMW automobile or motorcycle. For more information, refer to the Web site at:
*http://wwwin.cisco.com/HR/benefits/*

**Beverage and Popcorn Program**
The Beverage/Popcorn program offers employees a wonderful benefit for their hard work! In the break rooms of every building employees will find 37 choices of sodas, juices and flavored waters, 7 different flavors of coffee, 16 flavors of teas, hot apple cider, cocoa, and 4 flavors of popcorn. Enjoy!

# PERFORMANCE MANAGEMENT
# EMPLOYEE DEVELOPMENT
# & TRAINING

## PERFORMANCE MANAGEMENT
3 Month Review Process
Focal Review Process
Performance Improvement Coaching

## EMPLOYEE DEVELOPMENT
Employee Development Planning
Making Career Moves
Broadening Assignments

## TRAINING
Employee & Leadership Development
IS Training
Cisco Worldwide Product & Technology Training
Engineering Education

# Performance Management

Providing timely and regular performance feedback is essential to retain and develop the best employees in the industry. Employee participation and open communication in the performance management process fosters a motivating and productive work environment and ultimately contributes to Cisco's success.

Employees and managers need to share responsibility for effective performance management in a proactive and collaborative manner. Managers are expected to share their departmental vision and performance expectations with employees and provide ongoing, clear and objective feedback, including course correction, throughout the review period. Employees need to actively participate in all aspects of managing their performance and career development. Employees develop their initiatives (in collaboration with their managers), demonstrate key skill competencies, monitor and assess their own performance and pursue career development opportunities.

The elements of performance management include the 3 Month Performance Review Process, Focal Review Process and Performance Improvement Coaching.

## 3 Month Performance Review Process

Ongoing performance feedback begins with the 3 Month Performance Review Process. This process helps ensure that all newly hired employees clearly understand their job objectives, work with management to establish initiatives, and receive feedback on their performance within the first three months of employment. Employees initiate a self-evaluation and then meet with the manager to discuss performance.

## Focal Review Process

The cornerstone of Cisco's pay-for-performance philosophy is the Focal Review. The review provides a formal mechanism for performance feedback, summarizes performance since the previous review, and addresses areas for development. Employees initiate the focal review by completing the sections requiring their input. Managers provide comments on the employee's input and complete the summary and rating sections. Lastly, employees and managers meet to discuss the review and next steps with development plans.

Both exempt and non-exempt employees receive annual focal reviews in the April or October timeframe, depending on hire date. Employees hired between October 1 and March 31 are reviewed the following October 1; employees hired between April 1 and September 30 are reviewed the following April 1. Sales employees and vice presidents are reviewed in August.

The following are Cisco's performance ratings:
- "X" = Performance is exceptional in all areas
- "E" = Performance meets or exceeds all key performance expectations
- "N" = Performance needs improvement in one or more key areas

The performance rating drives compensation decisions. Therefore, it is critical that employees take an active role and provide performance input to their manager throughout the year. An employee's current position in the salary range and contribution to the company are additional considerations for determining adjustments to compensation.

## Performance Improvement Coaching

The intent of performance improvement coaching is to provide timely "course correction" resulting in a "win-win" for the employee, manager and department. This coaching should begin as soon as a manager determines that employee performance has declined from previously established standards. Elements of performance improvement coaching include corrective feedback, performance improvement plan, and a one-time warning.

Just as positive feedback is provided on an ongoing basis, corrective feedback should be provided whenever a manager and employee discuss performance shortcomings and develop solutions to successfully resolve the issues. These discussions are documented to ensure that issues are clearly discussed, objective examples are provided, and solutions are identified.

When corrective feedback does not result in sustained and improved performance, a performance improvement plan (PIP) may result. A PIP is initiated and written by an employee in response to an "N" performance review, or when the employee's performance has significantly declined between focal reviews and has not responded to corrective feedback discussions with the manager. The elements of a PIP include performance issues, action plan, and the expected time frame for successful resolution.

In general, it is Cisco's philosophy that an employee receiving an "N" review is not surprised by the rating because documented corrective feedback discussions would have previously occurred. However, due to the nature of the issues and the impact upon the business, this may not always happen.

On rare occasions, a single behavioral incident or misconduct may be severe enough to justify a "one-time warning" or even termination of employment. A one-time warning identifies the unacceptable behavior, references the applicable Cisco policies or guidelines, and states the consequences of an additional incident. For forms and information, refer to the Performance Review Web site at: *http://wwwin.cisco.com/HR/review/*

# Employee Development Philosophy

The goal of employee development at Cisco is to align business goals with employee goals and interests. The process encourages a candid sharing of information between managers and employees regarding the business direction, employee goals and interests, development feedback, and the competencies required for success at Cisco. The process is employee-owned and manager-supported.

### Employee Development Planning Process

The Development Planning Process allows employees to take responsibility for establishing and tracking development progress. Development goals are set by the employee and reviewed with the manager, whose role is to provide guidance and support with resources, on-the-job opportunities, and training.

### Cisco Employee Development Plan

The Development Plan, if completed within the 12 months prior to an employee's focal review date, may be used in lieu of the "Personal Development Planning" section of the Focal Performance Review. The development plan is a key tool which encourages employees to set their own development goals aligned with business challenges and opportunities. The Employee Development form can be found on the NT Server and the Web. To download the Development Plan follow this path on the NT server: Cisco Main, Main Info & Svc, Forms, HR Emp Info & Forms, Cisco Development Plan.

### Making Career Moves
### Demonstrating Competency before Moving

Before individuals move on to the next stage of career development, they are expected to have exhibited for some time the skills and behavior needed for the next stage. People are unlikely to progress until they have acquired and demonstrated the technical, professional, or leadership skills associated with the next stage of development. This is where broadening and development activities play such an important and critical step in one's overall career development, and this is generally achieved within the context of the current job.

### Vertical Moves within the Functional Area

This involves assuming the next level of development in a specific functional area (for example, Product Manager III to Product Manager IV).

### Horizontal Moves within the Functional Area

This is when an employee remains at the current level within the organization, but moves into a different role where a broader knowledge about the organization is acquired (for example, Product Manager—Low End to Product Manager—High End).

### Moving Out of the Functional Area
An individual can develop in one functional area and use it as a springboard for entering another functional area (for example, Software Engineer IV to Product Manager IV). Depending upon the skills needed for the job, this may be achieved as a horizontal move or as a move downward to acquire those needed skills before moving upward again.

### Examples of Developmental Activities on the Job
- Develop and expand influence through interaction with others
- Critically evaluate the present process of doing some aspect of the job
- Propose actions for process improvement
- Create ways to get ahead of problems or schedules
- Examine the impact of automation on the work flow
- Partner with colleagues or others to expand knowledge base
- Read literature in the field. Be current with the state of the art in a given discipline or functional area. Bring this information to bear on the job.

### Examples of Broadening Assignments
- Serve on a corporate or headquarters task force
- Serve on a department task force
- Work on a special assignment that allows the employee contact with other departments
- Supervise or mentor a college recruit or summer intern for a period of three months
- Participate in professional associations
- Perform community service
- Join programs such as Toastmasters
- Serve in the "acting as" role for an employee on leave.

### Shaping the Future Workshops
Cisco's employee development workshops, offered in conjunction with Career Action Center, train employees and managers on their respective roles in the employee development process. Workshops include hands-on skill building, role-playing, and interactive discussions. Employees leave the workshop with a draft of their personal development plan.

### How to Develop Knowledge, Competencies, and Principles
Defining the competencies for each level of management and individual contributor responsibility enables employees to see what skills, knowledge, and abilities are needed for their current position. Competencies can be acquired through various developmental strategies such as Employee and Leadership Development workshops, job experience, mentoring, job rotation, books, video programs, college/university programs, and so on. Use these expectations as guidelines while utilizing the vast development resources available at Cisco. The Leadership Success Factors can be viewed at:
*http://wwwin.cisco.com/HR/review/pdf/manage_success.pdf*

## Training Philosophy
As Cisco continues to grow at such a fast pace, employees need to broaden their knowledge, skills, and abilities. Productivity and Cisco's competitive edge depend on employee know-how. As employees determine their development needs over the short and long-term, consider the formal training offered by Cisco.

There are four separate training functions or groups, focusing on a specific set of development needs:
- IS Training
- Employee and Leadership Development
- Worldwide Product and Technology Training

• **Engineering Education**

At Cisco, organizational success is dependent on individual as well as team performance. Employee commitment to development is crucial. Cisco provides many growth opportunities. While your manager can coach and recommend areas for development, ultimately, employees are responsible for their professional development, as well as the management of their career at Cisco.

As employees seek ways to improve their skills, talents and abilities, training is just one of many avenues to consider. Special team assignments, developmental opportunities, projects, and on-the-job learning can also enhance capabilities. Employees should discuss with their manager what training would assist them in their job.

**Employee and Leadership Development**
Cisco's Organizational Effectiveness department offers a variety of non-technical, professional skills development programs.
• Leadership Development
• Professional Development
• Stanford Instructional Television Network (SITN)
• Brown Bag Seminars (BBS)

**Target Audience**
• Individual contributors
• Managers, leaders and executives
• Teams

**Courses offered by the Organizational Effectiveness Team include**
• Covey's 7 Habits of Highly Effective People
• Successful Project Management
• Managing for Results
• Exercising Influence
• Managing in Action
• Cisco Business Essentials

**Enrollment**
Refer to the Training Registration System (TRS) located at:
*http://wwwin.cisco.com/webtraining/*

**IS Training Philosophy/Mission Statement**
To acquire, develop, manage and deliver the highest quality interactive technical training to establish and enhance the measurable skills that will increase productivity of Cisco employees.

**Target Audience**
All Cisco employees

**Sample of Courses Offered**
• UNIX                  • HTML
• MS Word               • Java
• MS Excel              • Perl
• MS Power Point        • Frame Maker

**Enrollment**
Employees may browse, register, or drop a class through the (TRS) home page, located at:
*http://wwwin.cisco.com/webtraining/*

If employees do not have a Web account name and password, refer to the Web site at:

*http://wwwin-eng.cisco.com/Eng/ECS/YodaAccount.html*

**Pre-Work**
Prerequisites are not mandatory; they are guidelines to help employees attend the appropriate level of training.

**Wait List**
If employees want to be placed on a waiting list for a class that is already full, contact the IS Training Registrar, via e-mail at ebronzin@cisco.com or call (408) 525-6563.

**Billing**
There is a set cost for each class, which is posted at the top of every course outline on the Web page. The individual cost will be charged back to the employees department.

**Confirmation**
Once employees register for a course, they will receive an automated confirmation letter within 24 hours, stating the class time and location that they have enrolled in.

**Cancellation and No Show Policy**
The employees department will be charged 100% if not dropped from a course within 5 business days.

If employees NO SHOW a class and try to sign up later, the system will not allow it. In order to re-enroll, please contact the IS Training Registrar, via e-mail at ebronzin@cisco.com or call (408) 525-6563. Penalties for cancellation will not be incurred if employees drop from the class 5 business days prior to the first day of class.

The employees department will also be charged the next time they re-enroll for a class they did not attend nor cancel in a timely fashion.

**Cisco Worldwide Product and Technology Training**
**Philosophy**
The mission of the Cisco Worldwide Training (WWT) organization is to establish Cisco as the global leader in sales and technical training. Worldwide training is comprised of technical training instructors, training developers, instructional designers, and others who produce Cisco's training products, which includes leader-led courses, self-study guides, CiscoTV, Webcasts, and other media-based training. Cisco Worldwide Training also manages over 70 Cisco certified training partners globally.

**Target Audience**
These training partners deliver the technical training classes developed by Cisco Worldwide Training to both Cisco employees and Cisco customers.

**Course Offerings**
For a complete list of all courses offered, including both instructor-led courses and self-paced guides, please refer to the WWT Web site or call WWT.
*http://wwwin.cisco.com/Mkt/Training/intro.htm*

**Enrollment Process**
Technical training classes are scheduled 3 to 6 months in advance at various locations around the U.S. and are listed on Cisco's internal Web Training Registration System (TRS). When registering for classes via the TRS, a confirmation e-mail will be sent to the employee and their manager outlining course name, date, location, and price. If the employee drops from a class, an e-mail is sent to the employee and their manager. Register early! These classes fill up quickly.

When selecting a training class and location, consider the travel costs and related expenses. Courses offered by WWT will be less costly than courses offered by a training partner.

**Wait List Policy**

An automated wait list is currently under development, however, until this new system is announced, please use the following process. On the morning the class begins, a training registrar will take a wait list at the training window in San Jose, building C, behind the reception area, between 8:00 a.m. and 8:30 a.m. We will call the wait list between 10:00 a.m. and 11:00 a.m. if openings are available. Employees must be present (live) or the next person will be called. Do not call registration to be wait listed for product training classes at San Jose headquarters.

### Cancellation and No Show Policy
No shows and late drops will be charged the full course fee. Help us to more accurately utilize our training resources—use the Web training registration system to drop a class if unable to attend. Substitutions are allowed. Dropping a course without penalty requires employees to cancel registration at least 10 calendar days prior to the first day of the course. If employees drop within 10 calendar days of the course date, the department will be held financially responsible.

### Billing
Fees for WWT courses are charged against the employee's department. However, if employees register directly with a Cisco certified training partner, their department will have to issue payment directly to that training partner. Cisco internal pricing is listed with the course description and session information when employees enroll. Internal training classes organized by WWT and enrolled in via the Web TRS will cost less than classes organized by a training partner even though both have been discounted for Cisco employees. In order to receive the Cisco discount on training classes, Cisco employees will be required to show their Cisco badge on the first day of class. These discount schedules are for Cisco employees only; they are not intended for Cisco customers. If the employee or their department wish to discount training for their customer, their department must pay full list price.

### Engineering Education
### Philosophy
Cisco hires technically excellent, motivated engineers who are driven to find information to answer questions on their own. The programs that have been put in place are intended to speed the learning curve of engineers (either through integration into the Cisco engineering community or gaining proficiency in a new technology area) or to increase the expertise of engineers that they would not have been able to attain on their own.

### Target Audience
The offerings listed in this section are provided for development engineering—Cisco personnel responsible for the design, development, test, maintenance, and release of new software and hardware products. At present, the offerings in this section are not regularly provided for Cisco personnel in other related functions (such as in Customer Advocacy, Sales Engineering, Manufacturing) or for Cisco partners. If employees have a critical business need, they can negotiate specific arrangements through their director/VP, a director/VP in Development Engineering, and the Engineering Education manager.

### Sample of Courses Offered
- IOS Internal
  - IOS Overview
  - IOS Architecture
  - IOS Device Drivers
  - IOS Memory Trouble Shooting
- Tools
  - DDTS (Bug Tracking System)
  - Clear Case Fundamentals (Source Code Control System)
  - Building & Debugging IOS Images
- New Engineer Integration
  - Engineering New Hire Boot Camp (Intense 2+ week curriculum of many of the classes listed here)
  - Engineering New Hire Orientation includes: Introduction to Engineering and Organizational/Process Overviews

- Product Configuration and Use
  ICRC (Introduction to Cisco Router Configuration) for Engineers
  ACRC (Advanced Cisco Router Configuration) — Provided by WW Training

World Wide Training is the primary provider of ICRC and other Cisco product configuration and use classes. For enrollment and course information, refer to the Web site at:
*http://wwwin.cisco.com/Mkt/Training/intro.htm*

### Engineering Education Enrollment Process
To access the Engineering Education curriculum and enroll in classes:
Engineering Education Home Page:
*http://wwwin-eng.cisco.com/Eng/CntlSvcs/InfoFrwk/GblEngWWW/Public/EngWeb/eng-training.html*
Course descriptions, refer to the Web site at:
*http://wwwin-enged.cisco.com/common/courses/catalog.html*
Schedule of course offerings, refer to the Web site at:
*http://wwwin-enged.cisco.com/common/courses/calendar.html*
To enroll, send e-mail requesting enrollment to eng-training@cisco.com

### Pre-Work
Many of the courses have prerequisite knowledge, skills, or specific course participation requirements. In general, proficiency in UNIX and C programming are assumed. Employees should fulfill the prerequisites before attending the class. Refer to the catalogue Web page for prerequisites and how to achieve them (in some cases, there are tutorials that employees should take first).

### Wait List Policy
All class registrations are first come, first served. Employees will be scheduled for the first available seat in the first available class. We do maintain waiting lists for full classes and, in the event of student cancellations, seats are filled in order from the waiting list.

### Confirmation/Notification
Students are confirmed at the time of registration. E-mail notification is sent to the student indicating class and date. A final reminder is sent one to several days before the class with more specific room location and other logistical information.

### Billing
Nominal costs (approximately $100 - $150 per class day) will be charged to the employees department to cover the basic costs of classroom delivery (e.g., instructors and materials). The exact charge for the class will be listed on the calendar entry.

### Cancellation and No Show Policy
We know that occasionally emergencies arise — working to resolve critical customer problems, for example, that prevent employees from attending a class for which they are registered. Please send a cancellation notice as soon as possible — and at least two business days before a class. This will allow a wait-listed engineer to attend. If employees do not give advance notice of their inability to attend the class, and another engineer does not take their place in the class, their department will be charged for the unused seat.

### Informal Education Programs
### Stanford Instructional Television Network (SITN)
Cisco employees have the opportunity to attend Stanford University through the Stanford Instructional Television Network (SITN), a program that gives employees access to the School of Engineering's premier graduate curriculum.

SITN delivers advanced engineering courses and degree programs from Stanford to the work site, enabling working professionals to take advantage of the same educational opportunities as Stanford

CISCO CONFIDENTIAL

students.  Employees have the opportunity to enroll in the Honors Cooperative Program, a non-degree option or an audit option.  SITN is eligible for tuition reimbursement.

If interested in participating, contact the Organization & Management Department.  For more information, refer to the Web sites at:

*http://wwwin.cisco.com/HR/oe/*
*http://wwwin.cisco.com/HR/general/toolkit/sitn.pdf*
*http://www-sitn.stanford.edu/sitn.html*

## Self-Paced Instruction

Videos of the courses given by Engineering Education are available in the Engineering Library.  Class participant's materials are available on the Web.  In upcoming months, courses will be available on the Web with interactive, self-paced instruction.

Employees are expected to do their homework, read, research, and review.  Documentation, training, and other programs listed here are resources for employees to use to assist themselves.

## Mentor Program

Each engineering new hire is assigned a mentor by their manager.  The mentor provides the first line of support: answering questions, pointing to resources, guiding and reviewing your initial work.  Work with your mentor to set up your computing work environment, understand the specific development practices for your area, subscribe to the appropriate e-mail aliases, and set forth a short-term development plan (including specs, docs, code to read; training to attend; and hands-on lab work).  If you do not have a mentor or your mentor is not effectively answering your questions, contact your manager or Human Resources representative so that improvements can be made.

## Nerd Lunches

A Cisco engineering tradition is the weekly engineering "Nerd Lunch." They are one-hour presentations of interesting technical topics.  They are presented by engineers to engineers.  Topics range from new technologies and products under development, to infrastructure and tooling changes.  Registration is not necessary, but seating is first come, first served.  Announcements are sent by e-mail weekly to the engineering alias.  Nerd lunches are videotaped.  Videotapes are available in the Engineering Library in San Jose and copies of the tapes are distributed to engineering groups in: Chelmsford, Massachusetts; RTP, North Carolina; Irvine and Santa Barbara, California; Austin, Texas; London, UK; Ottawa, Canada; and Sydney, Australia.  Currently, the nerd lunch videos are being made available on the Web.

## Engineering Library

Located in San Jose, Bldg. M; this is primarily a repository for videos — past Nerd Lunch presentations, Technical Transfer of Information (TOI) sessions for new IOS software feature releases, etc.  A list of videos is available on the Web site at:

*http://wwwin-eng.cisco.com/Eng/Ed/EngOnly/VideoLibrary.html*

## Other Critical Information to Accelerate Your Education

In engineering, nearly all information employees need is online.  Refer to online sources to be assured of most current information.  The Engineering Web has become the best source for sharing information.  For up-to-the-moment communications, subscribe to appropriate e-mail aliases.  For more historic review of topics, view internal newsgroups (most key project aliases are archived to newsgroups).  Check with your mentor for e-mail aliases and newsgroups that are most appropriate.

## Documentation

The Engineering Education group is responsible for the following documentation.  All of this documentation is available online on the Engineering Web site.

- IOS Programmer's Guide/ Architecture
- IOS API Reference
- IOS Device Drivers:  Fundamentals of Architecture and Code
- Software Tools Guide

- **Course Materials for Engineering Education Courses.**

**Note:** Hard copy versions of course materials can be obtained by attending classes. Hard copy versions of course materials are distributed for a charge by sending e-mail to eng-training@cisco.com

# WORKPLACE RESOURCES
# SAFETY & SECURITY
# FINANCE & ADMINISTRATION

## WORKPLACE RESOURCES
Facilities
Corporate Distribution

## SAFETY & SECURITY
Work Environment - Safety & Loss Prevention
Reporting Safety Hazards
Injury/Illness
Safety Training
Material Safety Data Sheets (MSDS's)
Picture Badging & Card Access
Security Systems
Property Protection/Loss

## EMERGENCIES
Emergency Situations
First Aid Kits
Reporting Medical Emergencies
Evacuations
Earthquakes
Bomb Threats

## FINANCE & ADMINISTRATION
Corporate Supply Management
Accounts Payable
Corporate Purchasing
Travel, Meetings & Events
Payroll
Stock Administration

## Workplace Resources

The Facilities Response Center (FRC) provides Cisco employees with immediate access to Workplace Resources services. The FRC's strong relationship with the professional groups listed below allows for quick response to clients and timely completion of facilities-related requests.

- Maintenance: Repair and maintenance operations for utilities (electrical, gas and water), buildings, equipment and space heating/cooling
- Site Services: Recycling and surplus programs, alternative transportation, break room and copy room supplies, cafeterias, and the fitness center
- Distribution: Mailroom, shipping, receiving and nameplates
- Construction: Cube reconfigurations, cabling, major construction projects, furniture inventory, furniture lock & key
- Planning: Space planning, new office construction, new labs and manufacturing modifications
- Safety and Security: Confidential shredding, lock-and-key services, badging and access, computer lock-downs, maintaining first-aid kits, ergonomic training.

Workplace Resources services and information may vary by regional location. Please review the services available by location below for specifics. Workplace Resources global Web site at:
*http://wwwin.cisco.com/wpr/*
*http://wwwin.cisco.com/wpr/org/*

### Maintenance Operations

Maintenance supports the designed environment, buildings, and systems to ensure employees can perform their Cisco-required tasks in conditions that meet their needs.

The Maintenance department provides the following functions:

- 7-day, 24-hour Critical Area Response, Maintenance Response Center (MRC) (408) 527-4259
- Energy management /building automation/temperature controls
- Preventive maintenance
- Routine maintenance (lights, ceiling tiles, and so on)
- Repair operations.

### Corporate Distribution

Corporate Distribution provides non-production shipping and mail distribution services.

### Corporate Mail Services

Corporate Mail Services process all incoming U.S. mail and interoffice mail, as well as outgoing domestic and international mail for Cisco. Mail Services also handles mail-box setup, changes, moves, business cards, and employee name plate ordering.

Corporate Mail Services operates three mail runs each day. There is a 7:30 a.m. sweep of each mail station to pick up interoffice and outgoing mail. Mail is delivered two times daily: at 10:00 a.m. and at 2:00 p.m. Corporate Mail Services is open from 8:00 a.m. to 5:00 p.m. Monday through Friday.

### Mail Box Updates/Moves/Changes

Corporate Mail Services maintains the mailboxes for every employee at Cisco. New employee mailboxes are set up according to the new hire e-mail sent out. To request a new mailbox, move a mailbox, or any other mailbox questions, send an e-mail to mail-box@cisco.com Include appropriate contact information in the e-mail.

### Name Plates

Corporate Mail Services coordinates nameplate ordering at Cisco West Coast sites. Nameplates will be ordered for new hires based on the new hire information. If employees need a new nameplate or replacement, contact the Facilities Response Center (FRC), then choose 'Service Request' under 'Top Attractions.' Turnaround time for nameplates is usually two weeks. Refer to the FRC Web site at:
*http://wwwin.cisco.com/wpr/responsecenter/*

# EXHIBIT A



**Addressing Mail**
When sending interoffice mail at Cisco, please clearly print the recipient's first and last name, building and floor on the interoffice envelope. If employees are unsure of the recipient's location, please check the on line Cisco Directory.

**Corporate Receiving**
Corporate Receiving provides non-production receiving for Cisco. This includes tangible goods ordered through Corporate Supply Management: Access Visa Cards, and direct order programs. Receiving also processes all inbound non-production FedEx, DHL, UPS, and truck freight for Cisco. No deliveries are accepted between 12:00 p.m. and 1:00 p.m.

**Inbound Package Tracking**
RIPIT is Distribution's package tracking system. Employees can track their packages using their name, the carrier's tracking number, or a valid Cisco purchase order number. Corporate Receiving makes two delivery runs each day: 10:30 a.m. and 2:00 p.m. Employees can access RIPIT at the following Web site: *http://wwwin.cisco.com/FinAdm/WR/cgi/pkg_stat/pkg_stat.html*

Provide the following information:
- Name on package
- Sender name
- Carrier tracking number
- Carrier proof of delivery, if available

# Safety/Security

**The Work Environment**
**Safety Philosophy**
The safety and health of Cisco employees continues to be the first consideration in operating this business. Safety and health in our business must be part of every operation. Without question, it is every employee's responsibility at all levels. The following are some guidelines for ensuring the personal safety of each Cisco employee.

**Loss Prevention Philosophy**
Cisco strives to maintain a safe and secure working environment for all employees. It also strives to keep secure and protect the confidentiality of proprietary information and materials. The guidelines in this section will provide employees with information, tips, and basic how to's regarding safety and security procedures at Cisco. We recommend that employees become familiar with them in order to respond appropriately if an unusual situation should occur in their department or general location.

**Reporting Safety Hazards**
A potential safety hazard is any situation that could result in an injury to any employee or visitor (for example, water on a floor, blocked fire exits, trip or fall hazards). Report any potentially dangerous or harmful situations to Facilities or the local Security Operations Center (SOC). All injuries or "near misses" sustained to any employee or visitor as a result of work should be reported immediately to a supervisor or manager, then to headquarters Security. For those injuries that require immediate medical assistance, contact the local SOC. Cisco is required by law to report all injuries to OSHA.

Hazards must be reported using the Incident/Hazard report form on the Web. Include the following information:
- Description of the hazard
- Location of the hazard (building, floor, office, or cubicle)
- Any other pertinent or appropriate information.
*http://wwwin.cisco.com/FinAdm/WR/cgi/IhrWebPage/ir_web_page.pl*


**NOTE:** Reporting a potential safety hazard is very important. Failure to correct hazards or investigate and correct injury situations can incur a large personal and/or company cost.

To contact the Security Operations Center (SOC) for your site, please refer to the following numbers:
- San Jose       phone: (408) 525-1111    e-mail: hq-security@cisco.com
- RTP            phone: (919) 472-2222    e-mail: rtp-security@cisco.com
- Chelmsford     phone: (978) 244-8788    e-mail: ch-security@cisco.com

## Injury/Illness Prevention

All employees and contingent workers must constantly be aware of conditions in all work areas that can produce injuries. No employee or contingent worker is required to work at a job s/he knows is not safe or healthful. Employees' cooperation in detecting hazards and, in turn controlling them, is a condition of employment. It is the responsibility of each manager to ensure a safe and healthful work environment for our contingent workforce. Additionally, it is the responsibility of the Cisco host to escort all visitors through the workplace and ensure they are kept safe.

The personal safety and health of each employee at Cisco is of primary importance. Prevention of occupational-induced injuries and illnesses will be given precedence over operating productivity, whenever necessary.

Cisco will maintain a safety and health program conforming to the best practices of organizations of this type. Such a program must embody proper attitudes toward injury and illness prevention on the part of managers and employees.

## Reporting Work-Related (Occupational) Injury/Illness
- All work-related injuries and illnesses must be reported immediately to the employee's manager and headquarters Security Operations
- In the event of a serious injury, contact the local SOC and provide the pertinent information regarding the situation. They will call 911
- Manager must file an incident report by calling the SOC or by accessing the form via the Web site at: *http://wwwin.cisco.com/FinAdm/WR/cgi/IhrWebPage/ir_web_page.pl*

## Reporting Work-Related Injuries Sustained by Non-Cisco Employees
- Managers who have non-Cisco employees working for them must notify the staffing agency and the SOC, immediately in the event of an injury or illness sustained by that employee
- If it's an emergency, immediately contact the local SOC. They will ensure prompt medical attention is provided.

## Safety Training
Cisco provides various safety training classes (i.e., ergonomics, CPR/first aid). These training courses are offered on a regular basis. Those choosing to attend training should send an e-mail to their local SOC and request enrollment.

## Ergonomics
In the continuous effort to maintain a proactive safety program and reduce the number of workers' compensation claims, Cisco has established a comprehensive ergonomics program. The program consists of training, awareness, and workstation modifications. The training is offered on a regular basis. Employees trained may receive a workstation evaluation. This class fills up fast so enroll as soon as the e-mail invitation is received. For registration information contact the local SOC.

## Hazard Communication
The Hazard Communication program was designed to ensure that employees understand the physical and health hazards associated with chemicals used on the job. These include everything from very hazardous chemicals to the not-so-hazardous chemicals such as correction fluid and copy machine

chemicals. Although Cisco generates hazardous waste, precautions and information on the chemicals used at Cisco must be made available to all employees.

Inform your manager immediately of any situation that may negatively impact your safety and the safety of Cisco employees beyond your ability or authority to correct.

### Material Safety Data Sheets

Material Safety Data Sheets (MSDS) were developed to ensure employees do have an understanding of the physical and health hazards associated with chemicals used. They contain information on the chemical and physical properties of hazardous substances, along with information on emergency and first aid procedures, toxicology and health, physical data, fire and explosion data, special protection and precautions. MSDS also informs employees of signs and symptoms of unhealthy exposure to watch out for (i.e., headaches, nausea, dizziness, rashes).

All chemicals used must be in the original container with the original vendor labels. The labels must include chemical constituents, hazard information, safety precautions, and proper specifications.

An MSDS is required on all chemicals used or present in a work area. MSDS must be accessible to all employees all the time. Copies of Cisco Systems Hazard Communication program are located throughout Cisco buildings in the break rooms as well as the safety department. Contact the Safety department for more information regarding these policies.

### Workplace Safety

The workplace can become an obstacle course and, potentially, a dangerous one. Everyone is susceptible to fall, bruise, cut, or worse. Here are some general safety guidelines:
• Always keep drawers closed
• Make sure sharp edges, points, and blades are guarded and stored properly
• Keep walking surfaces clear at all times, especially high-traffic areas
• Avoid allowing trash or debris to pile up
• Clean up spills immediately
• Keep cords away from high-traffic areas
• Make sure all exits are unobstructed (minimum 33 inch clearance)
• Make sure stacked materials do not obstruct sprinkler heads (minimum 18 inch clearance)
• Report any problems by calling the Facilities Response Center (FRC).

### Working Alone

If employees plan on working alone at night or during the weekend, please call the local SOC and provide them with your phone number, location, and estimated time you plan on leaving. This will assist them in knowing who is the building should an emergency occur.

### Parking Lot Escorts

For the safety and welfare of all personnel, security provides parking lot escorts. To request an escort to your vehicle, call the local SOC.

### Picture Badging, Card Access and Security
### Regular Cisco Employees

Each Cisco employee is issued a badge that includes a picture with programmed access. All regular employees, temporary employees and contractors must wear their badges at all times while on company property.

New employees must have the appropriate Human Resources approvals before their badges will be issued. New hires normally receive their badges during Monday orientation. The corporate headquarters badge room is located on the first floor of Building J and is open Monday through Friday, 7:30 a.m. to 4:00 p.m. Special arrangements for badging during off-hours can be made by contacting Security. Contact the local SOC for non-corporate headquarters badging locations.

Access programmed for the badge will vary for each group and employee, and can be restricted by times, doors, and buildings. Restricted areas include data centers, labs, and phone rooms. Exceptions to areas of restricted access requires an e-mail from the employee's manager and area owner.

Report lost badges immediately by calling the local SOC. Replacement badges can be obtained during regular badging hours and do not require management approval when they are duplications of old badges. However, management approval and restricted access approval is required when additional access is requested.

## Contractors and Temporary Employees
Contractors and temporary employees are issued badges and access cards that expire upon contract expiration/termination. They also require the appropriate Human Resources approvals (including background checks) before a badge will be issued.

Independent contractors and temporary employees receive "generic" programmed badges that work Monday through Friday from 7:00 a.m. to 7:00 p.m. These badges may not work in restricted interior doors until 24 hours after information is received by the badge clerk indicating that special access is approved. Temporary employees receive badges on the first day of the assignment. Independent contractors may receive badges as soon as background checks have been cleared.

## Visitors
All visitors to Cisco, including family members, should receive badges at the front desk of the building they are visiting. In addition, a visitor must be escorted by a Cisco employee at all times. If employees notice unbadged personnel or badged visitors without escorts, please report them to Security through the appropriate SOC. For your safety, use discretion when asking unbadged and unescorted personnel any questions.

## Badges at Termination
Upon termination of employment, the badge previously issued to a regular employee, independent contractor, or temporary employee, must be retrieved by the manager or by a Human Resources representative. If the badge is not retrieved, or if there is any doubt, the manager must send an e-mail to the local SOC so access can be removed from the system before the end of that business day.

## Security Systems
Our security system at Cisco includes photo badge card readers, door alarms, motion detectors, and video cameras that monitor Cisco facilities on a 24-hour basis. The guidelines for the utilization of the security system are setup for the protection and convenience of all employees. To gain access into all Cisco buildings and into many restricted areas, employees must use their photo badge to activate the card reader.

## Protection of Property at Cisco
To minimize occurrences of loss or theft of property, office equipment, desk drawers, and cabinets should remain secure when not in use. Do not leave laptop/notebook computers unsecured and unattended for extended periods of time (e.g., overnight, over a long weekend, while on vacation, during lunch, or in a meeting at another building).

Cisco is not responsible for the loss or theft of personal property. It is recommended that employees not leave personal items of intrinsic and monetary value at work. Report personal property losses to local law enforcement, the personal insurance carrier and the SOC.

## Computer Equipment Lock Downs
Cisco secures computer equipment to the desktop via cables and padlocks. All computer equipment (zip-drives, laptops, desktop work stations) must be secured and locked.

To order PC/Notebook computer locks, refer to the Desktop Services Catalog on the Web at: *http://wwwin.cisco.com/CustAdv/InfoSys/TRC/catalog/trk.html*

To request that computer equipment be secured or locked down, contact the local SOC. Include the make and model of the equipment and location.

Not only does it cost the company money to replace the item in the event of a loss or theft, but it impacts employees in the following ways:
- Loss of productivity during the time one takes to look for the equipment and until the equipment is replaced
- Loss of valuable information contained on the computer and the time it may take to replace that information
- Low morale when one has become a victim.

### Reporting Lost/Stolen Property
All lost or stolen property, whether company or employee owned, must be reported to Security by contacting the local SOC. Include the following information:
- Description of the item lost or stolen (make, model, color, serial number, and so forth)
- Dollar value of the item, based on the original cost, no matter the age of the item
- Location of the loss (building, floor, office, or cubicle)
- Timeframe of the loss (date and time item last seen)
- Any additional pertinent or appropriate information.

Employees should also gather the following information to assist in any pursuant investigation:
- Copies of purchase orders and invoices
- Any appropriate documentation (receiving, repair, or transfer)
- Any other documentation that will help prove the value and ownership of the item.

NOTE: Personally owned lost or stolen property must be reported to the employee's personal insurance representative. It is NOT covered under the company's insurance policy. It is not prudent to bring personally owned, high-dollar-value items onto company property, and it is not the responsibility of the company to protect them. Cisco offers computer equipment cable lock-downs at no cost to the department. To request this service, access the "Service Request" on the Workplace Resources page at: *http://wwwin.cisco.com/FinAdm/WR/cgi/SvcReq/SvcReq.cgi*

Investigations, if necessary, will be conducted as indicated in the "Reporting Safety Hazards" portion of this section. We all are responsible for notifying Security of lost or stolen company-owned fixed asset(s) so that the item can be removed from the accounting books.

# EMERGENCIES

### Emergency Situations
The first person to discover the emergency should contact their local Security Operations Center (SOC). Take stock of the situation and calmly relay the following information:
- Give your name and the phone number you are calling from
- Describe the nature of the emergency
- Give the exact location of the emergency
- Be the last person to hang up the telephone and ensure the above information has been relayed.

### First Aid Kits
Every break room is equipped with a first aid kit. Supplies such as bandages and generic, over-the-counter medications are available for employees' discretion and use.

### Reporting Medical Emergencies

All life-threatening emergencies should be reported to the SOC. The local SOC dispatcher will ask specific questions. Never hang up on this dispatcher; the dispatcher will disconnect when finished.

When calling the SOC, be sure to give the correct address of the building that the victim is in, even if the dispatcher fails to ask for it. All phones at Cisco go through a switching system; the address on the emergency dispatcher's screen may read 170 W. Tasman, when in fact you may not be in that building.

To facilitate guiding the paramedics to the victim, send someone to the front of the building. If that is not possible, tell the Cisco security representative exactly where the victim is in the building.

NOTE: Cubicles and hallways can get confusing, so save precious seconds by having someone stationed both near the street and near the exterior door closest to the victim.

If employees are injured offsite while on business seek first aid or other emergency treatment as required. If assistance is needed in obtaining first aid or emergency treatment, call the S.O.S. service. This is a 24 hour emergency center for employees. S.O.S. can be reached at, 1-800-206-5647 in the U.S., or 1-408-525-1111 collect, globally. If employees are unsure whether to call the SOC, CALL ANYWAY.

## Building Evacuations

Evacuation procedures are implemented whenever the fire alarms have been activated. Each building is equipped with evacuation maps and fire extinguishers. All employees should be familiar with the locations of the nearest fire exit in the event of a building evacuation.

The following represents some scenarios wherein potential hazards to occupants or personnel may require building evacuation procedures:
• Fire
• Spill or release
• Any incident which may adversely affect the safety and health of Cisco employees.

## Evacuation Procedure

Employees should proceed in a calm, orderly fashion, via the nearest and safest exit; proceed immediately to a safe area.
• Evacuation Maps are posted throughout the work areas
• Follow the direction of the Emergency Response Team (ERT), security officers or fire department
• Employees should wait until an ALL CLEAR has been given by the incident commander or the fire department before returning to work.

## Earthquake

In the event of an earthquake, the following procedures should be followed:
• Take cover under a sturdy object and hold on to it at the onset of an earthquake
• If you are not near a sturdy object, duck and protect your head and arms
• Avoid windows, filing cabinets, bookcases and heavy objects that could shatter and fall
• Watch out for falling plaster, ceiling tiles, and light fixtures
• Stay under cover until the shaking stops; then evacuate building and follow directions of emergency personnel, security officers, or the fire department.

## Bomb Threats

It is Cisco's policy to consider bomb threats valid and taken seriously, unless proven otherwise. Safety of employees and facilities will take precedence over regular activities.

This section describes the action employees should take if they receive a bomb threat. Also included are procedures and activities the Safety and Loss Prevention Department, in conjunction with the Emergency Response Team, will take to deter interruptions to Cisco personnel and facilities.



Bomb threats, as the name implies, are usually not carried out. However, the potential for loss of life, serious injury, or major property damage requires that each threat be investigated and receive immediate attention.

Bomb threats are usually received by the receptionists or the SOC. Regardless of how the initial call is received, these procedures must be followed in every case:
• Be calm.
• On the display-type telephone, note the exact time and the number from where the call is coming
• Write down as accurately as possible the statements made
• Listen to the voice to determine the sex, age, accents, lisps, or other characteristics
• Listen for background noises
• Attempt to question the caller
• Immediately notify the local SOC
• If possible, try to gain the attention of a second person and have them call the SOC for immediate help.

The on-duty security officer will make the following notifications:
• Fire and police departments
• The Emergency Response Team (ERT) and other key Cisco emergency responders
• The Safety and Loss Prevention managers.

### Bomb Threat Evacuation Procedures
▪ Appropriate emergency response personnel and equipment will be called to the area by the SOC and/or the incident commander
▪ Employees and visitors will be directed to safe locations away from the facility via Cisco's Evacuation Procedure
▪ Personnel will not be allowed to leave the campus or their duties unless authorized by the incident commander or designee
▪ All non search personnel will remain clear of the facility until it is designated as safe for reentry by the incident commander or designee.

### Suspicious Items
All employees should be familiar with what may be an explosive device. In particular, receptionists, mail clerks, delivery, and shipping personnel should become familiar with the characteristics of a suspicious item. **At no time should a suspicious item be touched or moved.**

Items with the following characteristics may be considered suspicious if they are found in unexpected locations or are unknown and unrecognized by the occupants of the surrounding area:
• Foreign mail, air mail, and special delivery
• Restrictive markings such as confidential, personal, etc.
• Excessive postage
• Handwritten or poorly typed address
• Incorrect titles
• Titles but no names
• Misspellings of common words
• Oily stains or discoloration
• No return address
• Excessive weight
• Rigid envelope
• Lopsided or uneven envelope
• Protruding wires or tin foil
• Excessive securing material such as masking tape or string
• Visual distractions.

## Finance & Administration

Corporate Supply Management at Cisco encompasses a wide range of services. This group is divided into two major service groups, Accounts Payable and Corporate Purchasing. For more information, refer to the Web site at:
*http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/*

## Accounts Payable
Accounts Payable is responsible for the timely and accurate payment and reporting of liabilities and expenses. This group provides invoice payment, account reconciliation, 1099 filings, sales tax accruals, vendor master maintenance, and disbursement of company funds. For more information, refer to the Web site at:
*http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/accpay.html*

## Corporate Purchasing
Corporate Purchasing provides a wide range of services in the acquisition of goods and services for internal use at Cisco, such as Consultant Agreements, Development Agreements, Lease Agreements, Long-Term Volume Purchase Agreements, and Software Licenses for Non-OEM Products. This service includes request for proposal process, selection coordination, final contract development, negotiations and execution. Corporate Purchasing provides placement of purchase orders and direct order programs and administers the Small Business Program and the Acce$$ VISA Program (a procurement credit card). For more information, refer to the Web site at:
*http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/corp.html*

## Travel, Meetings, METRO, and Events (TMME)
TMME provides a range of services relative to business travel, expense reimbursement and the planning of Cisco's meetings and events.

All employees need to read Cisco's travel and expense policies. Information on services including travel policies, employee travel profiles, travel resources (maps, currency converters, airline links) the American Express corporate card application, expense policies, reimbursement guidelines, meeting planning, conference centers/scheduling and event/function forms can be found at:
*http://wwwin.cisco.com/FinAdm/Travel/*

## Payroll
The Payroll Department issues employee paychecks every other Friday and also records Paid Time Off (PTO) requests, time sheets, direct deposits, federal and state employee withholding forms, relocation final payment qualification forms, as well as issuing W-2 forms at the end of each calendar year. Payroll Department tracks and reports PTO accrual. To contact the Payroll resource line, dial (408) 526-6500. For more information, refer to the Web site at:
*http://wwwin.cisco.com/FinAdm/Payroll/*

## Stock Administration
Cisco offers ownership participation to its employees through the Employee Stock Option Plan and the Employee Stock Purchase Plan (ESPP). These plans are designed to give employees the opportunity to participate in the growth and investment potential of the company. The Stock Administration Department is charged with administering these programs on behalf of the company. Employees needing to exercise their option(s), sign up for the ESPP, or just needing some answers to questions will work with the Stock Administration team. For more information, refer to the Web site at:
*http://wwwin.cisco.com/FinAdm/StockAdmin/*

# COMPUTING SERVICES & TECHNOLOGY

**OVERVIEW**
> Information Technologies (IT)
> Finding Support (Web-Based Information and Support)
> Voice Support

**TECHNOLOGY TOOLS AT CISCO**
Accounts
> Internal Web Accounts
> Windows Domain Accounts
> Meeting Maker Accounts
> Remote Access/Telecommuting
> E-Mail Accounts
> Miscellaneous Accounts
> Mailing Lists and Newsgroups
> Finding People
> Desktop Systems
> Software



## Overview
Cisco's Information Technology departments provide dynamic world-class support to the Cisco employee community around the world. The Internal Technical Support Web site provides an easy-to-use gateway to obtaining support information or contacting a trained support representative. Most groups provide both text and voice support. If an issue is not immediately resolvable, the case is then escalated to the proper system administrator or downstream support organization.

### IT Departments
Information Technology is segmented into several specialized support groups, each focusing on a different area of Cisco's technology infrastructure. Some of these groups include:

IT Operations – focused on client-focused maintenance of Cisco's diverse technologies, including Desktop Services, Data Integrity (backups), and Data Centers.

IT Voice Services – providing support on client telephony-based communications, including voice mail and audio conferencing.
Engineering Computer Services –focused on the strategic planning, support, and development of the diverse engineering computing environment, providing individualized support to the Lines of Business.

IT LAN – delivering world-class network service and support to Cisco's sites around the world.

Global Technical Response Center – Cisco's dynamic support center, providing a single client gateway to Cisco's diverse menu of support services. The GTRC has offices on three continents to ensure quality, follow-the-sun support to Cisco's employees worldwide.

### Finding Support (Web-Based Information and Support)
At Cisco, we are always striving to improve our ability to find and retrieve important information on-line, and in that spirit, we have developed the Internal Technical Support Web site at *http://wwwin.cisco.com/support* Here you can find support guides, answers to frequently asked questions, and can open trouble tickets for any of Cisco's Information Technology Support groups. This site is constantly being updated with new information as the Cisco technology environment changes.

### Voice Support
If you are unable to find relevant information on line, you have the option of contacting Cisco's Internal Response Center. This single phone menu can put you in touch with any of Cisco's frontline support groups, including the Global Technical Response Center, the Voice Services Help Desk, the Global Sales Tools Help Desk, and DSL Services from Rhythms NetConnections.

To reach the Cisco Internal Response Center, simply dial extension 68888 from any internal telephone. From an outside phone, dial 408.526.8888. You can also reach the Internal Response Center toll free by dialing 800.800.1180, and then dialing extension 68888.

## Technology Tools at Cisco
New employees at Cisco receive three types of accounts automatically at the time of hire. These are an email account, a Windows account for login to your Windows domain, and an internal web account. Engineers at Cisco will also receive a NIS+ account for uniform access to non-lab UNIX workstations. Other optional accounts can include a SoftToken account for remote dial-up access, a Meeting Maker account, an ERP account, or engineering lab accounts.

Most of these optional accounts are requested through the OnRamp Account Request System at *http://onramp.cisco.com* New employees will receive their default account information from their manager and should be changed immediately. Information on secure password use can be found at the Password Reset Web Page at *http://pwreset.cisco.com/cgi-bin/pwreset.cgi* Standard PC software clients can be easily downloaded from SoftTracker at *http://wwwin-download.cisco.com*



## Internal Web Accounts
An internal web account is needed to gain access to restricted areas on Cisco's internal web servers, and to submit web forms that require authentication of the username. In these cases, employees are presented with a login dialog box in which they must type a username and web account password. This password can be changed at the Password Reset Web Page *http://pwreset.cisco.com/cgi-bin/pwreset.cgi*

## Windows Domain Accounts
The Windows domain account provides PC users access to shared file and print services from Windows workstations throughout the company. This is an automatic account created at time of hire. Information on changing your Windows domain password can be found at the Password Reset Web Page. Accesses to specific sharepoints are dependent upon department. Requests for sharepoint access can be submitted through the Internal Technical Support web page at *http://wwwin.cisco.com/support*

## Meeting Maker Accounts
Meeting Maker XP is a group scheduling tool that lets employees maintain the privacy of their personal calendar, keep a prioritized to-do list, and arrange meetings with other Cisco employees. Meeting Maker accounts are required to use the software and can be requested through the OnRamp Account Request System. The Windows client is downloadable from SoftTracker. Engineers can launch the UNIX client by invoking /usr/local/bin/mmxp from the UNIX command prompt. A Meeting Maker tutorial, user guide, and FAQ can be found in the Meetings / Briefings section of the ITS library on the Internal Technical Support web page.

## Remote Access/Telecommuting
Many employees will need access to Cisco's internal network from home or while traveling. Remote Access at Cisco can take many forms. Most employees requiring remote access will receive a modem dial-up account. Depending on the department's business requirements, employees will access the dial-up account with the SoftToken Windows security client or with a DES SafeWord card. Requests for a dial-up account can be made through the OnRamp Account Request System.

Employees who telecommute or require high-speed access to Cisco's internal network have several options depending on geographic location. DSL is provided where available to employees around the world. If unavailable, ISDN or frame relay services are provided. All high-speed home access is subject to manager approval. Please see the High Speed Home Access Services page at *http://eman.cisco.com/dashboards/virtual_teams/access_services/region_selection.html*

## E-Mail Accounts
Email accounts are set up at the time of an employee's hire. Several email clients are supported at Cisco, including Eudora Pro for Windows and pine for UNIX. Please refer to the Messaging section of the ITS Library on the Internal Technical Support web page. Eudora Pro is available from SoftTracker.

## Miscellaneous Accounts
Many other accounts are available depending on job requirements. These include an Enterprise Resource Planning (ERP) account, a METRO account, a BUDDI account, or an Engineering lab account. New employees should consult their manager or mentor about which accounts are needed to perform successfully. Most accounts are available for request through OnRamp, but many Engineering lab accounts must be requested through the local lab administrator. Accounts for Cisco Connection Online (CCO) are requested at *http://www.cisco.com*

## Mailing Lists and Newsgroups
Mailing lists and newsgroups are an essential part of communicating at Cisco. Mailing lists provide a way to send an email to multiple employees without having to address each one individually. New employees should refer to their manager or mentor about which lists or newsgroups to subscribe. Subscriptions to and management of mailing lists are done through Mailer at *http://www-mailer.cisco.com*

Newsgroups are text-based discussion groups covering a wide range of topics. Cisco receives a large feed of these groups from around the world and maintains an internal hierarchy for Cisco-specific information. Many mailing lists are also archived as newsgroups. Cisco employees can post to both internal and external newsgroups. Never post Cisco confidential material to an external newsgroup. Care should also be taken to make sure any information sent is going to the appropriate internal group.

Unsolicited (SPAM) email is an unfortunate part of being a part of an Internet community. Information on methods of blocking unsolicited mail can be found at the Spam Fighters home page at *http://wwwin.cisco.com/CustAdv/InfoSys/spam/*

Cisco employees should help maintain Cisco's reputation as a good Internet neighbor by not sending unsolicited email. Always get permission from contacts before adding them to a mailing list, and promptly remove people if requested. Information on appropriate use of email can be found in the Messaging section of the ITS Library on the Internal Technical Support home page.

### Finding People
The Cisco Directory at *http://directory.cisco.com* provides an easy way of finding Cisco employees around the world. Searches criteria can include name, email ID, nickname, or phone number. The Cisco Directory provides information on what to do in the event of a legal name change and also allows employees to manage their employee information profile.

### Desktop Systems
Most new employees will have a system available for them on their start date, but new systems may need to be ordered based on job requirements. All system procurement is done through the Ariba Product Catalog. The catalog is available at *http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/Ariba/*
New employees should consult their manager or mentor on which part of the catalog to use.

### Software
Standard PC software is available from the SoftTracker web page at *http://wwwin-download.cisco.com* Many special-licensed applications are also available from SoftTracker. Special-licensed software is charged to the department and should only be purchased with manager approval.

Engineers with UNIX workstations will find most standard UNIX clients in /usr/local/bin. There are many other development applications specific to an engineering department's development environment. Engineers should check with their manager or mentor about any special applications in their environment.

CISCO CONFIDENTIAL

# WEB SITE RESOURCES

**3 Month Performance Review Process**
*http://wwwin.cisco.com/HR/review/*
**401k Investment Program**
*http://wwwin.cisco.com/HR/benefits/about/401k/401k01fs.htm*
**AccessVisa**
*http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/accessvisa/index.html*
**Accidental Death and Dismemberment Insurance**
*http://wwwin.cisco.com/HR/benefits/about/life/add01fs.htm*
**Accounts Payable**
*http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/accpay.html*
**Address Change**
*http://wwwin.cisco.com/HR/records/address.html*
**Advertising, Events and Job Fairs**
*http://www.cisco.com/jobs/us/events/index.shtml*
**AEA Credit Union**
*http://www.aeacu.com*
**Alternative Commute Solutions**
*http://wwwin.cisco.com/FinAdm/WR/WCO/SiteServ/AltTransp/*
**American Express Card Application**
*https://wwwin.cisco.com/FinAdm/Travel/amex/html/*
**Ariba – On Line Requisition System**
*http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/Ariba*
**Baby Gift Program**
*http://wwwin.cisco.com/HR/benefits/gifts/*
**Benefits Home Page**
*http://wwwin.cisco.com/HR/benefits/*
**Birthday Breakfast with John Chambers**
*http://wwwin.cisco.com/HR/events/*
**Business Travel Accident Insurance**
*http://wwwin.cisco.com/HR/benefits/about/life/bta01fs.htm*
**Cafes**
*http://wwwin.cisco.com/employee/*
**CAP Awards (Cisco Achievement Program)**
*http://wwwin.cisco.com/HR/compensation/CAP.html*
**Car Wash**
*http://wwwin-rtp.cisco.com/wrSiteServ/carwash/*
**Catering Requests**
*http://wwwin.cisco.com/employee/*
**CEC – Cisco Employee Connection (Cisco's internal Web site)**
*http://wwwin.cisco.com/*
**Cell Phone Ordering**
*http://www-emp.cisco.com/ISSERVICES/CELL/*
**Cellular One's Corporate Connection**
*http://www.c1sales.com/cisco/*
**CCO – Cisco Connection Online (Cisco's external Web site)**
*http://www.cisco.com/*
**Chelmsford Site Information**
*http://wwwin-rtp.cisco.com/wrChelms/*
**Cisco Directory**
*http://directory.cisco.com/*
**Cisco Friends Program**
*http://wwwin.cisco.com/HR/new/friends.html*

**Cisco Holiday Calendar**
*http://wwwin.cisco.com/HR/root/holidays.html*
**Cisco Market Place**
*http://www.cisco.com/gift*
**Cisco Networking Academy**
*http://www.cisco.com/edu/academies/*
**Cisco Product Purchase Program**
*http://www-is.cisco.com/CustAdv/CustSrv/ORGANIZATIONS/Operations/*
**Cisco Volunteer Program**
*http://wwwin.cisco.com/HR/community/volunteer_now.html*
**Compensation**
*http://wwwin.cisco.com/HR/compensation/*
**Competitive Information**
*http://wwwin.cisco.com/Mkt/cc/web/cmc/ccchome.htm*
**Consultant/Vendor Services Process**
*http://wwwin.cisco.com/FinAdm/Finance/Corp Supply/ConsultantProcess/process.htm*
**Consultation Services – About Your Benefits**
*http://wwwin.cisco.com/HR/benefits/index.html*
**Contingent Workforce**
*http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/ConsultantProcess/consultant.htm*
**Corporate Contributions Grant Program**
*http://wwwin.cisco.com/HR/community*
**Corporate Forms, Memos and Templates**
*http://wwwin.cisco.com/tools/*
**Corporate Identity**
*http://wwwin.cisco.com/Mkt/corpid/*
**Corporate Overview**
*http://www.cisco.com/warp/public/750/index.html*
**Corporate Purchasing**
*http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/corp.html*
**Corporate Supply Management**
*http://wwwin.cisco.com/FinAdm/Finance/CorpSupply/*
**Dental**
*http://wwwin.cisco.com/HR/benefits/about/dental/dc01fs.htm*
**Direct Deposit Form**
*http://wwwin.cisco.com/FinAdm/Payroll/autodep.pdf*
**Discount Tickets**
*http://wwwin.cisco.com/HR/events/*
**Document Publishing Center**
*http://wwwin-rtp.cisco.com/wrDPC/Published/*
**ECS (Engineering Computer Services)**
*http://wwwin-eng.cisco.com/Eng/ECS/ECS_home_page.html*
**E-mail Etiquette**
*http://wwwin/CustAdv/InfoSys/TRC/newhire/newhire-email.html*
**E-mail Lists, Mailing Lists, and Aliases**
*http://www-mailer.cisco.com/mailer-help.html*
**East Coast Site Info**
*http://wwwin-rtp.cisco.com/wrRtp/index.htm*
**Employee Assistance Program**
*http://wwwin.cisco.com/HR/benefits/about/eap/eap01fs.htm*
**Employee Equipment Donation Program**
*http://wwwin.cisco.com/CustAdv/CustSrv/ORGANIZATIONS/Operations/routerover.html*
**Employee & Leadership Development Enrollment**
*http://wwwin.cisco.com/webtraining/*
**Employee Life Insurance**
*http://wwwin.cisco.com/HR/benefits/about/life/eli01fs.htm*

**Employee Personnel Records**
*http://wwwin.cisco.com/HR/general/operations.htm*
**Employee Referral Program—Cisco Lotto**
*http://wwwin.cisco.com/HR/employment/amazing/*
**Employee Special Events**
*http://wwwin.cisco.com/HR/events/*
**Employee Stock Purchase Program**
*http://wwwin.cisco.com/FinAdm/StockAdmin/espp.htm*
**Employment**
*http://wwwin.cisco.com/HR/employment/*
**Employment Anniversaries**
*http://wwwin.cisco.com/HR/events/index.html*
**Employment Verifications**
*http://wwwin.cisco.com/HR/general/emp_verify.html*
**Engineering Education**
*http://wwwin-eng.cisco.com/Eng/CntlSvcs/InfoFrwk/GblEngWWW/Public/EngWeb/eng-training.html*
**Engineering Library**
*http://wwwin-eng.cisco.com/Eng/Ed/EngOnly/VideoLibrary.html*
**Enroll in FlexOptions**
*http://wwwin.cisco.com/HR/benefits/lifework/newhire.htm*
**ERP (Oracle) Accounts**
*http://wwwin.cisco.com/CustAdv/InfoSys/Ops/access/bverpaccess.html*
**Eudora Pro**
*http://wwwin.cisco.com/at/client/eudora/eudora_manual_4.htm*
**Executive Management Team**
*http://www.cisco.com/warp/public/750/execteam.html*
**Family Care Leave**
*http://wwwin.cisco.com/HR/benefits/about/loa/loa01fs.htm*
**Filing a Health Care Claim**
*http://wwwin.cisco.com/HR/benefits/about/medical/ap01fs.htm*
**Filing a Vision Claim**
*http://wwwin.cisco.com/HR/benefits/about/vision/vsprt.htm#OBTAININGBENEFITS*
**Fiscal Calendar**
*http://wwwin.cisco.com/FinAdm/Payroll/98cal.pdf*
**Focal Review Form**
*http://wwwin.cisco.com/HR/review/*
**Health Insurance Providers**
*http://wwwin.cisco.com/HR/benefits/index.html*
**How to Apply for Jobs at Cisco**
*http://www.cisco.com/jobs/about.shtml*
**High Speed Home Access Service**
*http://eman.cisco.com/dashboards/virtual_teams/access_services/region_selection.html*
**Immigration**
*http://wwwin.cisco.com/HR/employment/Immigration/index.shtml*
**Inbound Package Tracking**
*http://wwwin.cisco.com/FinAdm/WR/cgi/pkg_stat/pkg_stat.html*
**Index of People**
*http://wwwin-eng.cisco.com/Eng/CntlSvcs/InfoFrwk/GblEngWWW/Public/EngWeb/people.html*
**Injured on the Job**
*http://wwwin.cisco.com/FinAdm/WR/cgi/IhrWebPage/ir_web_page.pl*
**ISDN and Frame Relay**
*http://www-emp.cisco.com/ISSERVICES/ISDN/*
**ISO 9001**
*http://www-mfg/quality/iso/iso.html*
**IS Training Registration System (TRS)**
*http://wwwin.cisco.com/webtraining/*

**Job Posting**
*http://www.cisco.com/jobs/about.shtml*
**Leadership Success Factors**
*http://wwwin.cisco.com/HR/review/pdf/manage_success.pdf*
**Legal Services**
*http://wwwin.cisco.com/HR/benefits/about/wlp/lawphone.htm*
**Leave of Absence (LOA)**
*http://wwwin.cisco.com/HR/benefits/about/loa/loa01fs.htm*
**Long Term Disability**
*http://wwwin.cisco.com/HR/benefits/about/disablty/ltd01fs.htm*
**Mailer**
*http://www-mailer.cisco.com/mailer.html*
**Making Changes to Your Benefits**
*http://wwwin.cisco.com/HR/benefits/lifework/lifwrkrt.htm*
**Matching Gift Program**
*http://www.cisco.com/warp/public/750/fdn_mg.html*
**Meeting Maker Multimedia Tutorial**
*http://wwwin.cisco.com/TRC/training/tutorial-welcome.html*
**Meeting Maker On-line Guide**
*http://wwwin.cisco.com/TRC/newhire/*
**Mentor Program**
*http://wwwin.cisco.com/HR/mentor*
**Metro Travel Expenses**
*http://wwwin-old.cisco.com/FinAdm/Metro/*
**Move Requests**
*http://wwwin.cisco.com/FinAdm/WR/cgi/newmove/index.cgi*
**Name Plates**
*http://wwwin.cisco.com/FinAdm/WR*
**News Groups (USENET) News**
*http://wwwin-eng.cisco.com/Eng/ECS/news.html*
**Non-Profit Discount Purchase Program**
*http://wwwin.cisco.com/HR/community/*
**Non-Exempt Time Card**
*http://wwwin.cisco.com/FinAdm/Payroll/timesheet.pdf*
**NT Network Servers**
ECS Clients: *http://wwwin-eng.cisco.com/Eng/ECS/PC/NT_Accounts.html*
IS Clients: *http://wwwin.cisco.com/TRC/network/ntinstruct.html*
**NT Server Accounts**
*http://wwwin.cisco.com/support/*
sysadmin@cisco.com
**OnRamp**
*http://onramp.cisco.com*
**Onsite Dental Care**
*http://www.onsite-dental.com/*
**Patent Information**
*http://wwwin-eng.cisco.com/protected-cgi-bin/cpol/patent.cgi*
**Password Resets**
*http://pwreset.cisco.com/cgi-bin/pwreset.cgi*
**Payroll**
*http://wwwin.cisco.com/FinAdm/Payroll/*
**Payroll Contacts**
*http://wwwin.cisco.com/FinAdm/Payroll/contacts.html*
**Performance Review**
*http://wwwin.cisco.com/HR/review/*
**Personal e-mail accounts for you or your family**
*http://www.employees.org/*

*CISCO CONFIDENTIAL*

**Personal Package Shipping Program**
*http://wwwin-rtp.cisco.com/wrSJDist/personal%20package%20program.html*
**Product Line Overview**
*http://www.cisco.com/warp/public/752/prodover.html*
**Records Management Procedures**
*http://wwwin.cisco.com/FinAdm/Tax/taxinfo.html#records*
**Relocation**
*http://wwwin.cisco.com/HR/employment/domrelo.html*
**Remote Access/Telecommuting**
*http://wwwin.cisco.com/TRC/admin/account-program.html*
**RTP Site Operations**
*http://wwwin-rtp.cisco.com/wrRtp/index.htm*
**Sales Training Roadmap**
*http://wwwin.cisco.com/Mkt/Training/sales_training.html*
**Short Term Disability**
*http://wwwin.cisco.com/HR/benefits/about/disablty/std01fs.htm*
**SoftTracker**
*http://wwwin-download.cisco.com*
**Spam Fighters**
*http://wwwin.cisco.com/CustAdv/InfoSys/spam/*
**Special Interest Groups**
*http://wwwin.cisco.com/HR/employment/diversity.html*
**Special License Software**
ECS Clients: *http://wwwin.cisco.com/TRC/policy/speciallicense.html*
IS Clients: *http://wwwin.cisco.com/TRC/policy/speciallicense.html*
**Standard Computer Systems**
ECS Clients: *http://wwwin-eng.cisco.com/Eng/ECS/Procurement/stdconfig.html*
IS Clients: *http://wwwin.cisco.com/TRC/*
**Standard Software**
   ECS Clients: *http://wwwin-eng.cisco.com/Eng/ECS/ECS_home_page.html*
          UNIX— *http://wwwin-eng.cisco.com/Eng/ECS/UNIX/unix.html*
          Windows— *http://wwwin-eng.cisco.com/Eng/ECS/PC/PC.html*
          NCD X-terminal — *http://wwwin-eng.cisco.com/Eng/ECS/UNIX/ncd_config.html*
   IS Clients: *http://wwwin.cisco.com/TRC/policy/suppsoftware.html*
**Stanford Instructional Television Network (SITN)**
*http://wwwin.cisco.com/HR/EC/newhire/sitn.html*
**Stock Administration**
*http://wwwin.cisco.com/FinAdm/StockAdmin/*
**Stock Grant Dates & Prices**
*http://wwwin.cisco.com/FinAdm/StockAdmin/graphs.htm*
**Stock Option Basics**
*http://wwwin.cisco.com/FinAdm/StockAdmin/*
**Team Sports Leagues**
*http://wwwin.cisco.com/HR/events/sports.html*
**Technical Response Center (TRC)**
*http://wwwin.cisco.com/CustAdv/InfoSys/TRC/*
**Telecom Main Page**
*http://www-emp.cisco.com/ISSERVICES*
**Telecommuting**
*http://wwwin.cisco.com/HR/employee/commuters.html*
**Telephone & Work Location Information**
*http://directory.cisco.com/*
**TimeOut Workout Facilities**
Chelmsford: *http://wwwin-rtp.cisco.com/wrChelms/fitness/index.htm*
RTP: *http://wwwin-rtp.cisco.com/wrChelms/fitness/index.htm*
San Jose: *http://wwwin-rtp.cisco.com/wrSJFitness/*

*http://wwwin.cisco.com/FinAdm/WR/WCO/SiteServ/Fitness*
**Training: Cisco Product Training, Self Paced Training**
*http://wwwin.cisco.com/Mkt/Training/leader_led.html*
**Travel Center**
 *http://wwwin.cisco.com/FinAdm/Travel/index.html*
**Travel, Meetings, METRO, & Events (TMME)**
*http://wwwin.cisco.com/FinAdm/Travel/*
**TRC -- Technical Response Center**
*http://wwwin.cisco.com/CustAdv/InfoSys/TRC/*
**Tuition Reimbursement Program**
*http://wwwin.cisco.com/HR/benefits/about/tr/tr01fs.htm*
**University Recruiting**
*http://wwwin.cisco.com/HR/employment/College/*
**UNIX Platform**
*http://wwwin-eng.cisco.com/Eng/ECS/email.html*
**Updating Personal Information**
*http://wwwin.cisco.com/HR/records/address.html*
**Urban Legends**
*http://www.urbanlegends.com*
**Vehicle Purchase Programs**
BMW: *http://wwwin.cisco.com/HR/new/bmw.html*
Nissan: *http://wwwin.cisco.com/HR/new/nissan.html*
**Vendor/Consultant Services Process**
*http://wwwin.cisco.com/FinAdm/Finance/Corp Supply/ConsultantProcess/process.htm*
**Verification of Employment, Written**
*http://wwwin.cisco.com/HR/general/emp_verify.html*
**Vision**
*http://wwwin.cisco.com/HR/benefits/about/vision/vsp01fs.htm*
**W2 Information**
*http://wwwin.cisco.com/FinAdm/Payroll/*
**Washington Mutual Mortgage Discount Program**
*http://wwwin.cisco.com/HR/wamu*
**Web Accounts**
*http://wwwin-eng.cisco.com/Eng/CntlSvcs/InfoFrwk/GblEngWWW/Public/EngWeb/Web-Account.html*
**West Coast Site Information**
*http://wwwin-rtp.cisco.com/wrGeneral/SJ-BAY-CORP/index.htm*
**Workers' Compensation Coverage**
*http://wwwin.cisco.com/HR/benefits/about/wc/wc01fs.htm*
**Workplace Resources**
*http://wwwin.cisco.com/FinAdm/WR/*
**World Wide Product and Technology Training**
*http://wwwin.cisco.com/Mkt/Training/intro.htm*
**World Wide Safety and Security**
*http://wwwin-rtp.cisco.com/wrLossPrev/index.html*

# Terms Used at Cisco

**3 Month Review Form—** Employee initiated self-evaluation job performance form. Located on the CEC under the New Hires dashboard. See section 5 for more information.

**CEC—** Cisco Employee Connection (Cisco's internal Web site). An employee's window into Cisco news and information, organizational structure, line of business information, electronic tools and forms, technical help, training, employee services and much more. CEC is located at: *http://wwwin.cisco.com/*

**CCO—** Cisco Connection Online (Cisco's external Web site.) Enables customers access to Cisco news, product order status, product information, price lists, the Cisco Marketplace and much more. CCO is located at: *http://www.cisco.com/*

**Cell Phone Ordering—** Availability is based on business/job need, and requires manager's approval. Refer to the cellular Web site at: *http://ews-sj.cisco.com/ISSERVICES/CELL/cellular_q.html*

**Cisco NT Network Account—** Managers will receive an e-mail confirming the NT account and will provide employees with the information. Directions are included in the e-mail. If your manager doesn't receive this e-mail, contact the TRC at (408) 526-8888.

**Cisco Directory –** On line employee directory, *http://directory.cisco.com/*

**E-mail Alias—** An e-mail address where distribution is pre-defined. Typically used for large distributions, and/or frequent distributions to the same group. See Section 7 for more information.

**EAP—** Employee Assistance Program. Resource providing confidential, personal assessment and referral services for employees and the employees families, personal issues and difficulties. See Section 4 for more information.

**Employee & Leadership Development—** Learn more about the training and skill building opportunities available to employees. See Section 5 for more information.

**Eudora—** The Cisco standard e-mail application for PC clients. See Section 7 for more information.

**Flex Option—** Cisco's employee benefits, such as medical, dental, vision, etc. See Section 4 for more information.

**Flex Spending—** One of the many components of Cisco's Flex Option program in which employees may set aside pre-tax earnings for employee-paid medical costs/child care services. See Section 4 for more information.

**Focals—** A shortened term for Focal Reviews, Cisco's annual performance reviews. See Section 5 for more information.

**Manager Dashboard—** Located on the CEC. Contains key tools, resources, and answers to frequently asked questions for Cisco managers.

**Meeting Maker—** Cisco standard online meeting scheduler. Available to employees using a PC. See Section 7 for more information.

**New Hires Dashboard—** Located on the CEC. Contains key information, resources, and answers to frequently asked questions for Cisco new hires

**PTO—** Paid Time Off. See Section 4 for more information.

**Corporate Supply Management—** Purchasing Department. See Section 6 for more information.

**SOC—** Security Operations Center. See Section 6 for more information

**TRC—** Technical Response Center. Contact TRC with computer, telephone, and network issues. See Section 7 for more information. To access TRC, call (408) 526-8888 or log a case through the Web at: *http://wwwin.cisco.com/CustAdv/InfoSys/TRC/*

**Workplace Resources—** Facilities Department. See Section 6 for more information.

# EXHIBIT B

| | | | | |
|---|---|---|---|---|
| Approved | Fraser,Lynn | 2/8/2001 | 2/12/2001 | N |
| | | | | |
| Approved | Fraser,Lynn | 4/20/2001 | 4/23/2001 | N |

# EXHIBIT C

**Liz Bacchi, 09:20 AM 1/7/2004 -0800, Fwd: Re: Requisition #714082 and others**

X-Sender: lbacchi@mail1.cisco.com
X-Mailer: QUALCOMM Windows Eudora Version 4.3.2
Date: Wed, 07 Jan 2004 09:20:14 -0800
To: jbotelho@cisco.com, ceharper@cisco.com
From: Liz Bacchi <lbacchi@cisco.com>
Subject: Fwd: Re: Requisition #714082 and others

Hi Judy,

Below is an email that I sent to Anthony Bayad (in PS he has a different last name, can't remember what that was) when he contacted me on my cell phone directly for an interest in returning to Cisco. Celia wanted me to send this to you.

From what I remember, Anthony called me on my cell phone and wanted to speak to me about the position that I had open in California for a Voice Specialist. He mentioned that he used to work for Lyn Fraiser and that I could call her. I called Lyn directly and she was very hesitant on speaking with me. Since I was an internal HR Manager, she felt better. She said that she would not recommend Anthony to come back to Cisco that he worked for her for I believe 1 year. That he made commitments for his CCIE but never took the lab or any classes. I think he is still stating that he is taking the CCIE. She was nervous about speaking to me anymore about him. She was uncomfortable.

That is when I sent this email to Anthony about the relocation issues and that we don't pay a lot or any for relocation (especially for Federal) and to look for other positions in his area. I also sent him to our sourcing group to have screened for other positions.

HOpe this info helps. Let me know if you have any.questions.
thanks!
Liz


Date: Wed, 15 Oct 2003 09:21:41 -0700
To: "Anthony Bayad" <abayad@gicamerica.com>
From: Liz Bacchi <lbacchi@cisco.com>
Subject: Re: Requisition #714082 and others
Cc: <brussell@cisco.com>, <lyfraser@cisco.com>

Hi Anthony,

Thank you for your interest in coming back to Cisco.
I did receive your email and I forwarded it to our sourcing group to have you pre-screened for position in your area.

The position you applied for is in California and you are located in MA. Due to the number of candidates we have for our position, we are not relocating anyone at this time.

Please keep checking the website for positions located in your area.

Thanks!

---

Printed for Judy Botelho <jbotelho@cisco.com>                                                    1

CISCO 00096

**Liz Bacchi, 09:20 AM 1/7/2004 -0800, Fwd: Re: Requisition #714082 and others**

Liz

At 12:06 PM 10/15/2003 -0400, Anthony Bayad wrote:

Hi Liz,

I would like to bring to your attention that I have sent to you my resume regarding several opportunities within Cisco Systems. As you already know from the data

contained in my resume. I was indeed employed by Cisco systems, but unfortunately the economy resulted from my separation with the company. I can assure you my

records and my reviews obtained and in my possession from Cisco Systems were outstanding. However, your name is posted in several requisitions within Cisco

Systems. I must know if you have received them or there are issues about hiring ( a Lack of better words Ex Cisco Employees and share holders).

Can you please let me know if you are interested or not about my backgrounds.

Your feedback is always appreciated.

Sincerely yours,

Anthony

******************************************
**Liz Bacchi**
**Cisco Systems**
**HR - Western & Federal Area Sales**
Phone: 408-527-3696
Cell: 408-219-7659
evlahov@cisco.com

---

Printed for Judy Botelho <jbotelho@cisco.com>                                           2

CISCO 00097