UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

    *Plaintiff*,

v.

CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,

    *Defendants*.

CIVIL ACTION NO. 05-11005-PBS

## CERTIFICATE OF SERVICE

I, Matthew J. Iverson, certify that on July 30, 2006, I served upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by First-Class Mail:

(1) Defendants' Motion for Summary Judgment;

(2) Defendants' Memorandum in Support of Defendants' Cross-Motion for Summary Judgment;

(3) Statement of Undisputed Facts;

(4) Declaration of Matthew Iverson;

(5) Declaration of Bruce Bastian;

(6) Declaration of Kate DCamp;

(7) Declaration of Lynn Fraser;

(8) Declaration of Celia Harper-Guerra;

(9) Declaration of Richard Joseph Justice; and

(10) Declaration of Paula Hughes.

Respectfully submitted,

/s/ Matthew Iverson
Matthew Iverson, BBO #659880
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  July 30, 2006

BOST1\434182.1
26573-15