UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>*Plaintiff*,<br><br>v.<br><br>CISCO SYSTEMS, INC., et al.,<br><br>*Defendants*. | CIVIL ACTION NO. 05-11005-PBS |

## DEFENDANTS' OPPOSITION TO
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Anthony Bayad ("Bayad") has moved for summary judgment on all claims not dismissed pursuant to this Court's Order dated July 12, 2006 (Docket #31).[1] His motion should be denied as it is unsupported by admissible evidence and fails to comply with the rules of this Court. In support of this Opposition, Defendants hereby incorporate their Memorandum in Support of Defendants' Motion for Summary Judgment, Statement of Undisputed Facts, and the Declarations of Matthew Iverson, Bruce Bastian, Kate DCamp, Lynn Fraser, Celia Harper-Guerra, Richard Joseph Justice, and Paula Hughes (Docket Entries ##33-42).

Contrary to Local Rule 56.1, Bayad's Motion for Summary Judgment (the "Motion") does not include either a statement of undisputed material facts or any supporting evidentiary material. The Motion does refer to an "affidavit in regard of the Cisco No Hire list" previously filed with this Court. Motion at 7. The only "affidavit"

---

[1] The Defendants have cross-moved for summary judgment on all of Bayad's remaining claims. See Defendants' Motion for Summary Judgment, Docket Entry #33.

reflected in the Docket, however, is Docket Entry #26, a statement that is neither sworn nor made under penalty of perjury as required by 28 U.S.C. § 1746. In any case, the list referred to in Docket Entry #26 was not generated by any Cisco employee, Facts ¶¶ 46-50, and the exhibit filed with Docket Entry #26 (containing a copy of a file list and two pages of what appears to be financial information) has no connection to this case. As Bayad has failed to properly support the Motion, it must be denied. See Fed. R. Civ. P. 56(e).

Bayad also alleges inadequate discovery compliance. Motion at 1-3. In fact, while Defendants have complied with the Court's disclosure order, Bayad has not. Facts ¶ 51. Nor has he requested any written discovery. Id. There are thus no grounds for allowing additional discovery pursuant to Fed. R. Civ. P. 56(f).

## CONCLUSION

For the foregoing reasons, as well as for those reasons set forth in Defendants' Memorandum in Support of Defendants' Cross-Motion for Summary Judgment (Docket Entry #34), Plaintiff's Motion for Summary Judgment should be denied.

Respectfully submitted,

CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DECAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE

By their attorneys,

/s/ Matthew Iverson
Bruce E. Falby (BBO #544143)
Matthew Iverson (BBO #653880)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 7/31/06 Federal Express

Dated: July 31, 2006

2

BOST1\434117.1
26573-15