IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD, )
)
)
Plaintiff , )   CIVIL ACTION
)
)   CASE NO. 05-11005PBS
)
BRUCE BASTIAN; KATE DCAMP )
CELIA HARPER-GUERRA; )
RICK JUSTICE; CISCO SYSTEMS )
Defendants,

TO:  BRUCE FALBY ATTORNEY FOR THE RECORD
DLA Piper Rudnick Gary Carry
33 Arch Street, 26th Floor Boston, MA 02110

### NOTICE OF SUBPOENA TECUM
### WITH DEPOSITON WITH THE ACCORDANCE OF THE ORDER ' DISCTRICT COURT, THE HONORABLE PATTI B. SARRIS, DATE JULY 12, 2006

YOU ARE HEREBY COMMENDED to comply fully with the Court Order of the United states and to furnish as soon as possible the time to depose in the following order - the following persons of interest, in support to the complaint docket Entry # 1:

1. Cisco Systems, Mr. Anthony Savastano

2. Defendant Lynn Fraser

3. Defendant Cellia Harper-Guerra

4. Cisco Systems, Mr. Carl Wiese

5. Defendant Rick Justice

6. Defendant Kate Dcamp

1

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by First class - U.S. Mail on August 3, 2006

Respectfully submitted,

_____

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155