IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | CASE NO. 05-11005PBS |
| ) | |
| BRUCE BASTIAN; KATE DCAMP ) | |
| CELIA HARPER-GUERRA; ) | |
| RICK JUSTICE; CISCO SYSTEMS ) | |
| Defendants, | |

## AFFIDAVIT OF THE NOTICE OF SUBPOENA TECUM WITH DEPOSITON WITH THE ACCORDANCE OF THE ORDER ' COURT, THE HONORABLE PATTI B. SARRIS, DATE JULY 12, 2006

1. I, Anthony Bayad the Plaintiff in the above caption matter, submit my affidavit as requested by the Honorable District Patti B. Sarris.

2. I, Anthony Bayad would like to take the deposition as matter of right/law the following persons stated in the Notice Of Subpoena Tecum that was served or will be serve on August 3, 2006, furnished via U.S. Mail.

3. The purpose of the deposition is to go over some contested and uncontested evidence stated in the complaint and to admit the evidence in support of my claim of discrimination.

4. Again the purpose of the deposition is clarify and aid the court and the fact finder that defendants have violated the law of Civil Rights and my protected federally civil rights.

5. finally, I cannot go in detailed about the question and structure of the depositions but I can only tell the Court that it will be conducted video taped and in professional matter as proscribed by law.

6. As much as I hate to say it, I which this Court intervene and provide my relief on all the claims that survived as they are all proven, or otherwise, I like to proceed with depositions as matter of rights as proscribed by justice.



1

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by First class - U.S. Mail on August 3, 2006

Respectfully submitted,

_____
Anthony Bayad
2 Magoun Avenue
Medford, MA 02155