UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

    *Plaintiff*,

v.

CISCO SYSTEMS, INC., et al.,

    *Defendants*.

CIVIL ACTION NO. 05-11005-PBS

## DEFENDANTS' MOTION TO STRIKE NOTICE OF SUBPOENA

Plaintiff Anthony Bayad ("Bayad") has filed a document captioned "Notice of Subpoena Tecum With Deposition With the Accordance of the Order ' District Court, the Honorable Patti B. Sarris, Date July 12, 2006" (the "Notice," Docket Entry #48). Bayad has also mailed a copy of the Notice to Defendants' counsel. The Notice purports to be a deposition subpoena for six separate individuals, including four Defendants, but did not include fees for attendance and mileage.

The Notice is invalid for three reasons. *First*, it violates this Court's Order dated March 14, 2006 (copy attached as <u>Exhibit A</u>) prohibiting depositions until further notice. *Second*, Bayad, who is not an attorney, lacks the authority to issue a subpoena. Fed. R. Civ. P. 45(a)(3). *Third*, service was improper. A subpoena must be served in hand by a

person not a party, and must be accompanied by payment for fees and mileage. Fed. R. Civ. P. 45(b)(1). This Court should accordingly strike the Notice.

Respectfully submitted,

CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DECAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE

By their attorneys,

/s/ Matthew Iverson
Bruce E. Falby (BBO #544143)
Matthew Iverson (BBO #653880)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: August 17, 2006

## CERTIFICATE OF SERVICE

I, Matthew J. Iverson, certify that on August 17, 2006, I served this document upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express.

/s/ Matthew Iverson

# EXHIBIT A

**Freedman, Lisa**

---

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Tuesday, March 14, 2006 3:29 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-11005-PBS Bayad v. Bastian et al "Order on Motion for Miscellaneous Relief"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Patch, Christine entered on 3/14/2006 at 3:29 PM EST and filed on 3/13/2006
**Case Name:**     Bayad v. Bastian et al
**Case Number:**   1:05-cv-11005
**Filer:**
**Document Number:**

**Docket Text:**
Judge Patti B. Saris : Electronic ORDER entered denying [2] Motion Demanding the Court to Subject Defendant's to Strict Scrutiny Review of the Discriminatory Animus Policy (Patch, Christine)

The following document(s) are associated with this transaction:

**1:05-cv-11005 Notice will be electronically mailed to:**

Bruce E. Falby    bruce.falby@dlapiper.com, lisa.freedman@dlapiper.com

**1:05-cv-11005 Notice will not be electronically mailed to:**

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

3/14/2006