# MANDATE

# United States Court of Appeals
## For the First Circuit

*05-11005*
*USDC/MA*
*Saris, J*

No. 06-1549

ANTHONY BAYAD,
Plaintiff, Appellant,

v.

BRUCE BASTIAN, ET AL.,
Defendants, Appellees.

---

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lipez, <u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: August 2, 2006

We have considered appellant's response to this court's Order to Show Cause, dated June 14, 2006. For reasons stated therein, we dismiss this appeal for lack of jurisdiction as no final, appealable judgment has, as yet, entered.

Appellant's motion to "stay" the notice of appeal is denied. Appellant's recourse is to file a timely notice of appeal after entry of a final judgment.

<u>This appeal is dismissed for lack of jurisdiction</u>.

By the Court:

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

Deputy Clerk

By: __MARGARET CARTER__
       Chief Deputy Clerk.

Date: 8/24/06

[cc: Anthony Bayad, Bruce E. Falby, Esq., Matthew J. Iverson, Esq.]