UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

    *Plaintiff*,

v.

CISCO SYSTEMS, INC., et al.,

    *Defendants*.

CIVIL ACTION NO. 05-11005-PBS

### **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S AFFIDAVIT**

Plaintiff Anthony Bayad ("Bayad") has filed a document captioned:

"Affidavit of Plaintiff Anthony Bayad in Support of the 'Notice Defendants ' Declarations Contains Lies in Particular Kate DCamp Committed Perjury' and Plaintiff' Motion Demanding the Honorable District Judge Patti B. Sarris [sic] to Protect the Court ' Integrity and to Prevent Abuses of the Judicial Process and to Order Sanctions- Including Default Judgment and Misconduct Pursuant the Federal Rules."

(the "Affidavit," Docket Entry #53).

To the extent that the Affidavit purports to relate facts relevant to Plaintiffs' Motion for Sanctions (Docket Entry #52) or any other matter, the Court should not consider it, as it is neither sworn nor signed under penalty of perjury as required by 28 U.S.C. § 1746.  See Nissho-Iwai Am. Corp. v. Kline, 845 F.2d 1300, 1306 (5th Cir. 1988) (failure to comply with § 1746 renders unsworn affidavit inadmissible); Bransford & Petz, P.C. v. Bank of Am. Commercial Fin. Corp., 2005 U. S. Dist. LEXIS 14243, *22

n.7 (D. Mass. June 13, 2005) (failure to sign under penalty of perjury may not be excused).  The Court should accordingly strike the Affidavit.

        Respectfully submitted,

        CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DECAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE

        By their attorneys,

        /s/ Matthew Iverson
        Bruce E. Falby (BBO #544143)
        Matthew Iverson (BBO #653880)
        DLA PIPER US LLP
        33 Arch Street, 26th Floor
        Boston, MA  02110-1447
        (617) 406-6000 (*telephone*)
        (617) 406-6100 (*fax*)

Dated:  September 5, 2006

### CERTIFICATE OF SERVICE

    I, Matthew J. Iverson, certify that on September 5, 2006, I served this document upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express.

        /s/ Matthew Iverson

2