UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

    *Plaintiff*,

v.

CISCO SYSTEMS, INC., BRUCE
BASTIAN, KATE DCAMP, LYNN
FRASER, CELIA HARPER-GUERRA,
and RICK JUSTICE,

    *Defendants*.

CIVIL ACTION NO. 05-11005-PBS

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS

The defendants in the above matter oppose Plaintiff's Motion for Sanctions (Docket Entry #52) (the "Motion").[1] The Motion amounts to a request for this Court to sanction the defendants for alleged misstatements contained in the Declaration of Kate DCamp (Docket Entry #38) (the "DCamp Declaration"). The Motion should be denied because Bayad's accusations are baseless.

In her declaration, Kate DCamp, a Senior Executive Advisor[2] for Cisco Systems, Inc. ("Cisco"), denied having any personal knowledge concerning, or any involvement with, Bayad's termination. Id. ¶ 6. Bayad claims that this denial must be false because

---

[1] The full caption for the Motion is: "Notice Defendants ' Declarations Contains Lies in Particular Kate DCamp Committed Perjury" and Plaintiff' Motion Demanding Honorable District Judge Patti B. Sarris [sic] to Protect the Court ' Integrity and to Prevent Abuses of the Judicial Process and to Order Sanctions- Including Default Judgment for Misconduct Pursuant the Federal Rules.

[2] Bayad argues that this title differs from the one that appears in DCamp's online biography. Motion at 2. Bayad neither establishes the accuracy of the information in the online biography nor explains why the discrepancy is material.

BOST1\438259.1
26573-15

DCamp's signature appears on a page of Bayad's Voluntary Severance Agreement and General Release ("Severance Agreement"). Motion at 2-3. However, as set forth in the Supplemental Declaration of Paula Hughes, attached hereto as <u>Exhibit A</u>, the signature that Bayad highlights (which denotes Cisco's approval of Bayad's Severance Agreement) was actually affixed by another Cisco employee using a rubber stamp. <u>Id.</u> ¶ 5. This was done because Bayad was one of approximately 8,000 employees that Cisco terminated simultaneously as part of a company-wide reduction in force. <u>Id.</u> Because DCamp could not review and approve each of the resulting 8,000 Severance Agreements, other Cisco employees approved them on her behalf. <u>Id.</u> In short, DCamp's denial of involvement with Bayad was, and is, truthful. <u>See id.</u> ¶ 6 ("I have found no other indication that Ms. DCamp was personally involved with, or would have been aware of, Mr. Bayad's termination."). The Motion should consequently be denied.

        Respectfully submitted,

        CISCO SYSTEMS, INC., BRUCE BASTIAN,
        KATE DCAMP, LYNN FRASER, CELIA
        HARPER-GUERRA, and RICK JUSTICE

        By their attorneys,

        /s/ Matthew Iverson
        Bruce E. Falby (BBO #544143)
        Matthew Iverson (BBO #653880)
        DLA P<small>IPER</small> US LLP
        33 Arch Street, 26th Floor
        Boston, MA  02110-1447
        (617) 406-6000 (*telephone*)

Dated:  September 5, 2006    (617) 406-6100 (*fax*)

## CERTIFICATE OF SERVICE

    I, Matthew J. Iverson, certify that on September 5, 2006, I served this document upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express.

        /s/ Matthew Iverson

# EXHIBIT A

Case 1:05-cv-11005-WGY    Document 57    Filed 09/05/2006    Page 3 of 5

09-31-2006  01:49pm  From-WWER                     408 527 8900           T-755  P.002/003  F-404

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, <br><br> *Plaintiff,* <br><br> v. <br><br> CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE, <br><br> *Defendants.* | CIVIL ACTION NO. 05-11005-PBS |

## SUPPLEMENTAL DECLARATION OF PAULA HUGHES

I, PAULA HUGHES, declare under the pains and penalties of perjury, pursuant to 28 U.S.C. § 1746, the following:

1. I am a Human Resources Manager, World Wide Employee Relations, employed by Cisco Systems, Inc. ("Cisco"). I have worked at Cisco out of its San Jose, California facility since December 18, 2000.

2. In my capacity as Human Resources Manager, I am fully familiar with the facts and circumstances of Cisco's employment policies generally and with respect to Anthony Bayad's employment specifically.

3. I submit this declaration in support of the Defendants' Opposition to Plaintiff's Motion for Sanctions.

4. I am aware that Mr. Bayad has identified a signature of "Kathryn DCamp" that appears on a page of his Voluntary Severance Agreement and General Release ("Severance Agreement"). The page in question is attached as Exhibit A.

BOST1428108.1
26573-15

08-31-2006  01:50pm  From-WWER                408 527 8900           T-755  P.003/003  F-404

5. Cisco terminated Mr. Bayad, along with approximately 8,000 other employees, as part of a company-wide reduction in force ("RIF"). Because Ms. DCamp could not personally approve each of the resulting 8,000 Severance Agreements, other Cisco employees were authorized to approve them on her behalf. These employees affixed Ms. DCamp's signature with a rubber stamp to signify approval. The signature of Ms. DCamp that appears on Exhibit A was affixed in this manner.

6. I have found no other indication that Ms. DCamp was personally involved with, or would have been aware of, Mr. Bayad's termination.

Signed under the pains and penalties of perjury this 31 day of August 2006.

Paula Hughes

2

BOST1\438108.1
26573-15