IN THE UNITED STATES DISTRICT COURT FOR   THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | CASE NO. 05-11005PBS |
| ) | |
| BRUCE BASTIAN; KATE DCAMP ) | |
| CELIA HARPER-GUERRA; ) | |
| RICK JUSTICE; CISCO SYSTEMS ) | |
| Defendants, | |

FILED
CLERKS OFFICE

2006 SEP 27 P 1:32

U.S. DISTRICT COURT
DISTRICT OF MASS

NOTICE TO : ATTORNEY DAVID J. SALES
**Searcy Denney Scarola Barnhart & Shipley, P.A.**

2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida
33409-6601

Please Be advise that you are in process to be summoned ( Subpoena is being asked to be provided in such manner accordingly to Rule of Federal Civil Procedure, Rule 45). As witness in the above caption matter, and the reason for your involvement in this litigation is that you have represented me in case of the similar act of discrimination by the same defendants Carl Wiese and Savastano Lucent Technologies; See Case 04-10468PBS ( D. Mass.) also pending before the Appeal Court of the First Circuit case 06-1396 ( Bayad vs. John Chambers, Patricia Russo, Carl Wiese, and Anthony Savastano). It is believe that you are shocked when you are reading this notice or shaking your head how that happened again. Are they crazy? It is said, when justice is not served properly

1

once upon time, the predators will strike again thinking about the last one was easy - and that what happen, Mr. Sales. Additionally, I was told by some members of the Massachusetts Bar association that since you are (1) member and (2) you very familiar with the records (3) and since you have invested lot of money in the similar discrimination case by the same defendants, Carl Wiese and Anthony Savastano ( Lucent Technolgies), and (4) in the interest of Justice is for you to step forward and finish the job. Now Mr. Sales you are being tested and appraised of you racial belief as you told me that you are a Jews and the defense attorney is also Jews and both attended the same temple that such conflict of interest will not affect the case even defendants that time were very connected in Florida and I was the Arab. Also you still have the Video Surveillance tapes showing the criminal act and many other materials that is client and attorneys privilege that you need to provide to me for review to show to the Honorable Patti B. Sarris and to the Honorable Judges of the Appeal Court of the First Circuit what this defendants have done to me in the company Lucent Technologies, such act as you know was criminal and I am still living the trauma of such hate crime. Please provide to me the Video Surveillance tapes showing the criminal act and humiliation and the conspiracy and the list goes on and on. Mr. Sales I need your help this time and You can help and help the U.S district Court and you can also act as middle man if you want or your can preside over this litigation . You are being tested for your integrity and honor as you claim you are a man of honor and a family man than step in to the plate and help me as you are an officer of the U.S district Court of Massachusetts and member of the

Massachusetts Bar association. Your help is needed in the interest of justice.

Please feel free to contact me at any time as my number has not changed and it is (781) 704 8982, and my address is 2 Magoun Avenue Medford Ma 02155.

### RELIEF THAT IS REQUESTED

**PUNITIVE DAMAGES** ( Published by Dla Piper Rudnick Gray Carry 'official web site)

- "The record are clear that federal race discrimination claims brought under Title 42 Section 1981 as well as claims brought under numerous state laws are not subject to **any limits**, A recent unpublished opinion in the Fourth Circuit Court of Appeals, *White v. BFI Waste Services, LLC* (No. 05-1804, 4th Cir. May 23, 2006), serves as a pointed, when the jury in *White* found that defendant BFI's supervisors subjected two African-American plaintiffs to a racially hostile work environment for over **ten years** and awarded the plaintiffs $4 million in punitive damages on top of $1.2 million in compensatory damages. And Several recent cases illustrate just how costly discrimination and harassment punitive damages can be; also In *Issa v. Roadway Package Sys.*, a California jury awarded two FedEx drivers $50 million in punitive damages after finding that a manager subjected the two drivers to ethnic harassment and ridicule during their two years of employment at FedEx (June 2, 2006). See In *Zubulake v. UBS Warburg*, a federal jury in New York awarded a single plaintiff over $20 million in punitive damages on her gender discrimination claims (April 6, 2005). . . . etc"

1. **COUNT I RACE DISCRIMINATION**

    Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

2. **COUNT III CLASSIFICATION OF RACE – CISCO-NO-HIRE-LIST**

    Respectfully, Plaintiff request relief on Count III ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

3. **COUNT VI BREACH OF ORAL CONTACT AND CONTRACTUAL OF OBLIGATION**

    Respectfully, Plaintiff request relief on Count VI ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

4. **COUNT VIII CONSPIRACY**

    Respectfully, Plaintiff request relief on Count VIII ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

5. **COUNT IX FALSE IMPRISONMENT**

    Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

6. **RETALIATION ( NOT MASSACHUSETTS LAW )**

    Respectfully, Plaintiff request relief on Count ( Retaliation record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

    **WHEREFORE, the Plaintiff respectfully seek relief on punitive and on all the above claims, that survived defendants ' motion to dismiss ( docket No. 4 ), that stated in the Order of the United States District Court, the honorable Patti B. Sarris, <u>as the court deems and proper or tier of fact or by jury</u> .**

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by First class - U.S. Mail on September 26, 2006.

Respectfully submitted

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155