# United States Court of Appeals
## For the First Circuit

No. 06-1396

CASE No. 05-11005 PBS
To be FiLe in support
Docket Entry No. 1
- The complaint

ANTHONY BAYAD,

Plaintiff, Appellant,

v.

JOHN CHAMBERS, ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lipez, <u>Circuit Judges</u>.

ORDER OF COURT

Entered: October 31, 2006

The motion for reconsideration is <u>denied</u>. Contrary to appellant's contention, the district court did not resolve the authenticity of the challenged document in the lawsuit that remains pending in the district court, but merely assumed its truth for purposes of resolving a motion to dismiss. In any event, even were the district court to <u>subsequent</u>ly conclude in a <u>different</u> <u>law</u> suit that the document was authentic, that would not retroactively cure appellant's <u>failure</u> to have provided <u>adequate</u> <u>authentication</u> in the district court action from which this appeal arose.

By the Court:

Richard Cushing Donovan, Clerk.

JULIE GREGG

By: _____
Operations Manager.

[cc: Anthony Bayad, Bruce E. Falby, Esq., Mark W. Batten, Esq., Matthew J. Iverson, Esq., Thomas Edward Shirley, Esq., Lisa M. Gaulin, Esq.]