UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                 )
ANTHONY BAYAD,                   )
        Plaintiff,               )
                                 )
        v.                       ) CIVIL ACTION NO. 05-11005-PBS
                                 )
BRUCE BASTIAN, et al.,           )
        Defendants.              )
                                 )
```

## PROCEDURAL ORDER RE: DISCOVERY

December 6, 2006

Saris, U.S.D.J.

Upon review of the submissions of the parties in accordance with the Procedural Order (#58), dated September 14, 2006, the Court has the following concerns:

First, plaintiff has failed to explain why he needs the deposition of each witness, but rather reiterates his allegations of discrimination in general and conclusory terms.[1]

Second, plaintiff states he cannot afford to pay the witness fees and expenses, or the costs of the court reporter needed for the depositions. Because this a civil case, there is no right to reimbursement from public funds for these costs.

Third, the defendants have raised serious safety concerns in connection with oral depositions.

---

[1]Defendants filed a Motion to Dismiss (#4) on June 7, 2005. This Court granted the motion in part and denied in part. See Order (#31) issued on July 12, 2006.

In light of the above, the Court will <u>not</u> permit the plaintiff to take oral depositions of the six proposed witnesses. However, the Court will permit the plaintiff to take depositions of the six proposed deponents, upon written questions in accordance with Fed. R. Civ. P. 31 or a telephonic deposition pursuant to Fed. R. Civ. P. 30(b)(7).  The deponents are 1) Carl Wiese; 2) Anthony Savastano; 3) Lynn Fraser; 4) Celia Harper-Guerra; 5) Rick Justice; and 6) Kate Dcamp.  Plaintiff's request to take further discovery of Attorney Sales with respect to video-surveillance of matters relating to Lucent Technologies is denied, as this information is not relevant to the remaining issues in this action.  Any deposition shall take place within 60 days of this Order.  Plaintiff must pay all costs associated with the deposition, including the costs of any court reporter and any witness fees and expenses.  Plaintiff must also serve witness subpoenas on any non-parties.

Alternatively, if plaintiff cannot afford the costs of any deposition, he can send interrogatories within thirty (30) days to defendants' counsel.

No further discovery shall be permitted without prior permission of this Court.  Plaintiff shall inform the Court by December 15, 2006 of his decision with respect to pursuing further discovery.  If the plaintiff does not file a response to

this Order by December 15, 2006, discovery will be considered

closed.

       **SO ORDERED.**

                                   /s/ Patti B. Saris
                                  PATTI B. SARIS
                                  UNITED STATES DISTRICT JUDGE