## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTHONY BAYAD, | ) 2006 DEC 12 A 11: 32 ) ) U.S. DISTRICT COURT ) DISTRICT OF MASS. | |
| Plaintiff , | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION  CASE NO. 05-11005PBS |
| BRUCE BASTIAN; KATE DCAMP LYNN FRASER;CELIA HARPER-GUERRA; RICK JUSTICE; CISCO SYSTEMS INC. | | |
| Defendants, | | |

PLAINTIFF RESPONSE:  TO THE PROCEDURAL ORDER: DISCOVERY
DATED December 11, 2006

Plaintiff Bayad ( "I") states to the honorable **Patti B. Sarris**, the District Judge that I reviewed  the Procedural Order Re: discovery (Deposition). I Decide,  the best route is to conduct the deposition by telephone pursuant to Fed. R., Civ. P. 30(b) (7)  as stated in the order of the following deponents whom are all Cisco Systems Inc' owners/Partners conducting their business in Massachusetts and registered to do business in "Massachusetts" , Rick Justice (1), Celia Harper-Guerra (2), Lynn Fraser (3), Kate Dcamp (4), Carl Wiese (5), and Anthony Savastano (6).  Additionally, the time and date of the Depositions of these deponents will not be taken in the month of December because it is  a  month of Christ, but will  be taken starting the second week of the  month of January 2007 and it will be recorded and it duration will be 3

1

to 4 hours for each deponent sometimes less it depend of how they are cooperating under oath. It will be also scheduled at business hours at the convenience of the busy schedule of Mr. Flaby et, al. However, Bruce Falby et, al. must <u>cooperate</u> with me and must <u>respect</u> me such request is in the interest of justice and in the interest of the Professional Ethics set forth by the Massachusetts Bar associations. Any, <u>misconduct</u> by Bruce Falby et, al. will be communicated to the Bar Association and to this Court and to others. <u>Ladies</u> and <u>gentlemen,</u> Bruce Flaby et, al. It is said enough is enough as I need to go back to work and take care of my health and take care of my mother who is dying and Bruce Falby et,al caused her pain and suffer and I am not going there. Ladies and gentlemen, I am an American and bothers and my sisters are also Americans, my family lives here . We are Americans. Ladies and gentlemen, there are millions and millions of Arabs here in America that you can exercise you racism on them I got my shares and you lost. Enough is enough. Life is short as I lost precious time with you while I should be working and raising my kids. I already <u>proved my case</u> but these <u>depositions</u> are only going to make you look bad - as it is a public records. However, The French(s) , the Egyptian(s) , the Algerian(s) , Lebanese Hezbollah(s) , are all employed as directors of Cisco Systems in Europe and Middle East and Africa, They don't like you and they don't like me and they hate this country – my country and yours, the United States of America. My question to you why are they working at Cisco as Directors and Managers in Europe and Middle East and Africa while I am an American who <u>speaks 3 languages</u> and <u>very educated</u> – <u>College Grad Expert in Telecommunication</u> – <u>Data Communication</u> in every aspect top to bottom, and I am very likeable . Why I am not working and paying taxes and enjoying the American Dream ,

Why. Why is my name is in <u>the Cisco No Hire List</u> with other minorities not to be hire. Why. Why, I am not a director at Cisco systems in Europe working for Cisco Systems an American company and paying taxes in my country and contributing and investing in my country the United State of America. Why, I am treated as a terrorist as I am stuck in judicial systems fighting a legal battle with my people when we are all Americans under the law, why. I thought we Americans who protect each others and help each others. Unless, the only Americans are <u>the very white rich</u> protected by Corporate America and its monies and <u>its best lawyers that monies can buy</u> as I witnessed here in this very court. Why, I was called **Sang Niger** ( Blackie) – **Banna Boat** ( sea Board Surety)- **O' gold Digger**- <u>I don't have relief under the law and this Court sympathize with me</u>, and I was served Court Documents on <u>Memorial Weekend intentional/planned portraying me as terrorist</u>; see case 04-10468 Bowler' report and recommendations. Now, we have Bruce Falby et, al. using case resembling **911** followed by another case law that contains Kelly referring for My Brother Moussa Bayad who was confined for about 2 years by the Home land security the friend of Bruce Falby et, al. my brother was sexually raped and kidnapped to the main land. Why Bruce Falby et, al. used this Court to serve their Document on <u>Veteran day November 10 2006</u> . Such misconduct is insulting and degrading to me and to the <u>3000 + men and women of all races</u> whom have lost their lives in such horrible tragedy . In addition, Bruce Falby did not stop there, when using another case law that he chose to be very specific and racist and defamatory when [they] used the name of "**Ahmed**" why **Ahmed** when they are <u>1000 of other cases</u> and why served his document on

3

<u>Veteran Days</u> when his track record pointing out that [they] take about 14 days to serve their responses . Why, now they served their document in 3 days rather than 14 days - targeting Veteran Day, November 10 2006. It is sickening and shame on them to appraise those who committed the atrocity the **911** and insult the **3000** thousand men and women of all races some were American – Muslims – Christian - Spanish – Arabs – Europeans – Chinese – Israelis - and this list go on and on. See Case law of Ahmed and 911 and Kelly found in the attorney document that I called Veteran day.   <u>See</u> "Defendants' opposition to Plaintiff's Motion to Consider/admit similar act of discrimination admissible".  It is a shame, I am treated as <u>terrorist</u> in this litigation. Is this a joke? And that is why Mr. Sullivan the U.S. District Attorney has changed job - to A.T.F. director.  I am confused, or never less the attorneys Bruce Falby et, al. are the Court and are considered above the law when are allowed to send messages that I am an Arab of race and I am a terrorist in this country. It is sad such racist misconduct is being done openly and caught in public record. The actions of Bruce Falby et, al. are actions of desperations and are against the law that will stay with this Court for decade even the record is <u>sealed</u> – not <u>published</u> – or <u>impounded</u>.  It will always follow the presiding Judge and it Court, unless something is done properly as required by justice in the interest of justice in fairness of justice served to protect the Plaintiff- Pro Se and served to send a message that this racist misconduct are not allowed in this Court and the White Rich and their Army of lawyers are not the Court and not presiding judge and this court and it judge recognizes that <u>Equal protection of Law</u> is crucial of <u>the protection of Civil Rights</u> and <u>due process clause</u> is given to all races and to all gender and to the richer and the poorest.   How ever,  I am sending a money order of

4

the some of $40.00 dollars totaling of 6X $40= $ 240.00 Dollars to Bruce Falby et, al. I would like to advise the Honorable Patti B. Sarris that the attorneys has advised me not speak with them – not to call them – or communicate with them, therefore I take the procedural order re: discovery that the time scheduled for deposition by phone is permitted to speak with them when such time occur.

## CONCLUSION

Your Honor Patti B. Sarris, the district judge, the Court, I have question for you, how can I conduct depositions and spent my time and my monies that I don' have And hurt my health knowingly (1) I have not had one single schedule hearing by you, and (2) how can I belief that a trial by jury - my right found in the constitution will be given to my as a citizen of this land. (3) when I cannot speak to the Court , When I cannot speak to the Attorneys. (4) How can you provide me a trial by jury according the United States Constitution, the 7th Amendment when I am prohibited from entering the Court. At last, The reason, I am still fighting for my rights is because I am a Moroccan of origin and Bruce Falby et, al., the lawyers, had advised me in the early stage of the case 04-10468 PBS ( see docket # 84   sealed of such case) that the reason my rights is not going to be provided to me is not because I am proceeding *Pro Se* – knowingly Courts promote Justice and admire citizen who proceed in civilize way and pursue Justice accordingly to our traditional laws and our well respected constitution, but because I am a U.S. citizen of this land with an origin of Morocco Arab Andalusia. God Bless.

5

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by First class - U.S. Mail on December 11 , 2006.

Respectfully submitted

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155