# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,                          )
                                        )
   Plaintiff ,                          )          CIVIL ACTION
                                        )
                                        )
                                        )          CASE NO. 05-11005PBS
                                        )
BRUCE BASTIAN; KATE DCAMP               )
LYNN FRASER;CELIA HARPER-GUERRA;)
RICK JUSTICE; CISCO SYSTEMS INC.        )
                                        )
   Defendants,                          )

---

**NOTICE TO :**  Bruce Falby – Bob Matthias – Matthew Iverson – Robin Tarr,  Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110,  **ATTORNEYS FOR THE RECORDS**

Enclosed, you find a some of 240.00 dollars, if you divide it by 6 it will equal to 40.00 Dollars. See  28 U.S.C.A. § 1821.  Furthermore, I will gave you until December 20, 2006 to provide me your proposed scheduled for January 2007 (deposition schedule) And  I will  reply to you by December 22, 2006.  In addition I would like to inform you that you clients whom going to be depose need to have the complaint Docket Entry #1 and its Exhibits, the Cisco No Hire List the Soft Copies called the Sensitive list and the Soft Copies of the file called **Goodby** that has the **Cisco No Hire List** and other confidential files of Cisco, when being depose.  I am also attaching the Cisco Profile of Carl Wiese and Kate Dcamp, to be used and please make sure your declarations, Mr.

Falby and your clients are available to your clients when depose. When we finalize the Schedule, Mr. Falby, I will help you on the <u>items</u> that need to be available that I have already provided to you. If you want more Copies of the <u>soft</u> (electronic copies) of the <u>Cisco No Hire List</u> and the <u>soft copies</u> of the **Goodbye file**, <u>please feel free to ask me</u>. However, It is very <u>important</u> that you know I am still <u>waiting</u> of <u>yours</u> electronic/soft copies of your Cisco No Hire List that you provided to the Court as **hard copies** <u>only</u> and **only hard copies** ( *where is the soft copies*)– these Hard copies also found in <u>Celia Harper Guerra ' declaration</u> the attachments – <u>Paula Hughes' declaration</u> the attachments - your <u>Buddy Iverson ' declaration</u> attachment as well as <u>your declaration</u>, Mr. Bruce Falby - <u>Where are your electronics copies that the court have ordered you to provide</u>. As you know you provided only the Hard copies and not the electronics/soft copies <u>see</u> the *Federal Rule of Evidence*. I need to authenticate your hard copies with your Soft ( electronics copies). Your copies match my copies and it means my copies are authentic to your copies. If so that why we need to depose your client. My <u>summary judgment</u> should be <u>allowed</u>. Please, Mr. Falby, you are looking very bad in this litigation and you are making the Court look without jurisdiction. Please, Provide the electronics copies of the Cisco No Hire List found, again, in your declaration and Paula Hughes' Declaration, found in Cellia Harper ' declaration, and you buddy Iverson ' declaration. Please comply with the Court. If you destroyed them please let me know as you believe it 's Ok to destroy evidence in Federal Court because direct evidence

destruction of evidence – the e:mail of the <u>Cisco Ethic Officer Shawna Callahan</u> directing Cisco Employees to destroy – any copies found their computers and in their emails her action of destroying evidence stated that she needed Cisco to comply with the Law. I guess it is allowed to destroy evidence in Federal proceeding , United District Court , and you have demonstrated to me that you are the law. It is a shame.

    Finally, during the depositions I can call you direct and you can conference me or I just call you client direct. Please advise because I need to buy equipment and study for the depositions and make arrangement for such difficult test as you know I do not have a good health because <u>I do not like you</u> and <u>do not like your Clients</u>, the Defendants.

    In mean time, if you have any questions please let me know. As you already know the response of the Court ' order states the method that will be used is the telephone as it is very difficult to do so. It is good for your client that the telephone is free –Voice over IP that I have implemented first at Cisco at New York Office. The Phone is fee for you but is not free for me. No problem , I am looking forward to work with you and help you for you can help me in such difficult and unpleasant time . Believe me, I am not looking forward to depose you clients nor looking forward to hear from you. Thank you.


<u>Truly yours</u>

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by First class - U.S. Mail on December 11 , 2006.

Respectfully submitted

_____
Anthony Bayad
2 Magoun Avenue
Medford, MA 02155



Citizens Bank

92-97/1020

90194320-7

DATE December 11, 2006

PAY ***$240.00***

TO THE ORDER OF ****** DIA PIPER US LLP ******

NOT VALID OVER ONE THOUSAND DOLLARS

DOLLARS

CITIZENS BANK OF MASSACHUSETTS

Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

SIGNATURE
ADDRESS
ADDRESS

MEMO

⑈22018 5⑈ ⑉10 20009 79⑈: 680090194 3 204 4⑈



PURSLEY



**Carl Wiese**         vCard    Reporting Chain   7 Direct Reports

**Contact Information**

| | | | |
|---|---|---|---|
| Userid | cwiese | Mail Stop | EDS/8/ |
| Telephone | 732 635-4389 | Street Address | 499 Thornall Street, 8th Floor |
| Voice Mail | 603 4389 | City | Edison |
| Fax Number | | State | NEW JERSEY |
| Mobile Number | 908-310-1627 | Country | United States |
| Pager Number | | Zip | 08837 |
| Epage | Epage cwiese | Personal URL | Admin: Collen McGeachy - 732-635-4229 |
| Building | EDISON | Group URL | |
| Floor | 8 | | |
| Cube Number | 19 | Worktype | TRADITIONAL |

**Organizational Information**

| | | | |
|---|---|---|---|
| Title | Area VP, US Sales | Group | ESO & Fed HQ |
| Manager | Douglas Dennerline (ddennerl) | Department Number | 020031329 |
| Employee Type | Regular | Cisco ID Number | 121829 |

---

Cisco Systems, Inc. Internal Use Only

To find the appropriate place to send data update requests and comments about the application please see the help page
Last Modified on Wed Nov 12 16:18:02 2003

http://directory.cisco.com/detail.cgi?name=cwiese    11/12/2003

# Biography



PERSONAL

**Kate DCamp**
**Senior Vice President, Human Resources**
**Cisco Systems, Inc**

A recognized leader in Human Resources, Kate DCamp has more than 20 years of human resource and business experience building high performance organizations. As a member of Cisco's executive leadership team and the SVP of Cisco's global HR organization, Kate DCamp is charged with building a development culture at Cisco that creates a sustainable and agile supply of leadership and talent. Along with a team of HR professionals, she is guiding an evolution of the HR function to a position as a true business partner.

Since beginning her leadership role in May 2000, Kate has implemented new processes and programs to transition Cisco from a company that brought in talent through direct hiring and an aggressive acquisition strategy to one that will build the next generation of leaders. Cisco is building on its early leadership in e-HR to create business processes that can only be built through intelligent networks and the Internet to increase the ROI of its talent.

Cisco has developed a world-class executive education program, a comprehensive employee listening process focused on enhancing the employee experience and the award-winning e-communication model. Utilizing the network, Kate has also introduced a creative approach to e-Learning that addresses the needs of the rapidly changing global workforce of today and tomorrow and blurs the lines between communication and learning.

As part of an effort to redefine the role of HR in a changing world, Kate has leadership responsibilities for learning and outreach to constituencies in addition to Cisco's 36,000 employees. The Cisco Media Network delivers rich media (video, audio, Flash) over the network to enhance learning and communication for employees, partners and customers. Managing the world-class Cisco Career Certifications program and Networking Academies is also a key component of Kate's vision for changing the way people around the world learn. Kate also leads Cisco's Corporate Social Responsibility and Philanthropy efforts.

Before joining Cisco, Kate served as Global Leader Compensation and Executive Programs for GE Capital where she designed and managed the executive, compensation, and recognition related programs for the company's 130,000 employees and 28 businesses.

Prior to GE, Kate held other Human Resource leadership roles. At The Associated Group, she led executive development and designed the annual business operating plan and metrics. Kate also developed a new compensation and governance model for the Acordia Companies for an IPO of this subsidiary business on the New York Stock Exchange. Kate began her career at AEtna Life & Casualty as an actuarial consultant in the commercial pension business.

Kate is a member of the Credit Suisse Corporate University Advisory Board, the Cowdrick Group, Human Resources Roundtable, and the National Advisory Board on Executive Compensation for World at Work  She was recently named to *HR Executive* magazine's "25 Most Powerful Women in HR," a list which names the most influential women leading HR organizations. Kate also holds the professional designations of Certified Compensation Professional and



CISCO SYSTEMS

Updated 10/05