UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

    *Plaintiff*,

v.

CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,

    *Defendants*.

CIVIL ACTION NO. 05-11005-PBS

## **DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

In response to this Court's Procedural Order re: Discovery (the "Discovery Order," Docket Entry # 67), plaintiff Anthony Bayad ("Bayad") has indicated that he intends to depose six witnesses by telephone pursuant to Fed. R. Civ. P. 30(b)(7). See Plaintiff Response: to the Procedural Order: Discovery (the "Response," Docket Entry #70). Accordingly, pursuant to Fed. R. Civ. P. 26(c), the defendants in this matter ("Defendants") move for a protective order to ensure that Bayad complies with the Discovery Order and that the depositions take place in a safe and orderly manner. Specifically, Defendants request that the Court require (1) that Bayad inform the Court and Defendants of the name, address, and telephone number of the court reporter that he has retained to record the depositions, and (2) that the court reporter record the depositions from the offices of Defendants' counsel DLA Piper US LLP ("DLA Piper").

The Discovery Order required Bayad to pay the costs of the court reporter should he elect to take telephonic depositions. Id. at 2. Bayad has previously indicated that he

can not afford this expense, id. at 1, and from his recent filings it appears that Bayad intends to record the depositions himself. See Notice to Attorneys for the Records at 3 (the "Notice," Docket Entry #71) (failing to mention a court reporter and stating that Bayad needs to "buy equipment" for the depositions). This is impermissible. See Fed. R. Civ. P. 28(a) (requiring that depositions take place before an officer authorized by law to administer oaths and take testimony). A neutral officer is particularly essential in this case, as Defendants expect Bayad to be combative and disputes are likely. See Notice at 3 ("I do not like you and do not like your Clients, the Defendants.") (emphasis in original).

Therefore, Defendants request that the Court order Bayad to disclose to the Court and to Defendants the name, address, and telephone number of the court reporter (or agency) that he has retained. This will allow Defendants to verify that Bayad intends to comply with the Discovery Order and has retained a reporter who complies with the requirements of Fed. R. Civ. P. 28(a). (It would also be appropriate for the Court to order Bayad to pay the estimated cost of the transcripts in advance and to file proof that he has done so. This will ensure that transcripts of the depositions are actually prepared. Otherwise, there is no sense in proceeding with the depositions. Payment in advance will also protect the court reporter.)

Defendants also request that the Court order that the court reporter record the depositions from DLA Piper's offices. This will ensure that the reporter is actually present and has adequate facilities. It will also guarantee the reporter's safety. The Court has recognized the serious safety concerns posed by in-person interactions with Mr. Bayad. See, e.g., Procedural Order dated September 14, 2006 at 1 (Docket Entry #58)

(describing "hostile" conversations with court personnel and prohibiting communication with the Court except in writing); Order at 1 (acknowledging the Defendants' "serious safety concerns"). The Court can eliminate potential danger to the court reporter by locating him or her in DLA Piper's offices. This represents the safest course of action. Bayad, participating by telephone, will not be prejudiced by this precaution.

WHEREFORE, Defendants request that the Court grant this motion and enter a protective order requiring: (1) that Bayad inform the Court and Defendants of the name, address, and telephone number of the court reporter he has retained; and (2) that the court reporter record the depositions from DLA Piper's offices.

> Respectfully submitted,
>
> CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE
>
> By their attorneys,
>
> /s/ Matthew Iverson
> Bruce E. Falby (BBO #544143)
> Matthew Iverson (BBO #653880)
> DLA PIPER US LLP
> 33 Arch Street, 26th Floor
> Boston, MA  02110-1447
> (617) 406-6000 (*telephone*)
> (617) 406-6100 (*fax*)

Dated:  December 15, 2006

## CERTIFICATE OF SERVICE

I, Matthew Iverson, certify that on December 15, 2006, I served this document upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express.

> /s/ Matthew Iverson