## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | |
| ) | CASE NO. 05-11005PBS |
| ) | |
| BRUCE BASTIAN; KATE DCAMP ) | |
| LYNN FRASER;CELIA HARPER-GUERRA;) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| ) | |
| Defendants, ) | |

### PLAINTIFF BAYAD' MOTION STATING IN IT "YES" TO ATTORNEYS BRUCE FALBY ET, AL. ' DESIRE TO RUN THE SHOW AS ALWAYS AT PLAINTIFF' ACCOUNT- AT HIS "MONEY" & TO CONTORL "THE COURT REPORTER"

" Purpose of law is to prevent the strong from always having their way." Ovid.

**Exhibit 1 is all the information requested by Falby et, al. about my court reporter**
*Paid in advance  &  the deposition* **will be conducted in** *Boston Harbor Hotel, a five star*

Plaintiff Bayad ("I") state to the honorable Patti B. Sarris, the Court, that the attorneys Bruce Falby et, al. ' desire to run the show is <u>allowed</u> because are considered under the law, "The Officers Of The Honorable Court".  Having stated that, they have duty to obey by the rule of law and the professional ethics set forth by the Massachusetts Bar Association a well respected member of the Massachusetts Supreme Court, the Honorable Court of the Commonwealth. An additional statement to the Honorable Patti B. Sarris, the Court, the defendants, the clients of Bruce Falby et, al. have directed them

1

to bring closure to the matter, but Bruce Falby et, al. are confused and are still living the past, and cannot digest that minorities have rights under the law, in particular the American of an Arab of race. Therefore, that is why Bruce Falby et, al. are still swinging left and right. It is a shame. However, a good lawyer is not a smart lawyer or highly educated lawyer, but is a lawyer with a good negotiation skill and a good assessor. In such case Bruce Falby et, al. has missed the boat because deposition will show this Court that Plaintiff Summary Judgment must be <u>allowed</u>. However, at the end of the day and the sad part of all this ordeal is this court cannot provide me my health and my life back. Life is happiness full of joy and with a healthy family that I don't have and that I have lost. Let me give the Bruce Falby et, al. all the money he wants and <u>in exchange to give me my life back and my family back and most of all my health back</u> that I don't have because of Carl Wiese and Anthony Savastano ' hate of people of Race Arab even thought one of them looks like an Arab. It is a shame.

Wherefore, I have no objection to Bruce Falby et, al. 'desired to control the deposition to show power to his clients, another words to control the environment. I have no objection to pay my court reporter in advance. What else Mr. Falby et, al. It shame that these Attorneys have reached this level and have guided me and their clients to this mass. . "<u>the very essence of Civil Right of every individual to claim the protection of the laws whenever the receives an injury</u>."   John Marshal.

## CERTIFICATION OF SERVICE

      I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by First class - U.S. Mail on December 18 , 2006.

Respectfully submitted

_____

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155



12/18/06

Mr. Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

           RE: BAYAD vs. BASTIAN   Docket 05-11005PBS

Dear Mr. Bayad,

    This is confirm the hiring of a court reporter for depositions in the above matter from our firm. We accept your check as down payment for these depositions. We also understand that these depositions are to be held in our 30 Rowes Wharf location, with you present or by phone, and some may be held in other Massachusetts locations.

    We thank you for choosing our firm and look forward to doing business with you.

Sincerely,

*KL Gibson*

Karen L. Gibson
Catuogno Court Reporting
Office Manager

SPRINGFIELD
One Monarch Place
1414 Main Street
Springfield, MA 01144-0600

BOSTON
30 Rowes Wharf
Boston Harbor Hotel
Boston, MA 02110-3345

WORCESTER
446 Main St.
Worcester, MA 01608-2302

LAWRENCE
225 Essex Street
Lawrence, MA 01840-1553

PROVIDENCE
72 South Main St.
Providence, RI 02903-2907

Call toll free (888) 228-8646     Fax toll free (877) 747-4260

courtreporting@catuogno.cc
sales@sten-tel.com

SERVING THE LEGAL & HEALTHCARE COMMUNITY SINCE 1966

www.catuogno.cc
www.sten-tel.com