IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD

Plaintiff,

CIVIL ACTION

CASE NO. 05-11005PBS

BRUCE BASTIAN ET AL.,

Defendants

THE PROPOSED SCHEDULE OF DEPOSITIONS
(THE ORDER OF DECEMBER 6, 2006: DEPOSITIONS WITHIN 60 DAYS )

The schedule dates for the depositions for the defendants is as follow:

1. Defendant Rick Justice, *Tuesday, the 9th of January 2007*, at 1 PM Eastern Time.

2. Defendant Celia Harper-Guerra, *Tuesday, the 16th of January 2007*, at 1 PM E.T.

3. Defendant Kate Dcamp, *Monday, the 22rd of January 2007*, at 1 PM E.T.

4. Defendant Lynn Fraser, *Tuesday, the 23th of January 2007*, at 1 PM E.T.

5. Defendants Cisco Carl Wiese, *Thursday, the 25th of January 2007* at 1PM E.T.

6. Defendants Cisco Anthony Savastano, *Friday, the 26th of January 2007* at 1 PM E.T.

Any Changes of this proposed schedule should be communicated by January 4th, 2007.

1

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, DLA Piper Rudnick Gray Carry, 33 Arch Street, 26th, Boston, MA 02110, By First Class U.S mail on December 22, 2006

*Anthony Bayad*