## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | CASE NO. 05-11005PBS |
| ) | |
| BRUCE BASTIAN; KATE DCAMP ) | |
| LYNN FRASER;CELIA HARPER-GUERRA;) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| ) | |
| Defendants, ) | |

**FINAL NOTICE TO :** Bruce Falby – Bob Matthias – Matthew Iverson – Robin Tarr, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, **DEPOSITIONS ( COURT ORDER OF DECEMBER 6, 2006)**

This document was served by Fax and by U.S. Mail on 01/02/2007

As matter of law , I, Anthony Bayad advise the attorneys whom have a duty

by law accordingly to the court order and their protective court order  to

Communicate to me - on January 4, 2007,  where the court reporter is going to do

her job, another word where the hired/paid court reporter will be seated and  where

the depositions  by phone need to take place.  As they  have informed us,  they

needed the court reporter in their Boston ' office, at Dla Piper Rudnick Gray Carry

LLP, 33 Arch Street , 26 Floor, Boston MA 02110 or at their Cisco Systems' office, at Boston Place, 201 Washington street, Boston Ma 02110 or at the court reporter ' office Boston Harbor Hotel, 30 Rowes Wharf, Boston Ma 02110.  They raised their desire that the court reporter must be  seated with them in their offices, and in such matter,  I fully complied with their desire stated in their protective order: (1) to pay  for the court reporter in advance and (2) to provide a location for the depositions, and such "location" is  Boston Harbor Hotel, 30 Rowes Wharf, Boston, MA 02110, call toll free  number **(888) 228-8646** and Fax toll free **(877)747-4260**. Therefore,  I believe they have all the information including the schedule of depositions. Now, [t]hey need to communicate their attentions as to where the court reporter is going to be seated, <u>see</u> the depositions schedule.

Please be advise that the attorneys have until closing business, *<u>at  5 O'clock, Thursday, January  4, 2007</u>* to communicate their  attentions of their  participation in this matter, accordingly the court order ( deposition), and by being silence – it means that they are invading this litigation. Hence, [i]f , I  don't hear from them,  I take their  actions as  abandonment  and the relief sought should be granted as stated in the complaint Docket Entry # 1at page 36 & 37.

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by facsimile - also by First class - U.S. Mail on January 2, 2007.

Respectfully submitted

_____

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155