IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,                )
                              )
                              )
    Plaintiff ,               )      CIVIL ACTION
                              )
                              )
                              )
                              )      CASE NO. 05-11005PBS
                              )
BRUCE BASTIAN; KATE DCAMP     )
LYNN FRASER;CELIA HARPER-GUERRA;)
RICK JUSTICE; CISCO SYSTEMS INC.  )
                              )
    Defendants,                )

CLERKS OFFICE
2007 JAN -5  P 2: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF MOTION NOTIFYING THAT DISCOVERY IS TERMINATED

Why is my constitutional rights are denied to me and why this attorney are making this court look without jurisdiction ? when Justice is for all people of all races.

**Fairness.**

**Respect.**

**Integrity.**

**Justice.**

These words reflect the values we were taught as children, and they define who we are as citizens of the world.

But too often, they are just words.

1

Respectfully, Anthony Bayad, I the plaintiff states to Patti B. Sarris, The court that in my book that I read about the law of discovery is terminated, these attorneys are in contempt and are in violation of my constitutional rights, the right of due process. Your Honor Patti B. Sarris as you know it is a treason of the constitution to play a joke on a minority litigant, it is not fair and it against the law to play him and to show the record, and to test me if I can afford to proceed with depositions. It is a shame. That Magistrate Judge Marianna B. Bowler and Bruce Falby et, al., the attorneys, issued an order right before Christmas, December 6, 2006, and requesting me to reply by December 15, 2006, as you and I know why, it is a hoax, fake, staged and illegally served to stressed me and as it is a Christmas present to the friends and family. Unfortunately, it went south because their source of information has not done a good job relying the information to their buddies about my financial situation as I did not tell her or him about every thing, check with Mr. Eliot Managing partner of DLA Piper Rudnick Gray Carry U.S. LLP, I like him to say hello to his friends and my friends, and tell them that Anthony "says Hello". How ever, I am not a monkey and it is not fair, as it is very racist and against the law to play me like this, with this order dated December 6, 2006 and December 15, 2006, served to hurt my health that is already falling, and to raise my hope and to show the record that Bayad has right in this court and the fact of the matter I don't. When there is no hearing scheduled in this case, knowingly I do not have any contagious disease, and I am not criminal -- no criminal record, and I am not terrorist as I checked with the F.B.I and with Justice Department regarding of any secret evidence that I am not

aware of, and I checked with T.S.A. if I am on " no Fly List" and the only list I am aware is the Defendants Cisco-No-Hire ( Bayad)-List, and the order(s) issued by this court are not enforced and this Court do not seem to have any jurisdiction over Race Discrimination and Civil Rights and securing the minorities their constitutional rights but this court has jurisdiction on White persons rights, and the attorneys have a blanc check in this law suit, simply because I am an Arab from Morocco. Sand Niger ( Blackie)- Banana Boat ( Sea Board Surety) – no right under the law ( This court sympathizes with me as I do no have any relief under the law) – terrorist ( this court served me with accuracy – calculating Memorial weekend)- Calling Ahmed ( why the attorneys are calling me Ahmed-terrorist and why serving me their document on timely fashion the Memorial day) and the list goes on and on. . . It is a shame.  Your honor close this case. Because there is always another avenue- an open door that I going to !

**For the record only**

**Wherefore**, Plaintiff Anthony Bayad ("I") demands that this court: See Complaint

    Docket # 1 page 36-37, the relief requested.

        (a)        declare the defendants' conduct to be in violation of my rights;

        (b)        enjoin defendants from engaging in such conduct in the future;

        (c)        award me back pay and benefits (with interest) that have accrued to date;

        (d)        award me front pay until normal retirement age as I am 39 years old;

(e)     award me compensatory damages of $ 10,000,000.000 or more for emotional distress, mental anguish, and loss of enjoyment of life and the disparate treatment, and discrimination and false imprisonment that I suffered at the hand of the defendants;

(f)     award me compensatory damages of $2, 000,000.000 for interfering with my Civil Rights, conspiring to restrict me from equal rights and benefits, and for defaming and destroying my life, and blocking me for working and conducting my business;

(g)     Award my damages of $3, 000,000.000 or more for defamation and damage to my business and my career and my health, my reputation, injury to my character and to my credit standing;

(h)     Award me punitive damages in the amount of $20, 000, 000. 000 or more;

(i)     Award me costs and legal fees;

(j)     Grant me such other relief as the court may deem just proper.

For the following count(s):

**PUNITIVE DAMAGES ( Published by Dla Piper Rudnick Gray Carry 'official web site)**

•     "The record are clear that federal race discrimination claims brought under Title 42 Section 1981 as well as claims brought under numerous state laws are not subject to **any limits**, A recent unpublished opinion in the Fourth Circuit Court of Appeals, *White v. BFI Waste Services, LLC* (No. 05-1804, 4th Cir. May 23, 2006), serves as a pointed, when the jury in *White* found that defendant BFI's supervisors subjected two African-American plaintiffs to a racially hostile work environment for over **ten years** and awarded the plaintiffs $4 million in punitive damages on top of $1.2 million in compensatory damages. And Several recent cases illustrate just how costly discrimination and harassment punitive damages can be; also In *Issa v. Roadway Package Sys.*, a California jury awarded two FedEx drivers $50 million in punitive damages after finding that a manager subjected the two drivers to ethnic harassment and ridicule during their two years of employment at FedEx (June 2, 2006).  See In *Zubulake v. UBS Warburg*, a federal jury in New York awarded a single plaintiff over $20 million in punitive damages on her gender discrimination claims (April 6, 2005). . . . etc"

4

1.     **COUNT I RACE DISCRIMINATION**

Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

2.     **COUNT III CLASSIFICATION OF RACE – CISCO-NO-HIRE-LIST**

Respectfully, Plaintiff request relief on Count III ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

3.     **COUNT VI BREACH OF ORAL CONTACT AND CONTRACTUAL OF OBLIGATION**

Respectfully, Plaintiff request relief on Count VI ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

4.     **COUNT VIII CONSPIRACY**

Respectfully, Plaintiff request relief on Count VIII ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

5.     **COUNT IX FALSE IMPRISONMENT**

Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

6.     **RETALIATION ( NOT MASSACHUSETTS LAW )**

Respectfully, Plaintiff request relief on Count ( Retaliation record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

**As the court deems and proper or tier of fact or by jury**. (See Docket Entry #1, in support)

## CONCLUSION

Again the defendants and their attorneys, Bruce Falby Et, Al., are

in violation of the second order dated December 6 , 2006.

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by First class - U.S. Mail on December 4 , 2006.

Respectfully submitted

._____.
Anthony Bayad
2 Magoun Avenue
Medford, MA 02155