IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | 2007 JAN -5  P 2: 45 |
| ) | |
| Plaintiff , ) | U.S. DISTRICT COURT |
| ) | DISTRICT OF MASS |
| ) | **CIVIL ACTION** |
| ) | |
| ) | **CASE NO. 05-11005PBS** |
| ) | |
| BRUCE BASTIAN; KATE DCAMP ) | |
| LYNN FRASER;CELIA HARPER-GUERRA;) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| ) | |
| Defendants, ) | |

### PLAINTIFF MOTION DEMANDING THE COURT TO GRANT SUA PONTE ALL RELIEF STATED IN THE COMPLAINT DOCKET ENTRY 1 AT PAGE No. 36 -37

NOTICE: ATTORNEYS BRUCE FALBY ET, AL., PROVIDED ME WITH ATTACHEMENT BY FEDEX TODAY STATES THE FOLOWING WORD: "F.U.CK  Y.O.U,." AND I RELPY TO THEM WITH THE FOLLWING WORD: "T.H.A.N.K., Y.O.U. M.Y. M.A.S.T.E.R."

### FIRST VIOLATION OF THE COURT ORDER DATED 03/13/2006 – CISCO-NO-HIRE-LIST

Plaintiff Anthony, I hereby demand that this Court, the Hon. Patti B. Sarris, the District Judge, to grant the relief sought in the complaint Docket Entry # 1 at page(s) 36-37 for the following reasons and facts: (1) This court issued an order dated Marsh 13, 2006, where the Hon. Patti B. Sarris, the district judge, the order dated 03/13/2006 commending in it "Defendants shall fulfill their obligations under the automatic disclosure rules, including any copies of the so-called –Cisco-no-hire-list within 30

1

days"; where is the electronic copies of the Cisco-No-Hire ( Bayad) list, the discriminatory list? They did not fulfill their obligation – to provide the electronic copy of such list, in addition they did not fulfill their obligation under the automatic disclosure rules. Instead they provided their own declarations, the attorneys themselves acting as defendants and witnesses in this lawsuit. They did not comply with the court order – No discovery; thereafter, they silenced, quite down - the Smoking Gun, then they made their move when the records speak for it self: [T]hey filed two motion(s) to dismiss this law suit, both the same content and argument, but with different "Title" : (a) Defendants Motion to dismiss docket Entry # 4 and later time (b) Defendants Motion to dismiss ( Cross-Motion summary judgment) Docket Entry # 33. Bravo. It is a shame.

<u>SECOND VIOLATION OF THE COURT ORDER DATED 12/6/2006 (DEPOSITON)</u>

Once Again, Plaintiff Bayad, I hereby demand that this Court, the Hon. Patti B. Sarris, the District Judge, to grant the relief sought in the complaint Docket Entry # 1 at page(s) 36-37, for the following reasons and facts: <u>The Procedural Order dated 12/6/2006 Re: discovery</u> (Deposition within 60 days). When, I Decided, the best route is to <u>conduct the deposition by telephone pursuant to Fed. R., Civ. P. 30 (b) (7)</u>, the record speaks for it self that the deposition were scheduled to start on Thursday 9, 2007 and will end Friday 26, 2006, for all the 6 deponents, when the attorneys have until closing business, <u>*at 5 O'clock, Thursday, January 4, 2007*</u> to decide if any changes must occur to the my schedule, as we already know that the court reporter is paid in advance and I am in compliance with their protective

order,(1) to pay the court reporter in advance and it was done, (2) to have a place to conduct depositions or the court reporter must be seated at the attorneys ' offices, it was done and it was communicated to the court reporter of the attorneys attentions. I must tell you your honor, that these attorneys had no attentions of their participation in this matter, accordingly, but the only actions they have taken is they were silence for the whole month of December when they needed to communicate to me of their own scheduled depositions, when they needed to respond to me by December 20, 2006. they ignored my notice, and I went ahead and I provided the scheduled depositions on about December 22, 2006 and I made it clearly that any change should be communicated to me by the closing business hours, January 4, 2005; see both my Notices of such matter both filed with this court. The only response is the attachments that states: " FUCK YOU" and here I reply to them " THANK YOU". Your honor, I have hired a court reporter and paid her in advance with my family monies that we don't have and I spent my entire Christmas ( I believe in Jesus Christ just to let you know) working all the angle with the court reporter and this cost money and all court reporter need 1 week or 2 week in advance, as I gave her one month to charge me less money, another word to give me a good package. It is a shame to play me like that. Who is laughing at me right now. I know who. What goes around comes around.

3

However, [t]he attorneys misconduct as their actions speaks for them selves, when its means that they are invading this litigations as the record speak for it self. Hence, I take their actions as an evading and an abandonment and a violation of the court order – default and the relief sought should be granted as stated in the complaint Docket Entry # 1 or schedule Trail by Jury.

  **Wherefore**, Plaintiff Anthony Bayad ("I") demands that this court: See Complaint Docket # 1 page 36-37, the relief requested.

(a)   declare the defendants' conduct to be in violation of my rights;

(b)   enjoin defendants from engaging in such conduct in the future;

(c)   award me back pay and benefits (with interest) that have accrued to date;

(d)   award me front pay until normal retirement age as I am 39 years old;

(e)   award me compensatory damages of $ 10,000,000.000 or more for emotional distress, mental anguish, and loss of enjoyment of life and the disparate treatment, and discrimination and false imprisonment that I suffered at the hand of the defendants;

(f)   award me compensatory damages of $2, 000,000.000 for interfering with my Civil Rights, conspiring to restrict me from equal rights and benefits, and for defaming and destroying my life, and blocking me for working and conducting my business;

(g)   Award my damages of $3, 000,000.000 or more for defamation and damage to my business and my career and my health, my reputation, injury to my character and to my credit standing;

(h)   Award me punitive damages in the amount of $20, 000, 000. 000 or more;

(i)   Award me costs and legal fees;

(j)        Grant me such other relief as the court may deem just proper.

For the following count(s):

**PUNITIVE DAMAGES** ( Published by Dla Piper Rudnick Gray Carry 'official web site)

- "The record are clear that federal race discrimination claims brought under Title 42 Section 1981 as well as claims brought under numerous state laws are not subject to **any limits**, A recent unpublished opinion in the Fourth Circuit Court of Appeals, *White v. BFI Waste Services, LLC* (No. 05-1804, 4th Cir. May 23, 2006), serves as a pointed, when the jury in *White* found that defendant BFI's supervisors subjected two African-American plaintiffs to a racially hostile work environment for over **ten years** and awarded the plaintiffs **$4 million** in punitive damages on top of $1.2 million in compensatory damages. And Several recent cases illustrate just how costly discrimination and harassment punitive damages can be; also In *Issa v. Roadway Package Sys.*, a California jury awarded two FedEx drivers $50 million in punitive damages after finding that a manager subjected the two drivers to ethnic harassment and ridicule during their two years of employment at FedEx (June 2, 2006).  See In *Zubulake v. UBS Warburg*, a federal jury in New York awarded a single plaintiff over $20 million in punitive damages on her gender discrimination claims (April 6, 2005). . . . etc"

1. **COUNT I RACE  DISCRIMINATION**

   Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption.  see *Santiago-Ramos   vs.   Centennial   P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

2. **COUNT III CLASSIFICATION OF RACE – CISCO-NO-HIRE-LIST**

   Respectfully, Plaintiff request relief on Count III ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption.  see *Santiago-Ramos   vs.   Centennial P.R.   Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

3. **COUNT VI BREACH OF ORAL CONTACT AND CONTRACTUAL OF OBLIGATION**

      Respectfully, Plaintiff request relief on Count VI ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

4.      **COUNT VIII CONSPIRACY**

      Respectfully, Plaintiff request relief on Count VIII ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

5.      **COUNT IX FALSE IMPRISONMENT**

      Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

6.      **RETALIATION ( NOT MASSACHUSETTS LAW )**

      Respectfully, Plaintiff request relief on Count ( Retaliation record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

<u>**As the court deems and proper or tier of fact or by jury**</u>. (See Docket Entry #1, in support)

## CONCLUSION

**Again the defendants and their attorneys, Bruce Falby Et, Al., are**

**in violation of the second order dated December 6 , 2006.**

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by First class - U.S. Mail on December 4 , 2006.

Respectfully submitted

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155