UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,
    *Plaintiff,*

v.

CISCO SYSTEMS, INC., BRUCE
BASTIAN, KATE DCAMP, LYNN
FRASER, CELIA HARPER-GUERRA,
and RICK JUSTICE,
    *Defendants.*

CIVIL ACTION NO. 05-11005-PBS

**DEFENDANTS' MOTION TO STRIKE AND FOR PROTECTIVE ORDER
TERMINATING DISCOVERY**

Plaintiff Anthony Bayad has filed a number of recent pleadings (collectively, the "Filings," Docket Entries 76, 78-79 and Exhibits A and B hereto), that contain false, scandalous, irrelevant, and threatening material.[1]  As set forth in the accompanying memorandum, the Filings should be stricken or denied.

In addition, the Filings' incoherent content and threatening tenor warrant a protective order terminating discovery.  Defendants have attempted to agree on a telephonic deposition schedule with Mr. Bayad, only to have him bizarrely and profanely mischaracterize their routine letters.[2]  Mr. Bayad has himself declared that "Discovery is Terminated."  (Docket Entry 78). Bayad's "Affidavit" disturbingly references the Court's "4 beautiful children."  Affidavit ¶ 6 (Exhibit A hereto).

---

[1]    These include (1) an affidavit invoking the Court's children (the "Affidavit," Exhibit A hereto); (2)  a motion declaring discovery terminated (the "Discovery Motion," Docket Entry 78); (3) a motion whose caption includes profanity (the "Demand Motion" Docket Entry 79); (4) a memorandum of law ostensibly supporting Bayad's motion for summary judgment (the "Memorandum," Docket Entry 76); and (5) a motion seeking an emergency hearing (the "Hearing Motion," Exhibit B hereto).  The certificates of service attached to several of the Filings state that Bayad served them on December 6, 2006.  Defendants received service of all of the Filings between January 4 and 8, 2007.

[2]    <u>See</u> Demand Motion (Docket Entry 79) ("Notice:  Attorneys Bruce Falby et al. Provided Me With Attachment by Fedex Today States the Following Word:  'F.U.C.K. Y.O.U.' and I Reply to Them With The Following Word:  'T.H.A.N.K. Y.O.U. M.Y. M.A.S.T.E.R.'").  Counsels' letters, Exhibits C & D hereto, do no such thing.

Mr. Bayad's past telephone contacts with Cisco employees and counsel were so harassing that Magistrate Bowler granted a motion for protective order in <u>Bayad v. Chambers, et al.</u>, C.A. No. 04-10468-GAO, ordering Mr. Bayad to communicate only with counsel and only in writing (the <u>Bayad v. Chambers</u> Motion for Protective Order is Exhibit E hereto).  Two volumes of transcripts of examples of Mr. Bayad's voicemails left for Cisco employees and counsel supported that motion and are attached hereto as Exhibits F and G.  These voicemails portend the likely nature of Mr. Bayad's telephonic questioning.

Mr. Bayad is not rational.  A review of his Filings and voicemails confirms it.  As further proof, shortly before Christmas, undersigned counsel received a box in the mail from Mr. Bayad decorated with pictures of Mickey Mouse and Huey, Dewey and Louie, to which Mr. Bayad had added nonsensical dialogue balloons.  The box contained an enormous baby pacifier.

The individual defendants and Messrs. Weise and Savastano should not each be subjected to four hours of pointless telephonic abuse by Mr. Bayad of the sort documented in Exhibits F and G.  As the Court noted in its Procedural Order Re: Discovery dated December 6, 2006 (Docket Entry 67), plaintiff has failed to explain why he even needs these depositions.  Discovery should be terminated.  Alternatively, depositions should be limited to written questions pursuant to Fed. R. Civ. P. 31.

In support of this motion, defendants rely on Exhibits A through G hereto, the accompanying memorandum, and the accompanying Affidavit of Bruce E. Falby.

WHEREFORE, pursuant to Fed. R. Civ. P. 12(f) and 26(c), defendants request that the Court (1) strike or deny the recent Memorandum, Motions, and Affidavit, and (2) enter a protective order terminating discovery or, alternatively, limiting it to depositions by written questions.

Respectfully submitted,

CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE
DCAMP, LYNN FRASER, CELIA HARPER-GUERRA,
and RICK JUSTICE

By their attorneys,

/s/ Bruce E. Falby
Bruce E. Falby (BBO #544143)
Matthew Iverson (BBO #653880)
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  January 11, 2007

## CERTIFICATE OF SERVICE

I, Bruce E. Falby, certify that on January 11, 2007, I served this document upon Anthony Bayad,
2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express.

/s/ Bruce E. Falby
Bruce E. Falby

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,                          )
                                        )
                                        )
     Plaintiff ,                        )          **CIVIL ACTION**
                                        )
                                        )
                                        )          **CASE NO. 05-11005PBS**
                                        )
BRUCE  BASTIAN; KATE DCAMP              )
LYNN FRASER;CELIA HARPER-GUERRA;)
RICK JUSTICE; CISCO SYSTEMS INC.        )
                                        )
     Defendants,                        )

_____

**AFFIDAVI IN SUPPORT OF DOCKET ENTRY #1 AND ITS EXHIBITS 1- 28 AND THE ELECTRONICS CD OF THE CISCO – NO HIRIE ( BAYAD) LIST- IN ACCORDANCE WITH RULE 56(F):**

*I, Anthony Bayad, declare under the pains and penalties of perjury, pursuant to 28 U.S.C. Section 1746, and pursuant to the Civil Rule of Procedure, Rule 56 (f).*

1.    I, states that the complaint Docket Entry # 1 and its supportive Exhibits are true copies and the electronics copies of the Cisco No Hire (Me) list are true copies, and these supportive Exhibits were provide to me by Cisco Systems, the Defendants and others by Lucent Technologies/(Cisco Systems - the owners Carl Wiese and Savastano).

2.    I states that I am not a lawyer by just an ordinary U.S citizen, a pilgrim seeking justice, in such statement I like the honorable Patti B. Sarris to know that Bruce Falby et, al., inserted their own declarations acting as defendants, acting as witness, when the fact their job is to win cases and make lot of monies. It is not right what they have done in this law suits.



3.    I states that I am not a lawyer by just an ordinary U.S Citizen, a pilgrim seeking justice, in such statement I like to inform Patti B. Sarris to know that Bruce Falby et,al., cannot insert ' affirmative defenses, respectfully, under the Fed. R. Civ. P. Rule 12(b)(6), referring to their Cross Motion for summary judgment, a conversion of their motion to dismiss is not subject to judicial notice, and <u>constitute inadmissible hearsay</u>. These two motions to dismiss were provided one after the other without discovery right.

4.    I states that I am not a lawyer by just an ordinary U.S Citizen, a pilgrim seeking justice, in such statement I like to inform Patti B. Sarris to know that Bruce Falby et,al., for these attorneys, it is easy for them to win a case when [t]hey can change the law by simply asserting arguments or defense or tweaking the statements and the law, which provides more protection that the law currently allows, this does not mean, however, that they can insert any argument without backing it up and declarations of their own without being and without proper supervision from the Court, check and balance, by the Hon. Patti B. Sarris, and without fulfilling their obligation - proper discovery as proscribed by law, Federal Rule of Evidence and Federal Rule of Civil Procedures,.

5.    I states that I am not a lawyer by just an ordinary U.S Citizen, a pilgrim seeking justice, in such statement I like to inform Patti B. Sarris to know that Bruce Falby et,al., that attorneys Bruce Falby et, al., with their violation of two court order, 03/13/2006 and 12/6/2006 and their declarations of their own as lawyers and not defendants and witnesses in this above caption matter and their obstruction of justice –destruction of direct evidence and directing the defendants to lie under pain and perjury and in producing false statement to the court as the list goes on and on and the record speaks for it self, they have prove to us and have admit to us in their defense that there is a " Fire" ( disputed Facts) in this discrimination law suit, but declare there is no "Smoke" ( pretending no disputable facts); Thus, the smoke is only coming from the " Smoking Gun"

6.      I states I can go on and on but I let you, your honor Patti B. Sarris, the presiding judge when justice in action is being tested and the integrity of this court, you – your honor, and your value and you legacy and the future legacy of your 4 beautiful children (any children ' dream one day will run -seek highest office and as parent we must make sure their record is e crystal clear – with great distance from racism), and the legacy and integrity of this court, the first Circuit, the United States Court, and what it means to its men and women that have served and is serving, when this law suit under Civil rights Title 42 Section(s) 1981 and 1985 and the right of Civil Rights for Arabs and like for Americans of all races  all background, Where the test  if the right of due process clause is crucial or not crucial  to the civil rights. I state from  the bottom of my heart and my sole  and under my beloved mother who is dying, I say:  God bless you, your honor, and god bless your family and god bless this Honorable Court , its men and women, and God bless the First Circuit Court of Appeals, it(s) men and women of the highest honor and integrity as they are. It was a wonderful experience but will be more historical if you have allowed a Jury as matter of right accordingly to U.S. constitution of our founding father. Thank you for justice or  no justice.

7.      Your honor,  Patti B. Sarris,  " Fairness is what justice really is." Justice Potter Steward,  and " Laws not enforced cease to be laws and right not defended may wither away." Thomas Moriarty .


_____

Anthony Bayad

Notorizee
See the back

## CERTIFACTION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, First class - U.S. Mail on January 5, 2007.

Respectfully submitted

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

State of Massachusetts
County of Suffolk

This instrument was acknowledged before me
on  5  day of  Jan  , 2007 .

Tony T. Punjabi, Notary Public
My Commission Expires November 22, 2007

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,                          )
                                        )
                                        )
          Plaintiff ,                   )          **CIVIL ACTION**
                                        )
                                        )
                                        )          **CASE NO. 05-11005PBS**
                                        )
BRUCE  BASTIAN; KATE DCAMP              )
LYNN FRASER;CELIA HARPER-GUERRA;)
RICK JUSTICE; CISCO SYSTEMS INC.        )
                                        )
          Defendants,                   )

---

**EMERGENCY HEARING   AS MATTER OF LAW IN THE INTEREST OF CIVIL RIGHT
– THE RIGHT OF DUE PROCESS CLAUSE IS CRUCIAL FOR CIVIL RIGHT – THE
CONSTITUTIONAL RIGHT TO ALL RACES – TO ALL GENDERS**

" Every step toward the goal of justice requires sacrifice, suffering and
struggle. . .." Martin Luther King, Jr. – and- " The very essence of civil
liberty is the right of every individual to claim the protection of the laws
whenever he receives an injury." Hon. John Marshal,   the fourth Chief
Justice of the Supreme Court of the United States,

   **Plaintiff Anthony bayad ("I")** respectfully move this the court to schedule a

hearing on my motion(s) and on the Relief requested as stated in the complaint and to

discuss if this court is going to proceed with Trial by Jury demanded -  stated in the

complaint. Let make no mistake, when the fact are straight forward, that in this law suit

there was no discovery and even absent of such right,  the complaint and it(s) 28 exhibits

direct Evidence(s) -  these  direct evidence(s),   it(s)   established the existence of

1



discriminatory intend behind the employment decision without the inference or the

presumption. see *Santiago-Ramos   vs.    Centennial    P.R. Wireless Corp.*, 217 F. 3d

46, 56 ( 1st Cir.) and let make no mistake when "The ORDER DATE NOVEMBER 10,

2005 CASE No. 04-CV40146FDS (D. Mass);  The Honorable Chief Magistrate Judge,

the hon. Charles B. Swartwood III, "similar acts of discrimination  is admissible .. . "

of this court support the complaint Docket Entry #.  Similar act of discrimination

by the same defendants is  admissible, ruled by this court in it own order, <u>allowed</u>.

See:   Anthony Bayad v.  Lucent Technologies *( Carl Wiese-Owner-* **Systems**

*defendant) ; Anthony Savastano* **Cisco Systems Defendant**:   Case  No.  U.S.D.C.,

S.D. Fla.,  Case No. 97-6671-Civ-Roettger.  History – intend- motion-intend-

disparate impact of similar act of discrimination is admissible by the same

defendants are admissible , rule by this court in it own order, allowed; see *Hamdi*

*Elsiah  v.  Lucent Technologies ( Carl Wiese – owner* **Cisco Systems***); Anthony*

*Savastano et al*. Cisco Systems);  Case the  U.S.D.C., S.D. Fla., Case No. 97-

6778-Civ-Marcus. Let put this matter to rest, once again, in support of similar act

of discrimination and history/motive/intend and /disparate impact is admissible –

allowed by this court; see this court order issued by The Honorable Chief

Magistrate Judge, the hon.  Charles B. Swartwood III, the "The ORDER DATE

NOVEMBER 10, 2005 CASE No. 04-CV40146FDS (D. Mass). Now, we turn the

attention of this court and I tell this court to review the Florida cases and to review

the complaint docket Entry #1 at the page that invoke jurisdiction, in such

2

jurisdiction section I notified this court that **VII §§ 703-70**4, it(s) <u>protective law</u> has been invoked because I have once filed a complaint with E.E.O.C. against the same defendants, Anthony Savastano and Carl Wiese, **Cisco Systems**/<u>Lucent Technologies</u>, and I have once filed a law suit in **United States District, the southern district of Florida**, once again, again the same defendants, Carl Wiese and Anthony Savastano, **Cisco Systems**/Lucent Technologies). The fact are straight forward, with direct evidence embedded in the complaints support my claims of discrimination and declare defendant in violation of my federally protected rights. When the law is crystal clear, and well defined and <u>retroactive cure</u> plaintiff Bayad ' <u>claim of discrimination</u> as it is very clear that <u>Title VII Section **703** and Section **704**</u> makes it unlawful for an employer as Cisco Systems and its owners ( Carl Wiese & Savastano) " to discriminate against any of his employees. . . because he/she as Plaintiff Bayad, who has opposed any practices made an unlawful employment practice by this subchapter, or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter. See the right to sue letter provided by the EEOC is **attached to the motion – docket Entry # 63 ( Motion similar act discrimination admissible- <u>denied</u> when in fact need to be <u>allowed</u>)** to the law suit filed in U.S district Court of Fort Lauderdale Florida. Although, we can further and review such subchapter of Title VII Section 703 and Section 704 define as follow:

    (D) the common ownership or financial control, of the employer and the  corporation.

## UNLAWFUL EMPLOYMENT PRACTICES

SEC. 2000e-2. *[Section 703- 704]*

(a) It shall be an unlawful employment practice for an employer -

    (1) to fail or refuse to hire or to discharge any individual, or
otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

    (2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

(b) It shall be an unlawful employment practice for an employment agency to fail or refuse to refer for employment, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin, or to classify or refer for employment any individual on the basis of his race, color, religion, sex, or national origin.

(c) It shall be an unlawful employment practice for a labor organization-

    (1) to exclude or to expel from its membership, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin;

(2) to limit, segregate, or classify its
membership or applicants for membership, or to
classify or fail or refuse to refer for
employment any individual, in any way which
would deprive or tend to deprive any individual
of employment opportunities, or would limit
such employment opportunities or otherwise
adversely affect his status as an employee or
as an applicant for employment, because of such
individual's race, color, religion, sex, or
national origin; or

(3) to cause or attempt to cause an
employer to discriminate against an individual
in violation of this section.

(d) It shall be an unlawful employment practice
for any employer, labor organization, or joint
labor management committee controlling
apprenticeship or other training or retraining,
including on the job training programs to
discriminate against any individual because of
his race, color, religion, sex, or national
origin in admission to, or employment in, any
program established to provide apprenticeship
or other training.

Wherefore, respectfully demand a hearing on all motions pending and the relief requested, when " It is a vain thing to imagine a right without a remedy: for want of right and want of remedy are reciprocal." Sir John Holt. (Sir **John Holt** (1642-1710) was Lord Chief Justice of England and Wales from 17 April 1689 to 11 March 1710.); The **Lord Chief Justice of England and Wales** was, historically, the second-highest judge of the Courts of England and Wales, after the Lord Chancellor. Although the Court of the King's (or Queen's) Bench had existed since 1234, the title of chief justice was not used until 1268. As a result of the Constitutional Reform Act 2005, which removed the judicial functions from the office of Lord Chancellor, he or she is now the head of the judiciary in England and Wales;

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by First class - U.S. Mail on January  5 , 2007.

Respectfully submitted

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

# EXHIBIT C



**DLA PIPER**

DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
T 617-406-6000
F 617-406-6100
W www.dlapiper.com

MATTHEW IVERSON
matthew.iverson@dlapiper.com
Direct Dial: 617-406-6038
Direct Fax: 617-406-6138

January 3, 2007

**By First-Class Mail**

Ms. Karen L. Gibson
Catuogno Court Reporting
Boston Harbor Hotel
30 Rowes Wharf
Boston, MA  02110-3345

  Re: Bayad v. Bastian, Civil Action No. 05-11005-PBS

Dear Ms. Gibson:

  I am an attorney with the firm of DLA Piper US LLP ("DLA"), and I represent the defendants in the above matter (the "Bayad Litigation"). I have been notified that the plaintiff, Anthony Bayad, has retained your firm to provide transcription services for the various defendants' depositions. I write to inform you that Judge Patti B. Saris has entered a protective order in the Bayad Litigation requiring that the court reporter transcribe those depositions from DLA's offices, located at 33 Arch Street, 26th Floor, Boston, Massachusetts, 02110-1447. For your reference, I am enclosing copies of the Defendants' Motion for Protective Order (Tab A), Bayad's opposition (Tab B), and the Court's Order granting the Defendants' Motion (Tab C).

  I will contact you when the dates of the various depositions are finalized. Should you have any questions, please do not hesitate to contact me.

    Sincerely,

    Matthew Iverson

MI:btj
Enclosures

cc: Anthony Bayad (By Federal Express -- With Enclosures)

BOST1\456074.1
26573-15

# EXHIBIT D



**DLA Piper US LLP**
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
**T** 617-406-6000
**F** 617-406-6100
**W** www.dlapiper.com

MATTHEW IVERSON
*matthew.iverson@dlapiper.com*
*Direct Dial: 617-406-6038*
*Direct Fax: 617-406-6138*

January 4, 2007

**By Federal Express**

Mr. Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

Re:  <u>Bayad v. Bastian</u>, Civil Action No. 05-11005-PBS

Dear Anthony:

I write in response to your proposed schedule of depositions. While the dates that you suggested conflict with the schedules of the various witnesses, the following dates, within the same general timeframe, should work (subject to final confirmation with several of the witnesses):

Celia Harper-Guerra – January 19, at 1 p.m. EST.

Carl Wiese – January 23, at 1 p.m. EST.

Anthony Savastano – January 31, at 1 p.m. EST.

Kate DCamp – February 1, 2007, at 1 p.m. EST.

Lynn Fraser – February 2, 2007, at 1 p.m. EST.

Rick Justice – February 5, 2007, at 1 p.m. EST.

Please let me know if this schedule is acceptable. Please also be advised that, according to the court's discovery order, you must first subpoena both Anthony Savastano and Carl Wiese if you wish to take their depositions.

Sincerely,

Matthew Iverson

# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

*Plaintiff,*

v.

JOHN CHAMBERS, *et al.,*

*Defendants.*

CIVIL ACTION NO. 04-104468-GAO

## MOTION OF DEFENDANTS JOHN CHAMBERS, ANTHONY
## SAVASTANO AND CARL WIESE FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), defendants John Chambers, Anthony Savastano and Carl Wiese (the "Cisco Defendants") move the Court for a protective order prohibiting plaintiff Anthony Bayad ("Plaintiff" or "Bayad") from directly communicating with the Cisco Defendants or any other Cisco employees, and directing him to communicate with outside counsel only in writing.  In support of this motion, the Cisco Defendants state the following:

1.      In the past, after repeated and harassing telephone calls by Bayad to the Cisco Defendants and other Cisco employees, Bayad agreed with counsel for the Cisco Defendants that he would not contact the Cisco Defendants or anyone else at Cisco directly, but would direct his communications to outside counsel only.

2.      Nonetheless, Plaintiff thereafter continued to make telephone calls to the Cisco Defendants and to other Cisco employees.  The calls persisted notwithstanding renewed requests by counsel that Plaintiff stop and notwithstanding Plaintiff's own renewed commitments to cease making such calls.

3.    Through the date of this motion, Plaintiff continues to make frequent telephone calls to Cisco, principally to Cisco's General Counsel, Mark Chandler. Bayad leaves long, rambling, emotional, and sometimes threatening voicemails.

4.    Bayad's telephone calls and voicemail messages to the Cisco Defendants and other Cisco employees are harassing, upsetting, and burdensome. A binder of informal transcriptions of some of the voicemails left by plaintiff for the Cisco Defendants and other Cisco employees (Binder A) is submitted herewith, see for example Tabs 8 and 20.

5.    Plaintiff also makes multiple telephone calls almost every day to outside counsel, including the undersigned and DLA Piper attorneys Robert Mathias and Robin Tarr. He fills their voicemail machines with rambling, often irrational, emotional and often threatening voicemails. A separate binder of informal transcriptions of examples of these voicemails left for outside counsel (Binder B) is also submitted herewith, see for example Tabs 17, 18 and 27. On occasions when Bayad speaks directly to outside counsel, those conversations are lengthy and difficult.

6.    Recordings of some of the voicemails left by Plaintiff are available for review by the Court at the February 7, 2005 status conference in this action.

7.    Rule 26(c) of the Federal Rules of Civil Procedure, entitled "Protective Orders," empowers the Court "[u]pon a showing of 'good cause' by the movant to . . . make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Ameristar Jet Charter v. Signal Composites, Inc., 244 F.3d 189, 192 (1st Cir. 2001) (quoting Fed. R. Civ. P. 26(c)). Bayad's pro se status does not excuse his conduct. See, e.g., Eagle Eye Fishing Corp. v. United States Dep't v. United States Dep't of

- 2 -

<u>Commerce</u>, 20 F.3d 503, 506 (1st Cir. 1994) (stating that <u>pro</u> <u>se</u> litigants are not excused from compliance with procedural rules).

8.      Plaintiff's constant calls and voicemails are annoying, oppressive and burdensome.  They serve no legitimate purpose and are made for the sole purpose of harassing and burdening the Cisco Defendants, their fellow Cisco employees, and their counsel.  Under Rule 26(c), there is good cause to enter a protective order to prevent the calls and voicemails from continuing.

WHEREFORE, the Cisco Defendants respectfully request that the Court enter a protective order prohibiting Plaintiff from directly communicating with the Cisco Defendants or any other Cisco employees, and requiring Plaintiff to communicate with outside counsel only in writing.

Respectfully submitted,

JOHN CHAMBERS, ANTHONY SAVASTANO,
and CARL WIESE,

By their attorneys,

Bruce E. Falby, BBO #544143
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA  02110
Phone: (617) 406-6000
Fax:    (617) 406-6100

Dated:  February 7, 2005

- 3 -

# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

      *Plaintiff,*

v.

CISCO SYSTEMS, INC., BRUCE
BASTIAN, KATE DCAMP, LYNN
FRASER, CELIA HARPER-GUERRA,
and RICK JUSTICE,

      *Defendants.*

CIVIL ACTION NO. 05-11005-PBS

### INFORMAL TRANSCRIPTIONS OF VOICEMAILS RECEIVED
### BY CISCO EMPLOYEES FROM PLAINTIFF ANTHONY BAYAD
### RE-SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE
### AND FOR PROTECTIVE ORDER TERMINATING DISCOVERY

Respectfully submitted,

CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE
DCAMP, LYNN FRASER, CELIA HARPER-GUERRA,
and RICK JUSTICE

By their attorneys,

/s/ Bruce E. Falby
Bruce E. Falby (BBO #544143)
Matthew Iverson (BBO #653880)
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  January 11, 2007

# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

     *Plaintiff*,

v.                                     CIVIL ACTION NO. 04-104468-GAO

JOHN CHAMBERS, *et al.*,

     *Defendants*.

**INFORMAL TRANSCRIPTIONS OF VOICEMAILS RECEIVED BY CISCO
EMPLOYEES FROM PLAINTIFF ANTHONY BAYAD
SUBMITTED IN SUPPORT OF
MOTION OF DEFENDANTS JOHN CHAMBERS, ANTHONY
SAVASTANO AND CARL WIESE FOR PROTECTIVE ORDER**

Respectfully submitted,
JOHN CHAMBERS, ANTHONY SAVASTANO,
and CARL WIESE

By their attorneys,

Bruce E. Falby, BBO #544143
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA  02110
Phone: (617) 406-6000
Fax:     (617) 406-6100

Dated:  February 7, 2005

**BINDER A**

Index of Voicemails Received by Cisco Employees
from Anthony Bayad

| Tab | Date | Message Number | To | From |
|---|---|---|---|---|
| 1 | 1/27/2005 | VMT 621995 | Mark Chandler | Anthony Bayad |
| 2 | 1/27/2005 | VMT 621994 | Mark Chandler | Anthony Bayad |
| 3 | 1/27/2005 | VMT 621993 | Mark Chandler | Anthony Bayad |
| 4 | 1/26/2005 | VMT 621414 | Mark Chandler | Anthony Bayad |
| 5 | 1/26/2005 | VMT 621413 | Mark Chandler | Anthony Bayad |
| 6 | 1/26/2005 | VMT 621412 | Mark Chandler | Anthony Bayad |
| 7 | 1/26/2005 | VMT 621411 | Mark Chandler | Anthony Bayad |
| 8 | 1/26/2005 | VMT 621410 | Mark Chandler | Anthony Bayad |
| 9 | 1/26/2005 | VMT 621409 | Mark Chandler | Anthony Bayad |
| 10 | 1/20/2005 | VMT 620796 | Mark Chandler | Anthony Bayad |
| 11 | 1/18/2005 | VMT 620798 | Mark Chandler | Anthony Bayad |
| 12 | 1/12/2005 | VMT 620701 | Mark Chandler | Anthony Bayad |
| 13 | 1/5/2005 | VMT 618525 | Mark Chandler | Anthony Bayad |
| 14 | 1/5/2005 | VMT 618524 | Mark Chandler | Anthony Bayad |
| 15 | 1/1/2005 | Bayad Voicemail to Cisco | Mark Chandler | Anthony Bayad |
| 16 | 12/30/2004 | VMT 618526 | Mark Chandler | Anthony Bayad |
| 17 | 8/6/2004 | VMT 601189 | John Chambers | Anthony Bayad |
| 18 | 8/6/2004 | VMT 601628 | Carl Wiese | Anthony Bayad |
| 19 | 8/6/2004 | VMT 601181 | John Chambers | Anthony Bayad |
| 20 | 8/3/2004 | VMT 600113 | John Chambers | Anthony Bayad |
| 21 | 7/19/2004 | VMT 599038 | John Chambers | Anthony Bayad |
| 22 | 7/19/2004 | VMT 599051 | John Morgridge | Anthony Bayad |
| 23 | 6/2/2004 | VMT 590742 | Mark Chandler | Anthony Bayad |
| 24 | 4/1/2004 | VMT 585507 | Mark Chandler | Anthony Bayad |
| 25 | 12/30/2003 | Anthony Baird #2 | Carl Wiese | Anthony Bayad |
| 26 | 12/30/2003 | Anthony Baird #1 | Carl Wiese | Anthony Bayad |
| 27 | 12/29/2003 | VMT 568875 | Anthony Savastano | Anthony Bayad |
| 28 | 12/24/2003 | VMT 569390 | Lynn Fraser | Anthony Bayad |

# EXHIBIT 1

621995.txt

that was sent to Cisco's general counsel, Anthony -- I'm sorry, Cisco's general
counsel, Mark Chandler. from Anthony Bayad on January 27th, 2005,

voice mail message

# REDACTED

--------- FORWARDED MESSAGE -------------------

Mr. Chandler, you have a problem -- this is Anthony Bayad.  You have a problem with
your voice mail and you in data communications?  What's wrong with this company now?
 Get a good voice mail.

And I just want to leave you with this thought, Mr. Chandler.  I am not desperate, I
call you because you're an attorney and I'm trying to help you to see the light.
Because Mr. Matteus he's looking for -- to transfer some money in an offshore
account.  And guess what -- with what happening with homeland security, things are
tight, he doesn't know what to do.

In Massachusetts people are very honorable -- officials, they don't take bribes.
And that's why he's stuck.  And at last, Mr. Chandler, tell Mr. Matteus if he were a
wonderful lawyer, like I said, he should review the Cisco business code of conduct
and the application and then find out how can we take this company to 21st century
because Anthony Bayad **gave** us -- he raised a flag and this is very critical for
the company to understand the magnitude and the liability set forth, you know, in
the future of Cisco, in the future of Chambers, and the rest of the golden boys.
Take care, Mr. Chandler.

And guess what, rule 56 will stand trial according to the seventh amendment will be
granted.  And a no hire list does exist and you guys committed perjuries.  And if
you need some -- in the future - help Mr. Chandler, I'm not looking for my job.  I
don't -- I don't need that job because, Mr. Chandler, because if you guys were
smart, you will be my number, my back pay, my stock options, and give me a job
overseas.

Guess what?  You guys are so arrogant because we, you and I and the rest Americans,
we are so arrogant we **think** on top of the world, sometimes we become stupid.
And that's makes both of us, I'm not just talking you.  It's in -- it's a promotion.
 Take care, Mr. Chandler.

And tell Mr. Matteus I have a right to speak with anybody that is an attorney and
officer of the court.  And don't scare me, you know, don't scare me, think I'm a
**(inaudible)** from Venezuela.

# EXHIBIT 2

621994.txt

mail message that was left on January 27, 2005 for Mark Chandler, our general voice
counsel from Anthony Bayad, B-A-Y-A-D,

# REDACTED

---------- FORWARDED MESSAGE --------------------

Hi, Mr. Chandler, I forgot the **(inaudible)** for leaving you three voice mails,
but that concern the future and your investment.

I provided notice of deposition 60 days. And I complied with demand that said no
deposition will be taken at the end of discovery -- written discovery. Guess what?
The written discovery is set for the 4th of February; that's the deadline. That
means Lynn Frazer is going to be the first one be -- to be deposed on the 14th, I
believe, I don't have the paper in front of me.

And I spoke to the U.S. Marshall in federal court. They said that if you guys -- I
asked them if I can use the room. And they said judges can do anything they want.
They can provide that room at any time on the weekend or in the afternoon, whatever.
But if the judge can say so, then we do this. Because if you guys thinks I'm a
terrorist or a criminal or a monkey, then provide me the criminal records and also
you can hire a security -- executive security, you have many of them, that they can
sit down and protect me and protect you. Okay?

Because Mr. Folgrey he thinks that the court will not grant me such thing. And if
he doesn't grant me such thing, then it's abuse of his discretion and it's offensive
to the rule of laws and it interfere with my right of due process.

And you, Mr. Chandler, Mr. Matteus, and Mr. Falby. And Robin Tar, and Lisa Goodheart
are very liable in a supreme court because you guys are officer of the court and
member of the -- member of -- I think of -- you are member of the -- what they call
that, the bar association for the jurisdiction of where you practice. Take care.

# EXHIBIT 3

621993.txt

sent to Mark Chandler, general counsel, from Anthony Bayad, B-A-Y-A-D, on January 27th.    It was

# REDACTED

---------- FORWARDED MESSAGE --------------------

Mr. Chandler, as two Americans exchanging ideas and laughing because of the Superbowl on Sunday and I believe the Patriots will win because Boston is very strong.  And I just want to share this with you, Mr. Chandler.

Mr. Weise, he now is vice-president of product technology.  I guess, I told you what I heard from Mr. **Selry**, how can somebody sit down in my class teaching them networking and then graduate from a college.  He doesn't have a master's degree, just a bachelors, not in technology like me, like Anthony Bayad or other minorities out there.  And he's a vice-president.

It's funny I used to -- he doesn't even know what IP.  If you ask him right now what's DecNet level one, level two, he will be lost.  The only thing he knows now is IP because he's read the book.  But if you ask him about DecNet level one, level two, you know, zone one, zone two, you know, I don't think he understand it.  But it's funny.

And then Mr. Sevestano, he was included in three lawsuit and he was declared racist.  And he's a vice-president of Cisco and now he's an officer of the company.  Ah, Mr. -- and also compare his face with my face, and you can see I'm a lovable guy.  And Mr. Sevestano looks like a killer, like a  -- you know, black jack or jack -- Jack the Ripper, I guess **according** to Hollywood.

It's funny, Mr. Chandler, what a [phone break] **(inaudible)**.  Cisco has changed, buddy.  And you guys are going to lose your investment, Mr. Chandler, believe me.  And don't blame me.

Remember, Lucent is protected like a government of United States and people are running right now.  And, you, Mr. Chandler, the only thing you **guys now** is couple of guys, you know, couple of congressmen, you know.  A congressman cannot do anything now because concrete evidence, a lot of evidence against you.  Also, precedence from Florida.

You're going to breathe a lot of problems and Cisco is going to inherent problems from Florida.  And who you need to blame, Mr. Chandler?  You need to blame Mr. Weise, and Mr. Sevestano, and HR.  HR because HR is not doing their job.  You cannot hire people that have records.

# EXHIBIT 4

621414.txt

Attached is the first of six voice mail messages left on January 26, 2005, by Anthony Bayad for Cisco general counsel Mark Chandler.

# REDACTED

--------- FORWARDED MESSAGE -----------

Mr. Chandler, it's Anthony Bayad. For some reason your voice mail is not working fine. Just to let you know, give you some heads-up, Mr. Matais is directing the attorneys. And you guys commit perjury, and you have committed perjury.

Also, there's a lot of things that you guys are denying, and that's not deny, that's perjury, lie. Are you sure that no-hire list does not exist? Do you want me to e-mail it? After February, Mr. Matais, we are going to take the deposition. After February, do you want me to e-mail it to all companies and all those Indians in a broadcast? It's easy, I'm an engineer, you know that.

Also, Mr. Chandler, Mr. Matais does not follow the rule of law, the standard procedure. He designed the scheduling of the trial -- conference. And then he asked for extension. We granted him an extension. And he failed to comply with the rule of civil procedures.

And Mr. Chambers did not provide his answer. Is this because he's above the law? And then now he's going to litigate that we cannot take deposition? Mr. Chandler, is there something wrong in this country? They are defendants. We cannot the message out there that if you have blue eyes and your last name is Chander - Chambler -or Chandler, and you used to be a salesperson, and you hired white **(inaudible)** racist. And they committed hate crime in Florida against Mr. Bayad. And we cannot - and we tell the world that even Anthony Bayad is an American citizen of the United States for 20 years. We cannot give him - he does not right of due process in this country.

And then also, Mr. Chandler, remember, there's always a first amendment. Don't forget that, Mr. Chandler. And if I were you, tell Mr. Matais, do not call me and threaten me. You know, if he calls me, I am going to file a complaint with the Bar Association, and I'm going directly to the Boston Globe and the Herald. And I'm not kidding.

And then forget about broadcasting the no-hire list to every company. You know, come on, Mr. Chandler, wake up and smell the air -- comply with the rule of laws. You know, I did not tell you to hire racists in your company, Mr. Weise and Mr. Sebastano. And **(inaudible)** my **face** to Mr. Sebastano, nobody is going to like Mr. Sebastano.

And guess what? The trial will survive. The Rule 56 **(inaudible)**, Mr. Chandler, is not going to survive for you. You know why? Because Avaya **conquered** evidence against you guys. Next time when you hire some people, make sure you look at their record. You know? Unless you guys are white -- you are running a racist company. And that's good for you, Mr. Chandler, good luck.

And tell Mr. Matais to comply with the rule of law, because there is law in this country, and perjury is very serious, it's a crime. And do not destroy evidence like you did before, Mr. Chandler. Good luck to you.

# EXHIBIT 5

621413.txt

the second message out of six sent to Cisco's
general counsel Mark Chandler on January 26, 2005 from Anthony Bayad?

**REDACTED**

--------- FORWARDED MESSAGE -----------

Mr. Chandler, this is Anthony Bayad again. I just wanted to let you know that when
I call you, it's not I'm desperate. Except because we Americans -- sorry about the
noise -- because you know, I'm on the street. I'm homeless, Mr. Chandler. We
Americans, you and I, United States citizens, we are very arrogant. We think **on
top of the world.** We are not.

And that's why I called you, make sure you have touched base with the Earth. And
Mr. Chandler, if Mr. Matais thinks he's the best lawyer, and he has an army of
lawyers, what does he tell you **two things** to do? He read the business code of
conduct with Cisco. They've got a couple of glitches that puts Cisco's liability
very high.

And I'm not going to tell you, unless maybe you sit down with me and I help you.
Remember, I predicted Wilson downfall. And you don't want me to predict Cisco's
downfall. Please, Mr. Chandler, **(inaudible)** rule of law, let the court decide.
Honestly, give evidence. You know, obey the law and move on, you know?

And let the court -- we have a legal system. We are Americans. Remember, I'm an
American for 20 years. And Mr. Chandler, let the court decide. Because first, I am
begged Mr. Matais to settle and go home. Guess what? Mr. Chandler thinks I'm a
ranchero, Armando. You know, Armando Nabbas. DO I look like Armando Nabbas, Mr.
Chandler?

Mr. Chandler, we don't have to go back in the past. Who built the first university
of the world? People like me. Who's grandfathers name on the Rock of Gibraltar?
You? No, me. Come on, Mr. Matais -- Mr. Chandler. You know, and whatever Mr.
Matais is telling you, I think your portfolio is going to shrink. And I'm sorry for
that, Mr. Chandler.

And also remember, Nortel is $3, all the companies are $3. And Cisco is 18. Maybe
Cisco will be 7. I think that's what they're predicting right now. And don't blame
me, Mr. Chandler.

# EXHIBIT 6

621412.txt

the third out of six messages left today,
January 26th, 2005 from Anthony Bayad to Cisco's general counsel, Mark Chandler.

# REDACTED

---------- FORWARDED MESSAGE --------------------

Mr. Chandler, this is the last voice mail for the day.

And once again, Mr. Chandler, don't think I'm desperate, I'm trying to help you.
And if Mr. Matteus **consult** a million times, you know, if he was the man, a
Harvard grad, he will seal this case very quickly and it will not allow any damage
to this company and to the executives of Cisco.  Racist hate crime, once in Florida
now in Boston, Massachusetts.

And guess what?  He's smoking his cigar and he's laughing, he's laughing.  I think
he's laughing, he's laughing at you, not me because I'm on top of the world.  I have
a concrete evidence, I have a pattern of behavior, retaliation been established,
prima fascia, **McDonnell**.  What he's going to do?  Rule 56 **cortex**?

Also the -- does he know that I'm going to depose the defendant?  I'm going to put a
video camera.  Does he know that I'm going to give it to TV5 in France and
Al-Jazeera, and the Arab world?  Does he know that?  In Washington, and I'm going to
fly to Dubai and I give it to him with my family, you know.

And Mr. Chandler, he's going to ask why India **on a** no-hire list?  And why he
hire racist in his company.  One of them is Weise and one of them is Sevastano.  He
doesn't tell you this.  Thank you, Mr. Chandler.  I'll call him today and I'll talk
to him and tell him do not call me.

Page 1

# EXHIBIT 7

621411.txt

REDACTED

voice_mail message sent on January 26th, 2005, from Anthony Bayad to
Cisco's general counsel, Mark Chandler?  This is the fourth voice mail message left
today out of six from Mr. Bayad.

---------- FORWARDED MESSAGE --------------------

Mr. Chandler, just want to let you know, and I'm sorry for calling you to many
times.

Just let you know, I do not comprehend every day that two guys, Weezy, Savistano,
came to Cisco brought problems and they are protected.  Why?  But I am American. Mr.
Chandler.  For 20 years I worked for companies, I worked for every job in the world.
 I do not comprehend why you protecting these people, I don't understand that.  It's
incomprehensible in my mind when I see a company and you self, an attorney, problems
been falling down heavy on this company.  You're going to have a problem, you're
dealing with an Arab and an America.

And I have my family here, Mr. Chandler.  You cannot set me up in this country,
buddy, because I have no criminal records.  All I'm doing is fighting for my rights.
 If I can't -- my rights not here, I'm going to go Europe and I'm put you on a Web
site.

My question to you, why I -- if I had made the problem for Cisco, which is I don't
have any problem, I was top notch engineer, and I created one single problem, I'd be
canned in a second.  And then those two guys, wow, very proud, Mr. Chandler, very
proud.

And by the way, if you look at the records, those guys that used to work with me at
Cisco, the new company, if we compare them to me, Mr. Chandler, they are low, low
level, I was higher level.  And guess what, Mr. Chandler?  Good luck, good luck, my
friend.

And remember, tell Mr. Matteus that in this country and in the world there is Web
sites, there is technology that he -- in this case we'll be able to talk to the
world, maybe some time Hollywood will pick up this case.

Thank you, Mr. Chandler.  Good luck.  And Mr. Matteus I don't think he's helping
you, yes, I think he's creating your problems... [Message ends abruptly.]

# EXHIBIT 8

621410.txt

voice
mail message from Anthony Bayad to Mark Chandler, Cisco's general counsel, sent
today, January 26th.  This is number five in a series of six voice mail messages
that were left today.

REDACTED

---------- FORWARDED MESSAGE --------------------

Listen, Mr. Chandler, did Mr. Matteus told you even you are connected with ex-KKK in
congress or maybe ex-KKK in the Supreme Court.  Did he tell you there is a higher
court?  And he didn't tell you that I would take my case, and all the exhibits, and
the no hire list, and the signatures of Mr. Chambers and your buddies and then the
executives what they have done to me, the hate crime, and I go to Europe and I put
on a Web site?  And, Mr. Chandler, and I will also lobby all the media, the German,
the French, and the Arabs.  You know that?  Because my life is over in this country,
you know that.  I cannot work any more.  Now did he tell you that?  Now who's going
to lose, me or you?  Mr. Chandler, wake and smell the -- same air, man.

And also look at you portfolio, it's going to shrink.  And I'm telling you this next
month is not going to be good, you know.  Mr. Chandler, I will depose Lynn Frazer,
useless.  I will depose those two racists.  And Mr. Chambers he is not used to this
behavior, he is not used to the smart guy.  Mr. Chandler, wake up, look around you.

If I were you, Mr. Chandler, this is as an attorney, young attorney, Anthony Bayad,
look at your business code and conduct and told you should be revised.  Couple of
things I can sit down with you and help you out unless you don't care because
there's something in the code of conduct that does not look good.  If Mr. Matteus is
a good lawyer, he will pick up those paragraphs and he -- guess what, he doesn't
know, he doesn't know.  Also the application **need to revise** of Cisco because
there's something going on in that application.

God bless you, Mr. Chamber, I can help you because Dee Camp, you know, she's a white
person, she's a secretary for you guys, that's why.  And those guys that you're
hiring in the Human Resource, I don't think is qualified.  People like me is
qualified, Mr. Chandler, and I don't want job, I want my rights, buddy.  Take care,
chief.

# EXHIBIT 9

621409.txt

Attached is a voice mail message from Anthony Bayad, B-A-Y-A-D, to Mark Chandler,
Cisco's general counsel.  It is the sixth in -- out of six voice mails

# REDACTED

--------- FORWARDED MESSAGE --------------------

Mr. Chandler, I want to help you on behalf of Mr. Mattheus.

Here's what you do for me, you print out your business code of conduct, and you
revise it, and you tell me what section should be revised, I will help you.

Second thing, the application of Cisco need to be revised.  If you want to know why,
I'll show you.  Send it to me, I send it to you on behalf of Mr. Matteus.

Danny Craig from the movie **Sty** movie - and the movie, he thinks he is.  And also
if I were you I'd call right now Mr. Matteus and tell him get on his feet and work
$700 or $800 an hour is too much money to go and file a gag order or seal the case
because this is not good for the future my friend, take care.

I just want to help you, Mr. Chandler, because you know what, very, very educated
and also a United States citizen of this country for 20 years and I'm only 37.

# EXHIBIT 10

**REDACTED**        620796.txt

Would you please transcribe the attached voice mail message that was sent to Cisco's general counsel, Mark Chandler, from Anthony Bayad, B-A-Y-A-D, on January 20th, 2005,

# REDACTED

---------- FORWARDED MESSAGE --------------------

Hi, Mr. Chandler, it's Anthony Bayad.

I just want to let you know so you can, you know, you're working with Mr. Mattheus, I don't think Mr. Mattheus communicating with you properly -- and about the deposition, Mr. Chandler.

I should remind you that -- the sales - rule of procedure, the law of this land, I have a right to put the cameras, videotape the deposition for Mr. Lynn Fraz -- Mrs. Lynn Frazier, individual Sevastano, and Weise, and Mr. Chamber. Just to let you know, Mr. Chandler, you need to understand that we're going to put the videotape because I'm a **pro se**, you know, because Mr. Falgrey and Mattheus and Mrs. **Toz** are going to be objecting and I have to protect myself and also to show the court. And you guys can hire a court reporter, what have you.

And, Mr. Chandler, you have to give me some respect because I did my best to protect this company, you know. I **couldn't** walk to Boston Globe or the -- what do they call it, Wall Street, very easily. I can go to the Fox News, I can go to CNN in downtown New York easily, Mr. Chandler. But give me some respect. Tell Mr. Mattheus do not call me, call me -- I'm trying to extort money or I am terrorist respectfully Mr. Chandler.

And third, Mr. Chandler, explain to me, how come I cannot work seven years, I'm an American? And Mr. Narvas, you know, he gets terminated and he goes -- and then his review maybe is lower and he goes back to work with Protege Services, which is a reseller for Cisco and no problem. I -- why me, Mr. Chandler?

I'm -- I was sent a letter by Mark Patten and Mr. Mattheus restricting me from Cisco and that destroy my life. And, you know, since 1997 I've been destroyed and homeless because Mr. -- not Mr., individuals, Wiese and Sevastano. And just to help you because you're an attorney and an officer of the court, just look at this -- my face that you have an older photo. Look at the new photo, I can send it to you, look at my face and look at the face of Sevastano. Now tell me when the tourist see that guy or the judge see that guy, the judge sees that picture of Mr. Sevastano, you know how he looks like, he look like a cold bloody person, you know, a killer, racist.

We don't **we** go into detail, Mr. Chandler. I've been very nice to Mr. Mattheus. I give a lot of information, I gave him everything. And guess what? They have not by **(inaudible)** evidence given me anything.

I just let you know, Mr. Chandler, don't take Anthony, you know, he's a trouble or this person has an issue or I'm desperate. No, Mr. Mattheus -- Mr. Chandler, I'm just trying to help you guys understand that there is a rule of laws that nobody is above the law. And I'm an American. And guess what? Mr. Narvas is not an American and he has a job. And I know -- and you guys you have no problem with Amato, you have a problem with me. Because why, Mr. Chandler, why, Mr. Chandler? You tell me, explain to me, seven years, you know.

CISCO 00143

620796.txt

And also I'm going to give my degree, my diploma from university, I graduated 3.4 GPA. I'm going to put all my achievements, you know, certification, everything, from Nortel, **(inaudible)** Network, everything. And I'm going to put it in a box and I'll give it to Mr. Felby at the hearing in front of the judge because. And Mr. Chandler, I cannot work anymore, now you tell me, you tell me what I'm going to do with the university diploma, you know.

Take care, Mr. Chandler. And if it was you and I, you should just keep this between you and I. If your secretary read this **(inaudible)**. You know, Mr. Mattheus he just want to get paid. Because he won one case in Florida because Florida, you know, there's no law, you know. If I was in Florida right now I would not file lawsuit, you know. But I just let you know. And I told him, you're going to win this lawsuit, you know. Because, you know, I know the rule of law and I didn't want to help Mr. Navas because I don't care. I care about my life.

Take care, Mr. Chandler. And I think in two minutes Mr. Mattheus is going to call me, threaten me.

CISCO 00144

# EXHIBIT 11

REDACTED        620798.txt
                -----

Would you please transcribe the attached voice mail message that was sent to Cisco's general counsel, Mark Chandler, on January 18, 2005? And it was sent from Anthony Bayad, B-A-Y-A-D. If you could have it transcribed and e-mailed to me, I would appreciate it very much. Thank you.

-------- FORWARDED MESSAGE ------------

REDACTED

-------- FORWARDED MESSAGE ------------

Hi, Mr. Chandler, this is Anthony Bayad. And since you're the counsel for Cisco and you're the lead counselor for the litigation standing in Massachusetts, just to let you know that I've been speaking with your counselors, **Papa Rednick**, which is Mr. Bob Matthias and Robin and Mr. Fulby. I think Mr. Fulby right now is in West Coast right now.

I should let you know that I have given him a zillion information, Mr. Chandler. And as you know, there's a rule of law in this country that nobody's above, nobody's below. I should let you know they have not given me one exhibit. And if you look at my face and then compare them, those two are Musketeers that you hired. One of them is Wiese and one of them is Sevastano.

You can see my face is a real human and the other people have some issues with race because maybe when they were young they were -- there is something when they were baby something happen to them.

And I don't want to go in detail, Mr. Chandler. I've been helpful and I've been very nice. I'm an American, like yourself, like anybody in this land. And I live in Massachusetts. I abide by rule of laws.

I try to help your counselors. I give them ultimatum. I give them some incentives. I told them that the only thing I want in my job as an American and whatever I lost and I go on with my life. You know what I mean?

And directly show, Mr. Chandler, when I used to work with you guys, even though I was crucified by Tony Sevastano behind the doors and my name was put in some list and what have you and my name was broadcast to every manager that I'm somebody on a lower level, which is a second class citizen.

I keep my personality and my education and my life as I was put homeless by your Sevastano and Wiese back in Florida. And I came and I worked with Cisco and I left him alone. I work, I did my job, and guess what, somebody -- those two guys, again, they walked me out for no reason.

Now you tell me a reorg and you have not **reviewed** this case. And a Macdonald theory and explain a prima facia and retaliation has been established, Mr. Chandler.

And what Mr. Matthias is hoping is somebody in the court in Massachusetts that will help him. And I can - as the rest will assure you, Mr. Chandler, nobody's going to help him because, Mr. Chandler, this is not Florida or the southern region. Racism is not occurring in the first circuit.

And I can get onto you, Mr. Chandler. I've been very nice guy and I've been trying to protect this company. I did not exercise my first amendment. I did not broadcast a no-hire list to every company to every Indian out there in that list. I've been very nice because there's a lot of shareholders investing their money with Cisco.

And that money they invested for their kid to go to college. And I'm an American.
                          Page 1

CISCO 00141

620798.txt

I am proactive and I love this country and I try to help them. Mr. Chandler, I cannot keep going and tell you everything. Mr. Chandler, tell Mr. Matthias to play by rule of law, give me some evidence and **bind by** rule of laws.

They think that because they are a one billion company they can send a message as they are an officer of the court, like yourself. They're going to send a message that people like -- people capitalistic like defendant, Mr. Chandler, with blue eyes they can be immune from the position, that the rule of law does not apply for those that **break** the law because they have blue eyes. You can't do that.

Also, they send a message out there that I am a terrorist, Mr. Chandler. If I am terrorist, please bring me one rule of laws or one record that I'm criminal.

And also, if I'm a terrorist or a second class citizen, Mr. Chandler, why did you call the Spanish embassy in Washington, D.C., and ask them what Salamanca, the city of Salamanca, the University of Salamanca, who build it. I build it -- the north African, my ancestor build it.

Also, ask them about the Rock of Gibraltar, Mr. Chandler. And he's going to tell you whose name on that Rock of Gibraltar in southern Spain, the British-owned island in southern Spain. North Africa.
Also, Mr. Chandler, you can call these the Israeli embassy and ask them who's Moroccans. Half of the Israelis are Moroccan. You know why, Mr. Chandler? Because there were two boats, three boats from the end of World War II, they were floating and nobody wants to take the Jews after World War II. We took them, the north Africans.

I'm a leader, Mr. Chandler. Unfortunately, I am not looking for troubles because somebody wants trouble, they cannot **(inaudible)**. Mr. Chandler, respectfully to you, Mr. Amato Abbott is not Anthony Bayad. And tell Mr. Matthias to...

[Message ends abruptly]

CISCO 00142

# EXHIBIT 12

REDACTED

January 12, 2005, forwarding a message to be transcribed. This was sent from Anthony Bayad, B-A-Y-A-D, to Cisco general counsel Mark Chandler on today's date.

-------- FORWARDED MESSAGE -----------

Good morning, Mr. Chandler, this is Anthony Bayad. I left you a voice mail last -- yesterday. And just to let you know, I spoke many, many times with Mr. Matais, Rudnick, Craig Kerry, the 1 billion revenue law firm.

And I've given a lot of outlines, and I've helped him a lot with those depositions. And I know the rule of law and I know my rights, Mr. Chandler, as you already know. And I tried to help him out. And guess what, Mr. Chandler? He has not given me any exhibit because of you telling him that maybe I am a second class citizen of this land. Probably, you know, he has no ground.

But Mr. Chandler, you guys need some time to take wake up and look around you guys. You've just been in the office for so long. And you know, you cannot violate the rule of law. Nobody can break the law. We went ough this, Mr. Chandler.

second thing, Mr. Chandler, I told Mr. Matais and Mr. McCoor and this army of lawyers that they will win the lawsuit pending in Florida with Mr. Nabbas. You know, because, Mr. Chandler, as you know, and Sebastano will tell you the same thing, I am an American. Mr. Amata Nabbas, he's not an American, and he does not understand the rule of law. I do, Mr. Chandler.

And I did not want to get involved in the lawsuit pending in Florida. You know, just to let you know, they have not given me anything. And there is a deposition set too, and I gave them the place and the reason. We can take it in Saudi Arabia, we can take it in China, we can take it anywhere, Mr. Chandler.

And Lynn Frazier must be deposed next week -- next month, which is two weeks from now. And two more, Mr. Sabistano, Mr. Chambers, must be deposed sometime next month also. And then Ronowski is going to be deposed. And Mr. **Fablia** is in your area.

Mr. Chandler, respectfully, You cannot win this game, and you're not going to win this game. Because you know why? Because you brought problems to your company with those two musketeers - respectfully to them. You know, musketeer is not an insult. Musketeer is a name. You know, those guys are twins. They come to the company, and destroy company. I don't destroy company.

Sir, I was working, trying to bring food to my family, Mr. Chandler. And guess what, Mr. Chandler? Nobody's going to -- you're going to find a Rule 56 based on what ground? Oops, because Anthony is a second class citizen of this land? No, Mr. Chandler, you're not going to win this case. There's nothing. And what are they going to put in the Rule 56? Deposition must be taken, that's that.

ou know, Mr. Chandler, I gave them lot of incentives, and ultimatum. I told them, give my job back overseas. e me my loss and everybody goes home. You know, I mean, Mr. Matais thinks he's a democrat, he think .e's connected in Massachusetts. What if **I assume**, Mr. Chandler, and Mr. Matais is connected?

1

Now if those people who help him, those officials, he doesn't know that I'm going to go with sign in front of the building? You know, this is America, and this is Boston. You know, Mr. Chandler, I'm trying to help you guys and talk to Mr. Chandler -- Mr. Matais to wake up and smell some air, you know. The rule of law applies to erybody.

 n a **(inaudible)**. I've been abused **(inaudible)**, you know. And also, Mr. Chandler, I gave Mr. Matais everything, even the videotapes that showed about crucifixion of my life and of picking me up in the ambulance. Mr. Sabistano, he's the man. You know how many -- Mr. Chandler, you know how many young kids graduate from university with master degree in finance, and they cannot find a job?

Mr. Sabistano is a person that needs help. Mr. Weese is useless. I'm telling you, Mr. Chandler. Mr. Weese needs to go home tomorrow. And if you fire him tomorrow or give him a big package, you know, white takes care of white. You know where he's going to end up, Mr. Weese? Mr. Weese is going to end up in Avaya with his brother. Thank you, Mr. Chandler.

I'm just telling you, Mr. Chandler. Tell Mr. Matais to wake up and smell some air. You know, he didn't give me some documents, you know. Discovery, you know what I mean? Before he can tell me he's going to win this case, you know.

# EXHIBIT 13

# REDACTED

618525.txt

This is another voice mail message that I'd like transcribed. It was sent on January 5th, 2005, from Anthony Bayad, B-A-Y-A-D, to Mark Chandler, Cisco's general counsel. If you would please transcribe and e-mail it to me, I would appreciate it, thank you.

# REDACTED

--------- FORWARDED MESSAGE -----------

This message for Mr. Chandler. The voice mail, Mr. Chandler -- my name is Anthony Bayad -- is acting very funny. I tried to leave you a voice mail, but the -- problems to some options.

But, however, I just want to make sure, Mr. Chandler, you understand that shortly, I am going to file a second lawsuit. This will make you aware.

And it's my right and a right of any human being out there to advise the other defendant to look into it so we can protect the shareholder. In Massachusetts, Mr. Chandler, the law of Massachusetts enacted a -- call a false claim act in 2000.

If some citizen of Massachusetts or citizen of this land sees something wrong or somebody stealing money from the government or from the American people, to file on behalf of the government **and copy the** government and attorney general and Security Exchange Commission.

And, Mr. Chandler, the CCIE is a product that you introduced to the market first without **going to the left**. And we just state in a false claim that you introduced that to promote companies and make them rich and then profit from them.

And that's wrong, Mr. Chandler. And also, introducing that product called CCIE -- not accessible to everybody out there and very expensive. And then also, it's not the right thing to do.

And you guys are classifying race and genders, because only white people like -- respectfully to them -- like Mr. Daronowsky and Bruce Dewar that do not have a college degree can pass.

And people with higher intellectual property and the records show like myself and others out there are left out, because they don't look like Daronowsky or Bruce Bastien with those beautiful eyes -- and respectfully to them.

And, Mr. Chandler, don't have Mr. Mattias call me, because he start yelling at me like second-class citizen. You know, the first lawsuit has been filed. Prima facie been established **(inaudible)**.

You cannot put my name in **no-hire** list. You cannot hire two racist guys and protect them. You cannot do that, Mr. -- respectfully to you, Mr. Chandler.

You know, I have been very helpful with you guys and protected this wonderful company. But I guess something is wrong, and I am not going to fix it.

I'm going to let the court -- second lawsuit will be fixed. And just remember, venue jurisdiction been worked out so you cannot dismiss the case, the second one, because the first one is a win-win situation, unless Mr. Mattias is very connected in Massachusetts, which is -- I don't think so.

Page 1

CISCO 00137

618525.txt

Thank you, Mr. Chandler. And please look at the evidence and think. Think and protect the shareholders.

At the end of the day, Mr. Chandler, it's not about you and me. It's about the American people. Thank you, Mr. Chandler.

CISCO 00138

# EXHIBIT 14

REDACTED

618524.txt
---

Hi, this                                                        asking you to please
transcribe the attached voice mail message that was left for Cisco's general
counsel, Mark Chandler, from Anthony Bayad, B-A-Y-A-D, thank you.


# REDACTED


--------- FORWARDED MESSAGE -----------

Good morning, Mr. Chandler.  My name is Anthony Bayad, and I have a case pending
with your executives, and I mean process to serve you with another one under the
False Claim Act of Massachusetts.

As you know, you guys or Cisco -- unfortunately, you are introducing a product on
the market called CCIE to promote, **to frame or** -- it's a false claim, which is,
you build companies, friends of yours like International Network Service, and Mr.
McGuinn, make him a billionaire, and then sell it.  That's defrauding the Security
Exchange Commission.

Also, you classifying race of citizen of Massachusetts and elsewhere else.  And I
have tried to communicate this brief -- you know, definitions to Mr. Matthias.  But
Mr. Matthias believes that people like myself do not have right of due process.

And he tells me that I need to walk away from this case, because I am a second-class
citizen of this land.  That's what he is telling me, because he believes that what
happened to me by Wiese and Savistano -- they're going to get away with it here in
Massachusetts.

Mr. Chandler, I tried my best to protect the company and protect your asset -- your
portfolio, Cisco.  When you wake up in the morning, come to Cisco, you connect to
**want to steer** your investment and your kids' investment.

And you are working hard for the American dream, like I was.  And it was taken from
me, and it has put me homeless and then on the ground, very hard.  And that's
against the law.

Mr. Chandler, when I call you, when I leave you voice mail like this, I am not
asking you for favors, anything.  I am trying to wake you up to see around you that,
sir -- that rule of laws in this land apply to everybody.

And I think you should look around and read the lawsuit, the first one, because the
second one -- you're going to be stunned.  And I give Mr. Matthias -- and I'm sorry.
Your voice mail cut me off.

And, Mr. Chandler, I gave Mr. Matthias a lot of information.  I gave him -- I helped
him out.  I left him a lot of voice mails.  I showed him everything without
deposition.

And he thinks somehow -- and then, first of all, he doesn't care, Mr. Chandler.  He
doesn't care if Cisco, like he said, goes "A" or "B."  He doesn't care.
                              Page 1

CISCO 00145

618524.txt

All he cares is the check that you're going to give him at the end. That's all he cares. And he thinks he is connected in Massachusetts.

Sir, this state of Massachusetts is the center of gravity. And I came to this country to work and to support my family. I did not come to this country to fix companies and then fight with racist guys like Mr. Wiese and Mr. Savistano.

Thank you, Mr. Chandler. And in five seconds, Mr. Matthias going to be calling me, yelling at me, because he thinks I am a second-class citizen, a monkey.

And Mr. Matthias -- Mr. Chandler, I think you should come down February the 5th -- the 7th and see me in action.

CISCO 00146

# EXHIBIT 15

**BAYAD VOICEMAIL TO CISCO**
**1/1/05**

Bayad left message primarily for Mark Chandler forwarded same to Debbie Grace for information purposes…

Good morning. My name is Anthony Bayad and respectfully this message is for Mr. Chandler, Cisco counselor for the record for Cisco. Mr. Bayad would like advise them that another lawsuit would be filed shortly unless Mr. Chandler can maybe help shareholders and help this situation that's going to be very critical for Cisco. Mr. Bayad is going file a lawsuit against Mr. John Goodrich and his company Cisco Systems and as you know the other case is pending in the federal court has been established. _____ has been established and Mr. Bayad has provided all the information and cooperated fully with Mr. Mathias who doesn't care for Mr. Bayad or Cisco or anybody else. He thinks he's Danny Craig from the TV show that he thinks he going to walk into a court and he's going win cases and he doesn't care about anything about what's going on. Anywhere, but that's not the issue. Mr. Chandler, the case that's going to be filed, a complaint is going to be filed shortly. It's about - an example – I'm not going to give you everything, Mr. Chandler, it's about CCIE. For example, _____ constitutional rights, civil rights and what have you – you know the attorney. Mr. Chandler, for example, let's take a black guy, a negro, like myself, from Roxberry that he wants better him his life. He decided to become CCIE. Mr. Chandler, then he went to the Cisco.com and he read the CCIE guidelines and instructions and he decided that he's going to take the test. He bought a book – he studied, Mr. Chandler, this negro, I said a negro like myself and he went in and took the test and he paid $200 and he passed. Then he found out that when he passed the test that he had one year time-frame to prepare for the lab to become CCIE. Then he read the test, the practical test with the instructions, the guidelines, what the requirements. He find out that he at least 17 routers and he blocked from Roxberry, Massachusetts, like myself, negro and you know send negro and he cannot get 17 routers or 14 routers then he call Mr. Chamber. Mr. Chamber provide him with routers and Mr. Chamber also told him if you cannot have routers you can go to Lexington, MA and train. And, then the guy, the black guy, from Roxberry, the same negro like myself - doesn't have a car, doesn't have money to drive. He decided to take a cab and he went to the Cisco CCIE but he had to sign up and there were a lot of people in line then he cannot do it. Then Mr. Chamber gave him 17 routers assumably. And then he finds out that 17 routers you cannot put them in his house b/c the fire marshall, does not mandate that those routers can power up in the house – that's dangerous. Then, the black guy, the same negro tried his best, and he best to past the test, Mr. Chandler, when he passed the practical test, I mean prepare for the practical test he finds out when he has to take the practical test that the only two places in the United States to take the practical test is in North Carolina and San Jose, CA and he's not going have money - he's a black guy, like myself or a fat negro – you know? Then Mr. Chamber, I mean Mr. Chandler, then he was thinking, where can he take the test? He decides to take a bus and Mr. Chandler this is very bad for Cisco. I gave you….<end of message>

# EXHIBIT 16

# REDACTED

618526.txt

received on December 30th, 2004, from Anthony Bayad and left in the voice mail for one more message to be transcribed. This was Mark Chandler, Cisco's general counsel. If you could transcribe and please e-mail to me, that would be great, thank you.

--------- FORWARDED MESSAGE ------------

Good morning, Mr. Chandler. My name is Anthony Bayad. I am calling regarding the case pending against you, against your Cisco workers, Chambers, et al., in the Federal Court of Massachusetts.

Sir, the reason for this communication is to -- because you are not a lead attorney in this litigation. And it is my duty, sir, to advise you that first, sir, there is no rule of law or memorandums of laws out there that says Mr. Chambers or your defendants Savistano and Wiese are immune from being deposed.

And second, Mr. Chandler, we cannot send a message out there that, because you have blue eyes, you can discriminate and can break rule of laws and you can be protected because somebody is very well connected.

Third, Mr. Chandler, this is very important to you. Anthony Bayad spoke with Mr. Matthias and his army of attorneys scattered around the world.

Some of them are in New York, Ms. Robin Carr, Mr. -- in New York, Mr. -- what is his name? -- Falby in Massachusetts, and Mr. Matthias in Baltimore, and around the world. And I tried to help him, Mr. Chandler, and I tried to help you, too.

I tried to help him because there is no rule of law set forth in United States codes or United States laws that says I have to settle. But I may probably -- I try to protect Cisco -- I'm sorry, to help you guys out, because the discrimination, the abuse, the criminal act was outrageous against me by two individuals, Mr. Wiese and Mr. Savistano, who are taking advantage of their amicable friendship with Mr. Chambers.

And Mr. Chambers is promoting this type of behavior and misconduct in this company. And, Mr. Chandler, I tried to help settle this case with Mr. Matthias.

But, unfortunately, Mr. Matthias is not listening. And Mr. Matthias knows that he needs to take me from no-hire list, and he needs to provide me with my Cisco **certification expert**, CCIE. This must be sent, Mr. Chandler, by the end of this month, January.

But Mr. Matthias is not cooperating, because Mr. Matthias is going to be making Lucent Technology, Patricia Russo, very happy and Mr. Don Peterson of Avaya very happy when Anthony is going to exercise his First Amendment.

And then Anthony Bayad will provide no-hire list to a lot of people. And he knows Cisco Systems, that Chandler made a lot of money because of the foreigners, skilled foreigners from Bombay, from Africa, what have you.

Mr. Chandler, for the last time, I am going to pray for you. I am going to ask you before **(inaudible)** happen next year.

Mr. Chandler, we need to hug and kiss, and we go home. If we keep going, is not going to be looking good, because you know Patricia Russo and Don Peterson going to be very happy.

Also, Nortel will be happy, Mr. Chandler. And I hope -- Mr. Chandler, don't think I am trying to extort money like Mr. Matthias called me a thief or in that -- he put in a good word, Mr. Chandler.

Page 1

CISCO 00135

618526.txt

Respectfully, Mr. Chandler, I want to tell you, take my name from no-hire list, and then give me my CCIE number and **my plaque. Send it to Magun Avenue, Medford, Mass.**, Mr. Chandler.

And then everybody goes home happy, unless, Mr. Chandler, you're going to see what's going to happen. Shareholders are not going to be happy.

And I'm going to tell you, next year is not going to be a good year for you, Mr. Chandler. That's why I'm not going to wish you a merry Christmas or a happy new year.

Okay, Mr. Chandler? And please, Mr. Chandler, don't have Mr. Matthias call me. He is not scaring me. Mr. Matthias -- you know, he is trying to call every member of the court to try to bribe officials.

And you know Mr. Matthias -- Mr. Chandler, when people bribe officials in a federal court, you know, they need a civil right -- a civil lawsuit will be applied against you, against him, and interfering with my right of due process, discriminatory.

And, Mr. Chandler, a lot of people may go to jail. Mr. Chandler, respectfully, **poor Mr. Matthias**. His connections -- keep his connections for another time, because this time, he is not going to -- he cannot use them.

Merry Christmas, Mr. Chandler, happy new year. Also, when this lawsuit is going to be kept going forward, there's a lot of people from Bombay that are going to file a lawsuit, because I'm going to advise them. Thank you, Mr. Chandler. Respectfully, bye-bye.

CISCO 00136

# EXHIBIT 17

601189.txt

Attached is a voice mail message to be transcribed.  It was received from Anthony Bayad, B-A-Y-A-D, on Friday, August 6th, to John Chambers.

# REDACTED

---------- FORWARDED MESSAGE --------------------

Good morning, Mr. Chambers.  I just want to let you know that my name is Anthony Bayad, sir, and you are being sued by myself.

And, sir, today I'm introducing some document that shows the court that I was begging for my life while I was working with Carl Weissy and Anthony Savastano.

Also I speak with the attorney called Methias, Bob Methias.  And, sir, I tried to help him out to help you to close this chapter of our life.  Because, sir, you are promoting racism in -- by hiring those guys and you are liable.  The second law -- the third law school -- the third lawsuit I will file again after this lawsuit is the -- against Cisco alone, because Cisco is promoting racism.

I do not understand why, sir, you are hiring two guys that **(inaudible)** shows they were in newspaper and they are racists and you are promoting them and defending them to.  That mean you are liable, sir.  And I understand that's your old boy clubs from the **wing**.

But, sir, just let you know I got a third lawsuit that I am working on it.  And this time it's going to be against Cisco only.  Then you have another class action lawsuit and then another lawsuit I call -- another lawsuit, sir, that I will also file they call whistleblower, sir, about the way you conduct business, you know.  Managers, and, you know, -- I cannot tell you everything.

But, sir, I've been trying to help you -- your attorney with all respect to you so we can close this chapter of our lives.  But I guess he's making money, $400 an hour, he doesn't care about my life.  But -- and he thinks he's going to win this case.  You will win this case if this case was in Florida.  Like I'm going to prove it today to the court that Patricia Russo was well connected in Florida.  And I have document that I will send to the court.  It's going to have depositions and evidence and **(inaudible)** that shows I was begging for my life because of Mr. Carl Weissy and Anthony Savastano.

And, Mr. Chambers, I went through five interviews and a background check, and Mr.

Page 1

601189.txt

Carl Weissy and Anthony Savastano just can walk in. You know why? Because they are white. And, you know, I respect that. But that's not that country, this country is for everyone, my friend.

And I want to tell you, Mr. Chambers, I tried to help you and those criminals that you're hiring and befriending. But unfortunately, sir, Mr. Methias he's making money. And in America it's all about dollar and they don't understand that, you know, things can go wrong. And in America we call it when shit hit the fan, you know, everybody look for shelter. And that's what is going to happen to your company and to yourself, sir, you know. This country has laws my fried.

Mr. Chambers, this country -- let me repeat to you, has laws. Okay? And I'm not a person that just woke up from the wrong side of the bed. I was abused and you can see my frustration and my anger, I can't even speak English, my friend. Okay, Mr. Chambers?

And please, do not have Mr. Methias calling me threatening me why you calling you. When I call you, sir, I'm trying to give you heads-up, wake up call. But today I just let you know, sir, that I will file with the courts, showing the court who is Anthony Savastano and Carl Weissy and what they have done to me, sir.

Sir, can you believe people are begging for their lives in facility of Lucent **Elargo**, you know. I'm on my knees, my friend, begging for my life. And you telling me that Mr. Carl Weissy and Anthony Savastano are well respected executives and they have stocks from Avaya, and Lucent, and Cisco. Whoa, what, we American people are stupid here. I don't understand that, Mr. Chambers. And please, Mr. Chambers, [Message ends abruptly.]

# EXHIBIT 18

VMT 601628 Anthony Bayad, to Carl Wiese.txt

# REDACTED

Message sent to Carl Wiese from Anthony Bayad, believed to be sent on July -- I'm sorry, August 6th.

# REDACTED

Page 1

CISCO 00130

VMT 601628 Anthony Bayad, to Carl Wiese.txt

# REDACTED

-------- FORWARDED MESSAGE -------

Wiese, this is Anthony Bayad. I just want to give you a heads-up and leave you a voice mail.

Yeah, I know you had run like a little rabbit **and give it** to the attorneys. And if you want me to talk to the attorneys, I will do so.

Remember back in Florida, you put me on my knees, you and Jeff Baker, Tony Savistano **(inaudible)** on the phone **(inaudible)** the psychologist over the phone, put me on my knees, begging for my life. You remember?

When I'm on my knees, what does it remind you? Is a power thing or -- because you run this country or you're the only guy that believes that -- American have a right to live here?

Mr. Wiese, remember that, when I was **(inaudible)** you guys raped me mentally, huh? Mentally raped me, my friend. And now what's going on now?

You're protected by John Chambers, Mr. Wiese? You talk to me now. Is this your country, my friend? Your last name is from Eastern Europe.

And if we go back to the history, my grandfather has his name on the Rock of Gibraltar in southern Spain. And your brother works in Ukraine and in Eastern Europe and -- you know.

But what you have done, buddy -- it's worse. It was barbaric power. And now, my friend, we will someday sooner -- you know, we will sit in that position. And then I'll talk to you in face, and we'll then see who is the man, you know?

You like people to go on their knees **(inaudible)** the power that you have. That's how you put -- you call the 1-800 number and you get a call girl and put them on their knees and they give you a blow job.

That's the -- do you feel power like that? I'm not a calling girl, buddy. And I am not an ego, my friend, okay?

I am very proud of my race, my friend. I am a very proud African-American-Moroccan, okay? -- and an American for a long time, my friend, very educated, okay, buddy?

And run to your daddy, sugar daddy, and give him the voice mail. And also **(inaudible)** gives you more energy, okay, buddy?

And you will not go to another company. I'm going to sue you again, Mr. Wiese. Anywhere you go on this earth, I'm going to sue you. If you fly overseas, you're going to meet me, my friend.

God bless you, and I hope you go to church and try to forgive yourself, buddy. God bless you, buddy.

# REDACTED

Page 2

CISCO 00131

# EXHIBIT 19

VMT 601181 Message from Anthony Bayad to John Chambers.txt

# REDACTED

Message from Anthony Bayad to John Chambers on Friday, August 6th.

# REDACTED

Page 1

CISCO 00132

VMT 601181 Message from Anthony Bayad to John Chambers.txt

# REDACTED

---------- FORWARDED MESSAGE ---------------------

Good morning, Mr. Chambers. I just want to let you know that my name is Anthony Bayad, sir, and you are being sued by myself.

And, sir, today I'm introducing some document that shows the court that I was begging for my life while I was working with Carl Weissy and Anthony Savastano.

Also I speak with the attorney called Methias, Bob Methias. And, sir, I tried to help him out to help you to close this chapter of our life. Because, sir, you are promoting racism in -- by hiring those guys and you are liable. The second law -- the third law school -- the third lawsuit I will file again after this lawsuit is the -- against Cisco alone, because Cisco is promoting racism.

I do not understand why, sir, you are hiring two guys that **(inaudible)** shows they were in newspaper and they are racists and you are promoting them and defending them to. That mean you are liable, sir. And I understand that's your old boy clubs from the **wing**.

But, sir, just let you know I got a third lawsuit that I am working on it. And this time it's going to be against Cisco only. Then you have another class action lawsuit and then another lawsuit I call -- another lawsuit, sir, that I will also file they call whistleblower, sir, about the way you conduct business, you know. Managers, and, you know, -- I cannot tell you everything.

But, sir, I've been trying to help you -- your attorney with all respect to you so we can close this chapter of our lives. But I guess he's making money, $400 an hour, he doesn't care about my life. But -- and he thinks he's going to win this case. You will win this case if this case was in Florida. Like I'm going to prove it today to the court that Patricia Russo was well connected in Florida. And I have document that I will send to the court. It's going to have depositions and evidence and **(inaudible)** that shows I was begging for my life because of Mr. Carl Weissy and Anthony Savastano.

And, Mr. Chambers, I went through five interviews and a background check, and Mr. Carl Weissy and Anthony Savastano just can walk in. You know why? Because they are white. And, you know, I respect that. But that's not that country, this country is for everyone, my friend.

And I want to tell you, Mr. Chambers, I tried to help you and those criminals that you're hiring and befriending. But unfortunately, sir, Mr. Methias he's making

Page 2

CISCO 00133

VMT 601181 Message from Anthony Bayad to John Chambers.txt

money. And in America it's all about dollar and they don't understand that, you know, things can go wrong. And in America we call it when shit hit the fan, you know, everybody look for shelter. And that's what is going to happen to your company and to yourself, sir, you know. This country has laws my fried.

Mr. Chambers, this country -- let me repeat to you, has laws. Okay? And I'm not a person that just woke up from the wrong side of the bed. I was abused and you can see my frustration and my anger, I can't even speak English, my friend. Okay, Mr. Chambers?

And please, do not have Mr. Methias calling me threatening me why you calling you. When I call you, sir, I'm trying to give you heads-up, wake up call. But today I just let you know, sir, that I will file with the courts, showing the court who is Anthony Savastano and Carl Weissy and what they have done to me, sir.

Sir, can you believe people are begging for their lives in facility of Lucent **Elargo**, you know. I'm on my knees, my friend, begging for my life. And you telling me that Mr. Carl Weissy and Anthony Savastano are well respected executives and they have stocks from Avaya, and Lucent, and Cisco. Whoa, what, we American people are stupid here. I don't understand that, Mr. Chambers. And please, Mr. Chambers, [Message ends abruptly.]

# REDACTED

CISCO 00134

# EXHIBIT 20

VMT 600113

REDACTED

———— FORWARDED MESSAGE —

Message from Mark Chandler sent on August 3rd. '04

———— FORWARDED MESSAGE ——————

REDACTED

———— FORWARDED MESSAGE ——————

1

REDACTED

, VMT 600113:

Good morning, Mr. Chambers, my name is Anthony Bayad. I know by now you know me very well.

I'm an American that's been crucified, wrongfully terminated, and discriminated outrageous way. Anyhow, you have a **jury** degree and you **can't** really completely understand where I came from. From Anthony Sevastano, Carl Weisse and you are their lead.

My concern is sir – the reason I called you is to let you know, and other shareholders, and Americans, and as a family and friend are also a shareholder of Cisco Systems, we have some concerns that you – we may have to share with you.

You have an individual called Carl Weisse that came from Avaya. He resides in New Jersey. Okay, sir? And Avaya is a spin-off of Lucent Technologies. And they have an agreement with Lucent Technologies that any money owed by lawsuit or any debt, D-E-B-T, or any lawsuit pending by shareholder, Avaya have to contribute to Lucent.

And sir, and Avaya has a worst sales people, the worst management teams and their revenue are increasing. And also, sir, there is a – in the compliant that I filed against you, sir, you can read and understand that there is a Avaya document that been produced or designed by Avaya that has some crucial information about Cisco and it's been going back and forth. And who's the author, is a marketing team from Avaya. And who's the **paying with in** Cisco, it's the marketing team of Cisco. And Mr. Carl Weisse, sir, is a VP of marketing and product in Avaya and then he works for you, sir, as a VP and he's not qualified to be a VP and he's a VP in Cisco.

Now, sir, you tell me what's going on here. The only thing this guy he is doing criminal activity and fraud in the shareholder of Cisco by giving all the information about the sales team and the ID's and the projection to Avaya in New Jersey and to his buddy, Patricia Russo, which is your buddy too? And you guys all have the same golden parachute, my friend.

So, Mr. Chambers, you know, you allow people – you have a policy that you hire the best engineers and I was hired because I was the best engineer. I went through five interviews. I was – five interviews with useless engineers in Cisco. They don't even know internetworking. And I can promise from the old days and from **Fleet – WebFleet**, sir, I've been working very hard and I've cleaned bathroom in this company.

And Mr. Carl Weisse and Anthony Sevastano, which is racist and have provided to Mr. Methias in newspaper that the whole Tampa area knows who is Anthony Sevastano, VP of finance, and Carl Weisse he works and he has family that works for Avaya. He has a brother works for Avaya. And, sir, and you allowing this type of misconduct.

This is what I'm going to do for you, Mr. John Chambers, I am going to write a very good complaint to the Security Exchange Commission, to the justice department about Carl Weissy, and you, and your firm. And, sir, and I'm going to copy my Senator Kennedy and the company manager of – Mr. Kerry, the new president who is going to be elected. And you pray, sir, that these people will get this complaint and they going to review it.

Have a wonderful day, Mr. Chamber. Enjoy the American dream while we, we are with sandals and walking down the street, you know, like aliens in this country. And God bless you, my friend, I hope you do the right thing with all the money you get. And maybe your kid can travel the world. What world you going to have, my friend, when the world is full of people like myself.

Take care, Mr. Chamber. Keep discriminating against people and protecting the Carl Weissy white boys. Why doesn't he go live with you in San Jose, flying everywhere with the shareholder money? Bye-bye, my

2

CISCO 00128

VMT 600113:

friend.

[System notification:] The caller hung up.

# REDACTED

CISCO 00129

# EXHIBIT 21

VMT 599038 Messge from Anthony Bayad to John Chambers.txt

# REDACTED

Voice mail from Anthony Bayad to John Chambers, believed to have been sent on Monday, July 19, 2004.

# REDACTED

Page 1

CISCO 00125

VMT 599038 Messge from Anthony Bayad to John Chambers.txt

# REDACTED

--------- FORWARDED MESSAGE ------------

Hi, this message is for Mr. Chambers. Please do not -- whoever listens to this voice mail, do not forward this to Mr. Chandler. But Mr. Chambers must listen to this voice mail. It's regarding the lawsuit pending against him and his friend, Anthony Sabastano and **Carl** Weisse in Massachusetts district court.

Mr. Chambers, my name is Anthony Bayad, sir. You and your friend Carl Weisse and Anthony Sabastano, sir. Just to let you know, sir, the case is pending, and then you've been declared default. And even your connection and your money wasn't -- what you can do with money, you cannot discriminate and classify people like myself because of our origins, and torture us and abuse us. Sort of like you planed to Mr. Bayad.

Once **that** in Lucent today, it was Cisco Systems. Sir, I've been trying to help your attorneys. And sir, you can hire 20 of -- battalions of lawyers. You're not going to win this case, sir, because justice always prevails. Even you're connected. And this litigation **will be going on** till we - you and I we're 70 years old, sir.

And I've been trying to help you with my family to wrap up this and we all go home **in our light**. But sir, the lawyers that you have, sir, they're all liars. They think they're going to win this case. So how can you win the case when you have 300 pages of evidence and you have -- you have two races guys?

Anthony Sabastano and Carl Weisse working for you, sir, and the **(inaudible)** will prove it sir. Just to let you know, sir, I will call you again as **I attach** a lawsuit in this country again. And I will sue you in Europe and soon I will sue in Africa, sir, any country -- and also Switzerland.

And if you go to Cayman Island, I will find a way to sue you again, sir. God bless you, sir, and I hope we all go home to our families.

We're all Americans, my friend, and God bless you. Happy good life, sir. Enjoy the American dream, sir, thank you.

# REDACTED

CISCO 00126

# EXHIBIT 22

VMT 599051 John Morgridge

REDACTED

from Anthony Bayad. Unclear of the exact date when sent to Morgridge but sometime
the week of July 16th, I'm sorry, July 19, 2004.                    regarding a message

REDACTED

Page 1

CISCO 00122

VMT 599051 John Morgridge

# REDACTED

---------- FORWARDED MESSAGE ----------

Mr. Chairman, I hope you listen to this voice mail. And I'm going to help Cisco and to help my family also. My name is Anthony Bayad, there is a lawsuit -- discrimination lawsuit **(inaudible)** my state of right -- standing in Massachusetts District Court against Mr. Chamber, Anthony Sebastano and Karl Weisse.

Mr. John -- Mr. Chairman, the reason I'm leaving you this voice mail, I've been trying to help your employee, and I'm trying to help Cisco and I'm trying keep this internally between us and, you know, and the Cisco Systems.

Unfortunately the lawyer that you're having are not cooperating. All they doing sir is failing you. They don't have any -- any ideas of what this case is all about.

And so I hope you know about this case because this is not going to be good sir. All respect to you, Anthony Sebastiano and Karl Weisse are racist, sir, with all respect to your VP's.

Mr. Anthony Sebastiano is a VP of Finance. Mr. Karl Weisse is an ex-Lucent -- both of them are ex-Lucent. And they are bringing dirt to your company, sir. Sir, I will fight to the end seeking justice.

And sir, I'm filing another class action lawsuit against you, sir, with all respect to you and your company. And this is not going to be over, sir. We can keep going and going and going until I reach **(inaudible)** sir.

I was abused, tortured by Mr. Anthony Sebastiano and Karl Weisse back when I was working for Lucent. Now it came Cisco -- it came back to Cisco, they did the same thing, sir, with all respect to you sir.

I hope you take this voice mail as an amicable reminder that in this country, nobody is against -- is above the law and **profit station** of race, and gender, and **(inaudible)** is against the law.

And discrimination, this harsh treatment, sir, is against the law, sir. Interfering with people's civil rights is against the law. And also, sir, you cannot, you cannot win this case, sir, with Mr. Bayad, which is me, sir, because I'm an engineer and I've been supporting my family, now we are destroyed family, sir, with all respect to you.

And I've been trying to help you guys out, and I tried to a new lawyer, I'm not telling you **(inaudible)** the inside about this case, sir. Please get involved, sir, with all respect to you.

# REDACTED

Page 2

CISCO 00123

VMT 599051 John Morgridge

REDACTED

CISCO 00124

# EXHIBIT 23

590742.txt

Hi, with another message to transcribe please. This one was received on the morning of June 2nd, 2004, from Anthony Bayad, B-A-Y-A-D. If you would please transcribe it

# REDACTED

-------- FORWARDED MESSAGE -----------

Mr. Chandler, this is Anthony Bayad. I received a call -- first of all, you're an attorney, you have a right to speak with me, even though I'm a minority, even though I'm Arab. Remember, I'm an Arab-American who's been abused by your executives Tony Sabastano, **Carl Weise** and his boy Chambers.

So you cannot pick up the phone and pretend like you don't hear me. It's very racist from you **(inaudible)**. So I'm going to tell you. Mr. **Mark** Cuba from Florida called me up, told me that you have another lawyer. And I called the lawyer, because there's some papers I need to file with the court. And next day she mentioned that Mark Batton told me that he's still on the case.

Now Mr. Cuba who called me from Florida, and I've been nice to him, speaking with him and helping him out. And as you know, he has no jurisdiction over me. I'm in the State of Massachusetts **(inaudible)**. And I know my rights, my friend.

And for you to tell me I don't have the right to call you who do you think you are, my friend, the King of Morocco? Who do you think you are, my friend? I don't understand that. I have the right to speak with you. I have a matter against your firm. And you are falsifying records and destroying evidence. And you are a criminal, my friend. You're going to be disbarred. Even **(inaudible)** California.

You see how I'm a very angry person, because I'm an American, my friend. And this stuff that's happening in this country does not happen anywhere in the world. Okay? Because you hired Anthony Sabastano and Carl Weise. Okay? And then you dealing with -- conspiring with **Patrice and Lusso**. And Carl Weise is conspiring against Mr. Bayad and every other shareholder, my friend. Okay?

Now call the FBI and tell them to come and pick me up, because I don't have a right to call Mr. Chandler, the King of Morocco. You understand where you guys are, my friend? You guys are a bunch of racists, that's what you are. Wake up. Everybody's American here, my friend, and the world has changed. And you have offices around the world.

Page 1

CISCO 00121

# EXHIBIT 24

585507.txt

I have attached a message that I would like transcribed.  The title of the message should be "Voice Mail Left for Mark Chandler, C-H-A-N-D-L-E-R, by Anthony, A-N-T-H-O-N-Y, Bayad, B-A-Y-A-D."  It was left on April 1st, 2004.

# REDACTED

---------- FORWARDED MESSAGE ---------------------

Mr. Chandler, Anthony representing not Cisco, sir, and I just want to help you here.

Sir, your company with the -- with what is going on Cisco and Avaya and Lucent, by hiring those two individuals and exchanging confidentiality, those two individuals for the record are Tony Sevastiano, Carl Weisy.

Sir, you are committing a white-collar crime.  It's **5C** in violation of security fraud, conspiring to security fraud.  You, sir, you are violating a lot of laws here.  And also you not giving the opportunities for Nortel Networks or Juniper Networks or **Redback** Network or Alcatel to conduct their business fairly on Microsoft.

Sir, you are -- you have to come up openly and speak -- that you are exchanging confidentiality in the markets.  Sir, what you're doing is wrong and, sir, it's criminal, and I just want to help you, sir.  This is Anthony Bayad for the record so you can use in front of jury.  So I'm advising you of what you guys are doing wrong.

Forget about violation of civil rights, we talking about discrimination, no, we talking about crimes, sir.  Also Argentina, you -- because they're white you giving them **a test**, you helping Argentina, sir.  And then black people, you know, you're going to have a problem, Mr. Chandler.

I believe you should a find out a way to fire those two guys.  Tony Sevastiano, Carl need to go home, sir.  Apply your code of conduct, you know, in open markets, you know what I mean.  You cannot your code of conduct only to minorities.  **You sir** help **(inaudible)**, Mr. Chandler, you went to law school.  We all know the law, we all Americans.

Good luck, sir.  And this is not good for Cisco, sir.  And **(inaudible)** under Cisco.  Take care of business, sir, you know what I mean.  **(inaudible)** Cisco salary, sir, and then give fair business practices to others like Nortel Networks, Juniper.  Thank you, sir.

Page 1

CISCO 00120

# EXHIBIT 25

Fwd Anthony Baird #2.txt

# REDACTED

Date: Tue, 30 Dec 2003 11:02:47 -0800

Please transcribe this voice mail, entitled "Anthony Baird Number Two," thank you.

---------- FORWARDED MESSAGE ----------

# REDACTED

---------- FORWARDED MESSAGE ----------

Hey, Carl, Anthony Baird again. I just forgot to tell you. I just spoke to Mr. Savastano. I just don't understand what's wrong with you people, man. What do you want from Anthony Baird? I don't understand that.

I'm sorry that I'm a leader and I'm a negro, man. What's wrong with you guys? I don't understand that. I mean it, **you guys have** nothing to do better than fuck with people's lives, I don't understand that. With an African American, man.

What are you going to do, take my -- want to ship me to overseas. I'm worth $1 million. I'm very educated. Now I know the constitution of the United States. I know the law inside and out. I know everything.

Come on, man. I don't understand what's wrong with you people, man. What, you don't want to live happy, man? You don't have a good life? I mean, when you were a baby **they** told you fuck with negroes? I mean, I don't understand that, man. You're a human being, I'm a human being. Why you guys have to do this shit again and again, why?

Something I don't understand **(inaudible)** everybody's happy, everybody's enjoying the American dream, including yourself. Why you guys focus on me? Why, why? I don't understand that.

Page 1

CISCO 00118

Fwd Anthony Baird #2.txt

I just spoke to your buddy. And also my old boss, Lynn Frasier. I flew everywhere within Cisco to find a job. I found a job in France, in Middle East, within Cisco.

And she told me, oh, no, you cannot. You cannot go anywhere. You're **not** going to get let go. And then she slammed me with a slip to show in good faith that, you know, it's racist. I mean, come on.

And then a month later you want -- and you join the company? I mean, come on, man. What's wrong with you guys? I advise you, this is very serious business. I believe it's going to be bad, I'm telling you.

You make a phone call to Lynn Frasier and you find Tony Savastano. **Give the men open ladder** go somewhere, I keep my mouth shut and I do my job. And I make money like you do. And, you know, and pay my bills **(inaudible)** like you do, and everybody is happy. And that's it.

You guys don't do that. You guys are fucking going to look bad, I swear to God. You're going to go look bad. And even you leave Cisco, too late, I'm going to follow you, all right, buddy? Think about it.

I know white people some time are stupid. Don't be stupid, it's not Florida. We're talking Massachusetts. And Massachusetts law is very complicated and strict. And I'll tell you, there's a lot of lawyers out there. And I am a lawyer now. I am going to fuck you over, all right? But put this in Iraq and give it to your -- to the general counsel. Tell him we have a crisis here. It is a crisis.

And I'm telling you, the stock will hit 5 and I'm going **(inaudible)** the company 6. And remember I predicted the downfall of Cisco -- of Lucent, and it went down. Man, you got crazy, man, wake up, guys. Smell the air, man. Come on, we're Americans now, we're paying taxes here.

~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~

# REDACTED

CISCO 00119

# EXHIBIT 26

FW VMT 568875 Message to Tony S.txt

# REDACTED

Monday, December 29, 2003 9:42 AM

---------- FORWARDED MESSAGE --

Please transcribe the following message.

# REDACTED

---------- FORWARDED MESSAGE --------------------

Tony, Anthony, Bay here. Remember me? The guy that you torture with your buddies, the Gestapo from Lucent.

Page 1

CISCO 00112

FW VMT 568875 Message to Tony S.txt

Just to let you know that I am preparing a wonderful lawsuit sometime in the March frame, buddy. I just let you know. The reason I hang up is because the phone, the -- my signal faded. I just let you know that I am preparing a good lawsuit against you, my friend. And you're going to be very surprised.

Don't think you're smart, man, you know, to walk me out with the group. Do you understand when there was a layoff I traveled around the world to look for a job and I found job within Cisco Systems, but my boss Lynn Frazier told me I cannot get hired. And then she told me that you don't need to go anywhere, you are very talented, you are going to stay with us. And when the law -- when the layoffs started I was walked because of you, my friend. You and your buddy, Todd Weisy. And this is again from **the win**, you know.

And then you're not smart, Tony, I'm telling you. You **(inaudible)**, you should never have touched me when I was working for Cisco. Don't think you smart, buddy. And I'll prepare a lawsuit. If I were you, sell your stocks, I don't think you're going to **(inaudible)**. And I'm going to serve you personally, buddy, you understand? I believe you -- the English language -- you understand my English language, my friend, right?

And I'm just telling you, if you do not give me my job back with Cisco Systems, I'm telling you, and I tell you, I prepare this lawsuit for three years and I'm working on it, if you don't give me my job back within Cisco, somewhere like you guys did with Hamdi Osaya overseas, I -- Tony, I am going to sue you personally -- I'm going to serve you personally. And I'm telling you, I don't fuck around, buddy. Okay?

America -- America has an opportunity for everyone. What you have done, my friend, right, you -- and your father is a bricklayer and you -- what you have done, right, it's very racist, and you know that.

Now in order to keep things quiet, you make a phone call to somebody and then give me my job back, keep my mouth shut, I move on with my life. You want to play hardball, buddy? You're going to stuck with me rest of your life, my friend. I will sue you with Cisco Systems in Massachusetts. And guess what? Massachusetts, I am very connected. It's not **(inaudible)** corrupted. There is no superstars over there. You know what I mean? Massachusetts is my state, I love Massachusetts.

Now you give me my job somewhere overseas, make a phone call, you're a VP and I move on, keep my mouth shut, I make my money, and I get the fuck out of your life. You -- if I don't get my job, buddy, I'm telling you, I am going to sue you bad because you know why? Now I found out that the reason I was laid off is because of you, my friend. I thought it was a layoff because the company -- the economy, it was not the economy, Tony. All right, buddy? Here's my number man, 781-704-8982.

And by the way, I applied for 55 jobs with Cisco Systems after my layoff. And guess what, nobody respond. You know why, because I had a flag and because of you, my friend. No, if I were you -- I don't know, maybe you smart, maybe you're not smart, you think I'm joking here, you know. I am going to tell you, you give me my job back, I keep my mouth shut, move on with my life like you did with Hamdi Osaya and then everybody's happy. If not, my friend, you're going to stuck with me and you're going to look bad because this time I am going to run to the media because you know why, I have nothing [phone break] **(inaudible)**.

And guess what? My life is in a hole because of you, [phone break] **(inaudible)**. And guess what, I've been studying law for -- since 1997 I believe. And you know I'm too smart. You remember I used to solve the complicated [phone break] **(inaudible)**. Remember you used to call me, you know. On the phone I use to teach people [phone break] **(inaudible)**. **Not too smart**, my friend.

No, if I were you, sit down this Christmas and then go ahead and give me my job back and I move on with my life, like you -- everybody's doing, making money and quiet. And if you don't give me my job back I'm going to stick with you. And this -- and you can record this because you may use it in a court of law.

Page 2

CISCO 00113

# EXHIBIT 27

Fwd Anthony Baird voicemail #1.txt

# REDACTED

Date: Tue, 30 Dec 2003 10:58:19 -0800

Please transcribe this voice mail, entitled "Anthony Baird," is the subject, thank you.

--------- FORWARDED MESSAGE ----------

This is the first of the two messages that I need to have transcribed, so here goes the message, thanks.

--------- FORWARDED MESSAGE -- CARL WIESE -----

# REDACTED

--------- FORWARDED MESSAGE ----------

Page 1

CISCO 00115

Bayad

Fwd Anthony Baird voicemail #1.txt

Carl, Anthony Baird. Merry Christmas to you. And to Jeff Akard and the family. The reason of this call is to let you know -- I hope you understand my English. Remember the unfinished business, the **portrait** that you guys planned while we were working at Lucent and you were the golden boy.

Just let you know my friend. In March frame a lawsuit will be filed in Massachusetts Federal Court, buddy. At this time, Massachusetts, we -- I'm connected. There is no -- there is no -- there is no **totally** gone and, you know, Florida is corrupt, and you know that, right? That's how you guys conducted that torture against me, mental and physical torture in Tampa. Remember that, my friend, right?

Remember in Fort Lauderdale, when you were coming to visit my office. We were **at Olivero** you told me this office is finished. And I told you, I told you that's what you're doing, guys, it's KKK mentality and gestapo?

Let me let you know -- let me let you know what's going on, my friend. If I were you, you call Pat Russo and tell her that Anthony Baird would provide every -- every memos, every communication between me and her, and **(inaudible)**. I'm going to give it to the media. I'm going to also give it to "The Wall Street."

And because I a minority -- minority -- like Anthony Baird predicted the downfall of Lucent Technology. That's why I was tortured. And I must tell you something, my friend. A lawsuit against you, and Tony Savastano and the Cisco System, will be filed in the Federal Court.

You know I don't fuck around, you understand that, right? And if I were you, you recourse this and give it to -- to your buddies. Tell them to be prepared.

I'm going to hit you with a lawsuit that you never saw. And guess what? I am going to file personally. And I will serve you, buddy, in New Jersey. You're going to see my face, my pretty face.

Because don't think you guys are the men. The world has changed my brother. Remember that. Never fuck with a smart guy, engineer, never do that. You know, America has opportunity for everybody. White, black, yellow, green, everybody. We're all American, my friend.

Merry Christmas to you **(inaudible)**. And I told you I would never forget you guys. This is very personal my friend. And you guys broke many laws. And once again, Merry Christmas. And I hope -- don't think this is harassment, my friend. This is just as an advice to you, that a lawsuit will be filed, okay?

And even you leave Cisco tomorrow you'll still be included because you know why? Because a lawsuit is between the time frame that you start at Cisco and now, my friend. Hey, take care.

Once again, if you want my number you very welcome to call me, 781-704-8982. Give it to the corporate police. Cisco doesn't have a corporate police because they smart, you know. Because they not like Lucent. Lucent think they military, okay, gestapo, Germany. Thank you my friend. Say hi to your brother and to Pat Russo.

~*~*~*~*~*~*~*~*~*~*~*~*~

# REDACTED

CISCO 00116

REDACTED

CISCO 00117

# EXHIBIT 28

VMT 569390 To Lynn Frasier.txt

# REDACTED

---------- FORWARDED MESSAGE --

Message to Lynn Frasier from Anthony Bayad on December 24th.

# REDACTED

Page 1

CISCO 00109

VMT 569390 To Lynn Frasier.txt

Hey, Lynn, this is Anthony Bayad. The reason I call you, I just want to wish you a Merry Christmas. And also advise you a couple of things, Lynn. Let me first give you some names. Karl Weiese, I believe he's a VP, his number is 732-635-4389. And you have Tony Savastano, another VP, 48 -- 408-526-6908. Anthony Savastano -- Tony Savastano and Karl Weiese, last name is W-E-I-S-E. And this second gentleman Savastano, S-A-V-A-S-T-A-N-O.

I used to work for these guys and I was just tortured when I used to work for them, and there was a civil lawsuit. Anyhow, Lynn, I just **telling** you now that I'm preparing a lawsuit **for** Cisco.

And the reason for that is, while I was working for you, Lynn, I was very political, you know, I'm a college grad. And you said I don't speak English. And you have a, you know, record on my review.

And you said -- while I was working for you, the layoff was going on, I flew to France to talk to Cisco people in France on my own expense. I flew to the Middle East, Dubai, to apply for a job within Cisco.

And then each time they talking to you they deny me opportunity. And Lynn, I've been very nice to you. And also I applied -- applied lately, 50 job or 20 jobs, certified letter to Cisco.

And as soon as I tell them Lynn Frasier, believe me, these two gentlemen that I mentioned to you, they have a flag on me. And Mr. Scott, you know, Scott, what's his name? He moved from Boston to New Jersey, you bought him a house and everything.

And I need to understand what's going on here and I think I have to, you know, as an American citizen I have to follow my -- my civil right. And I think I'm going to file a lawsuit with Cisco.

All I need from you, you know, I've been applying for jobs, I want my job back, I move on with my life. I don't want to work in America, I want to work overseas.

If you guys cannot provide me an opportunity, and I'm telling you, I'm going to tell the court, that's the Federal Court in Massachusetts. And these two gentlemen, if you talk to them, they're going to tell you who is Anthony Bayad. Because I have been so patient. And I was playing games and everything with you guys.

But you guys, you know what, I mean, you have a problem with people like myself, my background. And I'm going to -- I'm going to prove it to you in a court of law. And as I tell you, the engineer, you may remember, his name is Rick, I don't know his name Bob Tracy, yes, Bob Tracy. You bought him a house, he moved -- you let him move.

And me, Anthony Bayad, I remember in the kitchen you told me, that Anthony, you're not going nowhere. And then he swapped me with that layoff. And I said, well, because a layoff it's okay.

Then I -- I have proved that the layoff was target only the people that you guys don't like. And it's been said by manager **(inaudible)**. And I've been applying for jobs, and I've been doing a lot of things. I've been building the case since 2000, sweetheart.

And I hope I'm not messing up your day, and just to advise you, if I could stop on this without moving forward. Call these two gentlemen, and they can tell you that have a flag on my record, that do not hire Anthony.

And it's wrong to state -- to tell somebody especially somebody, especially people like me with 3.4 GPA that I don't speak English. And that's not fair.

Lynn, I hope -- I hope I'm not messing up with your holidays, anything like that. I
Page 2

CISCO 00110

VMT 569390 To Lynn Frasier.txt

think I'm working -- I've been working on this lawsuit for a while. And I'm going to file it sometime in March frame, February, in Massachusetts Federal Court. Thank you, Lynn. And Bob Tracy, he doesn't have a college degree, no certifications that I have. And you kept him, and also you gave him opportunity to go to New Jersey, you bought him a house. And he's a superstar because he's a white American, I guess, right? And I'm not white.

Take care, Lynn. And believe me, call Tony Savastano in California within Cisco, and Karl Weiese. They can tell you **(inaudible)**. We need to stop this, you know, gangs. You know, it's a gang here.



Page 3

CISCO 00111

# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

     *Plaintiff,*

v.

CISCO SYSTEMS, INC., BRUCE
BASTIAN, KATE DCAMP, LYNN
FRASER, CELIA HARPER-GUERRA,
and RICK JUSTICE,

     *Defendants.*

CIVIL ACTION NO. 05-11005-PBS

**INFORMAL TRANSCRIPTIONS OF VOICEMAILS RECEIVED
BY DLA PIPER US LLP FROM PLAINTIFF ANTHONY BAYAD
RE-SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE
AND FOR PROTECTIVE ORDER TERMINATING DISCOVERY**

Respectfully submitted,

CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE
DCAMP, LYNN FRASER, CELIA HARPER-GUERRA,
and RICK JUSTICE

By their attorneys,

/s/ Bruce E. Falby
Bruce E. Falby (BBO #544143)
Matthew Iverson (BBO #653880)
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  January 11, 2007

# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

     *Plaintiff,*

v.

JOHN CHAMBERS, *et al.,*

     *Defendants.*

CIVIL ACTION NO. 04-104468-GAO

**INFORMAL TRANSCRIPTIONS OF VOICEMAILS RECEIVED BY
DEFENDANTS' ATTORNEYS FROM PLAINTIFF ANTHONY BAYAD
SUBMITTED IN SUPPORT OF
MOTION OF DEFENDANTS JOHN CHAMBERS, ANTHONY
SAVASTANO AND CARL WIESE FOR PROTECTIVE ORDER**

Respectfully submitted,
JOHN CHAMBERS, ANTHONY SAVASTANO,
and CARL WIESE

By their attorneys,

Bruce E. Falby, BBO #544143
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA  02110
Phone: (617) 406-6000
Fax:    (617) 406-6100

Dated:  February 7, 2005

**BINDER B**

Index of Voicemails Received by DLA Piper Rudnick Gray Cary US LLP
from Anthony Bayad

| Tab | Date | Time | To | From |
|-----|------|------|-----|------|
| 1 | 02/04/05 | | Bruce Falby | Anthony Bayad |
| 2 | 02/03/05 | 11:51 AM | Bruce Falby | Anthony Bayad |
| 3 | 02/03/05 | 11:40 AM | Bruce Falby | Anthony Bayad |
| 4 | 02/03/05 | 9:44 AM | Bruce Falby | Anthony Bayad |
| 5 | 02/02/05 | 12:38 PM | Bruce Falby | Anthony Bayad |
| 6 | 02/02/05 | 11:13 AM | Bruce Falby | Anthony Bayad |
| 7 | 02/02/05 | 9:17 AM | Bruce Falby | Anthony Bayad |
| 8 | 02/02/05 | 8:16 AM | Bruce Falby | Anthony Bayad |
| 9 | 01/31/05 | 2:20 PM | Bruce Falby | Anthony Bayad |
| 10 | 01/31/05 | 11:15 AM | Bruce Falby | Anthony Bayad |
| 11 | 01/31/05 | 8:57 AM | Bruce Falby | Anthony Bayad |
| 12 | 01/31/05 | 8:35 AM | Bruce Falby | Anthony Bayad |
| 13 | 01/29/05 | 1:16 PM | Bruce Falby | Anthony Bayad |
| 14 | 01/28/05 | 12:43 PM | Bruce Falby | Anthony Bayad |
| 15 | 01/27/05 | 3:28 PM | Robert Mathias | Anthony Bayad |
| 16 | 01/26/05 | 7:02 PM | Robert Mathias | Anthony Bayad |
| 17 | 01/26/05 | 6:54 PM | Robert Mathias | Anthony Bayad |
| 18 | 1/26/05 | 6:48 PM | Robert Mathias | Anthony Bayad |
| 19 | 01/26/05 | 6:37 PM | Robert Mathias | Anthony Bayad |
| 20 | 01/26/05 | 4:54 PM | Bruce Falby | Anthony Bayad |

| 21 | 01/26/05 | 12:30 PM | Robin Tarr | Anthony Bayad |
|----|----------|----------|------------|---------------|
| 22 | 01/26/05 | 11:22 AM | Bruce Falby | Anthony Bayad |
| 23 | 01/26/05 | 8:41 AM | Robin Tarr | Anthony Bayad |
| 24 | 01/25/05 | 11:10 AM | Bruce Falby | Anthony Bayad |
| 25 | 01/19/05 | 11:50 AM | Robin Tarr | Anthony Bayad |
| 26 | 01/10/05 | 10:47 AM | Robert Mathias | Anthony Bayad |
| 27 | 12/15/04 | Part I | Bruce Falby | Anthony Bayad |
| 28 | 12/15/04 | Part II | Bruce Falby | Anthony Bayad |

# EXHIBIT 1

**Bayad to Bruce Falby**
**Voicemail February 4, 2005**

Very, very important, Mr. Falby, important, you know. This is going to affect you, especially you, you're the lead. I don't care about Mathias and Robin Tarr. You are the attorney for the record. You are supposed to sign every document. How can she sign a document? I mean no respect for me? She's not on the record. You have to sign it, you know. Because her number, it's not the Massachusetts, it's a New York number. Come on Mr. Falby. And guess what Mr. Falby, you committed perjury again. Remember we have a pattern over here that you guys destroyed evidence in the past and you guys lying, lying, lying, lying, and you guys thinks my life is nothing. Is my life mean nothing for you, Mr. Falby? Your life is better than my life? Huh, Mr. Falby, tell me. You and those army of lawyers and those two musketeers in Cisco. Your life is better than me? You prove that to me because I'm always happy here at the job, you know.
_____ did not lose anything. He's working. He's very happy. He's healthy, you know. And he has the three kids and I don't have kids. Huh, Mr. Falby?
_____ or because I'm either Spanish and Anthony's from Morocco and Arab. You hate so much Arab my friend? I didn't know that, you know. And guess what. I am dragging you. I'm going to win. I know that. I'm just wasting my time with you guys because I'm going to win. I'm going to take you to the bar. That's it. You're going to be running, you know. And what are you going to tell the bar? The bar is going to protect you. They're protecting you right now. And guess what, the Supreme Court they need to ask you why, why you destroy evidence and why you lie, you lie, and you provide me the lie.

BEF/lnf

# EXHIBIT 2

**Bayad to Bruce Falby**
<u>Voicemail February 3, 2005</u>
(11:51 AM)

And also Mr. Falby. If you believe you're going -- your argument is all this crap from
me every day, you filed your number, the bar number, that you are counsel, you know.
And I'm going to talk to my First Amendment and respectfully, I'm not threatening you
anything. I'm teaching you, you know, for the future, you have to understand how to
deal with people like me, you know what I mean, because it is new generation. And Mr.
Mathias, shame on you buddy. Mr. Falby, shame on you buddy. How can you conduct
and how can you file Rule 56 that you have not provided anything? How can a discovery
rule be the right of due process for a plaintiff in the Constitution, Amendment 7, jury by
trial. And you, you are going be denied – and you going to argue that, you know, I talk to
people. I cannot talk to the Pharaoh or the King of Morocco, you know. This court has
jurisdiction over you defendant, you know. If I were you, you're going to pay for the
ticket, by the way. I'm not going to pay for no tickets because two weeks is cheaper.
One month very cheaper, and guess what, Mr. Falby, you are backing up. Now you are
going to have to pay for the differences, you know. And if you are trying to buy time,
you're wasting your time. And guess what, as soon as we start deposition, I'm going to
spend a lot of money, and when we can do, Mr. Falby, remember that. I'm going to
surprise you. The surprise is as follows. We cannot go all the way and I swear to you, I
don't care who this person who ignores for once my calls, okay? Take care, Mr. Falby.
I'm doing very well by the way, Mr. Falby. Forget about talking business, this is what
we do man. I'm walking right now in this beautiful Commonwealth Avenue. Let me tell
you something about the Commonwealth Avenue, Mr. Falby. All my life I want to live
here, and they told me when I came to this county as a young boy, they told me, Mr.
Falby, if you want to live on Commonwealth Avenue, you got to work three jobs and go
to college. And, guess what, I did. And guess what, Mr. Falby, I am homeless. I live
with my parents. I'm abusing my parents, my brothers. They supported me. I'm 40
years old now. No kids. Nothing to fall on. No retirement. And you tell me you are
going to deny my right of due process. And I'm supposed to live on Commonwealth
Avenue because I'm very educated and that's why I went to college. Otherwise, if I
didn't want to go to college, then I would open a business. I save my money, I open a
business. Dunkin Donuts like the Armenians and the Palestinians, and maybe gas station.
But I decided, you know, to get education and to pay my student loans. Meanwhile the
American people are goodhearted and authorize me to help me go to college. I live on
Commonwealth Avenue. Guess what, Mr. Falby, it didn't happen. You know why,
because they pick me. And now they're stuck with me. And guess what, they pick me
twice. Okay, Mr. Falby. Before I make any more, so you can give it to the court, go. I
want you to record this on a CD. If you don't know to do it, give me, you know, the
company is going to help you in one CD, an MP3, sound digital, if you want that, okay.
That's called impact of discrimination. You know, it is what my dream was, and guess
what, I have nothing to live for anymore. Thank you, Mr. Falby. And you are the most
stress on me and, guess what, I will show you a record from Massachusetts Hospital.
They are going to put camera and they are going to find out what I have in my stomach

and my heart. Maybe I have something bad. And I hope it's cancer. You know what. If it is cancer, Mr. Falby, it's going to be very bad for us. Take care my brother.

-BOST1:318296.v1
26573-15

# EXHIBIT 3

**Bayad to Bruce Falby**
**Voicemail February 3, 2005**
**(11:40 AM)**

Hi, Mr. Falby. This is Anthony. I just want to share this with you very quick, Mr. Falby. See, you need to understand that you're not getting all the concrete evidence. Your getting the one that is a law under the rule of civil procedure. And second thing, Mr. Falby, I believe in your head and in the army of people around you that are working on this case 24 hours, they're thinking how to get hold of Anthony, and the phone calls that connects him and the senators and what have you. Well, you don't understand, Mr. Falby. The problem is very simple. You guys are -- because we the American people, you and I and anybody else, we think we are on top of the world, and we fight, we fight, we're going to fight. And you think at that end we give him what he wants. Mr. Falby, do you understand if we conducted the court depositions that I swear to you I will walk you to the court of law, because Rule 36 where I stand, because you know what, I know how to report the Rule 36 because genuine issue to be tried is outrageous, Mr. Falby. And then for the problem simple, Mr. Falby, it's just my job back and my damages, and then everybody goes home, and I go back to Africa. You know, then swear to my family that – in Moravia and Morocco and South Africa, and, guess what, who's going to fine Cisco, because they have a process, speak four languages, and very highly educated. Also in America, they all receive _____, they will be paying taxes. But guess what, Mr. Falby, I told you, I swear to you, you're going to hurt me very _____. I feel it, I swear to God, I feel it, Mr. Falby. But remember, on the 7th, you know, what are you going to tell the judge, huh, Mr. Falby? What are you going to tell the judge, Mr. Falby? What are you going to tell her? That Anthony cannot have and then depose people? Which you don't _____ depose people. But then how can we proceed in this court of law? What, then you're going to bring the U.S. Marshal in the room? Can you? Would you bring the U.S. Marshal and bring shackles with you and put up against the wall, and we can depose. I have rule of law that are outrageous with me, you know. And if I don't my have right to due process, I am going zoom, and I'm going to stick you with your lawsuit in Supreme Court to change your number. Because you raised your right hand and you, under oath, said that you will protect the Constitution of this country, bring an attorney, and serve, and then obey, abide by professional ethics, Mr. Falby. Mr. Falby, you've got to wake up. You got to deal with somebody that is _____. You guys took everything from him and I wait here, and I have nothing. You are in your office right now. The other people are enjoying the American dream. I'm on the street. Do you think I'm going to stay on the street? Yeah – in, not in this earth, my friend, not in this lifetime, believe me. I love the law now, and I'm an expert on civil rights. The traffic laws so frickin easy like you can't believe. And what else, criminal, criminal are just rule of law that you have to have a bar. That's it.

# EXHIBIT 4

**Bayad to Falby**
**Voicemail February 3, 2005**
**(9:44 AM)**

Hi Mr. Falby. Just want to remind you this is Anthony Bayad, it's Thursday. Very, very prepared by the way. And just to let you know that the second set of interrogatories for _____ Savastano, or might be Savastano, served sometime on the 7th in front of the judge or don't forget which is the 11th, okay, which is the same week. And Mr. Falby, just to remind you that the deposition will be granted. I'll tell you why. Because you can play with the rule of laws and you cannot comply and obey and offend the rule of laws, Mr. Falby. And guess what? That's okay, all right. That they call it in English the first strike. As a trouble shooter and a very highly educated and also an American citizen presumably and not second-class citizen. I know we going to bring honor, you know. Money brings honor, Mr. Falby, and guess what? Let's assume that the court close one eye and left you with one eye, right? If you are a good trouble shooter and you study the logic when you entered the law school or the LSAT. The logical reason is, the reason is, if you understand those, I am sure you did well, in your, you get what, 580 or 560, you know. I am shooting for 590 so I can go to Harvard and I'll go to the high court. That's why I'm going to be a voice by the way. Anyway, you know why, because I see too many night _____ and I know too many laws around the world. The French laws, the Moroccan laws, the Islamic laws, now the Iraqi laws, too, which is a combination of modern and an old era. And anyhow, Mr. Falby, let's go back to the -- so we can understand who you're dealing with. I think because we are Americans, and we are tall, we are six foot tall, we see short people, very small and that's the problem we're facing in this 21st century. Or entering the 22nd century. Now the court is going to close one eye and give you one eye to keep looking at her. Because, you know, if you know the balance of the justice, the lady justice she has a balance and she has vanity in her eyes. She's going to open one eye for you. And how about the second one, which is mean the depositions. You don't comply with the rule of laws, the court of the civil rules, the court, it's all rules, and then you are going to ask for depositions. Deposition is going to be denied? What type of law Mr. Falby is this? What type of jurisdiction? What type of justice is this? You guys are not thinking, you know. I don't know what you are thinking, and you argue like I been reported, Mr. Falby. If I'm a terrorist, prove it to us. And if you are afraid of Anthony Bayad, prove it to us. And if, Mr. Falby, if an issue we can conduct the depositions in the court, in the court, in front of the U.S. Marshal, okay? Also, if you want to bring handcuffs and give it to me a forum against the wall, you have right because, you know, remember if though the history doesn't show me with shackles, you can put shackles during the deposition on me. How about that? Okay, Mr. Falby? Wake up, Mr. Falby. If I were you, I had a lot of respect for you buddy. I thought you guys are the Mets. If you were the man long time ago, look at the whole evidence, you know, what do you call them, the concrete evidence, and, you should call me up or stopped by the Dunkin Donuts and say, Anthony, come down, I want to talk to you. This is what we are going to do. I will give you your CCI number. I'm going to give you your job back to establish your confidence and help your health. I only want you go to Cisco and take cash, ok? Work and keep your mouth shut. This is this contract. If you

open your mouth, you know, you out of jurisdiction, and if this is your back pay, this is your stock option, now forget about the past. We are Americans, move forward. You think you going to win? This is a 18 course golf -- whee!!! You're going to win? Yes, your are going to win if you are in Florida, Mississippi, if the judge is a Jew, he hates Arab. If the judge has an issue, you know. And, guess what, all of the judges in the court, they drive German cars. I just want to see one judge driving an American car, you know, some yahoo car, you know. Respect for you -- some American cars are good cars. Mr. Falby, sit down and digest, and listen -- remember if during the hearing the deposition is granted, and if I were you, start thinking, you know, you should help Mr. Mathias too.

~BOST1:318276.v1
12134/26573-15

# EXHIBIT 5

**Bayad to Bruce Falby**
<u>**Voicemail February 2, 2005**</u>
**(12:38 PM)**

Hi Mr. Falby. I just came out of the law library and I'm working very hard so I can argue in the court of law for a deposition. Under Rule 30 or any other rules, the _____ says of the Federal Rules of Civil Procedure that if you are Anthony Bayad from Morocco, you cannot depose white, blue-eyed. If you are the _____ like Mr. Bayad, you cannot depose blue-eyes. Mr. Falby, if you are from another planet, you cannot depose anybody if you are involved in the litigation. Anybody can take a deposition and I can prove to you, even criminals, outrageous conduct, have been acted as a pro se and they were granted deposition of witnesses and the police. Mr. Falby, open the window from your building and look at reality and please, whatever happens, Mr. Falby, do not fall, you know, we need you. The case is still going. Alright Mr. Falby, and if I don't take -- if the deposition has been denied to me, it will be abuse of discretion. I will object on the spot. I will submit my objection to the court and then I wish the judge, the Honorable O'Toole, to decide and then I'm going to appeal and that is not going to be looking good for you guys. Take care Mr. Falby. And unless you have any other comments and if you want me to help you, I am still open for any help.

# EXHIBIT 6

**Bayad to Bruce Falby**
**Voicemail February 2, 2005**
**(11:13 AM)**

Hi Mr. Falby. This is Anthony. I just spoke with Mr. Mathias. But the reason for this call is to see if you could recall the second set of the interrogatories for defendant Savastano, October the 11th, the second one. See if you want to bring them maybe on the 7th, on Monday, you know. Have the video so that we can read it, you know, so we can, you know, talk to judge for the deposition of Lynn Fraser and there's a lot of things that Lynn Fraser will -- even though you train her with the VCR and you coach her – there's things that she cannot lie because that's, it's going to be produced on the table. That's it Mr. Falby and hopefully maybe we are not going to get to that point, because probably, you know, the violation, not complying with the Rule of Civil Procedures, you know, and not providing document, what have you, you know, maybe the court will move it for a Motion 50 and grant everything and maybe we can have a jury just for the punitive damages. Anyhow Mr. Falby, you know, I believe this is, you know, this is no good for both parties and I'm trying to help you guys out and I talked to Mr. Falby, Mr. Mathias regarding why I'm not working, you know. My mother wants to know why I'm not working for seven years, you know. My mother wants to know why Mr. Falby, Savastano made me and my family homeless in Florida and I lost everything, you know. But I guess now she's going to know. And also, good luck Mr. Falby on Monday because two things can happen. One, the motion may be, they're going to be, you know, maybe they're going to, I don't know what they are going to do, they're stuck. The court is not stuck and you're stuck. And I know you're talking to them right know. Second thing, if the motion cannot stand and there is something wrong, it's okay. Second thing, deposition must take effect, you know, because I have a memorandum of law that these people that are not U.S. citizens, they are from Haiti and they are, they committed horrible crimes and they presented themselves pro se and they were able to depose victims and everything and the court allowed them to do this in New York and everywhere else in the country. Now this is civil, this is something that I need to, it's my right of due process and I don't think the court will deny me that. And if you want to, we can argue Mr. Falby, probably we can have deposition in a court of law. And remember, I don't think I have to fly to California because according to my buddy, the legal advisor, he told me Cisco has an office in Massachusetts and the president of Cisco is Chambers and he is duty to come to Massachusetts, not you. The only time I am going to fly is to is Florida, Ronowski, whatever his name is. Take care Mr. Falby and let me know if you need some advice, legal advice, or anything like that I can help you out. Take care. Right now I am just walking down downtown Boston strategizing for Monday and take care Mr. Falby. I am sorry for this long voicemail because if you eventually get paid. That's at least $450, half hour maybe.

# EXHIBIT 7

**Bayad to Bruce Falby**
<u>**Voicemail February 2, 2005**</u>
**(9:17 AM)**

Hi Mr. Falby.  This is Anthony.  Just to remind you about perjury and that you denied that there was a no-hire list.  You denied Mr. Chambers that he did not come to Massachusetts.  No he came to, he doesn't recall.  If he doesn't recall that he came to New York, the customer is going to give a declaration that they met him several times and then for his visit to Massachusetts, in the future, do your homework before you insult me Mr. Falby.  Now people took pictures of them, people have video conference with them.  People had a digital recording _____ totally _____.  Take care, my friend Falby.  You have no ground on this case, you know, and I read cases from discrimination, people who were discriminated just for no reason.  They put their name on a no-hire list and then abuse back in Florida and then fired _____.  You didn't make them pay for the certification.  I give you deposition for free my friend.  And guess what, everything I tell you, you are going to hear again.  And guess what, see you on Monday.  Next you bring Mr. _____, Bob Mathias, take care.

# EXHIBIT 8

**Bayad to Bruce Falby**
<u>**Voicemail February 2, 2005**</u>
**(8:16 AM)**

Hi Bruce. This is Anthony. Just want to let you know and to remind you that I have been studying very hard preparing for Monday for _____ will be falling together in this legal procedure, but just to let you know, you guys have committed a lot of perjuries because a lot of facts we will back up which you guys have denied. Remember this is not a joke or high school. This is a rule of laws, Federal Court, Civil Procedures have been not followed. Like for example Chamber attended Massachusetts meetings with me and he denied that. I got twenty people that will tell you that the layoff, they are going to tell you the same things. They met with him too. _____ they don't work for Cisco. Take care Mr. Falby. Perjury is very bad in the Federal Court.

# EXHIBIT 9

**Bayad to Bruce Falby**
<u>Voicemail January 31, 2005</u>
(2:20 PM)

Hi Mr. Falby. I call you every time to discuss the aftermath, scheduling, what have you, and for some reason, you know, you're packing up and you just, recording, recording, recording. How many voicemails are you going introduce to the court, how many, you know? I went today, Mr. Falby, to introduce my motion and my notice and the clerk of the magistrate, she saw me she was jumping, you know. You know, it's a voicemail, I don't tell you why, you know. Because you the same, you told them, you know, I'm out of control. Mr. Falby, seven years in this country, you know. It's just like selective United States Army service. I'm an American. Are you telling me I'm not going to have a right to due process in the court? My friend, I told you, if you were in Florida, you will win this case. You can call your buddies, they can transfer some money in Monaco or Grand Cayman. But believe me my friend, it's not going to happen. I swear to you Mr. Falby that the United States Justice Department of the FBI will get involved. I'm not kidding. I'm going to push a button buddy, I'm telling you. And if they don't give me a right in this country it's going to be looking very bad because we send a message out there that we want to spread the freedom. What type of freedom when I'm a slave in this country right now. I can't even work. Wake up Mr. Falby. Give me a call. I can tell you that what's the aftermath on Monday. Monday you're going to meet my family, a lot of people going to walk into the court by the way. Just to let you know. And how can you file a motion for Rule 56 when you deny my right of due process of deposing the defendants. And if you have some argument, like I'm out of control, then we schedule the deposition to be taken in a court of law under the jurisdiction of United States Marshal. Okay brother? Thank you Mr. Falby. Next phone call brother is a phone call to the court.
BEF/lnf

# EXHIBIT 10

**Bayad to Bruce Falby**
<u>**Voicemail January 31, 2005**</u>
**(11:15 AM)**

Hi Mr. Falby. It's Anthony. I just delivered two motion – a motion and notice of, you know what I mean. I just want to assure you, the motion is on building a case as you know. And guess what, I don't think it will be granted. You know why, because you own the court. You talk to the court every day. You are putting me – you are sending, you are sending a message to the court that I'm a criminal, I'm a terrorist, I'm a second-class citizen. And guess what, that's defamation. Just think about what you're doing, you know. Because when I walk into court, people look at me very funny and guess what, they know, they touch me, I sue. That's it. And guess what, if some reason there's no law, there's no rule of law, there's no right of due process, I assure you Mr. Falby that I will get my sign, your name and everybody's name on that sign. I stand in front of court I exercise my First Amendment. I _____ you not. You know I bring my parents, we have a chair, we stand there. Because I have nothing to do during the day than go there and sit right by the court. And then my sister or my family will call the media in Europe – in what they call the _____ -- to come in and film us. Because I don't want to see NBC in there – USA, you know, whitey, whitey. They can all go help me, you know. Look at the rule of law Mr. Falby. You're not going to win this case. Connection – that's the problem I'm having. That's what this country is about. And I am an _____. But Monday I will know that somebody is trying to help you out. Because Mr. Falby also, court is settle and the jury they don't reward big. Because, in a car accident, for example, you know, you drive a car Mr. Falby, hit a pole, and you're going to sue the pole company? No, the pole company was not driving the car. But taking food off people's table by another hand which is Savastano, Wiese and Chambers, that's their problem, Mr. Falby. Gee _____ logic, reasoning. God bless you. Also, working with a sledgehammer, you know, and you hit your head because you forgot to put the hard hat on your head and OSHA -- the rule of law in OSHA requires you to do that but you forgot to put the head to protect your helmet, you're not going to sue the sledgehammer company or motorcycle, Mr. Falby. You own a motorcycle, you fell, you hurt your head, you didn't have the helmet. You're not going to sue the Kawaski dealer because you hurt your head. You understand the magnitude here. Compare me to those issues. _____ and I'm on the street my friend.
BEF/lnf

# EXHIBIT 11

**Bayad to Bruce Falby**
<u>**Voicemail January 31, 2005**</u>
**(8:57 AM)**

Hi Mr. Falby. I forgot to tell you by the way, because seven years, no income, I get free care and also when I went to public assistance I check to seek if I can be granted assistance from the public, the person that filed the application for like the hard, section 8 and for food stamps, and for city health, and, you know, and Massachusetts Health, and everything right. When they found out that college grad, very educated, they shake their head, they couldn't understand it. And they ask me why and I explained to them. You know what they told me, this is not just a civil, this is a criminal, what, what his name, Savastano is doing and his gangs, and also he thinks he's a Mafia. He doesn't understand that the word Mafia is derived by the word Arabic which is Mafia – Mafia does mean exempt from prosecution, exempt from taxes. If he doesn't know, you want to know, what's the word Mafia, my friend, why it came up. It's from Arab because Arab in the old days, they used to own the Mediterranean. Just to let you know what's going on. Mafia is Mafia which is exempt in English. And if you want French I can give you the French or Greek. Take care Mr. Falby and I'm going to call you, McCormick, if she wants to get the motions, and so you can have a wonderful week. Take care sir. BEF/lnf

# EXHIBIT 12

**Bayad to Bruce Falby**
**Voicemail January 31, 2005**
(8:35 AM)

Hi Mr. Falby. Good morning, it's Anthony. It was hectic this weekend Mr. Falby because I was preparing some documents that you're going to see this morning on your table, hopefully. I'm going to the court right now. And after the court I'm going to the Mass. General Hospital so they can check me out because what I have, a hernia, or ulcer or maybe cancer, which is good if it's cancer. Then they have nothing to go forward for. And then something's going to start running. So anyway Mr. Falby – just to let you know for the no-hire list, the reason that no-hire list was provided because European, if I want a problem – you need to understand this. European – in Europe you don't want a problem, you don't want to see problems or have problems, you know. Like Venga, she goes to Morocco all the time and Venga cannot be in Marrakech and Marrakech is owned by Moroccans, by Anthony Bayad. And you don't want to see Venga stuck in Marrakech and United States Department cannot get her out in her country, you know, or maybe Turkey, you know. You see how it works. That's why people don't want problems. The only people that they like problems is you and I, Americans like us, you know. Because we think our mothers and fathers are aliens maybe. Just to let you know. I don't think it's going to be a good week for you Mr. Falby, respectfully, and you know. For the Rule of Civil Procedure and rule of law, memorandums and case study and case research under Westlaw and LEXIS, you know, I read them all and I tell you the law – the law is very strict and very good _____ applied. But I'm going to take _____ a couple of things. But anyhow Mr. Falby, hopefully you have a nice week and you will hear from me soon and just to let you know you see some stuff today I'm going to file in the court, I don't think you're going to be happy. And listen, if you need some painkiller, anything, I have some home with me, you know. They are from Bayer, from Germany, because I cannot afford them here. Just to let you know.
BEF/lnf

# EXHIBIT 13

**Bayad to Bruce Falby**
<u>**Voicemail January 29, 2005**</u>
**(1:16 PM)**

Hi Mr. Falby. It's Anthony. Just to let you know, I just got the answers of Mr. Chambers and have not had a chance to read them. But according to the rule of law you deposit the answer by the 28th. _____ for extension. As you know, I'm a monkey with shackles from Africa you don't need to bother right, that's okay Mr. Falby. All I can tell you, Monday is not going to be good Monday for you. I am going to copy Chandler and it was nice meeting you by the way. You tried, you know. In the future you cannot permit perjury in the court of law in the Federal court by saying that the no-hire list does not exist. You cannot. That no-hire list does exist. There are other things that you do not know. Hey Mr. Falby, you learn, you learn as you go, you know. That when some one is black, black , like me god love them, and a good heart, what goes around comes around. That is what we are seeing right know. That's why you should go to church, I don't know if you are Jewish, Christian or Muslim, I don't know your status Mr. Falby, but once you go pray, you know we all pray to somebody, you know, that always good win over evil buddy, you know. That is why on this earth we pay before we go before we go up there. We get paid twice Mr. Falby, huh. God pay us, that is why we have to do the right thing or we may be _____. Okay Mr. Falby, say hello to Mr. Mathias on Monday and it was nice meeting him too. Good luck to you guys. Let's see what this court is going to do. I don't think you are going to win.

# EXHIBIT 14

**Bayad to Bruce Falby**
<u>**Voicemail January 28, 2005**</u>
**(12:43 PM)**

Hi Mr. Falby this is Anthony Bayad. I left a voice mail message to Mr. Mathais just to advise because he also has to learn that he needs to be advised of any move I make and I just let you know Mr. Falby who is going to hear from you yesterday. I know you are having a very hard time, you know you can't _____ you know from Berkeley and from the law school that you went to, _____ it is not going to minimize or weaken the concrete evidence that I have and second, just to let you know respectfully that you just don't do this, I do all the time, I call you back every day to let you know that I am still, I am around and the reason for this call Mr. Falby just to advise you to be prepared, that a motion requesting full damages behind the complaint of the _____ complaint must be granted for the following reasons. Because you got misconduct, it is offensive to the rule of laws and also you guys sending a message out there that because Anthony Bayad is from Morocco even though he is United States citizens for twenty years he does not have right of due process. Therefore the Seventh Amendment does not apply to him. Therefore we don't have to comply with the rule of civil procedure that says thirty days you need to comply and respond to me because of the request to admit. And then you can ask for an extension Mr. Falby and unfortunately you did not comply with such a request and therefore you have an issue. May trouble you and would turn into a problem. _____ but guess what you guys have insurance. If Mr. Chambers will sue you, you guys have an insurance. One billion is a lot of money in this country. You can buy Africa with one billion.

# EXHIBIT 15

**Bayad to Mathias**
Voicemail #5, January 27, 2005
(3:28 pm)

Mr. Mathias this is Anthony Bayad I've been working very hard today regarding what you guys have responded to. Mr. Mathias, respectfully, you need to listen to this voicemail very careful sir, respectfully to you. Mr. Mathias the "no-hire list" does exist – you just screw up. It doesn't exist – you just lied. You directed. You poor guy, Mr. Falby to lie under oath directed his client to lie. Those two guys, it's okay with me that it's they're lie b/c I got him. Do you know what perjury is in the federal court? Now remember Mr. Mathias, I am not an attorney that you can call and you can work out deal with you. I am not going to work out deal with you. I give you deal long time ago. And guess what? Because I am from Morocco and you hate my race that's why you kept dragging [inaudible] – thinking I'm a ranchero - I'm Amando. I'm not Amando. I'm an American for 20 years. Mr. Falby it's not very professional. It's not ethical – professional ethics - the board association – ABA, room 51 [inaudible] responsibility. You are liable. You are directing Mr. Falby you know under pressure to lie under oath. To provide garbage to Mr. Bayad b/c you think I'm garbage Mr. Mathias – I don't think so. Mr. Mathias, I swear to you Mr. Mathias, if you lie, if you guys send me garbage about Mr. Chambers you know you send me lies and then you guys lie under oath and Mr. Chambers signs it. I am going to run to Herald Boston Globe. I'm not kidding. I'm going to tell you. I told you guys this year is not going to be good for us because put yourself in Mr. Falby's, you know, you know shoe. You tell him what to do with your girlfriend in New York she hiding in the corner and guys putting poor guy to lie under oath and he has a mortgage and his is a young attorney and you b/c you have 1 billion dollars [inaudible] set for life. What going to happen to your reputation? Who cares? You change your name. You the man Mr. Mathias. All I can tell you be careful what you going to send me about Mr. Chambers. And Mr. Chambers will be deposed. And Lynn Fraser she's going to, she's going to freak out in deposition and she's going to the plan is going to go south. I'm telling you Mr. Mathias. You do not know. White people cannot lie. [inaudible] cannot lie, you know what I mean. When you have evidence you win - concrete evidence. I did not lie. I don't go around and sue companies, Mr. Mathias. I sue the same people b/c put your shoes, again you step in my shoes seven years no work, no work. I'm a United States citizen for 20 years. Mr. Falby be careful what you send me about Mr. Chamber's response, okay, because that stuff is very serious and I kept the perjury in federal court and I prove to court once that you guys destroy evidence at Cisco and Mark [inaudible] was running. And then I tell you be careful Mr. Mathias. I gave you a [inaudible] – an incentive. I told you to wrap it up. I don't want my job back. I don't want to see Cisco or Wiese. Mr. Mathias do not send me lie because I'm going to to write to the judge and I'm telling you perjury and a move very close to the justice department and I'm going to the Bar. And guess what Mr. Mathias? If the court doesn't do nothing I'm a file a civil lawsuit against you and sue for my right to due process. And I'm going to ask the court, not for money, ask you to be disbarred. And I'm going to run to Boston Globe. Take care Mr. Mathias. You think I'm joking? The "no-hire list" a merely fuck you. The "no-hire list" it does exist and we have it and we will prove it to you. Take care Mr. Mathias. <end of message>

# EXHIBIT 16

**Bayad to Robert Mathias**
<u>Voicemail #4, January 26, 2005</u>
(7:02 PM)

Mr. Mathias respectfully to you. I know you don't like to hear my voice but just to let you know do you understand the word "kamikaze"? I don't think you do. Unless you're very educated. Are you educated? I don't know about that. Let me explain to you kamikaze. In Pearl Harbor there's they bunch of Japanese they call kamikaze family. You know kamikaze they call homicide, suicide they call kamikaze you know. By denying the no hire list you've committed a kamikaze suicide on you guys. Mr. Mathias, respectfully, you lost this case. Mr. Mathias the more you proceed more you [inaudible] to the bury you in the case. Please do so. Keep going. Now it's 4 million now it's going to be 10 million god bless you. I love you. You know I love you. I will always love you. I'm going to put your name in my villa in a Spain or maybe in Greece or Spain or the [inaudible]. Thank you Mr. Mathias. I'm call it Mathias and the family in [inaudible] or may be Cypress Island or probably in Morocco. <end of message>

# EXHIBIT 17

**Bayad to Robert Mathias**
<u>Voicemail # 3, January 26, 2005</u>
(6:54 PM)

Mr. Mathias if you think you are captivity to September 11th. You are the leader of Arab. You're against Arabs. Mr. Mathias, who destroyed two buildings? Not the Moroccans? It's Saudi Arabians. May be not. May be [Mosaat] Jews? And do you know how many white people benefited from September 11th? You know many people white people get a job in the FBI and the CIA and the United States Marshall? You know how many white people benefited from September 11th? You know how many people Arab people that Anthony Bayad [inaudible] get to survive because of Sept. 11th. Mr. Mathias, you know. September 11th was a business deal, my friend, you know. Lot of people made money out of September 11th. Selling T-shirts and US Marshall white guys. You know how many white guys got promoted and get a job with the government you know? Do we know who gets crucified? Who get [inaudible]? You know get crucified and get killed in this country, you know. It's a Pakistanis who have a business. Who participate in commerce and come to this country who love this country like Anthony you know. Mr. Mathias you need to freaking wake up and smell the air and look around you. You know this country has an issue. There's law smart minorities here that you cannot touch. You touch me I'll take you to 21st century. I told you that. I told you if were smart from Yale and from Harvard you should wrap up this case and seal this case and move on and you won the case. And guess what Mr. Mathias? You thought you are the God creator. You thought you going to win this case. You not going to win this case, my friend, you know. Well, because you call me sad nigger. Say again how you going to win this case. [inaudible]. You're not going to win this case. Man, these people conducted hate crime on me. In a started when I was a young boy. You know Wiese. Now Weise is a [inaudible] and I think he drinking whisky to sleep at night. You think they having good time. Mr. Mathias wake up and smell the air. You're not goanna win this case. You keep going. You affecting my health. More days, more hell for me Mr. Mathias and guess what? If this court does not give me right I know my rights. They no exert you know exert? I know Lou [Gottley]. Appeal. You in Florida I know my rights. I do not appeal that's why they dismiss my case. The 11th Circuit have no problem with me. I don't have problem with them, Mr. Mathias. Because you know my rights, because the Rabi the German killed them. They burned them in Germany, you know. They trying to conduct the same attitude and behavior to Arabs. And guess what? They going to have a problem you know. I don't have to speak on the phone and tell you what's the problem, you know. There is a group of people that Mr. Rabi in Florida is going to have a ulcer and hernia – that's not my problem my friend. I'm an American United States citizen. I don't care what happened to Jews in Israel. I care about my health and my family and my jurisdiction in the United States of America, Mr. Mathias, you know: I don't care what happened. I cannot speak on behalf of the Rabi in Florida. What happened to his race. Actually his race is decent of the United States of America and Israel is the [Masaat]. I care about my life, my brother Mr. Mathias. You touch me – you stuck with me. If the Jews can sue Switzerland and can get money from Switzerland you telling me what I'm going to do to Cisco System and the white peas like you, Mr. Mathias. God bless you. Now, Mr. Mathias what type of car are going to provide to the Magistrate. You going to give her a... I think she likes Mercedes. With handle or the 4, 5 handle – I don't know man you tell me. Okay

Mr. Mathias don't tell me the "no-hire list" does not exist – you make my day.  I love you.  I love you Mr. Mathias. <end of message>

# EXHIBIT 18

**Bayad to Robert Mathias**
<u>Voicemail #2, January 26, 2005</u>
(6:48 PM)

Mr. Mathias you can hang up on me 20 times. You know why you're losing because there are rule of laws and there is evidence, exculpatory evidence – you know. I'm not [inaudible] evidence. I was. There was a hate crime, you know. Mr. Mathias let me repeat this the words hate crime exercised up on me in Florida. Florida is the seventh. You know the flag of seven. Of course they're going to win. They hate racist. Mr. Mathias, I'm a leader. I told you we built Santa Monica University. My father's name is under [inaudible]. But Mr. Mathias. We created. You know. When we were in [inaudible]. Mr. Mathias, I won this case. I have no problems, you know. Because of where [inaudible] in Washington. When we report [inaudible]. But Mr. Mathias just to let you know as a friend, you know. You know Mr. Mathias why, why, why we built this Arab. Arab Mr. Mathias are number 1 in the world. We don't create problems. We don't look for problems but when problems come to us – we strike. We strike swift. The only thing we know Mr. Mathias, is life. And the throat. You know throat. Knife and throat. You know throat. I'm not threatening you, I'm just telling you what we know and the FBI and the CIA and the NSA knows. We – Arabs – when you cut to our families, we know one thing. We know knife and throat, Mr. Mathias. You go around, and round and round you play around and thought you were the man from Harvard. I guess you will learn the old – the rule of laws. I told you if you wrap up this case you going to win because you [inaudible] and you and everybody goes home and you won and I loss. Guess what? You make me winner. You kept going, going, going. And then you give them everything, I mean you show the court the law of general [inaudible] that it needs to be tried. Rule 56, Mr. Mathias, its not that sense. And guess what? Mr. Mathias, if you screwed me at the end, I'm going to go to the public. I'm going to go to the Boston Globe and Herald. And guess what when they see Chambers you know how many companies they suck up to [inaudible]. Even Microsoft number 1 in the world is doing bad. You know if they see Cisco going down, you know, you know, the CEO of Northend they'll be dancing. Dancing in Rio Janeiro. It's going go to Rio Janeiro to dance you know – you know. Mr. Chambers is going to go down. You know who's going to take him – Mr. Bayad, my friend. And guess what? Mr. Bayad has nothing. Mr. Mathias what you going to take from me, you know. What are going to take – my million dollars? A boy crazy doesn't have a college degree has a million dollars. Liz Fraser has half million dollars in her bank according to the records and people that told me. She doesn't even have college degree, you know. Jerry Newman have a quarter million dollars in the bank, Mr. Mathias, wake up and smell the air, my friend. I'm a college grad. You think you can scare me. Why don't you call your buddy from homeland security and let them deport me. They took. Let me ask you where to deport me. Why don't you deport me to Norway. No, no, no not Norway. Deport me to Canada. Nah, I don't like Canada. I want you to deport me to Dutch, Holland. No, no, no how about New Zealand. No, ah, how 'bout Japan. Wake up Mr. Mathias and smell the freaking air. You're not going to win this case, you know. If you were the man you should have wrap this up a long time ago. You know why because you freakin' racist. You know why you live – you take care of Rose Parker. Let me ask you Mr. Mathias, who brought black people in this country? Who? You think the white people brought the black people into this country? Arab people brought people in this

country. Read the history. You know who discovered America? [inaudible] Christopher Columbus. We were invading Christopher Columbus, Spain and Portugal. Arab was in Spain that time when the boat went who knows the stars. Who knows the calculations. Arabs. Arabs find – Arabs discovered America. Did you know that? Come on buddy? Not no bullshit <end of message>

Columbus. We were invading Christopher Columbus, Spain and Portugal. Arab was in Spain that time when the boat went who knows the star. Who knows the calculations. Arabs. Arabs discovered America. Did you know that? Come on buddy? Not no bullshit <end of message>

# EXHIBIT 19

**Bayad to Robert Mathias**
<u>**Voicemail #1, January 26, 2005**</u>
**(6:37 PM)**

Mr. Mathias why don't you complain yourself to the Honorable Judge O'Toole. They work for the biggest firm in Massachusetts. They work for the City of [inaudible] judge, you know. He made the news life, right. You know, how comes he's a judge and you are a attorney for biggest firm making billions dollars? Why you don't make history? Why you not a judge? You know why you not judge b/c you corrupted. But the man, O'Toole - Irish guy decent. It is horrible. God bless him. He's an American. He's an American immigrant. That came to this country. Family came to this country. And guess what? He bide and obeyed the rule of laws. He has a [inaudible], you know. The only person in this earth that I respect and they say O'Toole, you know. I wouldn't call him Mr. O'Toole or Honorable Judge O'Toole. Do you Mr. Mathias if you were the man, if you make history in this country – why you not judge? Why you not a senator? You know what? You a thief! Thief! You know, instead of money you are corrupted. Money? <message ends>

# EXHIBIT 20

**Bayad to Bruce Falby**
<u>Voicemail January 26, 2005</u>
(4:54 PM)

Hi Mr. Falby. This is Anthony Bayad. Just want to make sure you know what's going on, you know. I'm not trying to surprise you guys or trying to be a superstar but, you know, as a United States citizen of this land I'm trying to help my fellow Americans. And Mr. Falby, respectfully, I have spoken to you a million, million times. I know my rights and I know what I'm doing. Just to let you know. And I'm not desperate. Are you sure there's a no-hire list, Mr. Falby? Do you understand the consequence of perjury in the federal court? Are you sure that no-hire list does not exist? Mr. Falby, did you really sit down and investigate I spoke to Cisco, Chandler, and all the fellows and Celia Harper and everybody else and you sat down with them and asked them are you sure we can cover the bases? You did not did your homework Mr. Falby, respectfully, and that's the problem. I think you lost the case already. God bless you. And maybe you can get me disbarred because you know why, you are directing – I'm reading the Professional Ethics for Massachusetts – I walked in today, you know I'm not working Mr. Mathias Mr. Falby. I walked into the Massachusetts – it's across the building from you on Federal Street – the Bar Association of Massachusetts, and they gave me some tips and some files. But Mr. Falby, respectfully, when you as an attorney and as an officer of the court, when you direct your client to commit perjury and you sign underneath them, you are liable and even though Mathias – I'm going to tell you some rule of laws right now – and I hope your voicemail does not cut me off – and I'm going to tell you exactly the rule of law that I think is going to be applied. I think it's 8850 – hold on, hold on, I'm looking Mr. Mathias, you know, I'm very smart buddy, hold on here, I hope I can get it, hold on, hold on, if not I'll call you back. Hold on, hold on, hold on, hold on, it's coming up. Okay, it says this is for Mathias – you're already in trouble Mr. Falby. The supervisory responsibility – there are two kinds – one appears in model Rule 51(a) and (b) – Rules _____ by law firm partners to make reasonable effort to ensure that the firm has in effect measures given reasonable assurance that all lawyers in the firm conform with the model rule within the ABA. Rule 51(b) imposes an equivalent obligation of lawyers with direct supervisor authority over another lawyer. This structural responsibility do not appear in the code. If partner or supervisory lawyer can be disciplined under this provision even if he or she was unaware of another lawyer's misconduct. Indeed, the way the section reads the failure to install the appropriate preventive measure will warrant discipline even with no additional misconduct. The rules separately fall according to rectify another lawyer misconduct understood the consensus under the ABA Rule 51(c)(2) _____. I don't go for detail. Mr. Falby, when you practice law, you a partner with Piper Rudnick. Mr. Mathias can tell you what to do but you have to read the professional ethics and you need to cover your bases. You fail so. Now Mr. Falby, you said that there is no – you direct your client that there is no – what do you call that list – no-hire list. It does exist. I'm going to surprise you. God bless you. If I were you, I'd call Mr. Chandler and Robin Tarr and tell her the judge will cut off her hair and wrap it up because we're dealing with some smart people, the leaders, people that build _____ of the world, the _____.

And they named them the Rock of Gibraltar. You know, when people go to the Middle East, they go to the Gibraltar. It's a joke. God bless you Mr. Falby. Good luck, buddy, and hope so also if I were you, you know, you are six-foot tall. I don't think you can come down. I think you should bring Mr. Mathias and Ms. Robin Tarr to see how Anthony, you know, prevails in a court of law. And guess what, _____ issue, you know, he denied everything. That means we have to go to trial. God bless you. Take care. And Mr. Falby, it's not personal. It's an American citizen, very smart, Anthony Bayad, remember that. And sometime we can have a beer in Greece and sometime I will knock on your shoulder and I can buy you a drink. The mountain cannot meet, Mr. Falby. But guess what, human beings always meet. Ten years from now, you walk into some countries, Costa Rica, Taiwan, whatever you go with your family, you're going to see Anthony on the corner. And guess what, Mr. Falby, God bless you buddy.

BEF/lnf

# EXHIBIT 21

**Bayad's Voicemail to Robin Tarr**
**Wednesday, January 26, 2005**
**(12:30 PM)**

Hi Ms. Tarr. This is Anthony Bayad. I just want to let you know that I called Mr. ah – we don't want to waste their time calling you and I called you and I called them and I called Mr. Mathias and I called Mr. Falby to let them know that after I take under the rule of civil procedure and rule of laws set forth by this country's constitution and by the federal court that I will take the deposition of Lynn Fraser and after she confesses – she will confess. Then we gonna add her to the count to the lawsuit with the corporate – Cisco corporate police that looks like Ronald [inaudible] from Lucent Technologies. They duplicate the same resemblance to scare me, you know what I mean, for I can shit on my pants because he was holding the door. They can fire me on my desk. They can send me a letter but they cannot lock me like a monkey - like a dog. I have a dog and I treat him like a king. And they cannot lock me in a room like a guy who comes here from Kenya. I don't know if you know Kenya, Africa and I don't have a shackle. Do I look like I have a shackle and have a earring in my nose? I don't have that – just to let you know. And Ms. Tarr, I am a United States citizen for 20 years and I'm 37 years old and I am very very educated. And, ah, the reason why I am going to add them both for we can revise the count on false imprisonment. Thank you. Imprisonment. Sorry about my English. You know I'm a second class citizen I don't understand – ah – I don't speak very well the English language. Because people enjoy the American dreams and I am walking on the streets working on my case. And Ms. Tarr – do you understand what's concrete evidence? You know what's Kotex? [inaudible]? McDonald? [inaudible]? You understand that? Disparate treatment? Hate crimes? Do you understand that? You know? He is not the guy that, ah, like a Jew guy who sue a New England telephone company because they refuse to hire him because he was Israeli. These people they conducted hate crime on me – twice. Second time was very alleviated. Thank you Ms. Tarr. I just remember I am not Amando Navas. I'm not some – what do you call [ranchero]. I just want to let you know Miss I'm Anthony Bayad – a leader.

# EXHIBIT 22

**Bayad to Bruce Falby**
**Voicemail January 26, 2005**
**(11:22 AM)**

Hey Mr. Falby, you do need to advise your client that the deposition will take effect because the written discovery are outstanding, you know. The first set was only retaliation. The second set, buddy, a lot of evidence, you know what I mean, and Anthony Bayad is qualified. Also, you do need to tell your client, Mr. Chandler, whoever you're talking to, that a video camera on every deposition will take effect and the public record is going to be in a web site in Europe. I'm going to tell you. And guess, what, they call it a Figaro a le _____. If you don't understand French, I'm sorry. But that's a highly, highly magazines in Europe. And Mr. Falby, you know, it's a public record. And guess what. Mr. Falby. Take my range rover. I have a range rover and a private jet like Mr. Chambers. Take care.
BEF/lnf

# EXHIBIT 23

**Bayad's Voicemail to Robin Tarr**
**Wednesday, January 26, 2005**
**(8:41 AM)**

Hi Ms. Tarr this is Anthony Bayad. I just want to help you out to understand the severity of your conduct in this litigation. Perjury! It's very serious in this federal court and in Massachusetts. I don't know about New York or Florida, Ms. Tarr, respectfully and if you file something and your name is on the record, you know, you make sure that you don't commit perjury b/c Anthony Bayad is a second class citizen of this land or b/c he's a pro se you guys take advantage of his situation. Remember, we all went to college Ms. Tarr or Ms. Robin Tarr or counselor. Everybody went to college - you know. We very educated. Remember there's concrete evidence. Cisco or your defendant violated the rule of laws once. They destroyed evidence. We have proof. Now you guys are sending lies. You know there's evidence and you guys saying - you guys writing. I'm asking you to admit or deny and you tell and you writing me in script a poem in English – what do I look like Ms. Tarr. Hate crime was conducted in Florida up on me – and they won. You know why, b/c they were protected – they were connected. Do want me to? How many times do I have to tell you guys this? They were connected. And guess what? Those people that committed hate crime on me and they were connected, Securities and Exchange Commission and Justice Department are right after them. The reason things are keeping a secret, you know why? Because they are too connected and it's a national interest of our country. That's why some of them did not go to jail. But Cisco – you cannot tell me. You ask me for extension. You guys created – you guys designed the schedule for the pretrial. You guys came up with deadlines then you ask me for extension, Ms. Tarr. I provided you with extension. Then, you guys said the 25th we would provide you the answer. And guess what – Mr. Chambers – I didn't see Mr. Chambers' answer. What rule of law you guys are playing with? Huh, Ms. Tarr? You think I'm Amando from Venezuela? I'm a United States citizen for 20 years. Pamela Anderson - she's not an American. Arnold Schwarzenegger - only ten years American. He had a green card for while. Ms. Tarr we have concrete evidence. We ask – we – these people and me - ask you guys, respectfully, to immediately wrap it up. You guys came up with the big head and you thought you guys were god in this country. Now, plan B now - we going to trial then why you guys are not playing with the rule of laws. If you have evidence – why don't you bring the evidence – work evidence and then let the American people decide. The amendment - 7th amendment will decide. And, Ms. Tarr, I am going to go to public. I am going to broadcast the "no-hire list" and guess what - I get zero and you can't take from me and you know what you can take from me – zero. If you want my college degree you don't have to take it from me. I'll give it to you [inaudible]. God bless you. <end of message>

# EXHIBIT 24

**Bayad to Bruce Falby**
<u>Voicemail January 25, 2005</u>
(11:10 AM)

Hi Mr. Falby. This is Anthony. As usual I left a zillion voice mails. Mr. Mathias, help me understand the Rules of Civil Procedure. I am scheduled to take some depositions sometime this month because the recent discovery has ended the 4th of February. The 14th is the Lynn Fraser deposition and then the 25th, I believe, I don't have the schedule in front of me, will be individual Chambers and Savastano because they are located in the same area. And the ticket is very expensive because I gave you sixty days' notice and you have not responded to me anything. And the second thing, Mr. Falby, respectfully, let me understand the rule of law and the professional ethics. How can I prepare for the deposition and the trial? You have not given me one single evidence and probably today I will receive something, according to Lisa, she said the answer, and between the answer, you know, everything is documented, we have exhibits and, you know, everything is backed up, you know. Mr. Falby, we are, believe me, listen to me, we are going to trial. Then you guys need to start cooperating before I start. I'm not going to compel, motion to compel, and then I start the recent issues for to show the court that I'm looking, I'm just desperate here. No, I am going to go to another higher court. And I'm going to sue you Mr. Falby, you and your buddy Gray Cary, Mr. Mathias, you know. You guys are talking to the court every day, you guys talking to Florida every day. What do you guys think, you're above the law here? What do think, I'm a monkey in this country, what Mr. Falby, huh? Do I look like a kid from Zanzibar, Africa, huh? Do I have a chain around my neck here? Come on Mr. Falby, cooperate. Start making phone calls. You can pay for that. Why do you care? Just send a letter with an exhibit asking Mr. Chambers to provide you with the evidence and with some exhibits and I'll schedule the date where we're going to take the deposition of Lynn Fraser. Is it Lexington or in a motel, in Route 1 or Route 2 or whatever you want me to do it? But remember, I'm going to take the deposition. Because if it's denied, I will object to the condition of the judge and I'm going to appeal and it's abuse of discretion. Take care Mr. Falby.

BEF/lnf

# EXHIBIT 25

**Bayad Voicemail Message to Robin Tarr**
**(Received Wednesday, January 19, 2005, 11:50 AM)**

Good morning Ms. Tarr. My name is Anthony Bayad and I just found out that Mr. Mathias is in your guys area and also you've been copied many times on the lawsuit Bayad v. Cisco. Ms. Tarr I just want to let you know that I told Mr. Mathias that he is not going to win this case because you know, it is outrageous what happened to me. This only happened in a [inaudible] not even in China, by the way, in Africa they don't do that you know but any how Ms. Tarr you are not in charge or anything. Tell Mr. Mathias that congratulations for winning the case of Mr. Navas in Florida because Mr. Navas is not an American, by the way, and anyhow the reason they won the case is because you know it's Florida you know. If I was in Florida right now I wouldn't even file lawsuit in Florida. There is no law over there you know but it's who you know not what you know - that's okay. But tell also Mr. Mathias that if he has any connections in Florida to keep from following the case because this case he's going to use those connections and he's not going to win. And also tell Mr. Mathias that I have a college degree - a certificate on my wall I don't need anymore because, you know, I cannot work I'm on the "no-hire list" you know Ms. Tarr, you know what's going on, but it's okay. Tell Mr. Mathias that I'm going put a package. I might give it to Mr. Falby on Jan -eh- on February at the hearing. I will put together my degree, all my certification achievements and Ms. Tarr you know what I mean I cannot work anymore – nobody will hire me because you know - second class citizen of this land. I'm a very educated black man. But just to let you know, tell Mr. Mathias, if you see him around tell him that Anthony is going to put together all his certification - everything – and also ask him if he wants my American passport you know what I mean because in America they give us another passport - you know - that says "second-class citizen." I'm going to ask the State Department to give me that too. But it's okay but just tell Mr. Mathias I will give him all the package all my college degree and everything for he can give it to Savastano because I cannot work anymore. And also tell Mr. Mathias you not going to win this case and let's assume you connect in Massachusetts I am going to protest with signs you know I'm going to stand in front of the building that the person that helped them with signs you know what I mean and everyday - from 7 to midnight - every day. And it's not going to look good for Mr. Mathias nor the person who's going to help him. You got to give me some evidence Ms. Tarr. You got to give me some exhibits. You didn't give my custodial record - everything. You guys have not given me anything. Also Ms. Tarr preponderance of evidence you have not given me anything. I am afraid.[inaudible] and what have you. And, please, next time tell your client do not advertise that no-hire list. It's against the law.

# EXHIBIT 26

REDACTED

REDACTED

. I have transcribed the message below.  The call was received January 10, 2005 at 10:47 am.

Good Morning Bob, Mr. Mathias.  This is Anthony Bayad.  When you get a chance, if it is possible, give me a call regarding the second lawsuit that I am going to file.  I want to run it by you - just get some advice from you - and also some blessing and also I am working as we speak on the second set of interrogatories that will finalize the prima facie that need to be achieved so we can minimize the workload on the Court and make sure we agree upon in the court on February which count we need to debate and which count has already survived so we can then as you know put burden on you and your defendant.  When you get a chance Mr. Mathias, respectfully, give me a call at 781-704-8982.  Once again it is Anthony Bayad, plaintiff in regard of the litigation pending before this Court and against your defendant Chamber.  And Mr. Mathias also just to let you know for the first set of interrogatories that I submitted to you sir, those were set up so we can show the retaliation count and that was a lot of work for retaliation because retaliation you know there are some steps that the court needs to meet before it is granted and unfortunately this litigation or the defendants are very high authority meaning it will survive and you know it.  Give me a call one minute free time so we can discuss when because I have until the 4th.  Probably I should serve you everything by the end of Friday or maybe beginning of next week.  I hope you had a wonderful trip in CA.  Welcome back home and give me a call Mr. Mathias.

REDACTED

1

CISCO 00139

# EXHIBIT 27

# Piper Rudnick

**Bayad to Bruce Falby**
**Voicemail December 15, 2004**
**(Part I)**

Hi Mr. Falby. This is Anthony. It's Wednesday, December 15th. I just filed with the court the plaintiff's exhibit list, Rule 23(A)(3) Application A, and I'm going to mail it to you and also Mr. Falby, Mr. Mathias stated clear that I'm like a thief. It's clear that, it's difficult like that Mr. Falby. It hurt my feelings. If you come to Europe Mr. Falby, in Greece, I'm very connected in Greece by the way. If you come to Greece and then we put you in a room, we'll beat shit out of you, Mr. Falby. And then we are connected with the police. We speak with the police the same lingo. Because we have the same eyes – blues, blues, blue eyes. We cannot even get prosecuted. And I call you every day to settle this according to the courts. Of course, people just said that I'm trying to help you Mr. Falby and I guess you guys, you guys don't listen. But Merry Christmas to you and I'm working on your response to the interrogatives and some time I'll give it to you before Christmas and Merry Christmas to you Mr. Falby. And believe me there is justice here in this court. Take care my friend.
BEF/lnf

# EXHIBIT 28

# Piper Rudnick

**Bayad to Bruce Falby**
**December 15, 2004**
**(Par II)**

Hey Mr. Falby. Sorry not to finish the message. But as you read all the complaint and the exhibit that I furnished to you, you saw what they did to me. They put me in a room and they put me on my knees. You know who's a leader here is Patricia Russo, and Wiese, when you sit down with them and talk to them, you know. And Wiese is the source of what they did to me. And isn't it illegal that they put a guy in a room and abuse me like that and crucify me as mentally and rape me, huh, Mr. Mathias – do you think this is correct? And they cannot be prosecuted because they have same eyes like I left you earlier in the voicemail. You know, if you come to Greece, you know, and you work in Greece, you know, and we put you in a room and we exert the same disparate treatment and criminal acts on you and then we cannot get prosecuted because we are very connected like Lucent. Come on, Mr. Falby, look around you my friend, you know. And then Mr. Mathias tells me he thinks he – thinks he's going to scare me telling me he's going to file a motion to dismiss the complaint. The complaint has survived. How can it be dismissed again, you know? Tell him to give his open statement to some monkeys, you know, that just came from Africa, you know. I know this country exists before he and maybe his father came to this country my friend. Take care. Mr. Mathias – we hold him _____ in this country, you know. At least I came from a kingdom of Morocco and I flew on 747 Boeing, 747. Some people came on a boat, you know. Some people they came to Angel [sic] Island in New York. Some people they put in a stadium, you know. Mr. Mathias – Mr. Falby, there is no evidence in the history that has slaves like me. My friend, I'm a leader buddy, you know, and if you want me to tell you this in front of the judge on February, I'll tell you, okay. Like I said earlier, [unintelligible] _____ Spain. Type on your computer. Do a search. Yahoo.com. Search it. [Unintelligible], Mr. Mathias – Mr. Falby, you know. Teach this to your defendant, you know. And tell them next time when you accuse somebody, think about the future. What's going to happen. Seven Christmas, Mr. Falby, seven Christmas I have not enjoyed in this country because of that – of those guys. They're criminals.

BEF/lnf