UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>*Plaintiff*,<br><br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>*Defendants*. | CIVIL ACTION NO. 05-11005-PBS |

**AFFIDAVIT OF BRUCE E. FALBY IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE AND FOR PROTECTIVE ORDER <u>TERMINATING DISCOVERY</u>**

I, Bruce E. Falby, depose and say as follows:

1.  My name is Bruce E. Falby. I am a partner at the law firm DLA Piper US LLP and represent the defendants in this matter. I make this affidavit upon my own personal knowledge in support of Defendants' Motion to Strike and for Protective Order Terminating Discovery ("Defendants' Motion").

2.  Attached to Defendants' Motion as Exhibit C is a true and correct copy of a January 3, 2007 letter that I directed my associate Matthew Iverson to send to Catuogno Court Reporting, the court reporting service that Mr. Bayad informed us he had retained.

3.  Attached to Defendants' Motion as Exhibit D is a true and correct copy of a January 4, 2007 letter that I directed Mr. Iverson to send to Mr. Bayad by Federal Express, proposing alternate deposition dates to those he had proposed and asking if the alternate schedule

was acceptable to him. We have received no response from Mr. Bayad to this letter, other than his Court filings.

4. We have sent no further correspondence to Mr. Bayad since the Court's December 6, 2006 Procedural Order Re: Discovery.

5. Exhibits E, F, and G to the Defendants' Motion are true and correct copies of a Motion of Defendants John Chambers, Anthony Savastano, and Carl Wiese for Protective Order and two binders of voicemail transcriptions in support thereof that I filed on behalf of those defendants on February 7, 2005 in <u>Bayad v. Chambers et al</u>, C.A. No. 04-10468-GAO. Magistrate Bowler allowed the motion at a status conference that same day. A true and correct print out of the email I received on February 7, 2005 from the Court with the Docket Text concerning the status conference, showing that the motion for protective order was allowed, is attached hereto as Exhibit 1.

6. Last month, shortly before Christmas, I received in the mail a box with Mr. Bayad's name and address in the "From" portion of the mailing label. The box was decorated with pictures of Mickey Mouse and Huey, Dewey and Louie to which handwritten dialogue balloons had been added. Huey, Dewey and Louie are apparently meant to be Mr. Iverson, a former assistant district attorney ("Bob, make me partner. I know Mass. Dist. Attorney"), my partner Robert Matthias ("No Ivan. Go Bruce"), and me ("Bob, I'm tired. Let me play my guitar"). The box contained an enormous baby pacifier.

Signed under the pains and penalties of perjury this 11th day of January 2007.

/s/ Bruce E. Falby
Bruce E. Falby

**CERTIFICATE OF SERVICE**

      I, Bruce E. Falby, certify that on January 11, 2007, I served this document upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express.

      /s/ Bruce E. Falby
      Bruce E. Falby

# EXHIBIT 1

**Falby, Bruce E.**

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Monday, February 07, 2005 10:49 AM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:04-cv-10468-GAO Bayad v. Chambers et al "Status Conference" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 2/7/2005 at 10:48 AM EST and filed on 2/7/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Bayad v. Chambers et al
Case Number: 1:04-cv-10468 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?91120

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view the document:

Docket Text:
Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Status conference held on 2/7/2005; Anthony Bayad, representing himself and Bruce Falby for the defts.; Defts'. motion for summary judgment is due by 2/28/2005 with a response to the motion due by 3/14/2005; Court orders discovery suspended at this time; The court addresses the defts'. motion for a protective order; The court allows the order; Hearing on the motion for summary judgment is set for 3/22/2005 at 10:30 AM. (Tape #Digital.) (Saccoccio, Dianalynn)

The following document(s) are associated with this transaction:

<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
1:04-cv-10468 Notice will be electronically mailed to:
Mark W. Batten                                                mbatten@proskauer.com

Bruce E. Falby                                                bruce.falby@piperrudnick.com,
lisa.freedman@piperrudnick.com

Lisa M. Gaulin                                                lgaulin@choate.com

Lisa C. Goodheart
lisa.goodheart@piperrudnick.com,  bonnell.jendras@piperrudnick.com

Thomas E. Shirley                                             tes@choate.com


1:04-cv-10468 Notice will not be electronically mailed to:
Anthony Bayad
,

1