# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,                             )
                                           )
                                           )
    Plaintiff ,                            )          **CIVIL ACTION**
                                           )
                                           )
                                           )          **CASE NO. 05-11005PBS**
                                           )
BRUCE BASTIAN; KATE DCAMP                  )
LYNN FRASER;CELIA HARPER-GUERRA;)
RICK JUSTICE; CISCO SYSTEMS INC.           )
                                           )
    Defendants,                            )

## EMERGENCY HEARING  AS MATTER OF LAW IN THE INTEREST OF CIVIL RIGHT – THE RIGHT OF DUE PROCESS CLAUSE IS CRUCIAL FOR CIVIL RIGHT – THE CONSTITUTIONAL RIGHT TO ALL RACES – TO ALL GENDERS

" Every step toward the goal of justice requires sacrifice, suffering and struggle. . .." Martin Luther King, Jr. – and- " The very essence of civil liberty is the right of every individual to claim the protection of the laws whenever he receives an injury." Hon. John Marshal,  the fourth Chief Justice of the Supreme Court of the United States,

**Plaintiff Anthony bayad ("I")** respectfully move this the court to schedule a hearing on my motion(s) and on the Relief requested as stated in the complaint and to discuss if this court is going to proceed with Trial by Jury demanded - stated in the complaint. Let make no mistake, when the fact are straight forward, that in this law suit there was no discovery and even absent of such right, the complaint and it(s) 28 exhibits direct Evidence(s) - these direct evidence(s),  it(s)  established the existence of

1

discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.) and let make no mistake when "The ORDER DATE NOVEMBER 10, 2005 CASE No. 04-CV40146FDS (D. Mass); The Honorable Chief Magistrate Judge, the hon. Charles B. Swartwood III, "similar acts of discrimination is admissible ... " of this court support the complaint Docket Entry #. Similar act of discrimination by the same defendants is admissible, ruled by this court in it own order, allowed. See: Anthony Bayad v. Lucent Technologies *( Carl Wiese-Owner-* **Systems** *defendant) ; Anthony Savastano* **Cisco Systems Defendant**: Case No. U.S.D.C., S.D. Fla., Case No. 97-6671-Civ-Roettger. History – intend- motion-intend-disparate impact of similar act of discrimination is admissible by the same defendants are admissible , rule by this court in it own order, allowed; see *Hamdi Elsiah v. Lucent Technologies ( Carl Wiese – owner* **Cisco Systems**); *Anthony Savastano et al*. Cisco Systems); Case the U.S.D.C., S.D. Fla., Case No. 97-6778-Civ-Marcus. Let put this matter to rest, once again, in support of similar act of discrimination and history/motive/intend and /disparate impact is admissible – allowed by this court; see this court order issued by The Honorable Chief Magistrate Judge, the hon. Charles B. Swartwood III, the "The ORDER DATE NOVEMBER 10, 2005 CASE No. 04-CV40146FDS (D. Mass). Now, we turn the attention of this court and I tell this court to review the Florida cases and to review the complaint docket Entry #1 at the page that invoke jurisdiction, in such

jurisdiction section I notified this court that **VII §§ 703-704**, it(s) protective law has been invoked because I have once filed a complaint with E.E.O.C. against the same defendants, Anthony Savastano and Carl Wiese, **Cisco Systems/Lucent Technologies**, and I have once filed a law suit in **United States District, the southern district of Florida**, once again, again the same defendants, Carl Wiese and Anthony Savastano, **Cisco Systems**/Lucent Technologies). The fact are straight forward, with direct evidence embedded in the complaints support my claims of discrimination and declare defendant in violation of my federally protected rights. When the law is crystal clear, and well defined and retroactive cure plaintiff Bayad ' claim of discrimination as it is very clear that Title VII Section **703 and Section 704** makes it unlawful for an employer as Cisco Systems and its owners ( Carl Wiese & Savastano) " to discriminate against any of his employees. . . because he/she as Plaintiff Bayad, who has opposed any practices made an unlawful employment practice by this subchapter, or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter. See the right to sue letter provided by the EEOC is **attached to the motion – docket Entry # 63 ( Motion similar act discrimination admissible- denied when in fact need to be allowed)** to the law suit filed in U.S district Court of Fort Lauderdale Florida. Although, we can further and review such subchapter of Title VII Section 703 and Section 704 define as follow:

      (D) the common ownership or financial control, of the employer and the corporation.

**UNLAWFUL EMPLOYMENT PRACTICES**

SEC. 2000e-2. [Section 703- 704]

(a) It shall be an unlawful employment practice for an employer -

    (1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

    (2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

(b) It shall be an unlawful employment practice for an employment agency to fail or refuse to refer for employment, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin, or to classify or refer for employment any individual on the basis of his race, color, religion, sex, or national origin.

(c) It shall be an unlawful employment practice for a labor organization-

    (1) to exclude or to expel from its membership, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin;

>    (2) to limit, segregate, or classify its
> membership or applicants for membership, or to
> classify or fail or refuse to refer for
> employment any individual, in any way which
> would deprive or tend to deprive any individual
> of employment opportunities, or would limit
> such employment opportunities or otherwise
> adversely affect his status as an employee or
> as an applicant for employment, because of such
> individual's race, color, religion, sex, or
> national origin; or
>
>    (3) to cause or attempt to cause an
> employer to discriminate against an individual
> in violation of this section.
>
> (d) It shall be an unlawful employment practice
> for any employer, labor organization, or joint
> labor management committee controlling
> apprenticeship or other training or retraining,
> including on the job training programs to
> discriminate against any individual because of
> his race, color, religion, sex, or national
> origin in admission to, or employment in, any
> program established to provide apprenticeship
> or other training.

   Wherefore, respectfully demand a hearing on all motions pending and the relief requested, when " It is a vain thing to imagine a right without a remedy: for want of right and want of remedy are reciprocal." Sir John Holt. (Sir **John Holt** (1642-1710) was Lord Chief Justice of England and Wales from 17 April 1689 to 11 March 1710.); The **Lord Chief Justice of England and Wales** was, historically, the second-highest judge of the Courts of England and Wales, after the Lord Chancellor. Although the Court of the King's (or Queen's) Bench had existed since 1234, the title of chief justice was not used until 1268. As a result of the Constitutional Reform Act 2005, which removed the judicial functions from the office of Lord Chancellor, he or she is now the head of the judiciary in England and Wales;

## CERTIFICATION OF SERVICE

  I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by First class - U.S. Mail on January 5 , 2007.


Respectfully submitted

._____.

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155