# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | |
| ) | CASE NO. 05-11005PBS |
| ) | |
| BRUCE BASTIAN; KATE DCAMP ) | |
| LYNN FRASER;CELIA HARPER-GUERRA;) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| ) | |
| Defendants, ) | |

**AFFIDAVI IN SUPPORT OF DOCKET ENTRY #1 AND ITS EXHIBITS 1- 28 AND THE ELECTRONICS CD OF THE CISCO – NO HIRIE ( BAYAD) LIST- IN ACCORDANCE WITH RULE 56(F):**

*I, Anthony Bayad, declare under the pains and penalties of perjury, pursuant to 28 U.S.C. Section 1746, and pursuant to the Civil Rule of Procedure, Rule 56 (f).*

1. I, states that the complaint Docket Entry # 1 and its supportive Exhibits are true copies and the electronics copies of the Cisco No Hire (Me) list are true copies, and these supportive Exhibits were provide to me by Cisco Systems, the Defendants and others by Lucent Technologies/(Cisco Systems – the owners Carl Wiese and Savastano).

2. I states that I am not a lawyer by just an ordinary U.S citizen, a pilgrim seeking justice, in such statement I like the honorable Patti B. Sarris to know that Bruce Falby et, al., inserted their own declarations acting as defendants, acting as witness, when the fact their job is to win cases and make lot of monies. It is not right what they have done in this law suits.

3.     I states that I am not a lawyer by just an ordinary U.S Citizen, a pilgrim seeking justice, in such statement I like to inform Patti B. Sarris to know that Bruce Falby et,al., cannot insert ' affirmative defenses, respectfully, under the Fed. R. Civ. P. Rule 12(b)(6), referring to their Cross Motion for summary judgment, a conversion of their motion to dismiss is not subject to judicial notice, and <u>constitute inadmissible hearsay</u>. These two motions to dismiss were provided one after the other without discovery right.

4.     I states that I am not a lawyer by just an ordinary U.S Citizen, a pilgrim seeking justice, in such statement I like to inform Patti B. Sarris to know that Bruce Falby et,al., for these attorneys, it is easy for them to win a case when [t]hey can change the law by simply asserting arguments or defense or tweaking the statements and the law, which provides more protection that the law currently allows, this does not mean, however, that they can insert any argument without backing it up and declarations of their own without being and without proper supervision from the Court, check and balance, by the Hon. Patti B. Sarris, and without fulfilling their obligation - proper discovery as proscribed by law, Federal Rule of Evidence and Federal Rule of Civil Procedures,.

5.     I states that I am not a lawyer by just an ordinary U.S Citizen, a pilgrim seeking justice, in such statement I like to inform Patti B. Sarris to know that Bruce Falby et,al., that attorneys Bruce Falby et, al., with their violation of two court order, 03/13/2006 and 12/6/2006 and their declarations of their own as lawyers and not defendants and witnesses in this above caption matter and their obstruction of justice –destruction of direct evidence and directing the defendants to lie under pain and perjury and in producing false statement to the court as the list goes on and on and the record speaks for it self, they have prove to us and have admit to us in their defense that there is a " Fire" ( disputed Facts) in this discrimination law suit, but declare there is no "Smoke" ( pretending no disputable facts); Thus, the smoke is only coming from the " Smoking Gun"

6.      I states I can go on and on but I let you, your honor Patti B. Sarris, the presiding judge when justice in action is being tested and the integrity of this court, you – your honor, and your value and you legacy and the future legacy of your 4 beautiful children (any children ' dream one day will run -seek highest office and as parent we must make sure their record is e crystal clear – with great distance from racism), and the legacy and integrity of this court, the first Circuit, the United States Court, and what it means to its men and women that have served and is serving, when this law suit under Civil rights Title 42 Section(s) 1981 and 1985 and the right of Civil Rights for Arabs and like for Americans of all races all background, Where the test if the right of due process clause is crucial or not crucial to the civil rights. I state from the bottom of my heart and my sole and under my beloved mother who is dying, I say: God bless you, your honor, and god bless your family and god bless this Honorable Court , its men and women, and God bless the First Circuit Court of Appeals, it(s) men and women of the highest honor and integrity as they are. It was a wonderful experience but will be more historical if you have allowed a Jury as matter of right accordingly to U.S. constitution of our founding father. Thank you for justice or no justice.

7.      Your honor, Patti B. Sarris, " Fairness is what justice really is." Justice Potter Steward, and " Laws not enforced cease to be laws and right not defended may wither away." Thomas Moriarty .

*Anthony Bayad*

*it is Authorized (see the Court's next page)*

## CERTIFACTION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, First class - U.S. Mail on January 5, 2007.

Respectfully submitted

_____

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

of Massachusetts
County of Suffolk

This instrument was acknowledged before me on __5__ day of __Jan__, 2007.

_____
Tony T. Punjabi, Notary Public
Commission Expires November 22, 20__