## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | |
| ) | CASE NO. 05-11005PBS |
| ) | |
| BRUCE BASTIAN; KATE DCAMP ) | |
| LYNN FRASER;CELIA HARPER-GUERRA;) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| ) | |
| Defendants, ) | |

### ATTORNEY BRUCE FALBY

Could you refund my $240.00? that I provided to you for deposition and other associated fee for the waist of my time, scheduling depositions and working with the court reporter and what have you, just t to comply with your stylist defamatory and bias and racist of content, Protective Order ( Deposition). As you know, it cost money – time – effort to make a phone calls and to write letters and to mail them, it cost money that I don't have. Although, other associated cost for the waist of my time, it is left to you to decide what it is deemed and proper or you can just refund my $ 240.00. fair enough.

Thank you again, as I am looking forward to see my own money, the some of $240.00, some time next week or so, take your time. I am unemployed approaching 10 anos,

Respectfully submitted

*/s/ Anthony Bayad*
Anthony Bayad
2 Magoun Avenue
Medford, MA 02155