IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTHONY BAYAD, | ) | |
| | ) | |
| Plaintiff , | ) | CIVIL ACTION |
| | ) | |
| | ) | CASE NO. 05-11005PBS |
| | ) | |
| BRUCE BASTIAN; KATE DCAMP | ) | |
| LYNN FRASER; CELIA HARPER-GUERRA; | ) | |
| RICK JUSTICE; CISCO SYSTEMS INC. | ) | |
| | ) | |
| Defendants, | ) | |

**PLAINTIFF 'MOTION** RESPECTFULLY **DEMANDING THE HON. PATTI B. SARRIS TO RECUSE MARIANNA B. BOWLER** FROM THIS CASE AS IT IS IN THE INTEREST OF **LEGACY** AND **JUSTICE** – IN THE INTEREST OF THE **INTEGRITY** AND **HONOR** OF THIS HONORABLE INSTITUTE, THE UNITED STATE DISTRICT COURT

It is my duty as an American and citizen of this land to advise you, you Hon. Patti B. Sarris, the Court, to distance your self from this women, Marianna B. Bowler, Please see case No. 06-1396 (First Cir. Court of Appeals), and please see case No. 04-10468PBS (D. Mass). Also, it is my duty to advise this honorable Judge, Patti B. Sarris that this woman called Magistrate Bowler has made a lot of Moroccan people angry with her criminal act against my family, My Brother Moussa Bayad who dated Amy **Crowley**, and who has been incarcerated by this Court, Magistrate Judge Marianna B. Bowler for her personal deals, such woman has incarcerated my brother for about two years and

1

had him raped in such duration of time and throw visits to him at the Plymouth Corr. Facility that is run by her friends/family, and when the senate who has not been briefed of what she has done, when we only communicated that Moussa Bayad is incarcerated by home land Security for no reason, thereafter he was kidnapped to the main land; and her criminal act has caused pain and suffer to his mother who has now two holes in her stomach and who is in life support. Here, your honor, you must pay attention to this, my mother told the family all Americans that when she dies to be flown to Morocco and to be given to the United States Embassy located in Rabat, Morocco and to tell the U.S. Ambassador and the Moroccan People to look at her stomach and her death body of my mother that was tortured by this women, **Marianna B. Bowler and her friend Bruce Falby et, al.**, and to show them her picture of this criminal women, Marianna B. Bowler, who is using her federal badge and calling her self a good Christian, Mariana B. Bowler, when the fact she is not, and who do not have a heart because she does not have one, because she is not a mother and she will never be a mother. The record(s) speaks for its selves, conclude that her actions are very racist with open corrupted activities of her, Magistrate judge Bowler, who need help how to spend the corrupted monies that she had made using her authority as Magistrate Judge, she need to know as she should used these duty monies to help white Russian boys and girls, these white race orphans need help and home, use Opera Winfield and Angelina and others as Role model. It is a shame.    However, your honor Patti B. Sarris, you are very respected in Massachusetts,

and you are highly admired and well respected by my mother who is dying and who I told her that you are a Judge and mother of 4 beautiful children, and my mother told me that when a women as you, your honor is a judge and mother, that you have a heart and blessed and your honor when you are blessed that when God is appraising you, you have no defeater to you. God Bless. Furthermore, it is my duty as an American to advise this court, that Marianna B. Bowler is in constant communication with her Friends at DLA Piper Rudnick Gray Carry and her girl Friend at Boston Globe, Marianna B. Bowler ' girl friend at Boston Glob was instructed that when **THE HON. BOUDIN, AND THE HON. TORRUELLA** are in town to write article about the Moroccan people and the King of Morocco that they are terrorist, in such case Magistrate Judge Bowler' girl friend at Boston Globe must be very careful when they engage in such defamation and insult to the Royal Family and the Kingdom of Morocco and its people, knowingly such women travel frequently to Europe many times, and knowingly that the Kingdom of Morocco has secret service a well respected by our country the Unite States Government, and Knowingly Morocco have a constitution in place prohibiting insult and defamation on the king and his kingdom and his people, it is said that whenever any person engage in defamation and insulting the Royal Family, the king Mohammed VI as the magistrate Judge and her girl friend of Boston Globe are doing sending message that a " Moroccan Man is Terrorist' and the fact of the matter she is generalizing the whole country of Morocco, the Government of Morocco may initiated a secrete order to bring the

3

magistrate Judge Marianna B. Bowler and her friend to justice when they are vacationing in Europe, Italy or Monaco – Monte Carlo; those who insult the King and his family have been brought to justice in Morocco to face execution. Charlestown Tangerine – restaurant or her girlfriend and her boyfriend that I spent once a new year with them at the Ritz Carlson Hotel off Washington Street, they can help the Magistrate Judge understand such a fact – such law is in effect in Morocco. However, Magistrate Judge Bowler and her girl Friend at Boston Globe, can and have right to blow the whistle on U.S. Marshal of the Court, Anthony Dichio, who is looking who set him up, and your hon. Patti B. Sarris, you fill the blanc as you know who did it. I don' t understand what is wrong with this woman. Please your honor distance your self from her, from Marianna B. Bowler as the Hon. George O'Toole has done, distance him self, as Dianna Soccorccio her own clerk has abandoned her, and have said to me on the phone that every thing that I did in your case ( Anthony) is because Magistrate Judge told me to do it and your honor please fill the blanc as the list goes on and on.  When, the record drawn that all my motions are denied – denied- denied and Magistrate judge is using you because she is desperate like when she accused me of stalking her, and rest will assure I do not stalk white elderly women in general. The fact of the matter she is exposed and she is wrong of doing what she is doing . Why do we need to involve the senate and the governor of Massachusetts, when you, Hon. Patti B. Sarris has jurisdiction over this problem, Magistrate Mariana B. Bowler.

._____.

## CERTIFICATION OF SERVICE

It is certify that I caused this document to be served upon the court reporter and the Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by Facsimile and FedEx, on January 15 , 2006.

Respectfully submitted

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155