IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

    Plaintiff,

CIVIL ACTION

CASE NO. 05-11005PBS

BRUCE BASTIAN; KATE DCAMP
LYNN FRASER; CELIA HARPER-GUERRA;
RICK JUSTICE; CISCO SYSTEMS INC.

    Defendants,

### PLAINTIFF' RESPONSE TO THE SECOND ORDER - THE FURTHER PROCEDURAL ORDER RE: DISCOVERY (DATED 1/12/07 AND TO NOTIFY THE COURT – THE COURT REPORTER AND BRUCE FALBY ET, AL.

(THIS DOCUMENT WAS FURNISHED ON January 15, 2007, TO THE COURT REPORTER AND TO BRUCE FALBY ET, AL., BY FACSIMILE AND BY FedEx - FEDERAL EXPRESS MAIL TO MEET JANUARY 16, 2007 STATED IN THE ORDER JANUARY 12, 2007.)

In compliance and response to the order dated January 12, 2007, I state that the depositions of the 6 defendants will be conducted on the schedule embedded in Bruce Falby' motion to strike and for protective order at tab labeled D (#80), and such depositions' schedule is as follow: Celia Harper Guerra - January 19, 2007 at 1 pm. EST, Carl Wiese January 23, 2007 at 1 pm. EST, Anthony Savastano – January 31, 2007 at 1 pm. EST, Kate Dcamp – February 1, 2007 at 1 pm. EST, Lynn Fraser – February 2, 2007

1

at 1 pm. EST , and Rick Justice on February 5, 2007 at 1 pm. EST, right after Rick Justice the discovery will be close at February 5, 2007 – at 5 PM closing business hours, and this explain the compliance of the above order.  Although, the Court Reporter will communicate the phone number for Anthony Bayad to be contacted and the court reporter will  report for the first scheduled deposition on January 19, 2007 at 1 O'clock at DLA Piper Rudnick Cray Gary, 33 Arch Street Boston MA, 02110, and the phone number of such Law firm is 617-406- 6000 and the contact is Counselor Bruce Falby and Iverson Matthew, not Lisa Good Heart a wonderful person, who left the DlA piper Rudnick, distancing herself from racism and corruption (it is a crime of  Treason to the U.S. Constitution) of the  case  04-10468PBS, as we have seen the same action of the hon. George O'Toole recuse him self of this case and to distance him self from this magistrate judge, also the  departure of Dianna Sccorccio, Magistrate  Bowler ' clerk of the court. However, any questions regarding this matter should be addressed directly to the court, the Hon. Patti B. Sarris as matter of law and rights, but no communications should be addressed to this Magistrate, with a name  Marianna B. Bowler as Bruce Falby keep mentioning on every motion, Magistrate this and Magistrate that, please Counselor Falby give me break, then he states case 04-10468PBS is not 05-11005PBS then he mention that 05-11005PBS is 04-10468, please make your mind, man, and take advantage of the opportunity that is offer to you, when all Plaintiff Bayad ' motions with strong facts and strong direct evidence are all denied and this include the court ' own order of similar act of discrimination and history by the same defendants is admissible.

2

Denied - denied – denied and this a work of Magistrate Judge Marianna B. Bowler, and absolutely not the honorable Patti B. Sarris ruling and this include this order, as Anthony Bayad calls it the last shot to you counselor Bruce Falby, order date January 12, 2007 with a response to it at January 16, 2007, all close holiday.

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon the court reporter and the Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, by Facsimile and FedEx, on January 15 , 2006.

Respectfully submitted

._____.
Anthony Bayad
2 Magoun Avenue
Medford, MA 02155