UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

     *Plaintiff*,

v.

CISCO SYSTEMS, INC., BRUCE
BASTIAN, KATE DCAMP, LYNN
FRASER, CELIA HARPER-GUERRA, and
RICK JUSTICE,

     *Defendants*.

CIVIL ACTION NO. 05-11005-PBS

## <u>DECLARATION OF MATTHEW IVERSON</u>

I, MATTHEW IVERSON, declare under the pains and penalties of perjury, pursuant to 28 U.S.C. § 1746, the following:

1.     I am an associate at the law firm of DLA Piper US LLP ("DLA"). I represent the defendants in the above-captioned matter. The facts set forth in this declaration are based upon my own personal knowledge.

2.     On January 19, 2007, I participated in a telephonic deposition of defendant Celia Harper-Guerra from DLA's Boston office. During the deposition, which lasted approximately three and a half hours, I sat in the same room as the court reporter.

3.     A true and accurate copy of the deposition transcript draft, provided by the court reporter, is attached at <u>Tab A</u> hereto. Although the transcript is still in rough form and contains many minor errors, it accurately relates what was said during the deposition.

4.     What the transcript cannot depict is the tone and demeanor of plaintiff Anthony Bayad. Shortly after the deposition commenced, Bayad began to speak in an

almost continuous shout.  His tone became increasingly agitated as the deposition

progressed.  Bayad became particularly hostile and aggressive whenever he accused the

witness of perjury, demanded a yes or no answer, or cut off the witness's attempts to

speak.


/s/ Matthew Iverson_____
Matthew Iverson

Dated:  January 22, 2007

1-19-07Harper.TXT

1

```
 1              UNITED STATES DISTRICT COURT
 2               DISTRICT OF MASSACHUSETTS
 3                 C.A. NO. 05-11005-PBS
 4
 5      * * * * * * * * * * * * * * * * *
 6    ANTHONY BAYAD,                        *
 7                   Plaintiff              *
 8    vs.                                   *
 9    CISCO SYSTEMS, INC., BRUCE            *
10    BASTIAN, KATE DCAMP, LYNN FRASER,     *
11    CELIA HARPER-GUERRA and RICK          *
12    JUSTICE,                              *
13                   Defendants             *
14      * * * * * * * * * * * * * * * * *
15
16          TELEPHONE CONFERENCE DEPOSITION OF
17                 CELIA HARPER GUERRA
18                   DLA PIPER US LLP
19              33 Arch Street, 26th Floor
20                 Boston, Massachusetts
21            January 19, 2007     1:10 p.m.
22
23
24          Maryellen Coughlin, RPR/CRR
```

2

1

1-19-07Harper.TXT

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

3

1    APPEARANCES:

2    Appearing pro se:   Anthony Bayad

3

4    Representing the Defendants:

5         DLA PIPER US LLP

6         33 Arch Street, 26th Floor

1-19-07Harper.TXT

```
 7                Boston, Massachusetts 02110-1447
 8            BY:  Bruce E. Falby, Esq.
 9                      -and-
10                Matthew J. Iverson, Esq.
11            (617) 406-6020  (617) 406-6120
12            E-mail:  bruce.falby@dlapiper.com
13                     matthew.iverson@dlapiper.com
14
15    PRESENT:  Paula Hughes
16
17
18
19
20
21
22
23
24
```

4

```
 1                    I N D E X
 2
 3    WITNESS:       CEILA HARPER GUERRA
 4
 5
 6     EXAMINATION:                          Page
 7    BY MR. BAYAD                            4
 8
 9
10
```

1-19-07Harper.TXT
```
11    EXHIBITS FOR IDENTIFICATION:

12    No.           Description                    Page

13         None

14

15

16

17

18

19

20

21

22

23

24
```

                                                                5

```
 1              P R O C E E D I N G S

 2

 3              CELIA HARPER GUERRA,

 4       having been first duly sworn, was examined

 5       and testified as follows:

 6

 7                   EXAMINATION

 8    BY MR. BAYAD:

 9         Q.      First, I would like to say -- the

10    first thing, that I'm taking the deposition

11    according to the rules of civil procedure and the

12    rule of, the federal rule of the evidence, and

13    also the procedural order of the Honorable Patti

14    B. Sarris that gave us an opportunity to further

15    discovery and gave us Celia Harper that is right
```

1-19-07Harper.TXT

16    now being deposed.  Is that correct, Miss, your

17    name is Celia Harper.

18         A.      My name is Celia Harper Guerra.

19         Q.      Okay, Miss, can you state your --

20    if you don't want to give your address, home

21    address or office address, can you state what is

22    your location that you are working from at this

23    time?

24                 MR. FALBY:  I'm going to object to


                                                        6


1     the question because it's not relevant, and the

2     witness is not comfortable answering that

3     question.

4          Q.      Okay.  Because the record states

5     because there is a confusion.  There is two Celia

6     Harper Guerra.  At least she can tell me if she

7     is 47 years old, Mr. Falby.  Is she 47 years old?

8                  MR. FALBY:  I will stipulate with

9     you that you are deposing Celia Harper Guerra.

10         Q.      I just want to make sure, Bruce.

11    You are counsel for the record, and you are lead,

12    and I do this for the record.  I just want to

13    know that I'm not talking to another Celia Harper

14    that isn't on the physical evidence that I have.

15    I don't want to spend my time explaining to you.

16    Could you please just tell me if she is -- this

17    person that I'm talking to right now if she is

18    Celia Harper Guerra.

19         A.      My name is Celia Harper Guerra, and

1-19-07Harper.TXT
20    my employee number is 15289.

21        Q.        And we assume that you are 47 years

22    old?

23        MR. FALBY:  Again, that's not

24    relevant, and it's not a question that I think is


                                                    7


1    appropriate.  She is Celia Harper Guerra who I

2    think you wanted to be deposed.  We have produced

3    her.

4        Q.        Also, for the record -- no problem

5    we proceed, Mr. Falby.  Celia Harper, what's your

6    title at Cisco Systems as we speak right now, at

7    this time?

8        A.        Director of human resources for

9    U.S., Canada and.

10        Q.        And this is a new title or this is

11    an old title?

12        A.        This is my current title.

13        Q.        Cisco.  Prior to this title,

14    Ms. Celia Harper, according to the record that I

15    do have in my possession, it states that you use

16    to be a director, Cisco director of talent.

17        A.        My title is director of human

18    resources.

19        Q.        Okay, very good.  Okay.  At this

20    time or prior to this time -- prior to the, prior

21    to, in the past you were Celia Harper, Cisco

22    director of talent, human resources; is that

23    correct?

24        A.        No, that's not correct.
                        Page 6

1-19-07Harper.TXT

8

```
 1              MR. BAYAD:  Bruce, can you remind
 2    because I'm not an attorney, can you remind me
 3    what perjury means?  Sir, can you help me
 4    Mr. Falby?
 5              MR. FALBY:  I'm sorry.
 6              MR. BAYAD:  Are we under oath here?
 7    Is Celia Harper under oath?
 8              MR. FALBY:  Yes, she's been sworn.
 9    She's under oath.
10              MR. BAYAD:  Does she understand her
11    rights?  As an attorney, would you remind your
12    client what is fifth amendment and what is
13    perjury.  You know that she has a right right now
14    not to be participating here according to the
15    fifth amendment if she doesn't want to, right?
16              MR. FALBY:  I suggest you ask
17    questions.  She's answered your question.  We're
18    here to answer your questions.
19              MR. BAYAD:  No problem.
20              I have a news and document from
21    Mr. Tony Martel on March 16th, 2000, from
22    Computer World that states that you are Celia
23    Harper Guerra, director of talent human
24    resources, and we're going to move on.  I have
```

9

```
 1    that, and I will give copy to counsel, Bruce
```

1-19-07Harper.TXT

2     Falby.

3                MR. FALBY:   Are you asking whether

4     her title in 2000 was Cisco director of talent?

5                MR. BAYAD:   I said from 2000 to

6     probably 2005 she was a director, Cisco director

7     of talent human resources, and she use to live,

8     she use to live in Pala, California, and she

9     moved -- after the lawsuit was filed, she moved

10    to England.   That's correct, Miss?

11         A.     No.   I did use to leave in Pala,

12    California, and I have resided in the UK, and my

13    title has been director of human resources at

14    Cisco.

15         Q.     Perfect.   Thank you, Miss, that's

16    what I want.   Okay, your statement correspond to

17    my document that mean you are director, Cisco

18    director of talent human resources, and you

19    explained to the Computer World that you are an

20    engineer and you are looking for talent.   Is that

21    correct, Miss?

22         A.     Part of my job responsibilities as

23    director of human resources do include

24    recruitment of talent to Cisco.


                                                    10

1          Q.     Thank you, Celia.   Thank you for

2     your cooperation.   My question to you, would you

3     state to me that Cisco does not have duplicate

4     title has human resources?

5          A.     I don't understand your question.

6          Q.         In other words, Cisco cannot hire
                           Page 8

1-19-07Harper.TXT

7      two people and give them the same title.    For

8      example, Cisco cannot hire Kate Dcamp and give

9      her senior vice president of human resources,

10     again senior vice president of human resources.

11     They cannot hire another person, Brian Chipper,

12     and also give him the same title Cisco senior

13     vice president of human resources?    Can Cisco do

14     that or not?

15            A.        My understanding is that we do have

16     a job title with multiple employees utilizing the

17     same job title.

18            Q.        In other words, what you are

19     telling me is that Mr. Chamber has two people

20     doing the same role, the same task with the same

21     title, paying them the same money, senior vice

22     president of human resources Kate Dcamp, and

23     Brian Chipper from Microsoft just got hired, he

24     also has the title senior vice president human


11

1      resources.    Remember, we are not going to keep

2      going perjury, Celia.    You've got to cooperate.

3      You're not going to win here by committing

4      perjury, one, two, three, four times.    You can't

5      do that.    And I apologize for this inconvenience.

6      I'm just fighting for my rights.    Now, let me

7      repeat the question to you.

8                    Mr. Chamber and the stockholder can

9      have two people, Kate Dcamp, senior vice

10     president of human resources and at the same time

Page 9

1-19-07Harper.TXT

11    they can have Brian Chipper, Cisco senior vice

12    president of human resources.  Can Mr. Chamber,

13    CEO have two people doing the same job?

14              MR. FALBY:  I'm going to object.

15    You've asked more than one question.  Do you

16    understand the question, Ms. Harper Guerra.

17              MR. BAYAD:  No problem, Bruce.  Let

18    me help you Celia, respectfully.  I got a lot of

19    documents that I have, even though some of them

20    have been stolen by the United States Marshall

21    yesterday at ten o'clock.  They came here and

22    stole everything, but that's okay, that's not

23    your business, and that's not your problem,

24    that's my problem and Bruce Falby's problem for

12

1     the record.

2              Now let's go to Kate Dcamp, senior

3     vice president human resources.  She was -- I

4     have biographic of her that she was working from

5     2000 to 2005.  Do you agree with me?  And I spoke

6     to her.  Do you agree that that's her title from

7     2000 to 2005, under oath?

8         A.    I agree that that is her title.  I

9     don't know the date of employment specifically of

10    Kate Dcamp.  I know that she's worked here.

11        Q.    Thank you.  My second question.  I

12    have a Brian Chipper, and you and I very

13    professionals.  I called Microsoft and asked them

14    about Brian Chipper, senior vice president of

15    human resources, when he worked at Microsoft and

1-19-07Harper.TXT

16    what was his last day at Microsoft, and I can

17    help you here.  That's not the question.  That's

18    just a heads up.  They told me left 2006.  Now my

19    question to you, you work for Cisco for long

20    time.  Here's the question now.  Before Brian

21    Chipper, senior vice president of human

22    resources, who was your boss before him?

23    A.      Angus Reynolds.

24    Q.      Who is that?


13


1    A.      Well, are you asking my direct boss

2    or the boss of all of HR?

3    Q.      I use to deal with Kate Dcamp,

4    senior vice president of human resources.  Now I

5    deal with Brian Chipper, senior vice president of

6    human resources.

7    A.      Yes, my understanding is Kate Dcamp

8    was our senior vice president of human resources,

9    and today Brian Chipper is our senior vice

10    president of human resources.

11    Q.      Thank you.  Now, my question to

12    you.  I have a document under oath from Kate

13    Dcamp stating to me that she was not a senior

14    vice president of human resources, and my

15    question to you -- I have a contract in front of

16    me that for the record, and this is very serious,

17    this question, and I'm not trying to trick you,

18    Ms. Harper.  I'm just trying to set the record

19    straight.  My question here, you are a human --

1-19-07Harper.TXT
20    you are high level -- you are the director of

21    human resources at Cisco Systems.  Again, is this

22    correct, yes or no?

23        A.     Yes.

24        Q.     Also, do you understand the rules


14

1    and regulations and the law that Cisco is guided

2    through in this business world, yes or no?

3              MR. FALBY:  Objection.  That's not

4    a yes or no question.  Could you be more

5    specific, please.

6              MR. BAYAD:  In other words,

7    Mr. Falby, does Ms. Celia Harper Guerra

8    understand the regulation that this company is

9    navigating in the real world?

10             MR. FALBY:  I'm going to object.  I

11   don't understand the question.  The witness can

12   answer if she understands.

13        A.     I don't understand the question of

14   what the regulation is.

15             MR. BAYAD:  Regulations of Cisco

16   meaning, Mr. Falby, if Ms. Celia Harper Guerra,

17   for example, have a contract signed -- contract

18   printed from Cisco Systems, and Ms. Celia Harper,

19   director of HR give it to an employee or anyone

20   at Cisco, does she understand the terms, the

21   terms and conditions of such contract, for

22   example?

23             If she wants to specify what type

24   of contract, let's talk about the severance
                    Page 12

1-19-07Harper.TXT

15

1    package, for example, or the separation from
2    Cisco or the layoff document that Cisco give to
3    the people when they have laid them off, that
4    means they told them that the economy is so bad
5    that they need to go in order for -- and we're
6    going to give you a contract to sign, and we give
7    you one week, two weeks or four weeks of
8    severance package.  Do you understand that
9    contract?  Have you seen Cisco contract in your
10   past?
11              MR. FALBY:  I'm going to object
12   because there's five or six questions there, but
13   the witness can do her best to answer.
14              MR. BAYAD:  Please, Mr. Falby.
15              Let me ask you --
16       A.      Could you please restate the
17   question.
18       Q.      Ms. Celia Harper, respectfully you
19   are a wonderful person, and I'm not trying to
20   humiliate you here nor am I trying to set you up
21   here.   What I'm doing right now from the bottom
22   of my heart, I'm fighting for my heart, for my
23   rights, and this attorney, one of them is a
24   wonderful man, and some other person, I'm not

16

1    insulting anybody, he thinks that other people

1-19-07Harper.TXT

2   like myself do not have rights in this country,

3   and I was raised in this country, and I'm sure in

4   this conference call there's more than one

5   person, but that's okay.  What I'm going to tell

6   you now, I have a paper, an exhibit from Lynn

7   Fraser, and she told me that -- she gave me a

8   voluntary severance agreement and general release

9   of Cisco Systems.  Have you seen that before,

10  Miss, as a director?

11          A.      So in my role as a director I am

12  aware of the necessary documents that we utilize

13  through our employment laws and regulations.

14          Q.      And the exhibit Cisco 00048 that

15  counsel finally gave me, that when Cisco got rid

16  of me they gave me a paper to sign.  Did you see

17  that, Miss?

18          A.      I do not have that paper in front

19  of me.

20          Q.      Okay.  Let me explain to you this

21  document that Mr. Falby and Lynn Fraser gave me

22  as a pretext for my termination of employment,

23  even though I'm a very highly dedicated and also

24  highly qualified.  I'm a talent.  I'm an art in

17

1   this business.  But that's okay.  Okay, this

2   paper says -- I'm going to give you just the

3   title.  Mr. Falby knows what I'm talking about.

4   When I was let go from Cisco on discriminatory

5   grounds, they gave me a voluntary severance

6   agreement and general release contract to sign

1-19-07Harper.TXT

```
 7    and gave me some money with it.  You did see
 8    that, right?
 9         A.    No, I have not seen that document.
10         Q.    That's good, that's good because I
11    need to go over with it.  In the last page of
12    such document, and Mr. Falby labeled it as Cisco
13    00052.  To make it easier for my court reporter,
14    it's Cisco 0052.  And it says, "I understand and
15    accept both terms and notice received in
16    Appendix A including the separately provided data
17    on the job title and ages of all individual
18    covered by the program and on the job title ages
19    for all individuals not covered by the program.
20    This data has been offered for a 45 days prior to
21    the expiration of the offer of this agreement,"
22    meaning that in 45 if you don't sign you still
23    work for Cisco?
24              MR. FALBY:  Do you have a question?
```

                                          18

```
 1              MR. BAYAD:  Yes.  I signed that
 2    contract, and that contract also said for Cisco
 3    use only, and if everybody had signed this
 4    contract, it has to -- it's only valid if Kate
 5    Dcamp, senior vice president of human resources
 6    signs it, then it becomes bind.  You do agree
 7    with this, right?  Somebody signs a contract from
 8    Cisco, and it says on the bottom in the black and
 9    also in bold, it says, this contract is not valid
10    if the employee signs it.  It has to be approved
```

                    Page 15

1-19-07Harper.TXT

11    by Cisco human resources senior vice president

12    Kate Dcamp in person.  If she doesn't sign it,

13    for example, my question to you, would this

14    contract be valid or not valid, Ms. Celia Harper?

15            MR. FALBY:  I'm going to object.

16    You're asking a legal conclusion.  The witness

17    can answer if she knows.

18            BAYAD:  Okay.  This contract,

19    Mr. Bruce Falby, respectfully, and I'm going to

20    explain to you for the record why because it says

21    it only binds if I'm fired from Cisco, even if I

22    signed this voluntary, even if I'm locked in a

23    room, but if you signed it, it's only valid if

24    Kate Dcamp signs it.


                                                    19


1            Now, going back to Kate Dcamp's

2    declaration, she stated under oath I am not a

3    senior vice president of human resources, and

4    here we have, Ms. Celia Harper stated otherwise,

5    stated that this person does not know her title,

6    meaning Kate Dcamp.  Either she's lying or she's

7    confused, and that we have to take up with the

8    Honorable Patti B. Sarris, but that's okay.  Now

9    we just make sure.  According to the document,

10    Celia Harper, that I have and you are a Cisco

11    rep, also Paula Hughes gave me the same thing.  I

12    am still on the book of Cisco because I sign

13    something that is not bind.  That's okay.  Now,

14    I'm going to start with your questions.  And I

15    did a lot of work here Ms. Celia Harper.

1-19-07Harper.TXT

16              Now, I'm going to go -- I'm going

17      to ask you a question.  How many people work for

18      Cisco Systems, approximately.  Just tell me a

19      ballpark.  1,000, 5,000, 7,000?  What's the

20      number the best you can tell me?  How many people

21      work for Cisco?

22              A.      50,000 is my guess.

23              Q.      50,000?

24              A.      Is my guess.


                                                        20


1               Q.      Thank you very much.  In this

2       50,000, 57,000 or 50,000, if 7,000 get let go for

3       Cisco system, for example, and they want to give

4       references, and this references they need to be

5       provided by Cisco, my background with Cisco and I

6       tested the system of Cisco.  It's very honest

7       from human resources I dealt with.  When I pick

8       up the phone, I call Cisco Systems.  I say I'm

9       looking for a person called Janet, Janet Scannon.

10      She told me that she does not work for Cisco

11      Systems.  They told me we cannot give you

12      reference, but we can give you is time start of

13      this individual Janet Scannon and her separation

14      date.  Do you agree with this?  Is that a true

15      statement, yes or no, Miss, if you can?

16              A.      Yes.

17              Q.      Thank you.  And you cannot tell --

18      human resource or anybody at Cisco cannot say

19      something other than date of the hire of Janet

1-19-07Harper.TXT

20    Scannon and her termination date; is that

21    correct?

22          A.        That is my understanding.

23          Q.        Likewise.  Also, Ms. Celia Harper,

24    and I apologize, I really don't want to be in


                                                    21


 1    this position, but I'm going to ask you a

 2    question, and I want to give you a heads up.

 3    Please, before you answer, don't think that

 4    Mr. Falby is going to help here.  What I mean is

 5    if you commit perjury, we are going to have some

 6    issues, because a lot of things have been going

 7    on in this case, and now I'm going to ask you,

 8    and I want to give you a heads up, and I know

 9    you're a very good Christian person, and I know

10    everything about people that I deal with in my

11    life.

12              Now I'm asking my question to you.

13    From 50,000 people at Cisco Systems, why did I

14    choose you in this lawsuit?  Why did I choose

15    you, Miss?

16          A.        I don't know.

17          Q.        From 50,000 people at Cisco, why

18    did I mention Janet Scannon in this lawsuit, in

19    this deposition?

20          A.        I don't know.

21          Q.        Do you think that I picked you

22    because I have an issue with you at Cisco

23    Systems?

24              MR. FALBY:  Objection.  These are

1-19-07Harper.TXT

22

1     improper questions.  Why you did what you did is

2     not a proper subject of examination for this

3     witness.  Why don't you ask something that the

4     witness knows.

5          Q.     Ms. Celia Harper, have you been

6     sued before?

7          A.     No.

8          Q.     Have you participated in any

9     lawsuit before, discrimination lawsuit or racial

10    lawsuit or sexual harassment lawsuit?

11         A.     No.

12         Q.     When did you first start getting

13    involved in this lawsuit of race discrimination?

14         A.     I'm going to object.  I don't

15    understand the question.  Are you asking whether

16    she's been deposed in another lawsuit?

17         Q.     Yes.  Participated means deposed,

18    being sued, all the above.  Mr. Falby, please,

19    let's help this process so we can move on with

20    our lives.  You're getting paid Mr. Falby.  I'm

21    not.  She has family.  Her job is on the line,

22    Mr. Falby.  This is not our job, Mr. Falby.

23    We're not here because we hate each other.  We're

24    here fighting for our work survival here,

23

1     especially my survival.

1-19-07Harper.TXT

2          Now my question to you, Miss, have

3    you participated in any discrimination or lawsuit

4    or race discrimination, sexual harassment, fraud,

5    anything like that, any lawsuit in the federal

6    court in general?

7          A.      No.

8          Q.      Thank you.  Have you asked yourself

9    why were you named in this lawsuit, why?  'Cause

10    we are human beings.  When you got served or been

11    advised by this lawsuit, did you say to yourself,

12    Ms. Celia Harper, why me?  Did you say that,

13    miss?

14          A.      No.

15          Q.      Did you say why is this guy suing

16    me in this lawsuit?

17          A.      No.

18          Q.      Do you know why you are being sued

19    in this race discrimination lawsuit?

20          A.      No.

21          Q.      I'm going to tell you why, because

22    your name is everywhere, and we are going to

23    start now, and that's why I told you, Ms. Celia

24    Harper, and now you have to pay attention, and we


                                                24

1    spoke earlier.  We said why Janet Scannon, why

2    Celia Harper.  See, Lynn Fraser knows why.

3    Mr. Savastano knows why.

4              MR. FALBY:  Excuse me.  Mr. Bayad,

5    please ask questions of the witness.

6              MR. BAYAD:  Okay.

1-19-07Harper.TXT

```
 7                    Before we move forward, I want to
 8      ask you, ask you to read me your declaration for
 9      the record, slowly, please, if you can.
10                    MR. FALBY:  The declaration goes on
11      for a number of pages.  I don't think it's a
12      productive use of the deposition.  If you would
13      like her to read it, she will.  Do you want her
14      to actually read the whole thing?
15                    MR. BAYAD:  No, that would be abuse
16      of her discretion.  In your declaration under
17      oath -- you provided a declaration in this
18      lawsuit.  Is that correct, Miss Celia Harper?
19           A.       That is correct.
20           Q.       On page 5 you mention Cisco no hire
21      list, right?
22           A.       No.
23           Q.       What did you mention on page 5 from
24      No. 9 to I believe -- from No. 9 to No. 13 you
```

```
 1      mention a lot of things about Cisco no hire list.
 2           A.       I did not mention about a no hire
 3      list.
 4           Q.       Okay.  Did you get the chance to
 5      review my Cisco no hire list, the electronics
 6      copy?
 7           A.       Yes.
 8           Q.       Thank you.  In the copy -- it's a
 9      file, right?  What's the file called, if you
10      remember?
```

1-19-07Harper.TXT

11          A.          Sensitive hire policy.  We do not

12     have a no hire list.  We have a sensitive hire

13     policy.

14          Q.          Okay, I'm sorry.  In this, in this

15     lawsuit or in this deposition, we cannot change

16     the name of Cisco no hire list to the sensitive

17     list, can you agree with me?  That's the name of

18     it, right?

19          A.          No.

20          Q.          Okay.  The list that I gave you,

21     what would you call it?

22                      MR. FALBY:  I'm putting in front of

23     the witness your Exhibit 14 in your complaint

24     which I assume is what you're asking about.


                                                         26


 1                      MR. BAYAD:  Yeah, Exhibit 14 with

 2     hard copies and soft copies, the electronic

 3     copies, according to the rule of federal

 4     procedure 91 and also 8013.

 5                      MR. FALBY:  Is the question -- are

 6     you asking the witness whether she knows what

 7     Exhibit 14 is?

 8                      MS. BAYAD:  Yes.

 9          A.          Yes, I do.

10          Q.          Okay.  Thank you.  When I get a

11     chance to open the Cisco no hire list that's

12     Exhibit 14 on the complaint, complaint Docket 1,

13     Exhibit 14, hard copy which is Exhibit 14 and

14     also the electronics copy, the file is an Excel

15     sheet called "sensitive list."?

                        Page 22

1-19-07Harper.TXT

16          A.          The file is a sensitive hire list
17    and policy.
18          Q.          Yes, that's correct, right?
19          A.          That is correct.
20          Q.          Okay.   When I took that electronics
21    copy of such I call a Cisco no hire list, this is
22    my data that I took, and I'm going to share with
23    you, and I'm going to ask you questions because
24    it's hard.   The reason I mention it to you is


27

1     because if you were in front of me we would share
2     it together.   Since Mr. Falby is sending me
3     somewhere and you are somewhere, it is very hard,
4     and I have to tell you what I'm going to tell you
5     and then ask you a question about it.   Is that a
6     fair statement, Miss?
7           A.          Correct.
8           Q.          This sensitive list I call Cisco no
9     hire list.   It was authored, that mean it was
10    made by Janet Scannon, the Cisco human resources
11    division, tells me that she's no longer with
12    Cisco Systems.   Plus, we went further to the
13    Cisco no hire list electronic copy.   We want to
14    make sure that the date that was attached, and we
15    look, not just me, a lot of people, a lot of
16    smart people in this country looked at it because
17    you cannot produce direct evidence to the federal
18    court, and it's fabricated.   It's very serious
19    consequences, that's why we make sure that we

1-19-07Harper.TXT
20    give it to the right people to look at it.    To

21    refresh your memory, Ms. Celia Harper, that Cisco

22    no hire list has a date that was modified on

23    9/22/2000.    Now, let me ask you this, why this

24    list was modified on 9/22/2000, why?    Why not the


                                                        28

1     month nine which is September, probably September

2     25th, September 30th, September probably 29th?

3     Why this list is saying it was modified on

4     September 22nd, 2000?

5            A.        The exhibit that I am reviewing

6     currently that you have entered into this

7     deposition, this document --

8            Q.        Yeah, date of current copies, yes,

9     Miss Harper.

10           A.        I am not aware of this document

11    with the modifications that are on it.    So the

12    document that you're referencing from 9/22 that

13    you just stated --

14           Q.        You do not know about this date,

15    right?

16                    MR. FALBY:    Excuse me, let the

17    witness finish, please.

18           Q.        Go ahead.

19           A.        This document that you've mentioned

20    on 9/22 of modification is not a document that

21    I'm aware of at Cisco Systems for our sensitive

22    hire policy.

23           Q.        Okay.    This Exhibit 14 of the

24    complaint, Cisco no hire list that I call, we

1-19-07Harper.TXT

29

1        took the, we took the electronic copy that we

2        provided to the court, many, many copies.  We did

3        some analysis.  Let me tell you this analysis.

4        The Cisco no hire list was authored and created

5        by Janet Scannon.  The date of the modification

6        was 9/22/2000, which is September 22nd, 2000, at

7        2:21 p.m. which if you look at 2:21 p.m. minus 4

8        would be, for example, the morning of San Jose,

9        California, that's okay.  And the size of that

10       Cisco no hire list I gave you guys on Exhibit 14

11       copies according to the rule of federal evidence

12       901 and also according in the meaning of 803 1.

13       The size of such list, Cisco no hire list that

14       has my name no hire, do not hire Anthony Bayad,

15       has a 279 kilobyte, which is the size of the

16       Cisco no hire list, the electronics file, and the

17       reason, I'm asking you, why it was modified on

18       9/22/2000, September, why?  Why not other time?

19       Why September 22nd?  September 22nd, 2000, why?

20                    MR. FALBY:  I'm going to object.

21       She has already testified that this document is

22       not an authentic Cisco document.

23            Q.      It is not a Cisco document?

24            A.      This is not an authentic Cisco

30

1        approved document with that modification.

Page 25

1-19-07Harper.TXT
2          Q.        Okay, no problem.  That's your
3     answer, right?  Well, we did, we took the Cisco
4     no hire list, and we looked at the content of it
5     and the meaning of federal rule of evidence 803
6     and 1, and what we found, we found that a lot of
7     stuff that nobody can have, would you agree with
8     me?  If you look at Exhibit 14, the Cisco no hire
9     list that I call, that Cisco calls, would you
10    state that it has a lot of information that
11    nobody know about.  It's very sensitive, yes or
12    no?
13              MR. FALBY:  I'm going to object to
14    the question.  The witness can answer it if she
15    understands.
16         A.        I don't understand your question.
17         Q.        Looking at the electronics file and
18    the hard copies, I see companies, I see names of
19    Cisco people.  These people are true people?
20    They work for Cisco, yes or no?
21              MR. FALBY:  What people are you
22    referring to?
23              MR. BAYAD:  The Cisco no hire list?
24              MR. FALBY:  There is no such thing


                                                  31

1     as a Cisco no hire list.
2              MR. BAYAD:  Okay.  Well, let's
3     change the name for convenience to make Celia
4     Harper comfortable because she's a bigshot, and
5     we don't want to hurt people feelings here.
6              Okay, the list, whatever is the
                        Page 26

1-19-07Harper.TXT

 7      name you call it.  Why Anthony Bayad give it to
 8      Bruce Falby and the court and have them review?
 9      On this list, we find the name of people, the
10      address of people, companies that Cisco does
11      business with.  They've all been verified.  I'm
12      talking about the companies that Cisco does
13      business with, the resellers.  Why does Cisco no
14      hire list that is found on Docket N31, Exhibit 14
15      has lot of information about Cisco partners,
16      Cisco employees and some stuff that nobody can
17      have, only human resources, why?
18                  MR. FALBY:  I'm going object to
19      your continued use of no hire.  You're asking the
20      witness to explain what the point of the
21      selective hiring list is?
22                  MR. BAYAD:  Mr. Falby,
23      respectfully, don't keep doing that because we
24      don't have time.  What name do you want me to


                                                    32

 1      call this list?  Cisco Bayad or Cisco Celia
 2      Harper or Cisco --
 3           A.      This particular document that
 4      you're referencing is called a sensitive hire
 5      policy.
 6           Q.      Okay.
 7           A.      However -- may I finish, please?
 8      However, you referenced the document with a
 9      modification on there.  This is not an
10      authenticated document produced by Cisco,

1-19-07Harper.TXT

11    therefore I'm unable to answer your question as

12    you relate it to this document, 'cause it's not

13    an authenticated document at Cisco.

14        Q.        When you say it's not authenticated

15    in the meaning of what?  For example, what's not

16    authenticated?  That means G.E. does not do

17    business with Cisco?  That means that Bob Bruce,

18    Cisco contact, does not work for Cisco, that

19    means that Glen Liznetz does not work for Cisco,

20    that means that AT&T Broadband, Bank of America,

21    their contact is Jim Roche, they're not clients

22    of Cisco and Jim Roche is not Cisco employee?

23    That's what you're telling me, right?

24        A.        I don't know Jim Roche.


                                                    33


1    Q.        Well, if you look at the Cisco no

2    hire list, I'm telling you the Cisco contact, all

3    of them there?  Why the Cisco contacts are there

4    if it's not authenticated, why?  Please why.  I'm

5    just talking about the people of Cisco.  Why are

6    the people of Cisco on that the list, why?  Why

7    not other people?  Why Cisco people contact are

8    there, why?  And we can go through names.  Tell

9    me why.

10        A.        So can you please explain to me

11    what Cisco names and where they are in the

12    document so I can reference the document that you

13    have produced?

14        Q.        Sure.  This is the document.  The

15    document that I gave you on column 27 says highly
                          Page 28

1-19-07Harper.TXT

16      sensitive.  On the right you see, Cisco contact
17      sensitive, Cisco contact and comments.  In the
18      highly sensitive, All CCIE's employed by any
19      customer/Partners, that's 28.  Why does it state
20      CCIE here unless it has a meaning.  Also, column
21      No. 29 of that Cisco hire list says AE Business
22      Solutions, Cisco contact Bob Bruce.  When you say
23      Celia Harper that is not authenticated, why Bob
24      Bruce that works for Cisco that AE Business


                                                    34


1       Solutions knows Bob Bruce came to their premises
2       and did business with them and he works for
3       Cisco.
4                     Now, let's go easy, easy company,
5       because that's in Boston, and I know those
6       people.  Let's go for Bank of America.  Why Bank
7       of America Celia Harper, why Bank of America has,
8       column 37, has Jim Roche?  Why not Lynn Fraser,
9       why Jim Roche and Jim Roche has gone to Bank of
10      America, has done job for Bank of America, unless
11      you want me to go and get a statement from Bank
12      of America.  I can do that.  I don't need a
13      subpoena.  I know those people, and people can
14      give anything they want if they feel it would
15      help.  Now you tell me why Cable Vision is there,
16      why Chase Manhattan Bank is there.  And guess
17      what, Chase Manhattan Bank is my favorite.  You
18      know why, because the person that is promoting
19      Lynn Fraser, my manager, the one that started the

1-19-07Harper.TXT

20    whole nine yards, she's my.  And looking at the

21    chart, the reason of Cisco.  Yes, yes, yes, Nick

22    Adamo is the point contact of this very crucial

23    customer of Cisco Chase Manhattan Bank.  Now, if

24    I go to Chase Manhattan Bank, and I know those

35

1     people too.  I use to work for them in the past

2     when I use to work, when I use to be a human

3     being, they can both tell me, yes, Anthony.  If I

4     give them the Cisco no hire list, they can tell

5     me Chase Manhattan Bank is Nick Adamo, and I'm

6     waiting for the Honorable Patti B. Sarris to

7     decide at the end what she going to do with this

8     case because this list is going to go to these

9     people.  Now, my question to you, honestly Celia

10    Harper, you are under oath, ask yourself why you

11    are saying that this list, Exhibit 14 on the

12    Complaint No. 1, 931 has Nick Adamo that I know

13    very well, and my friend knows him.  He's named

14    has a contact for Chase Manhattan why, please?

15         A.      At Cisco we have a number of our

16    partners and our customers that have

17    relationships and owners of our accounts, and so

18    when it says the contact name, which you

19    mentioned a Nick Adamo or a few other employees

20    at Cisco, they are responsible for the

21    relationship and the ownership of that account.

22         Q.      And also here it's very disturbing

23    if you do not answer this, Miss Celia Harper.

24    It's going to be, very, very -- I don't think

1-19-07Harper.TXT

36

1   it's right to do.  Why this list have Aztec
2   Communication in the contact, why?  And I don't
3   mean to laugh.  Aztec Communication is here in
4   this no hire list and has a contact.  It states
5   the person that I know very well.  I don't have
6   to mention the name.  I don't want to get in
7   trouble.
8          A.       I don't understand your question.
9          Q.       My question to you is why this --
10  we're trying to authenticate this Cisco no hire
11  list.  I'm asking you why this list has Aztec
12  Communication, my former company, why, if it's
13  not authenticated.  And my former company Aztec,
14  I use to work for Aztec Communication.  We use to
15  to be parter with Cisco Systems.  Why my company
16  that I use to work for was listed in this no hire
17  list, because Cisco no hire list, it's been
18  created by Janet Scannon.
19         A.       Well, let me just answer your
20  question.  There's two parts here.  The names of
21  the companies which are Cisco partners and
22  customers and the contact details of Cisco
23  employees is an authentic list.  It is produced
24  by Cisco.

37

1          Q.       Okay.

Page 31

1-19-07Harper.TXT

2          A.          Let me finish, please.  At the top

3     of the document that you have produced, that is

4     not authenticated by Cisco.  The document that we

5     have produced here is solely used as a guideline

6     for Cisco in human resources to enable us to not

7     proactively recruit from Cisco's top customers

8     and top parters, and that is the intent of this

9     document, to bring awareness that we will no

10    proactively poach or recruit from those customers

11    or those parters.

12         Q.          Okay.  The summary of your under

13    oath statement state that the contacts in this

14    list that I provided authenticate what you just

15    have; is that correct?

16         A.          The contact names that are

17    associated with the particular companies that we

18    have listed in this portion of this document that

19    is authenticated was accurate at the time.

20         Q.          Okay.  Again, the contact of the

21    people, companies, the sensitive statement that

22    you have put -- Ceila, you are the admin, you are

23    the custodian of the record according to the

24    federal rules of evidence 901 with the meaning of


                                                    38


1     federal evidence 813, and your lawyer will tell

2     you.  Now, I want to again make sure that I

3     understand that you're saying the contact of this

4     document, the companies, the statement in it,

5     they are authenticate.  Is that correct?  You are

6     under oath, Miss.

                    Page 32

1-19-07Harper.TXT

7          A.          The contacts of the document under,

8     and I don't have the actual --

9          Q.          The question to you --

10         A.          I'm going to answer it.

11         Q.          I don't want an explanation.  I

12    want to know if Bank of America and all you wrote

13    in this document called whatever you want to call

14    it, the one that is found in the complaint Docket

15    1 entry, docket, the complaint docket entry 1,

16    Exhibit 14 with both of the electronic copy under

17    the federal rules of evidence, reveal all the

18    company names, all the e-mail address, all the

19    statement that you wrote under oath, you are the

20    admin, you are /K*US today of the of the record,

21    you are under oath.  All those stated that list

22    are /K*US toe /PHERS of Cisco and that's what you

23    have put since 1997, the creation of this excel

24    sheet that you named sensitive list, is it yes or

39

1     no?

2                    MR. FALBY:  Objection to the form

3     of the question.  It is not a yes or no question.

4     You can answer it.

5          A.          So I will answer the question for

6     you.  The companies, the Cisco contacts are

7     accurate at the time of the document, and the

8     subject matter of process is accurate.  The

9     inaccurate modification of the document is under

10    the heading of highly sensitive.

Page 33

1-19-07Harper.TXT

11          Q.          Okay.  What you are saying is

12     everything, everything from top to bottom is

13     /A*UT then at this indicate?

14          A.          No, no.  Let me finish my

15     statement, please.

16          Q.          I'm sorry.  I'm not trying to do

17     /TKREUBG you or anything.  I'm not in business to

18     trick you?

19          MR. FALBY:  Please let her finish

20     her answer.  Go ahead.

21          Q.          Go ahead, miss, /PHRAOEFRPBLGTS the

22     document is accurate were with the following

23     statement that has been modified?

24          Q.          What statement, first of all you


                                                    40

1      never saw the /HREU now you how do you know the

2      top of the list is something else and the bottom

3      of the list is you a then at this indicate.  Now

4      what you are saying to me, let's help you here.

5      I'm not trying to set you up or anything.  I'm

6      just trying to clear this issue.  What you are

7      saying is column 1, I want to say column 1 is the

8      first line.  The first line says confidential.

9      Is that a true statement, it is, there,

10     confidential, correct?

11          A.          Correct.

12          Q.          If you go to line 2 which is called

13     column 2, do not download the sensitive list is

14     up date on regular basis and changes are made to

15     company listing.  Is that correct, miss, please?

1-19-07Harper.TXT

16      A.      That is correct.

17      Q.      /THA*UPBG.  The third line says for

18  recruiting purpose only.  That's true, right?

19      A.      Correct.

20      Q.      And the fourth line says, I don't

21  know who put that date there.  I did not put that

22  date there because I, this is only, file only,

23  you cannot touch this file /WAUS it has stuff and

24  this forensic Mr. Falby, U.S. marshall came here


                                                    41


1   and took the C Ds.  Everybody came here

2   yesterday.  They took everything.  I just want to

3   let you know that you are not alone here.  A lot

4   of people are here helping you and helping me.

5   Thank you.  Now, let's go back to column five,

6   /SAOEURPL column 4.  It assistance September

7   10th, 2000 sensitive list.  You see that date

8   there, right.  Effective September 10th, right?

9       A.      No.

10      Q.      Okay.  That should not be there,

11  right, should be a /PWHRO*PBG, right?

12      A.      Let me explain myself in answering

13  in.

14      Q.      I don't have time?

15      A.      Let.

16              MR. FALBY:  Let the witness answer

17  the question.  You asked it.  Let her answer it.

18  Go /HAEUD.

19      A.      There are no such documents that

1-19-07Harper.TXT
20   have been modified on September /#10*9, 2000.

21       Q.       Okay, let's move for a while, no

22   problem.  Column four you state you have no clue

23   why that date is there.  Effective September

24   10th, 2000, is September 10th, 2000 I was at


                                              42

1    Cisco Systems working.  Is that true, yes or no?

2        A.       I do not know.

3        Q.       Anthony bay /KWRAD, okay, if do you

4    not know I refresh your memory.  My termination

5    from Cisco Systems, it was, let me see S it was

6    April, April, /EUPBL the 18th, 2001.  And in this

7    comment of Cisco no hire list it says effective

8    September /#10*9, 2000.  Now, why that date is

9    there, why, for what purpose?  I am astill

10   working for Cisco, huh?

11       A.       I don't understand your question.

12   I will share with you that, two things.  One,

13   that there were no modifications made to the

14   document on September 10th, 2000.  Additionally,

15   this document was never a read only document.

16       Q.       No, no.  When we took it, the

17   people it was read only.  We don't have to argue.

18   This document is not be stamped.  If it is

19   stamped it will be corrected.  Just to let you

20   know.  Let's go back to what's /A*UT then at this

21   indicate non/A*UT.  What /A*UT on this column,

22   found in Exhibit 14 of the complaint.  Number 6

23   says highly sensitive, that's you a then at this

24   indicate.  That should be there, right?
                      Page 36

1-19-07Harper.TXT

43

```
1          A.       No.
2          Q.       Okay.  And in column 7, it is not
3      you a then at this indicate.  Says do not hire
4      trash or promote (no 7379.  Is it you a then at
5      this indicate or not you a then at this indicate?
6          A.       Not you a ten think at this
7      indicate.
8          Q.       Number 8 says should you have
9      questions, /THUPB then indicate or not /A*UP?
10         A.       Not /A*UPB.
11         Q.       Why anybody would put such
12     statement there, should you have a question,
13     contact Tony something regarding stand with a why
14     not have a contact, regarding and think bay, why?
15         A.       It does state that in the document.
16     If you go down to a further line it says contact
17     Celia Harper /TKPWAR.  At the inception of this
18     particular document, the document has been.
19         Q.       Celia Harper, I conduct the
20     deposition.  You are very welcome to do the same
21     thing vice versa at any time.  My schedule is
22     open, I have not work.  Why.  Why not Lynn
23     phrase, /KAPBGT Lynn Fraser regarding and think
24     in bay /KWRAEUD, I mean, to not hire Anthony or
```

44

```
1      promote and bay /KWRAD, but if you have any
```

1-19-07Harper.TXT
2    questions go talk /TOBG something stand /TPHEFPLT
3    my question to you, I'm just asking you a
4    question here, why your name is not there, why
5    not Lynn Fraser, why not /KA*TD I didn't decab,
6    why not onphraser, why, why that particular
7    person, why not calories, why.  Why Ms. Miss
8    explain to me why, the best you can under oath?
9         A.       The document.
10        Q.       /KWRAERBGS this document, why this
11   line in this Cisco no hire list, No. 7 and then
12   8, why it is there, why, why?
13        A.       Why answer this and the reason why
14   is this is not an authenticated document by
15   Cisco.
16        Q.       Please don't confuse the record so
17   it will be he shed said she said and guess what
18   that's a problem here and then Mr. Falby knows,
19   the judge a has order one time.  He cannot flip
20   flop.  We are not in public.  We are human
21   beingsment don't flip flop.  Now keep going,
22   miss.  Misremember you said this first line or
23   five lines at the top is not /A*UPB, but you have
24   said that No. 2, the column No. 2 states do not


                                           45

1    download.  The sensitive list is updated on
2    regular basis and changed maids to company
3    listing.  You said earlier that it is you a ten
4    at this indicate it should be there.  Now, you
5    said to not transfer hire, 7399.  Should you have
6    any question contact something.  You said now

1-19-07Harper.TXT

7    that should not be added there but you have can

8    /TRA /TKEUBGTing yourself and flip flop I don't

9    know if it is perjury or denial.  Which one, mis,

10   please?

11            MR. FALBY:  Objection, it is

12   improper question.  Please ask another question.

13       Q.        Then we move on to No. 9 on the

14   Cisco hire list.  You said you wrote with your

15   hand because you are thes custodian of record,

16   the admin in our language, you said in number 9

17   interviewing may not occur with any company on

18   this list Cisco manager, servicing the customer,

19   partner approves to indemnify the Cisco manager,

20   plea visit star Piper at (.  Forward//SHRARBGS

21   /W-FRPBLTS /W-FRPLT W I. N do the Cisco dot-com,

22   forward C /UFRPLT S T A D D, forward/info. Cyst,

23   forward/sales, forward/star, forward//SRAOEU per,

24   forward /SHRAFRPBLT does, can I ask you 11,


                                              46

1    column 11 under oath Ms. Celia Harper and I know

2    the contact of that star Piper?

3        A.        That's correct.

4        Q.        It is correct.  God bless you.

5    Thank you.  And in this line 11 nobody from

6    something can get in, is that a true statement or

7    not?

8        A.        It is an internal.

9        Q.        You are under oath?

10       A.        It is an internal tool at Cisco.

                   Page 39

1-19-07Harper.TXT

11      Q.      And the line again 11 a /SA*UT and

12  if right now, if I insert this?  When Cisco did

13  not see this before (I'm on my laptop, if you did

14  not.  If I went there right now from my home and

15  can I get in?

16              MR. FALBY:  Objection.  If you

17  know.

18      Q.      You are under oath, /-Z miss?

19      A.      I don't know the answer to that.

20      Q.      This is an internal site, in other

21  words, incertainly /SAOEUFPLTS you cannot get in

22  the internal sites unless you are incorporates

23  Cisco or you are proper authorization, yes or no?

24      A.      Correct.


                                                    47


1       Q.      Thank you.  Let's move on.  Inside

2   this /SRAOEUP per, what's inside in this /SRAOEUP

3   per file.  You are under oath?

4       A.      It has a.

5       Q.

6               MR. FALBY:  Mr. Bay bade please

7   stop advising the witness she is unoath.  I apoll

8   guides Mr. Falby and believe me you are making me

9   do this Mr. Falby.  I do not want to be here, God

10  bless you.  And I not want to hurt anybody's

11  future.  When people get involved in lawsuits, it

12  is not nice and it is federal and in a high level

13  case like this it becomes a problem because a lot

14  of people are involved now.

15      Q.

                        Page 40

1-19-07Harper.TXT
16              MR. FALBY:  Excuse me do you want
17      an /AEUBS to this question.
18              A.      Please.
19              Q.      Please, I want to know the answer
20      so this question.
21              A.      The star /SRAOEUP per tool.
22              Q.      Yes?
23              A.      Is a tool that has the customers of
24      Cisco as well as the partners of /SEUS cows, as


                                                48

1       well as the current account manager regional
2       sales minker who has relationship with that
3       particular customer or partner.
4               Q.      Thank you.  Now we move on to No.
5       12, and I appreciate your help, because I do have
6       a lot of /TPHAFGS Mr. Falby does not know, but
7       that's okay.  Column No. 12 Cisco no hire list.
8       It says after receiving approval to continue that
9       application, Cisco recruiter must contact the
10      applicant current manager to confirm.  Is that
11      correct, /A*UT, that line?
12              A.      Correct.
13              Q.      Yes or no?  What's your answer,
14      miss?
15              A.      Yes.
16              Q.      Thank you.  No. 15 on the Cisco
17      list, interview should not occur after the
18      responsible Cisco V P approves.  /A*UT, not
19      /A*UT?  Should be there?
                        Page 41

1-19-07Harper.TXT
20      A.      Correct.
21      Q.      Going back to 37, do you know whose
22  his title Tony /STARPB?
23      Q.
24              MR. FALBY:  His title today?


                                            49

1       Q.      Did it change, I thought he was a V
2   P of finance?
3       A.      I don't know what his title is.
4       Q.      And I agree with you you don't know
5   because you don't know this guy probably.  Do you
6   know this /TKPAOEURBGS you don't know this guy?
7       A.      I do know Tony /SAF stand know.
8   Tony /SAF stand know is in finance and therefore
9   Tony staff sang know would not have any direct
10  something to this document because it is a human
11  resources document.
12      Q.      Correct, because this is human
13  resources document, correct?
14      A.      Correct.
15      Q.      And Mr. /SAF stand know is a V P of
16  finance.  He has nothing to do with human
17  resources, right?
18      A.      Correct.
19      Q.      And you said earlier that you do
20  know Mr. Substand know?
21      Q.
22              MR. FALBY:  What's the question.
23      Q.      Does show know Mr. Is an /SA*F
24  stand know the V P of finance?
                Page 42

1-19-07Harper.TXT

50

```
 1        A.        I don't know what his title S no, I
 2    he Tony /SAF but I do know his title.
 3        Q.        I have a /EUP /PAer here Mr.,
 4    Ms. Celia I have a paper that was provided to Ime
 5    by Mr. Bruce Falby under oath and there has been
 6    a lot of confusion.  I have a paper here that
 7    Mr. Falby himself provided me with this form.
 8    This form has your name, Celia Harper, has also
 9    the name of Anthony /SA*L, also has Anthony bay
10    /KWRADZ name and this paper, I did not provide is
11    to 9 court or to Mr. Bruce Falby.  This paper
12    that I'm going to tell you that you name Celia
13    Harper, and /SAF, and bay /KWRAD and corporate
14    security with e-mails and everything all the nine
15    yards, it states his name, my name are here,
16    along with corporate /PHREUTS, corporate
17    /SKRAOEURBT.  Let me ask you why this paper
18    document from Cisco that was provided to me under
19    oath by Bruce Falby, it was provided to me under
20    27, I think 26 federal rule civil procedure 26.1,
21    and we /THA*UGT talked and I remind Mr. Falby,
22    remember our first hearing with the honorable
23    match dough balance /HRAR you and I we met at
24    court appear I showed you the document and you
```

51

```
 1    said why Celia Harper is here and you were
```

Page 43

1-19-07Harper.TXT
```
 2    shaking your head.  Anyway, my question for you
 3    Ms., my why this document has my name, your name,
 4    it is internal document.  Cisco internal has
 5    document has my name, your name and corporate
 6    police, why?
 7                  MR. FALBY:  Objection.
 8         Q.      You don't know why your name is
 9    there /TAOPB my name?
10         A.      I don't know which document you are
11    talking with about.
12         Q.      You you do not know?
13         A.      If you could reference the
14    document, but I do not know which document you
15    are /R*EFRPBSing.
16         Q.      When this litigation ban in 2004,
17    case 0410468, Anthony bay /KWRAEUD versus
18    chamber, Anthony calf stand, calendar /WAOES,
19    Mr. Bruce Falby gave my that document when I
20    called personally Mr. /STA*F stand so and advised
21    him under normal phone call telling Mr. /SA*L I'm
22    going to provided with lawsuit, you have
23    discriminated against me.  And he called you you,
24    you corporate police and you guys start
```

                                                  52

```
 1    investigating me.  In other words, he he
 2    initiated a complaint to you.  Why he initiate a
 3    complaint to you?
 4                  MR. FALBY:  I will object for the
 5    record.  Do you understand the question.
 6         A.      I don't understand the question.
```
                          Page 44

1-19-07Harper.TXT

```
 7        Q.        Why Anthony staff when he hear and
 8    /THOEU any bay /KWRAEUD he didn't call corporate
 9    police directly.  He called you directly.  Why
10    you, why you?
11        A.        Anthony staff stand know never call
12    me directly.
13        Q.        That's not what we have, the
14    document that Bruce Falby has, but that's no
15    problem.  He you said that you know him, right?
16        A.        I do know and think staff stand as
17    an employee of Cisco.
18        Q.        Respectfully when you know somebody
19    you met Mr. /SAF, you had a chance to talk to
20    Mr. Staff has human resource /W-S finance
21    department.  Do you talk to your peer, if did you
22    talked to him if you know him, you met him,
23    right?
24        A.        I have met Anthony stand.
```

53

```
 1        Q.        Thank you.  That you mean you know
 2    stand, stand knows you?
 3        A.        Yes.
 4        Q.        Thank you.  That's all we want,
 5    miss, thank you for your time.  You said
 6    inter/SRAOURBGS go back to column 14 on the
 7    complaint, Exhibit 14, column 13 it says
 8    interview should not occur after the response
 9    /*EUBLG Cisco V P approves.  /A*UT /UBGS right.
10    You said yes earlier?
```

Page 45

1-19-07Harper.TXT
11        A.        Correct.

12        Q.        14, no target recruiting yes or no,

13    /A*UT?

14        A.        /A*UT.

15        Q.        No. 15 of the Cisco no hire list,

16    Exhibit 14, in the complaint /SA*EUS should you

17    have any question contact Celia Harper /TKPWER,

18    that's why now we are going to stop, why now, why

19    your name is on the column, is it /A*UT or not

20    /A*UT?

21        A.        /A*UT.

22        Q.        Thank you.  I am very -- no

23    problem.  Now, we are going to stop here for a

24    while.  For the record we are going to stop here.


                                          54

1    I'm going to tell you some stuff right now.  I'm

2    not trying to trick you.  I am adjust going toll

3    it you /#W457D here about the Cisco no hire list

4    and I'm sorry, I have a lot of stuff /HAOEFRPLT

5    the Cisco no hire list very quick was ordered by

6    Janet /SKAF.  It was modified on September 22nd,

7    2000, let me repeat for the /KROURT this

8    Exhibit No. 14 on the complaint was modified,

9    what that mean modified for the record means it

10   was batched /SEUPT 22nd, 2000.  My question to

11   you, if you go back did you know, if you /SKROLD

12   down, now you proved to me you are reading

13   something now because you went column by column.

14   /ORPBS you go all the way I'm going to give you

15   some come /HRUPLS.  Column 162 of the Cisco no

1-19-07Harper.TXT

16    hire list in the /SKPWHRAEUPBT Exhibit 14?
17              MR. FALBY:  /W*E don't have column
18    numbers we are working off a hard copy you
19    a/#2567D to the complaint.  Do you have a page
20    number.
21        Q.      Yes, 162?
22              MR. FALBY:  What it is.
23        Q.      It says on column No. 62 Mr. Falby,
24    I gave you about 77 editorry cops and you pay a


                                                    55

1     lot of money to help your client, that's not nice
2     like that.  I am aa pro se.  I'm not trying to be
3     a lawyer here?
4               MR. FALBY:  What column are you
5     talking about.
6         Q.      I'm referring to the Cisco no hire
7     list, Exhibit 14 and in the exhibit I'm looking
8     at my editorry copy, there is a column No. 62 and
9     Mr. /SRAOEUR son can help you too, the Cisco hire
10    list I've I've Anthony I know you filed an
11    electronic cop /W*EUy with the court but Bruce
12    doesn't have that with him?
13        Q.      /KWR*E mat, or counsel, Mr. I've,
14    within the federal /RAOUFL evidence, it is my
15    duty to give you too, to give you the hard copies
16    for the forth order of the court and it is my
17    duty also according to the federal rules of
18    evidence 91 with the meaning of 801 to provide
19    you the electronic copies?
                Page 47

1-19-07Harper.TXT
20                    MR. FALBY:  What's in the line that

21    you want her to look at.

22        Q.       No 162, can electronics good

23    partner and looking at my electronic copy, I see

24    it there too?


                                                56

1         Q.

2                    MR. FALBY:  Consistent electronics.

3         Q.        Content electronics gold partner?

4         Q.

5                    MR. FALBY:  How could you spell it

6    content, K E. N T electronics.

7         Q.        If you don't have it or if you

8    /STKROPBT it, Department of  Know about it, let

9    me read it to you.  In such column it says on the

10    Cisco no hire list Exhibit 14 of the complaint

11    column 162 says content electronics, old partner

12    and let me ask you Celia, Ms. Celia Harper,

13    content electronics old parter, in your best of

14    knowledge, is it a very important parter because

15    it is gold parter, right?

16        A.       I don't know the status of the

17    partner today.

18        Q.       Yeah, but is this parter doing

19    business with you? My record shows yes.  What's

20    your record /SHOEFPLT if I go to Cisco locator,

21    you know, partner reseller, it is coming up many

22    times.  Mr. Mat eye /SRER son can do it right

23    now.  Let me help you.  It is partner, according

24    to Cisco partner reseller, also according to

                          Page 48

1-19-07Harper.TXT

57

```
 1    Cisco no hire list.  They are partner yes or no?
 2                MR. FALBY:  Are you asking if they
 3    are a partner now?
 4         Q.     Yes.  She is admin of Cisco no hire
 5    list?
 6         A.     I don't know the answer to your
 7    question.  At the time they were a partner of
 8    Cisco.  I don't know if today they were a
 9    partner.
10         Q.     That time, yes.  That time?
11         A.     At that time they were a partner.
12         Q.     Thank you?
13         A.     I do not what the status of the
14    partner, whether it was gold, silver premium.  I
15    do no have that information in front of me.
16         Q.     Content electronics is part of
17    Cisco?
18         A.     Yes.
19         Q.     /-FRBLGTSZ I don't know if it does
20    today?
21         Q.     I don't care about today.  I care
22    about the list.  And if you go to column 163 and
23    you know this very well because you are the admin
24    of such list.  Mrs. Celia Harper, the.  They are
```

58

```
 1    hands off hiring moratorium for ninety days for
```

1-19-07Harper.TXT

2      cam content electronics and its subsidiary.  It
3      is duty to recent recruiting activity ignoring
4      the adopted protocol with specificity, addresses
5      how we are to handle candidate from the company
6      on our list, specifically the manager who are
7      ultimately responsible for this partner's have
8      not been appropriate contractor contacted prior
9      to the candidate being introduced to the
10     interview process /KPHUPBT to you when this more
11     tore yup as is /HR*EUFTed sigh I do not speak
12     English very well and I do see not understand
13     whats what's moratorium, M O R T T O R I. U M,
14     see, I cannot come up with this word because I do
15     not speak English very well.  What does it mean
16     this word.  You wrote this word?
17            Q.      What's?
18            A.      What is your question.  You asked
19     about four or five questions.  I'm trying to
20     understand what is your question.
21            Q.      Mr. Bruce Falby, can read it in
22     good English.  I don't want to confuse my
23     /KROURT.  What I'm saying in such paragraph under
24     content electronics, you insert your personal


                                          59

1      statement saying a word that is very hard to
2      understand and I don't know what's the meaning.
3      What's the meaning of M O R A T O R I. U M, more
4      atore yup?  Mr. Falby what's more tore /KWRUFPL
5      means in English?
6                      MR. FALBY:  It means to temporarily
                          Page 50

1-19-07Harper.TXT

```
 7   stop, to stop I swear to God I never knew that
 8   word.
 9               MR. FALBY:
10               MR. FALBY:  It is in the ducks
11   /TPHARry you should look it up.
12       Q.      I want to say I never knew that
13   word.  This word is very hard.  Mrs. Harper put
14   that word, I just want to make sure.  It is a
15   very hard word.  Also if you go back to this
16   paragraph you wrote under content electronics you
17   said effective today, September 22nd, is that
18   correct, yes or no.  I have some documents here
19   that say effective today September 22nd, no Cisco
20   cannot hire content electronics.  Effective there
21   is a hands offer of hiring, moratorium for 90
22   days for electronics, content electronics
23   company, yes or no, /PHR-Z Celia Harper, please?
24       A.      I don't remember.
```

                                                          60

```
 1       Q.      Okay.  You don't remember.  But you
 2   wrote effective today /SEUPT 22nd, I nonyou put
 3   effective today September 22nd, yes?  Yes or no,
 4   /A*UT at this or not /A*UT?
 5               MR. FALBY:  Object to the form.
 6   You can answer.
 7       Q.      Can you answer, please?
 8       A.      /STKPWHROBLS you don't believe that
 9   you put that word there.
10       A.      Which word are you describing.
```

                            Page 51

1-19-07Harper.TXT
11          A.          You said earlier that you put the

12     paragraph there under content electronics, you

13     tell Cisco because you are the at /PHEUPB of

14     custodian, you are the Cisco no hire list admin.

15     It is your duty.  You spoke to some people or the

16     sales force and you told them that effective

17     September, effective today, you said September

18     22nd, there no hands off /HAO*EURG moratorium for

19     content electronics and its sub/SEUD did I ray.

20     This is cue to the convenient recruiting activity

21     ignoring the adopted protocol which specifically

22     addresses how we are to handle candidates.  If we

23     go back to the Cisco record and we ask you to

24     provide everything that was hired on September


                                                   61

1      22nd, and if you don't want to give me that's

2      okay because Bruce Falby never gave me anything,

3      but if I go talk to my Bud I didn't say at

4      content electronics and I tell them can you give

5      me who you fired or who left the company, cc i.e.

6      and they told me A B C guy, John, you know, mark,

7      Bruce left the company before September 2nd,

8      2000.  Did you put that paragraph, Ms.,

9      /PHRAOERBGS you are under oath.  Yes or no.

10          A.          I don't remember.

11          Q.          You don't say you don't remember.

12     If you don't remember, then you did put it there.

13     You have to say and counsel can quote you.  You

14     have to say I do not recall.  I'm trying to help

15     you?
                         Page 52

1-19-07Harper.TXT

16                MR. FALBY:  Can you ask another

17      question, please.

18          Q.        When you do not remember that you

19      put that day effective today December /#2-RBGS

20      the reason I'm mentioning September 22nd, because

21      you said /#2OD.  In English, Ms. Celia Harper,

22      what's today, that means it is the past or

23      present or today is the action of the time, yes?

24          A.        Yes.


                                                    62


1           Q.        Now if I read effective today, that

2       mean effective today I have to comply with your

3       paragraph, yes or not?

4           A.        Objection.

5                 MR. FALBY:  Objection, /KWROFRPBZ

6       what you are asking.

7           Q.        In other words, if she said to

8       Cisco people could not hire eye /TPEBGT active

9       today September 2 /#2-RBGS do not hire anybody

10      from content electronics, that mean effective

11      today, right.  You said yes earlier, yeah?

12                MR. FALBY:  She said she don't

13      remember this paragraph.

14          Q.        I asked her the English language?

15                MR. FALBY:  The English language it

16      means when it says and /#123R5*7BGly it is a not

17      a good question.  It is a waste of time.

18          Q.        Okay, Mr. Falby, what I understand

19      effective today, that mean today?

                            Page 53

1-19-07Harper.TXT

20          MR. FALBY:  Yes, /AOE /TPEFBGT

21    active today, the plain meaning of that means

22    today.

23          Q.     From today nothing can go beyond

24    today.  Tomorrow nobody can hire content

                                                    63

1    electronics, right, yes or no, sir?

2               MR. FALBY:  She said she don't

3    remember the paragraph.  It is not appropriate to

4    be asking her what it means.

5          Q.     Let me ask you if he said today,

6    effective September today September 10th, nobody

7    from Cisco can hire content electronics employee,

8    that mean you make some changes in such, in such

9    statement, right, you have to insert that in that

10    statement, right, it is an electronics copy, that

11    means you have to enter, when you type something

12    on the excel sheet, /PHR-Z Celia Harper, you make

13    changes, right, yes or not, Ms. ?

14               MR. FALBY:  Objection.

15          Q.     Mr. Falby, please Mr. /TPAL

16    /PWAOEFPLT we are just trying to help you?

17          Q.     Can you answer the question,

18    please?

19               MR. FALBY:  Your question is

20    incomprehensible, can you rephrase it please.

21          Q.     Mr. Falby I'm not /A*UR a lawyer,

22    you need to help me?

23               MR. FALBY:  I don't have to help

24    you, but I do have a right to ask you to ask
                    Page 54

1-19-07Harper.TXT

64

1      questions that /EUT my witness can understand.
2             Q.       /-Z Celia Harper under oath you are
3      H R right?
4             A.       Yes.
5             Q.       You work with excel she will right?
6             A.       Correct.
7             Q.       Very educated?
8             A.       Correct.
9             Q.       Excel sheet no problem for you?
10            A.       Yes.
11            Q.       That mean if you event /TPER
12     something on the excel she you make
13     multiplication, if you work you mod /TPAOEURBGS
14     you make changes to the excel sheet, when you
15     make changes, do you safe it yes or not?
16            A.       Yes, when you make changes to a
17     document, you safety document, yes.
18            Q.       Okay.  If you make changes to
19     recall your statement, you said you work very
20     well with the excel sheet and if you work with
21     excel sheets such as exhibit 14 of the complaint
22     that mean you are very good with the software,
23     Microsoft excel sheet, right?  Yes?
24            A.       Yes.


65

1             Q.       I mean, yes, you are very good with
                    Page 55

1-19-07Harper.TXT
2    section sell sheet, might Microsoft excel she

3    like this one?

4         A.      Yes, I am good with excel.

5         Q.      That mean you work for high tech

6    company and you are highly in the level of Cisco

7    executive, an officer of the company.  You know,

8    if you work with excel sheet you make changes.

9    In order for those changes to stay in a in a in

10   excel she sheet, what do you need to do.  You

11   have to say it somehow, right?

12        A.      Yes.

13        Q.      And when you safe it it becomes

14   permanent at such time.  And if you go back and

15   open it and you are going to find it saved,

16   right?

17        A.      Correct /STKPWHR-BG okay.  Now,

18   Ms., going back, to the statement that you said,

19   you said if you enter September under column 162

20   of Exhibit 14 of the /PHRAEUPBT, if you enter

21   effective today September 22nd, there is a hands

22   off hiring such company.  That means you entered

23   something, you made changes, you modified it and

24   then you are going to safe it and when you safe


                                          66

1    it, when you go back it is going to open and when

2    you go back and whatever you enter is going to

3    stay there.

4         Q.      Let me answer your question here,

5    this document is not not a valid document?

6         A.      I'm not trying to be a smart guy
                        Page 56

1-19-07Harper.TXT

7      here.

8          Q.        Let her answer the if a?

9                    MR. FALBY:   Let her answer the

10     question.

11         Q.        She is not answering the question?

12                   MR. FALBY:   Excuse me let her

13     answer the question, please.

14         A.        Excuse me I apologize.

15         Q.        This document?

16         A.        This document has a reference line

17     that you are referring to are not accurate in the

18     fact that they are not /A*UT.  They have been

19     manipulated and changed, and the dates no not

20     reflect accurately as you have September /#10*9

21     on your document on the front page.  You have

22     September 22nd, without a year in there.  This is

23     not as authorized /A*UT document of Cisco's.

24         Q.        Let me ask you this, why the people

67

1      that understand Mike /KWROE soft, like and he's a

2      fun person too, Brian chipper, right work for

3      micro soft, he is going to tell you the same

4      thing, if you make changes, it is going to be

5      stamped and if you stamp it can tell you the date

6      and the /TAOEUFPLT you cannot not mess with this.

7      If you look at effective today December 22nd on

8      one column, 1/63.  And going.  You can see that

9      if you go, take this sensitive list, the Cisco no

10     hire list, the contact, the whole file that I

Page 57

1-19-07Harper.TXT
11    mentioned earlier and you went with me and you

12    knew what I was telling you, that it was, sites

13    and it was modified according to Mike /KROEU soft

14    /TKPWAOUR /RAOUs on September 22nd, 2000, that's

15    what you just wrote over there, tell me why, why

16    did Microsoft, excel analyst say it was touched

17    this, file W-279 K B with all the companies from

18    Cisco that you admin, you are custodial of the

19    record, why does it have size of 270 can I go

20    bytes, if you don't know the site I can tell help

21    you, site 270 can I go by the and it says it was

22    modified the 9/22/2000, which is September 22nd,

23    /#20*RBGS why, why it was modified on the

24    September 9th, /S*EPT I'm sorry, September 2

68

1    /#2-RBGS 2000, and it match, it is /A*UT

2    effective today September 22nd because you enter

3    that date and you safe that file because you have

4    /A*UT at this indication to safe it and you safe

5    it and move on with your life the next day,

6    because if youer, it is.  It is stated, please,

7    /PHR-Z Celia /HA*RP I'm going to you with the

8    line you say /A*UT and I write everything what

9    you said, do not download sense /S*EUF list is up

10    grated.  I'm /SOERBGS not download the sensitive

11    list is updated on a regular basis and changes

12    are made to the company list?

13        Q.

14            MR. FALBY:  Is there a question.

15        Q.    Yes.  Why we have modified and why
                Page 58

1-19-07Harper.TXT

16    we entered the September 27, because you are an
17    admin, yes or no?
18              MR. FALBY:  Objection.  Your
19    question is incomprehensible.
20        Q.      Okay, Mr. /TPAL we bee I will be
21    very straight with you, are you official admin of
22    such list that we have been talking about for two
23    /KWROURS, yes or no?
24        A.      Yes, I am the owner at that time of


                                                      69

1    an /A*UT at this indicated list provided by
2    Cisco.
3        Q.      Okay.  (Hours) I /SPRERB she
4    /KWRAEUT you let me ask you why you talking about
5    content electronics, why you talking now about K
6    H E. N T column 170, H E..  and you know I'm just
7    going to tell you that we have proves, that A T
8    and T, and you are going to say yes they are a
9    very good customer for Cisco.  Now, on column 170
10    on document, on the Cisco no prior list, /TKOPLT
11    entry, docket entry 1 which is the complaint
12    Exhibit 14 you state in the come will you, please
13    170 A T and T no recording, hands off policy.
14    Did you say that yes or no, /A*UT or not /A*UT,
15    and such time,ier north mis?
16        A.      Can you please State restate
17    exactly what line.  Remember we don't have the
18    line.  Could you read the paragraph that you are
19    referencing.
                        Page 59

1-19-07Harper.TXT

20        Q.        No problem.  On the line 170 A T

21    and T no recruiting hands off policy.  Remember.

22    You stated in this par /KPWRAF and it is good

23    English, I cannot write this English, nobody can

24    write this English, recently, we have hired a


                                                    70


1    number of T T and T employee.  We do /TPOLGT

2    /TKPWAOEUTD lines /-FTS sensitive list, meaning

3    the no hire list, Cisco no hire list,

4    particularly as it relates relates to the high

5    sensitive category.  Therefore something justice

6    and the sales organization have asked us to

7    implement a hands off policy related to the

8    hiring of you will A T and T employee, all

9    division.  This policy will be in effect for

10    minimum of 90 days but may be extended for a

11    longer period.  If you are, if you currently have

12    A T and T employee in the interview process,

13    please work with your employee manager who will

14    help to resolve each situation on a case by case

15    basis.  Miss who can put this paragraph but only

16    you and you only?  I couldn't or no, miss?

17        A.        It would be me.

18        Q.        Thank you.  And you are right you

19    are you because you hired a lot of people from A

20    T and T and I protected you.  I did not give them

21    the list.  Let's move objection.  The next

22    question, the computer, no recruitment on column

23    180 on Cisco no hire list Exhibit 14, you say

24    their computer no recruiting until further

1-19-07Harper.TXT

71

1     notice.  Due to higher volume of hire from their
2     computer recently and in the spirit of of our
3     partnership with them there will be no
4     recruitment of any employee, until if you are
5     /THEUR notice.  Did you write this yes or no
6     miss?
7          A.     No.
8          Q.     You didn't write this?
9          A.     No.
10         Q.     Who wrote this, Janet /SKAF van?
11         A.     I don't know.
12         Q.     Okay.  Okay.  Somebody from H R
13    wrote this, right?
14         A.     I don't know.
15         Q.     No problem.  Let's move on.  Column
16    185 of Exhibit 14 of the complaint you stated,
17    this is very high sensitive because I never work
18    for government.  Because I don't have a high
19    clearance because nobody can get high clearance,
20    only if you work for the military or you /SPOPB
21    /SPOR 13,000 for the something, only people from
22    the C I. A, just make sure that, this is very
23    sensitive.  I should not have this list by the
24    way, no problem.  My question to you is column

72

1     185, miss, Exhibit 14 of the complaint you said

1-19-07Harper.TXT

2    all employment, /H-S that is government hired for
3    future, our government, United States of America,
4    God bless, you stated, I don't know who stated
5    the following, all employment with discussion U
6    must be coordinated with Cisco /#45OU78
7    resources, attorney for federal operation.  Start
8    off line again, the name of the person Tara
9    /TPHRAPB began, last name F L A N N A G A N, a
10   federal compliance specialist his in a, first
11   name A L Y S S A, vanguard, V-A-N-G-A-this
12   include something made by former government
13   employees regarding future employment with Cisco
14   or recruitment at basis coemployee or
15   representative with correct or former /KPWOFT
16   employee.  All candidates are required to fill
17   out a compliance questionnaire prior to interview
18   and to submit to aLisa van /TKPWA and you
19   provided her last Cisco address, van /TKPWA at
20   Cisco dot-com.  Now, in this paragraph you
21   mention two people, aLisa van /TKPWA and another
22   person Tara /TPHRAPB began.  Remember, miss you
23   are under oath, earlier you said 50,000
24   employees.  Who knows these people.  You do.  Did

73

1    you write this paragraph, yes or no, miss?
2         A.     Yes.
3         Q.     Thank you and at the end miss and
4    lal guise for putting you through this.  And at
5    the end miss something very important that you
6    needed to know.  This Cisco no hire list,

1-19-07Harper.TXT

7      whatever name you call it, I call it Exhibit 14
8      for the record of the /KPHRAEUFPBLT if you look
9      underneath there is a subtitle.  In other words,
10     you call it /PHERBGS which you just described to
11     me that you wrote, the par I can't have graph the
12     name of the company and you /A*UT them and the
13     next subdirectory or subfile you named the second
14     one on the right.  The first one on the right,
15     the second one which is the first one is
16     /PHERBGS.  The second one is America
17     international:  All I see and I apologize for
18     this I see confidential American international
19     and for recruiting purpose only and 50 K 4 F Y
20     2000 you put company, for example you put prom
21     mow highly sensitive prom mow, pro /HRA then you
22     said sensitive equal a lot of companies.  I just
23     want to make sure, that's subfile /#K3EU69ed,
24     right?

                                                    74

1            A.      Are you looking at a soft document,
2      because in our hard copy document it doesn't
3      provide that for us in this exhibit.
4            Q.      Okay, but counsel do have
5      electronics copy for the record, and counsel did
6      ask the honorable just bar to conduct these
7      interrogatories, I'm sorry, this deposition from
8      far away to make it difficult for me and that's
9      not fair, and he has duty as the just said as
10     mentioned he that he need to be pro /T*EUFPLT he
                    Page 63

1-19-07Harper.TXT
11    need to help you /UPBSZ but no problem I'm going

12    to make it ease /SAOERBGS pause I'm going to ask

13    some question here, no problem.  Now, a lot of

14    people provide, a lot of defendant provided me

15    declaration.  Is that your statement, miss?

16              MR. FALBY:  What's the question.

17        Q.      Did you provide me your

18    declaration, Ms. Celia Harper?  I have

19    declaration in front of me, did you provide me

20    with a declaration of yours?

21        A.      Yes.

22        Q.      This report of your close motion

23    for summary judgment; is that correct?

24        A.      Yes.


                                                    75


1         Q.      And in such declaration you

2     provided me the following:  On page No. 5, on

3     some page you state that on such page Cisco

4     former no hire policy, right?  Right?

5         A.      I'm just trying to find the

6     document you are in Exhibit A, correct.  I'm

7     trying to follow along with you.

8         Q.      I will make it easier, no problem.

9     I am aconfusing you, I'm in the use to this Ann I

10    don't want to be here.  Respectfully Ms. Celia

11    Harper you provided me with a declaration under

12    oath.  Yes or no, miss?

13        A.      Yes, I did.

14        Q.      In such declaration you have insert

15    exhibits of people with names and their E. May
                        Page 64

1-19-07Harper.TXT

16    address, right?

17            A.        Correct.

18            Q.        Now, mis, respectfully and under

19    oath, from where did you print those, those

20    exhibits with a lot of minority or Cisco

21    employees?  Where did you get, from where did you

22    print it.  You print it from Cisco no hire list

23    or somewhere else?

24            A.        This is from our offshore partners


                                                          76

1    from H C L and /WHEUT.

2            Q.        -- thank you for your honesty,

3    that's correct.  In such exhibit under oath that

4    you provided me to, we pay attached to your

5    declaration under oath you gave he /PHAO a lot of

6    names, that exhibit have a lot of names in it,

7    right?

8            A.        Correct.

9            Q.        Not to be hired, right?

10            A.        Correct.

11            Q.        And in such, and in the exhibit

12    that you provided with lot of people with names

13    and I think they are from, can we call them

14    minority or foreigners.  They don't have a good,

15    they don't have the American name, right?  They

16    have very funny names, right?

17            MR. FALBY:  I'm going to object to

18    your characterization of these names.

19            Q.        Okay, Mr. Falby?

                         Page 65

1-19-07Harper.TXT
20                MR. FALBY:    You can /AEURPBS.

21        A.        Let me answer that question for

22    you, Anthony.    These names are contract

23    employees.

24        Q.        I don't want to know what they are.


                                                    77

 1    My question to you, Ms., I conduct deposition and

 2    you can do the same thing.    My schedule is open

 3    and I don't have a lot of time and I am

 4    /TKPWAETing tired and when I get tired I get very

 5    ill because I'm not very healthy.    My question to

 6    you, you did provide exhibit under oath attached

 7    to your declaration under oath it says Cisco

 8    offshore development no hire policy, right?    Is,

 9    is that?

10        A.        Correct.

11        Q.        And also on sufficient file that

12    you gave me there's a paragraph that says the

13    following:    Cisco has a no hire policy with the

14    two partners company in India H C L and wit pro

15    who have set up dedicated employment for Cisco in

16    /SHAPB language Bangor.    Also you stated

17    specifically our policy is that we will not hire

18    any engineer, let me repeat this.    You stated,

19    and it is in your declaration under your oath, I

20    have the exhibit in support of your declaration,

21    you provided it, Mr. Something provided it,

22    everybody provided what you provided me, and you

23    also said in such exhibit of Cisco no hire list,

24    you said specifically our policy is that we will

1-19-07Harper.TXT

78

1    not hire an engineer as a Cisco employee or

2    contractor?

3        A.        So let me just explain it.

4        Q.        Let me finish, mis, 2343.  You said

5    specifically in your exhibit under oath attached

6    to your declaration, specifically our policy is

7    that we will not hire any engineer has a Cisco

8    employee or contractor working at this

9    development center during their employment with

10    Cisco with these companies and for a period of

11    six months after they have left their employment,

12    the policy applies to /TKPWHEUPB /TPHAOERS who

13    may travel to U.S. for training or for transfer

14    or for information, hiding a partner engineer

15    even after they leaf their employment contribute

16    to hire.  Among the remaining engineers and we

17    will effect the stability of the vicinity center

18    and the project being executed we are appreciate

19    your support in implementation the no hire

20    policy.  So you went in and you wrote if you have

21    any question, please contact H R which is you or

22    global partner engineer management, and you

23    stated active employee detail of 6 September

24    2000.  Let me repeat the date again.  Active

79

1    employee detail as of 6 September 2000, then you

Page 67

1-19-07Harper.TXT
2    put the names of something that I call
3    respectfully all minority.  Ms., let me ask you a
4    question.  As human resources you understand
5    what's the law for discriminating against
6    minorities.  These people are minorities.  I'm
7    going to tell you why and this is a good his son
8    able' not trying to be super star.  I'm just
9    tired.  Do you understand what you are doing
10   right now, to these people? Do you know what you
11   are doing, Ms. To these people that are dying to
12   come to this country like you and I.  You and I
13   are immigrant.  We dome this country as
14   immigrant, Ms. Harper and you and I /WEUR
15   American under the law.  Now, do you why you are
16   doing here right now, you are discriminating
17   against this individual because Mr. Celia I'm
18   going to ask you a question.  Under the law of
19   the immigration /TPHA*RL naturalization services,
20   the law, can you hire a person without proper
21   paper as Cisco system if somebody knocked often
22   your door right now or very simple, if one of
23   these guys came to your office with an
24   application on file for an application and he


80

1    wants to get a job and you are very good with the
2    people because your title is director of human
3    resources of talent, than guy has a Ph.D., he is
4    topnotch, but he is a minority, yes or no if he
5    had proper paper?  In other words, if you hire a
6    foreigner, what would you ask him for, as H R?

1-19-07Harper.TXT

7    Do you know the law of immigration.   /TKP
8    somebody right now walked into your door, what is
9    the law of employment immigration natural
10   /SA*EURBGS we call it now home land /SKAOEURT,
11   what would you ask the can indicate to provide if
12   he is qualified and you go through all the
13   process, now you have to verify his what, his
14   passport, find out if he has a green card, social
15   security, and a valid driver's license is that
16   correct, mis, that's your policy at Cisco
17   Systems.   You do not hire illegal I am grants,
18   yes or no?
19        A.     We do not hire I will Lyle
20   immigrants.
21        Q.     But you do hire any person who has
22   a who has a proper paper under the law of our
23   respective company, the law of the homeland
24   /SKAOEURT, what would you ask a person that is


                                                    81

1    going to be hired, I don't care, I'm just asking
2    what proper paper you ask.   Today you hired me,
3    my name, if you go to, you list that you provide
4    under oath a declaration under oath the list of
5    all these minorities, let's pick up, for example,
6    few did a cue /PHA, if you, that's his name, and
7    it is not fun /TP*UP I didn't came to you today
8    on and he was qualified, what would you ask him
9    for.   Verification of employment, what type of
10   paper would you ask him, Ms. Celia, /PHRAO*ETS

1-19-07Harper.TXT

11  answer the question, what would you ask limb.

12  You said you do not immigrants, but what would

13  you ask him to Hoyer, what with you ask him?

14        A.      As we would with any applicant, we

15  ask them to fill out an application, provide us

16  with a resume, provide us with the necessary

17  documents to provide employment rights here

18  within the United States.  Now, that does vary by

19  various countries.

20        Q.      We are Americans here.  I am

21  American, you are American?

22        A.      But this particular list that you

23  keep referencing is offshore and these are the

24  particular names that are on this /STKPWHR*EUS


                                                    82


1   let's go back to the paragraph you wrote.  You

2   said say if they come to the U.S., United States

3   of America.  These people are not to be hired at

4   Cisco and you said even if they come to the you

5   S.  If she they arrive right now to your country

6   our country, you and I, if they were qualified to

7   be hired, what /TAOEUFPS of paper would you ask

8   them to provide you in order to fill the

9   requirement and hire them, what type of

10  immigration paper would you ask them for, as a

11  qualified director of human resources, please

12  /PHR-Z Celia Harper answer the /KWEFRPBLGTS I

13  stated before, they have to fill out an

14  application.

15        Q.      I don't care about the application.

1-19-07Harper.TXT

16    The /#R5OEUR789 of the homeland /SKAOEUFRPLT I'm

17    saying to you that /AOU did a yup calm /PHA

18    employee, Cisco No. D C 08837, for some reason he

19    end up, he arrived in this country and he wants a

20    job, what type of immigration would you ask him

21    to provide you in order to fulfill his

22    requirement, knowing he is qualified, educated to

23    be hired at Cisco in America, what immigration

24    would you ask him, as H R, as a director of H R

83

1     for Cisco, what type of I am /TKPWRAEULGS paper

2     would you ask him before you can hire him, what

3     type of paper?

4          A.      Green card.

5          Q.      What else?

6          A.      Verification of his social

7     security.

8          Q.      Thank you very much.  Let me recall

9     for the record make sure I'm not confusing my

10    /KROURTer.  I appreciate her help.  It is very

11    hard to right /HRAEUGT right and I have a heavy

12    ache September.  You stated that one of the guys

13    you listed in, in your Cisco no hire list, if

14    such person asked do you /KA couple /PHA, six

15    /SKOES No. 230887 if he came to you and he was

16    call tied to be hired 6789ed immigration laws and

17    naturalization has required him to provide a

18    green card and social security; is that correct,

19    yes, so we can move on, yes?

Page 71

1-19-07Harper.TXT
20          A.          What is your question, can you
21    please state it again.
22          Q.          You said, after the last phase of
23    the application process and he is qualified, he
24    is in America, you ask him to provide a social


                                                    84

1    security and a green card, yes or no?
2          A.          Yes.
3          Q.          Okay.  Ms., you state earlier that
4    you are director of human resources, right?
5          A.          Yes.
6          Q.          And you are very he had indicate, I
7    know you are, because you would not be working
8    for Cisco, neither am I.  Cisco is not either to
9    work for unless you have good talent and you do.
10   My question to you is you do know the law, right?
11         A.          Yes.
12         Q.          Employment, right?
13         A.          Yes.
14         Q.          Now you just proved to me that you
15   know immigration law, and I apologize.  And since
16   you know the immigration law, I'm going to ask
17   you, if the person Cisco list no hire and they
18   are on your list, you come up, Cisco No. 230887,
19   if he provide with you a /TKPWRAOEUPB card and
20   social security, what he in this country?
21         A.          I don't know his status in in this
22   country.
23         Q.          What's green card mean, what green
24   card, green card or permit resident card?
                      Page 72

1-19-07Harper.TXT

85

1          A.        Yes, so he has the right to work in
2    the United States.
3          Q.        The resident or green card or
4    probably it is called also probably a what they
5    call a aalien card, alien card green, card, it
6    means he has right to work in our country, right?
7          A.        Correct.
8          Q.        Okay, miss.  Very good.  Now you
9    follow what I'm getting /TOUFPLT I'm taking you
10   where.  I'm taking you to me now.  Now, how can
11   you put a United States resident with social
12   security, a minority with a name, a minority with
13   dark skin, probably, we don't care, but the law
14   is the law, how can you put husband name not to
15   be hired in your Cisco no hire list that I
16   provided you and you are admin, would you say as
17   the director of H R that you are discriple
18   /TPHAEUGT, probably, I don't know if you are, do
19   you know what you are doing?
20         A.        We never put your name on a list.
21         Q.        Ms., my name is on the list and I'm
22   going to prove it to you, no problem.  Just bear
23   with me.  Now, if this guy, you have his name not
24   to be hired, do you think you are discriminating

86

1    against him or are you just, /WHAERBLGS are you
                     Page 73

1-19-07Harper.TXT

```
2      doing to this guy, if he has a green card social
3      security and his name is on this list, what are
4      you doing, you are in violation of what, of his
5      civil rights, right?
6           A.      No.
7           Q.      You are in violation of the law of
8      discrimination, title 7.  Do you know what E. E.
9      O C means, Ms. Celia Harper?  Do you know what E.
10     E. O C means?
11          A.      Yes.
12          Q.      Can you says?
13          A.      Employment equal opportunity.
14          Q.      Employer?
15          A.      Employer equal opportunity.
16          Q.      E. E. O C?
17          A.      Equal employer /AOE opportunity,
18     no.
19          Q.
20          A.      I said yes.
21          Q.      Is Mr. Hue did a acum blah found
22     out his name is not, his /STPHAEUPL on Cisco no
23     hire list, what would you do, does he have, does
24     he have right to go to the the and your company
```

```
                                              87

1      Cisco Systems?
2           A.      Say that again for me.
3           Q.      I'm stating to you if you know what
4      E. O C means and you are putting a United States
5      resident on the Cisco no hire list, what are you
6      doing to him?
```

Page 74

1-19-07Harper.TXT

7          A.        I'm just going to state regarding
8     the Cisco no hire policy for the companies.
9          Q.        I am asking you?
10          A.        I'm going to answer your question.
11          Q.        Okay, no problem.  I'm going to
12     refresh your memory.  You no, I miss what you are
13     doing against him, you are discriminating against
14     limb based on his race and that's it /-PB /A*R
15     and I'm going to prove it to you why because
16     title 7 state you cannot discriminate against
17     minority, right?  Yes or no, miss?
18                    MR. FALBY:  Objection.  You won't
19     let her answer question.  What do you want
20     /TKHOER.  Do you want to ask questions or not.
21          Q.        Yes, please, he has a green card
22     and you put his name, /AURPB telling him you are
23     not going to be hired, because you have a policy,
24     a policy that is contradicting the policy of your


                                                        88


1     business code of ethics?
2                    MR. FALBY:
3                    MR. FALBY:  She already told you
4     your name was never on.
5          Q.
6                    MR. FALBY:  Mr. Falby you are not
7     deposed if you want to be deposed, I will asked
8     add you to the list.  I will talk to the
9     honorable /SAR /REUS.
10          Q.        To be honest I'm trying to take
                        Page 75

1-19-07Harper.TXT

11    this wonderful person, Celia Harper, I want to

12    make sure, what she is doing wrong so she can go

13    back and correct it.  Also I want to make sure

14    she understand her company's poll about it is

15    cripple nation.  Do you promote discrimination on

16    the business code of eth particulars, do you

17    promote equal opportunity employment or you do

18    not?

19         A.     I promote equal employment

20    /STKPWHRAOUPBT no, I'm not asking you you.  I'm

21    asking you about the profession.  Cisco body of

22    professional ethics, you know the guideline that

23    Cisco has on the webs.  It says we do do we

24    promote discrimination or do we No.  We promote


                                              89


1    equal opportunity employer.  Are you.

2         A.     We are an employer that supports

3    equal opportunity.

4         Q.     Okay, very good.  And earlier, Ms.,

5    earlier you stated to me under oath, you stated

6    to me under oath the following:  Anybody from the

7    street, any company out there wants to hire

8    somebody from Cisco, they use to work for Cisco,

9    your policy you state that, pleat remind you, you

10    state the following:  Anybody that calls asking

11    for reference about a former Cisco employer, you

12    tell them what, you are telling them start date,

13    if you ever if you ask them for reference like

14    Anthony bay /KWRAD, let's use Anthony bay /KWRAD,

15    to make the courter at least, help her out.  If

1-19-07Harper.TXT

16    Lucent technologies called you and asked you did

17    Anthony work for Cisco Systems and we want

18    reference about Anthony bay /KWRAD, what would

19    you say according to the policy of your company?

20    You are under oath, miss /TPAEU /TPAEU pleat he

21    let me justs object.  Go ahead?

22        A.       If somebody called and asked for a

23    reference.

24        Q.       Anthony bay /KWRAD for an example?


                              90

1        A.

2        Q.       Lucent technologies called you did

3    Anthony work for you, we want a reference for

4    poor Anthony bay weighed, what with you tell them

5    or any other employee that use to work for Cisco

6    in the path past and he is looking for an

7    opportunity to work for other /TKOPS support his

8    families.  If he found a job and his employer

9    like Lucent technologies called you or your

10    company H R /WHAERBGS your guidelines about

11    giving references?

12        A.       As we we would do for any employee

13    that left Cisco and reference.  That which would

14    refer them to our human resource center.  The

15    heap resource center will verify dates of

16    employment.

17        Q.       And the date of the termination,

18    good word, the separation of the company?

19        A.       Which falls under the dates of

1-19-07Harper.TXT
20    employment.

21        Q.        Exactly?

22        A.        A start and an end date, exactly.

23        Q.        You will not discuss anything else,

24    is that a correct statement?


                                                    91

1        A.        Our policy is to verify dates of

2    employment.

3        Q.        Thank you for your honesty, and

4    that's what the Cisco policy, we tested the

5    system, and yes you are correct.  Now I ask my

6    question to you.  We are talking about the

7    business, Cisco business code, I'm sorry, /EUPBL'

8    talking right now about Cisco business code of

9    professional ethics and you know very well as

10   well I do.  It state and you just said today

11   right now that you cannot say anything else,

12   right, about any former employee, right /EUBGS

13   only the date of the start and the separation

14   from the company in good faith, correct, right?

15       A.        Correct, dates of employment.

16       Q.        Now, and also your business code of

17   ethic, we don't care about the law, your

18   guidelines.  If anybody violated that business

19   code of ethic, /WHAP to him?  If somebody is

20   racist in your company or somebody is going,

21   somebody, a hire manage /EUR for example let's

22   take /HREPB phraser, what would you say about

23   Lynn phraser if somebody called her, right, and

24   asked her do you know Anthony bay weighed, we are

                        Page 78

1-19-07Harper.TXT

92

```
 1     Lucent technologies, remember what you just said
 2     mis, you are under oath, please say the truth.
 3     If somebody called Lynn phraser about Anthony,
 4     Lucent technology called Lynn phraser and said
 5     Anthony work for you, what should she do?
 6           A.        She should recommend that
 7     individual contact the human resource connection.
 8           Q.        God bless you, that's what the
 9     Cisco procedures and that's what Cisco guidelines
10     state, yes, Lynn phraser cannot say anything
11     else, rights?  Correct or not?
12                     MR. FALBY:  Say it again, please.
13           Q.        Because of the Cisco guidelines and
14     Celia /HAERP is going through this step by step,
15     she just state that anybody called Lynn Fraser,
16     the only thing she has to do is refer Anthony bay
17     weighed or Lucent technologies to the human
18     resources center, right?
19                     MR. FALBY:  Is your question about
20     Lucent calling.
21           Q.        Any question calling with Anthony
22     bay /KWRAEUD, me?
23                     MR. FALBY:  Anybody outside of
24     Cisco.
```

93

```
 1           Q.        Any employer, calling Cisco system
```

1-19-07Harper.TXT
```
 2    Lynn Fraser and ask her did Anthony work for
 3    Cisco, what should human resources, Ms. Harper,
 4    what's Lynn Fraser duty as manager and officer of
 5    the company say and do and follow what she should
 6    do, tell me, please?
 7         A.     As any employee at Cisco our policy
 8    is to refer them to the human resource center to
 9    be able to verify dates of employment.
10         Q.     Thank you.  And if such person
11    /HRAOEURBG Lynn Fraser did not do what you just
12    told me, the following facts, the guidelines of
13    Cisco as you are the representative of Cisco
14    Systems and just because of Lynn Fraser that's
15    why you are here and that's why I apologize to
16    you, why Cisco allow Lynn Fraser openly to state
17    to anybody that Anthony bay /KWRAEUD as I Lynn
18    Fraser under oath, Mr. Falby knows, she stated
19    that Anthony bay /KWRAEUD, I Lynn phraser do not
20    recall and /THOEU bade at Cisco, does she have
21    right to say that, misplease?
22         A.     Let me just reference that.
23         Q.     Ms., we have to wrap it up, please?
24              MR. FALBY:  Let her answer the
```

94

```
 1    question.
 2         Q.     Wonderful person and you have been
 3    very honest, good bless you.  I want to tell you
 4    don't pro protect people that don't deer service
 5    to work for Cisco.  I'll asking you have the
 6    bottom of high heart, I know you are I know very
```

1-19-07Harper.TXT

```
 7      everything I know everybody, miss, please tell me
 8      why Lynn Fraser, what she or should not do.  Does
 9      she have a right to state the following, because
10      if he said you are going to take somewhere else
11      and you are going to be stuck with me.  If you
12      say /HO*EPBSIy it is not proper to state to her
13      people's life then, miss we are going to wrap it
14      up and move on.  Please tell me, miss, does Lynn
15      Fraser have right to defend people by telling
16      employers recruiters, headhunter that oh, Anthony
17      bay yea, I do not recommend him back to Cisco,
18      does he have the right, yes or no.  That's your
19      guideline and your statement, your statement with
20      this type of guideline of giving recommendation
21      of a former employee like myself, does she have
22      right or she does not have right?
23              A.      /TPEUB that is calling externally
24      from Cisco Systems from any other corporation on
```

<br>

95

```
 1      or any other reference point and calls into Cisco
 2      to any employee, the following procedures are
 3      required, for that individual to process them and
 4      to send them to our human resource center.  The
 5      human resource center then will verify the
 6      information as what we've discussed 9 dates of
 7      employment.
 8              Q.      That's my understanding and that's
 9      what everybody knows at Cisco.  My buddies that
10      right now that work for Cisco, I have a lot of
```

1-19-07Harper.TXT
11    them in Tampa, New York, I have been a good

12    engineer, I have been everywhere.  They told me

13    the same thing, nobody at Cisco system, Lynn

14    phrase /EUR or anybody is, do not have right to

15    violate the /SEUS.  By defaming any employee

16    because of their race, gender or their or begin

17    or their relationship.  But you say to me when

18    people call Lynn Fraser, she have to direct them

19    to H R and I agree with you that's the proper

20    action?

21        A.    That's fine Ann.  But internal

22    inside the company, we do have the right to be

23    able to share information around our employees

24    (/TKRO*P).


                                              96

1        Q.    Thank you very much.  Now, going

2    back to your statement, you state if people

3    inearnly, /RAO*EUGT, that Lynn Fraser has the

4    right to state that she /TKO*T do not hire

5    Anthony bay /KWRAEUD, is that correct, ma'am?

6        A.    Who is she going to state that to.

7        Q.    She state that hire managers, many,

8    outside and inside, many?

9        A.    She is.

10        A.    In violation of Cisco code of.

11    And.  You just told me that.  Second.

12            MR. FALBY:  Excuse me.

13        Q.    Let me finish Mr. Falby?

14            MR. FALBY:  Excuse me, let me

15    object, Lynn Fraser never did anything.
                    Page 82

1-19-07Harper.TXT

16          Q.          I don't want your opinion,
17    Mr. Falby?
18          Q.
19                MR. FALBY:  Why don't you have a
20    question that has some /PWA*EUFRBG in
21    /STKPWHRABGT let me ask a question, okay.  When
22    Lynn phraser received a call from nick Adamo, I
23    know him very well, nick Adamo called Lynn Fraser
24    and told her Anthony bay /KWRAD. Or George Omar

                                                      97

1     /RA.  Let's said George Omar /RA calls Lynn
2     phraser and said Anthony bay /KWRAD is very
3     likeable, highly educated college /TKPWRAUD all
4     nine yards, with people people, that's why I
5     spend my time, now, does Anthony, I want you to
6     tell me did Anthony work for you and can you tell
7     me about Anthony, and when George Omar /RA asked
8     Lynn Fraser for, to give reference about bay
9     /KWRAD, does she have a right to state, to George
10    Omar /RA, for example, nick adamn /PHA that
11    Anthony bay /KWRAEUD is not rent, I Lynn Fraser
12    do not recommend and think bay /KWRAEUD not to be
13    hired because we don't get, I will tell you why,
14    because between them, we finish the sentence,
15    does she have the right to say this statement,
16    must be careful because I'm going to take you
17    again somewhere else, you don't want to be
18    backing her up.  You want to say the truth,
19    nothing but the truth and get this /OUFT your bed

1-19-07Harper.TXT

20    so we can all go home.  If you don't it if you
21    tell me the truth I'm going to finish the /TKPEGS
22    and I'm going to thank you from bottom of my
23    heart and a/POEUL guise to you.
24         Q.        If now you tell me if /SKWREUBG

98

1     Adamo call Lynn Fraser and ask you Lynn Fraser
2     can you give me that process about Anthony and
3     Lynn Fraser was caught saying to it nick adamn
4     know and George /AOE March /RA that I Lynn Fraser
5     do not recommend and bay to Cisco tore do not
6     recommend and /THOEU any bay /KWRAD back to
7     Cisco.  Does /SHEFT right to make the statement?
8          A.        I'm going to reference you that
9     Cisco policy from anybody calling external into
10    Cisco.
11         Q.        I appreciate that, externally you
12    answered everything and thank you.  I'm asking
13    you about internal people, does she have a right
14    I Lynn Fraser do not recommend Anthony bay
15    /KWRAEUD back to Cisco, does she have a right to
16    say that yes or no?
17         A.        Yes, we have the right to say that
18    internally here at Cisco.
19         Q.        Thank you?
20         A.        To recommend people for a specific
21    job, we have the right to recommend.
22         Q.        Okay.  Then you say shes has right
23    not to recommend Anthony back to Cisco.  But
24    during my termination at Cisco she told me
                    Page 84

1-19-07Harper.TXT

99

1    Anthony you are wonderful.  The record speak for
2    itself.  I'm going to talk to you right now about
3    the evidence.   Lynn Fraser told me Anthony I'm
4    sorry, we are going to let you go Anthony, and I
5    know why I flew, Mrs. Celia Harper again let me
6    ask you, as H R, very qualified H R you are
7    /SPAOEFRPBS, you travel the world you state all
8    your background you know in America it costs
9    /#3ODZ to find out who you are and how you dime
10   this country too.  Let me ask this question, as a
11   /HRAOUPL Rye source provide ticket and spend
12   Monday, about 20,000 dollars to some engineer and
13   fly him around the world, France, /TKPWHRAPB and
14   dough by, you spend money on him because he is
15   qualified, right, to send him for interviews
16   around the world from Boston.  Do you spend your
17   money for what, because that person Anthony bay
18   /KWRAEUD, that's why you pay money and flew him
19   around the world because you want to hire him he
20   speak a lot of languages, would you spend.  Fly
21   anywhere for inter/SRAOURBGS right, yes or no
22   /TPAL /TPALG I'm going to object to your question
23   which makes no sense?
24          Q.      What I'm telling her, Mr. Falby,

100

1    the last does not have /KHRAEPBLG degree and she

Page 85

1-19-07Harper.TXT
```
 2    does not have, because Mr. /TPAL, she does not

 3    have college degree unless now Northeastern

 4    Mr. Falby, you did not know by background

 5    Mr. /TPAL /PWAOERBGS I told you again I don't

 6    have to impression you I know everything.  She is

 7    still going to, she is lying about hers resume,

 8    that when ties work with her she didn't

 9    convenient a degree and she is my manager, she

10    does not cc i.e..  and she was my manager, she

11    does not have that was expert level and the list

12    goes on and on and ply question to you when Lynn

13    phraser tells people she cows not recommend

14    Anthony back to Cisco, there is a reason for

15    that, right, Ms. Celia Harper?

16                 MR. FALBY:  Let me know for the

17    record your voice during this deposition has been

18    at a high decibel level and it is even worse now

19    you are shouting, and it is very hard to

20    understand you.

21         Q.      I'm sorry you said that?

22                 MR. FALBY:  Your voice is very loud

23    and you are shouting.

24         Q.      I'm sorry it is not loud?
```

                                                    101

```
 1         Q.

 2                 MR. FALBY:  If if you couple down.

 3         Q.      And it is to the.  You I apologize,

 4    I'm not yelling at anybody.  Nobody has the

 5    /THRAOEUGT yell at anybody Mr. /TPAL.  Let me ask

 6    you this, Ms. Celia Harper /EUR, if somebody tell
```

1-19-07Harper.TXT

7       somebody internally I Lynn Fraser do not

8       recommend Anthony back to Cisco, there is a

9       reason for that, right, there is a reason for

10      that, yes or no?  Nobody can say I do not

11      recommend you back to Cisco unless something is

12      there, right?  Something that that person did?

13      /TPHR-S a form at Cisco that raised the flag to

14      Lynn Fraser to deny him an opportunity, right,

15      yes or no?

16              A.      I don't know.

17              Q.      Well, you are the H R?

18              A.      You are referencing Lynn Fraser.

19      You are referencing information between the two

20      of you, and I don't know.  I don't know what has

21      trans/STKPWHRAOEURD you are H R.  You are the

22      first line of defense at Cisco system, that's why

23      done chamber believe in you, that's why the

24      public, invest a lot of money and the American


                                                        102


1       people that love Cisco, the government, the

2       backbone of the world, that's why people are

3       counting on you, you are H are, you couldn't

4       count on me, that's why you are here today, why

5       manager as Lynn Fraser openly stating on the

6       record that she does not recommend Anthony back

7       to Cisco, why when she terminate my employment

8       she told me you are very welcome after one year

9       of this termination you come back to Cisco, you

10      are very called /TPAOEUD.  My question is to you

1-19-07Harper.TXT
11    is does she have right to make this statement,

12    yes or no.

13         A.        That she made that statement, I

14    don't know.

15         Q.        You don't know.  Okay, we are going

16    to ask her.  Now, people that usually do not

17    recommend people in your experience level and

18    your time at Cisco, if somebody that you find

19    qualified and he is manager of some business, say

20    to you, raise the flag, forget about Cisco no

21    hire list, just between you, /HRAOEURBG Lynn

22    Fraser said why do you want to hire Anthony, he

23    has a long, long record, he is a veteran of extra

24    level in this field that we need.  It is hashed

                                                103

1    to hire somebody that has qualifications, he

2    does.  Why don't you want to hire him.  You

3    usually talk to somebody.  Why is she stating

4    that.  You have to know why, right?

5                   MR. FALBY:  Objection.  You may

6    answer.

7         A.        I don't know.  I don't have any.

8         Q.        If something said /S-PBG somebody

9    referenced Anthony and came back Anthony cannot

10   be hired, he has to tell you why, why Celia

11   Harper, you reply to him and say he is manageer

12   /STAEUTDZed to me he she does not recommend him

13   back to Cisco and Mr. /SHAF /TPER come back to

14   you is going to item you, /*TS Mrs. Celia Harper

15   what's the matter why we can not hire this guy?

1-19-07Harper.TXT

16          A.          I have not had any conversation on

17   with Lynn nor have I had any /KO*FRGSs with John

18   about your performance and not being able to be

19   hired back.

20          Q.          Let me ask you this.  In such

21   matter if somebody -- if the leader of Cisco,

22   that's why she has a title, when a manager, an

23   officer of the company, the company, the American

24   people have given them money for them to be a


                                                  104

1    leader of expertise and to be fair and balanced,

2    to think /HEUR statement means, Anthony bay

3    /KWRAD is from another country or he is more /RO

4    can or black or home sexual, any of the above, or

5    Anthony bay /KWRAD was a slacker, he was a loser,

6    he should nobody hired for Cisco, he would be,

7    right, miss he, please, miss, you are under oath,

8    just say the truth?

9          A.          You know, what all those references

10   I don't know, I don't know anything about.

11          Q.          Perfect?

12          A.          I don't know anything about your

13   performance or you.

14          Q.          That's mean you do not know what

15   happened here?  Whatever she said, you don't care

16   what she said, right, that's what you are telling

17   me, right, miss?  Miss, if this gets to the jury,

18   you are going to look bad.  You have to say

19   something.  You have to answer either Anthony by

1-19-07Harper.TXT

20    /KWRAEUD is not recommended back to Lynn phraser,

21    because she doesn't like whom soaks well, black,

22    Spanish, Indians, any race B-you about he she

23    likes her white race and that's respectful or she

24    has something on the record that Cisco has, let

105

1    me tell you what they call her, for the record we

2    are going to complaint, Exhibit No. 2, Ms. You

3    know what I'm talking about.  I'm talking about

4    the performance review, right, Cisco has

5    performance review, correct, yes or no?

6         A.      Correct.

7         Q.      Thank you.  And in such exhibit No.

8    2 of the complaint I'm going to go to the last

9    page, Ms. Celia Harper, and I'm going to tell you

10   the dates, the dates that this review was

11   initiated to me and it was approved by two

12   people, my director according to the rules or the

13   policy of Cisco my director has to sign it,

14   right?  Yes or no?

15        A.      Yes.

16        Q.      And then /TKAEURPBL' sorry, I'm

17   confusing I'm sorry and I apologize.   /TKH

18   performance Rye view, Cisco job performance

19   review, has to be signed by two people, my direct

20   manager and the next level, probably director or

21   our supervisor above both of us, right?

22        A.      That's correct.

23        Q.      In such exhibit, Cisco performance

24   review, my job review as an engineer, while I was
                        Page 90

1-19-07Harper.TXT

106

1    working at Cisco, in such review, Ms. Celia
2    Harper the /TKAEUFTS my manager Lynn manager who
3    initiated who created this review, who filled it,
4    who approved it, she signed it on February the
5    19th, 2 through and 1, 02/19/23 thousand and 1.
6    Then it has been sent to Chicago to my director,
7    sing /TKPWRUPL shoe maker, and sing group shoe
8    maker, he sign that document on March 26th, 2001
9    /(. Do you /SAOET difference. It is a one-month
10   difference, right?
11        A.    Correct.
12        Q.    Thank you. And then you are H R,
13   you provide, you introduced this policy. Then
14   this review has to be approved and also read and
15   shared with the employee, that's me, right?
16        A.    Well, you signed it, so you have
17   read it, yes.
18        Q.    /THA*UPBG. I'm not trying to
19   confuse you. What I'm saying is when my manager
20   and my director finish filling up all the
21   performance and evaluating my performance at
22   Cisco Systems, they sign it, my manager Lynn
23   Fraser signs it, she gives it to her boss, she
24   signs it and then she gives it to who, she gives

107

1    it to and /THOPB think bay /KWRAEUD bay law, not

Page 91

2   /PWAOEUZ law by Cisco policy and we sit down in

3   the room, Anthony we need to go through your

4   performance, what you need do and your weakness

5   and your good things at Cisco, right?

6          A.       Right.

7          Q.       /THA*UPBG.  I'm going to ask you a

8   question, miss, as I'm doing.  My manager stated

9   the following for the record:  And I want to ask

10  you about this that Cisco, they call it customer

11  satisfaction survey, yes or no, as H R?

12         A.       Yes.

13         Q.       /THA*UPBG.  Let me ask you if my

14  manager writes Anthony bay /KWRAD met every

15  customer satisfaction score of 4.6 for assigned

16  projects, what's 4.6, is it good or bad, as H R?

17  You should know that?

18         A.       It is good.

19         Q.       /THA*UPBG.  Anthony bay /KWRAD met

20  effective /AOUTization, yes or no, is it good or

21  bad?

22         A.       Say that to me again.  I couldn't

23  hear you.

24         Q.       She stated after maintain an /SK*US


                                                    108


1   /PHER satisfaction score of 4.6 for assigned

2   projects, that means it is good or bad, it is

3   good?

4          A.       Main satisfaction good scores for

5   4.6.

6          A.       For.
                   Page 92

1-19-07Harper.TXT

7        Q.        For assigned projects, is it good
8    score or bad score?
9        A.        Good.
10       Q.        Good, right?
11       A.        Yes.
12       Q.        I mean, customer filled, nobody has
13   a water pistol toll on their head and the project
14   manager gave them a survey and told them Anthony
15   give /THOEPL survey, the customer gives.46 out of
16   50, you say it is good, right?
17       A.        Yes.
18       Q.        /THA*UPBG.  She then she /SAEUTD.
19   She write and /THOEU effective /AOUT
20   /SHR*EUization, what does that mean if maintain
21   effective utilization, that means it is time
22   sheet, you know time sheet, in our utilization,
23   that means how many hours I work per week 40
24   weeks or 80 weeks or 90 week?

109

1        A.        It means how many hours per week.
2        Q.        I want to make sure understand what
3    I'm saying.  I'm not trying to confuse you.  I'm
4    saying when she wrote Anthony bay /KWRAD maintain
5    effective utilization, it means Anthony bay
6    /KWRAD was producing?
7        Q.        /TPAL familiar where does it say
8    maintain effective /RAOUT /HREUization?
9        Q.        Page 5, Mr. Falby and that's where
10   Mr. Falby you messed up respect. Ly?

Page 93

1-19-07Harper.TXT
11        A.        So it says on her for your next
12    performance period these are the following
13    initiative and where you are referencing
14    maintenance effective /AOUTZ /HREUization, that
15    is for your next performance period, so they are
16    asking you that you need to maintain effective
17    utilization.
18        A.
19        Q.        Okay, that's what she meant, right?
20        A.        Well, they are asking you for your
21    next performance, so we are going to measure you
22    in your next performance that you /PHA*US
23    maintenance effective utilization.
24        Q.        No problem.  This is what we are


                                                    110

1    going to could so we can understand what she is
2    saying.  If you go to number one.  I want to make
3    /SHAOEUR you helped me on this because I have
4    been reading this a thousand times and I cannot
5    understand why she is telling me not to be hired
6    at Cisco, and I think she has a race problem.
7    Now, let's go back to Exhibit, again Exhibit 2 of
8    the complaint, of the review.  She said here,
9    what she said, I want you to read it to me under
10   initiative result?
11        A.        I'm on part 4 initiatives for next
12    performance period, is that where you are at,
13    same place.
14        Q.        Page 1?
15        A.        You are /-PB /PAOPBLG 1, /ORBG.
                        Page 94

1-19-07Harper.TXT

16        Q.        Initiative, maintain customer sats

17    facts of 4.result.  Result, she says receives

18    customer of 4.9 on is something, now, 4.9, no

19    more 4.6, what's /PHR-Z Celia, she said to me the

20    result was receive customer sat score of 4.9 on

21    something project, what does that mean?

22        A.        A good score.

23        Q.        /OUTZ of five, right?

24        A.        Yup.


                                                111


1        Q.        Now, respectfully misand I

2    apologize to you for putting you through this,

3    4./#-9DZ out of 5.0, college grad, 4.6 out of

4    5.0, I'm sorry, college grad approximately 3.4

5    out of 4.0.  In this field that you are making

6    money and you are supporting family.  Been /SATSZ

7    /TPAOEUD since 19890, my question to you, when

8    Cisco started this business, when Cisco

9    adventured in this real world?

10        A.        Many years ago.

11        Q.        /PH*S mismake the record straight.

12    I'm from this industry?

13        A.        Cisco started this business

14    approaching.

15        A.        23 years ago.  It was.

16        Q.        1997?

17        A.        Thank you.

18        Q.        Blood bless you?

19        A.        1997, right /STKPWHR-FRPBLGTS no,

1-19-07Harper.TXT
20    it didn't start in '1997.  It started in 80s.

21        Q.        But it became Cisco in 1997 with

22    well fleet communication.  Now, my question to

23    you?

24        A.        We did not merge with well fleet


                                                        112

1    communication.

2        Q.        I'm not saying well fleet.  Well

3    /TPHRAOETD communication and bay networks which

4    is synonym particulars and Cisco system is the

5    only people that were the industry, yes or no,

6    you are from San Jose, you lived in San Diego,

7    correct or not correct?

8                    MR. FALBY:  Objection, what are you

9    asking.

10        Q.        I'm asking if she worked for these

11    companies, Lynn phraser never worked for the

12    companies.  I'm a veteran, no problem, let's move

13    on.  Back to Exhibit 2 of the complaint.  My

14    manager wrote with letter own hands, she said

15    /TKPHEURB active achieve high level of expertise

16    on average product technologies.  What this

17    statement to me /PHR-Z Celia Harper if you read

18    /TKH from my manager?

19        A.        It says you have the technical

20    expertise with specific product and tech /TPHOL

21    /TKPWREUS.

22        Q.        And what's the name of that

23    project?

24        A.        Habit.  It is a very specific set

                    Page 96

1-19-07Harper.TXT

113

1    of products.
2           Q.      Achieve a high level of expertise
3    on something technology?
4           A.      I am high level.  I have high level
5    on avid.  I speak telephone.  You follow me here,
6    right.
7           A.      Yes.
8           Q.      /AFRPLT result constantly continue
9    to achieve a high level of expertise on avid
10   product technology, attended avid boot camp and
11   participated in the after have I had employment
12   for the New York plaza.  Does Cisco have a /SOFS
13   item plaza?
14          A.      Yes.
15          Q.      Thank you.  Also constant hands on
16   with the something manager, the 65 hands cap
17   husband and the 26 /HUPBD Cisco project, as a
18   /PHAOEFPBS keeping up with the technology is
19   reading the material and practice in the lab
20   utilization of the Chicago lab and /HREBGS ton
21   lab and the rating is E.?
22          A.      What's E. As H R of Cisco Systems.
23          A.      Average.
24          Q.      E., it is excellent.  Do you want

114

1    to go back and see what it means in, and on page

1-19-07Harper.TXT

2    7 of Exhibit 2 of the complaint my performance

3    review at Cisco Systems, page 7 it states what

4    the meaning of the letter E., that's they give

5    us, the letter E. If you are good or bad and

6    Cisco said here E. Means, can you read that for

7    me?

8          A.        E. Is suck he isful on meets or

9    exceed all key performances expectations.

10         Q.        Let me recall for the record, I

11   didn't come up with E., right, Cisco has a rating

12   scale, right, about their engineers, right?

13         A.        All employees are rated on these

14   three categories.

15         Q.        And this paper is not a joke, it is

16   no joke.  H R not come up with because somebody

17   felt they need me to look bus sigh, yes or no?

18         A.        This is an annual perform

19   /STKPWHRAPBS thank you.  Cisco takes it very

20   serious, right.

21         A.        Yes.

22         Q.        And going back to number one of the

23   same Cisco job review, Exhibit 2 of the

24   complaint, you said achieve high level of


                                          115


1    expertise on avid and I got E., /HREBGS,

2    excellent right, meets and exceeds he can pigs

3    /TAEUGS?

4          A.        E-does not mean excellent X means

5    excellent and exceptional.

6          Q.        /#R5OED me what Cisco means with

1-19-07Harper.TXT

7       E.?
8               A.          It means employee is /SUS /SUS
9       /#E78 of /STKPWHR-FL meets or exceeds all key
10      performance or expectations and that's good for
11      under the X, excellent.
12                      MR. FALBY:   We have to take a five
13      minute break, the witness is take getting a call
14      from home.   Let's take five minutes.   (()().
15              Q.          Mr. Falby wants to stop this for
16      five minutes?
17                      MR. FALBY:   We are taking a five
18      minute break.   We will return in five minutes.
19              Q.
20                      (A break was taken.)
21              Q.          I'm going to keep asking questions
22      about the exhibit 2 of complaint, and I want
23      Ms. Celia Harper /TKPWAR to refer to page 3.   At
24      the end of page 3, /STKWRO*US make it /RAOES year


116

1       so we can wrap it up soon.   Page 3 it is talking
2       about /S*UBT success factor, result about Anthony
3       bay /KWRAD, my job at Cisco system and the reason
4       I am, this exhibit 2 is very crucial to this
5       litigation is because we want to show to
6       Mr. Bruce Falby and to Cisco system why a leader
7       as manager Lynn Fraser has stated to others hire
8       manager that she does not recommend Anthony bay
9       /KWRAEUD back to Cisco.   In logic, in any logic
10      reasoning in this world, in anybody on the

1-19-07Harper.TXT

11    street, if you ask them why somebody would say

12    statement like that, it is either they are rayist

13    or you have not performed your duty during your

14    /PHREUPLT, but Exhibit 2 state otherwise and I

15    would like to ask Celia Harper tore guide me

16    through this, page 3, successful factor, that

17    means after my performance review, they went

18    back, they want to know what Anthony bay weighed

19    employment as Cisco has done during his

20    employment at Cisco, what did Anthony bay

21    /KWRAEUD contribute to Cisco and that's what

22    Cisco director of human resources is going to

23    tell us why Cisco came up with this, this review

24    for, they can apraise the employee like myself,


                                                117

1    they are good to work for Cisco or they need help

2    or they need to go somewhere, that Cisco is not

3    for them, and and that's why I want Celia Harper

4    to help me, success factors, Anthony bay /KWRAEUD

5    dedication to /S*US /K*US /PHEURS is very, very

6    crucial to Cisco.  If Mr. Rick justice or Lynn

7    Fraser do not meet requirement with customers,

8    somebody claim /KPHRAEUPL about such person.

9    Mr. Clam /PWER would not tolerate this, he would

10    let you go.  Customers at Cisco is No. One, and

11    that's why I want Ms. Celia Harper to distinguish

12    if Lynn Fraser has problem with race or Lynn

13    phraser does not know what she is talking about

14    and if you want to go after discrimination,

15    discrimination definition is to distinguish, and

1-19-07Harper.TXT

16        to favor some people to other people based on
17        their race and gender or their origin or their
18        religion I don't know and that's what
19        discrimination and race discrimination is all
20        about.  Now, Cisco, Anthony bay /KWRAEUD may
21        review instead success factor, dedication to
22        customer very important for Cisco, Anthony, this
23        is in my review, my manager wrote with her own
24        hand, /KWROB has pistol toll, water pistol toll


                                                      118

1         at her head, did it at other own will, kids
2         indication to customers, /K*US /PHEURS pay the
3         bill for Cisco.  It says positive feedback
4         request customers, request company, it is a big
5         company, big project we worked on.  Customer age
6         prong manager set 4.9.  At minimum we got 4.9 out
7         of 5.0, that mean we succeeded we made Cisco
8         /STAOUP star and we satisfied, the customer made
9         happy, we move to next customer.  Also sea said
10        about Anthony bay /KWRAEUD, they said in some
11        problems and make decisions I'm a leader, she
12        said /-RBT to billable hour, that means I help
13        Cisco make money.  They sold me to customer and
14        make money, contribute to more billable hour,
15        customer satisfaction, presenting the team and
16        given the customer the best service.  By helping
17        our echo system to our success, by helping them
18        do well, that mean I'm helping everybody.  I get
19        E., going back to page 7, I want to know what it

1-19-07Harper.TXT
20    mean E., it says employee successful, means or
21    you can cess seeds /AUPL employment', that's
22    /KRERBG, Ms. Seal Harper yes or no?
23          A.      Yes, in this series she rated you
24    an X and as I stated before X is excellent of


                                                   119

1     performs /PWOFR expectations and E., and N is
2     aplow needs improvement, so you have somebody at
3     the top and /S-BG at the bottom.  So E. Is
4     somebody that has successfully completed their
5     initiative.
6           Q.      Good job.  And now?
7           A.      /STKPWHRAFRPBLG going back to the
8     same page, No. 3, dedication to customers,
9     positive feedback request customers, customer and
10    project manager 4.9.  We get X.  What you telling
11    me that with my customers I get X, that mean I'm
12    the best here, I'm /PHR*EU /AOE clearly perform
13    in an exceptional manner in all areas a that's
14    customer satisfaction, that's /K*US miles an hour
15    sat.  That meaning I'm doing well, X.
16          Q.
17          A.      Examines.  /KP*FPLT as I clearly
18    stated he X means.  Let me finish my comment in
19    insight of that.  It also states with the project
20    manager as the team element, additionally Cisco
21    measures you in multiple areas as an employee.
22    It does measure you for customer satisfaction.
23          Q.      No problem?
24          A.      It also measures you in number of
                      Page 102

1-19-07Harper.TXT

                                                    120

1    other areas.  It is one element.

2         Q.       I understand.  Going back to the

3    same Exhibit 2, page 1, she said, not me my

4    manager said initiated eth /PHAERPBGS Anthony bay

5    yea Maine maintain /PHAEPBTS maintain customer

6    satisfaction, customer sat score of 4.upon /# 9.

7    I got X going back to page 7 and looking at the

8    rating of X it means employee clearly perform in

9    exceptional manner in all area?

10        A.       Yes.

11        Q.       Thank you.  Going back to No. 3 if

12   we can wrap it up very quick.  She said drawing

13   drive is success, Anthony bay /KWRAEUD volunteer

14   to help out, would going become more billable it

15   is not man did a door toy to cc I., it is just on

16   to make more money.  Request products i.e. X for

17   rob birth Steven back.  It says possible six

18   month post office project in warning ton.  The

19   government I get E., also teamwork, very

20   important teamwork.  If you don't get along with

21   people, you are a troublemaker, but Anthony bay

22   weighed is not troublemaker because my manage

23   other and page 3, Exhibit 2 under her own will,

24   she said the following, she rated me about my

                                                    121

1    teamwork, no something to my team, but /TKPOES
                   Page 103

1-19-07Harper.TXT

2      coaching and meant /O*RPG.  She give me X.  Going

3      back to page 7, what X means, employee clearly

4      perform in an exceptional manner in all area.  Do

5      you agree with me?

6             A.      Yes.

7             Q.      Thank you.  And now, mis, I don't

8      want to keep going and going.  I want you to very

9      quick go back to page 4 in the same Exhibit 2 of

10     the Exhibit 2 of the complaint, and she said

11     specifically to be completed and date, what I

12     have said and done, right?

13            A.      Yes, sir.

14            Q.      Thank you.  All intellect watt

15     properties during my ploy with Cisco system.

16     Frame, this is very important protocol for

17     systems.  It is business driven.  Do you agree

18     with me, right?

19            A.      Yes.

20            Q.      I completed everything.  What's,

21     let /PHAO me ask you here a date, 05//#2ORB that

22     means April 2000, right?

23            Q.

24            A.      Can you just go back and help me


                                                           122


1      understand exactly what you completed under

2      specific activities, so you state Cisco voice

3      over-I. P, A p.m. and P P P exactly what activity

4      with all of those product sets.

5             Q.      You can take that offer the record

6      or on the record.  You can ask my manager.  I

                        Page 104

1-19-07Harper.TXT

```
 7    didn't write this.  She wrote intellectual
 8    properties during /PHAOEUZ employment with Cisco
 9    system.  Specifically at E. T P completed.  Cisco
10    voice over-I. P.  After /SRAEUD inside and out.
11    She said frame lay for avid, I. P telephone.
12    What she meant here, she needs some coaching.
13    She means Anthony is the master with avid in
14    05/2000, completed and /SH*EPB they says
15    troubleshooting I. U.S., /KA what does mean
16    /UFRPLT S mean?
17         A.      Operating /S-PLG.
18         Q.      She God bless you.  She said come
19    completed 07 /#2ORBG?
20         A.      I am /PHREPL /TAEUPGS.
21         A.      Networks, completed, 08/20.  She
22    said Anthony completed the internal avid
23    deployment, I completed everything about avid
24    which is new technology that Cisco is looking to
```

                                                      123

```
 1    driven, to drive the business and too make more
 2    money and I completed that in /#0*9/2000.  She
 3    says in lab with could he /PHA*EUPBG /EUR, the
 4    year 10 of 2000, completed the whole avid boot
 5    camp, 11/2000, she said cc i.e. exam, completed
 6    in 10/2000.
 7         A.      I don't see that where it says you
 8    completed.
 9         Q.      Page 4, she said cc exam completed
10    10/2000, and she said?
```

1-19-07Harper.TXT

11      Q.

12      A.       You completed the written test.

13      Q.       That's the exam, yes?

14      A.       Okay.

15      Q.       And and she said I completed it,

16   yes, I'm a cc A candid date.   Whatever she told

17   me I did, I passed the cc I. Exam?

18      A.       That's what this document says.

19      Q.       That's what Cisco job review signed

20   by two people my manager says, not me.  I don't

21   make /STKEUFPLGTS I wouldn't be here if I make

22   decision.   They told me what I was doing at

23   Cisco.   They told me Anthony, my manager and my

24   director shoe maker, my manager Lynn Fraser


                                              124

1   states exam complete 10/2000 and she stated also

2   that the sees easy part which is the allowed

3   completed 02/2001, right?

4      A.       I can only say that I can look at

5   the document and agree that this is what it

6   states on the document.  I don't have any prior

7   knowledge of whether that's been completed or

8   not.

9      Q.       /PHR-Z Celia Harper, God bless you,

10   I just want you for the record to clear some

11   fact.  I am you to tell me what you see and what

12   you wrote.  You told me?

13      A.       I did not write anything.  I can

14   share with you that I am looking at a document

15   which is page 4.

1-19-07Harper.TXT

16          Q.          Mr. Falby give /PHAO*EF this and

17    the forensic expert knows that my manager signed

18    it and my director signed it.  Nobody in federal

19    court can forge anything.  You cannot, there's

20    trouble, bad news.  You don't mess with federal.

21    The court is very honest.  You provide the truth

22    but nothing but truth, God help you.  You know

23    what they say if you lie, God help you.  Now I'm

24    /TEULG I have documents from Mr. Bruce Falby that


                                                    125


1     says here on page 4 Exhibit 2, cc I. Completed

2     10/20, cc I., completeed 022,000 and 1.

3          A.          As I see on the document, yes.

4          Q.          And my manager Lynn /TPRAEURZ

5     /WHORBGS the team, /PHAOEUZ coworker, right?

6          A.          I don't know who the teams are.

7          Q.          I am asorry, let me ask you the

8     English language, according to page 4, if you

9     read as H R, if somebody tells you you need to

10    talk to Anthony and you need to read page 4, they

11    want to review, they want to, you and /-TZ hire

12    /PHAEURPBLGer and told I go to No. 4 of Exhibit 2

13    the complaint and they told you is that true

14    Anthony, no one /TR-FRPBD to the team, /KWOEFPD

15    the team by providing internal classes and hand

16    how to make and she doesn't want to say why.  In

17    other words, what she is saying I was training my

18    /KO*ET worker, now, mis, I don't want to keep

19    going and going and going and going, because it

                        Page 107

1-19-07Harper.TXT

```
20   is not the right thing to do.  Now I'm going to
21   go back to you and ask you questions.  If
22   somebody tells somebody internally that Cisco is
23   my manager tell people about me, I am Lynn Fraser
24   I do not recommend Anthony bay /KWRAEUD to work
```

126

```
1    at /SEUS /KOEFPLT we have to base it on two facts
2    under the law.  Material facts.  We have to go on
3    the right-hand side of ballast, and on the
4    right-hand side /HR-SZ bald and we have to ask
5    ourselves with if Lynn has a problem with race or
6    Lynn phraser does not know what she is talking
7    about.  According to what you have just heard and
8    you have heard my review, she doesn't know what
9    she is talking about.  And there is a material
10   fact she has a problem with my race.  Now, miss I
11   want to ask you the last question and we can wrap
12   it up.  I want you to go back, by the way, for
13   the record, Lynn Fraser states she does not
14   prepare Anthony by /KWRAEUD to be hired at Cisco.
15   It is that statement, discrimination tore
16   statement, something statement is found at
17   Exhibit 26, at the come /PHRAEUBT something 1.
18   Now, we can go back to docket No. 27, and it is
19   an e-mail provided to me by Cisco.  And such
20   e-mail is /SK-GS Anthony bay /KWRAD I can't, I
21   the plaintiff, a minority, Lynn Fraser
22   discriminated against me for no reason under the
23   law.  /SHEU Ted me under the law under her belief
24   and I respect everybody belief but don't hurt my
```

1-19-07Harper.TXT

127

```
 1    future and my family and don't make me homeless
 2    on the street.  You guys, human resources, you
 3    stated respectfully miss and this is very
 4    emotional, objection page 27 you stated to me you
 5    send me an e-mail when I filed when I applied for
 6    a job, you stated to me that Anthony bay /KWRAD
 7    you need identification.  You are asking me on
 8    the e-mail to even defy my race and gender before
 9    getting hired.  Going back to you as the H R of
10    this respected company, if it is right under the
11    law, not fiscal policy Cisco policy, under the
12    law, and I am a citizen of Massachusetts, a
13    resident of Massachusetts and I am a America, do
14    you have a right, does anybody has a human
15    resources, you or anybody, cath did I key many
16    Lynn Fraser, /-P /KABLG, nibble at /SEUS could I
17    /RAOUPL human Rye sources do they have right to
18    send an e-mail, ask anybody about their race and
19    gender before being hired, why?
20         A.      At Cisco, and this is dictated from
21    E. E. O and O S cc P that there is a
22    self-disclosure form that we send to all
23    applicants, and that self-disclosure form, like
24    it said it is self-disclosure and it is /SROLG
```

128

```
 1    /HRUPB tear, so that is something that is
```

1-19-07Harper.TXT

2    provided as a company that is based here in the

3    United States followed by the legal laws relative

4    to employment labor /STKPWHRAUS let me ask you

5    this question, in Massachusetts, and we can go

6    asking judge /SAR /REUS or we can call the E. O

7    C, or I can get you a letter from the E. O C or

8    any, and do not forget you have a super star

9    lawyer sitting next to you.  They are very good

10    lawyers.  You can ask them in Massachusetts you

11    do /TPHOTZ have right to send, to ask an

12    applicant before hired his race and gender.  It

13    is against the /HRAUFPLT it is Massachusetts law

14    and it is federal law.  Do you know this or not,

15    miss.  You are H R, you do read law because you

16    have to comply with the regulation and you have

17    to protect the company and you always work, and

18    Paula she is listening and she can help us out

19    here, if you have a question you have a legal

20    team internally that you can ask question.  If

21    something do you not feel comfortable with, you

22    go ask Mr. /KHAPBD letter about an issue if it

23    arise, right.

24        A.     Correct, we do have legal counsel


129

1    to support us in the areas that we need help in,

2    but I would add advise you or I would share

3    with you that Cisco is compliant with the labor

4    laws in each of the states.

5        Q.     Yes, with everybody, but not with

6    Anthony, because if they comply with the labor

1-19-07Harper.TXT
```
 7    law, they would not send me a letter, an
 8    electronic letter from Cisco networks asking me
 9    to provide my race and my /TKPWEPBD /TKEUR before
10    hire (gender)?
11         A.
12         Q.      /EP?
13         A.      Again, that is a volume will you,
14    please tear and that that is dome ply and the
15    with the United States law.
16         Q.      I'm going to argue with you /PHR-Z
17    Celia Harper, any applicant that does not comply
18    with any request in the first stage of the
19    application is going to be denied.  This is like.
20    Tell me your race and gender before hire or you
21    are not going to hire.  In the law, in the law of
22    Massachusetts and in the federal law in our, our
23    rule of law about civil rights, you cannot ask
24    people about their race and gender before getting
```

130

```
 1    hired, you cannot.  During the first phase.
 2    After you hire them, then you ask them, you ask
 3    them about their gender and their race, and
 4    that's what I got because I am not hired right
 5    now.  Why I have this Exhibit No. 27 with the
 6    password N e-mail address to log in and /AOEUDZ
 7    Phi my race and gender before I get hired, right
 8    now I'm not employee, that means you ask me
 9    something before me hired and that is very
10    discriminatory and furthermore I want to ask you
```

1-19-07Harper.TXT

11    a question.   Your Cisco code of conduct or

12    business code of conduct, let me ask you this

13    question, does promote open door policy and

14    explain to us what open door policy, Mrs. Celia

15    Harper, please?

16         A.       Cisco's open door policy is an

17    opportunity for employees of Cisco to be able to

18    have open discussions with any level of the

19    company, and so that's one element.   The second

20    one is I'm going to reference back to your

21    document that you have asked me to review, and

22    again I want to state that this is something

23    that's compliant with the federal law.   It is

24    voluntary.   You may choose to decline any

131

1     information around your race or gender, and that

2     this information will not be subject to any

3     applicant or employee to adverse treatment.   So

4     that is something that is required for us to do

5     reporting to the United States federal law.

6          Q.       And that's what we are doing right

7     now, that's why we are in this litigation?

8          A.       Exactly, and so Cisco is compliant

9     in its regulations of adhering to our you mean

10    /PHREPLT /TAEUGS of our process with recruitment

11    and with our tools and documentation.

12         Q.       And now you are telling me because

13    I did not comply with your request, my racial

14    gender that's why I don't have a job?

15         A.       No, it does not state that.   It

1-19-07Harper.TXT

16    states that you do not have to give that

17    /STKPWHR-FGS /PHR-Z Celia Harper I did not comply

18    with that request and now you are telling me

19    that's why I don't have a job.

20        A.      That's not what I'm saying and

21    that's what I stated, I said it was by U.S.

22    federal law that we are required to report that

23    data, and.

24        Q.      So it is not subject to any adverse


                                                    132


1    document if you do not complete the count

2    /TAEUGS?

3        Q.      Did he tell me ask you also about

4    Lynn Fraser's comment that is found in Exhibit 27

5    telling me telling people I do not have right to

6    hire, to have Anthony go back to Cisco.  If you

7    refer to Exhibit 3 of the complaint, it is a

8    letter from Mr. Done chamber?

9        A.      Would you give me a moment to

10   locate that document and review it, please.

11       Q.      Lease take your time and thank you

12   four your patience.  (Please)?

13       Q.      You be /PWEUBT 3 of the complaint?

14       A.      I have it.

15       Q.      It says the 21st, August /#20*RBGS

16   right?

17       A.      Yes.

18       Q.      This letter is from on/KHAPL

19   /PWERBGS right?

                        Page 113

1-19-07Harper.TXT

20    A.        Correct.

21    Q.        The first line says dear Anthony,

22    and also before that he put my ace dress, Anthony

23    bay /KWRAD, my's Doctor, then says deer Anthony,

24    I want to con /TKPWRAT /HRA*EUS late you on your


133

1     42nd quarter of consecutive revenue and earning

2     growth which you were which was the strongest

3     quarter and year growth we have seen in more than

4     four years, you understand the statement, yes,

5     miss, right?

6     A.        Yes.

7     Q.        And Mr. Chamber, he wrote this,

8     right?

9     A.        Yes.

10    Q.        From his office?

11    A.        Yes.

12    Q.        Now, let me ask you why Lynn phrase

13    /EUR put the stick err on top of this letter and

14    give it to me on and top of the sticker and I'm

15    saying this because I'm very passionate about

16    this she wrote to me con grate ladies and

17    gentlemen of the jury Anthony Lynn, she signs it

18    with her own hand, Lynn?

19    A.        Wait a second, which document are

20    you stating from Lynn.

21    Q.        Exhibit 3.  Oh, that's up there,

22    okay.  This is the first /EUFZ seen of this

23    document, so I have had no previous knowledge of

24    this (this is the witness).  And what I would

1-19-07Harper.TXT

134

```
 1     share with you is this document is stamped with
 2     John chamber's name on it, so?
 3          Q.     But it came from Cisco office.  It
 4     is not fraud.  Nobody committed fraud here,
 5     right, nobody stole this letter from Cisco, John
 6     chamber's office, right?
 7          A.     Correct.
 8          Q.     Nobody?
 9          A.     That is my understanding, that it
10     is not fraud.
11          Q.     Okay.  This has been sent on 21sts
12     August 2002 to people like myself, Anthony good
13     guys, right?
14          A.     I don't know.  I mean, yes.  I
15     don't know if it was sent to you or how you
16     received it.
17          Q.     Perfect.  No problem, no problem.
18     I don't want to put you on the /SPOFPLTs it the
19     no fair.  This letter came /TKPR Cisco.  John cam
20     bear give it to me and he gave me some money.
21     You know how much he game every gave me, he gave
22     me 5 thousand something and cents I got this
23     money from him because he congratulate me.  I
24     paid taxes on this.  It is on the record.  It is
```

135

```
 1     a good /TKOUFRPBLGTS correct, as all employees
```

1-19-07Harper.TXT

2    who are eligible in the C I. P bonus plan they

3    would receive a letter such as this to be able to

4    not /TPAOEUZ them of?

5         Q.        Anybody that worked for Cisco on

6    the 42nd quarter, they were successful, all of

7    them, everybody, including you every, /*FRB body,

8    right?

9         A.        No.

10        Q.        And that's why my group I'm sorry?

11        A.        No, not everybody.

12        Q.        Thank you.   Only certain people get

13   this, right?

14        A.        That's eligible for a /PWOPB news.

15        Q.        Thank you.   And I was one of them,

16   right, during my employment at Cisco?

17        A.        It appears in this document that

18   you were eligible for a C I. P /PWOPB news.

19        Q.        And I got it and I got stock

20   options.  I was happy?

21        A.        I don't know if you got stock

22   options.  I can only see what's written on this

23   document and agree with what's in this paragraph

24   that you are referencing relative to the /PWOPB

136

1    news.

2         Q.        I don't want to ride, but he was

3    saying good things about that, we, did, we did,

4    we did, but my question to you why Lynn Fraser,

5    because they sent it to my boss, my manager Lynn

6    Fraser, why Lynn Fraser she wrote to me
           Page 116

1-19-07Harper.TXT

```
 7      congratulation Anthony in her own hand and wrote
 8      and signed it?
 9          A.      I don't know.
10          Q.      You don't know?
11          A.      No.
12          Q.      Now, we compare what she said
13      stated on Exhibit 26 of the complaint she said
14      she does not recommend Anthony to work for Cisco
15      and we re/SRAOUDZ the record of perform man and
16      my personal interaction with my could he E
17      coworkers, everything is excellent, excellent,
18      excellent but Lynn Fraser stated on Exhibit 26
19      she does not recommend to me at Cisco but the
20      record speak she was telling me I was a good man,
21      you are highly educated and all of the above and
22      I'm going to tell you why because the reason she
23      changed her mind about me and I'm going to help
24      you, and I want you to go to Exhibit, the letter
```

137

```
 1      that I sent to Mr. Chamber and Mr. Rick justice.
 2      I'm sorry I'm looking for it, because I'm getting
 3      tired.  Okay.  In the meantime I want to go
 4      through this very quick.  On Exhibit 15 of the
 5      complaint I produce my time sheet like the job
 6      review on Exhibit 2 stated I was overutilized and
 7      the time sheet Mr. Falby had admitted to it that
 8      he admit to it and he told me I was more utilized
 9      than anybody else.  I just want to let you know
10      for the record.  Now I'm looking for the letter
```

1-19-07Harper.TXT
11    dated November 29th, 2000 that I wrote to
12    Mr. John chamber.  And I'm looking for it.  I
13    think it is in Exhibit 1 or 2 -- 3.  I'm sorry.
14         A.    Yes, I got it.  Exhibit 11.
15    Exhibit 11, it is the Cisco overhead letter were
16    Cisco logo.  November 29th, 2000, I'm still
17    working for Cisco, right U-because as you recall
18    I was terminated on April 2001, right.  This
19    letter is dated, to the best of your knowledge
20    this letter is indicate dated with November 29th,
21    2000, right.
22         A.    I have no idea.
23         Q.    It was initiated on November 29th,
24    2000, Anthony bay /KWRAEUD, because I signed this


138

1    letter, I used the open door policy complaining
2    about the Cisco no hire list?
3         A.    Can you give me a moment to read
4    this /STKPWHROUPLT you can treed to us very
5    quick, in English, if you want to browse through
6    it very quick.
7              MR. FALBY:  Why /TKPWOPBT you
8    /SR*US have here treed to herself.
9         Q.    Okay, no problem.  I want to treed
10    for the court only three lines because it is very
11    important.  This letter was initiated during my
12    employment at Cisco when I came back from we
13    were, north Africa and due base seeking
14    appointment elsewhere formica rear because I was
15    spot bide Anthony instead of stand so.  I used

1-19-07Harper.TXT

16    the open door policy and I wrote the following a
17    letter with an with the logo and e-mail after
18    overhead letter and I wrote the letter to
19    Mr. Something and.  I stated the subject
20    employment discrimination and retaliation by
21    Anthony staff.  At that time Anthony staff was
22    director of finance.  I wrote the following, deer
23    Mr. Chamber and Mr. Justice, the reason I wrote
24    to Mr. Chamber and Mr. Justice is because

                                                    139

1     Mr. Justice is responsible about overseas, about
2     sales overseas, is because he's worldwide, that's
3     why.  I why I did not write it to somebody else,
4     to nick Adamo or to anybody else.  I wrote it to
5     John chamber, I will see you according to the
6     open door policy of Cisco and I asked Mr. Justice
7     as it says in the letter Exhibit 11 of the
8     complaint, I state the following, I would like to
9     bring to your attention that Anthony stand has
10    had the discriminatory against me once again by
11    placing me my name is the Cisco no hire policy
12    list on or about November 3rd, 2000.  I was
13    offered an opportunity with Cisco group middle
14    east in Africa, France, middle east and Africa
15    and France to become a system engineer for north
16    Africa region.  Mr. /KHAPBD letter and
17    Mr. Justice as you already know have spent a
18    considerable time being interviewed over the
19    phone by my /PHA*PBLG managers of Cisco we were

1-19-07Harper.TXT

20    before I was invite Ford one-to-one /WERPS and

21    before Cisco we were provided to provide with an

22    expenditure over 10 thousand dollars on my travel

23    air fair and accommodation tore my time and.

24    /SEUS can he directors managers, engineer and


140

1     myself in the last stage of that hiring selection

2     process.  The three set of interviews were very

3     expensive as they were conducted in united arrest

4     /RA especial writ deby the second one in France,

5     and the third and last intertrue in gland London.

6     The interviews went well, I was offered verbal

7     offer by all manage are.  Since I'm a resident.

8     For the record since I'm a resident in

9     Massachusetts the law state if somebody provide

10    me with oral contract it is wind binding, just to

11    let you know for the future.  It is good to know,

12    nobody knows you.  Also to know /SAO*EPL /HARPBer

13    in Massachusetts if an employee asks you to give

14    them his personal record and you deny to give it

15    to me, it is against the law.  Any resident in

16    Massachusetts has the right to the employer like

17    Cisco as Anthony did and ask for my personal

18    employment record.  It is the law, it the not

19    privileged.  Just to let you know N write)?

20         Q.     Let me keep reading.  The people

21    that I met overseas, I flew half the world.  The

22    pick was because of /PHAOEUZ strong technical

23    bill.  And it is good for business decision for

24    Cisco and the list goes on and on and on.  The

1-19-07Harper.TXT

141

1    reason I wrote this letter, I did not violate
2    anybody's privacy or writement I followed the
3    business code of conduct set forth by you and
4    your team, Celia Harper, correct, do I have right
5    to complain about discrimination to upper
6    /PHA*PBLG managers, including but not limit today
7    onchamber and Rick justice, do I have right to do
8    that or have I probably violated something here?
9    Do I have a right to complain about this open
10    door policy.  Also Ms. Celia Harper, when you
11    finish this question I'm going to ask you another
12    question, and that question need you to help
13    Bruce Falby because he keep saying some stuff
14    that is not /TRAO*UT true.  Misif I see myself
15    discriminate in this company as you state earlier
16    I do have open policy for me to go to the upper
17    management, yes or no?
18         A.      We do have an open policy at Cisco
19    Systems.
20         Q.      To /KPHRAEUFPB about
21    discrimination, that's not a guess, Cisco system
22    policy and procedure, nobody will be terminated
23    for raising the issue of discrimination at Cisco
24    or any discrimination gender, origin, religion I

142

1    don't know, sexual reference, anybody who felt
Page 121

1-19-07Harper.TXT

2      uncomfortable, it goes /AB view the open policy,

3      ache at Cisco and go ahead and complain to upper

4      management, yes or no?

5            A.      The open policy is an opportunity

6      for any employee to be able to voice their

7      opinion about any subject that pertains to them

8      or the company.

9            Q.      In other words, what you are

10     /STAEUGT Ms. Celia Harper for the record, you are

11     telling me I did not do anything by going above a

12     director of finance, Mr. Anthony stand who have

13     discriminated against me in three companies the

14     record is so outrageous that the United States

15     district court does not understand what happened

16     here, because nobody saw this discrimination

17     case, not in Florida, Lucent technology, and end

18     up at Cisco.  Cisco has cleaned up the house

19     right now?

20           A.      I don't know any of that.  I'm not

21     /AEUZ wear of any of that.  I don't have any

22     knowledge to that.

23           Q.      You don't is have any knowledge but

24     the complaint has knowledge.  If you read exhibit


                                             143

1      4, it is Mr. And a half /SRAR owes evidence in

2      support, in the case of said Anthony bay /KWRAEUD

3      versus and I don't know any instead of, you

4      stated earlier you knew Anthony stand?

5            A.      Yeah, I do know Anthony staff is an

6      employee of Cisco.

1-19-07Harper.TXT

7        Q.        Let me ask you this Mr. Stand was

8    involved in three discrimination lawsuits.   Also

9    he was named in the newspaper in the foreground

10   hoe did he live, and I gave it to Mr. Falby he

11   has it forth record, high tech scanned /TKAL.   He

12   stated fire engineer used and in such article you

13   have Anthony by /KWRAEUD and and /THOPB staff.

14   Anthony staff is the I discrippleded /TKPWAEPBS

15   Anthony bay /KWRAD an ply eye that works for you

16   right now, he.   He is an idiot just found he is

17   an I had I don't.   Also he made a /KOPT /PHRAEUPD

18   filed a complaint with the E. E. O C like I did

19   and sue Mr. Stand that you know.   Also, we filed,

20   I filed myself a title 7 with which you mentioned

21   earlier that's with the E. O C, equal employment

22   opportunity commission, right?

23       A.        Right.

24       Q.        Right.   In such organization the E.


                                                    144


1    O C, they have loss at title 7?

2        A.        I was only answering your question

3    and verifying the E. E. O C.   I am not aware of

4    any files or suits that have been claimed against

5    who you just named.

6        Q.        Ms. Celia Harper, I don't want to

7    put you on the /SPOFPLT anybody comes for the

8    deposition they read Exhibit 4 and if they

9    /SAO*ED the Exhibit 4 it says in the United

10   States district court, southern district of

1-19-07Harper.TXT
```
11   Florida, Anthony bay weighed /TPHR-F versus

12   Lucent technologies, lieu yes, sir, Mike read,

13   Ronald, Anthony staff, and ongrew /EPB.  Anthony

14   stand, case No. 976671, CT V, /RAOU /TKPWERT was

15   the judge in the United States district court,

16   southern district of Florida, staff is an

17   employee of /SEUS /KOEFPLT you know him, right?

18        A.      I know him as an employee of Cisco.

19        Q.      Exactly, and you know Exhibit 3

20   dough lie.  If we go right now, if you and I,

21   /TRUPB by me, I will give it to you right now, if

22   you want me to send you, go to the docket number

23   and say I filed a motion similar discripple

24   /STPHAEUGS add missable /-PB the honorable court
```

145

```
1    has provided that, that says yes, it is

2    admissible.  Now, what I'm telling you is you

3    have a guy that has a history of discrimination

4    and he discriminated against me.  Also,

5    /TKAOURPBGS do you want to know why I flew around

6    the world for a job overseas, knowing my family

7    are in America and I love my country America.  I

8    do not care about other countries.  I care about

9    this country because I live here.  Ask yourself

10   why I am scared of flying around the world

11   looking for a job at Cisco, calling my buddies at

12   Cisco to hook me up.  Do you know why?  Because

13   exhibit, I will tell you miss why.  First you

14   need to review Exhibit 4 that stays what stand

15   has done to me.  Also you have to go to Exhibit 5
```

1-19-07Harper.TXT

16    and stand directed others, could he /HRERTed to

17    call me some anythinger and flying culprit.  Also

18    Exhibit 6 it is a police report.  He abused me,

19    tortured me, that's why I'm like this right now,

20    that's quick 6.  Now going to Exhibit 7 and

21    that's the knockout respectfully, knockout in the

22    dis/KREUPBL nation lawsuit.  Mr. Staff is a

23    person that you know, exhibit 7 he stated to me

24    on January /#24*9, 1997, he said to me


146

1    Mr. Anthony bay /KWRAEUD with the company title

2    Lucent technology, Mr. Staff saided following to

3    me:  Did Anthony bay /KWRAEUD, I have reviewed

4    the information for the security regarding

5    theperson purchase of two airlines tip tickets

6    from more row to Miami.  You know what he that

7    means.  He found out my I'm more ran /KA.  When

8    he found out I'm more ran can he /SA*EURD you

9    know what he said this is a serious violation of

10    the Lucent policy code of conduct by being more

11    can, by use his authority as a finance director

12    /AB V P as Lucent as he is right now at Cisco he

13    is a vice president of finance.  He stated to me

14    misused corporate express card for personal

15    expense, you are fired, he said /-FPBLT this is

16    to notify you that your /PHROEUPBLT is terminated

17    immediately as a result of your violation of

18    Lucent technology conduct.  The construct has my

19    name, that's another story, that's no problem.

1-19-07Harper.TXT

20    Now, moving back to Exhibit No. 8.  Okay,

21    Exhibit 8, also in this lawsuit, it is a

22    knockout, it is an awful letter.  Remember he

23    filed fired me from Cisco, Ms. Celia Harper, and

24    Exhibit 8 of the complaint is an awful letter


147

1    dated July 21st, /#1K-9 67 and if we go back, I'm

2    sorry.  If you go back to Exhibit (1997) 7, the

3    date of that is January 24th, how many months

4    between January 24th and July 21st, how many

5    months?

6         A.      Six.

7         Q.      Okay.  I have not worked for six

8    months.  I was involved in discrimination lawsuit

9    and I was in hospital by Mr. Anthony self-the V P

10    of this company.  It is this wonderful company

11    Cisco and I got a letter, nobody can sue anybody

12    in this industry and find a job in six months,

13    nobody.  You know it and I no, I it.  I found a

14    job.  Guess what.  In July 30th, 1997, I was

15    /TEURPL nature.  Now, let's go back to exhibit 8,

16    the.  /TPHO*ER company gave me a offer letter,

17    gave me an opportunity, A-at any dated July 21st,

18    1997, and my job is to start July 30th, /#1K-9Z

19    7.  I was terminated on my first day by Anthony

20    stand and I have an e-mail, and that's on

21    Exhibit 8 about his personal secretary, doing the

22    same thing as Lynn Fraser has done discriminating

23    against me, giving me bad references.  Now,

24    Ms. Seal /HAERP /EUP I'm going to ask you last

1-19-07Harper.TXT

148

1    question, when you hire somebody in your

2    organization, first you look at liability, right,

3    make sure they are not criminal, right, yes?

4        A.    We verify.

5        Q.    Ive the package here that you guys

6    went through whether you hired me.  First when

7    when what you do first if the interview go well

8    with the hired manager, if he likes you he calls

9    you guys.  He set up, me and Anthony, give

10    Anthony an offer letter, right?

11        A.    The process the can /STKPWHREUT /-Z

12    /PH Celia Harper, we are almost if I know I

13    should, please help me Ann.  You are not, whoever

14    is listening here, you are not to blame here.

15    You are to blame for sticking with /-TZ Cisco

16    admin.  You cannot say no because you get fired.

17    I don't know what's your background and I don't

18    care.  Mr. Staff put my name because all the

19    evidence is in support of Cisco no hire list,

20    this Lynn phraser and everything.  I want you for

21    the last moment of this deposition go step by

22    step with me, I have the record with me, when

23    somebody first entered first apply for job either

24    he goes through the H R personal direct, sent

149

1    resume through the system which you, one of you

Page 127

1-19-07Harper.TXT

2    guys at human resources, probably staff sent me

3    an e-mail mail stating to me identified your race

4    and gender before you are hired, in other words,

5    he was laughing at me.  He thought it was a joke.

6    But anyhow my question is a real question.  When

7    somebody file an application tan goes through the

8    system, you ever a, you have like recruiter

9    internally, right.

10        A.       We do have recruiters internally.

11        Q.       Those recruiters they go over the

12    resume.  Probably.  I don't want the details, yes

13    or no.  Probably call the applicant or they refer

14    the application to the hiring manager, yes or no?

15        A.       The recruiter will screen the

16    applicant.

17        Q.       And something and they died this

18    guy has talent and then they forward to the hirer

19    manager that need the talent?

20        A.       Let me share the process with you.

21    The applicant comes through the system.

22        Q.       Yes.

23        A.       The system acknowledges that they

24    have received the application and/or the resume.


                                                    150

1    It gets forwarded to the recruiter.  The

2    recruiter then screens the applicant and forwards

3    on to the hiring manager.

4        Q.       Yes?

5        A.       And the hiring manager and a select

6    group of team members will interview the

1-19-07Harper.TXT

7      candidate.

8           Q.      And in my something I was

9      interviewed by seven people.  I was very

10     impressed /PWAOEUZ Cisco.  They screwed me left

11     screened me left /AB right.  Which was good.

12     Then they give me a offer letter, right?

13          A.      I don't know.  I don't know if they

14     gave you an over letter.  I don't know the steps

15     of the process you went through.  I can't verify

16     that.

17          Q.      They gave me a offer letter, right?

18     When they gave me a offer letter, right, I want

19     to ask you a question, before that over letter

20     has been initiated to any am /KAEUGT of can't me

21     or anybody, I don't want you to put in any spot

22     and I swear to good I'm not trying to trick you,

23     I just want to know the process.  Any applicant

24     before he gets the letter, you have a process in

151

1      the place, with the hiring, what they call the

2      hiring the organization, what's the name that do

3      the?

4           A.      The the process in the place is the

5      hire right company that does the background

6      verification.  So they actually verify the

7      employment.  They verify.

8           Q.      S thank you that's correct.  They

9      go through everything.  You five years resident.

10     They check your background against your driver's

1-19-07Harper.TXT
11    license, they your driver's license if you have
12    moving violation.  They /KHEPBG everything.  Also
13    they check your district.  If I live in Tampa,
14    for example like Anthony staff, they will go to
15    court and they will find out if there is
16    something about the court; is that correct, yes
17    or not?
18        A.      I don't know.
19        Q.      Well, they do.  I have it here.
20    Now, my question to you, who hired these two
21    guys, we /TPHAOEUD they are on a newspaper, now
22    we either have lawsuits pending against him, that
23    was in Florida and we don't want to talk about
24    their result.  I mean, I'm going to put you on


                                                    152

1     the spot here and we are going to finish this
2     deposition.  If somebody has a long wrap sheet of
3     discrimination and he's a racist, would you hire
4     him or would you not hire him?  I would not hire
5     him because he broke the law.  Would you hire
6     him?  Anthony /STAEF why are they working right
7     now?  Why do they have you on the phone
8     stretching like this, why.  If it wasn't San no,
9     I staff and /KAU Lee sees I would never be on
10    this Cisco no hire list.  Yes or no, miss?
11        A.      I don't understand your question.
12    Restate it, please.
13        Q.      I would like to ask you why did you
14    hire, hire two guys from a /HROUSer company with
15    all respect to anybody listening call Lucent

1-19-07Harper.TXT

16   technology, /HROUSers, and they beat me up

17   because I'm more can.  When Spanish, arrest /RABS

18   and female are suing Anthony staff and Carl Lee

19   and the record speak for itself in Tampa and

20   fourth law /TKER day, why did you hire these

21   people knowing it is public traded company.  If

22   this goes to public right now, you are an officer

23   of the company.  If somebody right now take this

24   deposition and give it to C N B C which I'm not

153

1    going to do, I don't care about /TPHEUFPBLT I'm

2    just /TPRAO*EUG fight for my right, to Cisco

3    senior V P have a long sheet of discrimination,

4    they are racists, and they are representinged

5    company, and knowing if they get the senior vice

6    president they are going to be publicly on the

7    Internet and guess what happened to Y N B C what

8    they talk to him, what are they going to tell

9    Mr. Staff, do you have a problem with arrest /RAS

10   /RABS, do you have a problem with Spanish, do you

11   ever a problem with /PURT toe Rick cans.  He

12   discriminated against a beautiful woman called

13   Joanne in a police /POR toe ring can.  You know

14   that, right, to cover up my discrimination

15   because he told me lawyer that Anthony

16   discrimination's lawsuit is too costly because we

17   a taught him a lesson.  Why did you hire this

18   guy.  He doesn't have a /TPAOUFPLT he cannot be

19   /HAOEURBD or promoted like senior vice president

Page 131

1-19-07Harper.TXT
20    George Omar /RA or Dick Adamo.  He can't.  As H R
21    I want you to tell me why do you have two people
22    that have been discriminated against, or all
23    races, not just arrest rashes, ash /RAS /PUR toe
24    Rick can, black, I don't know black but probable,


154

1    I don't know.  I know they discriminate against
2    arrest /RABS, nor African and /PURT toe Rick cans
3    and Spanish.  Why, mis, /PH why did they get
4    promoted and hired, why?  You are human
5    resources, you have to, you have to, you have to
6    answer this question because you know him, and
7    you are H R, it is your duty to answer this
8    question, because one person said do not hire
9    Anthony by /KWRAD and you did not hire me /-PB
10   ashowed you that I was qualified, but I never
11   discriminated against anybody.  I do not have any
12   criminal record.  I did not hurt anybody.  My
13   people, the American people I did not miss, I did
14   not, I did not participate with any criminal
15   organization.  I'm a topnotch engineer, I can go
16   to the telephone pole and I can hack in into any
17   phone in the world, any company because I am very
18   well trained and I don't do this /PWAEUPLS' an
19   American, a patriot.  I love my country.  Why do
20   you hire these two people, car /WAOES and and
21   /THOEU S-why, if you don't want to answer this
22   question, I don't know what to tell you, because
23   if you do hire somebody and you also see it
24   yourself with somebody you become also that

1-19-07Harper.TXT

155

1    person, that's what it is, miss, now tell me why,
2    before we can cut this and go home?
3         A.    I'm not aware.  I can't answer that
4    question, because I don't know the answer to it,
5    that's why.  I can only tell you they went
6    through the same pro as any other applicant as we
7    would expect.  So they went through the screen of
8    the resumes.  They went through the interview
9    process and they went through the background
10   process.
11        Q.    And why done chamber and Rick
12   justice when Anthony used the open door policy
13   and blue the whistle on him and staff told him he
14   he had the race problem withstand /SPEURB and
15   woman and arrest /RABS.  I /KWAEUT quote
16   Mr. Justice over the phone.  I spoke to him
17   /TKREUBGT /HR*EUR?
18        Q.
19        A.    I don't know anything you are
20   saying about them to be true, so.
21        Q.    Yeah, he have a rice problem?
22        A.    I'm not aware of that.  I don't
23   know any of that to be truthful.
24        Q.    No problem.  In November /#2-9Zth,

156

1    /#20*R, when somebody tells you that somebody is
         Page 133

1-19-07Harper.TXT
2    raisist and has /HAO a long sheet of
3    discrimination?
4         A.    I'm not aware of that to be
5    truthful.
6         Q.    Okay, okay.  Somebody sues you,
7    they are racist, just wake up in /-TZ morning and
8    sue people.  You wouldn't have deposition today,
9    30 B /STATZ us through this case because it is
10   the law.  Notary under?
11        A.    You can sue people, but it does not
12   mean that they are guilty.  You can sue people
13   for anything.  It doesn't mean that they are
14   criminals in this aspect.
15        Q.    I'm not incripple /TPHAEUTZing
16   anything.  I'm not saying they are criminals.
17   I'm sorry?
18        A.    Burr saying that they are racist
19   and you are saying that they are.
20        Q.    For the record?
21        A.    I'm not /AEUZ wear of that but that
22   doesn't make then.
23        Q.    I'm stating to you they are a
24   history of discrimination and they have a pattern


157

1    of discrimination and they are in violation of
2    title 7 section 704 and 703 which state clearly
3    if anybody violate complaint with E. O C at any
4    time, don't cess Phi the time limit, no time
5    limitation that person is automatic in protected
6    activity.  Mr. Falby can explain that to you,

1-19-07Harper.TXT

7    now, when somebody uses open door policy and

8    state to you that help me, this guy has a problem

9    with me, doesn't like my race, why does he get

10    promoted and I get fired six months later.  And

11    after one year I applied for a job and I guest

12    get denied by Lynn Fraser in support of the

13    /S*EUGS Cisco no hire list and at the end /PHEUZ

14    let me tell you something, you want to answer

15    this or not, ask your attorney Bruce Falby, why

16    did he provide the Cisco no hire list /URPBGD

17    /TPHO*ET and urged oath /-PB he do not provide

18    electronics company and I proved to you the

19    electronics, and he has more people, that's why

20    he don't want to give it toe /PHAOFPLT miss God

21    bless you, thank you for your help.  If you have

22    any questions questions, please ski me a thank

23    you for your pay /SHEPB and I'm sorry I apologize

24    for you putting you through this.  It is not


158

1    personal.  It is I'm fighting for my rights and

2    my is you are /SR*EUL /SREUFal.  I try to find

3    jobs, engineer, move on, I'm highly educated, I

4    cannot work.  If I can not work, I have to go to

5    court and I do not like to go to court because it

6    effects my health and my future and my kids.  If

7    I have kids in the future, they cannot they are

8    going to be looked at like their /TPA*Ter Anthony

9    bay weighed, these kids also sue people and I

10    don't and now I am almost 40 years old.  You have

Page 135

1-19-07Harper.TXT

```
11    kids and I don't.  You have future.  I /TKOFPBLT
12    you have something I don't.  Thank you Ms..
13    Mr. /TPAL /PWAOEFPLT I still need you to give me
14    the electronics copy of your declaration?
15                THE WITNESS:  The witness has done
16    her best to answer your questions.  Do you have
17    any questions /TPOF your.
18         Q.        No, thank you very much
19    /STKPWHR-FRPBLGTS deposition concluded at 4:30
20    p.m.)
21
22
23
24
```