```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,                  )
          Plaintiff,            )
                                )    C.A. No. 05-11005-PBS
     v.                         )
                                )
                                )
BRUCE BASTIAN, ET AL.,          )
          Defendants.           )
```

<u>ORDER RE: EMERGENCY MOTION FOR PROTECTIVE</u>
<u>ORDER TERMINATING DEPOSITIONS AND FOR SANCTIONS (#90)</u>
January 22, 2007

SARIS, D.J.

Now before this Court is Defendants' Emergency Motion for a Protective Order Terminating Depositions and For Sanctions (#90), filed January 22, 2007.

Upon review of the record and the rough transcript filed in support of Defendants' Motion (#90), the Court hereby Orders that <u>all further deposition discovery is STAYED</u> until further Order of this Court. Plaintiff shall be afforded an opportunity to respond to the Motion for a Protective Order and for Sanctions (#90), and he shall file any response to that motion <u>by no later than February 6, 2007.</u>

SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE