IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | FILED<br>CLERKS OFFICE |
| Plaintiff, ) | CIVIL ACTION  2007 JAN 26  P 12: 16 |
| ) | US DISTRICT COURT |
| ) | CASE NO. 05-11005PBS |
| BUCE BASTIAN; KATE DCAMP ) | |
| LYNN FRASER;CELIA HARPER-GUERRA; ) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| Defendants, ) | |

**EMERGENCY MOTION   RESPECTFULLY DEMANDING SUA PONTE THE COURT 'EXAMINATION OF THE AUTHENTIC DEPOSTION TAKEN ON JANUARY 19 , 2007 AT 1 PM. EST AND ATTACHED ARE AUTHENTIC CD(S) DISK OF LIVE RECORDED AUDIO IN WAVE AND MP3 FORMAT OF THE DEPOSITION OF CELIA HARPER, DEFENDANT**

(ALSO ATTACHED IS A STATEMENTS IN LETTER OF MY COURT REPORTER STATING WHAT *MATTHEW IVERSON THE CON ARTIST* WHAT ASKED HER TO PROVIDE TO HIM – WHAT HE WANT FROM HER PREMATURELY –ASK HER TO DO UNUASUAL THINGS THE GARBAGE TRANSCRIPT FOR THE PURPOSE AND THE INTEND TO DEFFRAUD THE COURT AND TO EVADE USING AND OLD TACTICS SERVED TO CONFUSE AND TO EVADE THE DEPOSTION IN THIS LITIGATION)

**Judge Patti B. Sarris** has duty to assist me in this litigation, when I am proceeding as Pro Se, and the Judge Patti B. Sarris has duty to assist me or any litigant with speech disability or any disability found in such litigant. Furthermore, I do not speak English very well and I do have problem expressing my self and I do have problem interacting with White people because what defendant have done to me at Lucent Technologies, Tamp Florida, the Lucent Technologies, Docket Entry 3-4-5-6-7-8-9, the complaint. However, Judge Patti B. Sarris has duty to examine the Defendant live audio deposition

1

of defendant Celia Harper that is authentic voice of Celia Harper, Bruce Falby, Matthew Iverson, my Court Reporter, Paula Hughes, and me ( Anthony Bayad). This live audio deposition of defendant was recorded with state of the art equipment found also at the DOJ Inspector General and DOJ Internal Affair, and the FBI, and such deposition is introduced to you, Judge Patti B. Sarris is we have predicted the fraud and corruption when it begun in Florida and arrived to you Court room, introduced in 2 format to you as MP3 ( you can play it any where) and also in other format called the wave format for the convenience of the court, an other word this live audio deposition can be played in the computer or IPod or CD player and what have you.  However, when you examine the live audio deposition of Celia Harper, your honor, Patti B. Sarris, you will found some disturbing facts that you will refer EVERY ONE in this litigation including the Attorneys to the Mass.  Bar association and Justice Department Washington district and the  Attorney Disciplinary Enforcement for the Court of Appeals for the First Circuit, the Judicial Council of the First Circuit,  Governing the Complaints of Judicial Misconduct. Every one is e waiting for you to do so, to rule on the final motion and to recommend Bruce Falby et, al., who is very rich by committing fraud – bribing U.S. Officials as he has done at the opening of this case and was caught the final stage of this case. Although, your honor your need to go back to case  No. 04-10468PBS and to reopen it and to initiate another order, knowingly when fraud is committed upon the court the order of the court is avoided. Your help in this matter is very much appreciated as you know Justice is for all races and no one is above the law and no one is below the law. ( Justice Samuel Alito),and God Loves Justice. God Bless.

2

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, First class - U.S. Mail on January. **25**. , 2007.

Respectfully submitted,

*[signature]*

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

**CATUOGNO**
COURT REPORTING SERVICES
**& STEN-TEL**
TRANSCRIPTION SERVICES

1/15/07

Dear Mr. Bayad,

I have spoken to our court reporter, Maryellen Coughlin, as to the very rough draft that was sent out to Attorney Iverson over the weekend. He asked her for this after the deposition was completed so he could file a motion. She is impartial to this case as a court reporter. She is working on the final transcript of the deposition and hopes to have it in our office by Monday, January 29, 2007.

Sincerely,

*Karen Gibson*

Karen Gibson
Office Manager

SPRINGFIELD
One Monarch Place
1414 Main Street
Springfield, MA 01144-0000

BOSTON
30 Rowes Wharf
Boston Harbor Hotel
Boston, MA 02110-3345

WORCESTER
446 Main St.
Worcester, MA 01608-2302

LAWRENCE
225 Essex Street
Lawrence, MA 01840-1553

PROVIDENCE
72 South Main St.
Providence, RI 02903-2907

Call toll free (888) 228-8646        Fax toll free (877) 747-4260

courtreporting@catuogno.cc
sales@sten-tel.com

SERVING THE LEGAL & HEALTHCARE COMMUNITY SINCE 1966

www.catuogno.cc
www.sten-tel.com