## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,                                     )        2007 JAN 26  P 12: 16

      Plaintiff ,                              )        CIVIL ACTION COURT
                              )        DISTRICT OF MASS
                              )        **CASE NO. 05-11005PBS**

BUCE  BASTIAN; KATE DCAMP                           )
LYNN FRASER;CELIA HARPER-GUERRA; )
RICK JUSTICE; CISCO SYSTEMS INC.             )
      Defendants,                              )

**ATTACHED IS THE CD DISK OF LIVE RECORDED AUDIO** DEPOSITION OF CELIA HARPER GUERRA_IN SUPPORT OF PLAINTIFF MOTION **TO SQUASH** BRUCE FALBY ET, AL. **THE CORRUPTED** ATTORNEYS DLA PIPER RUDNICK CRAY CARY US LLP ' **EMERGENCY MOTION FOR PROTECTIVE** ORDER TERMINATING DEPOSITIONS AND FOR SANCTIONS

### 1.    CONSTITUTION OF OUR COUNTRY THE UNITED STATES

" No States shall. . .  deprive any person of life liberty, or property,

without due process of law; nor deny to any person under its jurisdiction

equal protection of the law." *Amendment  XIV*.

### 2.    THE LAW

There can be no liberty without law, and a law is not justice and a trial

is not scientific inquiry into truth. A trial is the resolution of a dispute. A

law is valuable not because it is law, but because there is right in it, and

it is a vain thing to imagine a right without a remedy: for want of right

and want of remedy are reciprocal. *Sir John Holt*.

1

3.    **CORRUPTED BRUCE FLABY ET, AL. INSERTTED [4] MOTION(S) PROTECTIVE(S) ORDER(S)- ONE AFTER THE OTHER – THE SAME MISCONDUCT – FRAUD COMMITTED IN CASE No. 04-10468PBS**

THEY LIKE IT OR NOT –"JUDICIAL POWER IS NEVER EXERCISED FOR THE PURPOSE OF GIVEN EFFECT TO THE WILL OF THE ATTORNEYS OR FRIENDS; ALWAYS FOR THE PURPOSE OF GIVEN EFFECT TO THE WILL OF LEGISLATURE; OR, IN OTHER WORDS, TO THE WILL OF THE LAW"

## FRAUD

When the entire docket entry # of the above case speak for it self(s), when all my motions are denied and denied and denied and denied and denied and this include the court 'own order case **No. 04-cv-40146fds(D. Mass**), the Honorable Chief Justice Judge Charles B. Swartwood III, the order of similar act of discrimination is admissible, history of discrimination is admissible, pattern of discrimination is admissible and the list goes on and on. . . This order was admitted but in my case - my motions of similar act of discrimination by the same defendant(#62) (#63), such motions of similar act of discrimination by the same defendants were denied and denied. [T]ey were denied and denied without any explanation under the law. Attorneys Bruce Falby et, al., acting as victims and plaintiffs and clients, without any justification reason under the law providing their own declarations in support of their drafted two (2) motion to dismiss with the same opinions of theirs - under different title(s), (1)Defendants Motion To Dismiss (Docket Entry #4) and (2) Defendants Motion To Dismiss ( Cross Summary for Judgment) (#33).

**DEFENDANT CELIA HARPER GUERRA 'DEPOSITOON TRANSCRIPT IS FABRICATED PROVIDED BY IVERSON & FALBY DLA PIPER RUDNICK**

2

Now, Bruce Falby and Matthew Iverson,  the attorneys are introducing their own

prepared  version  – well fabricated –intentionally incomplete – deleted version –

unauthentic  transcript of defendant Celia Harper Guerra ' deposition, taking place from 3

different places, where the court reporter is at their attorneys offices on Thursday,

January 19 2007 at 1 PM. However, I was told by my court reporter that my authentic

transcript of Defendant Celia Harper ' deposition  is going to be provided to

me from 15  to 30 days according to my paid  court reporter. Here,  Judge Patti B. Sarris

or whoever is presiding do you now what they are doing? Do you know why they wanted

the court reporter in their offices? You fill the blanc;  Fact are straight forwards,

Magistrate Judge Bowler and Bruce Flaby et, al., , have  planned the location of my court

reporter in advance, to use the location and an other court reporter or their own  to forge

the deposition and to use affidavit of Iverson (## 90-91) that the court reporter was with

Iverson, but the court reporter told me that she will provide me my authentic copies in 15

to 30 days a standard in the legal community. It is a shame that they are providing their

own fabricated deposition transcript- from their own court reporter. Waist of time!

**CELIA HARPER DEFENDANT 'DEPOSTION IS AN AUTHENTIC LIVE AUDIO
MY COURT REPORTER PAID BY ME HAS NOT PROVIDE ME MY TRANSCRIPT**

**I applaud** as I am laughing at the misconduct and fraud by these two clown attorneys

who made this court intentionally without **jurisdiction** when they think this litigation is

a Disney movie because I, Anthony Bayad is a **Monkey** and **Flying Carpet, Ali Baba**

and **the Magic Lamp. <u>See</u>** the complaint Docket Entry # 1 Exhibit **No. 4-5-6-7-8-** and

**the racial CD audio ( making fun of my broken English).** We can make no mistake that attorneys Matthew Iverson and his buddy Bruce Falby both have committed perjury and fraud when they intentionally introduced not my court reporter 'version but their own court report version sitting ( North Carolina) in other location different to my court reporter sitting in Boston with Iverson– Bruce Falby and Matthew Iverson ' own version their own deposition transcript that is fraud – deleted – confusion and fabricated transcript inserted to confuse the court. Attorney Matthew Iverson provided his Afidavit under oath " I Iverson was sitting in Boston with my Court Reporter" and Matthew Iverson committed Fraud upon this court when he was caught fabricating the Transcript Depositions that going to Mass. Bar Association and District Attorney and the Fact he Matthew and Iverson needed to states, " I Matthew Iverson sitting with Bayad ' court reporter and Bruce Falby is sitting in North Carolina with his peer and employee – his – Burce Falby court reporter and not Bayad ' court reporter". What a Cone artists they are? It is shame, All Bruce Falby and Matthew Iverson need to do is provide a declaration that only rich White(s) and only Bruce Falby et, al., have rights in this county as they have demonstrated in case No. 04-10468 and now the above caption matter, case No. 0511005PBS. where is the integrity and honor of the court and Mass. Bar Association. However, in such open action of misconduct designed by Bruce Falby et, al., when intentionally in the open, have committed fraud upon the court, which directed to the judicial machinery itself and it is where the court, Bruce Flaby et, al., are corrupted acting

to defraud the court and where --- their fraud - misconduct – the fraud upon the court

has been intentionally directly to the court to invade the depositions. A hearing is

demanded toclear such misconduct, hearing must be provided to me as matter of law as

matter of right. It is the law.

## THE CRIME
### (OBSTRUCTION OF JUSTICE)
THE MEN OF MAGISTRATE JUDGE BOWLER U.S MARSHALS –BREAKING ENTRY –HELD MY
PARENT HOSTAGE AND STOLE ALL MY ELECTRONICS AND HARD COPIES OF ALL MY DIRECT
EVIENCE(S) IN THIS LITTIGATION –

now [t]hey used the United States Marshal Services of this Court, for the district of

Massachusetts, this court.Why on Thursday, January 18 , 2007 at 10:15 approximately,

Army of 6 U.S. Marshals waited for the whole Bayad family to leave their house located

at 2 Magoun Avenue, Medford, MA 02155, Bayad ' normal live hood routing, when the

Bayad family left the house on such Thursday morning, the U.S. Marshals of this court

acting under the direction of Bruce Falby et, al., and Magistrate Judge Marianna B.

Bowler, who directed specifically their gang -U.S. Marshals to wait until the family leave

the house and for them to force them selves in the house without any right under the law

without any warrant – and without any Miranda rights under the law, two gangs held my

elderly father and my very ill mother on life support and naked against their will-

hostages. SIX (6) U.S. Marshals of this court held my parent hostage while other 4 U.S.

Marshal of this court sneaked in up stairs in my room and stole all my electronics direct

evidence(s) and my original hard copies in the above caption matter,    the case    No.

05-11005PBS. This crime as it is called obstruction of justice, the Bribe – Conspiracy

and Deprivation of rights – all the above was served to hurt me and my family and to

traumatize me and my family and to cover up corruption by stealing – by illegally seizing all my direct electronics evidence found in the CD Disks and in my personal computer, to destroy my case and it is served to favor Bruce Falby et, al., and its clients.

**WITNESSES :   THE MEDFORD FIRE DEPARTMENT, THE MEDFORD  ARAMEDIC –AMBULANCE, THE MEDFORD POLICE , AND ALL THE NEIGHBOR(S) WERE SHOCKED WHEN THE MEN OF BOWLER US MARSHALS WERE CAUGHT BREAKING ENTRY TO CONDUCT THEIR OPERATION " DINER OUT"**

Why these men of Magistrate Marianna B. Bowler - U.S. Marshals of this court, illegally entered my house wearing civilian clothes, looking like thieves and bumps ( they can afford a polo jackets from Marshal clothing store), and knowingly the tax payers spend lot of monies buying them Bleu Jackets and uniform printed on them U.S. Marshals or Federal Agent? Why these men of Magistrate Marianna B. Bowler- U.S. Marshals were <u>caught by surprise</u> in my house acting as thieves outlaws without proper identification without warrant without probable cause without affording my elderly their Miranda rights under the law? why these Magistrate Marianna B. Bowler - U.S. Marshals entered my house without Bayad ' family ' free will permission or conscent or any warrant or probable cause under the law? Why they held my mother and my father hostages in their own bedroom – in their own house. My father and my mother are very ill – my mother was naked in her bedroom with two holes in her stomach [1] always naked in her bedroom as she is very ill - sick in  life support?

---

[1]  MAGISTRATE JUDGE BOWLER SPEAKS FRENCH - TALKING TO MY MOTHER  ON THE   PHONE OF US MARSHAL KNWOWINGLY SHE CAUSE HER PAIN AND SUFFER AND DIRECT US MARSHAL TO SEXUALLY RAPE HER SON "MOUSSA BAYAD" FOR TWO YEARS THEN KIDNAPPED HIM TO MAIN LAND

### MAGISTRATE JUDGE SPOKE TO MY ill MOTHER ABUSED BY HER
U.S. MARSHAL,  THE MEN OF MAGISTRATE BOWLER AND BRUCE FALBY ET, AL., TURNED THE BAYAD FAMILY ' HOUSE INTO **WHORE HOUSE** – MY NAKED AND VERY ILL MOTHER AS **THE MADAME OF THE BORTHEL-RED DISTRICT OF "AMESTERDAM"**

What is sickening and disturbing and frightening, when one of the  gang   of U.S. Marshals gave his phone to my mother who later has  identified the  person speaking to my mother in the  other line  as  Magistrate Judge Marianna B. Bowler. My Mother has sat in Magistrate Judge Marianna B. Bowler ' court room, and has heard her talking in her court room as she knows her and has  met her in court (case 04-10468PBS). Magistrate Judge Bowler personally spoke to my mother over the phone at the presence of her army of  U.S. Marshals of the court while in her  own   bedroom – our house, the illegal breaking entry. Magistrate Judge Bowler spoke to  my sick mother over the phone with French language asking my ill mother about <u>Ahmed</u> knowingly there is no <u>Ahmed</u> lives at 2 Magoun Avenue, Medford, MA., the Bayad residential. The only <u>Ahmed </u>that I know of is the one that is employed  at a Charlestown Restaurant frequently used by Magistrate Judge Bowler and her well connected high class of people her people – her entourage, the New Bury Street ' gang, the Boston Globe and Boston Art Museum and others high class places. God Bless the rich and the connected, they are the law – they are the constitution of this land. Additionally,  there are  many another(s)  "Ahmed and Abdel(s) and Mo and Martello(s) and what have you, who are all  residing in Italy and France -  Monaco Monte Carlo. It is a shame.

**BRUCE FALBY ET, AL., THE MEN OF MAGISTRATE BOWLER A DAY BEFORE THE DEPOSITION TO CONDUCT SPECIAL OPERATION "<u>DINER OUT</u>" (SPY GAME)**

Why, Magistrate Judge Marianna B. Bowler and Bruce Falby et, al., particularly have chosen " and have targeted the date of Thursday, January 18 2007, conduct their operation "Diner Out" because Friday, January 19 2007 is the day of deposition of deponent and defendant Celia Harper Guerra. Let make sure the record is straight, Magistrate Judge Bowler and Bruce Falby et, al., directed the thieves, the men of Magistrate Marianna B. Bowle - U.S. Marshals of this court to enter my house illegally conduction operation diner out served to take all my electronics copies found in my CD(s) and in my computer, they diner out all my direct – concrete evidence pending this litigation - on Thursday, January 18 2007, intentionally to prejudice me to hurt me and to traumatize me and to make me believe that I don't have right in this country and for most of all to favor the defendants and their attorneys in this litigation. It calls a crime. It calls a bribe. It calls a federal crime. It calls for the U.S. Attorneys – the First Court of Appeals of the First Circuit must intervene as matter of law. My question to this court if this is a deja vue crime found in case No. 04-10468PBS, or if it is not corruption and it is not bribe and it is not misconduct of professional ethics – an act clearly defined above the law, a crime was committed by the men of Magistrate Marianna B. Bowle - U.S. Marshals of this court, upon the Bayad family all Americans, then what it is and can someone remind me if I and my family lives in U.S. or Bayad ' family lives in the old Germany, the Nazi, Gestapo, the conspirators to the war crime trials of Nazis at Nuremberg or the Bayad ' family are living the era of the traitor benedict Arnold or Lincoln Assassination, which one is it, please help me understand, and please tell me if

8

we have rights because if Bayad ' family don't have right,  then we will found a country

in Europe who will give us refuge and treat us as human Being. However.

**BRUCE FALBY ET, AL DESPERATE USE THE WORD  KIDNAPPING AND TERRORISM – AHMED – AHMED THAT IS WHY MAGISTRATE BOWLER WAS LOOKING FOR AHMED- AHMED FOUND IN ATTORNEYS MOTIONS – AHMED – MORACCANS TERRORISM FOUND IN EVERY MONTH 'ARTICLE BOSTON GLOBE**

<u>My brother was kidnapped to the main land by using the word kidnapping –I know you are sending me a message – thank you, you people.</u>

Although,  what is most -- most  disturbing is when the attorneys have mentioned the

word <u>Kidnapping</u> and let rephrase it for the record, the word kidnapping, when the record

filed in this court and in the First Court of Appeal and in Washington that Magistrate

Judge Bowler and Bruce Falby et, al., have directed the ICE  (Immigration) to incarcerate

my brother " Moussa Bayad for about 2 years at the Plymouth Correctional Facility, had

him sexually raped and denied him access to doctors and denied him his constitutional

rights, While  Magistrate Judge Marianna B. Bowler has thrown personal visits to

Plymouth Correction facility. If this not a crime then what is it? When the family

complaint to the Senate about the misconduct of Home Land Security then Magistrate

Judge Bowler swiftly called the same individuals, the U.S. Marshals who broking to my

house, who held my parent hostages, who stole my evidence pending in this litigation and

the list goes on and on; the same U.S. Marshall <u>kidnapped </u>my brother to the main land, to

Morocco and the same U.S. Marshals of this court – entered my house, have traveled on

kidnapping mission under Magistrate Judge Marianna B. Bowler, her court –her  . These

personal men of Magistrate Judge Bowler, the U.S. Marshals of this court have conspired and denied my brother his right of due process- that we all call our U.S. Constitution rights. It is incomprehensible that the same attorneys Bruce Falby et, al., and the same Magistrate Judge Marianna B. Bowler and the same U.S. Marshals of the court committing crime against the entire Bayad Family all Americans, crime committed against them now, and crime committed against their son Moussa Bayad, then, when the record speaks for it self. see First Circuit Court of Appeals, case **No. 06-1396**.What is going on here? What is going on in this court? It is very simple and I will respond to such question when the criminals are caught because these criminals have forgotten that in this litigation, they are many men and women of DOJ and White House – the government are now involved, from the U.S. Ambassador of Morocco, the Moroccan Government (Boston Globe All Moroccan are all terrorists), the White House, the Inspector General, the Internal Affair.

## SUMMARY OF THIS MOTION

Now, My question to Patti B. Sarris , why are you letting these attorneys and Magistrate Judge Bowler to introduce their own fabricated version of Depositions of their client, the Defendant Celia Harper Guerra knowingly is (1) wrong, (2) knowingly is fabricated, (3) Knowingly I conducted deposition, (4) Knowingly my court reporter advised me that I needed about 15 to 30 days before she can give me the transcript of Defendant Celia Harper depositor dated on January 19, 2007. Why the Attorneys are providing their own Fabricated version of the Defendants Celia Harper' DEPOSITION.

Why this misconduct. I have compared my live recorded audio version of the deposition of Celia Harper and I have found that the version of Magistrate Judge Bowler and the attorneys is fabricated and not completed. It is a shame. I am going to provide you Judge Patti B. Sarris my Version of the Live Recorded Audio that the people of Washington whom helped me and told me to record the deposition because the Court reported is going to be influenced and going to favor the defendants and their attorneys. I am going to provide to you Judge Patti B. Sarris the DEPOSITION OF DEFENDANT CELIA HARPER AS LIVE AUDIO FOR THE RECORD BECAUSE THE ATTORNEYS HAVE MENTIONED THAT I WAS A TREAT TO THE DEFENDANT DURING THE DEPOSITION. Therefore, this Court have duty to examine the live audio of deposition and it will find that attorneys 4rd protective order were filed in this court when, (1) the first one was betraying as a terrorist and Ahmed and Criminal, (2) the second one was introduced using Mickey Mouse, under Disney world –the enormous Baby Pacifier , (3) now the third protective order is introduced the attorneys acting as the Grand Jury in support of their own version of their client Celia Harper Guerra. What are they thinking of when they are introducing their own version knowingly my court reporter told me that it will take her about 15 to 30 days to provide the deposition transcript. Oh, now I know why the Magistrate Judge Marianna B. Bowler ' order dated Monday, January 22, 2007 served to me by the Attorneys Bruce Falby acting as the Court, acting as the judge, acting as the Grand Jury, acting the U.S. District Attorney. Wake up you people – you are

exposed and you are going to have lot of problems -- left and right from every corners and

Cisco Systems is going to make lot of Foreign Worker very rich and this include the fine

and fine by the home land security the senator of such comity and he DOJ Washington

division, when they will find Cisco hiring illegal immigrant -- the sweat shops -- Indian

form Asia will found out about the Celia Harper the Cisco-No-Hire-List, and I doubt

Washington will not act. Washington and Senator Kennedy will act properly.  Governor

of Massachusetts Patrick Duval is going to intervene!!! Mr. Sullivan knows what I am

talking about.

## PROFESSIONAL MISCONDUCT

The Rules of Professional Conduct include provisions specifying grounds for disciplinary action, requirements for receiving and investigating complaints, and procedures for conducting hearings.  The Rules also authorize court to immediately suspend a practitioner- an attorney(s) Bruce Falby et, al.,  who has been subject to misconduct – fraud – bribery,  must be referred to U.S. Justice Department and Massachusetts Bar Association for disbarment, suspension, or  resignation as imposed by a state or Federal court, and who has been caught committing fraud – bribe  upon the court,  pending a summary proceeding and final sanction.

_____

**Wherefore**, Plaintiff Anthony Bayad ("I") demands that this court: See Complaint

Docket # 1 page 36-37, the relief requested.

    (a)        declare the defendants' conduct to be in violation of my rights;

    (b)        enjoin defendants from engaging in such conduct in the future;

    (c)        award me back pay and benefits (with interest) that have accrued to date;

    (d)        award me front pay until normal retirement age as I am 39 years old;

(e)     award me compensatory damages of $ 10,000,000.000 or more for emotional distress, mental anguish, and loss of enjoyment of life and the disparate treatment, and discrimination and false imprisonment that I suffered at the hand of the defendants;

(f)     award me compensatory damages of $2, 000,000.000 for interfering with my Civil Rights, conspiring to restrict me from equal rights and benefits, and for defaming and destroying my life, and blocking me for working and conducting my business;

(g)     Award my damages of $3, 000,000.000 or more for defamation and damage to my business and my career and my health, my reputation, injury to my character and to my credit standing;

(h)     Award me punitive damages in the amount of $20, 000, 000. 000 or more;

(i)     Award me costs and legal fees;

(j)     Grant me such other relief as the court may deem just proper.

For the following count(s):

**PUNITIVE DAMAGES ( Published by Dla Piper Rudnick Gray Carry 'official web site)**

• "The record are clear that federal race discrimination claims brought under Title 42 Section 1981 as well as claims brought under numerous state laws are not subject to **any limits**, A recent unpublished opinion in the Fourth Circuit Court of Appeals, *White v. BFI Waste Services, LLC* (No. 05-1804, 4th Cir. May 23, 2006), serves as a pointed, when the jury in *White* found that defendant BFI's supervisors subjected two African-American plaintiffs to a racially hostile work environment for over **ten years** and awarded the plaintiffs $4 million in punitive damages on top of $1.2 million in compensatory damages. And Several recent cases illustrate just how costly discrimination and harassment punitive damages can be;  also  In *Issa v. Roadway Package Sys.*, a California jury awarded two FedEx drivers $50 million in punitive damages after finding that a manager subjected the two drivers to ethnic harassment and ridicule during their two years of employment at FedEx (June 2, 2006).  See In *Zubulake v. UBS Warburg*, a federal jury in New York awarded a single plaintiff over $20 million in punitive damages on her gender discrimination claims (April 6, 2005). . . . etc"

1.    **COUNT I RACE  DISCRIMINATION**

Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos   vs.   Centennial   P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

2.        **COUNT III CLASSIFICATION OF RACE – CISCO-NO-HIRE-LIST**

Respectfully, Plaintiff request relief on Count III ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos   vs.   Centennial P.R.   Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

3.        **COUNT VI BREACH OF ORAL CONTACT AND CONTRACTUAL OF OBLIGATION**

Respectfully, Plaintiff request relief on Count VI ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos   vs.   Centennial P.R.   Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

4.        **COUNT VIII CONSPIRACY**

Respectfully, Plaintiff request relief on Count VIII ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos   vs.   Centennial P.R.   Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

5.        **COUNT IX FALSE IMPRISONMENT**

Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos   vs.   Centennial   P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

6.      **RETALIATION ( NOT MASSACHUSETTS LAW )**

Respectfully, Plaintiff request relief on Count ( Retaliation record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos    vs.    Centennial    P.R. Wireless Corp*., 217 F. 3d 46, 56 ( 1st Cir.)

**As the court deems and proper or tier of fact or by jury . (See Docket Entry #1,  in support**

:_____.

**CERTIFICATION OF SERVICE**

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, First class - U.S. Mail on January. **25** . , 2007.

**Respectfully submitted**

:_____.

Anthony Bayad
**2 Magoun Avenue**
**Medford, MA 02155**