IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | FILED<br>IN CLERKS OFFICE<br>2007 JAN 26  P 12: 16 |
| Plaintiff , ) | CIVIL ACTION<br>U.S DISTRICT COURT<br>DISTRICT OF MASS |
| ) | CASE NO. 05-11005PBS |
| BUCE BASTIAN; KATE DCAMP ) <br>LYNN FRASER;CELIA HARPER-GUERRA; ) <br>RICK JUSTICE; CISCO SYSTEMS INC. ) <br>Defendants, ) | |

### *AFFIDAVIT* OF ANTHONY BAYAD IN SUPPORT OF THE LIVE AUDIO DEPOSITION OF CELIA HARPER GUERRA AND THE STATEMENTS OF MY COURT REPORTER IN SUPPORT OF MOTION TO QUASH MATTHEW IVERSON AND BRUCE FALBY THE ATTORNEYS DLA PIPER RUDNICK GRAY CARRY ' MOTION FOR PROTECTIVE ORDER SANCTION AND FRAUD

**I, Anthony Bayad** provide my statement under pain and perjury accordingly to the rule of such guidance, Rule **28 U.S 1746**, and Federal Rule of Civil Procedure, **56 (f)** and other(s) rule of guidance, and I state the following:

1. I, Anthony Bayad the plaintiff who conducted the deposition of Celia Harper Guerra, the defendant, on about January 19, 2007 at 1 PM EST.

2. I, Anthony Bayad conducted the above deposition of Celia Harper Guerra by Telephone, where I was home Medford, Massachussetts, and Celia Harper and Bruce Falby were in the other side, in the beautiful North Carolina, and my court Reporter was in Boston with Attorneys Matthew Iverson, at 33 Arc Street Boston, Ma. The law firm of the attorneys, DLA.

3. I state that I hired my court reporter and I paid her in advance and I asked lot of people about this procedures of deposition and it transcript. I was told that a draft transcript on the same day is not valid because it contains many error and it is not the right thing to file with the court. WHY IVERSON FILED IT. Smoking gun or fraud what is it. Can some buddy help me? I

cannot even read the thing - the transcript, is this court is going to take action against Iverson and falby? What is going on here? Please.

4.   I spoke to my court reporter and I asked her why attorney Matthew Iverson was provided a draft transcript and her response was that he needed to file an emergency motion.

5.   I also asked her to provide me a letter to provide to the court in regard what Matthew Iverson have demanded my court reported to do and to provide then she called Matthew Iverson the con Artist and told her what to do . It is a shame.

6.   I state Mr. Iverson did not know that Bayad has an authentic live voice transcript that I was going to compare it against the court reporter ' transcript that I call on the record - the Iverson / Bruce Falby ' Transcript and a garbage transcript of deposition of defendant Celia Harper Guerra.

7.   I am filing the attached to my motions where the 2 CD(s) of an authentic transcript of deposition of Celia Harper Guerra on about January 19 2007– the 2 CD are authentic live voice in MP3 Format and Wave Format for the Court to examine against Iverson Matthew ' own transcript, who provided me his version of the transcript that I cannot recall it was even me asking question and such transcript upon reviewing it seems fabricated, transcript. That, I call Garbage and that I cannot even recall it was me conducting deposition, It is a shame.

8.   I state as I am not an Attorney that Iverson or Falby the attorneys do not have right to provide the court a Garbage document before I red it and before my court reporter provided it to me, knowingly I paid my court reporter, I chose my court reporter, and now Iverson and Falby have corrupted my **HARD COPIES** of deposition and my court reporter and denied my right of deposition and what is going on here!! Thank god I have the live audio transcript of Celia Guerra Deposition, live Sony Stereo.

Your honor, who is the court, and who is presiding over here not Bruce Falby or Matthew Iverson. Your Honor, now Falby and Iverson are my court reporter employer, and who is her formal – the old employer, it is me, I, Anthony Bayad, I was the employer of my court reporter. Now, Falby needed

to know who she worked for prior to him and now is my court reporter Employed by DLA Piper Rudnick Gray Carry and that What Bruce Falby and Iverson did not know. Fraud and fraud and . . . .Again we delivered Bruce Falby and Iverson to DOJ and the Mass. Bar Association and to First Circuit Appeal. ( Court Reporter all are contractors!!!)
God Bless.

### CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, First class - U.S. Mail on January. 25 . , 2007.

Respectfully submitted:

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

3

**CATUOGNO**
COURT REPORTING SERVICES
**& STEN-TEL**
TRANSCRIPTION SERVICES

1/15/07

Dear Mr. Bayad,

I have spoken to our court reporter, Maryellen Coughlin, as to the very rough draft that was sent out to Attorney Iverson over the weekend. He asked her for this after the deposition was completed so he could file a motion. She is impartial to this case as a court reporter. She is working on the final transcript of the deposition and hopes to have it in our office by Monday, January 29, 2007.

Sincerely,

*Karen Gibson*

Karen Gibson
Office Manager

| SPRINGFIELD | BOSTON | WORCESTER | LAWRENCE | PROVIDENCE |
|---|---|---|---|---|
| One Monarch Place | 30 Rowes Wharf | 446 Main St. | 225 Essex Street | 72 South Main St. |
| 1414 Main Street | Boston Harbor Hotel | Worcester, MA 01608-2307 | Lawrence, MA 01840-1553 | Providence, RI 02903-2907 |
| Springfield, MA 01144-0600 | Boston, MA 02110-3345 | | | |

Call toll free (888) 228-8646     Fax toll free (877) 747-4260

sales@sten-tel.com     SERVING THE LEGAL & HEALTHCARE COMMUNITY SINCE 1966     www.sten-tel.com