IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | FILED<br>CLERKS OFFICE |
| ) | |
| Plaintiff , ) | CIVIL ACTION  2007 JAN 26  P 12: 16 |
| ) | |
| ) | U.S. DISTRICT COURT<br>CASE NO. 05-11005PBS |
| BUCE BASTIAN; KATE DCAMP ) | |
| LYNN FRASER;CELIA HARPER-GUERRA; ) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| Defendants, ) | |

## PLAINTIFF EMERGENCY HEARING FOR - SANCTION (1) FRABRICATED DEPOSTION (2) CORRUPTION (3) RELIEF REQUESTED (3) MONETARY DAMAGES (4) THE AUTHENTIC LIVE AUDIO CELIA HARPER

Respectfully, this litigation was filed on about the year 2005 and now is the year of 2007, and upon reviewing the records. I found that I had not given an opportunity to attend a hearing on any of my denied motions. I am confident that you, your honor, Patti B. Sarris at least show for the record that Arabs and Moroccan alike, all have right in your court room even Magistrate judge Bowler is the court. Respectfully, please your honor , Patti B. Sarris, you or any one else do not sent surprisingly – operation diner out- the US Marshals of this court because all the left of the direct evidence has been shipped to Washington and Virginia. Please no diner out. For the record I am asking for a hearing as matter of right. These Falby et, al., was delivered on silver platter!

1

## CERTIFICATION OF SERVICE

      I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, First class - U.S. Mail on January. **25**. , 2007.


Respectfully submitted
._____.
Anthony Bayad
2 Magoun Avenue
Medford, MA 02155