UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br>    *Plaintiff*,<br>v.<br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br>    *Defendants*. | CIVIL ACTION NO. 05-11005-PBS |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION

Plaintiff Anthony Bayad has filed an emergency motion (the "Motion," Docket Entry # 93) seeking to have the court listen to an audio recording (the "Recording") of defendant Celia Harper-Guerra's deposition (the "Deposition")). Bayad taped the Deposition without informing either the Defendants or the Court Reporter, in violation of M.G.L. 272, § 99(C) (establishing penalty of imprisonment of not more than five years for interception of wire or oral communication).

Nevertheless, Defendants also request that the Court listen to the Recording. The Recording appears to be genuine and accurately records Bayad's tone and volume during the Deposition. Bayad's behavior is particularly egregious at the following time notations: 54:00, 1:01:09, 1:27:00, 1:31:00, and 1:58:56.

BOST1\459691.1
26573-15

The Defendants will file a copy of the final version of the Deposition transcript as soon as it becomes available.

> Respectfully submitted,
>
> CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE
>
> By their attorneys,
>
> /s/ Bruce E. Falby
> Bruce E. Falby (BBO #544143)
> Matthew Iverson (BBO #653880)
> DLA PIPER US LLP
> 33 Arch Street, 26th Floor
> Boston, MA  02110-1447
> (617) 406-6000 (*telephone*)
> (617) 406-6100 (*fax*)

Dated:  January 29, 2007

**CERTIFICATE OF SERVICE**

I, Bruce E. Falby, certify that on January 29, 2007, I served this document upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express.

> /s/ Bruce E. Falby
> Bruce E. Falby