**DEPARTMENT OF THE ARMY**
**OFFICE OF THE JUDGE ADVOCATE GENERAL**
1777 North Kent Street, Suite 5200
Rosslyn, Virginia 22209

Anthony Bayad
2 Magoun Ave
Medford, MA 02155-4823

Dear Anthony,

Just as choosing the right law school guides your education, choosing the right internship guides your future career. That's why I'm inviting you to apply for an internship that offers more opportunity than most—The U.S. Army Judge Advocate General's (JAG) Corps Summer Intern Program.

As a JAG Corps summer intern, you'll benefit from the same qualities that make the Army JAG Corps an advantageous career choice: immediate responsibility, the chance to work on significant cases and exposure to a variety of areas of law. You'll also work directly with a group of the most knowledgeable and respected attorneys in the world: Army JAG Corps attorneys.

Summer interns work under attorney supervision in virtually every practice area of the Army JAG Corps. For example, you could assist in the preparation of criminal and civil cases by conducting research, writing briefs and opinions, conducting investigations and more. You could assist attorneys who counsel Soldiers and their family members in areas like family law and estate planning. Or you could assist attorneys representing the United States regarding federal tort claims, employment law, international law and environmental law.

Interns work in Army JAG Corps offices worldwide, with sponsors available to help you with housing searches and other needs no matter where you're assigned. You'll remain a civilian, be paid as a government employee and be given responsibilities immediately upon arrival. You'll also see how rewarding a career in the Army can be, and learn about the different opportunities available by serving full-time on active duty or part-time in the Army Reserve.

Now's the time to begin moving your future career in the right direction. To learn more, or to request a brochure and an application packet, log on to info.goarmy.com/law19. You can also complete and return the enclosed card or call 1-866-330-5500. I'm confident you'll be impressed by the unique opportunities available in the Army JAG Corps Summer Intern Program.

Sincerely,

*ScBlack MG, USA*

Scott C. Black
Major General, U.S. Army
The Judge Advocate General

**DEPARTMENT OF THE ARMY**
**OFFICE OF THE JUDGE ADVOCATE GENERAL**
1777 North Kent Street
Suite 5200
Rosslyn, Virginia 22209

*"... I will support and defend the Constitution of the United States against all enemies,*
*foreign and domestic, that I will bear true faith and allegiance to the same ..."*

January 15, 2007

Anthony Bayad
2 Magoun Ave.
Medford, MA 02155-4823

Dear Anthony:

The passage above is from the oath of office taken by every member of the U.S. Army Judge Advocate General's Corps (JAG Corps). It is a renewal of a promise that was first made over 200 years ago: to defend our freedoms and liberties, and to uphold the Rule of Law.

To keep this promise, the JAG Corps recruits men and women who possess the fundamental values of leadership, duty, respect, selfless service, honor, integrity and personal courage. Armed with these values and their legal skills and talents, Judge Advocates provide legal support to more than one million Soldiers and their families.

I would like to take this opportunity to introduce you to our nation's oldest law firm and the men and women who are Soldiers/Attorneys Always.

The JAG Corps has approximately 1,500 Judge Advocates serving on active duty and more than 2,500 Judge Advocates serving part time in the Army National Guard and the Army Reserve. As one of the nation's largest law firms, the JAG Corps has a broad practice area that includes criminal law, administrative law, family law, contract law, tort law, environmental law, international law and operational law.

Judge Advocates practice law in a variety of state, federal and foreign jurisdictions at the trial and appellate levels, and they live and work at U.S. military installations throughout the world. Judge Advocates are trained at the U.S. Army Judge Advocate General's Legal Center and School in Charlottesville, Virginia — the only military law school accredited by the American Bar Association (ABA).

In addition to the outstanding legal experience and training they receive, Judge Advocates enjoy competitive pay, subsidized housing, comprehensive medical and dental benefits, discounted shopping privileges, 30 days of paid vacation annually and a broad retirement plan. However, the most compelling reason to consider serving with the JAG Corps is the chance to work for the best client in the world — the American Soldier.

I invite you to find out more about serving with the JAG Corps by visiting our website: law.goarmy.com. You'll find information on our people and practice, as well as application forms and instructions. Our website also contains a list of Judge Advocates who are authorized to conduct interviews at ABA-accredited law schools. You can also contact my office at 1-866-ARMY-JAG for more information.

I hope you will accept my invitation to learn more about the U.S. Army JAG Corps. We offer an unparalleled opportunity to serve your country, practice law and make a difference.

Sincerely,

Christina E. Ekman
LTC, U.S. Army
Chief, Judge Advocate Recruiting Office

ARN415 287208995  1D4F  AC-JA001

U.S. GOVERNMENT PRINTING OFFICE: 2005 747-310

0000012



**Welcome to JAGCNet**
You are not logged on (Visitor access)
Log-in Now

Search
in -Select Area-
Advanced

### Welcome to JAGCNet
JAGC Leadership
Announcements **NEW!**
New JAGCNet Features

### Frequently Used Areas
**Public Pages**
US Army Legal Services Agency (USALSA)
Center for Law and Military Operations (CLAMO)
JAGC Recruiting (JARO)
TJAG Legal Center & School (TJAGLCS)
Personnel (PP&TO)
FOIA

**Members Only**
Forums
JAGC Applications (Software)
Forms & Publications (e-JAWS)
JAGC Directory
LexisNexis
HotDocs
What's New on JAGCNet
Virtual Suggestion Box

### Account Options
Request/Update Account

### Other Resources
Commonly Requested Links
Army Knowledge Online
FirstGov.gov





**Leadership Photos and Biographies**

## The Judge Advocate General
### Major General Scott C. Black



Major General Scott C. Black grew up traveling the world in a military family. He grad University with a B.A. degree in Political Science. Following graduation, General Bla ROTC program as an Armor officer. After three years at Fort Ord, California, he wen San Diego. General Black also holds an M.S. degree in National Resource Strategy

General Black's first duty assignment as a judge advocate was at Fort Bliss, Texas, Legal Assistance Branch, as a trial counsel and Chief of the Criminal Law Branch, ar served in Washington, D.C., as a general law attorney at the Office of The Judge Ad Assistant Counsel to the President at the White House.

In 1990 General Black was assigned as the Deputy Staff Judge Advocate, 7th Infant there, he went on to be the Chief, Military and Civil Law Division, United States Army General Black's next assignment was as the Staff Judge Advocate, 3d Infantry Divisi Division), United States Army Europe and Seventh Army, Germany.

In July 1996, General Black returned to the United States as the Legislative Counsel Legislative Division, Office of the Chief of Legislative Liaison, Office of the Secretary served as Chief, Personnel, Plans, and Training Office and later as the Staff Judge A Army Europe and Seventh Army. From 2001-2003 General Black served as the Assi Military Law and Operations, and from 2003-2005 as the Commanding General and

**DEPARTMENT OF THE ARMY**
**OFFICE OF THE JUDGE ADVOCATE GENERAL**
1777 North Kent Street, Suite 5200
Rosslyn, Virginia 22209

Anthony Bayad
2 Magoun Ave
Medford, MA 02155-4823

Dear Anthony,

Just as choosing the right law school guides your education, choosing the right internship guides your future career. That's why I'm inviting you to apply for an internship that offers more opportunity than most—The U.S. Army Judge Advocate General's (JAG) Corps Summer Intern Program.

As a JAG Corps summer intern, you'll benefit from the same qualities that make the Army JAG Corps an advantageous career choice: immediate responsibility, the chance to work on significant cases and exposure to a variety of areas of law. You'll also work directly with a group of the most knowledgeable and respected attorneys in the world: Army JAG Corps attorneys.

Summer interns work under attorney supervision in virtually every practice area of the Army JAG Corps. For example, you could assist in the preparation of criminal and civil cases by conducting research, writing briefs and opinions, conducting investigations and more. You could assist attorneys who counsel Soldiers and their family members in areas like family law and estate planning. Or you could assist attorneys representing the United States regarding federal tort claims, employment law, international law and environmental law.

Interns work in Army JAG Corps offices worldwide, with sponsors available to help you with housing searches and other needs no matter where you're assigned. You'll remain a civilian, be paid as a government employee and be given responsibilities immediately upon arrival. You'll also see how rewarding a career in the Army can be, and learn about the different opportunities available by serving full-time on active duty or part-time in the Army Reserve.

Now's the time to begin moving your future career in the right direction. To learn more, or to request a brochure and an application packet, log on to info.goarmy.com/law19. You can also complete and return the enclosed card or call 1-866-330-5500. I'm confident you'll be impressed by the unique opportunities available in the Army JAG Corps Summer Intern Program.

Sincerely,

*ScBlack*
  MG, USA

Scott C. Black
Major General, U.S. Army
The Judge Advocate General

**DEPARTMENT OF THE ARMY**
**OFFICE OF THE JUDGE ADVOCATE GENERAL**
1777 North Kent Street
Suite 5200
Rosslyn, Virginia 22209

*"... I will support and defend the Constitution of the United States against all enemies, foreign and domestic, that I will bear true faith and allegiance to the same ..."*

January 15, 2007

Anthony Bayad
2 Magoun Ave.
Medford, MA 02155-4823

Dear Anthony:

The passage above is from the oath of office taken by every member of the U.S. Army Judge Advocate General's Corps (JAG Corps). It is a renewal of a promise that was first made over 200 years ago: to defend our freedoms and liberties, and to uphold the Rule of Law.

To keep this promise, the JAG Corps recruits men and women who possess the fundamental values of leadership, duty, respect, selfless service, honor, integrity and personal courage. Armed with these values and their legal skills and talents, Judge Advocates provide legal support to more than one million Soldiers and their families.

I would like to take this opportunity to introduce you to our nation's oldest law firm and the men and women who are Soldiers/Attorneys Always.

The JAG Corps has approximately 1,500 Judge Advocates serving on active duty and more than 2,500 Judge Advocates serving part time in the Army National Guard and the Army Reserve. As one of the nation's largest law firms, the JAG Corps has a broad practice area that includes criminal law, administrative law, family law, contract law, tort law, environmental law, international law and operational law.

Judge Advocates practice law in a variety of state, federal and foreign jurisdictions at the trial and appellate levels, and they live and work at U.S. military installations throughout the world. Judge Advocates are trained at the U.S. Army Judge Advocate General's Legal Center and School in Charlottesville, Virginia — the only military law school accredited by the American Bar Association (ABA).

In addition to the outstanding legal experience and training they receive, Judge Advocates enjoy competitive pay, subsidized housing, comprehensive medical and dental benefits, discounted shopping privileges, 30 days of paid vacation annually and a broad retirement plan. However, the most compelling reason to consider serving with the JAG Corps is the chance to work for the best client in the world — the American Soldier.

I invite you to find out more about serving with the JAG Corps by visiting our website: law.goarmy.com. You'll find information on our people and practice, as well as application forms and instructions. Our website also contains a list of Judge Advocates who are authorized to conduct interviews at ABA-accredited law schools. You can also contact my office at 1-866-ARMY-JAG for more information.

I hope you will accept my invitation to learn more about the U.S. Army JAG Corps. We offer an unparalleled opportunity to serve your country, practice law and make a difference.

Sincerely,

Christina E. Ekman
LTC, U.S. Army
Chief, Judge Advocate Recruiting Office

ARN415 287208995  1D4F  AC-JA001

U.S. GOVERNMENT PRINTING OFFICE: 2005 747-310

0000012



**Welcome to JAGCNet**
You are not logged on (Visitor access)
Log-in Now

Search [  ]
in -Select Area-
Advanced



**Welcome to JAGCNet**
JAGC Leadership
Announcements **NEW!**
New JAGCNet Features

**Frequently Used Areas**
**Public Pages**
 US Army Legal Services Agency (USALSA)
 Center for Law and Military Operations (CLAMO)
 JAGC Recruiting (JARO)
 TJAG Legal Center & School (TJAGLCS)
 Personnel (PP&TO)
 FOIA

**Members Only**
 Forums
 JAGC Applications (Software)
 Forms & Publications (e-JAWS)
 JAGC Directory
 LexisNexis
 HotDocs
 What's New on JAGCNet
 Virtual Suggestion Box

**Account Options**
 Request/Update Account

**Other Resources**
 Commonly Requested Links
 Army Knowledge Online
 FirstGov.gov



**Leadership Photos and Biographies**

## The Judge Advocate General
### Major General Scott C. Black



The Judge
Ma
Sc

Major General Scott C. Black grew up traveling the world in a military family. He grac
University with a B.A. degree in Political Science. Following graduation, General Blac
ROTC program as an Armor officer. After three years at Fort Ord, California, he wen
San Diego. General Black also holds an M.S. degree in National Resource Strategy

General Black's first duty assignment as a judge advocate was at Fort Bliss, Texas,
Legal Assistance Branch, as a trial counsel and Chief of the Criminal Law Branch, ar
served in Washington, D.C., as a general law attorney at the Office of The Judge Ad
Assistant Counsel to the President at the White House.

In 1990 General Black was assigned as the Deputy Staff Judge Advocate, 7th Infant
there, he went on to be the Chief, Military and Civil Law Division, United States Army
General Black's next assignment was as the Staff Judge Advocate, 3d Infantry Divisi
Division), United States Army Europe and Seventh Army, Germany.

In July 1996, General Black returned to the United States as the Legislative Counsel
Legislative Division, Office of the Chief of Legislative Liaison, Office of the Secretary
served as Chief, Personnel, Plans, and Training Office and later as the Staff Judge A
Army Europe and Seventh Army. From 2001-2003 General Black served as the Assi
Military Law and Operations, and from 2003-2005 as the Commanding General and