UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

    *Plaintiff*,

v.                                                                                             CIVIL ACTION NO. 05-11005-PBS

CISCO SYSTEMS, INC., et al.,

    *Defendants*.

## DEFENDANTS' MOTION TO STRIKE NOTICE OF SUBPOENA

Plaintiff Anthony Bayad has filed a copy of a newspaper article from the Fort Lauderdale Sun Sentinel dated June 27, 1997 (the "Article"). See Docket Entry 101, Ex. 1. The Defendants request that the Court strike the Article for two reasons. *First*, it is inadmissible hearsay. See Horta v. Sullivan, 4 F.3d 2, 8-9 (1st Cir. 1993) (newspaper article is hearsay inadmissible for summary judgment purposes). *Second*, the Article is irrelevant. It recounts the allegations of a 1997 lawsuit filed by Bayad against employees of Lucent Technologies, Inc. ("Lucent") who are not party to this suit. This Court has already dismissed those portions of the Complaint relating to Bayad's employment at

Lucent during the 1990s.  See Order re:  Motion to Dismiss ¶¶ 1-2, Docket Entry #31.

The Court should accordingly strike the Article.

>Respectfully submitted,
>
>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DECAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE
>
>By their attorneys,
>
>/s/ Matthew Iverson
>Bruce E. Falby (BBO #544143)
>Matthew Iverson (BBO #653880)
>DLA PIPER US LLP
>33 Arch Street, 26th Floor
>Boston, MA  02110-1447
>(617) 406-6000 (*telephone*)
>(617) 406-6100 (*fax*)

Dated:  March 28, 2007

**CERTIFICATE OF SERVICE**

I, Matthew Iverson, certify that on March 28, 2007, I served this document upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express.

>/s/ Matthew Iverson