ANTHONY BAYAD
2 MAGOUN EVENUE
MEDFORD, MA 02155
(781) 704 -8982

Date March 26, 2007

U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA   02210

Ref:   Case No. 05-11005PBS

Dear Christine Patch, Docket Clerk:

    I would like to take the opportunity to thank you for your help and your service in the above case number. My  reason for this correspondence is I am asking you if you could  send me my docket Entry(s) # -  for the case No. 05-11005 PBS, to enable me to review all the recent activities docketed after the court entry of motion [33] terminated. Also, I like to let you know that I have filed 4 documents on March 14, 2007 and I have send the same documents to the Defendants' attorneys Bruce Falby et,al. I just wat to make sure you have received them because my record shows you have received them ( Motion for   final judgment for the plaintiff and deposition transcript and the news paper.)

Again, could you please send me the Docket Entry(s) for my case. Thank you for your help.

Thank you,

Anthony Bayad, the plaintiff