# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | CASE NO. 05-11005PBS |
| BUCE BASTIAN; KATE DCAMP ) | |
| LYNN FRASER;CELIA HARPER-GUERRA; ) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| Defendants, ) | |

**SUPPLEMENT FILING OF DOCUMENT OF DEFENDANT CISCO SYSTEMS REQUESTING PLAINTIFF BAYAD ' RACE AND GENDER BEFORE HIRED –CLASSIFICATION OF RACE – UNCONSTITUTIONAL-SEE CONSTITUTIONAL LAW-**

Plaintiff Bayad, I, file the attached "Cisco Document" provided to me by Cisco Systems, Human Resources, during my pre-employment phase of my application with Cisco Systems. Upon reviewing the Cisco Business Code of Ethics and Defendant Celia Harper Guerra under Oath testimony docket Entry # 103, she admitted that it is alright to discriminate and to classify me , I the plaintiff, because I am a Moroccan, but it is against the law to classify other American people during their prescreening of their application of employment based on their race and gender before hiring them . Therefore, respectfully this court has duty toexamine such illegal activity that is being promoted by Cisco Systems and defended by Bruce Fralby et, al., the Attorneys of DLA Piper Rudnick Gray Carry.

See Exhibit Attached hereto .

**Wherefore,** Plaintiff Anthony Bayad ("I") demands that this court: See Complaint

1

Docket # 1 page 36-37, the relief requested.

(a) declare the defendants' conduct to be in violation of my rights;

(b) enjoin defendants from engaging in such conduct in the future;

(c) award me back pay and benefits (with interest) that have accrued to date;

(d) award me front pay until normal retirement age as I am 39 years old;

(e) award me compensatory damages of $ 10,000,000.000 or more for emotional distress, mental anguish, and loss of enjoyment of life and the disparate treatment, and discrimination and false imprisonment that I suffered at the hand of the defendants;

(f) award me compensatory damages of $2, 000,000.000 for interfering with my Civil Rights, conspiring to restrict me from equal rights and benefits, and for defaming and destroying my life, and blocking me for working and conducting my business;

(g) Award my damages of $3, 000,000.000 or more for defamation and damage to my business and my career and my health, my reputation, injury to my character and to my credit standing;

(h) Award me punitive damages in the amount of $20, 000, 000. 000 or more;

(i) Award me costs and legal fees;

(j) Grant me such other relief as the court may deem just proper.

For the following count(s):

**PUNITIVE DAMAGES ( Published by Dla Piper Rudnick Gray Carry 'official web site)**

• "The record are clear that federal race discrimination claims brought under Title 42 Section 1981 as well as claims brought under numerous state laws are not subject to **any limits**, A recent unpublished opinion in the Fourth Circuit Court of Appeals, *White v. BFI Waste Services, LLC* (No. 05-1804, 4th Cir. May 23, 2006), serves as a pointed, when the jury in *White* found that defendant BFI's supervisors subjected two African-American

plaintiffs to a racially hostile work environment for over **ten years** and awarded the plaintiffs $4 million in punitive damages on top of $1.2 million in compensatory damages. And Several recent cases illustrate just how costly discrimination and harassment punitive damages can be; also In *Issa v. Roadway Package Sys.*, a California jury awarded two FedEx drivers $50 million in punitive damages after finding that a manager subjected the two drivers to ethnic harassment and ridicule during their two years of employment at FedEx (June 2, 2006). See In *Zubulake v. UBS Warburg*, a federal jury in New York awarded a single plaintiff over $20 million in punitive damages on her gender discrimination claims (April 6, 2005). . . . etc"

1.  **COUNT I RACE DISCRIMINATION**

    Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

2.  **COUNT III CLASSIFICATION OF RACE – CISCO-NO-HIRE-LIST**

    Respectfully, Plaintiff request relief on Count III ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

3.  **COUNT VI BREACH OF ORAL CONTACT AND CONTRACTUAL OF OBLIGATION**

    Respectfully, Plaintiff request relief on Count VI ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

4.  **COUNT VIII CONSPIRACY**

    Respectfully, Plaintiff request relief on Count VIII ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision

without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

5.     **COUNT IX FALSE IMPRISONMENT**

Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

6.     **RETALIATION ( NOT MASSACHUSETTS LAW )**

Respectfully, Plaintiff request relief on Count ( Retaliation record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

**As the court deems and proper or tier of fact or by jury . (See Docket Entry #1, in support)**

4

## CERTIFICATION OF SERVICE

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, First class - U.S. Mail on March 30, 2007.

Respectfully submitted
._____.
Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

**Anthony Bayad**

From: Cisco Systems [vsid@cisco.com]
Sent: Wednesday, December 03, 2003 6:01 PM
To: Anthony Bayad
Subject: Cisco Systems :: Voluntary Self Identification

*[handwritten: race & gender]*

Dear Anthony,

To assist Cisco Systems, Inc. in collecting government required candidate EEO information, please go to the website address listed below. Once there, enter your e-mail address in the e-mail address field, this will be used to identify you. Then enter the unique password (included below). Submit the information, and you will be logged on to a Voluntary Self Identification form. Once you have logged in, please complete and submit the form.

*[handwritten: upon loging they requested me to enter my race & gender]*

Web Address:

https://ows01.hireright.com/oseserv/entry?entry=eeoc_application

Login: abayad@gicamerica.com

Password: cca3b7cd

Submission of this information is strictly voluntary and you may choose to decline to state your race and gender once you are logged on to the form. Refusal to complete this information will not subject any applicant or employee to adverse treatment.
You may receive more than one request for this information if you have been considered for multiple requisitions. Despite the inconvenience, we do ask that you complete the information for each request you receive.

The information you provide will be maintained in a confidential file and will be used only for US government data reporting requirements. This information will not be used in consideration for your employment.
If you have any questions in completing the online form, please contact HireRight customer service at (800) 400-2761 between 7 a.m. and 5 p.m. Pacific Standard Time.

Thank You,

Cisco Systems, Inc.

**Anthony Bayad**

| | |
|---|---|
| **From:** | Cisco Systems [vsid@cisco.com] |
| **Sent:** | Wednesday, January 28, 2004 6:23 PM |
| **To:** | Anthony Bayad |
| **Subject:** | Cisco Systems :: Voluntary Self Identification |

Dear Anthony,

You are receiving this email because you were recently considered for an open position at Cisco Systems, Inc. Because Cisco does business with the US federal government, we are required to report on all applicants considered for open positions. Cisco has engaged HireRight, Inc. to assist in collecting government required candidate EEO information. Please go to the HireRight website address listed below. Once there, enter the login and unique password (included below). Submit the information, and you will be logged on to a Voluntary Self Identification form. Once you have logged in, please complete and submit the form.

Web Address:

https://ows01.hireright.com/oseserv/entry?entry=eeoc_application

Login: abayad@gicamerica.com

Password: b8aee9a4

Submission of this information is strictly voluntary and you may choose to decline to state your race and gender once you are logged on to the form. Refusal to complete this information will not subject any applicant or employee to adverse treatment.
You may receive more than one request for this information if you have been considered for multiple requisitions. Despite the inconvenience, we do ask that you complete the information for each request you receive.

The information you provide will be maintained in a confidential file and will be used only for US government data reporting requirements. This information will not be used in consideration for your employment.
If you have any questions in completing the online form, please contact HireRight customer service at (800) 400-2761 between 7 a.m. and 5 p.m. Pacific Standard Time.

Thank You,

Cisco Systems, Inc.



**Voluntary Self Identification**

### Cisco Systems :: Login

Cisco system is required to collect EEO information about candidates who are considered for open positions within the company. You have the right to decline to disclose the required information if you desire. If there has been no activity on your candidate information in 60 days, it will be removed from our database. If you would like to delete your Voluntary Self ID from our database, please send e-mail to resume@hireright.com and type Delete from Database into the subject line of your e-mail message.

Please refer to our privacy policy if you have any questions about how your information will be used.

User Name: ☐

Password: ☐

Forgot your password? Click here.

**Sign In**

Copyright © 2003 HireRight, Inc. All Rights Reserved.
Privacy/Security

POWERED BY HireRight