# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff , ) | **CIVIL ACTION** |
| ) | |
| ) | **CASE NO. 05-11005PBS** |
| BUCE BASTIAN; KATE DCAMP ) | |
| LYNN FRASER;CELIA HARPER-GUERRA; ) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| Defendants, ) | |

**SUPPLEMENT FILING OF COMPLAINT LETTER OF DISCRIMINATION AGAINST TONY SAVASTANO WHO POSTED MY NAME IN THE CISCO-NO-HIRE-LIST – DEFENDANT CELIA HARPER GUERRA THE OFFICIAL ADMINISTRATOR OF SUCH DISCRIMINATORY LIST.**

Anthony Bayad, I the plaintiff filed an official complaint in a letter format and I filed it with defendant Cisco systems Human Resources – also its Executives of such company Cisco and I used the open door policy that Celia Harper admitted that Cisco encourage its employees as I to complaint about discrimination and retaliation. I use such open Cisco door policy and I complaint about discrimination and retaliation and about Tony Savastano who posted my name in the Cisco- No- Hire-List and I made a ware that Tony Savatano has discriminated against me once again- one time at Lucent Technologies and now Cisco Systems. Therefore, this court has duty to review such letter and it content and it support and it will conclude that what this individual Tony Savastano has done to me is outrageous and justice must be served. God bless.

See Exhibits Attached hereto .

**Wherefore,** Plaintiff Anthony Bayad ("I") demands that this court: See Complaint

1

Docket # 1 page 36-37, the relief requested.

(a) declare the defendants' conduct to be in violation of my rights;

(b) enjoin defendants from engaging in such conduct in the future;

(c) award me back pay and benefits (with interest) that have accrued to date;

(d) award me front pay until normal retirement age as I am 39 years old;

(e) award me compensatory damages of $ 10,000,000.000 or more for emotional distress, mental anguish, and loss of enjoyment of life and the disparate treatment, and discrimination and false imprisonment that I suffered at the hand of the defendants;

(f) award me compensatory damages of $2, 000,000.000 for interfering with my Civil Rights, conspiring to restrict me from equal rights and benefits, and for defaming and destroying my life, and blocking me for working and conducting my business;

(g) Award my damages of $3, 000,000.000 or more for defamation and damage to my business and my career and my health, my reputation, injury to my character and to my credit standing;

(h) Award me punitive damages in the amount of $20, 000, 000. 000 or more;

(i) Award me costs and legal fees;

(j) Grant me such other relief as the court may deem just proper.

For the following count(s):

# PUNITIVE DAMAGES ( Published by Dla Piper Rudnick Gray Carry 'official web site)

- "The record are clear that federal race discrimination claims brought under Title 42 Section 1981 as well as claims brought under numerous state laws are not subject to **any limits**, A recent unpublished opinion in the Fourth Circuit Court of Appeals, *White v. BFI Waste Services, LLC* (No. 05-1804, 4th Cir. May 23, 2006), serves as a pointed, when the jury in *White* found that defendant BFI's supervisors subjected two African-American

2

plaintiffs to a racially hostile work environment for over **ten years** and awarded the plaintiffs $4 million in punitive damages on top of $1.2 million in compensatory damages. And Several recent cases illustrate just how costly discrimination and harassment punitive damages can be; also In *Issa v. Roadway Package Sys.*, a California jury awarded two FedEx drivers $50 million in punitive damages after finding that a manager subjected the two drivers to ethnic harassment and ridicule during their two years of employment at FedEx (June 2, 2006). See In *Zubulake v. UBS Warburg*, a federal jury in New York awarded a single plaintiff over $20 million in punitive damages on her gender discrimination claims (April 6, 2005). . . . etc"

1. **COUNT I RACE DISCRIMINATION**

   Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

2. **COUNT III CLASSIFICATION OF RACE – CISCO-NO-HIRE-LIST**

   Respectfully, Plaintiff request relief on Count III ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

3. **COUNT VI BREACH OF ORAL CONTACT AND CONTRACTUAL OF OBLIGATION**

   Respectfully, Plaintiff request relief on Count VI ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

4. **COUNT VIII CONSPIRACY**

   Respectfully, Plaintiff request relief on Count VIII ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision

without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

5. **COUNT IX FALSE IMPRISONMENT**

Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

6. **RETALIATION ( NOT MASSACHUSETTS LAW )**

Respectfully, Plaintiff request relief on Count ( Retaliation record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

**As the court deems and proper or tier of fact or by jury .** (See Docket Entry #1, in support)

**CERTIFICATION OF SERVICE**

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, First class - U.S. Mail on March 30, 2007.

Respectfully submitted

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155


Cisco Systems

November 29, 2000

President/CEO Mr. John T. Chambers
300 East Tasman Drive
San Jose, CA 95134

Mr. Richard J. Justice
Senior Vice President of Int'l Sales
300 East Tasman Drive
San Jose, CA 95134

SUBJECT: Employment Discrimination and Retaliation by Anthony Savastano Director of Finance

Dear Mr. Chambers and Mr. Justice:

I would like to bring to your attention that Anthony Savastano has acted discriminatory against me once again, by placing my name in **Cisco No-Hire policy List** On about November 3, 2000, I was offered an opportunity with Cisco Group of Middle East & Africa - France, to become a System Engineer for North Africa Region. Mr. Chambers and Mr. Justice, as you already know, I spent a considerable time being interviewed over the phone by Managers of Cisco Europe, before I was invited for one- to- one interviews and before Cisco Europe decided to proceed with an expenditure over 10,000.00 dollars on my travel air fare and accommodation, and for the time and effort spent by Cisco Directors, managers, engineers, and myself in the last phase of this hiring selection process. The three set of interviews were very expensive as they were conducted in United Arab Emirate (Dubai) the second one in France (Paris), and the third and last interview in England London. The interviews went very well and I was offered a verbal offer by all the managers. Their pick was Adjusted because of my strong technical background and my ability to speak Arabic, English, French, and the North African dialect, and it is good business decision for Cisco.

**Cisco Systems**

Upon my returned to the state, I was told by Arab employees, who referred me for the position at Cisco Group of Middle East & Africa- France, the decision regarding my employment with them is standing at Corporate and that my name is placed in No- Hire List. I also communicated with **Celia Harper-Guerra and Alyssa Vanga** regarding the **No-Hire List**, who advised me that it was out of their hand and it was the authority of Cisco corporate Director **Anthony Savastano** who has placed my name in **No-Hire List**.

Mr. Chambers and Mr. Justice, I ask you earnestly that your attention in this matter is a critical and an immediate action must take place, to clean my name from this No-Hire list, and a proper action must be also taken against Director of Sales Anthony Savastano and to keep him from racially interfering with my employment at Cisco, as you already know I am a very technically competent and a very hard working person. I am only trying to bring food to my family table and support them, as my personal Cisco Performance and reviews will show you.

Also, I assure you this correspondence is confidential and I am not looking to file a complaint with the Equal Employment Opportunity Commissions nor the Human right Divisions nor whishing to get involve in trouble with Cisco nor with any Cisco Managers and this include Anthony Savastano. I am only following your open Policy in reporting to you and to Human Resources Mrs. Kate Dcamp of this unfair treatment of employment discrimination and retaliation by Cisco Director and former Lucent Executive and former Boss of mine Anthony Savastano.

Sincerely yours,

Anthony Bayad

Cc: V.P Human Resources KATE DCAMP

To ~~David~~ Huskey ~~Jr.~~



**Lucent Technologies**
Bell Labs Innovations

Lucent Technologies Inc.
Business Communications Systems
8545 126th Avenue North
Largo, Fl. 34649

January 24th, 1997

Mr. Anthony Bayad
2900 NE. 30th, Apt 7F
Fort Lauderdale, Fl. 33306

Dear Mr. Bayad,

I have reviewed the information from the security investigation regarding the purchase of two airline tickets from Morocco to Miami. This is a serious violations of the Lucent Technologies Code of Conduct, misusing the Corporate American Express Card for personal expenses.

This is to notify you that your employment is terminated immediately as a result of your violation of the Lucent Technologies Code of Conduct.

Please call Tony Savastano to make an appointment to retrieve any personal items at the Ft. Lauderdale office.

Tony Savastano
General Manager

*Lucent Technologies-Formerly the Communications Systems and Technology Units of AT&T*  ≋ AT&T

Cisco Directory Quick Search                                Page 1 of 1





**Tony Savastano**   vCard    Reporting Chain  9 Direct Reports



### Contact Information

| | | | |
|---|---|---|---|
| Userid | tsavasta | Mail Stop | SJC10/5/1 |
| Telephone | 408 526-6908 | Street Address | 300 East Tasman Drive |
| Voice Mail | 526 6908 | City | San Jose |
| Fax Number | 408-853-3607 | State | CALIFORNIA |
| Mobile Number | | Country | United States |
| Pager Number | | Zip | 95134 |
| Epage | Epage tsavasta | Personal URL | 2nd Ofc Bldg 2/3 Ofc#327 |
| Building | SJ-10 | Group URL | Admin Support: Patty Obillo x:64725 |
| Floor | 5 | Local Time (24 hr) | Wed 16: 18: 36 UTC-8 |
| Cube Number | 558 | Worktype | TRADITIONAL |

### Organizational Information

| | | | |
|---|---|---|---|
| Title | VP, Finance | Group | CA Finance |
| Manager | Dennis Powell (depowell) | Department Number | 020070983 |
| Employee Type | Regular | Cisco ID Number | 72444 |

**Cisco Systems, Inc. Internal Use Only**

To find the appropriate place to send data update requests and comments about the application please see the help page
Last Modified on Wed Nov 12 16:18:26 2003

5