# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | CASE NO. 05-11005PBS |
| BUCE BASTIAN; KATE DCAMP ) | |
| LYNN FRASER;CELIA HARPER-GUERRA; ) | |
| RICK JUSTICE; CISCO SYSTEMS INC. ) | |
| Defendants, ) | |

## SUPPLEMENT FILING OF PLAINTIFF BAYAD ' OUTSTANDING CISCO ANNUAL JOB REVIEW PREPARED AND SIGNED BY DEFENDANT LYNN FRASER CISCO MANAGER AND HER CISCO DIRECT DIRECTOR SYNGAM SHOEMAKER

Anthony Bayad, I the plaintiff file my annual Cisco Systems job review, where I performed outstanding during my entire employment at Cisco Systems and I was Graded X and it mean Employee performed clearly in an exceptional manner in all area, and the Deposition of Celia Harper Guerra, Docket Entry #103, where she admit that such review Cisco Human Resources and Cisco takes it very serious, and admitted under oath that I performed in an exceptional matter in all area during my employment at Cisco and I passed the CCIE EXAM and I coach my team and Customer Satisfaction I got 4.9 out or 5.0 and I was rated Excellent, letter E on page 7 of such job review describe letter X as Excellent. Therefore this court has duty to review such Annual review of my job performance review during my employment at Cisco Systems and will conclude that Discrimination has occurred, because of Tony Savastano and Carl Wiese, EX managers of Lucent Technologies and now Cisco Systems. Retaliation claims Title VII Section

1

703 and 704 ( prohibit retaliation) and Title 1981 and 1985 race discrimination.

See Exhibits Attached hereto .

**Wherefore**, Plaintiff Anthony Bayad ("I") demands that this court: See Complaint Docket # 1 page 36-37, the relief requested.

- (a) declare the defendants' conduct to be in violation of my rights;

- (b) enjoin defendants from engaging in such conduct in the future;

- (c) award me back pay and benefits (with interest) that have accrued to date;

- (d) award me front pay until normal retirement age as I am 39 years old;

- (e) award me compensatory damages of $ 10,000,000.000 or more for emotional distress, mental anguish, and loss of enjoyment of life and the disparate treatment, and discrimination and false imprisonment that I suffered at the hand of the defendants;

- (f) award me compensatory damages of $2, 000,000.000 for interfering with my Civil Rights, conspiring to restrict me from equal rights and benefits, and for defaming and destroying my life, and blocking me for working and conducting my business;

- (g) Award my damages of $3, 000,000.000 or more for defamation and damage to my business and my career and my health, my reputation, injury to my character and to my credit standing;

- (h) Award me punitive damages in the amount of $20, 000, 000. 000 or more;

- (i) Award me costs and legal fees;

- (j) Grant me such other relief as the court may deem just proper.

For the following count(s):

**PUNITIVE DAMAGES** ( Published by Dla Piper Rudnick Gray Carry 'official web site)

- "The record are clear that federal race discrimination claims brought under Title 42 Section 1981 as well as claims brought under numerous state laws are not subject to **any limits**, A recent unpublished opinion in the Fourth Circuit Court of Appeals, *White v. BFI Waste Services, LLC* (No. 05-1804, 4th Cir. May 23, 2006), serves as a pointed, when the jury in *White* found that defendant BFI's supervisors subjected two African-American plaintiffs to a racially hostile work environment for over **ten years** and awarded the plaintiffs **$4 million** in punitive damages on top of $1.2 million in compensatory damages. And Several recent cases illustrate just how costly discrimination and harassment punitive damages can be;  also  In *Issa v. Roadway Package Sys.*, a California jury awarded two FedEx drivers $50 million in punitive damages after finding that a manager subjected the two **drivers to ethnic harassment** and ridicule during their two years of employment at FedEx (June 2, 2006).  See In *Zubulake v. UBS Warburg*, a federal jury in New York awarded a single plaintiff over $20 million in punitive damages on her gender discrimination claims (April 6, 2005). . . . etc"

1. **COUNT I RACE DISCRIMINATION**

    Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

2. **COUNT III CLASSIFICATION OF RACE – CISCO-NO-HIRE-LIST**

    Respectfully, Plaintiff request relief on Count III ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

3. **COUNT VI BREACH OF ORAL CONTACT AND CONTRACTUAL OF OBLIGATION**

    Respectfully, Plaintiff request relief on Count VI ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

4. **COUNT VIII CONSPIRACY**

Respectfully, Plaintiff request relief on Count VIII ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

5. **COUNT IX FALSE IMPRISONMENT**

Respectfully, Plaintiff request relief on Count I ( Race Discrimination) record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

6. **RETALIATION ( NOT MASSACHUSETTS LAW )**

Respectfully, Plaintiff request relief on Count ( Retaliation record contains direct evidence exist supporting such claim, is evidence that established the existence of discriminatory intend behind the employment decision without the inference or the presumption. see *Santiago-Ramos vs. Centennial P.R. Wireless Corp.*, 217 F. 3d 46, 56 ( 1st Cir.)

**As the court deems and proper or tier of fact or by jury**. (See Docket Entry #1, in support)

**CERTIFICATION OF SERVICE**

I, Anthony Bayad, certify that I caused this document to be served upon Attorney Bruce Falby, Dla Piper Rudnick Gray Cray Carry, 33 Arch Street, 26 th, Boston, MA 02110, First class - U.S. Mail on March 30, 2007.

Respectfully Submitted

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

4



# INDIVIDUAL CONTRIBUTOR
## Performance Review & Development Plan

Employee completes white sections ☐     Manager completes shaded sections ☐

See the Performance Management Website at http://wwwin.cisco.com/HR/review for more information on the Cisco performance review process as well as writing and discussing reviews.

| Name: Anthony Bayad | Position: Project Engineer | EE Number: 73799 |
|---|---|---|
| Manager: Lynn Fraser | Date: 02/28/01 | Performance Period: 05/01/00 - 01/31/01 |

## REVIEW: Past Performance Period

*X = excellent*

### Part I: Initiatives and Results for Past Performance Period

List your Key Performance Initiatives (3 to 7) for the past 12 months (in order of priority) and summarize your results. Sales employees: list your MBOs for the past year. See http://wwwin.cisco.com/HR/review/initiatives.html for more information on writing initiatives.

| Initiatives/Results | Rating |
|---|---|
| Initiative: Maintain Customer Satisfaction score of 4.6.<br>Result: Received Customer Sat Score of 4.9 on QWEST Project. | X |
| Initiative: Achieve high level of expertise on AVVID Products and Technologies.<br>Result: Constantly continuing to achieve a high level of expertise on AVVID products and technologies. Attended the AVVID BOOTCAMP and participated in the internal AVVID deployment for the NY Pen plaza Office. Also, constant hands on with the Call Manager, the 6500 Catalyst, and the 2600 Cisco products. Other mean of Keeping up with the Technology is reading the material and practice in the Lab ( Utilization of the Chicago Lab and Lexington Lab) . | E |
| Initiative: Schedule and pass the CCIE Lab Exam.<br>Result: Took courses recommended by Cisco CCIEE CANDIDATE ( ADVANCE OSPF/BGP,CCIE BOOTCAMP PREP) , and studied extensively both by reading and working in the Lexington Lab to prepare for the CCIE Lab exam. This enabled me to learn the Cisco product line and master the Cisco IOS. Received a good score average (confidential I signed an agreement with Cisco), and made it through to the second day of the exam the first time. It is very rare for someone to pass the exam the first time, but I feel I made great progress towards being able to pass it in May, 2001. | E |
| Initiative: Schedule and complete training to enhance writing skills<br>Result: As an immigrant and English is my third language I am always working on enhancing my writing skill. I was also coached by my Manager to attend a Cisco writing class in Chelmsford. I am always working on building a better skill for tomorrow in order to meet the expectation set forth. | E- |

Case 1:05-cv-11005-WGY    Document 114-2    Filed 04/02/2007    Page 2 of 7



| | |
|---|---|
| Initiative: Work with other Engineers (Team members, SE, Partners) to develop Consultative Engineering skills | E |
| Result:  I am able to support any accounts in the Field in a short period of time. I am constantly keeping ahead of the learning curve to become more billable for my organization. I am also assisting my coworkers to achieve the same level of expertise. I have developed the quality of leadership to better support our Customers, our Team and Cisco in general. I am always volunteering to help out other groups in order to increase my utilization within my organizations including Cisco (QWEST Project worked for 89 billable Hours within 6 days period). Taking the time to help my team members to achieve high level of expertise in the domain of LAN/WAN ( Bob Tracey and Rick Bates) . Contributing of knowledge transfer among our team to minimize outsourcing and save money on training. Participate with Sr Cisco veterans by always asking question to increase the level and the experience of being a better consultant for my team and my organization. A constant coaching by my Manager and my group leader. | |
| I was given a positive feedback by the project Manager and the customer for Qwest project when the project was done  ( sat 4.9). | |

**Manager Evaluation (summary input required):**

- I received positive feedback regarding Anthony's participation on the Qwest Project. They were very appreciative of his support and dedication to the effort.
- Anthony is constantly seeking training opportunities to enhance his technical skill-sets on AVVID. He doesn't hesitate to jump into a project and obtain the hands-on experience whenever the opportunity presents itself.
- Anthony is working very hard to pass the LAN CCIE Lab exam. He works long hours studying, both by reading and working with the equipment in the Lexington Lab. I have no doubt that he is working very hard to pass the exam.
- Anthony has not yet taken the recommended course(s) to improve his writing skills. I realize that Anthony is very busy studying for the CCIE exam, but writing is a major component of the Consultative Engineering job.
- We are able to assign Anthony to any opportunity requiring consultative engineering skill-sets. However, he has not had an opportunity to act as a Lead Engineer since joining Cisco. I will be better able to gauge Anthony's results once is assigned a project in which he must perform as Lead Engineer. I would also like to see him improve his writing skills, because again, documentation can be a major component on a project.

03/19/01/Anthony Bayad_Performance Review_April 2001_03142001_results.doc    2

## Part II: Success Factors for Past Performance Period

Select the 3-5 Success Factors most important to the achievement of the Initiatives above. Describe how you used the success factors to accomplish the Initiatives. Be sure to provide a balance perspective – showing strengths as well areas for improvement. See http://wwwin.cisco.com/HR/review/sfactors.html for more information on Cisco Success Factors

| Success Factors | Results | Rating |
|---|---|---|
| Dedication to Customer's | Positive Feedback for QWEST COM Customer and Project Managers Sat of 4.9. | X |
| Solve problems and make decisions | Contributed to more billable hours. Customer satisfaction. Presenting the team and given the Customer the best service. Sat of 4.9 (Qwest Project) Taking initiatives by helping our Eco Systems toward success By helping them do well. | E |
| Drive revenue, drive success, and productivity | Volunteering to help out ( Working on CCIE to become more billable, QWest project, IGX for Robert Stevens bank, possible 6 month Post office project in Washington) | E |
| Teamwork | Knowledge transfer to my team (PE) by intensive coaching and mentoring. | X |
| Technical Knowledge | Passed the CCIE written test and preparing for CCIE Lab scheduled May 30th 2001. | E |
| Business Knowledge | Every day becoming more and more efficient at it with the help of my Manager, my team and my team Lead. | E |

**Manager Evaluation (input required):**

- Anthony is very dedicated to Customer satisfaction. He works hard and is very conscientious.
- Anthony has been mentoring a former Stratacom Engineer who is working hard to cross-train on LAN technologies. Anthony has been an integral part of the Engineer's success, who is constantly giving me positive feedback on Anthony's mentoring and reasoning capabilities. He is also very impressed with Anthony's technical capabilities.
- Anthony is clearly a Team player. He is very supportive of his Team, and encourages other's success.
- I would like to see Anthony gain a better understanding of the Team's goals and objectives. I realize he is putting all his efforts on passing the CCIE exam, but I think this would increase his overall contribution to the Team. Technical expertise is very important for an Engineer, but they also need to be able to correctly handle the day-to-day Team requirements as well. Anthony has not always been as successful at this, but is working to improve.

Page

## Part III: Development for Past Performance Period

List growth areas you have worked on this year. ISO 9001 requires this section to link to last year's Short Term Development Plan in the review. Please refer to last year's review, if available, to identify what development you committed to and completed for the year (including training). For skill development acquired through training, you can access your training record via the Cisco E-Learning Connection (http://cln/e-learn Click: "Cisco Learning History", Check "Completed Offerings", Click "View"). If you experienced a job change or role change, explain in "Notes" why last year's plan was not completed. If you intend to complete last year's plan over the next 12 months, specify this in Part V: Development Plan for Next Performance Period.

| Development | Specific Activities Completed | Date |
|---|---|---|
| • All intellectual properties development During my employment with Cisco Systems | Cisco Voice over IP, Frame Relay, ATM, PPP | 05/00 |
|  | Troubleshooting Cisco IOS | 07/00 |
|  | Advance OSPF/BGP Design and implementation in large Cisco networks | 08/00 |
|  | Completed the Cisco internal AVVID deployment. | 09/00 |
|  | Team hands on lab with Call Manager (Chicago) | 10/00 |
|  | Completed the AVVID Boot Camp | 11/00 |
|  | Lab hands on AVVID products (Lexington) | open |
|  | CCIE LAB Prep | 01/01 |
| • CCIE written Test | Completed | 10/00 |
| • CCIE Lab preperation | Completed | 02.01 |
| • Mastering the Cisco IOS | Intensive reading and hands on in the Lab | 02/01 |
| • Knowledge transfer to the team | Coaching team member by providing internal Classes and hand How to make | 12/01 |

**Notes:**

**Manager Comments:**
• Anthony has completed several courses in pursuit of the LAN CCIE certification. He has also started training in order to support AVVID engagements.
• Again, Anthony is dedicated to studying and passing the LAN CCIE.


*Completed CCIE*

# *PLAN:* Next Performance Period

## Part IV: Initiatives for Next Performance Period

Write proposed initiatives; discuss with your manager during the performance discussion. Sales employees: write your MBOs for the next 12 months. For more information on writing initiatives, see http://wwwin.cisco.com/HR/review/initiatives.html

| Initiatives |
|---|
| Maintain an average customer satisfaction score of 4.6 for assigned projects. |
| Maintain effective utilization. |
| Meet Personal Project Commitments. |
| Attain LAN CCIE Certification. |
| Become proficient in Major/Minor technology choice (Optical, Security, voice over IP products). |
| Keep up with the rapid changes in the Cisco technologies and the E-commerce applications business. |

## Part V: Development Plan for Next Performance Period

Cisco is committed to the ongoing development of its workforce. Indeed, **ISO 9001 requires** that all employees engage in development. Complete and discuss your short term development plan with your manager <u>for the next review period</u> during the performance discussion.

- Consider how you can be more effective in your <u>current position</u>, your <u>initiatives</u> for the next performance period, the critical <u>success factors</u> needed to effectively complete those initiatives, areas requiring improvement, opportunities for growth, and any learning priorities. Also consider any business needs and trends that may influence the nature of your work.
- Discuss your goals and reach agreement on a development plan that includes specific activities and target dates. Document your development plan below. **Important: revisit your plan each quarter to monitor progress and to ensure effective ongoing development**. See http://wwwin.cisco.com/HR/review/devplan.html for more information on creating development plans.

| **Development** | **Specific Activities** | **Target Dates:** |
|---|---|---|
| SKILL/SUCCESS FACTORS TO FOCUS IN SUPPORT OF MY DEVELOPMENT AND MY CUSTOMERS | INCLUDE ON-THE-JOB ENRICHMENT ACTIVITIES (SPECIAL PROJECTS, LEADING A TEAM, ETC..), MENTORING, NETWORKING, READING, PROFESSIONAL ASSOCIATIONS, CROSS-FUNCTIONAL ASSIGNMENTS, INFORMATIONAL INTERVIEWS, OR EDUCATION/TRAINING | |
| Technical Knowledge | Continue building upon current knowledge base, via self-study, OJT and course training, to be able to take/pass CCIE Lab exam. | 05/01 |
| Innovation & Learning | Become proficient in Major/Minor new technology choice (AVVID, OPTICAL AND SECURITY). Focus on voice by becoming involved with AVVID projects. Also, seek out no-cost/low-cost training opportunities and alternatives in pursuit of other certifications such as the CCIE Design certification. | 12/01 |
| Business Knowledge | Attend business-related courses such as effective writing, effective hiring, public speaking, etc. | 12/01 |
| Teamwork | Continuing cross-training Team. Become more involved in project-related activities to assist my Area with achieving common and project related goals. | On-Going |

**Manager Comments (optional):**
- The above success factors will assist Anthony in achieving his development plan.
- I would like to see Anthony focus on more business related training to enhance his consultative Engineering skill-sets such as effective writing, public speaking, leadership courses, etc.

## Part VI: Performance Summary & Rating

**Manager Summary (input required):**

Anthony has been successful at meeting his performance objectives for this performance period. Anthony's key strengths are his technical expertise and mentoring capabilities. He is always willing to do whatever it takes in order for the Team to be successful. I would suggest that he round out his skill-sets with more business related training, as mentioned above.

*Manager, please rate the employee using the following criteria:*
- **X**    Employee clearly performs in an "exceptional" manner in all areas
- **E**    Employee is successful; meets or exceeds all key performance expectations
- **N**    Employee needs improvement in one or more key performance areas

**Overall Rating: E**

## Part VII: Employee Comments *(Optional following performance review meeting)*

## Part VIII: Signatures

I have read and discussed this performance review and development plan with my manager.

| | | |
|---|---|---|
| Employee: | [signature] | Date: 4/10/01 |
| Manager: | [signature] | Date: 3-19-01 |
| Next Level: | Sigmund Shoemaker | Date: 3-26-01 |
| Other: | | Date: |