```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ANTHONY BAYAD,<br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11005-PBS<br>)<br>)<br>)<br>) |

### ORDER OF RECUSAL

April 5, 2007

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. §455(a), I recuse myself from hearing this action.

                                       **S/PATTI B. SARIS**
                                       United States District Judge