IN THE UNITED STATES DISTRICT <u>COURT</u>
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD | ) |
| | ) |
| v. | )     **CASE No. 05-CV-11005PBS** |
| | ) |
| Bruce Bastian; Kate Dcamp; | ) |
| Lynn Fraser;Celia Harper Guerra; | ) Magistrate Judge Marianna B. Bowler |
| Rick Justice; Cisco Systems Inc. | ) and DLA Piper Rudnick Gray Carry, Law |
| |     Law Firm Presiding and not Hon. Patti B. Sarris |

**NOTICE OF COMPLAINT TO**:      Hon. Russell D. Feingold, WI
    506 Hart Senate Office Building
    Washington, DC 20510-4904
    (202) 224-5323
    TDD (202) 224-1280

<u>Subject</u>: **Racism – Segregation** and **Corruption** and **treason to the United States Constitution**

    Anthony Bayad, I the Plaintiff an American of an origin of Morocco an Arab of race, Highly Educated and Unemployed and Discriminated against for about 10 years by same defendants in the above caption matter, and I write to make you aware that right of Due Process that the White people in Massachusetts all enjoyed is denied to me and this include other(s) minorities of similar background. What I am going to share with you is shocking and not believable but the facts are believable. You need to know that in the **<u>United States District Court of Massachusetts</u>**, **<u>the First District</u>**, there is an individual call **<u>Magistrate Judge Marianna B. Bowler</u>** for personal reasons and for personal interest and benefits ( Corruption) has used the United States Marshal of her Court to illegally enter my house after all the family left the house, six [6] U.S. Marshals of her court under her direction, this Magistrate Judge Marianna B. Bowler, who ordered them to hold my elderly parent hostage while others, U.S. Marshal illegally searched my house and stole my direct evidence and to destroyed my original evidence found in my computer pending in the above litigation. Again, let me state to you that the day before deposition, January 19, 2007, the Magistrate Judge Marianna B. Bowler ordered 6 United States of her Court to wait until the 4 members of the Bayad family all

Americans to go about their normal livelihood routing, when they left their house, thereafter, **the United States Marshals of Magistrate Judge Marianna B. Bowler in joint venture with the Attorneys, DLA Piper Rudnick Gray Carry**, were caught holding my ill father and my naked mother – in life support in her bedroom while 4 U.S. Marshals of the above court searched for evidence and stole the evidence and destroyed the evidence found in my computer. I write as I am laughing, they stole my original copies and electronics copies of my direct evidence filed in the above Court. Magistrate Judge Marianna B. Bowler is still loving the 50 's and the 60 's the era of Boston Segragation and corruption, she went further in her crime and directed one of her trusted man, the lead U.S. Marshal to hand his personal phone in order for the Maggistrate Judge Marrianna B. Bowler speak to mother held hostage, and her criminal conduct is served to show us power and to intimidate me the Plaintiff and my family and my mother, she spoke to my mother while her men the U.S. Marshal were in my house illegally while my mother is naked and in life support. It is a shame. The white men, the men of Magistrate Judge Marianna B. Bowler, the U.S. Marshals did not act properly and did not calculate well their crimes because their surveillance did not work not knowingly that the Bayad family ' daily schedule is volatile, and they were caught illegally breaking entry- deprivation of right – violation of our constitutional rights and that is where the crime has occured. Openly, I state that it is a shame that the U.S. Marshals, the men of Magistrate Judge Marianna B. Bowler, the District Court of Massachusetts were caught illegally entering my house, they were caught breaking entry and surprised in our house within 20 minutes of their crime. They did not know the time that the family will return to their house. I caught the U.S. Marshals, My sister and my brother caught them as well, Medford Police were called and witnessed the U.S. Marshall in my house illigally, the Ambulance were called to help my mother also witnessed the U.S. Marshall in the house- illegally, and the Medford Fired department also arrived and witnessed the U.S. Marshal of Marianna B. Bowler, the Magistrate Judge, the court, illegally in my house - holding my mother hostage and stealing my evidence pending in the above court. These U.S. Marshals did not have a **warrant**, did not have **any probable cause** and did not provide to my elderly parent **their Miranda right**. However, -when these U.S. Marshals caught breaking entry and illegally found in my house their excuse was immigration - terrorism, and if any guns are in the house, also they mentioned the Magistrate Judge Bowler' girl friend. We can make no mistake, why these U.S. Marshals were dispatch to my house and my family house is simply to intimidate me and my family, all Americans, and to take/steal my evidence pending in the above caption matter served to prejudice me during the next day of my scheduled deposition in the above caption matter. Are we living in America ? or are we back to the German Gestapo era ? Or back to corruption the MAFIA, AL CAPONE, where the Magistrate Judge Marianna B. Bowler is not the Court and do not have right to use the resources of the court – the American people' money and the government power and has no right to use the power investing in her by the Senates and

the power of, we, the American people. Magistrate Judge Marianna B. Bowler do not have right to deprive me and my family of our rights, to intimidate me and my family and do not have absolutely the right to violate my constitutional rights that she enjoy and my family and I don't, because we are Americans of an origin of Morocco an Arab of race. I Invite you, Men and Women of honors to look at the docket entry # of the above caption matter and you will find all my **motions denied** and **denied** and **denied** and **denied** **without any justification under the law**. Also, you will find that no hearing or any conference hearing scheduled nor was provided to me, but other(s) white race enjoy their rights and their rights of due process is guaranteed to them. To end the matter right here, I am advising you that this Magistrate Judge Bowler is corrupted and racist and her conduct is treason to the United Constitution and I demand that the U. S Attorney for the District of Massachusetts, Mr. Sullivan must investigate this women, Magistrate Marianna B. Bowler - when every one in Massachusetts knows that she is very - very rich from !!!! and connected and her records shows that she travels 2 to 3 time per year to Europe Monaco Monte Carlo, the land of the rich and famous- the land of offshore accounts, it is for you and only you - to use your common sense and figure it out what I meant!!! An American judge traveling 2-3 time a year to Europe is obvious to check on her !!!.

    At last, I will let the honorable(s) men and women of law and Justice to review the records and if more facts are needed I will provide them to you - direct evidence about this Magistrate Judge Marianna B. Bowler, I will provide to you as I stand tall about my complaint. Please you honor(s), your involvements is in the interest of Justice and liberty for all American of all races and genders. You can not let one person, Magistrate Judge Bowler representing the honorable court and representing the Law. God Bless.

Anthony Bayad
2 Magoun Avenue
Medford, Ma 02155
Tel: (781) 704-8982

Cc: Office of Congressman Michael E. Capuano
1530 Longworth House Office Building
Washington, DC 20515

Congressman Bill Delahunt
2454 Rayburn House Office Building
Washington, DC 20515

(202) 225-3111
Fax: (202) 225-5658


Honorable John Conyers, Jr.
2426 Rayburn Building
Washington, DC 20515
(202) 225-5126


Honorable Lamar S. Smith
2184 Rayburn House Office Building
Washington, DC 20515
(202) 225-4236


Office of the Speaker
H-232, US Capitol
Washington, DC 20515
(202) 225-0100

The Honorable James E. Clyburn
Majority Whip
H-329, The Capitol
Washington, DC 20515
(202) 226-3210

Hon. Ed Markey (D-MA),
2108 Rayburn House
Office Building
Washington, D.C. 20515
202-225-2836

Hon.Edward M. Kennedy
317 RUSSELL SENATE OFFICE BUILDING
 WASHINGTON DC 20510
(202) 224-4543

Hon. John Kerry
304 Russell Bldg.
Third Floor
Washington D.C. 20510
(202) 224-2742

Hon. Patrick Leahy, Chairman
433 Russell Senate Office Bldg
(at Constitution and Delaware)
United States Senate
Washington, DC 20510
(202) 224-4242

Hon. Sheldon Whitehouse
Hart Senate Office Building Room 502
Washington, D.C. 20510
202-224-2921 phone
202-228-6362 fax

Hon. Ben Cardin
509 Hart Senate Office Building
Washington, DC 20510
Phone: 202-224-4524
Fax: 202-224-1651

Hon. Dianne Feinstein
United States Senate
331 Hart Senate Office Building
Washington, D.C. 20510

Hon. Charles E. Schumer
313 Hart Senate Building
Washington, DC 20510
Phone: 202-224-6542
Fax: 202-228-3027
TDD: 202-224-0420

U.S. Senate Committee on the Judiciary
Subcommittee on Adminstrative Oversight and the Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510

Hon. Russell D. Feingold, WI
506 Hart Senate Office Building
Washington, DC 20510-4904
(202) 224-5323
TDD (202) 224-1280

Hon. Glenn A. Fine
Inspector General
Office of the Inspector General
United Staes Department Of Justice
950 PennSylvania Avenue, N.W.
Washington, D.C. 20530

The White House
Att# Sara Amstrong
1600 Pennsylvania Avenue NW
Washington, DC 20500

Massachusetts State House
Office of the Governor
Office of the Lt. Governor
Room 360
Boston, MA 02133

U.S. Ambassador, Hon. Thomas T. Riley
Embassy of the United States of America
2 Avenue de Mohamed El Fassi
Rabat, Morocco

U.S district COurt
Honorable Mark L. Wolf
Chief Judge
1 Courthouse Way
Boston, Massachusetts 02210

(617) 748-9152

U.S Court of Appeals for the first Circuit
Hon. Juan R. Torruella
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210


Richard A. Gephardt | DLA Piper Rudnick Senior Counsel
1200 Nineteenth Street, NW
Washington, DC, 20036-2412
United States

T: (202) 861-3900