```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,                  )
          Plaintiff,            )
                                )      C.A. No. 05-11005-WGY
     v.                         )
                                )
                                )
BRUCE BASTIAN, ET AL.,          )
          Defendants.           )
```

ORDER FOR DISMISSAL

YOUNG, D.J.

In accordance with the Memorandum and Order for Dismissal (#138) entered this date, it is hereby Ordered that the above captioned matter is dismissed with prejudice.

SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

DATED: April 13, 2007