**Notice of Appeal to a Court of Appeals from Order of a District Court:**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD; | ) |
| Plaintiff | ) CASE No. 05-cv-11005PBS |
| | ) |
| v. | ) |
| BRUCE BASTIAN; KATE DCAMP; | ) |
| LYNN FRASER; CELIA HARPER-GUERRA; | ) |
| RICK JUSTICE; CISCO SYSTEMS | ) |
| Defendant | ) |

## NOTICE OF APPEAL

ANTHONY BAYAD, I THE PLAINTIFF in the above named case, I hereby appeal to the United States Court of Appeals for the First Circuit from TWO [2] district Judges: First (1) district judge Patti B. Sarris: the order recusal entered in this action on the ___ 9 day of April, 2007. AND (2) FROM ANOTHER second judge (2) district judge William G Young: order terminating this action from complaining about the Due Process Clause ON April

4, 2007 to the Senates and others and to the Justice Department and to U.S. Courts for the First Circuit, Office Of The Circuit Executive, the Hon. Gary H. Wente and to assistance Circuit Executive Florence Pagano and to the Hon. Juan R. Torruella, and such order was entered in this action on the \_\_\_ 13 day of April, 20 07 .



ANTHONY BAYA

2 MAGOUN AVENUE

MEDFORD, MA 02155

TEL: (781) 704-8982

## CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFY THAT THE ABOVE NOTICE OF APPEAL WAS FURNISHED VIA FIRST CLASS MAIL TO THE ATTORNEY BRUCE FALBY, LAW FIRM DLA PIPER RUDNICK GRAY CARRY, 33 ARCH STREET, 26TH FLOOR, BOSTON, MA 02110, ON APRIL 14, 2007.