UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>    *Plaintiff*,<br>v.<br><br>CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,<br><br>    *Defendants*. | CIVIL ACTION NO. 05-11005-WGY |

## **DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

The Defendants move this Court to issue a permanent protective order ordering the Plaintiff Anthony Bayad (1) to stay away from property occupied by Cisco Systems, Inc. ("Cisco"), (2) to stay away from property occupied by DLA Piper US LLP ("DLA Piper"), (3) to stay away from any employee of Cisco or DLA Piper, and (4) not to communicate with any employee of Cisco or DLA Piper, except by mail with DLA Piper counsel of record. Such an order is necessary to protect both the Defendants and their counsel and is within the scope of the Court's inherent powers. A proposed Protective Order is attached hereto.

"[A] district court has the inherent power to . . . control the conduct of litigants who appear before it." Order at 12. This inherent power is "governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs" and "includes the power to punish for contempts." Chambers v. Nasco, Inc., 501 U.S. 32, 43-44 (1991). "This power reaches both conduct before the court and that beyond the court's confines." Id. at 44; see also McGill v. Scholl, 2007 WL 120773 at *3 (D.P.R.) (Besosa, J.) (quoting Chambers as authority for order prohibiting enforcement of state default judgment). Accordingly, the Court may issue

BOST1\470664.1
26573-15

orders, punishable by fine or imprisonment, in order to control a litigant's behavior. See 18 U.S.C. § 401 (authorizing federal court to punish "by fine or imprisonment . . . [d]isobedience or resistance to its lawful writ, process, order, rule, decree, or command"); see also United States v. Kouri-Perez, 187 F.3d 1, 4-5 (1st Cir. 1999) (fining litigant for violating "civility order").

There is no question that Bayad is potentially dangerous. As this Court has noted, "[Bayad's] behavior has become more and more hazardous as this litigation has unfolded, culminating in a veiled threat of violence." Memorandum and Order Re: Sanctions Against Plaintiff (the "Order," #138) at 10. While Bayad's most disturbing statement was his reference to the kidnapping and execution of Magistrate Judge Bowler, see id. at 7, all of his pleadings "reveal a heightened level of agitation, hostility, and maliciousness directed not only toward the Defendants, but to defense counsel and to this Court." Id. at 3.

The risk to the Defendants and their counsel is now acute. Bayad has been saying for some time that he will take matters into his own hands if his claims are unsuccessful. See Supplemental Filing of Sworn Deposition of Tony Savastano and Carl Wiese (#110) at 1 ("I will make a lot of people regret what they have done to me here in this litigation by playing with me and denying and denying all my motions without justification"), see also Motion to Consider/Admit Order Dated November 10, 2005 in CA 04-40146-FDS (#62) at 4 ("I am not going to let my right for the third times be violated."); Discovery Motion (#78) at 3 ("Your honor close this case. Because there is always another avenue – an open door that I going to!"). Now that the Complaint is dismissed and Bayad is foreclosed from additional litigation, a court order enforceable by contempt sanctions is appropriate to afford the Defendants and their counsel some measure of protection.

**CONCLUSION**

For the reasons set forth above, the Defendants request that the Court issue a protective order ordering Bayad (1) to stay away from property occupied by Cisco, (2) to stay away from property occupied by DLA Piper, (3) to stay away from any employee of Cisco or DLA Piper, and (4) not to communicate with any employee of Cisco or DLA Piper, except by mail with DLA Piper counsel of record.[1]  The Defendants further request that the protective order be permanent.

                        Respectfully submitted,

                        CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE

                        By their attorneys,

                        /s/ Bruce E. Falby
                        Bruce E. Falby (BBO #544143)
                        Matthew Iverson (BBO #653880)
                        DLA PIPER US LLP
                        33 Arch Street, 26th Floor
                        Boston, MA  02110-1447
                        (617) 406-6000 (*telephone*)
                        (617) 406-6100 (*fax*)

Dated:  April 20, 2007

---

[1] The Court issued a similar protective order in the related case of Bayad v. Chambers, et al., Civil Action No. 04-019468-PBS ("Bayad I").  See Order at 3, n.3.  It is unclear whether that order remains in effect.

**CERTIFICATE OF SERVICE**

    I, Bruce E. Falby, certify that on April 20, 2007, I served this document upon Anthony Bayad, Jr., 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express.

/s/ Bruce E. Falby
Bruce E. Falby

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

    *Plaintiff*,

v.

CISCO SYSTEMS, INC., BRUCE BASTIAN, KATE DCAMP, LYNN FRASER, CELIA HARPER-GUERRA, and RICK JUSTICE,

    *Defendants*.

CIVIL ACTION NO. 05-11005-WGY

## ORDER ALLOWING DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Upon consideration of the Defendants' Motion for Protective Order, and finding that such an order is warranted, the Court hereby <u>ORDERS</u> the following relief:

Plaintiff Anthony Bayad is to (1) stay away from property occupied by Cisco, (2) stay away from property occupied by DLA Piper, (3) stay away from any employee of Cisco or DLA Piper, and (4) not communicate with any employee of Cisco or DLA Piper, except by mail with DLA Piper counsel of record.

A knowing violation of this Order shall be punishable as contempt. This Order shall remain in effect until rescinded by this Court.

    SO ORDERED.

    Judge William G. Young

Dated: _____

BOST1\470700.1
26573-15