# United States District Court
# For The District of Massachusetts

FILED
CLERKS OFFICE

2007 APR 23  P 12: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

Anthony Bayad
    Plaintiff,

v.

Cisco Systems, Inc.,    CIVIL ACTION NO.05-11005-WGY
    Defendants,

**Motion for sanction and Plaintiff ' Response to Bruce Falby ' 10th Protective Order (I am not terrorist nor I am criminal but I do know I have no right in this court but this court cannot go far and violate more of my constitutional rights because it will invoke the jurisdiction of many law makers- please let not complicate thing!)**

Fist this case is about Bayad v. Cisco. Please let not forget the theme of the case. However, His motion of protective order is made up as cover up because the record is being reviewed by higher authority, yesterday I was portrayed as terrorist and now I am portrayed as an Asia and as Kamikaze and what is tomorrow will bring, and please give me break this case is about race discrimination and not terrorist. Bruce, that all you got what don't you file some direct evidence to help you clients. Terrorism is not in my blood and violence is not on my records and all it is on my records is you and your clients hurting me and my family and inflicting pain and suffer and emotional

distress. Your 10th protective order is served to protect you misconduct .

Now, I sate to who ever is presiding please help this attorney with what ever he needs, I stand with this court on any decision it may take and provide. Bruce Falby is desperate and he needs attention.

Finally, this court has duty to protect my rights and to sanction this attorney When the record prove that he has already file such motion in case 04-10468 and now 05-11005 and his action when filing frivolous motions when the record prove also he has intercepted my personal communication without my consent and record it and use it to influence judges and this court. Now, he is portraying me as an Asian man and what next. This court need to know I am unemployed and I do not have any money to fight this corrupted attorney when the records shows he is a musician teacher with law degree and I am top notch Engineer. I would like to take the opportunity to show my gratitude to the presiding judge who dismissed the case because his action gave me lot of happiness and opened my eyes that my future and my life and my fiancé is in Europe. I also ask respectfully this Judge to help me in the Appeal court to speed up the process for I can Move to England or Europe and start my new life. I am very educated and I can help lot of Foreigner in the

field of Information technologies and in signal processing and security – forensic field. I proved to my family and to the people of similar background that living in this country and being a citizen is not a right but a privilege . Justice is for Bruce Falbly when a he is a musician major and teacher- what he is he doing in field of law.  Thus, history will be remembered that army of lawyers lost their case to an American of an origin of Morocco. I won both cases in the first phase of each litigation, 04-10468PBS and 05-11005PBS. I state with proud to be an American and I am proud  that I graduated from Wentworth Institute of Technologies, hold a bachelor's degree in computer science that will permit me to go any where and start my new life.  I am proud to be raised in Massachusetts the land of the pilgrims,  the Commonwealth of Massachusetts.

    At last, like to share with this court that I am just waiting for the appeal to decide if I have right or not because my bride is waiting for me in Italy, my fiancé and future mother of my kids. I am very handsome and very educated. Bruce your motion is only served to get me going and you have failed and please get  a life because America is for all races and not only and  for you

and only and your firm – Bob Matthias Harvard golden boys ' club. God bless.

## Certification of Service

This document was furnish to Bruce Falby by U.S Mail on April 21, 2007. 33. Arch Street, Boston, MA 02110.

Respectfull submitted

_____

*Anthony Bayad*