# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11005

Anthony Bayad

v.

Bruce Bastian, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-142

and contained in I-III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/16/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 24, 2007.

Sarah A. Thornton, Clerk of Court

By: [signature]
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/25/07.

[signature]
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11005-WGY

Bayad v. Bastian et al
Assigned to: Judge William G. Young
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 05/16/2005
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Anthony Bayad**     represented by **Anthony Bayad**
2 Magoun Avenue
Medford, MA 02155
PRO SE

V.

**Defendant**

**Bruce Bastian**     represented by **Bruce E. Falby**
DLA Piper Rudnick Gray Cary US LLP

33 Arch Street
26th Floor
Boston, MA 02110-1447
617-406-6020
Fax: 617-406-6100
Email: bruce.falby@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Matthew J. Iverson**
DLA Piper Rudnick Gray Cary US LLP

26th Floor
33 Arch Street
Boston, MA 02110-1447
617-406-6038
Fax: 617-406-6138
Email: matthew.iverson@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kate Dcamp**     represented by **Bruce E. Falby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Iverson**

**Defendant**

**Lynn Fraser**  represented by **Bruce E. Falby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Iverson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Celia Harper-Guerra**  represented by **Bruce E. Falby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Iverson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rick Justice**  represented by **Bruce E. Falby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Iverson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cisco Systems, Inc.,**  represented by **Bruce E. Falby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Iverson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2005 | 1 | COMPLAINT against Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice Filing fee: $ 250, receipt number 64308, filed by Anthony Bayad. (Attachments: # 1 Part II of Complaint# 2 Civil Cover Sheet)(Edge, Eugenia) (Entered: 05/18/2005) |
| 05/16/2005 |  | Summons Issued as to Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Edge, Eugenia) (Entered: 05/18/2005) |

| 05/16/2005 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Edge, Eugenia) (Entered: 05/18/2005) |
|---|---|---|
| 05/31/2005 | 2 | MOTION Demanding the court to subject defendants to strict scrutiny review of the discriminatory animus policy the cisco-no-hire-list by Anthony Bayad. c/s(Edge, Eugenia) (Entered: 06/01/2005) |
| 06/02/2005 | 3 | NOTICE of Filing "Prove of Service Summons" by Anthony Bayad. c/s (Attachments: # 1 Exhibit A# 2 Exhibit B)(Edge, Eugenia) (Entered: 06/02/2005) |
| 06/07/2005 | 4 | MOTION to Dismiss by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice.(Falby, Bruce) (Entered: 06/07/2005) |
| 06/07/2005 | 5 | MEMORANDUM in Support re 4 MOTION to Dismiss filed by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Falby, Bruce) (Entered: 06/07/2005) |
| 06/07/2005 | 6 | AFFIDAVIT of Bruce E. Falby in Support re 4 MOTION to Dismiss filed by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Falby, Bruce) (Entered: 06/07/2005) |
| 06/07/2005 | 7 | CERTIFICATE OF SERVICE by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice re 4 MOTION to Dismiss, 5 Memorandum in Support of Motion, 6 Affidavit in Support of Motion *to Dismiss*. (Falby, Bruce) (Entered: 06/07/2005) |
| 06/10/2005 | 8 | RESPONSE to Motion as it Premature in Civil Rights Case re 4 MOTION to Dismiss filed by Anthony Bayad. c/s (Attachments: # 1 Response to Motion Part II# 2 Exhibit A)(Edge, Eugenia) (Entered: 06/14/2005) |
| 06/13/2005 | 9 | RESPONSE to Motion re 4 MOTION to Dismiss filed by Anthony Bayad. c/s (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three ) Tab Sheet labeled "4" attached but nothing filed as Exhibit #4. (Edge, Eugenia) (Entered: 06/14/2005) |
| 06/13/2005 | 10 | DECLARATION re 8 Response to Motion, 9 Response to Motion by Anthony Bayad. c/s (Attachments: # 1 Exhibit due to images and text of exhibits. Exhibits A thru J not scanned.)(Edge, Eugenia) (Entered: 06/14/2005) |
| 06/23/2005 | 11 | MOTION requesting the court to serve or to provide the subpoena to defendants by Anthony Bayad. c/s(Edge, Eugenia) (Entered: 06/28/2005) |
| 07/01/2005 | 12 | MOTION to Stay *Discovery* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice.(Falby, Bruce) (Entered: 07/01/2005) |
| 07/01/2005 | 13 | Opposition re 11 MOTION requesting the court to serve or to provide the subpoena to defendants filed by Cisco Systems, Inc.,, Bruce Bastian, |

| | | |
|---|---|---|
| | | Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Falby, Bruce) (Entered: 07/01/2005) |
| 07/01/2005 | 14 | MEMORANDUM in Support re 12 MOTION to Stay *Discovery* filed by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Falby, Bruce) (Entered: 07/01/2005) |
| 07/01/2005 | 15 | AFFIDAVIT in Support re 12 MOTION to Stay *Discovery*, 13 Opposition to Motion. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Falby, Bruce) (Entered: 07/01/2005) |
| 07/01/2005 | 16 | CERTIFICATE OF SERVICE by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice re 12 MOTION to Stay *Discovery*, 13 Opposition to Motion, 14 Memorandum in Support of Motion, 15 Affidavit in Support. (Falby, Bruce) (Entered: 07/01/2005) |
| 07/06/2005 | 17 | MOTION for Sanctions by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Certificate of Compliance with LR 7.1 with attached Exhibit)(Falby, Bruce) (Entered: 07/06/2005) |
| 07/06/2005 | 18 | MEMORANDUM in Support re 17 MOTION for Sanctions filed by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Falby, Bruce) (Entered: 07/06/2005) |
| 07/06/2005 | 19 | AFFIDAVIT in Support *of Motion for Sanctions*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Falby, Bruce) (Entered: 07/06/2005) |
| 07/06/2005 | 20 | MOTION requesting hearing on all motion(s) pending as basic right of free people by Anthony Bayad. c/s(Edge, Eugenia) (Entered: 07/08/2005) |
| 08/05/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered. ORDER OF RECUSAL. Pursuant to 28 U.S.C. sec. 455(b)(4), I recuse myself from participation in this case and direct the Clerk forthwith to reassign the case randomly to another District Judge. (O'Toole, George) (Entered: 08/05/2005) |
| 08/12/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered. ORDER REASSIGNING CASE. Case reassigned to Judge Patti B. Saris for all further proceedings. Judge George A. O'Toole, Jr no longer assigned to case Counsel are directed to the Court's Standing Orders re: Electronic Case Filing.This action is related to CA 04-10468. ( Copy of this order mailed out to plaintiff)(Lyness, Paul) (Entered: 08/12/2005) |
| 02/16/2006 | 21 | NOTICE of Change of Address by Bruce E. Falby (Falby, Bruce) (Entered: 02/16/2006) |
| 03/06/2006 | 22 | NOTICE OF APPEAL by Anthony Bayad. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed |

| | | |
|---|---|---|
| | | and submitted to the Court of Appeals. Appeal Record due by 3/27/2006. (Patch, Christine) (Entered: 03/14/2006) |
| 03/07/2006 | 🔵 | Filing fee: $ 255.00, receipt number 70886 for 22 Notice of Appeal, (Patch, Christine) (Entered: 03/14/2006) |
| 03/13/2006 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered denying 12 Motion to Stay Discovery. "Defendants shall fulfill their obligations under the automatic disclosure rules, including any copies of the so-called-Cisco no-hire list within 30 days." (Patch, Christine) (Entered: 03/14/2006) |
| 03/13/2006 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered denying 20 Motion for Hearing on All Motions Pending (Patch, Christine) (Entered: 03/14/2006) |
| 03/13/2006 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered denying without prejudice 17 Motion for Sanctions (Patch, Christine) (Entered: 03/14/2006) |
| 03/13/2006 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 9 Response to Motion filed by Anthony Bayad. "Denied." (Patch, Christine) (Entered: 03/14/2006) |
| 03/13/2006 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered denying 2 Motion Demanding the Court to Subject Defendant's to Strict Scrutiny Review of the Discriminatory Animus Policy (Patch, Christine) (Entered: 03/14/2006) |
| 03/14/2006 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered denying 11 Motion for the Court to Serve or Provide the Subpoena to Defendants. "Plaintiff should file document requests, interrogatories, and requests to admit to get necessary information within 3 months. All paper discovery shall be complete by 6/30/06. Any motion for summary judgment shall be filed by 7/30/06. Defendant shall file any opposition by 8/30/06 including any affidavit pursuant to Fed.R.Civ.P 56(f). At that point, I will decide whether to permit depositions." (Patch, Christine) (Entered: 03/14/2006) |
| 03/30/2006 | 23 | Certified and Transmitted Record on Appeal to US Court of Appeals re 22 Notice of Appeal, (Attachments: # 1)(Ramos, Jeanette) (Entered: 03/30/2006) |
| 04/05/2006 | 24 | USCA Case Number 06-1549 for 22 Notice of Appeal, filed by Anthony Bayad,. (Ramos, Jeanette) (Entered: 04/05/2006) |
| 04/11/2006 | 25 | MOTION for Sanctions by Anthony Bayad.(Patch, Christine) (Entered: 04/13/2006) |
| 04/14/2006 | 26 | AFFIDAVIT of Anthony Bayad in Support of the So Called "Cisco-No-Hire-List", also Called "the Sensitivelist.xls." (Attachments: # 1 Exhibit A)(Patch, Christine) (Entered: 04/20/2006) |
| 06/20/2006 | 28 | MOTION to Stay re 22 Notice of Appeal Pending Final Judgment or Order of the United States District Court of the First Circuit by Anthony Bayad.(Patch, Christine) (Entered: 06/21/2006) |
| | | |

| | | |
|---|---|---|
| 06/21/2006 | 27 | MOTION for Leave to File *Opposition* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Iverson, Matthew) (Entered: 06/21/2006) |
| 06/23/2006 | 29 | Proposed Opposition re 25 MOTION for Sanctions filed by all defendants. (Iverson, Matthew) (Entered: 06/23/2006) |
| 06/23/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 27 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures (Patch, Christine) (Entered: 06/26/2006) |
| 07/11/2006 | 30 | RESPONSE TO ORDER TO SHOW CAUSE Why This Case Must Stand by Anthony Bayad. (Patch, Christine) (Entered: 07/13/2006) |
| 07/12/2006 | 31 | Judge Patti B. Saris : ORDER entered denying 25 Motion for Sanctions, granting in part and denying in part 4 Motion to Dismiss (Patch, Christine) (Entered: 07/13/2006) |
| 07/17/2006 | 45 | MOTION for Summary Judgment by Anthony Bayad. Document was mistakenly sent to court appeals - that is the reason for the late docketing. (Patch, Christine) (Entered: 08/01/2006) |
| 07/24/2006 | 52 | ANSWER to Complaint by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice.(Iverson, Matthew) (Entered: 07/24/2006) |
| 07/27/2006 | | DOCKET SHEET sent to Anthony Bayad. (Patch, Christine) (Entered: 07/27/2006) |
| 07/30/2006 | 33 | Cross MOTION for Summary Judgment by all defendants.(Iverson, Matthew) (Entered: 07/30/2006) |
| 07/30/2006 | 34 | MEMORANDUM in Support re 33 Cross MOTION for Summary Judgment filed by all defendants. (Iverson, Matthew) (Entered: 07/30/2006) |
| 07/30/2006 | 35 | STATEMENT of facts re 33 Cross MOTION for Summary Judgment. (Iverson, Matthew) (Entered: 07/30/2006) |
| 07/30/2006 | 36 | DECLARATION re 33 Cross MOTION for Summary Judgment *of Matthew Iverson* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Tab A# 2 Tab B# 3 Tab C# 4 Tab D# 5 Tab E# 6 Tab F# 7 Tab G)(Iverson, Matthew) (Entered: 07/30/2006) |
| 07/30/2006 | 37 | DECLARATION re 33 Cross MOTION for Summary Judgment *of Bruce Bastian* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Iverson, Matthew) (Entered: 07/30/2006) |
| 07/30/2006 | 38 | DECLARATION re 33 Cross MOTION for Summary Judgment *of Kate DCamp* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn |

| | | |
|---|---|---|
| | | Fraser, Celia Harper-Guerra, Rick Justice. (Iverson, Matthew) (Entered: 07/30/2006) |
| 07/30/2006 | 39 | DECLARATION re 33 Cross MOTION for Summary Judgment *Lynn Fraser* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Iverson, Matthew) (Entered: 07/30/2006) |
| 07/30/2006 | 40 | DECLARATION re 33 Cross MOTION for Summary Judgment *of Celia Harper-Guerra* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Iverson, Matthew) (Entered: 07/30/2006) |
| 07/30/2006 | 41 | DECLARATION re 33 Cross MOTION for Summary Judgment *of Richard Joseph Justice* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Iverson, Matthew) (Entered: 07/30/2006) |
| 07/30/2006 | 42 | DECLARATION re 33 Cross MOTION for Summary Judgment *of Paula Hughes* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Exhibit A pt. 1# 2 Exhibit A-2# 3 Exhibit A-3# 4 Exhibit A-4# 5 Exhibit B# 6 Exhibit C)(Iverson, Matthew) (Entered: 07/30/2006) |
| 07/30/2006 | 43 | CERTIFICATE OF SERVICE by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice re 33 Cross MOTION for Summary Judgment, 37 Declaration, 36 Declaration,, 34 Memorandum in Support of Motion, 40 Declaration, 35 Statement of facts, 39 Declaration, 41 Declaration, 38 Declaration, 42 Declaration,. (Iverson, Matthew) (Entered: 07/30/2006) |
| 07/31/2006 | 44 | *Opposition to Plaintiff's Motion for Summary Judgment* Response by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Iverson, Matthew) (Entered: 07/31/2006) |
| 08/01/2006 | | DOCKET SHEET sent to Anthony Bayad. (Patch, Christine) (Entered: 08/01/2006) |
| 08/04/2006 | 46 | Notice of Fraud and Perjury & MOTION for Reconsideration and for Clarification by Anthony Bayad. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 3a)(Patch, Christine) (Entered: 08/16/2006) |
| 08/04/2006 | 47 | Notice of Perjury MOTION for Reconsideration re 31 Order on Motion for Sanctions, Order on Motion to Dismiss by Anthony Bayad.(Patch, Christine) (Entered: 08/16/2006) |
| 08/04/2006 | 48 | NOTICE of Subpoena Tecum with Deposition with the Accordance of the Order DAted July 12,2006 by Anthony Bayad (Patch, Christine) (Entered: 08/16/2006) |
| 08/04/2006 | 49 | AFFIDAVIT of Anthony Bayad re: the Notice of Subpoena with Deposition with the Accordance of the Order dated July 12, 2006. (Patch, Christine) (Entered: 08/16/2006) |
| | | |

| | | |
|---|---|---|
| 08/17/2006 | ●50 | Opposition re 47 MOTION for Reconsideration re 31 Order on Motion for Sanctions, Order on Motion to Dismiss, 46 MOTION for Reconsideration MOTION for Clarification filed by all defendants. (Iverson, Matthew) (Entered: 08/17/2006) |
| 08/17/2006 | ●51 | MOTION to Strike 48 Notice (Other) by all defendants.(Iverson, Matthew) (Entered: 08/17/2006) |
| 08/23/2006 | ●52 | MOTION Demanding the Honorable District Judge Patti B. Saris to Protect the Court's Integrity and to Prevent Abuses of the Judicial Process and to Order Sanctions, Including Default Judgment for Misconduct Pursuant to the Federal Rules by Anthony Bayad. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Patch, Christine) (Entered: 08/24/2006) |
| 08/23/2006 | ●53 | AFFIDAVIT of Anthony Bayad in Support of 52 MOTION Demanding the Honorable District Judge Patti B. Saris to Protect the Court's Integrity and to Prevent Abuses of the Judicial Process and to Order Sanctions, Including Default Judgment for Misconduct Pursuant to the Federal Rules filed by Anthony Bayad. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Patch, Christine) (Entered: 08/24/2006) |
| 08/30/2006 | ●54 | USCA Judgment as to 22 Notice of Appeal, filed by Anthony Bayad. This appeal is dismissed for lack of jurisdiction. (Ramos, Jeanette) (Entered: 08/30/2006) |
| 08/30/2006 | ●55 | MANDATE of USCA as to 22 Notice of Appeal, filed by Anthony Bayad, (Ramos, Jeanette) (Entered: 08/30/2006) |
| 09/05/2006 | ●56 | MOTION to Strike 53 Affidavit in Support of Motion, by all defendants. (Iverson, Matthew) (Entered: 09/05/2006) |
| 09/05/2006 | ●57 | Opposition re 52 MOTION Demanding the Honorable District Judge Patti B. Saris to Protect the Court's Integrity and to Prevent Abuses of the Judicial Process and to Order Sanctions, Including Default Judgment for Misconduct Pursuant to the Federal Rules filed by all defendants. (Iverson, Matthew) (Entered: 09/05/2006) |
| 09/08/2006 | ● | Judge Patti B. Saris: ENDORSEMENT ORDER entered finding as moot 56 Motion to Strike Plaintiff's Affidavit. "This is moot as I denied Motion for Sanctions." (Filo, Jennifer) (Entered: 09/11/2006) |
| 09/08/2006 | ● | Judge Patti B. Saris: ORDER entered granting 51 Motion to Strike Notice of Subpoena. "Allowed. However, Mr. Bayad may have the right to depositions. He shall discuss with the pro se staff attorneys how to properly serve a subpoena. Also, he shall explain to me why he needs six individuals' deposition, person-by-person." (Filo, Jennifer) (Entered: 09/11/2006) |
| 09/08/2006 | ● | Judge Patti B. Saris: ENDORSEMENT ORDER entered denying 52 Motion Demanding the Honorable District Judge Patti B. Saris to Protect the Court's Integrity and to Prevent Abuses of the Judicial Process and to Order Sanctions, Including Default Judgment for Misconduct Pursuant to |

| | | |
|---|---|---|
| | | the Federal Rules by Anthony Bayad. (Filo, Jennifer) (Entered: 09/11/2006) |
| 09/14/2006 | 🌑 | DOCKET SHEET sent to Anthony Bayad (Patch, Christine) (Entered: 09/14/2006) |
| 09/14/2006 | 🌑58 | Judge Patti B. Saris : PROCEDURAL ORDER entered: [Summary of Text: Plaintiff is warned that hostile or agitated communications with Court personnel will no longer be tolerated, and he is instructed that any further communications with this Court shall be made in writing and shall become part of the public records of this Court. Failure to comply with this directive may result in the imposition of sanctions, including monetary sanctions and/or dismissal of this action. It is hereby FURTHER ORDERED that: By no later than October 4, 2006, Plaintiff Bayad shall file a document entitled "Response to Court Order re: Subpoena Request" ("Response"). That pleading shall be no longer than ten (10) double-spaced pages in length. [Plaintiff shall set forth in his Response specific information outlined in this Procedural Order]. By no later than October 30, 2006, the Defendants shall file any Opposition or Response to Plaintiff?s Response, which shall include proposals for setting parameters of any deposition discovery which this Court might permit. No further discovery shall be permitted pending further Order of this Court.] (PSSA, 1) (Entered: 09/14/2006) |
| 09/21/2006 | 🌑 | Appeal Record Returned: 22 Notice of Appeal, (Ramos, Jeanette) (Entered: 09/21/2006) |
| 09/27/2006 | 🌑59 | NOTICE to Attorney David J. Sales by Anthony Bayad (Patch, Christine) (Entered: 10/02/2006) |
| 09/27/2006 | 🌑60 | Response by Anthony Bayad to 58 Procedural Order. (Attachments: # 1 Exhibit 1)(Patch, Christine) (Entered: 10/02/2006) |
| 10/30/2006 | 🌑61 | Objection to 60 Response by Cisco Systems, Inc.., Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Tab A# 2 Tab B# 3 Tab C# 4 Tab D# 5 Tab E# 6 Tab F)(Iverson, Matthew) (Entered: 10/30/2006) |
| 11/06/2006 | 🌑62 | MOTION to Consider/Admit Order Dated November 10, 2005 in CA 04-40146 FDS by Anthony Bayad. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Patch, Christine) (Entered: 11/08/2006) |
| 11/06/2006 | 🌑63 | MOTION to Consider/Admit Similar Acts of Discrimination as Admissible by Anthony Bayad. (Attachments: # 1 Exhibit 1)(Patch, Christine) (Entered: 11/08/2006) |
| 11/10/2006 | 🌑64 | Opposition re 62 MOTION to Consider/Admit Order Dated November 10, 2005 in CA 04-40146 FDS, 63 MOTION to Consider/Admit Similar Acts of Discrimination is Admissible filed by all defendants. (Iverson, Matthew) (Entered: 11/10/2006) |
| 11/16/2006 | 🌑 | Judge Patti B. Saris : Electronic ORDER entered denying 63 Motion to Consider/Admit Similar Acts of Discrimination as Admissible (Patch, |

| | | |
|---|---|---|
| | | Christine) (Entered: 11/17/2006) |
| 11/16/2006 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered denying 62 Motion to Consider/Admit Order Dated November 10, 2005 in CA 04-40146 FDS (Patch, Christine) (Entered: 11/17/2006) |
| 11/16/2006 | 65 | EXHIBIT (Copy of Appeal Order) in Support of 1 Complaint, by Anthony Bayad. (Patch, Christine) (Entered: 11/21/2006) |
| 12/06/2006 | 66 | Judge Patti B. Saris : PROCEDURAL ORDER RE: DISCOVERY entered: [Summary of text: plaintiff may not take oral depositions of the six proposed witnesses. However, he may take depositions of the 6 proposed deponents, upon written questions in accordance with Fed. R. Civ. P. 31 or a telephonic deposition pursuant to Fed. R. Civ. P. 30(b)(7), within 60 days of this Order. Plaintiff must pay all costs associated with the deposition, including the costs of any court reporter and any witness fees and expenses. Plaintiff must also serve witness subpoenas on any non-parties. Alternatively, if plaintiff cannot afford the costs of any deposition, he can send interrogatories within thirty (30) days to defendants' counsel. Plaintiff's request to take further discovery of Attorney Sales is denied. No further discovery shall be permitted without prior permission of this Court. Plaintiff shall inform the Court by December 15, 2006 of his decision with respect to pursuing further discovery. If the plaintiff does not file a response to this Order by December 15, 2006, discovery will be considered closed.] (PSSA, 1) (Entered: 12/07/2006) |
| 12/06/2006 | 67 | Judge Patti B. Saris : PROCEDURAL ORDER RE: DISCOVERY entered. (Patch, Christine) (Entered: 12/11/2006) |
| 12/06/2006 | 68 | MOTION demanding a Proper Action: Obstruction of Justice Destruction of Evidence Discriminatory Animus "Cisco-No-Hire-List and Other Evidence Found at Defendant Cisco" by Anthony Bayad. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Patch, Christine) (Entered: 12/13/2006) |
| 12/06/2006 | 69 | AFFIDAVIT of Anthony Bayad in Support re 68 MOTION demanding a Proper Action: Obstruction of Justice Destruction of Evidence Discriminatory Animus "Cisco-No-Hire-List and Other Evidence Found at Defendant Cisco" filed by Anthony Bayad. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 2a)(Patch, Christine) (Entered: 12/13/2006) |
| 12/11/2006 | 🔵 | Documents terminated: 67 Order. (Patch, Christine) (Entered: 12/11/2006) |
| 12/11/2006 | 🔵 | Notice of correction to docket made by Court staff. Correction: Document No. 67 terminated because: it was previously docketed (No. 66) (Patch, Christine) (Entered: 12/11/2006) |
| 12/12/2006 | 70 | Response by Anthony Bayad to 67 Procedural Order on Discovery. (Patch, Christine) (Entered: 12/13/2006) |
| 12/12/2006 | 71 | NOTICE to Attorneys of Record by Anthony Bayad (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit 1# 2 Exhibit 2)(Patch, Christine) (Entered: 12/13/2006) |
| 12/12/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 47 Motion for Reconsideration re 31 Order on Motion for Sanctions, Order on Motion to Dismiss (Patch, Christine) (Entered: 12/18/2006) |
| 12/12/2006 | | Judge Patti B. Saris : Electronic ORDER entered staying 33 Cross-Motion for Summary Judgment. This is stayed pending any discovery by plaintiff." (Patch, Christine) Modified on 12/27/2006 (Patch, Christine). (Entered: 12/18/2006) |
| 12/12/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 28 Motion to Stay Notice of Appeal Pending Final Judgment or Order of the USDC of the First Circuit. (Patch, Christine) (Entered: 12/18/2006) |
| 12/12/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 46 Motion for Reconsideration and for Clarification (Patch, Christine) (Entered: 12/18/2006) |
| 12/13/2006 | 72 | Opposition re 68 MOTION demanding a Proper Action: Obstruction of Justice Destruction of Evidence Discriminatory Animus "Cisco-No-Hire-List and Other Evidence Found at Defendant Cisco" filed by all defendants. (Iverson, Matthew) (Entered: 12/13/2006) |
| 12/15/2006 | 73 | MOTION for Protective Order by Cisco Systems. Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice.(Iverson, Matthew) (Entered: 12/15/2006) |
| 12/19/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 73 Motion for Protective Order (Patch, Christine) (Entered: 12/21/2006) |
| 12/19/2006 | 74 | MOTION Stating in it "Yes" to Attorneys Bruce Falby, et al 'Desire to Run the Show as Always at Plaintiff's Account - at his "Money" and to Control "the Court Reporter" by Anthony Bayad.(Patch, Christine) Additional attachment(s) added on 12/29/2006 (Patch, Christine). Modified on 1/11/2007 (Patch, Christine). (Entered: 12/29/2006) |
| 12/22/2006 | 75 | NOTICE of the Proposed Schedule of Depositions by Anthony Bayad (Patch, Christine) (Entered: 01/08/2007) |
| 01/03/2007 | 76 | "Direct Evidence" and MEMORANDUM in Support re 45 MOTION for Summary Judgment filed by Anthony Bayad. (Patch, Christine) (Entered: 01/08/2007) |
| 01/03/2007 | 77 | Final NOTICE to Bruce Falby, Bob Matthias, Matthew Iverson, Robin Tarr re: Depositions, by Anthony Bayad (Patch, Christine) (Entered: 01/08/2007) |
| 01/05/2007 | 78 | NOTICE of Motion Notifying that Discovery is Complete by Anthony Bayad (Patch, Christine) (Entered: 01/08/2007) |
| 01/05/2007 | 79 | MOTION Demanding the Court to Grant Sua Ponte all Relief Stated in the Complaint, Docket Entry 1 at Page No. 36-37 by Anthony Bayad. (Patch, Christine) (Entered: 01/08/2007) |

| 01/08/2007 | 83 | MOTION for Hearing on Pending Motions by Anthony Bayad.(Patch, Christine) (Entered: 01/11/2007) |
|---|---|---|
| 01/08/2007 | 84 | AFFIDAVIT in Support re 1 Complaint and Exhibits 1-28 and the Electronic CD of the Cisco-No Hire List. (Patch, Christine) (Entered: 01/11/2007) |
| 01/08/2007 | 85 | Letter to Bruce Falby from Anthony Bayad re: reimbursement of the $240 for depositions. (Patch, Christine) (Entered: 01/11/2007) |
| 01/10/2007 |  | Judge Patti B. Saris : ELECTRONIC ENDORSEMENT re 78 Notice of Motion Notifying that Discovery is Terminated, filed by Anthony Bayad. "I don't understand this motion." (Patch, Christine) (Entered: 01/11/2007) |
| 01/11/2007 | 80 | MOTION for Protective Order *and Motion to Strike* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F (Part 1)# 7 Exhibit F (Part 2)# 8 Exhibit F (Part 3)# 9 Exhibit G (Part 1)# 10 Exhibit G (Part 2)# 11 Exhibit G (Part 3))(Falby, Bruce) (Entered: 01/11/2007) |
| 01/11/2007 | 81 | MEMORANDUM in Support re 80 MOTION for Protective Order *and Motion to Strike* filed by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Falby, Bruce) (Entered: 01/11/2007) |
| 01/11/2007 | 82 | AFFIDAVIT in Support re 80 MOTION for Protective Order *and Motion to Strike*, 81 Memorandum in Support of Motion *for Protective Order and Motion to Strike*. (Attachments: # 1 Exhibit 1)(Falby, Bruce) (Entered: 01/11/2007) |
| 01/12/2007 | 86 | Judge Patti B. Saris : FURTHER PROCEDURAL ORDER RE: DISCOVERY AND ORDER ON MOTIONS entered: [Summary of Text: In accordance with this Order, all discovery, including deposition discovery, shall be deemed closed as of February 5, 2007, unless further enlarged by this Court. Discovery is limited to the six depositions previously allowed by this Court. It is hereby Ordered that if Plaintiff elects not to take one or more of the depositions in accordance with the parameters set forth herein, he shall notify defense counsel, the Court Reporter, and this Court, in writing, by no later than January 16, 2007. Plaintiff's Motion Demanding a Proper Action (#68) is Denied; Plaintiff's Motion Notifying That Discovery is Terminated (#78) is Denied as not comprehensible; Plaintiff's Motion Demanding the Court to Grant Sua Sponte All Relief Stated in the Complaint (#79) is Denied; Defendant's Motion for a Protective Order and Motion to Strike (#80) is Denied; AND Plaintiff's Motion for Hearing on Pending Motions (#83) is Denied. The cross motions for summary judgment are reserved pending completion of discovery and supplementation of the record if necessary.] (PSSA, 1) (Entered: 01/12/2007) |
| 01/16/2007 | 87 | Notice of Motion Respectfully Demanding the Hon. Patti B. Saris to Recuse Marianne Bowler from this Case as it is in the Interest of Legacy and Justice, in the Interest of the Integrity and Honor of this Honorable |

| | | |
|---|---|---|
| | | Institution by Anthony Bayad (Patch, Christine) (Entered: 01/17/2007) |
| 01/16/2007 | 88 | NOTICE of Good Faith Settlement Offer to Bruce Falby, etc., by Anthony Bayad (Patch, Christine) (Entered: 01/17/2007) |
| 01/16/2007 | 89 | Response by Anthony Bayad to 86 Procedural Order(Patch, Christine) (Entered: 01/17/2007) |
| 01/22/2007 | 90 | Emergency MOTION for Sanctions by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Iverson, Matthew) (Entered: 01/22/2007) |
| 01/22/2007 | 91 | DECLARATION re 90 Emergency MOTION for Sanctions *of Matthew Iverson* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Tab A) (Iverson, Matthew) (Entered: 01/22/2007) |
| 01/22/2007 | 92 | Judge Patti B. Saris : ORDER RE: EMERGENCY MOTION FOR PROTECTIVE ORDER TERMINATING DEPOSITIONS AND FOR SANCTIONS (#90) entered: the Court hereby Orders that all further deposition discovery is STAYED until further Order of this Court. Plaintiff shall be afforded an opportunity to respond to the Motion for a Protective Order and for Sanctions (#90), and he shall file any response to that motion by no later than February 6, 2007. (PSSA, 1) (Entered: 01/22/2007) |
| 01/26/2007 | 93 | Emergency MOTION Respectfully Demanding Sua Ponte the Court Examination of the Authentic Deposition Taken on January 19, 2007 by Anthony Bayad. (Attachments: # 1 Exhibit 10)(Patch, Christine) (Entered: 01/29/2007) |
| 01/26/2007 | 94 | RESPONSE to Motion re 90 Emergency MOTION for Sanctions filed by Anthony Bayad. (Patch, Christine) (Entered: 01/29/2007) |
| 01/26/2007 | 95 | AFFIDAVIT of Anthony Bayad in Support re 94 Response to Motion. (Attachments: # 1 Exhibit 13)(Patch, Christine) (Entered: 01/29/2007) |
| 01/26/2007 | 96 | Emergency MOTION for Hearing re: Sanctions, Fabricated Deposition, Corruption, Relief Requested, Monetary Damages, and the Authentic Live Audio Celia Harper by Anthony Bayad.(Patch, Christine) (Entered: 01/29/2007) |
| 01/29/2007 | 97 | RESPONSE to Motion re 93 MOTION Respectfully Demanding Sua Ponte the Court Examination of the Authentic Deposition Taken on January 19, 2007 filed by all defendants. (Iverson, Matthew) (Entered: 01/29/2007) |
| 01/31/2007 | | Judge Patti B. Saris : Electronic ORDER entered staying 33 Cross-Motion for Summary Judgment. "This motion is stayed pending resolution of the defendants' motion for a protective order and ongoing discovery disputes." (Patch, Christine) (Entered: 02/01/2007) |
| 02/01/2007 | | Motions terminated: 33 Cross MOTION for Summary Judgment filed by Cisco Systems, Inc.,,, Bruce Bastian,, Kate Dcamp,, Lynn Fraser,, Celia |

| | | |
|---|---|---|
| | | Harper-Guerra,, Rick Justice,. (Patch, Christine) (Entered: 02/01/2007) |
| 02/02/2007 | 98 | DECLARATION re 90 Emergency MOTION for Sanctions *of Matthew Iverson* by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Transcript) (Iverson, Matthew) (Entered: 02/02/2007) |
| 03/16/2007 | 99 | MOTION for Final Judgment by Anthony Bayad.(Patch, Christine) (Entered: 03/23/2007) |
| 03/16/2007 | 100 | Proposed Document submitted by Anthony Bayad. Document received: Final Judgment. (Patch, Christine) (Entered: 03/23/2007) |
| 03/16/2007 | 101 | Supplemental Filing of Sun Sentinal News Paper Article by Anthony Bayad (Attachments: # 1 Exhibit 1)(Patch, Christine) (Entered: 03/23/2007) |
| 03/16/2007 | 102 | Supplemental Filing of the Original Under Oath Deposition Transcript of Celia Harper-Guerra in Support of the Final Judgment by Anthony Bayad (Patch, Christine) (Entered: 03/23/2007) |
| 03/16/2007 | 103 | TRANSCRIPT of Telephone Conference Deposition of Celia Harper-Guerra held on 1/19/07 Court Reporter: Maryellen Coughlin. (Patch, Christine) (Entered: 03/23/2007) |
| 03/20/2007 | 104 | Request (non-motion)for Assistance from Anthony Bayad. (Attachments: # 1 Exhibit 1)(Patch, Christine) (Entered: 03/23/2007) |
| 03/27/2007 | 107 | Letter requesting docket sheet from Anthony Bayad. (Patch, Christine) (Entered: 04/04/2007) |
| 03/28/2007 | 105 | RESPONSE to Motion re 99 MOTION for Judgment on the Pleadings filed by all defendants. (Attachments: # 1 Transcript, Part 1# 2 Transcript Part 2# 3 Transcript Part 3)(Iverson, Matthew) (Entered: 03/28/2007) |
| 03/28/2007 | 106 | MOTION to Strike 101 Notice (Other) by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Iverson, Matthew) (Entered: 03/28/2007) |
| 04/02/2007 | 108 | Supplemental Filing of Recommendation Letters Attesting to Plaintiff's Outstanding Job Performance During His Employment by Anthony Bayad (Attachments: # 1 Exhibit 3# 2 Exhibit 4# 3 Exhibit 5)(Patch, Christine) (Entered: 04/04/2007) |
| 04/02/2007 | 109 | Supplemental Filing of Document of Defendant Cisco Systems Requesting Plaintiff's Race and Gender before Hired by Anthony Bayad (Attachments: # 1 Exhibit 1)(Patch, Christine) (Entered: 04/04/2007) |
| 04/02/2007 | 110 | Supplemental Filing of Sworn Deposition of Tony Savastano and Carl Wiese by Anthony Bayad (Attachments: # 1 Exhibit 1 Part 1# 2 Exhibit 2 Part 2)(Patch, Christine) (Entered: 04/04/2007) |
| 04/02/2007 | 111 | Supplemental Filing of Two Sworn Declarations and Affidavits of Witness in Support of Final Judgment for the Plaintiff by Anthony Bayad (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Patch, Christine) (Entered: |

| | | |
|---|---|---|
| | | 04/04/2007) |
| 04/02/2007 | 112 | Supplemental Filing of Testimony of the Fire Department by Anthony Bayad (Attachments: # 1 Exhibit 1)(Patch, Christine) (Entered: 04/04/2007) |
| 04/02/2007 | 113 | Supplemental Filing of Complaint Letter of Discrimination by Anthony Bayad (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Patch, Christine) (Entered: 04/04/2007) |
| 04/02/2007 | 114 | Supplemental Filing of Plaintiff's Outstanding Cisco Annual Job Review by Anthony Bayad (Attachments: # 1 Exhibit 1)(Patch, Christine) (Entered: 04/04/2007) |
| 04/04/2007 | | DOCKET SHEET sent to Anthony Bayad (Patch, Christine) (Entered: 04/04/2007) |
| 04/05/2007 | 115 | Judge Patti B. Saris : ORDER entered. ORDER OF RECUSAL.(Patch, Christine) (Entered: 04/09/2007) |
| 04/06/2007 | 117 | NOTICE of Complaint to The Honorable James E. Clyburn by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 118 | NOTICE of Filing of Complaint to The Honorable Lamar S. Smith by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 119 | NOTICE of Complaint to Hon. Ed Markey by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 120 | NOTICE of Complaint to Edward M. Kennedy by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 121 | NOTICE of Complaint to John Kerry by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 122 | NOTICE of Complaint to Patrick Leahy by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 123 | NOTICE of Complaint to Sheldon Whitehouse by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 124 | NOTICE of Complaint to Ben Cardin by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 125 | NOTICE of Complaint to Dianne Feinstein by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 126 | NOTICE of Complaint to Charles E. Schumer by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 127 | NOTICE of Complaint to Russell D. Feingold, WI by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 128 | NOTICE of Complaint to Glenn A. Fine by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |

| 04/06/2007 | 129 | NOTICE of Complaint to Massachusetts State House by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
|---|---|---|
| 04/06/2007 | 130 | NOTICE of Complaint to Congressman Bill Delahunt by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 131 | NOTICE of Complaint to Office of Congressman Michael E. Capuano by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 132 | NOTICE of Complaint to Honorable John Conyers, Jr. by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 133 | NOTICE of Complaint to Richard A. Gephardt/DLA Piper Rudnick by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 134 | NOTICE of Complaint to U.S. Court of Appeals for the First Circuit, Hon. Juan R. Torruella by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 135 | NOTICE of Complaint to U.S. District Court, Honorable Mark L. Wolf, Chief Judge, by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 136 | NOTICE of Complaint to U.S. Senate Committee on the Judiciary by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/06/2007 | 137 | NOTICE of Complaint to Office of the Speaker by Anthony Bayad (Patch, Christine) (Entered: 04/11/2007) |
| 04/09/2007 | 116 | Case Reassigned to Judge William G. Young. Judge Patti B. Saris no longer assigned to the case. (Paine, Matthew) (Entered: 04/09/2007) |
| 04/13/2007 | 138 | Judge William G. Young : Defendants' Motion for Sanctions (#90) is ALLOWED; All pending motions in this action are hereby terminated as moot in view of this Memorandum and Order for Dismissal; This action is DISMISSED in its entirety with prejudice, as a sanction against the Plaintiff; Plaintiff is hereby ENJOINED from re-litigating this action, or any of the issues raised in this action, either directly or indirectly, against any of the Defendants or against Defense counsel, absent permission of a judicial officer of this Court, upon a motion and good cause shown. A copy of this Memorandum and Order shall be submitted along with any Motion for Leave to Institute Lawsuit or any other pleading filed by Plaintiff. The Clerk is directed to return any non-complying pleading to the Plaintiff, and no action shall be taken by the Court with respect to any document which does not strictly adhere to this Order.(PSSA, 1) (Entered: 04/13/2007) |
| 04/13/2007 | 139 | Judge William G. Young : ORDER entered. ORDER DISMISSING CASE(PSSA, 1) (Entered: 04/13/2007) |
| 04/16/2007 | 140 | NOTICE OF APPEAL as to 139 Order Dismissing Case, 115 Order of Recusal by Anthony Bayad NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed |

| | | |
|---|---|---|
| | | and submitted to the Court of Appeals. Appeal Record due by 5/7/2007. (Paine, Matthew) (Entered: 04/17/2007) |
| 04/16/2007 | 🌐 | Filing fee: $ 455.00, receipt number 79506 for 140 Notice of Appeal. (Paine, Matthew) (Entered: 04/17/2007) |
| 04/17/2007 | 🌐 | Remark: The Protective Order Received on April 17, 2007 From The Plaintiff Was Returned For Failing to Comply With The Memorandum and Order Issued By Judge Young On April 13, 2007. (Paine, Matthew) (Entered: 04/17/2007) |
| 04/20/2007 | 🌐 141 | MOTION for Protective Order by Cisco Systems, Inc.,, Bruce Bastian, Kate Dcamp, Lynn Fraser, Celia Harper-Guerra, Rick Justice. (Attachments: # 1 Text of Proposed Order)(Iverson, Matthew) (Entered: 04/20/2007) |
| 04/23/2007 | 🌐 142 | RESPONSE to Motion and MOTION for Sanction re 141 MOTION for Protective Order, filed by Anthony Bayad. (Paine, Matthew) (Entered: 04/24/2007) |