UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11005

Anthony Bayad

v.

Bruce Bastian, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-142

and contained in I-III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/16/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 24, 2007.

Sarah Thornton, Clerk of Court

By: _____
    Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/26/07.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1649

- 3/06