## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  07-1649

USDC Docket Number : 05-cv-11005

Anthony Bayad

v.

Cisco Systems, Inc.,

### **CLERK'S SUPPLEMENTAL CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:  142

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 7, 2007.

Sarah A. Thornton, Clerk of Court

By Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date:  5/7/07 .

Deputy Clerk, US Court of Appeals

- 3/06