
MANDATE

# United States Court of Appeals
## For the First Circuit

05-11005
USDCMA
Judge Young/Saris

No. 07-1649

ANTHONY BAYAD,

Plaintiff, Appellant

v.

BRUCE BASTIAN, ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lipez, <u>Circuit Judges</u>.

JUDGMENT

Entered: December 27, 2007

Appellant Anthony Bayad has appealed a district court memorandum and order dismissing his complaint with prejudice and enjoining Bayad from relitigating the action or any of the issues absent permission of a district court judicial officer, upon a motion and good cause shown. We review such a sanction for abuse of discretion. See <u>John's Insulation, Inc. v. L. Addison & Assoc.</u>, 156 F.3d 101, 108 (1st Cir. 1998) (reciting standard of review). We have considered the parties' briefs and the record on appeal. We <u>affirm</u> essentially for the reasons stated in the district court's memorandum and order, dated April 13, 2007.

The order of the district court entered on April 13, 2007 is <u>affirmed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/28/08

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
     AN   B. L
     Appeals Attorney.

[cc: Anthony Bayad, Bruce Falby, Esq., Matthew Iverson, Esq.]